# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON; STATE OF CONNECTICUT; STATE OF MARYLAND; STATE OF NEW JERSEY; STATE OF NEW YORK; STATE OF OREGON; COMMONWEALTH OF MASSACHUSETTS; COMMONWEALTH OF PENNSYLVANIA; and the DISTRICT OF COLUMBIA,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE; MICHAEL R. POMPEO, in his official capacity as Secretary of State; DIRECTORATE OF DEFENSE TRADE CONTROLS; MIKE MILLER, in his official capacity as Acting Deputy Assistant Secretary of Defense Trade Controls; SARAH HEIDEMA, in her official capacity as Director of Policy, Office of Defense Trade Controls Policy; DEFENSE DISTRIBUTED; SECOND AMENDMENT FOUNDATION, INC.; AND CONN WILLIAMSON,<br><br>Defendants. | NO. 2:18-CV-01115<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE
2:18-cv-01115

1

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

I, Grace Summers, declare under penalty of perjury under the laws of the State of Washington and of the United States of America that I am a resident of the State of Washington, over the age of eighteen years, and not a party to the above-entitled action, and competent to be a witness herein.

On July 30, 2018, I caused copies of the following documents:

1. Civil Cover Sheet
2. Complaint For Declaratory And Injunctive Relief;
3. Summons
4. Emergency Motion For Temporary Restraining Order
5. Certifications of Compliance

to be served upon the United States of America by hand delivery at approximately 4:20 p.m. upon:

Annette L. Hayes
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271

DATED this 31st day of July, 2018, at Seattle, Washington

*[signature]*

GRACE SUMMERS
Legal Assistant

CERTIFICATE OF SERVICE
2:18-cv-01115

2

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(206) 464-7744