The Honorable Robert S. Lasnik

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON; STATE OF CONNECTICUT; STATE OF MARYLAND; STATE OF NEW JERSEY; STATE OF NEW YORK; STATE OF OREGON; COMMONWEALTH OF MASSACHUSETTS; COMMONWEALTH OF PENNSYLVANIA; and the DISTRICT OF COLUMBIA,<br><br>                  Plaintiffs,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF STATE; MICHAEL R. POMPEO, in his official capacity as Secretary of State; DIRECTORATE OF DEFENSE TRADE CONTROLS; MIKE MILLER, in his official capacity as Acting Deputy Assistant Secretary of Defense Trade Controls; SARAH HEIDEMA, in her official capacity as Director of Policy, Office of Defense Trade Controls Policy; DEFENSE DISTRIBUTED; SECOND AMENDMENT FOUNDATION, INC.; and CONN WILLIAMSON,<br><br>                  Defendants. | NO. 2:18-cv-01115-RSL<br><br>CERTIFICATE OF SERVICE |

I, Jennifer D. Williams, declare under penalty of perjury under the laws of the State of Washington and of the United States of America that I am a resident of the State of Washington, over the age of eighteen years, and not a party to the above-entitled action, and competent to be

CERTIFICATE OF SERVICE
2:18-cv-01115-RSL

1

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1   a witness herein.

2       On July 30, 2018, I caused copies of the following documents:

3       1.   Complaint and Exhibits 1-8
        2.   Civil Cover Sheet
4       3.   Summons, USDOS
        4.   Summons, Michael Pompeo
        5.   Summons, Directorate of Defense Trade Controls
5       6.   Summons, Mike Miller
        7.   Summons, Sarah Heidema
6       8.   Summons, Defense Distributed
        9.   Summons, Second Amendment Foundation
7       10.  Summons, Conn Williamson
        11.  Emergency Motion for Temporary Restraining Order
        12.  Proposed Order
8       13.  Certification of Compliance – Jeff Sprung
        14.  Certification of Compliance – Todd Bowers
9

    to be served upon Defendants United States Department of State; Michael R. Pompeo, in his
10

    official capacity as Secretary of State; Directorate of Defense Trade Controls; Mike Miller, in
11

    his official capacity as Acting Deputy Assistant Secretary of Defense Trade Controls; and Sarah
12

    Heidema,, in her official capacity as Director of Policy, Office of Defense Trade Controls Policy
13

    via certified mail, overnight delivery, addressed as follows:
14

15      c/o Executive Office
        Office of the Legal Adviser
        Suite 5.600, 600 19th St. NW
        Washington DC 20522
16

17      Civil – Process Clerk
        United States Attorney's Office
        Western District of Washington
18      700 Stewart Street, Suite 5220
        Seattle, WA  98101-1271
19

    and upon Defense Distributed, Second Amendment Foundation, Inc. and Conn Williamson
20

    via overnight mail and email, addressed as follows:
21

        c/o Josh Blackman
        Attorney at Law
22      1303 San Jacinto Street
        Houston TX 77002
23      joshblackman@gmail.com

24

CERTIFICATE OF SERVICE                 2        ATTORNEY GENERAL OF WASHINGTON
2:18-cv-01115-RSL                                       800 Fifth Avenue. Suite 2000
                                                          Seattle, WA  98104-3188
                                                             (206) 464-7744

1   I declare under penalty of perjury under the laws of the State of Washington and the

2   United States of America that the foregoing is true and correct.

3   DATED this 31st day of July, 2018, at Seattle, Washington.

4

5                                    */s/ Jennifer D. Williams*
                                     Jennifer D. Williams
6                                    Paralegal

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

CERTIFICATE OF SERVICE                          3          ATTORNEY GENERAL OF WASHINGTON
2:18-cv-01115-RSL                                                 800 Fifth Avenue. Suite 2000
                                                                  Seattle, WA  98104-3188
                                                                      (206) 464-7744