# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

STATE OF WASHINGTON, *et al.,*

    Plaintiffs,

vs.

UNITED STATES DEPARTMENT OF STATE, *et al.,*

    Defendants.

No. C18-1115RSL

MINUTE ORDER

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

Oral argument on Plaintiffs' Motion for Temporary Restraining Order (Dkt. # 2) has been scheduled for **Tuesday, July 31, 2018 at 2:00 p.m.** in room 15106 before the Honorable Robert S. Lasnik, United States District Court Judge.

DATED this 31st day of July, 2018.

/s/Kerry Simonds
by Kerry Simonds, Deputy Clerk
To Robert S. Lasnik, Judge
206-370-8519

MINUTE ORDER