1
2
3
4
5                            UNITED STATES DISTRICT COURT
6              FOR THE WESTERN DISTRICT OF WASHINGTON
7    STATE OF WASHINGTON et al.,
                                              The Honorable Robert S. Lasnik
8                    Plaintiffs,
9         v.                                  No. 2:18-cv-01115-RSL
10   UNITED STATES DEPARTMENT OF              NOTICE OF WITHDRAWAL OF
     STATE et al.,                            COUNSEL
11
                     Defendants.
12
13
14        TO:          CLERK OF THE COURT
15        AND TO:      ALL COUNSEL OF RECORD
16        PLEASE TAKE NOTICE THAT Josh Blackman hereby withdraws as counsel on
17   behalf of Defendants Defense Distributed, Second Amendment Foundation, and Conn
18   Williamson. Withdrawal is made in accordance with L.C.R. 83.2(b)(3), as Defendants continue
19   to be represented by counsel Joel B. Ard and Matthew Goldstein. Such withdrawal will take
20   effect on August 2, 2018 without court order and without any further notice to any party, unless
21   an objection to the withdrawal is served upon the undersigned.
22        Any and all future pleadings or papers, exclusive of original process, will continue to
23   be served upon Plaintiffs' current counsel of record at the address set forth below:
24   ///
25   ///
26   ///

NOTICE OF WITHDRAWAL OF COUNSEL - 1

1  Joel B. Ard
   joel.ard@immixlaw.com
2  Immix Law Group PC
   701 5th Ave Suite 4710
3  Seattle, WA 98104
   Phone: (206) 492-7531
4

5  Matthew Goldstein
   mgoldstein@swlaw.com
6  Snell & Wilmer LLP
   One South Church Ave., Suite 1500
7  Tucson, AZ 85701
   Phone: (202) 550-0040
8
   August 2, 2018
9                                    Respectfully Submitted,

10                                   By: s/Josh Blackman
                                     Josh Blackman, VA Bar # 78292
11                                   Josh@JoshBlackman.com

12                                   By: s/ Matthew Goldstein
                                     Matthew Goldstein, AZ Bar # 022171
13                                   mgoldstein@swlaw.com

14                                       IMMIX LAW GROUP PC

15                                   By: _____
16                                   Joel B. Ard, WSBA # 40104
17                                   Immix Law Group PC
                                     701 5th Ave Suite 4710
18                                   Seattle, WA 98104
                                     Phone: (206) 492-7531
19                                   Attorneys for Defendants Defense
20                                       Distributed, Second Amendment
                                         Foundation, and Conn Williamson
21
22
23
24
25
26

NOTICE OF WITHDRAWAL OF COUNSEL - 2

Immix Law Group PC

701 5th Ave Suite 4710
Seattle, WA 98104
Phone: (206) 492-7531
Facsimile: 503-802-5351

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I certify that on August 2, 2018, I filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send notification of the filing to all parties through their counsel of record.

IMMIX LAW GROUP PC

By _____

Joel B. Ard, WSBA # 40104
Immix Law Group PC
701 5th Ave Suite 4710
Seattle, WA 98104
Phone: (206) 492-7531
Fax: (503) 802-5351
E-Mail: joel.ard@immixlaw.com

Attorneys for Defendants Defense Distributed, Second Amendment Foundation, and Conn Williamson

CERTIFICATE OF SERVICE

Immix Law Group PC

701 5th Ave Suite 4710
Seattle, WA 98104
Phone: (206) 492-7531
Facsimile: 503-802-5351