AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| State of Washington, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:18-cv-01115-RSL |
| United States Department of State, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Washington   .

Date:   08/03/2018

/s/ Zachary P. Jones
*Attorney's signature*

Zachary P. Jones, WSBA No. 44557
*Printed name and bar number*

Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
*Address*

ZachJ@ATG.WA.GOV
*E-mail address*

(206) 464-7744
*Telephone number*

(206) 464-6451
*FAX number*