The Honorable Robert S. Lasnik

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:18-cv-01115-RSL |
| Plaintiffs, | ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL GOVERNMENT'S PRODUCTION OF ADMINISTRATIVE RECORD |
| v. | |
| UNITED STATES DEPARTMENT OF STATE, et al., | [PROPOSED] |
| Defendants. | **NOTING DATE: AUGUST 24, 2018** |

This matter came before the Court on Plaintiff States' Motion to Compel Production of

the Administrative Record in Accordance With 5 U.S.C. § 706. The Court has considered the

motion, Defendants' opposition, the documents filed therewith, and the entire record herein. In

light of the preliminary injunction hearing scheduled for August 21, 2018 (Dkt. #30), the Court

finds good cause to shorten the deadline in LCR 79(h) so the Administrative Record is available

for the Court's consideration in the preliminary injunction proceedings.

Now, therefore, it is hereby **ORDERED** that:

1.      Federal Defendants shall file no later than August 15, 2018 at 11:59 p.m., the

administrative record relating to the two challenged actions of the United States

[PROPOSED] ORDER GRANTING
MOTION TO COMPEL
ADMINISTRATIVE RECORD
NO. 2:18-cv-01115-RSL

1

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1    Department of State taken on July 27, 2018: (1) the "Temporary Modification of

2    Category I of the United States Munitions List"; and (2) the letter to Cody R.

3    Wilson, Defense Distributed, and the Second Amendment Foundation.

4        2.    If Federal Defendants withhold or redact any documents as protected by the

5    attorney-client privilege or other applicable privileges, it must identify such

6    documents in a contemporaneous privilege log that complies with Fed. R. Civ.

7    P. 26(b)(5).

8    It is SO ORDERED.

9    ISSUED this _____ day of _____, 2018.

10

11                                        _____

12                                        UNITED STATES DISTRICT JUDGE

13   ROBERT W. FERGUSON
     Attorney General

14

15   /s/ Jeffrey Rupert
     JEFFREY RUPERT, WSBA #45037
     Division Chief
16   TODD BOWERS, WSBA #25274
     Deputy Attorney General
17   KRISTIN BENESKI, WSBA #45478
     JEFFREY T. SPRUNG, WSBA #23607
18   ZACH JONES, WSBA #44557
     Assistant Attorneys General
19   Attorneys for Plaintiff State of Washington

20

21

22

23

24

[PROPOSED] ORDER GRANTING                    2          ATTORNEY GENERAL OF WASHINGTON
MOTION TO COMPEL                                                800 Fifth Avenue. Suite 2000
ADMINISTRATIVE RECORD                                            Seattle, WA 98104-3188
NO. 2:18-cv-01115-RSL                                               (206) 464-7744

1

2

**<u>DECLARATION OF SERVICE</u>**

I hereby certify that on August 7, 2018, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system, which will serve a copy of this document

upon all counsel of record.

DATED this 7th day of August, 2018, at Seattle, Washington.

3

4

5

6

7

*/s/ Jeffrey Rupert*
JEFFREY RUPERT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

[PROPOSED] ORDER GRANTING
MOTION TO COMPEL
ADMINISTRATIVE RECORD
NO. 2:18-cv-01115-RSL

3

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744