# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.*, <br><br> Defendants. | NO. C18-1115RSL <br><br> BRIEFING SCHEDULE |

This matter comes before the Court on plaintiffs' "Motion to Compel Production of Administrative Record in Accordance with 5 U.S.C. § 706" (Dkt. # 34) and the accompanying request for expedited briefing and consideration. Following a teleconference with counsel, the Court finds that resolution of this issue prior to the preliminary injunction hearing is appropriate. The Court hereby directs the Clerk of Court to renote the "Motion to Compel" for consideration on the Court's calendar on August 10, 2018. Defendants may file their opposition(s), if any, on or before the note date. No reply will be accepted.

Dated this 8th day of August, 2018.

Robert S. Lasnik
United States District Judge

BRIEFING SCHEDULE - 1