# Index

# Declarations Cited in Support of Motion for Preliminary Injunction

| Declarant | Appendix Page Range |
|---|---|
| Declaration of Gerald Coyne | 1-3 |
| Declaration of Blake Graham | 4-18 |
| Declaration of John S. Camper | 19-23 |
| Declaration of Robert Herzog | 24-28 |
| Declaration of Mary B. McCord | 29-39 |
| Declaration of Brian Kyes | 40-44 |
| Declaration of Ron Hosko | 45-50 |
| Declaration of Joseph Bisbee | 51-57 |
| Declaration of Shwetak Patel | 58-64 |
| Declaration of Thomas Scott | 65-67 |
| Declaration of Frederick P. Rivara | 68-131 |
| Declaration of Mark Racine | 132-134 |
| Declaration of Garen Wintermute | 135-138 |
| Declaration of David Hemenway | 139-142 |
| Declaration of Eliot L. Engel | 143-149 |