**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, | NO. C18-1115RSL |
| Plaintiffs, | DECLARATION OF GERALD COYNE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |
| v. | |
| UNITED STATES DEPARTMENT OF STATE, *et al.*, | |
| Defendants. | |

1. I am the Deputy Attorney General of the State of Rhode Island and I have served in this position since 1999. As Deputy Attorney General, I serve as the Chief Deputy to the Rhode Island Attorney General. I report directly to the Rhode Island Attorney General on all matters involving the Office of the Rhode Island Attorney General, including but not limited to matters occurring within our Criminal Division and our Civil Division.

2. Among the duties of the Office of Attorney General is to "draw and present all informations and indictments, or other legal or equitable process, against any offenders, as by law required, and diligently, by a due course of law or equity, prosecute them to final judgment and execution." See R.I. Gen. Laws § 42-9-4 (a).

3. Within the Office of the Attorney General is the Bureau of Criminal Investigation ("BCI"). Pursuant to statute, the Bureau is charged with initiating criminal investigations for violations of law at the direction of the Attorney General and coordinating efforts in investigating criminal activity with existing federal, state, and local law enforcement officials. See R.I. Gen. Laws § 42-9-8.1(2).

4. Rhode Island uses a variety of approaches to enforce its statutory codes and ensure the safety and physical well-being of its residents with respect to firearms, including but not limited to using metal detectors at government facilities and T.F. Green Airport. The production of functional weapons made out of materials other than metal, such as those made by a 3-D printer, will be unrecognizable by standard metal detectors, thereby obfuscating Rhode Island's efforts to protect the safety of its residents at government facilities and T.F. Green Airport.

5. Rhode Island further enforces its statutory codes by issuing licenses or permits to persons to carry firearms (whether concealed or not concealed). For example, Rhode Island law

provides that the Attorney General "may issue a license or permit to any person twenty-one (21) years of age or over to carry a pistol or revolver, whether concealed or not, upon his or her person upon a proper showing of need[.]" See R.I. Gen. Laws § 11-47-18(a).

6.   Rhode Island General Laws § 11-47-5(a) also provides that "[n]o person shall purchase, own, carry, transport, or have in his or her possession any firearm," if that person has been convicted of a "crime of violence," "is a fugitive from justice," has been convicted or pled nolo contendere to an offense punishable as a felony, or has been convicted or pled nolo contendere to certain other enumerated offenses.  See R.I. Gen. Laws § 11-47-5(a)(4)(i)-(iv).  If the Government's "temporary modification" is left in place, Rhode Island will suffer extreme and irreparable harm, as persons ineligible to possess firearms under Rhode Island General Laws § 11-47-18(a), § 11-47-11(a), and § 11-47-5(a)(4)(i)-(iv) will easily be able to obtain downloadable and untraceable guns that can be made at home using a 3-D printer.

7.   The Attorney General of Rhode Island is additionally vested with the discretionary authority to "issue to any person, firm, or corporation, engaged in manufacturing in this state, a license or permit to manufacture and sell machine guns and any or all machine gun parts[.]" See R.I. Gen. Laws § 11-47-19. The Attorney General's authority as it relates to a licensing and permitting scheme pertaining to the manufacture of weapons will be circumvented and effectively nullified if persons may use CAD files to produce firearms on 3-D printers.

8.   Rhode Island recently enacted a so-called "red flag" law, which provides a procedure where a petition may be filed in a court of law "requesting an extreme risk protection order that shall enjoin the respondent from having in their possession, custody or control any firearms and shall further enjoin the respondent from purchasing, receiving or attempting to purchase or receive any firearms while the order is in effect." See R.I. Gen. Laws § 8-8.3-3(b). Rhode Island's "red flag" law will be severely undermined, and easily circumvented, if such subjected individuals are able to produce functional weapons on a 3-D printer. Consequently, Rhode Island's strong interest in protecting public safety will be severely harmed and undermined if the "temporary modification" of the USML Category 1 is allowed.

9.   The Government's "temporary modification" of the USML Category 1 to allow "any United States person" to "access, discuss, use, reproduce, or otherwise benefit from" CAD files for the automated production of 3-D printed weapons hinders and contravenes the above Rhode Island laws regarding firearm regulation, among others.  Persons currently prohibited from possessing firearms will be able to circumvent Rhode Island law by manufacturing such a weapon on a 3D printer.  These weapons will be untraceable,

undetectable by typical metal detectors, and avoid all licensing and permitting statutory requirements.

DATED this __6__ day of August, 2018 at Providence, Rhode Island.

_Gerald Coyne_
Gerald Coyne
Deputy Attorney General
Office of the Rhode Island Attorney General

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me on this __6th__ day of , 2018.

_Teresa A. Letourneau_
Notary Public # 39888
My Commission Expires: __8/22/19__

1

The Honorable Robert S. Lasnik

2

3

4

5

6

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

7

8

9

STATE OF WASHINGTON; STATE OF
CONNECTICUT; STATE OF MARYLAND;
STATE OF NEW JERSEY; STATE OF NEW
YORK; STATE OF OREGON;
COMMONWEALTH OF
MASSACHUSETTS; COMMONWEALTH
OF PENNSYLVANIA; DISTRICT OF
COLUMBIA; STATE OF CALIFORNIA;
STATE OF COLORADO; STATE OF
DELAWARE; STATE OF HAWAII; STATE
OF ILLINOIS; STATE OF IOWA; STATE OF
MINNESOTA; STATE OF NORTH
CAROLINA; STATE OF RHODE ISLAND;
STATE OF VERMONT and STATE OF
VIRGINIA,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
STATE; MICHAEL R. POMPEO, in his
official capacity as Secretary of State;
DIRECTORATE OF DEFENSE TRADE
CONTROLS; MIKE MILLER, in his official
capacity as Acting Deputy Assistant Secretary
of Defense Trade Controls; SARAH
HEIDEMA, in her official capacity as Director
of Policy, Office of Defense Trade Controls
Policy; DEFENSE DISTRIBUTED; SECOND
AMENDMENT FOUNDATION, INC.; AND
CONN WILLIAMSON,

Defendants.

NO. 2:18-cv-01115-RSL

DECLARATION OF BLAKE GRAHAM,
SPECIAL AGENT SUPERVISOR FOR THE
CALIFORNIA DEPARTMENT OF
JUSTICE, BUREAU OF FIREARMS

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Decl. of Blake Graham ISO Pls.' Mot. for Prelim. Inj. (18-cv-01115)

Appendix                                                                 Page 4

### DECLARATION OF BLAKE GRAHAM

I, BLAKE GRAHAM, declare:

1.    I am a Special Agent Supervisor for the California Department of Justice, Bureau of Firearms.  I make this declaration of my own personal knowledge and experience and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

### BACKGROUND AND QUALIFICATIONS

2.    I received a Bachelor of Science degree in May 1992, in Criminal Justice from the California State University, Sacramento.  My coursework included forensics, corrections, and a number of classes in criminal-justice related topics.

3.    Since 1994, I have worked as either an Investigator for the California Department of Alcoholic Beverage Control (ABC), or as a Special Agent for the California Department of Justice (DOJ).  My job responsibilities in all of these positions have at least partially required the recovery, investigation, and identification of firearms.

4.    My work as an Investigator for ABC between 1994 and 1999 included the recovery of firearms and ammunition, which would be catalogued and booked into evidence.

5.    Between 1999 and 2002, I worked as a Special Agent for DOJ, and was assigned to the Violence Suppression Program in the Bureau of Narcotic Enforcement.  In this job, I investigated violent crimes and various violations occurring at California gun shows.  As a gun show agent, I attended gun shows in the San Francisco Bay Area to monitor—and if necessary, seize—firearms, ammunition, and magazines sold illegally to felons, parolees, and probationers.

6.    From October 2002 to the present, I have been a Special Agent and Special Agent Supervisor, for the DOJ's Bureau of Firearms (BOF).  In this capacity, I am assigned to recover firearms from prohibited individuals, monitor gun shows for illegal activities, conduct surveillance on gun dealers suspected of illegal activity, and investigate illegal trafficking of firearms, manufacturing of assault weapons, machine guns, and illegal possession of ammunition.

7.    Since 2008, I have been responsible for reviewing handguns that are submitted by manufacturers for inclusion on California's roster of handguns certified for sale.

1

Decl. of Blake Graham ISO Pls.' Mot. for Prelim. Inj. (18-cv-01115)

Appendix                                                                                                    Page 5

1  Through this process, I have become familiar with the components and calibers of numerous

2  handguns currently and previously on the roster.  As of August 7, 2018, there were 815

3  handguns on the roster.  A copy of the roster, which can change daily, can be found on the DOJ

4  website:  https://oag.ca.gov/firearms/certguns?make=All.

5      8.    In my career, I have attended at least 40 gun shows and visited over one hundred

6  gun stores and have become knowledgeable on current laws pertaining to the sales and

7  licensed manufacture of firearms, and unlicensed manufacture of unserialized firearms

8  (sometimes called "ghost guns") in the State of California.

9      9.    I have been trained and qualified to carry several different types of firearms,

10  including:  Glock Model 17 (9 mm semi-automatic pistol), multiple Glock .40 caliber semi-

11  automatic pistols, Heckler & Koch MP5 (9 mm submachine gun), Smith & Wesson, Model

12  60 (.38 Special revolver), multiple .45 caliber semi-automatic pistols, and a Colt, Model M4

13  (5.56 mm machine gun).  I have access to other Department-owned handguns, shotguns,

14  submachine guns, machine guns, rifles, shotguns and 40 mm "less lethal" launchers.

15      10.   Throughout my career, I have conducted training programs in the identification

16  and handling of firearms.  I have trained other Special Agents in BOF on assault weapons

17  and firearms identification.  I also have given firearms identification classes to members of

18  California District Attorney's offices and Law Enforcement Agencies.

19      11.   I have also completed at least 15 firearms training courses since 1994.  These courses

20  included the assembly and use of specific firearms, cartridge composition (bullet, the

21  propellant, and the casing), common calibers used by law enforcement, and training on rifle

22  and handgun ammunition.  I have been certified as a California Peace Officer Standards and

23  Training approved Firearms Instructor/Range Master since 2002.

24      12.   During the course of my career, I have become proficient in the use and disassembly

25  of various revolvers, pistols, submachine guns, shotguns, and rifles.  I have made or assisted in

26  the arrest of at least 30 persons for violations involving illegal weapons possession.  In the course

27  of my employment I have participated in excess of 30 search warrants that involved the illegal

28  possession of firearms.

2

Decl. of Blake Graham ISO Pls.' Mot. for Prelim. Inj. (18-cv-01115)

Appendix                                                    Page 6

13.   I have been qualified as an expert witness regarding the use of firearms in 15 cases in both federal and state court since 2007.

**GHOST GUNS**

14.   Under California Law, a firearm is "a device, designed to be used as a weapon, from which is expelled through a barrel, a projectile by the force of an explosion or other form of combustion." Cal. Penal Code § 16520(a).  For rifles and shotguns (long guns), the basic unit that most other parts attach to is called a receiver.  Long guns can have single-part receivers (most common) or multipart receivers (the AR-15 series and its derivatives), depending on the type of firearm.  For handguns, the basic unit is called a frame.  Frames are single-part or multipart designs (the AR-15 handgun series, for example).  A receiver or frame is "the" firearm for purposes of ownership, possession, and background checks.

15.   Once an unfinished receiver or frame has been machined or manufactured beyond a certain point, it will be deemed a firearm under Federal law.  The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) has ruled from time to time that a device either was or was not yet a firearm.  In general, firearms industry slang terms such as "80% receiver," "80% blanks," "80% frames," and "80% lowers" have developed and are now in common use among firearms enthusiasts and the media.  The idea behind the "80%" slang is that, while the vast majority of the work on the receiver or frame was complete, the device is not yet a firearm.  Regarding the AR-15 series of firearms, some crucial areas must be left unfinished, or the device might be deemed a firearm.  The areas on an unfinished frame or receiver that need to remain un-machined to retain non-firearm status are the fire control pocket, the trigger hole, the trigger pin hold, the hammer pin hole, and the selector-lever hole.

16.   Over the past five years, the term "ghost gun" has been also used to identify firearms without serial numbers or other identifying marks that are manufactured by non-licensed persons.  For purposes of this declaration, a licensed person is someone licensed to manufacture firearms by ATF or the State of California.

3

Decl. of Blake Graham ISO Pls.' Mot. for Prelim. Inj. (18-cv-01115)

Appendix                                                                                    Page 7

17.    After the mass shooting in Sandy Hook, Connecticut, in 2012, I noticed a spike in non-licensed firearms manufacturing.  Based on my experience as a law enforcement officer attending gun shows, visiting gun stores, and reading firearms websites, it seemed that there was a general fear among a certain segment of firearms owners in California that the State or Federal government might pass restrictive firearms laws because of the shooting.

18.    In general, until about a year ago, roughly 90% of the ghost-gun market, in my estimation, was for AR-15 and AK-47 based models.  Based on my experience, some handguns and other long guns were being made, but the vast majority of ghost guns were either AR-15 or AK-47 based designs and builds.  In the past year or so, kits allowing a purchaser to build semi-automatic handgun designs have become widely available.  These kits are mainly polymer type plastic frames with Glock internal parts and Glock-like slides. (Glock is a Federal Firearms Licensee that makes handguns in Austria and the United States. These semi-automatic handguns are relatively inexpensive, reliable, and very popular.) Video tutorials on how to build these self-built handguns are widely available on the Internet. If a person uses a kit to manufacture a semi-automatic handgun, they risk criminal liability under California's Unsafe Handgun Act, unless they are manufacturing the gun for testing and approval under the Act.  Among other things, the Act requires that pistols include certain features, such as chamber-load indicators, magazine disconnects, and microstamping technology.  Cal. Penal Code § 31910(b).  (Pistols that have been grandfathered in under the Act or that satisfy certain other requirements do not have to include these features.)

**GHOST GUNS IN CALIFORNIA**

19.    The Firearms Industry often outpaces state and federal laws.  Firearms accessories are constantly being developed that might be legal in one state and not legal in California.  California has numerous unique firearms laws.  Not only has there been increased interest in manufacturing ghost guns in recent years, but developments, including the use of types of plastics to manufacture frames and receivers, have made ghost guns more accessible.  Ghost-gun-related crime is a significant source of concern in the law-enforcement community in California, and I have come to the conclusion that ghost guns, including 3D printed guns, are a significant public

4

Decl. of Blake Graham ISO Pls.' Mot. for Prelim. Inj. (18-cv-01115)

Appendix                                                                                          Page 8

safety concern.  I base this conclusion on my own investigative and law-enforcement duties and experience, as well as information available to me in my capacity as a Special Agent Supervisor for BOF.

**I. Personal Involvement in Ghost Gun Investigations**

20.   To my knowledge, the first California Department of Justice investigation that involved the unlicensed manufacturing of un-serialized firearms occurred sometime in 2004 to 2005.  From that point until 2013, the number of investigations involving unlicensed and un-serialized firearms manufacturing that the Department was involved in grew slowly. Then, beginning in early 2013, I became aware of relatively large numbers of individuals in California building firearms from unfinished firearm receivers or unfinished firearm frames.

21.   In March 2013, I served as part of a joint task force between the BOF and ATF, investigating Luis Cortez-Garcia and Emiliano Cortez-Garcia for selling manufactured-to-order firearms that did not have manufacturer markings or serial numbers, making them untraceable. They and their co-conspirators would sell customers, who paid in cash, all the working parts of a firearm and an incomplete lower receiver.  They would have the customer visit Emiliano Cortez-Garcia, who would have the customer initially drill a few holes into the fire control pocket and then Emiliano himself would complete the machining process of making the unfinished receiver into a finished lower receiver.  Emiliano and Luis—both of whom were prohibited from possessing firearms—would assemble the parts into completed AR-15-style ghost guns.  As a result of this investigation, law-enforcement agents seized almost 350 guns from ten locations in the 200-mile span from Fresno to Auburn, California.  Emiliano and Luis were indicted, convicted, and sentenced for multiple firearms violations.

22.   During the Cortez-Garcia investigation, we learned of another location making ghost guns in a machine shop equipped with computer numeric control (CNC) machines.  The owner of this machine shop was Daniel Crowninshield, who had given himself the nickname "Dr. Death" on a firearms enthusiast website and who was prohibited by state and federal law from owning, possessing, or manufacturing firearms.  As a result of this investigation, Crowninshield was later indicted by a federal grand jury and ultimately convicted and sentenced to prison.

23.   Since the investigations into the Cortez-Garcia brothers and Crowninshield, I have participated in or consulted on several investigations involving ghost guns not described in this declaration.

**II. An Overview of Several Significant Ghost Gun Investigations in California**

24.   As part of my duties, I collect information about ghost-gun related crime in the State and across the United States.  This information comes primarily from news reports and press releases from various law-enforcement agencies, but also from my contacts in the law-enforcement community.  In addition, BOF's current record keeping generates some information about the use of ghost guns in crime.

25.   While my research is ongoing, I have assembled a chronology of significant ghost-gun crimes in the State:

    a.   **June 2013.**  John Zawahri, of Santa Monica, California, killed five people and wounded three others using a ghost gun—a homemade AR-15-style assault rifle. Several months earlier, BOF had stopped him from purchasing a firearm when a background check showed that he was a prohibited person because of a commitment in a mental-health institution.

    b.   **February 2014.**  A federal grand jury indicted brothers Luis Cortez-Garcia and Emiliano Cortez-Garcia, who operated an unlicensed firearms business in Sacramento, on charges of unlawful manufacturing and sales of firearms (arising from the investigation that I participated in, discussed in ¶ 21, above).  They were later convicted and sentenced for these crimes.

    c.   **March 2014.**  Federal agents from ATF served a search warrant on an unlicensed firearms-accessory store in San Diego County and recovered about 6,000 un-serialized polymer AR-15 lower receivers that had been fabricated to eliminate the need for precise machining to make them functional.  The search also uncovered information showing that more than 5,000 customers had purchased these receivers with no background checks associated to the sales of these receivers.

6

Decl. of Blake Graham ISO Pls.' Mot. for Prelim. Inj. (18-cv-01115)

Appendix                                                                                                                    Page 10

d.  **June 2014.**  Daniel Crowninshield, of Sacramento, California, was indicted for various firearms crimes, including operating a scheme designed to sell ghost guns by having customers participate in a trivial step in the manufacturing process (arising from the investigation that I participated in, discussed in ¶ 22, above).

e.  **July 2014.**  Three Norteño gang members used an AK-47-style ghost gun and several handguns in an attempted bank robbery in Stockton, California.  They kidnapped three patrons and led law enforcement on an hour-long chase, firing hundreds of shots.  Two of the gang members and one of the hostages died during the shootout.

f.  **May 2015.**  Clay Bautista-Marquez pleaded guilty to firearms trafficking.  He and three other men were making and selling illegal ghost guns from un-serialized AR-15 style lower receivers.  More than 50 firearms were seized during the investigation.  Some of the ghost guns were short-barrel rifles and assault weapons.

g.  **July 2015.**  Scott Bertics murdered his former girlfriend and then killed himself in Walnut Creek, California, using a ghost gun.

h.  **October 2015.**  Federal officials indicted eight men in Northern California for running an illegal gun-selling ring.  Many of the firearms seized were un-serialized ghost-gun, short-barrel rifles and un-serialized ghost-gun assault weapons.

i.  **January 2016.**  Craig Mason of Grass Valley, CA was indicted for unlawful dealing of firearms and unlawful manufacture of firearms.  Mason helped manufacture two AR-15-style ghost guns for a confidential informant who told Mason he was a felon.

j.  **February 2016.**  A Federal Firearms Licensee, Christopher Cook of Bakersfield, California, forfeited 3,800 polymer lower receivers for AR-15-style guns.  He had illegally manufactured those firearms with no serial numbers and sold 33 of them to ATF agents without conducting a background check or completing legally

Decl. of Blake Graham ISO Pls.' Mot. for Prelim. Inj. (18-cv-01115)

Appendix                                                                                          Page 11

required paperwork.  It is unknown how many of these ghost guns were sold to members of the public before the ATF investigation closed this operation down.

k. **November 2016.**  ATF agents and LAPD officers purchased seven ghost guns in an investigation that ultimately led to 17 gang members, felons, and their associates being arrested on firearms and narcotics charges.

l. **March 2017.**  James Smallwood and John Smallwood of Sacramento, California, were indicted for illegal firearms sales, including 17 AR-15-style ghost guns.  At the time of his arrest, James Smallwood was arrested en-route to sell 14 more ghost guns.

m. **March 2017.**  Scott Coyle of Redlands, California, was arrested by ATF and local police for dealing firearms without a license.  He sold five ghost gun rifles to an informant that openly claimed he was a felon and that he intended to take the guns to Mexico.

n. **May 2017.**  Paul Holdy, of La Jolla, California, was indicted for federal gun and narcotics crimes, including selling ghost guns.

o. **November 2017.**  Kevin Neal of Rancho Tehama, California, used a ghost gun to kill his wife and four other people, and wound ten more.  He was shot and killed in a stand-off with local law-enforcement officers.  Neal had been served with a restraining order and had no known firearms in the California Department of Justice Automated Firearms System.  At the time of the spree, he was on bail pending trial for crimes including two felonies.

p. **February 2018.**  A federal court sentenced David Guevara-Pimentel for firearms crimes, including selling ghost guns in 2014 and 2015.

q. **March 2018.**  Axel Galvez was sentenced for federal firearms violations.  Galvez manufactured ghost guns at a South Los Angeles machine shop where he worked. He sold five assault rifles to an undercover agent, whom Galvez believed was a convicted felon.  In discussions with the undercover agent, Galvez negotiated the sale of another 100 homemade assault rifles, offering a bulk discount.

8

Decl. of Blake Graham ISO Pls.' Mot. for Prelim. Inj. (18-cv-01115)

Appendix                                                                                      Page 12

r. **June 2018.**  BOF Agents, working with ATF agents and local police, seized ghost guns and ghost-gun components from the residence of a convicted felon.

s. **June 2018.**  Joe Darwish ambushed two San Diego police officers using a ghost-gun AR-15-style rifle and two polymer-based ghost-gun pistols.  Darwish wounded both officers, who survived.  He was killed in the confrontation.  At the time, Darwish, who had a history of violence, criminal convictions, and mental-health problems, was prohibited from possessing a firearm.

t. **July 2018.**  ATF agents and LAPD officers seized more than 45 ghost guns from a Los Angeles-based gang and arrested several of its members.  The gang was manufacturing and selling ghost-gun pistols and AR-15-style assault rifles.  At a press conference following the arrests and seizure, ATF Special Agent in Charge Bill McMullan said "[s]earch warrants at the end of the investigation resulted in the seizing of firearms manufacturing tools and materials used to build AR-style rifles and pistols from unfinished lower receiver kits.  This is a common trend ATF is seeing in SoCal amongst gangs.  Criminals building their own guns since they are prohibited from buying guns legally."

26.    In addition to keeping track of reports of ghost gun crimes in California, I have access to data showing local law-enforcement encounters with ghost guns.  Under California law, local law-enforcement agencies are required to submit descriptions of "serialized property" to the California Department of Justice.  Cal. Penal Code § 11108(a).  In the case of firearms, that information is submitted into a database called the Automated Firearms System (AFS).  *See id.* § 11108(b).  California law gives local law-enforcement agencies the discretion to report "all available information necessary to identify and trace the history of all recovered firearms that are illegally possessed, have been used in a crime, or are suspected of having been used in a crime." *Id.* § 11108.3(a).  BOF oversees the AFS and provides guidance and assistance to local law-enforcement agencies on submitting information into the system.

27.    As noted above, ghost guns do not have serial numbers.  Many local law-enforcement agencies, however, attempt to report un-serialized firearms.  (These firearms may include, for

9

Decl. of Blake Graham ISO Pls.' Mot. for Prelim. Inj. (18-cv-01115)

Appendix                                                                                                      Page 13

1    example, guns manufactured before 1968, when federal law started requiring that new firearms

2    bear serial numbers.)  In 2015, BOF started to receive enough reports of ghost guns, and inquiries

3    on how to report them, that it developed a way to code them in AFS.  As a result, the AFS

4    provides a source of data on ghost guns recovered by local law-enforcement agencies in

5    California.  This data is not complete and does not represent a comprehensive source for all ghost

6    guns encountered by law enforcement in the State.  It also does not include ghost guns recovered

7    by federal agencies.  It does not include pre-1968 firearms manufactured by Federal Firearms

8    Licensees such as un-serialized long guns, since they were not manufactured by unlicensed

9    subjects.  And not all local law-enforcement agencies may choose to report a ghost gun into the

10   AFS.

11       28.    As part of my preparation of this declaration, I have reviewed the AFS for available

12   data on ghost guns, which are coded in the system by BOF with serial numbers beginning with

13   "FMBUS," or firearm manufactured by unlicensed subject.  A series of numbers will follow each

14   FMBUS type serial number.  These FMBUS identifiers do not repeat and are unique to one

15   weapon.  The first entry occurs on December 9, 2015, when BOF started using the code.  From

16   that date to the end of 2015, the system lists 26 guns.  The system lists 169 guns for 2016, 344

17   guns for 2017, and 391 guns for 2018 through August 1, 2018.  Assuming the remaining five

18   months of 2018 result in as many ghost-gun entries as the first seven months of the year, I

19

20

21

22

23

24

25

26

27

28

Decl. of Blake Graham ISO Pls.' Mot. for Prelim. Inj. (18-cv-01115)

anticipate approximately 670 entries by December 31.  These numbers—excluding the few weeks in 2015 for which data exists—are reproduced in the following chart:



29.    As noted above, this data does not include ghost guns seized by federal authorities, and several local law-enforcement agencies may not be reporting, or may not have reported, the seizure of ghost guns in the years listed above.  These limitations mean that it is theoretically possible that the increase in reports from 2016 through this year is attributable to a growing awareness among local law-enforcement that they can report ghost guns in the AFS, rather than an increase in the prevalence of ghost guns in California, but I believe that this is unlikely.  The more likely explanation for the data, based on my personal knowledge and experience, is that ghost guns are becoming more common.  I see this in my own investigations, and I hear it from the federal and local law-enforcement agencies I work with.  In fact, I believe these numbers understate the prevalence of ghost-gun crime in California.

30.    The numbers also correspond to another disturbing trend:  an increase in prohibited persons who possess ghost guns.  BOF conducts investigations at California gun shows to enforce firearms laws.  During recent gun-show investigations in Sacramento and Solano Counties, BOF Special Agents have encountered multiple felons purchasing kits to build ghost guns.  BOF Sacramento Special Agents have arrested three subjects to date, and the criminal cases are

Decl. of Blake Graham ISO Pls.' Mot. for Prelim. Inj. (18-cv-01115)

Appendix                                                                                                      Page 15

1   ongoing for these individuals.  One of the most common problems we see at these gun shows are

2   the ghost-gun kits being sold to anyone with enough money.  No background checks are being

3   conducted for the unfinished receivers or frames.

4      31.  BOF also conducts investigations of persons who once lawfully purchased firearms

5   and later became firearms prohibited.  The database that contains the personal information of

6   these subjects is called the Armed Prohibited Persons System or APPS.  The APPS has been used

7   by BOF since 2006.  There are currently more than 9,000 active subjects in the system.  BOF

8   Special Agents work each week to recover firearms from the subjects in the database, but each

9   week more are added.  Some of the subjects that BOF Special Agents contact looking for

10  serialized firearms also have un-serialized ghost guns as well.  Since December of 2015, BOF

11  Agents have seized at least 63 ghost guns from 23 subjects identified by APPS.  In 2015, they

12  seized 2 ghost guns; in 2016, they seized 18; in 2017, they seized 1; and to date, in 2018, they

13  have seized 42.

14  **III. The Widespread Availability of Computer Files that Allow for the Easy Manufacture
    of Ghost Guns Poses a Threat to California Firearms Laws and Californians**

15

16     32.  Ghost guns pose a public-safety issue because they allow people to circumvent

17  California's laws governing the purchase and sale of firearms.  The example in paragraph 25.c

18  above helps show the scope of the problem.  In that case, a non-licensed store in San Diego sold

19  AR-15 polymer receivers to more than 5,000 customers.  That means that potentially more than

20  5,000 people were able to obtain AR-15-style guns without going through a licensed firearms

21  dealer and without a background check or cooling-off period.  Cal. Penal Code § 26815, 27540.

22  If any of those guns are used in a violent crime, it will be exceedingly difficult, if not impossible,

23  to track them back to their source.  They also were not entered into the AFS, meaning if law

24  enforcement officers execute a search or arrest warrant on one of those 5,000 or more customers

25  in the future, those officers will not know that they may have an AR-15-style firearm at their

26  disposal.

27     33.  As a law-enforcement officer, my most significant concern is with these firearms

28  falling in the hands of prohibited persons who will use them in violent crimes.  California has

12

Decl. of Blake Graham ISO Pls.' Mot. for Prelim. Inj. (18-cv-01115)

Appendix                                                                    Page 16

1    already witnessed a prohibited person use polymer-based ghost guns to attack police officers

2    (¶ 25.t).  It has also witnessed multiple mass shootings by people who could not have purchased

3    the ghost guns they used from a licensed firearms dealer (¶¶ 25.a and 25.o).  And I believe the

4    2014 case of the three Norteño gang members, described above in paragraph 25.e, would have

5    been more deadly if they had three AK-47-style ghost guns instead of just one.

6         34.   3D printed guns have the potential to pose an even greater threat.  3D printing of

7    firearms and later assembly of them can take at least two paths.  First, a 3D printer can be used to

8    manufacture multiple plastic pieces of a firearm.  Those pieces would then need to be assembled

9    to make a working firearm.  (Although federal law requires 3D printed guns to have a 3.7 ounce

10   piece of stainless steel embedded in the frame, this requirement can easily be ignored.)  This kind

11   of production would probably have a limited lifespan—given the current state of the

12   technology—due to breakage issues, but it is still a viable threat.  A second possible use for 3D

13   printers would be to print out just a frame or receiver of a firearm and then assemble a working

14   weapon from commercially available and uncontrolled firearms parts (using a metal barrel for

15   example).

16        35.   3D printers can make the process for obtaining a ghost gun much simpler.  Instead of

17   going through a middleman, like the Cortez-Garcia family (¶¶ 21, 25.b) or Dr. Death (¶¶ 22,

18   25.d), firearms-prohibited persons and those persons who do not wish the government to be aware

19   of their firearms ownership will have an additional method to make guns on their own.  This will

20   make ghost guns harder to keep off the streets, because law enforcement will not be able to

21   monitor them through gun stores and gun shows.

22        36.   Concerns about ghost guns prompted the California Legislature to pass Assembly Bill

23   857 in 2016, which requires persons already in possession of ghost guns to report them to BOF,

24   seek a BOF-issued serial number, apply the number to the firearm and then report back to BOF

25   that the firearm has been serialized.  Cal. Penal Code §§ 29180-84.  Additionally, the law requires

26   that after July 1, 2018, if a person wants to manufacture a firearm for themselves, they must pass

27   a background check before BOF will issue them a serial number to be applied to their firearm.

28

13

Decl. of Blake Graham ISO Pls.' Mot. for Prelim. Inj. (18-cv-01115)

Appendix                                                                                          Page 17

1    37.  I do not anticipate that prohibited persons will follow the California ghost-gun

2  serialization law and report existing ghost guns or request a serial number from BOF before

3  building a ghost gun in the future, because it is a crime for a prohibited person to possess or

4  manufacture a firearm.

5    38.  I am aware that the federal government entered into a settlement agreement with a

6  company known as Defense Distributed in a case captioned *Defense Distributed v. U.S. Dep't of*

7  *State*, No. 15-cv-372 RP (W.D. Tex.).  I understand that, in the settlement agreement, the federal

8  government committed to taking steps to change federal laws that prohibited Defense Distributed

9  from posting CAD files online and that those changes will increase the accessibility of 3D guns.

10  Wider availability of 3D printed guns would impair BOF's ability to implement California's

11  firearms safety laws.  As a result, prohibited persons and violent criminals will have greater

12  access to firearms, including AR-15 style guns and potentially some guns that cannot be detected

13  by metal detectors, increasing the risk that more Californians will be injured or killed.

14

15  In compliance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

16  and correct.

17

18  Executed on:  August 8th, 2018

19

20  _____
                  BLAKE GRAHAM
21

22

23

24

25

26

27

28

14

Decl. of Blake Graham ISO Pls.' Mot. for Prelim. Inj. (18-cv-01115)

Appendix                                                                                                                    Page 18

The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al. | NO. 2:18-cv-01115-RSL |
| Plaintiffs, | DECLARATION OF JOHN S. CAMPER |
| v. | |
| UNITED STATES DEPARTMENT OF STATE, et al., | |
| Defendants. | |

I, John S. Camper, declare as follows:

1.      I am over the age of 18 and have personal knowledge of all the facts stated herein.

2.      I am the Director of the Colorado Bureau of Investigation ("CBI").  I have held this position since January 2, 2018.  I am the chief administrative officer of the CBI and an agent.  I supervise and direct the administration and all other activities of the CBI.

3.      For the reasons outlined below, the Temporary Modification of Category I of the United States Munitions List ("Temporary Modification") will undermine Colorado's efforts to prevent the proliferation of dangerous weapons, allow individuals ineligible to

DECLARATION OF JOHN S. CAMPER                    1
2:18-cv-01115-RSL

1   possess firearms under state or federal law to easily obtain them without a background check,

2   and hinder law enforcement's ability to investigate criminal activity involving firearms,.

3       4.     Colorado law prohibits several categories of individuals from possessing

4   firearms.  In addition to restrictions imposed by federal law, *see* 18 U.S.C. § 922(g) and (n),

5   those under the age of eighteen are generally prohibited from possessing handguns, Colo. Rev.

6   Stat. § 18-12-108.5(1)(a), and certain previous offenders are generally barred from firearm

7   possession altogether. Colo. Rev. Stat. § 18-12-108(1).  Individuals subject to civil protection

8   orders may not possess or attempt to purchase or receive a firearm while the protection order is

9   in effect, Colo. Rev. Stat. § 18-6-803.5(1)(c), and must generally surrender any firearms in

10   their possession within 24 hours of being served with a qualifying order. Colo. Rev. Stat. § 18-

11   1-1001(9).

12       5.     Pursuant to Colo. Rev. Stat. § 24-33.5-424(2), the CBI serves as the state point

13   of contact for implementation of 18 U.S.C. § 922(t), all federal regulations and applicable

14   guidelines adopted pursuant thereto, and the NICS system.  The CBI is responsible for

15   conducting nearly universal background checks related to the transfer of a firearm, including

16   private transfers and transfers at gun shows utilizing ATF Form 4473, which mandates the

17   inclusion of the firearm's serial number.

18       6.     The Temporary Modification undermines CBI's ability to ensure Colorado's

19   compliance with these mandates.  3D printed firearms can be printed and possessed by anyone

20   with suitable equipment regardless of eligibility to possess firearms under federal or state law.

21   Because home-printed 3D firearms never enter the stream of commerce through a Federal

22   Firearms Licensee ("FFL"), no background check is ever performed.  The CBI thus cannot

23   verify that an individual who has home-printed a firearm is legally entitled to possess it.

24

DECLARATION OF JOHN S. CAMPER     2

2:18-cv-01115-RSL

7.      Nor is ensuring the eligibility of firearm owners the only problem.  Because they are made primarily of composites, 3D printed firearms can be used to evade  security measures such as magnetometers in place throughout public facilities in Colorado,  including airports, courthouses, music and sporting venues, and governmental offices, thereby jeopardizing private citizens and law enforcement

8.      Proliferation of 3D-printed firearms will also hamper law enforcement's ability to investigate crimes.  For example, the CBI relies upon manufacturing data, including the serial number, of firearms used in crime as part of its criminal investigative duties.  Because 3D printed firearms lack this information, the chain of ownership is essentially untraceable.

9.      The CBI performs forensic laboratory analysis for Colorado law enforcement agencies, including firearms analysis.  § 24-33.5-402(1)(c), C.R.S.  Data from recent analyses establish that the unique characteristics of 3D printed firearms render many existing forensic techniques ineffective.

10.      In 2017, the CBI participated in research on forensic testing of 3D printed firearms.  CBI analysts, working in concert with a private laboratory, printed five 3D firearms from open-source plans similar to those offered by Defense Distributed, and applied standard forensic techniques to those firearms after they were fired.  The five 3D firearms tested were

- Reprringer .22 Long Rifle caliber derringer

- Grizzly .22 Long Rifle caliber pistol

- Liberator .380 Auto caliber pistol

- Pepperbox Liberator .380 auto revolver

- Washbear .22 Long Rifle caliber revolver

11.     Forensic analysts examined the 3D printed firearms and projectiles for DNA and serology, latent fingerprints, GSR (gunshot residue), and firearm characteristics.  In its limited sample size, the CBI determined 3D printed firearms and factory manufactured firearms yielded comparable data for latent print and DNA/Serology.  GSR from the 3D firearms tested was atypical because it contained the polymer from the composite material used in the 3D printing process creating the firearm.

12.     Most importantly, the CBI's analysis of 3D printed firearms established that standard forensic techniques cannot be applied to link a particular projectile or bullet to a particular 3D printed firearm.  There are at least three reasons for this.  First, the barrel of a 3D printed firearm is not rifled and as a consequence does not contain unique lands and grooves that transfer to the projectile when it is fired.  Second, even if a 3D printed firearm left unique markings on a projectile, due to the lack of durability of the composites used, the firing conditions cannot be replicated from one shot to the next.  Finally, the very instability of the 3D printed firearm causes unsafe firing conditions, even in a controlled laboratory setting.

13.     This instability in construction is not only of concern in a controlled laboratory setting.  The guns tested frequently misfired and the force of the gunshot broke some of the firearms apart.  These conditions, coupled with the inaccurate trajectory that was common to each of the firearms tested, would cause significant risk to the shooter and bystanders.

Dated this ___8th___ day of August, 2018.

s/ *John S. Camper*_____
JOHN S. CAMPER

1   I declare under penalty of perjury under the laws of the State of Washington and the

2   United States of America that the foregoing is true and correct.

3        DATED this __8th__ day of August, 2018, at _Lakewood, Colorado_____.

4

5                                        _s/ John S. Camper_____

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

DECLARATION OF JOHN S. CAMPER            5

1

2

3

4

5

6

THE HONORABLE ROBERT S. LASNIK

7

8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

9

10

STATE OF WASHINGTON, et al.

Plaintiffs,

11

12

v.

13

14

15

16

17

18

UNITED STATES DEPARTMENT OF
STATE; MICHAEL R. POMPEO, in his
official capacity as Secretary of State;
DIRECTORATE OF DEFENSE TRADE
CONTROLS; MIKE MILLER, in his official
capacity as Acting Deputy Assistant Secretary
of Defense Trade Controls; and SARAH
HEIDEMA, in her capacity as Director
of Policy, Office of Defense Trade Controls
Policy; DEFENSE DISTRIBUTED; SECOND
AMENDMENT FOUNDATION, INC.; and
CONN WILLIAMSON

19

Defendants.

NO. 2:18-cv-01115-RSL

DECLARATION OF
ROBERT HERZOG
IN SUPPORT OF PLAINTIFF'S
MOTION FOR PRELIMINARY
INJUNCTION

**Noting Date: August 10, 2018**

20

21

I, ROBERT HERZOG, declare as follows:

22

1.    I am over the age of 18 and have personal knowledge of all the facts stated herein.

23

2.    The Washington State Department of Corrections (DOC or Department) houses

24

approximately 19,500 incarcerated individuals in 12 prisons and 13 work release facilities across

DECLARATION OF ROBERT HERZOG
IN SUPPORT OF PLAINTIFF'S MOTION
FOR PRELIMINARY INJUNCTION
2:18-cv-01115-RSL

1

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1    the state. DOC also supervises over 19,000 individuals in the community pursuant to community

2    custody terms ordered by sentencing courts. I began with the Washington State Department of

3    Corrections in April 1982. In my 36-year career with the Department, I have served in many

4    capacities, including 19 years as uniformed custody staff, where I was tasked with maintaining

5    the safety and security of prisoners, staff, and visitors. I also have served as an Associate

6    Superintendent, Deputy Superintendent, and Superintendent of several DOC facilities, including

7    the Monroe Correctional Complex, one of the state's largest prisons. In 2015, I became a Deputy

8    Director of Prisons, with oversight of half of the state's correctional facilities, along with

9    responsibility for our Intelligence and Investigations Units and all restricted housing operations

10   (secure housing placements for dangerous individuals). In April 2017, DOC Secretary Stephen

11   Sinclair appointed me Assistant Secretary for Prisons, a position I hold today. As Assistant

12   Secretary, I am responsible for the overall leadership, direction, oversight, and safety and

13   security of all Washington prisons. I also serve on the Secretary's Executive Strategy Team, and

14   in that capacity frequently interact with leaders of other divisions within the Department on

15   matters of importance to the operation of the state's correctional system.

16        3.      The Department's mission is to improve public safety. We do this by safely and

17   humanely incarcerating individuals sentenced to prison terms by the courts, by providing

18   education and other reentry-focused programming during incarceration, and by providing

19   community supervision and support to high-risk individuals sentenced to community custody

20   following release from confinement. Critical to achieving this mission is maintaining safety and

21   security within the Department's prisons and work release facilities.

22        4.      While most incarcerated individuals serve their sentences without incident, DOC

23   houses the state's most violent convicted felons, who committed horrific crimes in the

24

DECLARATION OF ROBERT HERZOG          2         ATTORNEY GENERAL OF WASHINGTON
IN SUPPORT OF PLAINTIFF'S MOTION                        800 Fifth Avenue. Suite 2000
FOR PRELIMINARY INJUNCTION                                 Seattle, WA 98104-3188
2:18-cv-01115-RSL                                              (206) 464-7744

1   community and can continue to act out violently in prison when given the opportunity. The

2   Department, therefore, has strict policies and procedures designed to limit the items that may be

3   brought into correctional facilities, to avoid the introduction of weapons and other contraband.

4   This includes the use of walk-through and hand-held metal detectors for visitors and x-ray

5   scanning of all incoming packages and hand-carried items. Unfortunately, despite the

6   Department's vigilance, some contraband evades screening and detection and makes it into the

7   facilities. The Department continually discovers new methods of introducing serious contraband

8   into facilities, with contraband disguised or hidden by various means.

9          5.      A few examples of these methods may help illustrate the challenge: cell

10  phones are dismantled to avoid obvious visual detection and sent to incarcerated individuals

11  in packages with authorized items; visitors have worn the same shoes as those provided to

12  incarcerated persons—shoes packed with contraband—and the shoes are swapped under the

13  visiting table; incoming letters and envelopes are soaked in methamphetamine; strips of

14  suboxone are hidden behind stamps, flaps of envelopes, or hidden among pages of fake

15  incoming legal mail; hand-fashioned edged weapons are discovered hidden in many places,

16  including most recently in an incarcerated person's body cavity; and most notably, over the

17  past two years visual and electronic searches of incoming hand carried items resulted in the

18  discovery of 12 loaded firearms that otherwise would have made it into the secure perimeter

19  of the prisons.

20         6.      Prisons employees rely upon their experience and knowledge of the various

21  types of contraband to aid in their visual and electronic methods of discovery. As new ways

22  are designed to disguise contraband, or new designs of common items that previously would

23

24

DECLARATION OF ROBERT HERZOG                    3
IN SUPPORT OF PLAINTIFF'S MOTION
FOR PRELIMINARY INJUNCTION
2:18-cv-01115-RSL

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1   have been be easy to identify and detect, discovery becomes much more challenging and the

2   risk significantly increases.

3         7.    It is a crime to bring a firearm onto prison grounds. Wash. Rev. Code §

4   9.41.300. Contraband in the form of firearms would present an extreme risk to institutional

5   safety and security. The Department successfully mitigates this risk through scanners and

6   other equipment designed to detect metal weapons. The existence of 3-D printed plastic

7   firearms, weapons that are undetectable using metal detectors, would fundamentally

8   undermine our ability to maintain safe and secure correctional facilities. The challenge

9   presented by these weapons would be particularly difficult because they evidently are

10  assembled from separately "printed" pieces that would not necessarily be recognizable could

11  therefore be smuggled into facilities, or otherwise passed to individuals on escorted leave or

12  work crews in the community, in ways that are not necessarily detectable. Community work

13  crews comprised of incarcerated individuals often attempt to smuggle contraband back into

14  our prisons. Persons not incarcerated can know the locations where our crews work and hide

15  contraband for work crew members. Often this contraband is either swallowed or inserted

16  into a body cavity to aid in the introduction into the prison.

17        8.    The safety risks presented by 3-D printed firearms are not limited to prisons

18  and work release facilities. As noted, DOC supervises over 19,000 individuals in the

19  community. DOC Community Corrections Officers (CCOs) do this work, which can be

20  dangerous. CCOs are limited authority peace officers and have arrest authority. They enforce

21  conditions of community custody imposed by the court and by the Department, including the

22  statutorily mandated prohibition that felons not possess firearms. Although other law

23  enforcement agencies can speak more generally about the public safety risk of undetectable

24

DECLARATION OF ROBERT HERZOG         4        ATTORNEY GENERAL OF WASHINGTON
IN SUPPORT OF PLAINTIFF'S MOTION                800 Fifth Avenue. Suite 2000
FOR PRELIMINARY INJUNCTION                  Seattle, WA 98104-3188
2:18-cv-01115-RSL                          (206) 464-7744

1  and untraceable 3-D printed weapons, it is difficult to overstate the danger they would

2  present in the hands of high risk, violent felons DOC CCOs are responsible for supervising

3  in the community.

4      9.    In summary, the Washington Department of Corrections is gravely concerned

5  that the existence and availability of 3-D printed firearms would substantially undermine its

6  ability to protect the public. Plastic firearms would be difficult to detect when smuggled into

7  prisons and work release facilities, and once inside, could be used to harm or kill staff,

8  visitors, and incarcerated individuals, and aid in the escape of incarcerated persons.

9  Additionally, the availability of 3-D printed firearms to felons on community custody would

10  present an unacceptable risk of harm to CCOs and the public.

11      I declare under penalty of perjury under the laws of the State of Washington and the

12  United States of America that the foregoing is true and correct.

13      DATED this __3__ day of August 2018, at Tumwater, Washington.

14

15                                  ROBERT HERZOG

16

17

18

19

20

21

22

23

24

DECLARATION OF ROBERT HERZOG            5              ATTORNEY GENERAL OF WASHINGTON
IN SUPPORT OF PLAINTIFF'S MOTION                            800 Fifth Avenue. Suite 2000
FOR PRELIMINARY INJUNCTION                            Seattle, WA 98104-3188
2:18-cv-01115-RSL                                      (206) 464-7744

The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

STATE OF WASHINGTON, et al.

        Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF
STATE, et al.,

        Defendants.

NO. 2:18-cv-01115-RSL

DECLARATION OF
MARY B. McCORD

I, Mary B. McCord, pursuant to 28 U.S.C. § 1746, hereby declare and say as follows:

1.    I am over the age of 18 and have personal knowledge of all the facts stated in this declaration.

2.    I am currently a Senior Litigator and Visiting Professor of Law at the Institute for Constitutional Advocacy and Protection at Georgetown University Law Center in Washington, D.C. I have held this position since July 1, 2017. In this position, I have represented cities, businesses, and individuals in lawsuits raising a variety of constitutional and statutory issues. I have also authored or co-authored several amicus briefs on behalf of current and former federal, state, and local prosecutors and law enforcement officials, and have co-authored letters to government officials on behalf of former national security officials.

DECLARATION OF
MARY B. McCORD
2:18-cv-01115-RSL

1

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

3.      Prior to holding my current position, I was the Acting Assistant Attorney General for National Security at the Department of Justice from October 2016 through mid-May 2017, and the Principal Deputy Assistant Attorney General for National Security at the Department of Justice from May 2014 through October 2016.  In those roles, I oversaw all federal counterterrorism, espionage, and export-control prosecutions.    These included prosecutions of terrorists brought to the United States from abroad for terrorist acts committed overseas, as well as prosecutions of terrorism-related offenses committed within the United States.  It also included prosecution of cases arising from violations of the Arms Export Control Act (AECA), 22 U.S.C. § 2751 *et seq.*, and the International Trafficking in Arms Regulations (ITAR), 22 C.F.R. §§ 120-130.  In addition, my responsibilities included representing the Department of Justice at interagency policy meetings, including Deputies Committee meetings, held by the National Security Staff of the Executive Office of the President, on a full range of national security issues including counterterrorism policy, terrorist threats to aviation, border security, export control policy, arms control policy, intelligence collection, cyber threats to national security, and foreign attempts to influence the U.S. elections, among others.  My work put me in close contact with officials from all of the national security departments and agencies, including the Departments of Defense, Homeland Security, State, and the Treasury, and the intelligence community, among others.

4.      Prior to my position in the National Security Division at the Department of Justice, I was an Assistant United States Attorney (AUSA) for the District of Columbia from October 1994 to May 2001 and July 2002 through May 2014.  During my tenure as an AUSA, in addition to prosecuting at trial and litigating on appeal in cases arising under federal and District of Columbia criminal law, I served as a Deputy Chief of the Sex Offense Section for one year, Deputy Chief of the Appellate Division for six years, and Chief of the Criminal Division for two years.  As Chief of the Criminal Division, I supervised all federal violent and organized crime prosecutions, including narcotics and gun trafficking; all federal white collar offenses; and all prosecutions of federal national security offenses (in conjunction with the

DECLARATION OF                                          2                      ATTORNEY GENERAL OF WASHINGTON
MARY B. McCORD                                                                                     800 Fifth Avenue. Suite 2000
2:18-cv-01115-RSL                                                                                      Seattle, WA  98104-3188
                                                                                                             (206) 464-7744

Appendix                                                                                                          Page 30

1   officials at the National Security Division of the Department of Justice).  My work put me in

2   close contact with law enforcement officials at the Federal Bureau of Investigation, the Bureau

3   of Alcohol, Tobacco, Firearms, and Explosives, and the Department of Homeland Security,

4   among others.

5        5.      This declaration is submitted in support of the request for an injunction filed by

6   the States of Washington, California, Connecticut, Colorado, Delaware, Hawaii, Illinois, Iowa,

7   Maryland, Minnesota, New Jersey, New York, North Carolina, Oregon, Rhode Island,

7   Vermont, the Commonwealths of Virginia, Massachusetts, and Pennsylvania, and the District

8   of Columbia ("plaintiff States").

9        6.      I have considered the likely impacts of an unrestricted export of Defense

10  Distributed's Computer Aided Design (CAD) files to any interested person, entity, or foreign

11  power, and have concluded that its likely effect would be detrimental to the national security,

12  foreign relations, and public safety interests of the United States and the plaintiff States.

13  **Unrestricted Export Would Threaten To Defeat Existing Security Protocols on Which Public Safety Depends**

14       7.      A plastic firearm that is both fully operable and virtually undetectable by

15  conventional security measures would threaten to defeat existing security protocols on which

16  public safety depends.  Such a device would rarely, if ever, be detected by metal detectors,

16  which form the backbone of well-developed protocols used across the United States and around

17  the world for public safety.

18       8.      Metal detectors stand between those carrying firearms and boarding airplanes,

19  entering packed stadiums and arenas, attending concerts, visiting courthouses and other

20  government buildings, and—increasingly—going to school.

21       9.      A plastic firearm, including a 3D-printed plastic firearm, would evade this well-

22  honed system because there would be no current-conducting metal on which the detector would

23  alert.

24

DECLARATION OF                3                ATTORNEY GENERAL OF WASHINGTON
MARY B. McCORD                                     800 Fifth Avenue. Suite 2000
2:18-cv-01115-RSL                                     Seattle, WA 98104-3188
                                                        (206) 464-7744

10.     Although the federal Undetectable Firearms Act, 18 U.S.C. § 922(p), requires firearms to include enough metal to be detectable by a walk-through metal detector, this requirement easily could be evaded by bad actors who seek to smuggle 3D-printed plastic firearms through such metal detectors.  For example, it is my understanding that the Defense Distributed CAD files for the "Liberator" 3D-printed plastic firearm include the insertion of a six-ounce piece of metal to comply with this requirement, but that the metal piece can be removed without rendering the firearm inoperable.

11.     Although most firearms ammunition should be detectable by metal detectors, depending on the sensitivity and calibration of the equipment used, a single bullet might be undetectable.

12.     The law enforcement and national security community, of which I was a part for more than 20 years, has consistently expressed concerns about the development of plastic weapons—whether firearms or improvised explosive devices—that can evade detection by metal detectors.

13.     Allowing widespread private manufacture and access to operable 3D-printed plastic firearms would seriously undermine the utility of one of the primary currently available forms of protection for sensitive and/or crowded sites nationwide and worldwide.

**Unrestricted Export Would Pose Serious National Security Risks**

14.     The export of CAD files for the manufacturing of 3D-printed plastic firearms means that the files will be available not only to U.S. persons (U.S. citizens and Lawful Permanent Residents (LPRs)), but also to foreign persons both inside and outside of the United States.  *See* 22 CFR § 120.17 (defining "export" for purposes of ITAR to include "transmission" of technical data "out of the United States in any manner" and "releasing or otherwise transferring technical data to a foreign person in the United States").

15.     Unrestricted export of these CAD files means that bad actors, including members of foreign terrorist organizations and those inspired by them, both inside and outside

DECLARATION OF
MARY B. McCORD
2:18-cv-01115-RSL

4

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

Appendix

Page 32

of the United States, would be able to make undetectable and untraceable firearms that could be used to inflict harm on persons residing in or visiting the State of Washington and other plaintiff States.

16.     Foreign terrorist organizations like al-Qa'ida and ISIS have long encouraged the use of firearms to commit acts of terrorism on U.S. soil in the name of those groups.  Such terrorist organizations call on individuals to cause as much bloodshed as possible in the hope of spreading fear, gaining notoriety, and attracting additional followers.  Individuals such as Omar Mateen, the shooter at Orlando's Pulse Nightclub who killed 49 people, and Syed Farook and Tashfeen Malik, the shooters at a county government training event in San Bernardino, California, who killed 14, have, regrettably, answered that call.

17.     Thus far, those in the United States who have been susceptible to terrorists' call to violence have in some instances been limited in the bloodshed that they are able to cause with firearms.  That appears due, at least in part, to the security protocols, and in particular the metal detectors, that hinder them from being able to bring firearms into crowded, heavily-attended places.  Would-be terrorists know that they currently would likely fail if they tried to enter, for example, Seattle's CenturyLink Field with a metal firearm, due to the stadium's use of walk-through metal detectors.

18.     With the unrestricted export of files facilitating the private manufacture of 3D-printed plastic firearms, the 72,000 fans who pack CenturyLink for a Seahawks game suddenly would become much more vulnerable to terrorists who seek to cause as much bloodshed as possible.  The ability to bring firearms undetected to public spaces and then open fire as widely and indiscriminately as possible is a longstanding tactical objective for groups such as al-Qa'ida and ISIS.

19.     With the availability of the CAD files for the manufacturing of 3D-printed plastic firearms, members of foreign terrorist organizations abroad, and those inspired by them, may travel to the United States for the purpose of making such weapons and using them to commit a terrorist attack in one of the plaintiff States.  In addition, members of foreign terrorist

DECLARATION OF
MARY B. McCORD
2:18-cv-01115-RSL

5

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

organizations outside the United States, and those inspired by them, may manufacture 3D-printed plastic firearms abroad and attempt to smuggle them into the United States, whether by land, air, or sea. These plastic firearms would prove more difficult to detect than conventional metal firearms, depending on the screening systems used at the various entry points.

20.    In addition, in my experience, foreign terrorist organizations have made a priority of targeting commercial aviation and aggressively pursue innovative methods to undertake attacks, including by smuggling undetectable explosives onto commercial airplanes. The availability of the CAD files for manufacturing 3D-printed plastic firearms increases the risk that members of foreign terrorist organizations and those inspired by them will successfully be able to bring such weapons onto a commercial airplane bound for the United States. Even if foreign airports that are the last points of departure for the United States utilize security screening devices such as millimeter wave imaging technology, designed to detect metallic and non-metallic items, vulnerabilities in those systems and the persons who operate them increase the risk of 3D-printed plastic firearms being used to commit an in-air attack, including a hijacking. They also increase the risk that 3D-printed plastic firearms made abroad could be transported in the checked baggage of passenger planes or on cargo planes bound for the United States, for use in a possible terrorist attack in one of the plaintiff States.

21.    In addition to the above, metal detectors represent the principal means of protecting prominent federal, state, and local officials in their frequent public appearances. One goes through a metal detector before entering the White House, the Supreme Court, and the Capitol in Washington D.C., as well as iconic buildings in many state capitals—and even at many campaign events and rallies for candidates not yet elected to public office.

22.    There are numerous foreign adversaries intent on causing chaos and confusion in the United States. Increasing the ability to bypass existing security protocols with an undetectable firearm would provide an assassination option for hostile foreign actors that is currently much more difficult, and thus presents a serious national security risk.

DECLARATION OF
MARY B. McCORD
2:18-cv-01115-RSL

6

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**Unrestricted Export Would Harm Foreign Relations**

23.     The United States and other countries rely on international arms embargoes, export controls, and other measures to restrict the availability of defense articles, including firearms, sought by foreign terrorist organizations.  Unrestricted access to the CAD files for manufacturing 3D plastic firearms would allow these organizations and those inspired by them to readily manufacture and use such weapons in foreign countries, harming U.S. foreign relations with those countries.

24.     Wide international access to the CAD files would likewise provide armed insurgent groups, transnational criminal organizations, and foreign countries subject to U.S. or U.N. arms embargoes (such as North Korea and Iran) with technology allowing for the ready manufacture of 3D-printed plastic firearms and components.  This would undermine global export control and non-proliferation regimes designed to prevent the dangerous spread and accumulation of weapons and related technologies, damaging U.S. leadership in this area.

25.     Even if IP addresses located in hostile foreign countries such as North Korea and Iran were blocked by Defense Distributed from accessing the CAD files, there are multiple ways to defeat an IP block, including through the use of proxies and virtual private networks.

26.     Easy internet access to the CAD files also could contribute to increased armed conflict and crime in countries with which the United States seeks to maintain good relations, causing destabilizing effects on economies and societies.  Such destabilization would negatively impact U.S. foreign relations with those countries and could result in damage to the economies of the plaintiff States and their citizens who have family members and business interests in those countries.

27.     If the CAD computer files were used to assemble an undetectable 3D-printed plastic firearm in a foreign country, and that weapon were then used to commit an act of terrorism, piracy, or other serious crime, this sequence of events, and the foreign country's likely interest in holding the United States accountable, could cause very serious and lasting harm to the foreign relations interests of the United States.

DECLARATION OF
MARY B. McCORD
2:18-cv-01115-RSL

7

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

28.     That risk is particularly great because many foreign countries, including critical allies like Canada, the United Kingdom, and Japan, have more restrictive firearms laws than those in the United States.  Unrestricted export of the CAD files for use in manufacturing 3D-printed firearms would undercut the domestic laws of those countries and increase the risk of violence there, thereby damaging U.S. foreign relations with those countries.

**Unrestricted Export Would Undermine Law Enforcement's Ability to Investigate and Solve Crimes Committed with Firearms**

29.     The ready availability of the CAD files would mean that 3D-printed plastic firearms may be privately manufactured and put into the marketplace with no serial numbers, making them untraceable by law enforcement, which would seriously impede the ability to investigate and solve crimes committed with firearms.

30.     Under federal law, all firearms manufactured for commercial sale in the United States are required to bear a serial number which, along with other required markings on the firearm, generally allow it to be uniquely identified.  When a law enforcement agency recovers a firearm, it can submit the serial number and other identifying details to the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) to "trace" the gun to the federal firearm licensee who made the first retail sale of the firearm, thus leading to the identity of the first retail purchaser of the firearm.

31.     In individual cases, a successful firearms trace can lead to the perpetrator of a crime or to a person who may have relevant information about a particular crime.  In my experience as a federal prosecutor, firearms trace information frequently led to information relevant to solving violent crimes, including by revealing "straw" purchasers, or those who purchased a gun for someone legally prohibited from buying or possessing a firearm.

32.     Firearms trace information can also be helpful in discerning meaningful patterns in gun trafficking, for example, by identifying gun buyers who are responsible for purchasing a disproportionate share of firearms recovered from crime scenes in certain areas

DECLARATION OF
MARY B. McCORD
2:18-cv-01115-RSL

8

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

Appendix                                                                                         Page 36

or gun sellers who supply a disproportionate share of firearms used in crime and may wittingly or unwittingly be fueling illegal gun trafficking.

33.     Although federal law requires all firearms manufactured for commercial sale in the United States to have serial numbers, bad actors who download the CAD files for the manufacture of 3D-printed plastic firearms readily can evade this requirement and produce undetectable and untraceable firearms.

34.     Law enforcement agencies in the plaintiff States that locate 3D-printed plastic guns that have no serial numbers will have no information from which to seek a firearms trace from the ATF, reducing their ability to solve crimes in their jurisdictions.  This is so even if the 3D-printed plastic gun is in compliance with the Undetectable Firearms Act.

35.     In addition, it is my understanding that the plastic barrel of a 3D-printed plastic gun does not contain grooves called "rifling" that leave unique striations on the soft outer metal of bullets fired from it.  This means that law enforcement agencies and prosecutors will not be able to rely on forensic experts to match bullets used to commit crimes with the firearms from which they were shot.

36.     When a gun is fired and the bullet speeds down the barrel, it encounters ridges and grooves that cause it to spin, increasing the accuracy of the shot.  Those ridges dig into the soft metal of the bullet, leaving striations.  At the same time that the bullet is blasted forward, the cartridge case explodes backward with equal force against the mechanism that absorbs the recoil, stamping an impression into the soft metal at the base of the cartridge case, which is then ejected from the gun.

37.     When a law enforcement agency recovers bullets or cartridge cases from a crime scene, forensic examiners can test-fire a suspect's gun to see if it produces striations and impressions that match the evidence.  When there is a match, prosecutors may rely on a firearms identification expert to testify that the microscopic striations and impressions left on bullets and cartridge cases are unique, reproducible, and therefore, like "ballistic fingerprints" that can be used to identify a gun.

DECLARATION OF
MARY B. McCORD
2:18-cv-01115-RSL

9

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

38.     In my experience, firearms identification has produced valuable evidence to support prosecutions of violent crimes committed with firearms.  Law enforcement agencies that locate bullets shot from 3D-printed plastic firearms will not be able to rely on firearms identification to prove that the bullets were shot from a suspect's 3D-printed plastic firearm, reducing the ability of law enforcement agencies in the plaintiff States to solve crimes committed with such weapons.

**Federal and State Laws Do Not Adequately Protect Americans from the Threat Posed by Plastic Guns**

39.     Federal and state regulation of the manufacture and sale of firearms is based on the premise that commercial firearms production and distribution require an investment of resources that makes it feasible only for commercial entities, which must comply in order to maintain their licenses.  The wide availability of the CAD files for the production of 3D-printed plastic handguns in the home, and the ubiquity and relative low cost of 3D printers, would up-end the entire regulatory regime.

40.     Bad actors who seek to make or sell 3D-printed firearms for criminal purposes have no motivation to comply with federal or state firearms laws, and can easily evade them because of the ready ability to make the weapons cheaply and with minimal equipment.  Although bad actors today can purchase firearms on the black market, or through straw purchasers, obtaining firearms from such illicit sources increases the costs to the purchasers, who still bear the risk that those firearms might be traced back to them by law enforcement.  That risk is minimal for 3D-printed plastic firearms that contain no serial numbers and are not distributed by licensed firearms dealers.  Moreover, by bypassing licensed firearms dealers, purchasers of 3D-printed plastic firearms also bypass background checks required under current federal law.

41.     Laws such as the Undetectable Firearms Act, while laudable, do little to deter bad actors—whether terrorists, drug dealers, or domestic abusers—from making 3D-printed plastic weapons such as the Liberator without the non-functional piece of metal required to

DECLARATION OF
MARY B. McCORD
2:18-cv-01115-RSL

10

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

Appendix                                                                                          Page 38

1   comply with the Act.  This is especially so where the weapons will never pass through the

2   hands of a licensed firearms dealer whose livelihood depends on compliance with federal and

3   state regulations.

4        42.    In my judgment, the entry of an injunction in this matter would help to prevent

5   the further dissemination of any Defense Distributed CAD files for the manufacture of 3D-

6   printed plastic firearms that may have been made available via the internet, thereby decreasing

7   the risk of harm to the national security and foreign relations interests of the United States and

   to the public safety and law enforcement interests of the plaintiff States.

8        43.    I am not receiving compensation for offering my opinion in this case.  I am

9   serving pro bono because of my grave concerns about the dangers of the unchecked global

10   release of Defense Distributed's CAD files for the manufacture of 3D-printed plastic firearms.

11       I declare under penalty that the foregoing is true and correct.

12       DATED this *7th* day of August, 2018, at Washington, District of Columbia.

13

14                        Mary B. McCord

15

16

17

18

19

20

21

22

23

24

DECLARATION OF
MARY B. McCORD
2:18-cv-01115-RSL

11

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

Appendix                                                                 Page 39

1                                                              The Honorable Robert S. Lasnik

2

3

4

5

6

7                          **UNITED STATES DISTRICT COURT**
                          **WESTERN DISTRICT OF WASHINGTON**
8                                   **AT SEATTLE**

9
     STATE OF WASHINGTON, et al.              NO. 2:18-cv-01115-RSL
10
                     Plaintiffs,              DECLARATION OF
11                                            BRIAN KYES
              v.
12
     UNITED STATES DEPARTMENT OF
13   STATE; MICHAEL R. POMPEO, in his
     official capacity as Secretary of State;
14   DIRECTORATE OF DEFENSE TRADE
     CONTROLS; MIKE MILLER, in his official
15   capacity as Acting Deputy Assistant Secretary
     of Defense Trade Controls; and SARAH
16   HEIDEMA, in her official capacity as Director
     of Policy, Office of Defense Trade Controls
17   Policy; DEFENSE DISTRIBUTED; SECOND
     AMENDMENT FOUNDATION, INC.; and
18   CONN WILLIAMSON

19                   Defendants.

20

21           I, Brian Kyes, declare as follows:

22           1.       I am over the age of 18 and have personal knowledge of all the facts stated herein.

23

24

DECLARATION OF BRIAN KYES                           1

2:18-cv-01115-RSL

2.      I am the Chief of Police of the Chelsea Police Department. I was originally appointed as a Patrol Officer for the Chelsea Police Department in 1987 and was promoted to the rank of Sergeant in 1994, Lieutenant in 1996, and Captain in 2002. I have served in my current position as Chief of Police since 2007.

3.      I serve as the President of the Massachusetts Major City Chiefs of Police Association, Inc. (the "MMCC"). MMCC's members include chiefs of police from approximately forty communities in Massachusetts. MMCC is committed to reducing and preventing crime and has a special focus on stopping gun violence. In addition, I serve on the Municipal Police Training Committee, which establishes and enforces training standards for municipal police officers in the Commonwealth.

4.      I hold a bachelor's degree from Framingham State College, a master's degree from Anna Maria College, and a Juris Doctor degree from Suffolk University Law School. I have also attended numerous professional development certification programs, including programs with the FBI National Academy, the Naval Postgraduate School, and Harvard University.

5.      As Chief of the Police of the Chelsea Police Department, I oversee over 100 sworn officers.

6.      During my career, I have investigated and supervised hundreds of cases involving firearms.

7.      Individuals who can locate Defense Distributed's computer-aided design (CAD) codes and who have access to an internet connection and 3D printer are able to click and print a lethal "ghost gun" that is unregulated and untraceable. The easier it is to find these codes, the easier it is to print a firearm.

DECLARATION OF BRIAN KYES                    2
2:18-cv-01115-RSL

8.      The plastic firearms made using 3D printers do not have serial numbers or other identifiable marks and can easily be made to evade metal detectors and wands.

9.      This development is very concerning. Serial numbers on firearms serve an important public safety function. If someone uses a firearm to commit a crime, federal, state, and local law enforcement agencies can access the Bureau of Alcohol, Tobacco, Firearms and Explosives' National Tracing Center (the "NTC") to track the serial number to determine who may have owned or possessed the firearm at the time of the crime.

10.      Using the serial number, the NTC is able to track the movements of a firearm from its manufacturer or importer through the distribution chain until it finds the gun dealer. The gun dealer is required to keep a record of who purchased the gun, and with that information law enforcement can attempt to locate and interview the purchaser and anyone involved in a subsequent transfer.

11.      Firearms produced using 3D printers without serial numbers are untraceable under current systems. These "ghost guns" are off-the-grid and will evade government oversight. It will be difficult, if not impossible, to determine who manufactured, purchased, or owned any such firearm used to commit a crime.

12.      Approximately half of the firearms recovered by the Chelsea Police Department during investigations already have obliterated serial numbers. When the serial number is fully obliterated, a successful trace through the NTC is not possible. Police departments in Massachusetts's other major cities face similar challenges.

13.      The proliferation of unregulated and untraceable firearms significantly hampers law enforcement's ability to stop and apprehend individuals involved in acts of violence committed with firearms. The Chelsea Police Department and others around Massachusetts trace

1    thousands of firearms every year. These traces are a critical tool to help solve crimes and prevent

2    future gun violence.

3          14.     Police in Massachusetts further rely on the results of gun traces to identify ways

4    in which firearms enter the illegal market, and to inform strategies to combat the illegal

5    trafficking of firearms.

6          15.     If there is a sudden increase in the number of untraceable guns, more crimes will

7    go unsolved and bad actors will be emboldened to commit more crimes and acts of violence.

8          16.     Firearms made using 3D printers present additional challenges for security.

9    Because these guns are made from plastic, some are capable of evading metal detectors and

10   wands. For example, the "Liberator" firearm included in Defense Distributed's CAD files

11   presents a unique public safety risk, because it is operable and can be undetectable.

12         17.     Any type of weapon that can fire a bullet and is built specifically to evade security

13   is hugely problematic. These types of 3D-printed firearms endanger the public in venues that

14   rely on metal detectors and wands, such as arenas, schools, airports, and courthouses.

15         18.     Aside from the danger 3D-printed firearms present if intentionally fired at an

16   individual or into a crowd, they are also prone to misfiring and exploding.

17         19.     The concerns regarding 3D-printed firearms are heightened in cities where there

18   are more arenas and government buildings that rely on metal detectors and wands to prevent

19   dangerous individuals from bringing firearms into crowded areas.

20         20.     Widespread access to blueprints and other CAD codes needed for producing 3D

21   weapons, coupled with increasing proliferation of 3D printers, undermines Massachusetts's

22   extensive efforts to reduce gun violence and undercuts the effectiveness of our current laws.

23

24

DECLARATION OF BRIAN KYES                        4

2:18-cv-01115-RSL

1        I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct.

3

4        DATED this __8__ day of August, 2018, at ___Chelsea___, Massachusetts.

5

6    _____

    Brian Kyes

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

DECLARATION OF BRIAN KYES                    5

2:18-cv-01115-RSL

The Honorable Robert S. Lasnik

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

STATE OF WASHINGTON, et al.

               Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF
STATE, et al.

               Defendants.

NO. 2:18-cv-01115-RSL

DECLARATION OF RON HOSKO

I, Ron Hosko, declare as follows:

    1.    I am over the age of 18 and have personal knowledge of all the facts stated in this declaration.

    2.    I am the president of Law Enforcement Legal Defense Fund (LELDF).  LELDF is a nonprofit organization dedicated to supporting law enforcement officers by educating the public about the risks and dangers they face in the line of duty and raising funds for the legal defense of officers wrongfully accused or charged of crimes.  I received a J.D. degree from the Temple University School of Law in 1984.

    3.    From 1984 to 2014, I served in the Federal Bureau of Investigation (FBI or Bureau) as a special agent, supervisor, executive, and senior executive.  I began my FBI career

DECLARATION OF RON HOSKO          1          ATTORNEY GENERAL OF WASHINGTON
2:18-cv-01115-RSL                     800 Fifth Avenue. Suite 2000
                                             Seattle, WA  98104-3188
                                             (206) 464-7744

Appendix                                                          Page 45

as a special agent in Jackson, Mississippi, and then Chicago.  In 1992, I was assigned to the FBI-led Violent Crimes Task Force in Chicago, Illinois, which worked with Chicago Police detectives and representatives from other agencies in addressing violent crimes including bank robbery, extortion, kidnapping, murder for hire, drug related homicide, armored carrier robbery and other federal and local offenses from that time until early 2001.  I supervised the task force from about 1995 until my transfer in 2001.  The use and threatened use of firearms was a common feature of the task force's investigative efforts.  From late 2001 to 2003, I led the FBI's Crisis Management Unit in Quantico, Virginia, where I worked to guide the FBI's preparation and training before critical incidents and major special events where the FBI had an interest and where I worked to develop the organization's response to critical incidents after they occurred, like 9/11, the D.C. area sniper shootings, and others.  Before and after this assignment, I was also part of the FBI's preparations for and response to the 1994 World Cup, the 1996 presidential conventions, the 2002 and 2006 Winter Olympics, Hurricane Katrina, and other major events and incidents.

4.      From 2003 to 2007, I served in the Philadelphia Field Office as assistant special agent in charge, responsible for, at various times, division administrative activities, our violent crime, violent gang, organized crime programs as well as our surveillance, technical and crisis management activities.  In 2007, Director Mueller awarded me the FBI Shield of Bravery for my actions during a violent ransom kidnapping in the Philadelphia area.

5.      In 2007, I was promoted to the Senior Executive Service as an Inspector.  In that capacity, I led multiple investigations of serious and fatal shootings involving FBI and associated law enforcement personnel, and led a seminal 20-year review of FBI shooting incidents.  I also conducted internal reviews of FBI components, programs and personnel.

6.      In 2010, I was promoted Special Agent in Charge of the Washington (D.C.) Field Office's Criminal and Cyber branch.  In that role, I was responsible for strategic management and oversight of the office's investigations involving financial crimes, public

DECLARATION OF RON HOSKO
2:18-cv-01115-RSL

2

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

Appendix                                                                                                                        Page 46

corruption, transnational organized crime, violent criminal enterprises, and violent crimes, as well as all cyber activities including national security threats and criminal intrusions.

7.      In 2012, I was named Assistant Director of the FBI's Criminal Investigative Division.  As Assistant Director, I led the Bureau's largest program worldwide, managing several hundred FBIHQ employees, and ultimately reporting to the FBI Director.  Among the tens of thousands of criminal investigations the FBI conducted during my tenure as Assistant Director, I oversaw the multiple high-priority and -visibility investigations of violent persons and organizations—including one involving a southern Alabama man who held a five-year old hostage in a homemade bunker after he shot and killed the boy's bus driver; the armed and violent kidnaping and hostage-taking of the father of a North Carolina prosecutor by Bloods gang members and associates; and the violent kidnaping of Hannah Anderson in the San Diego area who was taken after the murder of her family members.  In each of these cases involving the large-scale deployment of FBI personnel and resources, I was responsible for oversight of the FBI response, the integration of the FBI Hostage Rescue Team with other investigative and technical assets, and the rescue of the victims.  I retired from the FBI in 2014.

8.      Over the course of my 30-year FBI career, I developed a broad understanding of the wide array of the threats impacting the FBI mission (as well as that of our investigative partners in North America and around the globe), and the process by which the FBI prioritized its resources and cases.  Through my experience at the FBI, I gained a deep understanding of the risks posed by various groups, people, and things (including firearms) that threaten the safety and security of Americans and U.S. residents, including criminal and national security threats.  Based on my knowledge, training, and experience, I am an expert in the dangers and risks illegal firearms pose to public safety, the strategies and methods employed to investigate firearms-related crimes, and the serious challenges undetectable, untraceable firearms present for law enforcement.

9.      Throughout my FBI career, among the Bureau's top criminal investigative priorities was the threat posed by violent gangs and other domestic and international criminal

DECLARATION OF RON HOSKO                    3                    ATTORNEY GENERAL OF WASHINGTON
2:18-cv-01115-RSL                                                            800 Fifth Avenue. Suite 2000
                                                                            Seattle, WA  98104-3188
                                                                            (206) 464-7744

Appendix                                                                                     Page 47

enterprises—particularly those trafficking illegal drugs, weapons, or the proceeds from their sale (both domestically and across national borders).  Accordingly, we at the FBI worked diligently to identify people and enterprises involved with the illegal acquisition, production, distribution, concealment, use, and sale of dangerous contraband, including firearms.

10.     The FBI's investigative work (as well as that of our federal, state, local, and tribal partners) routinely included identifying unlawful possession, use, and related activity involving firearms.  Firearms were commonly associated with violent criminal activity by individuals and enterprises.  Agents, and their Assistant U.S. Attorney colleagues, work to identify and seize illegal firearms, remove them from the streets, trace their history of possession and use, and bring criminal prosecution where appropriate.  Working with the FBI Laboratory and other forensic facilities, FBI agents will also try to "raise" obliterated serial numbers from seized firearms.

11.     Serial numbers on firearms play an essential role in helping law enforcement officials trace ownership and possession of weapons and commonly lead to prosecution under applicable law(s).

12.     Based on my 30 years in law enforcement, including my years as a supervisor, executive and senior executive, I believe "plastic guns" with no serial number or uniquely identifying marking that can be created with a 3D printer presents law enforcement with very real and serious concerns.

13.     Firearms with no serial numbers or obliterated serial numbers make tracking ownership and possession of unlawfully possessed and used guns far more difficult for law enforcement.  Widespread production and distribution of 3D-printed guns would greatly hinder law enforcement in its work and likely facilitate a worrisome increase in unsolved homicides and other gun crimes.

14.     Additionally, current widely-used detection technologies like magnetometers serve both public and private safety and security officials' objectives because of their ability to locate dangerous and prohibited metallic objects, like concealed firearms.  Changing

DECLARATION OF RON HOSKO                    4                    ATTORNEY GENERAL OF WASHINGTON
2:18-cv-01115-RSL                                                         800 Fifth Avenue, Suite 2000
                                                                          Seattle, WA  98104-3188
                                                                          (206) 464-7744

Appendix                                                                                    Page 48

firearms composition to entirely or primarily plastic, particularly where the functioning weapon can be readily disassembled and reassembled, would, I believe, exponentially increase the risk of "plastic guns" being smuggled into events and places that now have security controls to prevent their presence and use.

15.     More broadly, based on my experience, I would assess that, despite the notion that only those who could afford a 3D printer would have ready access to "plastic guns", well-funded criminal enterprises (as well as business-minded private individuals) could and would quickly embrace this technology for use in engaging in the violence, proceeds-collection, and retaliation that commonly attends the work of these organizations.  Every year in America, thousands of illegal guns are taken off the streets by law enforcement and thousands of residents are charged with firearms offenses in state and federal courts.  Illegally possessed and used firearms are involved in the vast majority of U.S. homicides.  This tracks my own experience in the FBI, where the great majority of gang and violent crime the organization addressed had a significant component involving firearms that were unlawfully possessed and/or used.  As an assistant director, I directed our personnel to make aggressive use of federal statutes governing such activity in order to ensure armed felons were removed from society for the maximum potential time.  I and we were fully aware that it was quite common for criminally-inclined persons to have felony convictions that should have limited their possession and use of a firearm.  However, it was also quite common for convicted felons to reoffend while possessing and/or using a firearm.  Federal and state laws did too little to prevent such activity, despite the efforts of the FBI and other law enforcement agencies.  The risks of ready access to firearms in America are self-evident and include thousands of firearms homicides, armed robberies, and other crimes involving the use of a firearm every year.  It is my assessment that plastic, 3D-printed firearms would only exacerbate the existing threat.

16.     In sum, I believe the risks posed by 3D-printed plastic guns having no serial numbers or uniquely identifying markings with which possessors would be reliably tied to producers are unacceptably high to American society.  I believe such firearms would only add

DECLARATION OF RON HOSKO                              5                    ATTORNEY GENERAL OF WASHINGTON
2:18-cv-01115-RSL                                                                                              800 Fifth Avenue. Suite 2000
                                                                                                                      Seattle, WA  98104-3188
                                                                                                                            (206) 464-7744

Appendix                                                                                                                               Page 49

to the existing risk of homicide, armed robbery, aggravated battery and assault, as well as other crimes by way of those additional criminally-inclined offenders who believe a "plastic gun" would afford them the opportunity of avoiding detection or accountability.  Finally, having 3D-printed firearms designs freely available on the Internet, would be, in my opinion, as misguided as posting online instructions on the construction of improvised explosive devices, distilling castor beans into ricin, or any other detailed and accurate information that has a great likelihood of being utilized for malevolent purposes.

17.     I am not receiving compensation for submitting this declaration, which I have provided to help the Court understand the serious and predictable dangers to the safety and security of Americans that worldwide dissemination of Defense Distributed's 3D-printable gun files would create.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 1ˢᵗ day of August, 2018, at _Alexandrie_ , Virginia.

Ron Hosko

DECLARATION OF RON HOSKO
2:18-cv-01115-RSL

6

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al. | NO. 2:18-cv-01115-RSL |
| Plaintiffs, | DECLARATION OF |
| v. | JOSEPH BISBEE |
| UNITED STATES DEPARTMENT OF STATE, et al., | |
| Defendants. | |

I, Joseph Bisbee, declare as follows:

1.      I am over the age of 18 and have personal knowledge of all the facts stated in this declaration.

2.      I am the principal officer of Armed With Knowledge (AWK), a business aimed at education and outreach in regards to firearms issues and providing assistance on policy development and investigations to government, law enforcement and related organizations. AWK focuses on several areas including public education, policy development, strategies to reduce firearms related violent crime, and expert consulting.

3.      Prior to creating AWK, between 1989 and March 2015, I was employed as a special agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF).  Between

DECLARATION OF
JOSEPH BISBEE
2:18-cv-01115-RSL

1

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1    September 1989 and April 1995, I was assigned to the Youngstown, Ohio Field Office. The

2    majority of my investigations related to firearms violations, including the identification and

3    investigation of firearms traffickers operating between Ohio and such market areas as Detroit,

4    Michigan; Philadelphia, Pennsylvania; and others.

5        4.      In April 1995, I was promoted to the Firearms Enforcement Branch, Bureau

6    Headquarters (BHQ) as a project officer. During this time, I was an active participant in the

7    development and implementation of firearms related investigative programs within ATF. I

8    also met with high ranking Bureau and Treasury representatives regarding monitored cases

     and conducted training sessions on firearms trafficking related issues. In 1998, BHQ asked

9    me to lead the ATF/US Customs, Country Assessment for Barbados in relation to their

10   capabilities in addressing firearms related violent crime as well as investigations of illegal

11   firearms.

12       5.      Between November 1997 and February 2001, I was assigned to ATF's

13   Washington Group II Field Office. This office is devoted to the investigation of firearms

     trafficking violations. During this period, I conducted numerous domestic illegal firearms

14   trafficking investigations and because of my expertise in this area, was selected by BHQ to be

15   the case agent on a sensitive investigation involving the attempted assassination of the Police

16   Commissioner of Japan.

17       6.      Between February 2001 and January 2004, I was assigned to the US Consulate

18   in Vancouver, B.C., Canada, as ATF's Assistant Country Attaché. In this position I was tasked

19   with coordinating international firearms trafficking investigations as well as providing training

     to Canadian law enforcement on firearms related matters. In 2002, BHQ assigned me to be

20   the US representative to the Trafficking in Small Arms Working Group in relation to the G-8

21   Summit in Alberta, Canada.

22       7.      Between January 2004 and September 2012, I returned to ATF's Washington

23   Group II Field Office and again focused on illegal firearms trafficking investigations. I have

24   been the case agent on numerous investigations in which hundreds of firearms have been

DECLARATION OF                     2          ATTORNEY GENERAL OF WASHINGTON
JOSEPH BISBEE                                        800 Fifth Avenue. Suite 2000
2:18-cv-01115-RSL                                      Seattle, WA  98104-3188
                                                           (206) 464-7744

identified as illegally moving between source States such as Ohio, West Virginia, Kentucky, North Carolina, and others; and market areas including the Washington, D.C. metropolitan region. As a result of my experience in the firearms trafficking arena, the March 2008 issue of the Washingtonian Magazine profiled me as "the top federal gun-hunter in DC". Also, in 2010, BHQ asked that I be the ATF investigative representative for the El Salvador Country Assessment. I utilized information gathered from meetings with numerous law enforcement, military, and government leaders to recommend ways El Salvador can improve its efforts in addressing firearms crime.

8.    In September 2012, I was promoted to the Seattle Field Division as the Group Supervisor for the ATF Violent Gang Task Force. This Group focuses on armed violent criminals and criminal organizations utilizing firearms illegally. Many of the investigations I oversaw involved the illegal trafficking of firearms to criminal street gangs and Mexican Drug Trafficking Organizations in which Washington was the source State.

9.    I have received instruction in both general and specific courses in pursuing firearms trafficking investigations. This training includes study at the Federal Law Enforcement Training Center with successful completion of Criminal Investigator School and New Agent Training, which dealt with ATF specific instruction. I also attended and successfully completed ATF Firearms Interstate Nexus School and Advanced Interstate Nexus School, which provided specific instruction on determining the origin and movement of firearms and ammunition.

10.    I have been an instructor on firearms related investigative activity to local law enforcement officers in the State of Ohio; the International Law Enforcement Academies in Budapest, Hungary and Gaborone, Botswana; the Vancouver, B.C., Police Department; the Royal Canadian Mounted Police; and many others, as well as providing instruction at ATF's International Firearms Trafficking Conferences. I was asked to prepare and present a case study on one of my firearms trafficking investigations to the FBI's National Academy for State

DECLARATION OF
JOSEPH BISBEE
2:18-cv-01115-RSL

3

and Local Law Enforcement.  I have also provided firearms trafficking training to new agents at ATF's National Academy in Glynco, Georgia.

11.     I have been involved in hundreds of investigations into illegal firearms trafficking and have been the case agent on numerous investigations involving organized groups illegally acquiring and disposing of firearms.  These investigations have involved thousands of firearms.  The majority of these cases involved the interstate movement of firearms, but I have also been involved in the investigation of international trafficking in firearms.

12.     I have previously testified as an expert witness in U.S. District Court and Superior Court (Washington, D.C.), in the areas of determining the origin and movement of firearms, illicit prices of illegally trafficked firearms, firearm trafficking indicators, and other issues related to illegal firearms trafficking.

13.     Title 18 USC Section 921 defines a firearm under federal law as any weapon which will or is designed to or may readily be converted to expel a projectile by means of an explosive charge.  The definition also includes the frame or receiver of any such weapon, as well as firearm silencers and destructive devices.  Firearms themselves are commonly separated into subcategories of Title I and Title II firearms.  Title I firearms are the more common types of firearms in which only one projectile will be expelled with each pull of the trigger.  Title II firearms include fully automatic weapons, meaning they can expel more than one projectile with each pull of the trigger.  Title II firearms have additional regulations for their acquisition, possession and transport. Firearms themselves can be legal or illegal depending on several factors including the presence or absence of a serial number as well as if they have been converted from a Title I into a Title II firearm.  The possession of a firearm can also be illegal depending on who is possessing the firearm as well as where the possession takes place.  Further the transfer of firearms can be legal or illegal dependent on several factors including the age of the individuals involved, their State of residence, and whether they possess a license to deal in firearms.

DECLARATION OF
JOSEPH BISBEE
2:18-cv-01115-RSL

4

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

14.     It is currently illegal for the federal government to create a national firearms registration database.  ATF is the federal agency tasked with tracing firearms that have been involved in crimes.  In order to accomplish this, ATF must contact the manufacturer of the firearm and, utilizing the serial number of the weapon, determine which firearm licensees received the firearm until ultimately a final retail dealer is located.  This final retail dealer then provides ATF with the identity of the first retail purchaser.  It is not uncommon for this first retail purchaser to have conducted a private sale, which in many States does not require any documentation.

15.     As previously mentioned, firearms are weapons capable of or readily converted to expel a projectile by means of an explosive charge.  A firearm is also defined as the frame or receiver of any such weapon.  As technology has improved and certain types of machinery has become more accessible, some groups and companies have undertaken the production of partially milled pieces of metal, commonly referred to as "80% complete receivers".  These partially milled pieces of metal are not serialized and are unable to be tracked.  Ultimately, the ATF Firearms Technology Branch determines if a piece of metal is merely a piece of metal, or if it has been milled to the point of being a firearm.  During my time as the Assistant Country Attaché for ATF in Vancouver, Canada, I did consult with Canadian law enforcement on an organized criminal group acquiring large amounts of "80% complete receivers" with the intention of finishing the items into functioning firearms.  As a result of this, I included training on "80% complete receivers" for an International Firearms Trafficking Conference I hosted in Vancouver, Canada.  I am also familiar with at least one case in California involving the illegal possession of firearms that originated as partially milled pieces of metal.

16.     3D-printed firearms represent a step beyond partially milled receivers because unlike the latter, a 3D-printed gun may be composed entirely (or almost entirely) of plastic materials manufactured by a commercially available 3D printer.  As technology improves and equipment becomes more available and cheaper, the dangers of partially milled receivers— and 3D-printed plastic firearms—will increase.  The ability for rogue manufactures to provide

DECLARATION OF
JOSEPH BISBEE
2:18-cv-01115-RSL

5

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

Appendix                                                                Page 55

functioning firearms to the criminal element will increase while law enforcement's ability to identify the illegal sources of these firearms will be severely limited.  As stated earlier, law enforcement currently tracks firearms through a serial number most often applied by the manufacturer.

17.     Criminals attempting to impede the tracking of firearms will often obliterate the serial numbers on firearms they transfer or possess.  I have personally interviewed several sources of illegal firearms who either obliterated the serial number themselves or instructed others to obliterate the serial number of firearms involved in illegal trafficking.  They all stated the same reason: to make it more difficult for law enforcement to identify the source of the firearm(s).  While the possession of a firearm with an obliterated serial number is a crime in and of itself, I focused on these guns as indicators of firearms trafficking.  As such, I implemented a program in Washington, D.C. in which I attempted to raise every obliterated serial number on recovered crime guns.

18.     With advances in technology, non-metallic materials are now capable of being used in the firearms manufacturing process.  Federal law does provide for the regulation of non-metallic materials in firearms in an effort to prevent firearms from being undetectable by magnetometers and x-ray machines.  The Undetectable Firearms Act, Title 18 USC Section 922(p), makes it unlawful to possess or transfer a firearm that is not as detectable as a "Security Exemplar" in a magnetometer and does not generate an image that allows for the detection of a firearm in an x-ray machine.   Unlike the definition of a firearm under Title 18, the Undetectable Firearms Act does not recognize the frame or receiver alone as a firearm. Therefore, only a "major component", i.e. the barrel, slide, cylinder, or the frame, would need to contain the appropriate amount of metal.  While those involved in the legitimate manufacture of firearms follow this law to ensure public safety, criminals could easily circumvent this law with the appropriate plans, materials and equipment.

19.     Most of the relevant laws governing the issue discussed in this declaration were enacted over 25 years ago.  The advances in technology have far outpaced legislative activity.

DECLARATION OF
JOSEPH BISBEE
2:18-cv-01115-RSL

6

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

Appendix                                                                                                    Page 56

Criminals are always seeking access to profitable commodities.  3D-printed, non-metallic firearms that are undetectable by magnetometers and x-ray machines would be extremely profitable.  In addition, the ability to track these firearms back to the source would be extremely difficult given the absence of a serial number.  Ultimately, unfettered access to designs that make it easier for individuals to produce undetectable and untraceable firearms is a public safety issue.

20.    I am not receiving compensation for submitting this declaration.  I am serving as an expert pro bono because of the serious risk to public safety that would arise from the unrestricted distribution of 3D-printed firearms designs.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 7TH day of August, 2018, at ___SEATTLE___, Washington.

Joseph Bisbee

DECLARATION OF
JOSEPH BISBEE
2:18-cv-01115-RSL

7

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1            The Honorable Robert S. Lasnik

2

3

4

5

6       **UNITED STATES DISTRICT COURT**
     **WESTERN DISTRICT OF WASHINGTON**
7          **AT SEATTLE**

8 STATE OF WASHINGTON; STATE OF    NO. 2:18-cv-01115-RSL
CONNECTICUT; STATE OF MARYLAND;
9 STATE OF NEW JERSEY; STATE OF NEW   DECLARATION OF SHWETAK
YORK; STATE OF OREGON;       PATEL, Ph.D
10 COMMONWEALTH OF
MASSACHUSETTS; COMMONWEALTH
11 OF PENNSYLVANIA; DISTRICT OF
COLUMBIA; STATE OF CALIFORNIA;
12 STATE OF COLORADO; STATE OF
DELAWARE; STATE OF HAWAII; STATE
13 OF ILLINOIS; STATE OF IOWA; STATE
OF MINNESOTA; STATE OF NORTH
14 CAROLINA; STATE OF RHODE ISLAND;
STATE OF VERMONT and STATE OF
15 VIRGINIA,
16
        Plaintiffs,
17     v.

18 UNITED STATES DEPARTMENT OF
STATE; MICHAEL R. POMPEO, in his
19 official capacity as Secretary of State;
DIRECTORATE OF DEFENSE TRADE
20 CONTROLS; MIKE MILLER, in his official
capacity as Acting Deputy Assistant Secretary
21 of Defense Trade Controls; SARAH
HEIDEMA, in her official capacity as
22 Director of Policy, Office of Defense Trade
Controls Policy; DEFENSE DISTRIBUTED;
23 SECOND AMENDMENT FOUNDATION,
INC.; AND CONN WILLIAMSON,
24
25        Defendants.
26

DECLARATION OF SHWETAK PATEL,    1
  Ph.D -- NO. 2:18-CV-01115-RSL

I, Shwetak Patel, Ph.D, declare as follows:

1.      I am over the age of 18 and have personal knowledge of all the facts stated herein.

**Qualifications and Expertise**

2.      I am a professor of computer science and engineering, as well as electrical engineering, at the University of Washington in Seattle.

3.      I received my Ph.D in Computer Science from the Georgia Institute of Technology in 2008, and my B.S. in Computer Science in 2003.

4.      I am the recipient of a MacArthur "Genius" Fellowship (2011), Microsoft Research Faculty Fellowship (2011), Sloan Fellowship (2012), TR-35 Award (2009), World Economic Forum Young Global Scientist Award (2013), NSF Career Award (2013), and the Presidential PECASE Award (2016).

5.      I have taught a number of classes at the University of Washington that incorporate 3D printing instruction, including how to use 3D printing software, design objects, and create them using a 3D printer. I also direct my research lab, the Ubicomp Lab, which uses 3D printing extensively in its research. In addition, I direct a graduate program that has one of the largest "makerspaces" on campus, which has scores of 3D printers available for students to use. I have purchased many 3D printers on behalf of the University of Washington. I also do my own 3D printing as a hobby, and I personally own a 3D printer. As such, I am familiar with a broad range of 3D printers, from low-end to high-end.

6.      In sum, based on my education, research, and experience, I have expertise in 3D printing technology.

**3D Printing Technology**

7.      A 3D printer is essentially a device that can be used to "print" an object in three dimensions. Like a two-dimensional computer printer prints from Microsoft Word or other computer files, 3D printers print three-dimensional objects, also from computer files.

8.      The vast majority of 3D printers available today use fuse deposition modeling (FDM) technology to print with "filament" rather than ink. Filament is typically made of plastic—either acrylonitrile butadiene styrene (ABS), a common type of sturdy plastic, or polylactic acid (PLA), a biodegradable plastic. FDM printers create objects via an additive process that deposits filament through a nozzle. The nozzle head moves along all three axes (x, y, and z)—left and right, up and down, forward and backward—depositing filament one layer at a time to print in three dimensions.

9.      An FDM printer for home use typically costs about $500–1000, though I have seen FDM printers available for as little as $300. ABS filament is normally sold in 1-kilogram spools that cost roughly $20–30 each.

10.     The process of creating an object using 3D printing begins with a computer assisted design (CAD) program, which can be used to draw shapes and create the design of the object. The resulting initial CAD file is only a design and cannot be used directly for 3D printing, because a 3D printer only understands directions telling it "where to go" as it completes the printing job.

11.     The most common file extension for a 3D printable file is .stl, which stands for stereolithography. This type of CAD file can be loaded into a 3D printer's software to communicate directly with a 3D printer by telling the printer where to move along each of the three axes in order to produce an object with specified dimensions. The intermediate internal file produced from the .stl to the 3D printer readable file is often a gcode file. Similar to a two-dimensional printable file, before printing an .stl file, you can select the desired number of copies, scale, and resolution of the printed product. Then you simply select "Print" and the 3D printer begins printing from the file.

12.     There are commercially available software programs (such as Solid Works), and some free programs (such as Onshape, which has a free version) that can be used to convert CAD design files into .stl files that are capable of communicating directly with a 3D printer.

13.     Virtually no expertise is required to print an item from an .stl file using the default printer settings and assuming the printer is already loaded with materials. You simply open the file and click "Print."

**Defense Distributed's Files**

14.     I have reviewed and tested 3D printing files that I downloaded from Defense Distributed's DEFCAD.com website on July 30, 2018. These included a .zip file containing the "complete" .stl files for a gun called the "Liberator," which the site indicated had been uploaded on July 27, 2018.  The .zip file downloaded from DEFCAD.com included a total of fifteen .stl files for the individual component parts of the Liberator.

15.     I determined that all of the .stl files for the Liberator were functional (including that they were printable) and not corrupted. I was able to open the files in my CAD software program, where I could see the complete design for the gun. I was then able to print the component parts directly from the .stl files using an Ultimaker 2+ 3D printer.

16.     In addition to the .stl files, the Liberator .zip file also contains a "readme" text file with written instructions recommending that the user epoxy a metal part to attach to the gun in order to comply with the Undetectable Firearms Act. However, based on my review of the design files referenced above, the readme text, and online videos showing how the gun works, the Liberator is fully functional without this added metal part. It is separate from the gun's firing mechanism and is simply attached to a part of the frame that performs no function. The assembly instructions also call for an ordinary metal nail. Aside from that, all the gun needs to function is a bullet.

17.     All of the Liberator's component parts can easily be printed on a commonly available FDM printer. The primary reasons for the price differential among FDM printers are speed, resolution, and ability to print using different types of materials, but the Liberator's design does not require a high level of precision and it can be printed out of ordinary ABS filament using a low-end FDM printer. This type of printer is available at the University of

Washington for any UW student to use, and is also widely available for purchase, as I stated above.

18.     A single spool of ABS filament is more than enough to print all the component parts of the Liberator. I estimate that one could print two complete guns using a single spool. My understanding is that if ABS filament is used, the barrel of the gun typically must be replaced after a couple of shots, as the material cannot withstand the heat generated by firing many shots.

19.     In addition to the Liberator files, I also reviewed other files downloaded from the DEFCAD.com website for other types of guns, including an AR-10 and an AR-15, among others. The site also included references to where to find accessories such as bump stocks. For the AR weapons, the available files were not .stl files, but were .sldprt and .stp files, which are CAD design files of the type described above that cannot be printed directly to a 3D printer. However, these files can easily be converted to .stl using the free version of the Onshape software. Not all of the files for these other guns were complete as of July 30, 2018; some were simply high-level designs or scanned images that would not create a functional weapon if converted to .stl format and printed.

20.     The AR-10 and other weapons require parts that must be milled out of metal. There are 3D printers available today that can print using metal instead of plastic, though they are expensive. Carbon-fiber filament is commercially available as well.

**The Future of 3D Printing Technology**

21.     It is not currently possible to print an entire AR-10 or similar weapon using metal, but the technology is evolving rapidly. Metal filament and compatible 3D printers are currently expensive and relatively rare, but I expect they will be ubiquitous in approximately five years.

22.     Emerging materials such as carbon-fiber filament or plastic filament containing metal particles could also be used to print the Liberator. It is widely understood in the 3D

1     printing field and as a matter of basic physics that carbon-fiber or metallic filament is better

2     able to dissipate heat than plastic filament. As such, using carbon-fiber or metallic filament

3     may enable the gun to be fired many times without replacing the barrel.

4         23.     Emerging fabrication technologies will also expand the possibilities for 3D

5     printing weapons. For example, additive 3D printing technology is the norm today, but laser

6     cutting technology that whittles material down is also becoming available. Milling technology

7     will make it easier to use laser cutting to produce components of weapons that cannot be made

8     as easily with an additive process. Some of this technology is available today—our department

9     has mills and other fabrication technologies capable of, for example, printing concrete.

10    Emerging fabrication technologies could be used to complete a gun that cannot be made

11    entirely using a 3D printer.

12        24.     I anticipate that 3D printers will become increasingly accessible to the public,

13    both in terms of price and availability. I understand there is a movement toward putting 3D

14    printers in libraries for public use; the Seattle Public Library has held 3D printing workshops

15    that are free and open to the public. 3D printers and filament are available for purchase on

16    websites like MatterHackers.com and Amazon.com.

17        25.     I believe 3D printers will become ubiquitous in the near future, both for home

18    and commercial use. 3D printing files are like hardware that you can carry in your pocket.

19    These files allow you to make a tangible item on demand with little more than the click of a

20    button. This technology could be used to reduce waste and save money, because household

21    items and consumer goods could be printed only as needed. For example, when the technology

22    develops sufficiently, a car manufacturer will not need to incur the cost of housing a large

23    inventory; they will be able to simply receive a customer's order and print a car that meets

24    their specifications. I expect that increased demand for this type of technology will drive its

25    development.

26

26.      In sum, currently, anyone who has the .stl files and access to an FDM printer, which can cost as little as $300, could easily print a functional weapon. Moreover, 3D printing and other fabrication technologies are advancing rapidly and will become more and more accessible, opening up the possibilities for creating other types of weapons with essentially one click.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.


DATED this 6th day of August, 2018, at Seattle, Washington.

_____

Shwetak Patel, Ph.D

The Honorable Robert S. Lasnik

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al. | NO. 2:18-cv-01115-RSL |
| Plaintiffs, | DECLARATION OF THOMAS SCOTT |
| v. | |
| UNITED STATES DEPARTMENT OF STATE; MICHAEL R. POMPEO, in his official capacity as Secretary of State; DIRECTORATE OF DEFENSE TRADE CONTROLS; MIKE MILLER, in his official capacity as Acting Deputy Assistant Secretary of Defense Trade Controls; and SARAH HEIDEMA, in her official capacity as Director of Policy, Office of Defense Trade Controls Policy; DEFENSE DISTRIBUTED; SECOND AMENDMENT FOUNDATION, INC.; and CONN WILLIAMSON | |
| Defendants. | |

DECLARATION OF THOMAS SCOTT

1

2:18-cv-01115-RSL

I, Thomas Scott, declare as follows:

1.      I am the Executive Director of the Massachusetts Association of School Superintendents ("MASS"), a membership organization comprised of 277 superintendents and 148 assistant superintendents.

2.      MASS seeks to provide strategic leadership for the continuous improvement of public education for all children.

3.      As part of this mission, MASS promotes appropriate and deep integration of technology in instruction to enhance effective teaching.

4.      Three dimensional ("3D") printers are widely available to students in schools across Massachusetts. Many schools include instruction on the use of such printers as part of the curriculum.

5.      Based on a brief survey of MASS members, it is evident that most districts provide students easy access to 3D printers. In most cases students have unsupervised access As examples, one school district provides 3D printers as part of their engineering program, another provides multiple 3D printers in all schools for a variety of school projects, a third provides full access of 3D printers for their senior project, and a fourth district provides summer camp specifically on the use of 3D printers related to their curriculum. 3D printers have become a regular tool in school programs and curriculum.

6.      Given the already heightened concerns for student safety in schools today, MASS and its members are alarmed by the prospect of online posting of technical data which would allow children and others who should not have access to weapons to print plastic guns that could do harm in our schools.

7.      This would be a direct threat to school safety and add additional burdens to schools in their free and open use of technology in school programs and activities.

DECLARATION OF THOMAS SCOTT                2

2:18-cv-01115-RSL

8.      It would also threaten the psychological well-being of Massachusetts students, who have increased anxiety about the possibility of school shootings due to the highly publicized school shooting events in recent years.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this 7th day of August, 2018 at Lexington, Massachusetts.

THOMAS SCOTT

DECLARATION OF THOMAS SCOTT          3

2:18-cv-01115-RSL

The Honorable Robert S. Lasnik

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al. | NO. 2:18-cv-01115-RSL |
| Plaintiffs, | DECLARATION OF |
| | FREDERICK P. RIVARA, MD, MPH |
| v. | IN SUPPORT OF PLAINTIFFS' |
| | MOTION FOR PRELIMINARY |
| UNITED STATES DEPARTMENT OF | INJUNCTION |
| STATE; MICHAEL R. POMPEO, in his | |
| official capacity as Secretary of State; | |
| DIRECTORATE OF DEFENSE TRADE | |
| CONTROLS; MIKE MILLER, in his official | **Hearing Date: August 21, 2018** |
| capacity as Acting Deputy Assistant Secretary | |
| of Defense Trade Controls; and SARAH | |
| HEIDEMA, in her official capacity as Director | |
| of Policy, Office of Defense Trade Controls | |
| Policy; DEFENSE DISTRIBUTED; SECOND | |
| AMENDMENT FOUNDATION, INC.; and | |
| CONN WILLIAMSON | |
| Defendants. | |

I, Frederick P. Rivara, MD, MPH declare as follows:

1.      I am over the age of 18 and have personal knowledge of all the facts stated herein.

2.      I am the Vice Chair and Professor of Pediatrics and Adjunct Professor of Epidemiology at the University of Washington.  I am an elected member of the National

DECLARATION OF
FREDERICK P. RIVARA, MD, MPH
2:18-cv-01115-RSL

1

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

Appendix                                                                                                           Page 68

1  Academy of Medicine (formerly the Institute of Medicine) and has conducted research on injury

2  prevention for 40 years and on firearm injuries for 30 years.  I have been recognized for my

3  accomplishments by the Centers for Disease Control and Prevention, the American Public Health

4  Association, the American Academy of Pediatrics, the Academic Pediatric Association and the

5  University of Washington.  I am a founding director of the Harborview Injury Prevention and

6  Research Center and have served as its director for more than a decade.  A true and correct copy

7  of my Curriculum Vitae is attached hereto as Exhibit A.

8       3.     My research on firearm injuries included seminal studies published in the *New

9  England Journal of Medicine* showing the association of home ownership of guns and risk of

10  violent death in the home, comparison of homicide and suicide in Seattle and Vancouver, BC

11  (similar cities with very different firearm laws), the effect of safe storage on firearm deaths

12  among children and adolescents, and injury and criminal recidivism of patients admitted with

13  gunshot injuries.

14       4.     I am generally regarded as one of the leading experts in the world on prevention

15  of injuries to children.

16       5.     Guns manufactured by private individuals with 3-D printers pose many risks,

17  especially to children and youth.

18       6.     **Mistaking a 3-D printed gun for a toy gun**.  The photos of 3-D printed guns

19  reflect that these devices resemble toy guns.  Studies conducted with school-aged children show

20  that they easily find hidden guns while playing, and those who do find them pull the trigger,

21  while aiming it at co-playmates. Jackman et al[1] studied 8-12 year old boys in a lab situation and

22

23      [1] Jackman GA, Farah MM, Kellermann AL, Simon H.  *Seeing is believing: what do boys do when they find a gun?*  Pediatrics; 2001; 1247-50.

24

DECLARATION OF
FREDERICK P. RIVARA, MD, MPH
2:18-cv-01115-RSL

2

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

Appendix

Page 69

showed that 72% of boys found a hidden gun, 76% handled it and 48% pulled the trigger.  Dillon and Bushman[2] Similarly studied 104 8-12 year olds and showed 83% found the hidden gun and 42% handled it.  Approximately 80-100 children die each year from accidental shootings.[3]  The most common circumstance for these deaths, accounting for half, was playing with a gun.  A gun was mistaken for a toy in 16% of younger children's deaths.

7.  **School shootings:** The United States has been plagued by school shootings over the last 19 years since the 13 youth killed in Columbine in 1999.  More than 187,000 students attending at least 193 elementary or secondary schools have been exposed to a shooting on campus during school hours.  In the majority of middle and high school shooting incidents, the shooter was a student at the school.[4]  By federal law, individuals under the age of 21 are prohibited from purchasing a handgun. With the availability of 3-D printers in many high schools, there is a significant risk that a student will manufacture his or her own handgun using this technology.  Moreover, in the wake of the spate of school shootings in the nation, some schools are installing metal detectors.  These guns would be able to escape such detection.

8.  **Children as the other victim of intimate partner violence (IPV)**.  Every year, more than 1800 persons, 85% of whom are women, are killed by their intimate partners; half of these murders involve guns. State laws that prohibit a person subject to IPV-related restraining orders from possessing firearms. Concomitantly, states that require persons subject to IPV-related restraining orders to relinquish firearms in their possession have a 10% lower intimate

---

[2] Dillon KP, Bushman B. *Effects of exposure to gun violence in movies on children's interest in real guns*. JAMA Pediatrics 2017; 171: 1057-62.
[3] Fowler KA, Dahlberg LL, Haileyesus T, Guttierez C, Bacon S. *Childhood firearm injuries in the US*. Pediatrics 2017; 140 (1).
[4] FBI.  *A study of active shooter incidents in the US between 2000 and 2013*.  Department of Justice, September 2013.

DECLARATION OF
FREDERICK P. RIVARA, MD, MPH
2:18-cv-01115-RSL

3

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

Appendix

Page 70

1    partner homicide rate than states without those laws.[5]  Based on this data, it is reasonable to

2    predict that the ability of abusers to bypass such laws by manufacturing their own guns on 3-D

3    printers will lead to an increase in intimate partner homicides.  Two-thirds of female victims of

4    IPV have children in the home, who represent the other victim of IPV. It is likewise reasonable

5    to predict that these children will suffer an increase in injuries and death from the widespread

6    availability of 3D-printed guns.

7          I declare under penalty of perjury under the laws of the State of Washington and the United

8    States of America that the foregoing is true and correct.

9          DATED this  _6_  day of August, 2018, at Seattle, Washington.

10

11

12                               _____
                               Frederick P. Rivara, MD, MPH

13

14

15

16

17

18

19

20

21

22

23

24         _____

[5] Diez C, Kurland R, Rothman E, et al. *State intimate partner violence-related firearm laws and intimate partner homicide rates in the US*, 1991 to 2015.  Annals Intern Med 2017; 167: 536-543.

DECLARATION OF
FREDERICK P. RIVARA, MD, MPH
2:18-cv-01115-RSL

4

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

Appendix                                Page 71

# Exhibit 1

CURRICULUM VITAE
**Frederick P. Rivara, M.D., M.P.H.**

| | |
|---|---|
| Date of Birth: | May 17, 1949 |
| Place of Birth: | Far Rockaway, New York |
| Current Appointments: | Professor of Pediatrics, University of Washington, School of Medicine |
| | Adjunct Professor, Epidemiology, University of Washington, School of Public Health |
| | Vice Chair for Academic Affairs, Department of Pediatrics, University of Washington, School of Medicine |
| | Seattle Children's Guild Endowed Chair in Pediatric Research |
| Contact information: | Harborview Injury Prevention and Research Center Box 359960, 325 Ninth Ave, Seattle, WA   98104 (206) 744-9449, fax (206) 744-9962, email: fpr@uw.edu |

<u>EDUCATION</u>:

| | |
|---|---|
| 1962 - 1966 | Archbishop Molloy High School Jamaica, New York |
| 1966 - 1970 | College of the Holy Cross Worcester, Massachusetts |
| 1970 - 1974 | University of Pennsylvania Philadelphia, Pennsylvania |
| 1978 - 1980 | University of Washington Seattle, Washington |

<u>DEGREES OBTAINED</u>:

| | |
|---|---|
| 1970 | B.A., Summa Cum Laude, College of the Holy Cross |
| 1974 | M.D., University of Pennsylvania |
| 1980 | M.P.H., University of Washington |

<u>PROFESSIONAL TRAINING</u>:

| | |
|---|---|
| 1974 - 1976 | Intern and Junior Assist. Resident, Pediatrics, Children's Hospital Medical Center, Boston, MA |
| 1978 - 1980 | Senior Assistant Resident in Pediatrics and Senior Fellow, Univ. of Washington, Seattle, Washington |
| 1978 - 1980 | Fellowship, Robert Wood Johnson Clinical Scholar, University of Washington, Seattle, Washington |
| 1993 | Visiting Scholar, Institute of Criminology, Cambridge University, Cambridge, United Kingdom |

Frederick P. Rivara, M.D., M.P.H.                                                                 2

1994                           Visiting Faculty, University of Malaysia, Kuala Lumpur, Malaysia

ACADEMIC
APPOINTMENTS:
1978 - 1980                    Acting Instructor, Department of Pediatrics, University of Washington

1981 - 1984                    Assistant Professor, Department of Pediatrics and Community
                                   Medicine, University of Tennessee Center for the Health Sciences
1984                           Associate Professor of Pediatrics, University of Tennessee Center for
                                   the Health Sciences

1984 - 1989                    Associate Professor of Pediatrics,
                               Adjunct Associate Professor of Epidemiology,
                                   University of Washington

1989 -                         Professor of Pediatrics,
                               Adjunct Professor of Epidemiology, Univ. of Washington

PROFESSIONAL
POSITIONS:
1976 – 1978                    Medical Director, Outreach Services,
                               Family Health Services, Hazard, Kentucky

1976 - 1978                    National Health Service Corps,
                               Family Health Services, Hazard, Kentucky

1981 - 1984                    Director, Resident Continuity Clinic Program, Dept. of Pediatrics,
                               University of Tennessee

1983 - 1984                    Medical Director, Southern Poison Center

1981 - 1984                    Associate Director, Ambulatory Care,
                                   LeBonheur Children's Medical Center

1981 - 1984                    Pediatric Coordinator, Robert Wood Johnson Rural Infant Care Project

1987 - 2000                    Director, Harborview Injury Prevention & Res. Ctr

1990 – 1991                    President of Medical Staff, Harborview Med. Center

2001 - 2002

1994 -  2015                   Head, Division of General Pediatrics, University of Washington

1997-                          Vice Chair for Academic Affairs, Department of Pediatrics, University of
                                   Washington

2000-2017                      Editor, *Archives of Pediatrics & Adolescent Medicine/ JAMA Pediatrics*

2017-                          Editor, *JAMA Network Open*

Frederick P. Rivara, M.D., M.P.H.                                                    3

HONORS AND
AWARDS:

Marie Leebron Prize in Pediatrics,
University of Pennsylvania, 1974

United States Public Health Service Award for Outstanding Service,
1978

Ambulatory Pediatric Association, Excellence in Teaching and
Research Award, 1984

Highline Council PTSA Community Service Award, 1988

Award of Excellence for Injury Prevention,
Johns Hopkins University, 1991

George Adkins Endowed Professorship, 1991

Ambulatory Pediatric Association, Research Award, 1992

National SafeKids Research Award, 1992

American Academy of Pediatrics, Section on Injury and Poison
Prevention, Physician Achievement Award, 1994

American Public Health Association, Injury Control and Emergency
Health Services Section Distinguished Career Award, 1995

Charles C. Shepard Science Award, Centers for Disease Control and
Prevention, 1998

Stanley Stamm Award for Best Role Model for Pediatric Housestaff,
1999

Honorary Fellow, Royal College of Paediatrics and Child Health 2004-

Elected Member, Institute of Medicine 2005-

University of Washington School of Public Health Distinguished
Alumnus Award, 2009

Miller-Sarkin Mentoring Award, Academic Pediatric Association April
2012

University of Washington Minority Faculty Mentoring Award, 2015

Injury Free Coalition Prevention Pioneer Award, 2015

Pediatric Trauma Society Lifetime Achievement Award, 2016


CERTIFICATION:   American Board of Pediatrics, 1981

Frederick P. Rivara, M.D., M.P.H.                                                          4

PROFESSIONAL ORGANIZATIONS:

Alpha Omega Alpha (AOA),
   Elected to membership, 1973;
   President, Beta Chapter University of Pennsylvania
   1973-1974

Ambulatory Pediatric Association
   Board of Directors 1987-89

American Academy of Pediatrics (Fellow, 1981)

International Society for Child and Adolescent Injury
   Prevention (Founding Member, 1993, and Founding
   President, 1993-1999)

Society for Pediatric Research

American Association for the Surgery of Trauma
   (Contributing Scientist, 1997-)

American Pediatric Society, 2001-

Institute of Medicine, 2005-

Society for the Advancement of Injury Research
   Member of the Board 2009-2012
   President Elect, 2012
   President 2013-2014

NATIONAL COMMITTEES AND CONSULTANTSHIPS:

Epidemiology Task Force, DSHS, State of Washington,
   1987-1988

National Committee for Injury Prevention and Control,
   1987-1989

Residency Training Committee, Department of Pediatrics,
   University of Washington, 1987-2000

Committee on Accident & Poison Prevention, American
   Academy of Pediatrics, 1987-1989

Frederick P. Rivara, M.D., M.P.H.                                                    5

National Consortium on Violence Research, 1996-2000

Chair, Injuries Working Group, National Children's Study.
     2001-2004

Scientific Advisory Board (Chair), Hospital for Sick Kids
     Research Institute, 2006-2012

Committee on Adolescent Health Care Services and
     Models of Care, Institute of Medicine 2006-2008

Board of Children, Youth and Families, National Research
     Council  and Institute of Medicine, 2007—2010

Committee on Oral Health Access to Care (Chair),
     Institute of Medicine, 2009-2011

Scientific Advisory Board, The Urban Child Institute,
     Memphis, TN 2008-2015

Committee on Sports Related Concussions in Youth,
     Institute of Medicine (Vice Chair) 2012-2013

Nomination Committee, American Pediatric Society 2012

NICHD special study section for T32 applications 2013

Prevention of Bullying Workshop, Chair, Institute of
     Medicine April 2014

NICHD Advisory Council 2015-2018

Committee on the Biological and Psychosocial Effects of
Peer Victimization: Lessons for Bullying Prevention,
Institute of Medicine, Chair 2015-2016

Frederick P. Rivara, M.D., M.P.H.                                                                6

EDITORIAL RESPONSIBILITIES:

Editorial Board, *Pediatrics in Review*, 1987-1990

Associate Editor, *Injury Prevention*, 1995-1999

Deputy Editor, *Injury Prevention*, 1999-2010

Associate Section Editor (Injury Epidemiology and Prevention), *Journal of Trauma*, 1996

Editorial Board, *Journal of Surgical Outcomes*, 1998

Editorial Board, *AAP Grand Rounds,*  1998-2001

Editorial Board, *Journal of the Ambulatory Pediatric Association*, 1998-2002

Guest Editor, Special Issue of *American Journal of Preventive Medicine on Systematic Reviews of Motor Vehicle Injury Prevention Programs*, 1999

Guest Editor, Special Issue of *American Journal of Preventive Medicine on Systematic Reviews of Occupational Injury Prevention Strategies*, February, 2000

Issue Editorial Advisor, Unintentional Injuries in Children, *Future of Children* Spring/Summer, 2000

Editor in chief, *Archives of Pediatrics & Adolescent Medicine/ JAMA Pediatrics*,  2001-17

Editorial Board, JAMA 2001-

Editor in chief, JAMA Network Open, 2017-

Frederick P. Rivara, M.D., M.P.H.                                                    7

<u>PUBLICATIONS</u>:

1.  **Rivara FP**.  Outreach in urban clinics:  A descriptive study.  *J Community Health* 1980; 6:43-53.

2.  **Rivara FP**.  Impact of the Rural Health Clinics Services Bill:  A projection. *J Community Health* 1980; 6:103-112.

3.  **Rivara FP**.  Irritable bowel syndrome presenting in the first week of life.  *J Fam Pract* 1980; 10:731-732.

4.  Berger LR, **Rivara FP**.  Mini-bikes:  A case study in under-regulation.  *Business and Society Review* 1980; 41-43.

5.  Williams H, **Rivara FP**, Rothenberg MB.  The child is dying:  Who helps the family? *Am J Maternal Child Nursing* 1981; 6:261-265.

6.  **Rivara FP**.  Epidemiology of childhood injuries, pp. 13-18; Minibikes:  A case study in underregulation, pp. 61-64.  In:  Bergman AB (ed.) *Preventing Childhood Injuries. Report of the Twelfth Ross Roundtable on Critical Approaches to Common Pediatric Problems.*  Columbus, Ohio:  Ross Laboratories, January, 1982.

7.  **Rivara FP**.  Teenage pregnancy:  The forgotten father.  *J Dev Behav Pediatr* 1981; 2:142-145.

8.  **Rivara FP**.  Injury prevention:  The pediatrician as child advocate.  *J Dev Behav Pediatr* 1981; 2:160-162.

9.  **Rivara FP**, Stapleton FB.  Handguns and children:  A dangerous mix.  *J Dev Behav Pediatr* 1982; 3:35-38.

10.  **Rivara FP**, Berger LR.  Consumer product hazards:  Setting priorities for research and regulatory action.  *Am J Public Health* 1980; 70:701-704.

11.  **Rivara FP**.  Epidemiology of childhood injuries.  I.  Review of current research and presentation of conceptual framework.  *Am J Dis Child* 1982; 136:399-405.

12.  **Rivara FP**, Bergman AB, LoGerfo JP, Weiss NS.  Epidemiology of childhood injuries.  II.  Sex differences in injury rates.  *Am J Dis Child* 1982; 136:502-506.

13.  **Rivara FP**, Culley GA, Steptoe MM.  The Hazard Infant Care Project:  Problems of innovation and continuity.  *J Ambulatory Care Manage* 1983; 6:44-57.

14.  **Rivara FP**.  Childhood injuries.  III:  Epidemiology of non-motor vehicle head trauma.  *Dev Med Child Neurol* 1984; 26:81-87.

15.  **Rivara FP**, Wasserman AL.  Teaching psychosocial issues to pediatric house officers.  *J Med Educ* 1984; 59:45-53.

16.  Muram D, **Rivara FP**, Buxton BH.  Management of sexual abuse in prepubertal girls.  *Pediatr Adolesc Gynecol* 1984; 2:191-196.

17.  **Rivara FP**.  Traumatic deaths of children in the United States:  Currently available prevention strategies.  *Pediatrics* 1985; 75:456-462.

Frederick P. Rivara, M.D., M.P.H.                                                      8

18. **Rivara FP**.  Physical abuse in children under two:  A study of therapeutic outcomes.  *Child Abuse Neglect* 1985; 9:81-87.

19. **Rivara FP**, Sweeney PJ, Henderson BF.  A study of low socioeconomic status, black teenage fathers and their nonfather peers.  *Pediatrics* 1985; 75:648-656.

20. Berger LR, Kalishman S, **Rivara, FP**.  Injuries from fireworks.  *Pediatrics* 1985; 75:877-882.

21. Sullivan JL, Woda BA, Herrod HG, Koh G, **Rivara FP**, Mulder C.  Epstein-Barr virus-associated hemophagocytic syndrome:  Virological and immunopathological studies.  *Blood* 1985; 65:1097-1104.

22. **Rivara FP**, Culley GA, Hickok D, Williams RL.  A health program's effect on neonatal mortality in eastern Kentucky.  *Am J Prev Med* 1985; 1:35-40.

23. **Rivara FP**, Barber M.  Demographic analysis of childhood pedestrian injuries.  *Pediatrics* 1985; 76:375-381.

24. **Rivara FP**.  Fatal and nonfatal farm injuries to children and adolescents in the United States.  *Pediatrics* 1985; 76:567-573.

25. **Rivara FP**.  Epidemiology of violent deaths to children and adolescents.  *Pediatrician* 1985; 12:3-10.

26. Baddour LM, Land MA, Barrett FF, **Rivara FP**, Bruce WM, Burns AL.  Hepatobiliary abnormalities associated with postanginal sepsis.  *Diagn Microbiol Infect Dis* 1986; 4:19-28.

27. **Rivara FP**, Wall HP, Worley P, James KD.  Pediatric nurse triage.  Its efficacy, safety, and implications for care.  *Am J Dis Child* 1986; 140:205-210.

28. **Rivara FP**.  Parental rights and obligations of the unwed adolescent father.  *Am J Dis Child* 1986; 140:531-534.

29. **Rivara FP**, Sweeney PJ, Henderson BF.  Black teenage fathers:  What happens when the child is born?  *Pediatrics* 1986; 78:151-158.

30. **Rivara FP**, Parish RA, Mueller BA.  Extremity injuries in children:  Predictive value of clinical findings.  *Pediatrics* 1986; 78:803-807.

31. Dole EJ, Czajka PA, **Rivara, FP**.  Evaluation of pharmacists' compliance with the Poison Prevention Packaging Act.  *Am J Public Health* 1986; 76:1335-1336.

32. Parish RA, Watson M, **Rivara FP**.  Why obtain arterial blood gases, chest x-rays, and clotting studies in injured children?  Experience in a regional trauma center.  *Pediatr Emerg Care* 1986; 2:218-221.

33. **Rivara FP**, Mueller BA.  The epidemiology and prevention of pediatric head injuries.  *J Head Trauma Rehabil* 1986;1:7-15.

34. **Rivara FP**, Sweeney PJ, Henderson BF.  Risk of fatherhood among black teenage males.  *Am J Public Health* 1987; 77:203-205.

35. Mueller BA, **Rivara FP**, Bergman, AB.  Factors associated with pedestrian-vehicle collision injuries and fatalities.  *West J Med* 1987; 146:243-245.

Frederick P. Rivara, M.D., M.P.H.                                                           9

36. Shugerman R, **Rivara FP**, Parish R, Heimbach D.  Contact burns of the hand. *Pediatrics* 1987; 80:18-21.

37. **Rivara FP**, Mueller BA.  The epidemiology and causes of childhood injuries. *J Social Issues* 1987; 43:13-31.

38. **Rivara FP**, Kamitsuka MD, Quan L.  Injuries to children younger than 1 year of age.  *Pediatrics* 1988; 81:93-97.

39. Mueller BA, **Rivara FP**, Bergman AB.  Urban-rural location and the risk of dying in a pedestrian-vehicle collision.  *J Trauma* 1988; 28:91-94.

40. **Rivara FP**, Dicker BG, Bergman AB, Dacey R, Herman C.  The public cost of motorcycle trauma.  *JAMA* 1988; 260:221-223.

41. Scheidt P and participants (**Rivara FP**).  Behavioral research toward prevention of childhood injury.  *Am J Dis Child* 1988; 142:612-617.

42. Sloan JH, Kellermann AL, Reay DT, Ferris JA, Koepsell T, **Rivara FP**, Rice C, Gray L, LoGerfo J.  Handgun regulations, crime, assaults, and homicide.  *N Engl J Med* 1988; 319:1256-1262.

43. **Rivara FP**, Maier RV, Mueller BA, Luna GA, Dicker BG, Herman C, Kenagy JW, Copass MK, Carrico CJ.  Evaluation of potentially preventable deaths among pedestrian and bicyclist fatalities.  *JAMA* 1989; 261:566-570.

44. Stout JW, **Rivara FP**.  Schools and sex education:  Does it work?  *Pediatrics* 1989; 83:375-379.

45. **Rivara FP**, Mueller BA, Fligner CL, Luna G, Raisys VA, Copass M, Reay DT.  Drug use in trauma victims.  *J Trauma* 1989; 29:462-470.

46. Thompson RS, **Rivara FP**, Thompson DC.  A case control study of the effectiveness of bicycle safety helmets.  *N Engl J Med*  1989; 320:1361-1367.

47. **Rivara FP**, Reay DT, Bergman AB,  Analysis of fatal pedestrian injuries in King County, WA, and prospects for prevention.  *Public Health Rep* 1989; 104:293-297.

48. **Rivara FP**, Calonge N, Thompson RS.  Population-based study of unintentional injury incidence and impact during childhood.  *Am J Public Health* 1989; 79:990-994.

49. Kalbfleisch J, **Rivara FP**.  Principles in injury control:  Lessons to be learned from child safety seats.  *Pediatr Emerg Care* 1989; 5:131-134.

50. Kaufmann CR, **Rivara FP**, Maier RV.  Pediatric trauma:  Need for surgical management.   *J Trauma* 1989; 29:1120-1126.

51. **Rivara FP**, Wolf ME.  Injury research:  Where should we go from here?  *Pediatrics* 1989; 84:180-181.

52. DiGuiseppi CG, **Rivara FP**, Koepsell TD.  Attitudes toward bicycle helmet ownership and use by school-age children.  *Am J Dis Child* 1990; 144:83-86.

53. DiGuiseppi CG, **Rivara FP**, Koepsell TD, Pollisar L.  Bicycle helmet use by children.  Evaluation of a community-wide helmet campaign.  *JAMA* 1989; 262:2256-2261.

Frederick P. Rivara, M.D., M.P.H.                                                    10

54. Sloan JH, **Rivara FP**, Reay DT, Ferris JA, Kellermann AL.  Firearm regulations and rates of suicide.  A comparison of two metropolitan areas.  *N Engl J Med* 1990; 322(6):369-73.

55. **Rivara FP**, Bergman AB, Drake C.  Parental attitudes and practices toward children as pedestrians.  *Pediatrics* 1989; 84:1017-1021.

56. Kellermann AL, **Rivara FP**, Banton J, Reay D, Fligner C.  Validating survey responses to questions about gun ownership among owners of registered handguns.  *Am J Epidemiol* 1990; 131(6) 1080-1084.

57. Bergman AB, **Rivara FP**, Richard DD, Rogers LW.  The Seattle children's bicycle helmet campaign.  *Am J Dis Child* 1990; 144:727-731.

58. Kaufmann CR, Maier RV, **Rivara FP**, Carrico CJ.  Evaluation of the pediatric trauma score.  *JAMA* 1990; 263:69-72.

59. **Rivara FP**, Bergman AB. Injuries.  A preventable problem for children.  *University of Washington Medicine* 1989; 15(I):8-9.

60. **Rivara FP**.  Child pedestrian injuries in the United States.  Current status of the problem, potential interventions, and future research needs.  *Am J Dis Child* 1990; 144:692-696.

61. Mueller BA, **Rivara FP**, Lii S-M, Weiss NS.  Environmental factors and the risk for childhood pedestrian-motor vehicle collision occurrence.  *Am J Epidemiol* 1990; 132:550-560.

62. Thompson DC, Thompson RS and **Rivara FP**.  Incidence of bicycle-related injuries in a defined population.  *Am J Public Health* 1990; 80:1388-1390.

63. Esposito TJ, Maier RV, **Rivara FP**, Carrico CJ.  A statewide profile of general surgery trauma practice.  *J Trauma* 1991; 31:39-42.

64. Anderson PA, **Rivara FP**, Maier RV, Drake C.  The epidemiology of seatbelt-associated injuries.  *J Trauma* 1991; 31:60-67.

65. Bobo JK, Thapa P, Gale JL, Vaughan TL, Gilchrist LD, **Rivara FP**.  Response bias associated with asking former study participants to assist in new research.  *Psychol Rep* 1991; 68:355-359.

66. Esposito TJ, Maier RV, **Rivara FP**, Carrico CJ.  Why surgeons prefer not to care for trauma patients.  *Arch Surg* 1991; 126:292-297.

67. Kaufmann CR, Maier RV, Kaufmann EJ, **Rivara FP**, Carrico CJ.  Validity of applying adult TRISS analysis to injured children.  *J Trauma* 1991; 31:691-698.

68. Anderson PA, Henley MB, **Rivara FP**, Maier RV.  Flexion distraction and chance injuries to the thoracolumbar spine.  *J Orthop Trauma* 1991; 5:153-160.

69. Bergman AB, **Rivara FP**.  Sweden's experience in reducing childhood injuries.  *Pediatrics* 1991; 88:69-74.

70. Thompson DC, Thompson RS, **Rivara FP**, Wolf ME.  A case-control study of the effectiveness of bicycle helmets in preventing facial injury.  *Am J Public Health* 1990; 80:1471-1474.

Frederick P. Rivara, M.D., M.P.H.                                                      11

71. Burdorick TE, Anderson PA, **Rivara FP**, Cohen W.  Flexion-distraction fracture of the cervical spine.  A case report.  *J Bone Joint Surg* 1991; 73-A:1097-1100.

72. Erdmann TC, Feldman KW, **Rivara FP**, Heimbach DM, Wall HA.  Tap water burn prevention:  The effect of legislation.  *Pediatrics* 1991; 88:572-577.

73. **Rivara FP**, Booth CL, Bergman AB, Rogers LW, Weiss J.  Prevention of pedestrian injuries to children:  Effectiveness of a school training program. *Pediatrics* 1991; 88: 770-775.

74. **Rivara FP**, Thompson RS, Thompson DC, Calonge N.  Injuries to children and adolescents:  Impact on physical health.  *Pediatrics* 1991; 88:783-788.

75. Michaud LJ, **Rivara FP**, Longstreth WT Jr, Grady MS.  Elevated initial blood glucose levels and poor outcome following severe brain injuries in children. *J Trauma* 1991; 31:1356-1362.

76. Rogers LW, Bergman AB, **Rivara FP**.  Promoting bicycle helmets to children:  A campaign that worked.  *J Musculoskel Med* 1991; 8:64-77.

77. **Rivara FP**, DiGuiseppi C, Thompson RS, Calonge N.  Risk of injury to children less than five years of age in day care versus home care settings.  *Pediatrics* 1989; 84:1011-1016.

78. **Rivara FP**, Tanaguchi D, Parish R, Stimac GK, Mueller B.  Poor prediction of positive computed tomographic scans by clinical criteria in symptomatic pediatric head trauma.  *Pediatrics* 1987; 80:579-584.

79. Wasserman AL, Whitington, **Rivara FP**.  Psychogenic basis for abdominal pain in children and adolescents.  *J Am Acad Child Adolesc Psychiatry* 1988; 27:179-184.

80. **Rivara FP**, Morgan P, Bergman AB, Maier RV.  Cost estimates for statewide reporting of injuries by E coding hospital discharge abstract data base systems. *Public Health Rep* 1990; 105:635-638.

81. **Rivara FP**, Kemper KJ.  Health supervision for the high-risk preschooler. *Pediatrics in Review* 1990; 12:181-186.

82. Offner PJ, Jurkovich GJ, Gurney J, **Rivara FP**.  Revision of TRISS for intubated patients.  *J Trauma* 1992; 32:32-35.

83. Ballard JE, Koepsell TD, **Rivara FP**.  Association of smoking and alcohol drinking with residential fire injuries.  *Am J Epidemiol* 1992; 135:26-34.

84. Dunne RG, Asher KN, **Rivara FP**.  Behavior and parental expectations of child pedestrians.  *Pediatrics* 1992; 89:486-490.

85. Heyer NJ, Franklin G, **Rivara FP**, Parker P, Haug JA.  Occupational Injuries among minors doing farm work in Washington.  *Am J Public Health* 1992; 82:557-560.

86. Wolf ME, **Rivara FP**.  Nonfall injuries in older adults.  *Annu Rev Public Health* 1992; 13:509-528.

87. Grossman DC, **Rivara FP**.  Injury control in childhood.  *Pediatr Clin North Am* 1992; 39:471-485.

Frederick P. Rivara, M.D., M.P.H.                                                      12

88.  Offner PJ, **Rivara FP**, Maier RV.  The impact of motorcycle helmet use.  *J Trauma* 1992; 32:636-642.

89.  Jurkovich GJ, **Rivara FP**, Gurney JG, Seguin D, Fligner CL, Copass M.  Effects of alcohol intoxication on the initial assessment of trauma patients.  *Ann Emerg Med* 1992; 21:704-708.

90.  Callahan CM, **Rivara FP**.  Urban high school youth and handguns.  A school-based survey.  *JAMA* 1992; 267:3038-3042.

91.  Alexander BH, **Rivara FP**, Wolf ME.  The cost and frequency of hospitalization for fall-related injuries in older adults.  *Am J Public Health* 1992; 82:1020-1023.

92.  Kellermann AL, **Rivara FP**, Somes G, Reay DT, Francisco J, Banton JG, Prodzinski J, Fligner C,  Hackman BB.  Suicide in the home in relation to gun ownership.  *N Engl J Med* 1992; 327(7):467-472.

93.  Alexander BH, **Rivara FP**, Thompson D, Thompson RS.  Measurement of severity for nonhospitalized injuries in the pediatric age group.  *Pediatr Emerg Care* 1992; 3:148-151.

94.  Michaud LJ, **Rivara FP**, Grady MS, Reay DT.  Predictors of survival and severity of disability after severe brain injury in children.  *Neurosurgery* 1992; 31:254-264.

95.  Ballard JE, Koepsell TD, **Rivara FP**, Van Belle G.  Descriptive epidemiology of unintentional residential fire injuries in King County, WA, 1984 and 1985.  *Public Health Rep* 1992; 107:402-408.

96.  Shugerman RP, **Rivara FP**, Wolf ME, Schneider CJ.  Risk factors for childhood sledding injuries:  A case-control study.  *Pediatr Emerg Care* 1992; 8:283-286.

97.  Gurney JG, **Rivara FP**, Mueller BA, Newell DW, Copass MK, Jurkovich GJ.  The effects of alcohol intoxication on the initial treatment and hospital course of patients with acute brain injury.  *J Trauma* 1992; 33:709-713.

98.  **Rivara FP**, Gurney JG, Ries RK, Seguin DA, Copass MK, Jurkovich GJ.  A descriptive study of trauma, alcohol, and alcoholism in young adults.  *J Adolesc Health* 1992; 13:663-667.

99.  Condie C, **Rivara FP**, Bergman AB.  Strategies of a successful campaign to promote the use of equestrian helmets.  *Public Health Rep* 1993; 108;121-126.

100.  **Rivara FP**.  From the bedside to the public policy arena:  The role of general pediatric research.  *Pediatrics* 1993; 91:628-631.

101.  Wolf ME, Alexander BH, **Rivara FP**, Hickok DE, Maier RV, Starzyk PM.  A retrospective cohort study of seatbelt use and pregnancy outcome after a motor vehicle crash.  *J Trauma* 1993; 34:116-119.

102.  Dunne RG, Bergman AB, Rogers LW, Inglin B, **Rivara FP**.  Elderly persons' attitudes toward footwear – a factor in preventing falls.  *Public Health Rep* 1993; 108:245-248.

103.  Michaud LJ, **Rivara FP**, Jaffe KM, Fay G, Dailey JL.  Traumatic brain injury as a risk factor for behavioral disorders in children.  *Arch Phys Med Rehabil* 1993; 74:368-375.

Frederick P. Rivara, M.D., M.P.H.                                               13

104.   Thompson RS, Thompson DC, **Rivara FP**, Salazar AA.  Cost-effectiveness analysis of bicycle helmet subsidies in a defined population.  *Pediatrics* 1993; 91(5):902-907.

105.   Sugarman JR, Soderberg R, Gordon JE, **Rivara FP**.  Racial misclassification of American Indians:  Its effect on injury rates in Oregon, 1989 through 1990.  *Am J Public Health.* 1993; 83 (5):681-684.

106.   Hazinski MF, Francescutti LH, Lapidus GD, Micik S, **Rivara FP**.  Pediatric injury prevention.  *Ann Emerg Med* 1993; 22 (2 Pt 2):456-467.

107.   Dunne RG, Asher KN,  **Rivara FP**.  Injuries in young people with developmental disabilities:  comparative investigation from the 1988 National Health Interview Survey.  *Ment Retard* 1993; 31(2):83-8.

108.   Grossman DC, Soderberg R,  **Rivara FP**.  Prior injury and motor vehicle crash as risk factors for youth suicide.  *Epidemiology* 1993; 4(2):115-9.

109.   **Rivara FP**, Johnston B.  Population-based study of fall injuries in children and adolescents resulting in hospitalization or death.  *Pediatrics* 1993; 92:61-63.

110.   Jurkovich GJ, **Rivara FP**, Gurney JG, Fligner C, Ries R, Mueller BA,  Copass M.  The effect of acute alcohol intoxication and chronic alcohol abuse on outcome from trauma.  *JAMA* 1993; 270:51-56.

111.   Kemper KJ, **Rivara FP**.  Parents in jail.  *Pediatrics* 1993; 92(2):261-264.

112.   Callahan CM, **Rivara FP**, Farrow JA.  Youth in detention and handguns.  *J Adolesc Health* 1993; 14:350-355.

113.   **Rivara FP**, Jurkovich GJ, Gurney JG, Seguin D, Fligner CL, Ries R, Raisys VA, Copass M.  The magnitude of acute and chronic alcohol abuse in trauma patients.  *Arch Surg* 1993; 128(8):907-912.

114.   Thompson DC, **Rivara FP**, Thompson RS, Salzberg PM, Wolf ME, Pearson DC.  Use of behavioral risk factor surveys to predict alcohol-related motor vehicle events.  *Am J Prev Med* 1993; 9(4):224-230.

115.   Kellermann AL, **Rivara FP**, Rushforth NB, Banton JG, Reay DT, Francisco JT, Locci AB, Prodzinski J, Hackman BB,  Somes G.  Gun ownership as a risk factor for homicide in the home.  *N Engl J Med* 1993; 329(15):1084-1091.

116.   **Rivara FP**, Koepsell TD, Jurkovich GJ, Gurney JG, Soderberg R.  The effects of alcohol abuse on readmission for trauma.  *JAMA* 1993; 270:1962-1964.

117.   **Rivara FP**, Thompson DC, Thompson RS, Rogers LW, Alexander B, Felix D, Bergman AB.  The Seattle Children's Bicycle Helmet Campaign:  Changes in helmet use and head injury admissions.  *Pediatrics* 1994; 93 (4):567-569.

118.   Nelson DE, **Rivara FP**, Condie, C.  Helmets and horseback riders.  *Am J Prev Med* 1994; 10(1):15-19.

119.   Johnston C, **Rivara FP**, Soderberg R.  Children in car crashes.  Analysis of data for injury and use of restraints.  *Pediatrics* 1994; 93:960-965.

120.   Nilssen O, Ries RK, **Rivara FP**, Gurney JG, Jurkovich GJ.  The CAGE questionnaire and the Short Michigan Alcohol Screening Test in trauma patients:

Frederick P. Rivara, M.D., M.P.H.                                                          14

Comparison of their correlations with biological alcohol markers.  *J Trauma* 1994; 36:784-788.

121.   **Rivara FP**.  Epidemiology and prevention of pediatric traumatic brain injury. *Pediatr Ann* 1994; 23:12-17.

122.   Christey GL, Nelson DE, **Rivara FP**, Smith SM, Condie C.  Horseback riding injuries among children and young adults.  *J Fam Pract* 1994; 39:148-152.

123.   Callahan CM, Rivara FP, Koepsell TD.  Money for guns:  Evaluation of the Seattle Gun Buy-Back Program.  *Public Health Rep* 1994; 109:472-477.

124.   Nelson DE, **Rivara FP**, Condie C, Smith SM.  Injuries in equestrian sports. *The Physician and Sports Medicine* 1994; 22 (10):53-60.

125.   Davis RL, Mullen N, Makela M, Taylor JA, Cohen W, **Rivara FP**.  Cranial computed tomography scans in children after minimal head injury with loss of consciousness.  *Ann Emerg Med* 1994; 24(4):640-645.

126.   **Rivara FP**, Sacks JJ.  Injuries in child day care: An overview.  *Pediatrics* 1994; (6 Pt 2):1031-1033.

127.   Cummings P, Theis MK, Mueller BA, **Rivara FP**.  Infant injury death in Washington State, 1981 through 1990.  *Arch Pediatr Adolesc Med* 1994; 148(10):1021-6.

128.   Davis RL, Hughes M, Gubler KD, Waller PL, **Rivara FP**.  The use of cranial CT scans in the triage of pediatric patients with mild head injury.  *Pediatrics* 1995; 95(3):345-349.

129.   Grossman DC, Hart LG, **Rivara FP**, Maier RV, Rosenblatt R.  From roadside to bedside:  the regionalization of trauma care in a remote rural county.  *J Trauma* 1995; 38(1):14-21.

130.   **Rivara FP**, Farrington DP.  Prevention of violence.  Role of the pediatrician. *Arch Pediatr Adolesc Med* 1995; 149:421-429.

131.   Grossman DC, Rauh MJ, **Rivara FP**.  Prevalence of corporal punishment among students in Washington state schools.  *Arch Pediatr Adolesc Med* 1995; 149:529-532.

132.   Sendut IH, Tan KK, **Rivara FP**.  Baby walker associated scalding injuries seen at the UHKL.  *Med J Malaysia* 1995; 50(2):1-2.

133.   Buntain-Ricklefs JJ, **Rivara FP**, Donovan DM, Salzberg PM, Polissar NL. Differentiating "bad drivers" with and without a DWI.  *J Studies Alcohol* 1995; 56:356-360.

134.   Mock CN, Adzotor E, Denno D, Conklin E, **Rivara FP**.  Admissions for injury at a rural hospital in Ghana:  Implications for prevention in the developing world.  *Am J Public Health* 1995; 85:927-931.

135.   Mock CN, Maier RV, Boyle E, Pilcher S, **Rivara FP**.  Injury prevention strategies to promote helmet use decrease severe head injuries at a Level 1 Trauma Center.  *J Trauma* 1995; 39:29-33.

Frederick P. Rivara, M.D., M.P.H.                                                         15

136.   Sosin DM, Koepsell TD, **Rivara FP**, Mercy JA.  Fighting as a marker for multiple problem behaviors in adolescents.  *J Adolesc Health* 1995; 16:209-215.

137.   Esposito TJ, Maier RV, **Rivara FP**, Pilcher S, Griffith J, Lazear S, Hogan S.  The impact of variation in trauma care times:  Urban versus rural.  *Prehospital and Disaster Medicine* 1995; 10:161-167.

138.   Grossman DC, Mang K, **Rivara FP**.  Firearm injury prevention counseling by pediatricians and family physicians:  Practices and beliefs.  *Arch Pediatr Adolesc Med* 1995; 149:973-977.

139.   Wright M, **Rivara FP**, Ferse D.  Evaluation of the Think First head and spinal cord injury prevention program.  *Injury Prevention* 1995; 1:81-85.

140.   Gentilello LM, Donovan DM, Dunn CW, **Rivara FP**.  Alcohol interventions in trauma centers:  Current practice and future directions.  *JAMA* 1995; 274:1043-1048.

141.   **Rivara FP**, Shepherd JP, Farrington DP, Richmond PW, Cannon P.  Victim as offender in youth violence.  *Ann Emerg Med* 1995; 26:609-614.

142.   **Rivara FP**.  Developmental and behavioral issues in childhood injury prevention. *J Dev Behav Pediatr* 1995; 16(5):362-370.

143.   Melzer SM, Grossman DC, **Rivara FP**.  Physician experience with pediatric inpatient care in Washington state.  *Pediatrics* 1996; 97(1):65-70.

144.   Rowland J, **Rivara FP**, Salzberg P, Soderberg R, Maier R, Koepsell T. Motorcycle helmet use and injury outcome and hospitalization costs from crashes in Washington state.  *Am J Public Health* 1996; 86:41-45.

145.   Asher KN, **Rivara FP**, Felix D, Vance L, Dunne R.  Water safety training as a potential means of reducing risk of young children's drowning.  *Injury Prevention* 1995; 1:228-233.

146.   **Rivara FP**.  Crime, violence and injuries in children and adolescents:  Common risk factors?  *Criminal Behavior and Mental Health* 1996; 5:367-385.

147.   Massagli TL, Michaud LJ, **Rivara FP**.  Association between injury indices and outcome after severe traumatic brain injury in children.  *Arch Phys Med Rehabil 1996;* 77:125-132.

148.   **Rivara FP**, Grossman DC.  Prevention of traumatic deaths to children in the United States:  How far have we come and where do we need to go?  *Pediatrics* 1996; 97:791-797.

149.   Brownstein D, Shugerman R, Cummings P, **Rivara FP**, Copass M.  Prehospital endotracheal intubation of children by paramedics.  *Ann Emerg Med* 1996; 28:34-39.

150.   Dowd MD, Langley J, Koepsell T, Soderberg R, **Rivara FP**.  Hospitalizations for injury in New Zealand:  Prior injury as a risk factor for assaultive injury.  *Am J Public Health.* 1996; 86(7):929-934.

151.   Cummings P, **Rivara FP**, Boase J, MacDonald JK.  Injuries and their relation to potential hazards in child day care.  *Injury Prevention* 1996; 2:105-108.

Frederick P. Rivara, M.D., M.P.H.                                                    16

152.   Gilmore TM, Alexander BH, Mueller BA, **Rivara FP**.  Occupational injuries and medication use.  *Am J Industrial Med* 1996; 30:234-239.

153.   Kellermann AL, **Rivara FP**, Lee RK, Banton JG, Cummings P, Hackman BB, Somes G.  Injuries due to firearms in three cities.  *N Engl J Med* 1996; 335:1438-1444.

154.   Trautwein LC, Smith DG, **Rivara FP**.  Pediatric amputation injuries:  Etiology, cost, and outcome.  *J Trauma* 1996; 41:831-838.

155.   Thompson DC, **Rivara FP**, Thompson RS.  Effectiveness of bicycle safety helmets in preventing head injuries.  A case-control study.  *JAMA* 1996; 276:1968-1973.

156.   Thompson DC, Nunn ME, Thompson RS, **Rivara FP**.  Effectiveness of bicycle safety helmets in preventing serious facial injury.  *JAMA* 1996; 276:1974-1975.

157.   Gubler KD, Maier RV, Davis R, Koepsell T, Soderberg R, **Rivara FP**.  Trauma recidivism in the elderly.  *J Trauma* 1996; 41:952-956.

158.   Nilssen O, Ries R, **Rivara FP**, Gurney JG, Jurkovich GJ.  The "WAM" score: sensitivity and specificity of a user friendly biological screening test for alcohol problems in trauma patients.  *Addiction* 1996; 91(2):255-62.

159.   Conseur A, **Rivara FP**, Emanuel I.  Juvenile delinquency and adolescent trauma: How strong is the connection?  *Pediatrics* 1997; 99(3).  URL: http://www.pediatrics.org/cgi/content/full/99/9/e5.

160.   Thompson DC, Thompson RS, Kaufman A, **Rivara FP**.  Increasing bicycle helmet effectiveness.  The importance of proper helmet fit and wearing position. *HMO Practice* 1997; 11(1):25-26.

161.   Bailey JE, Kellermann AL, Somes GW, Banton JG, **Rivara FP**, Rushforth NB. Risk factors for violent death of women in the home.  *Arch Intern Med* 1997; 157:777-782.

162.   Kim AN, **Rivara FP**, Koepsell TD.  Does sharing the cost of a bicycle helmet help promote helmet use?  *Injury Prevention* 1997; 3:38-42.

163.   Thompson DC, Rebolledo V, Thompson TS, Kaufman A, **Rivara FP**.  Bike speed measurements in a recreational population:  validity of self reported speed. *Injury Prevention* 1997; 3:43-45.

164.   **Rivara FP**, Thompson DC, Thompson RS, Rebolledo V.  Injuries involving off-road cycling.  *J Fam Practice* 1997; 44(5):481-485.

165.   Rhee PM, Grossman D, **Rivara FP**, Mock C, Jurkovich G, Maier RV.  The effect of payer status on utilization of hospital resources in trauma care.  *Arch Surg* 1997; 132(4):399-404.

166.   Grossman DC, Neckerman HJ, Koepsell TD, Liu P-Y, Asher KN, Beland K, **Rivara FP**.  Effectiveness of a violence prevention curriculum among children in elementary school.  A randomized controlled trial.  *JAMA* 1997; 277:1605-1611.

167.   Conseur A, **Rivara FP**, Barnoski R, Emanuel I.  Maternal and perinatal risk factors for later delinquency.  *Pediatrics* 1997; 99:785-790.

Frederick P. Rivara, M.D., M.P.H.                                        17

168.   **Rivara FP**, Thompson DC, Thompson RS.  Epidemiology of bicycle injuries and risk factors for serious injury.  *Injury Prevention* 1997; 3:110-114.

169.   **Rivara FP**, Mueller BA, Somes G, Mendoza CT, Rushforth NB, Kellermann AL.  Alcohol and illicit drug abuse and the risk of violent death in the home.  *JAMA* 1997; 278:569-675.

170.   **Rivara FP**, Grossman, DC, Cummings P.  Injury prevention (First of two parts).  *N Engl J Med* 1997; 337(8):543-548.

171.   **Rivara FP**, Grossman, DC, Cummings P.  Injury prevention (Second of two parts).  *N Engl J Med* 1997; 337(9):613-618.

172.   Cummings P, Grossman DC, **Rivara FP**, Koepsell TD.  State gun safe storage laws and child mortality due to firearms.  *JAMA* 1997; 278:1084-1086.

173.   Ching RP, Thompson DC, Thompson RS, Thomas DJ, Chilcott WC, **Rivara FP**.  Damage to bicycle helmets involved with crashes.  *Accid Anal Prev* 1997; 29:555-562.

174.   **Rivara FP**.  Fatal and non-fatal farm injuries to children and adolescents in the United States, 1990-3.  *Injury Prevention* 1997; 3:190-194.

175.   Gubler KD, Davis R, Koepsell T, Soderberg R, Maier RV, **Rivara FP**.  Long-term survival of elderly trauma patients.  *Arch Surg* 1997; 132:1010-4.

176.   Shepherd JP, **Rivara FP**.  Vulnerability, victims and violence.  *J Accid Emerg Med* 1998; 15:39-45.

177.   Christakis DA, **Rivara FP**.  Pediatricians' awareness of and attitudes about four clinical practice guidelines.  *Pediatrics* 1998; 101(5):825-830.

178.   Kellermann AL, Fuqua-Whitley DS, **Rivara FP**, Mercy J.  Preventing youth violence:  What works?  *Annu Rev Public Health* 1998; 19:271-292.

179.   **Rivara FP**, Thompson DC, Patterson MQ, Thompson RS.  Prevention of bicycle-related injuries:  Helmets, education, and legislation.  *Annu Rev Public Health* 1998; 19:293-318.

180.   Martin J, Shyamala N-R, Langley J, Feehan M, McGee R, Clarke J, Begg D, Hutchinson-Cervantes M, Moffitt T, **Rivara FP**.  Physical assault in New Zealand: the experience of 21 year old men and women in a community sample.  *N Z Med J* 1998; 111:158-60.

181.   Butler RN, Todd KH, Kellermann AL, Runyan CW, Lynn SG, Rodriguez MA, Zwerling C, **Rivara FP**.  Injury-control education in six U.S. medical schools.  *Acad Med* 1998; 73:524-528.

182.   Haselkorn JK, Mueller BA, **Rivara FP**.  Characteristics of drivers and driving record after traumatic and nontraumatic brain injury.  *Arch Phys Med Rehabil* 1998; 79:738-742.

183.   **Rivara FP**.  Research in ambulatory and clinical pediatrics [translated by Yamanaka T].  *Jpn J Pediatrics* 1998; 51(supplement):11-21.

184.   **Rivara FP**, Aitken M.  Prevention of injuries to children and adolescents.  *Advances in Pediatrics* 1998; 45:37-72.

Frederick P. Rivara, M.D., M.P.H.                                                              18

185.   Kellermann AL, Somes G, **Rivara FP**, Lee RK, Banton JG.  Injuries and deaths due to firearms in the home.  *J Trauma* 1998; 45:263-267.

186.   Christakis DA, Wright JA, **Rivara FP**.  Promethazine therapy for gastroenteritis: towards a better understanding of use, risks and benefits.  *Ambulatory Child Health* 1998; 4:181-187.

187.   **Rivara FP**, Rivara MB, Bartol K.  Dad, may I have the keys?  Factors influencing which vehicles teenagers drive.  *Pediatrics* 1998; 102(5). URL: http://www.pediatrics.org/cgi/content/full/102/5/e57.

188.   **Rivara FP**, Thompson DC, Beahler C, MacKenzie E.  Systematic reviews of strategies to prevent motor vehicle injuries.   *Am J Prev Med* 1999; 16 (1S):1-8.

189.   **Rivara FP**, Thompson DC, Cummings P.  Effectiveness of primary and secondary enforced seat belt laws.  *Am J Prev Med* 1999; 16 (1S):30-39.

190.   Britt J, Silver I, **Rivara FP**. Bicycle helmet promotion among low income preschool children.  *Injury Prevention* 1998; 4(4):280-283.

191.   Wright MA, Wintemute GJ, **Rivara FP**.  Effectiveness of denial of handgun purchase to persons believed to be at high risk for firearm violence.  *Am J Public Health* 1999; 89:88-90.

192.   Keenan HT, Brundage SI, Thompson DC, Maier RV, **Rivara FP**.  Does the face protect the brain?  A case control study of traumatic brain injury and facial fractures.  *Arch Surg* 1999; 134:14-17.

193.   **Rivara FP**.  Pediatric injury control in 1999:  Where do we go from here?  *Pediatrics* 1999; 103 (S4):883-888.

194.   Mock C, Nii-Amon-Kotei D, Forjuoh S, **Rivara FP**.  Epidemiology of transportation related injuries in rural Africa.  *J Crash Prev & Inj Control* 1999; 1(1):45-53.

195.   Thompson RS, Meyer BA, Smith-DiJulio K, Maiuro RD, Thompson DC, Sugg NK, **Rivara FP**.  A training program to improve domestic violence identification and management in primary care:  Preliminary results.  *Violence and Victims* 1999; 13(4):395-410.

196.   Danielsson PE, **Rivara FP**, Gentilello L, Maier RV.  Reasons why trauma surgeons fail to screen for alcohol problems.  *Arch Surg* 1999; 134:564-568.

197.   Mock CN, Forjuoh SN, **Rivara FP**.  Epidemiology of transport-related injuries in Ghana.  *Accid Anal Prev* 1999; 31:359-370.

198.   **Rivara FP**, Astley SJ, Clarren SK, Thompson DC, Thompson RS.  Fit of bicycle safety helmets and risk of head injuries in children. *Injury Prevention* 1999; 5:194-197.

199.   Aitken ME, Jaffe KM, DiScala C, **Rivara FP**.  Functional outcome in children with multiple trauma without significant head injury.  *Arch Phys Med Rehabil* 1999; 80:889-895.

Frederick P. Rivara, M.D., M.P.H.                                                    19

200.   Sugg NK, Thompson RS, Thompson DC, Maiuro R, **Rivara FP**.  Domestic violence and primary care: Attitudes, practice and beliefs.  *Arch of Fam Med* 1999; 8:301-306.

201.   Gentilello LM, **Rivara FP**, Donovan DM, Jurkovich GJ, Daranciang E, Dunn CW, Villaveces A, Copass M, Ries, RR.  Alcohol interventions in a trauma center as a means of reducing the risk of injury recurrence.  *Ann Surg* 1999; 230:473-483.

202.   Thompson DC, **Rivara FP**, Thompson R.  Helmets for preventing head and facial injuries in bicyclists (Cochrane Review).  In:  *Cochrane Library*, Issue 4, 1999.  Oxford:  Update Software.

203.   Gentilello LM, Villaveces A, Ries RR, Nason KS, Daranciang E, Donovan DM, Copass M, Jurkovich GJ, **Rivara FP**.  Detection of acute alcohol intoxication and chronic alcohol dependence by trauma center staff.  *J Trauma* 1999; 47 (6):1131-1135; editorial comment 1135-1137; editorial comment 1137-1139.

204.   **Rivara FP**, Tollefson S, Tesh E, Gentilello LM.  Screening trauma patients for alcohol problems:  Are insurance companies barriers*? J Trauma* 2000; 48:115-118.

205.   Gentilello LM, **Rivara FP**, Donovan DM, Villaveces A, Daranciang E, Dunn CW, Ries RR.  Alcohol problems in women admitted to a Level 1 trauma center:  A gender-based comparison.  *J Trauma 2000*; 48:108-114.

206.   Nathens AB, Jurkovich GJ, **Rivara FP**, Maier RV.  Effectiveness of state trauma systems in reducing injury-related mortality:  A national evaluation.  *J Trauma* 2000; 48:25-31.

207.   Christakis DA, Davis R, **Rivara FP**.  Pediatric evidence-base medicine:  Past, present, and future.  *J Pediatrics* 2000; 136:383-9.

208.   **Rivara FP**, Thompson DC.  Systematic reviews of injury-prevention strategies for occupational injuries:  An overview.  *Am J Prev Med* 2000; 18:1-3.

209.   **Rivara FP**, Thompson DC.  Prevention of falls in the construction industry:  Evidence for program effectiveness.  *Am J Prev Med* 2000; 18:23-26.

210.   Jurkovich GJ, Pierce B, Pananen L, **Rivara FP**.  Giving bad news:  The family perspective.  *J Trauma* 2000; 48:865-870; discussion 870-872; editorial comment 872-873.

211.   Blumstein A, **Rivara FP**, Rosenfeld R.  The rise and decline of homicide – and why.  *Annu Rev Public Health* 2000; 21:505-41.

212.   **Rivara FP**, Koepsell TD, Grossman DC, Mock C.  Effectiveness of automatic shoulder belt systems in motor vehicle crashes.  *JAMA* 2000; 283:2826-2828.

213.   Nathens AB, Jurkovich GJ, Cummings P, **Rivara FP**, Maier RV.  The effect of organized systems of trauma care on motor vehicle crash mortality.  *JAMA 2000;* 283:1990-1994.

214.   Committee on Pediatric Research, American Academy of Pediatrics (McCarthy PL, Christoffel KK, Dungy CI, Gillman MW, **Rivara FP**, Takayama JI).  Race/ethnicity, gender, socioeconomic status – Research exploring their effects on child health:  A subject review.  *Pediatrics* 105:1349-1351.

Frederick P. Rivara, M.D., M.P.H.                                              20

215.  Glew G, **Rivara FP**, Feudtner C.  Bullying:  Children hurting children.  *Pediatrics in Review* 2000; 21:183-189.

216.  Ramsey A, Simpson E, **Rivara FP**.  Booster seat use and reasons for nonuse.  *Pediatrics* 1997; 99(3).  URL:  http://www.pediatrics.org/cgi/content/full/106/2/e20.

217.  Nathens AB, Neff MJ, Goss CH, Maier RV, **Rivara FP**.  Effect of an older sibling and birth interval on the risk of childhood injury.  *Injury Prevention* 2000; 6:219-222.

218.  West TA, **Rivara FP**, Cummings P, Jurkovich GJ, Maier RV.  Harborview assessment for risk of mortality:  An improved measure of injury severity on the basis of ICD-9-CM.  *J Trauma* 2000; 49:530-541.

219.  Rumm PD, Cummings P, Kauss MR, Bell MA, **Rivara FP**.  Identified spouse abuse as a risk factor for child abuse.  *Child Abuse & Neglect* 2000; 24(11):1375-1381.

220.  Maiuro RD, Vitaliano PP, Sugg NK, Thompson DC, **Rivara FP**, Thompson RS.  Development of a health care provider survey for domestic violence.  Psychometric properties.  *Am J Prev Med* 2000; 19(4):245-252.

221.  Thompson RS, **Rivara FP**, Thompson DC, Barlow WE, Sugg NK, Maiuro RD, Rubanowice DM.  Identification and management of domestic violence.  A randomized trial.  *Am J Prev Med* 2000; 19(4):253-263.

222.  Wolf ME, Holt VL, Kernic MA, **Rivara FP**.  Who gets protection orders for intimate partner violence? *Am J Prev Med* 2000; 19(4):286-291.

223.  Johnston BD, Britt J, D'Ambrosio L, Mueller BA, **Rivara FP**.  A preschool program for safety and injury prevention delivered by home visitors.  *Injury Prevention* 2000; 6:305-309.

224.  Rauh MJ, Margherita AJ, Rice SG, Koepsell TD, **Rivara FP**.  High school cross country running injuries: a longitudinal study.  Clin J Sport med.  2000 Apr;10(2):110-6

225.  Vavilala MS. Dunbar PJ, **Rivara FP**, Lam AM.  Coagulopathy predicts poor outcome following head injury in children less than 16 years of age.  *J Neurosurg Anesthesiology* 2001; 13(1):13-18.

226.  Christakis DA, Zimmerman FJ, Wright JA, Garrison MM, **Rivara FP**, Davis RL.  A randomized controlled trial of point-of-care evidence to improve the antibiotic prescribing practices for otitis media in children.  *Pediatrics* 2001; 107(2).  URL:  http://www.pediatrics.org/cgi/content/full/107/2/e15.

227.  Thompson MJ, **Rivara FP**.  Bicycle-related injuries.  *Am Fam Physician* 2001; 63(10): 2007-2014.

228.  Zatzick DF, Roy-Byrne P, Russo JE, **Rivara FP**, Koike A, Jurkovich GJ, Katon W.  Collaborative interventions for physically injured trauma survivors: a pilot randomized effectiveness trial.  *Gen Hosp Psychiatry* 2001; 23:114-123.

Frederick P. Rivara, M.D., M.P.H.                                                                    21

229. Nathens AB, Jurkovich GJ, Maier RV, Grossman DC, MacKenzie EJ, Moore M, **Rivara FP**.  Relationship between trauma center volume and outcomes.  *JAMA* 2001;  285:1164-1171

230. Melzer SM, Molteni RA, Marcuse EK, **Rivara FP**.  Characteristics and financial performance of a pediatric faculty inpatient attending service: a resource-based relative value set analysis.  *Pediatrics* 2001; 108(1): 79-84.

231. Chesney RW, Dungy CI, Gillman MW, **Rivara FP**, et al.  Promoting education, mentorship, and support for pediatric research.  *Pediatrics* 2001; 107(6): 1447-50.

232. **Rivara FP**, Bennett E, Crispin B, Kruger K, Ebel B, Sarewitz A.  Booster seats for child passengers: lessons for increasing their use.  *Inj Prev* 2001; 7:210-213.

233. Cummings P, Koepsell TD, Moffat JM, **Rivara FP**.  Drowsiness, counter-measures to drowsiness, and the risk of a motor vehicle crash.  *Inj Prev* 2001; 7:194-199.

234. Siegel JH, Loo G, Dischinger PC, Burgess AR, **Rivara FP**, et al.  Factors influencing the patterns of injuries and outcomes in car versus car crashes compared to sport utility, van, or pick-up truck versus car crashes: Crash Injury Research Engineering Network study.  *J Trauma*.  2001 Nov; 51(5):975-990.

235. Brych SB, Engrav LH, **Rivara FP**, et al.  Time off work and return to work rates after burns: systematic review of the literature and a large two-center series.  *J Brun Care Rehabil* 2001; 22:401-405.

236. Dunn C, Deroo L, **Rivara FP**.  The use of brief interventions as adapted from motivational interviewing across behavioral domains: a systematic review.  *Addiction* 2001 Dec; 96(12): 1725-42.

237. Tencer AF, Kaufman R, Ryan K, Grossman DC, Mock C, **Rivara FP** et al.  Femur fractures in relatively low speed frontal crashes: the possible role of muscle forces.  *Accid Anal and Prev* 34 (2002) 1-11

238. Mock CN, Grossman DC, Kaufman RP, Mack CD, **Rivara FP**.  The relationship between body weight and risk of death and serious injury in motor vehicle crashes.  *Accid Anal Prev*  2002;34:221-228

239. Zatzick DF, Jurkovich GJ, Gentilello L, Wisner D, **Rivara FP**.  Posttraumatic stress, problem drinking, and functional outcomes after injury.  Arch Surg. 2002 Feb;137(2):200-5.

240. Cummings P, **Rivara FP**.  Responding to reviewers' comments on submitted articles.  Arch Pediatr Adoelsc Med.  2002 Feb; 156(2):105-7.

241. Vavilala MS, Nathens AB, Jurkovich GJ, Mackenzie E, **Rivara FP**.  Risk factors for venous Thromboembolism in pediatric trauma.  *J Trauma* 2002 May;52(5):922-7

242. Johnston BD, **Rivara FP**, Droesch RM, Copass MK.  Behavior change counseling in the emergency department to reduce injury risk: a randomized, controlled trial.  *Pediatrics* 2002;110:267-274

Frederick P. Rivara, M.D., M.P.H.                                                                22

243.   Bulger EM, Nathens AB, **Rivara FP**, Moore M, MacKenzie EJ, Jurkovich GJ. Management of severe head injury: Institutional variations in care and effect on outcome.  Crit Care Med 2002 Aug;30(8):1870-6

244.   Holt VL, Kernic MA, Lumley T, Wolf ME, **Rivara FP**.  Civil protection orders and risk of subsequent police-reported violence.  JAMA 2002 Aug 7;288(5):589-94

245.   **Rivara FP**, Johansen JM, Thompson DC.  Research on injury prevention: topics for systematic review.  Inj Prev 2002 Jun;8(2):161-4

246.   Cummings P, KoepsellTD, **Rivara FP**, McKnight B, Mack C.  Airbags and passenger fatality according to passenger age and restraint use.  Epidemiology 2002 Sept;13(5): 525-532

247.   Kernic MA, Holt VL, Wolf ME, McKnight B, Huebner CE, **Rivara FP**.  Academic and school health issues among children exposed to maternal intimate partner abuse.  Arch Pediatr Adolesc Med 2002 Jun;156(6):549-555

248.   **Rivara FP**.  Prevention of injuries to children and adolescents.  Injury Prevention 2002; 8:IV5-8

249.   Bergman AB, Gray B, Moffat JM, Simpson ES, **Rivara FP**.  Mobilizing for pedestrian safety: an experiment in community action.  Injury Prevention 2002; 8:264-7

250.   Chang BA, Ebel B, **Rivara FP**.  Child passenger safety: potential impact of the Washington state booster seat law on childcare centers.  Injury Prevention 2002; 8: 284-288

251.   Vavilala MS, Newell DW, Junger E, Douville CM, Aaslid R, **Rivara FP**, Lam AM.  Dynamic cerebral autoregulation in healthy adolescents.  *Acta Anaesthesiol Scand.*  2002 Apr;46(4):393-7

252.   Cummings P, McKnight B, **Rivara FP**, Grossman DC.  Association of driver air bags with driver fatality: a matched cohort study.  *BMJ.*  2002 May 11;324(7346):1119-22

253.   Kernic MA, Holt VL, Wolf ME, **Rivara FP**, et al.  Academic and school health issues among children exposed to maternal intimate partner abuse.  *Arch Pediatr Adolesc Med.* 2002 Jun;156(6):549-55

254.   Zatzick DF, Kang, SM, Muller HG, **Rivara FP**, et al.  Predicting posttraumatic distress in hospitalized trauma survivors with acute injuries.  Am J Psychiatry. 2002 Jun;159(6):941-6

255.   Cummings P, Wells JD, **Rivara FP**.  Estimating seat belt effectiveness using matched-pair cohort methods.  *Accid Anal Prev.*  2003 Jan;35(1):143-9

256.   Nirula R, Mock C, Kaufman R, **Rivara FP**, Grossman DC.  Correlation of head injury to vehicle contact points using crash injury research and engineering network data.  *Accid Anal Prev.*  2003 Mar;35(2):201-10

257.   Arbabi S, Jurkovich GJ, **Rivara FP**, Nathens AB, et al.  Patient outcomes in academic medical centers: influences of fellowship program and in-house on-call attending surgeon.  *Arch Surg.*  2003 Jan;138(1):47-51

Frederick P. Rivara, M.D., M.P.H.                                                              23

258.  Villaveces A, Cummings P, Koepsell TD, **Rivara FP**, et al.  Association of alcohol-related laws with deaths due to motor vehicle and motorcycle crashes in the United States.  *Am J Epidemiol.*  2003 Jan 15;157(2):131-40

259.  Ulrich YC, Cain KC, Sugg NK, **Rivara FP**, et al.  Medical care utilization patterns in women with diagnosed domestic violence.  *Am J Prev Med.*  2003 Jan;24(1):9-15

260.  Holt VL, Kernic MA, Wolf ME, **Rivara FP**.  Do protection orders affect the likelihood of future partner violence and injury?  *Am J Prev Med.*  2003 Jan;24(1):16-21

261.  Ebel BE, Koepsell TD, Bennett EE, **Rivara FP**.  Use of child booster seats in motor vehicles following a community campaign: a controlled trial.  *JAMA.*  2003 Feb 19;289(7):879-884

262.  Nathens AB, **Rivara FP**, Jurkovich GJ, Maier RV, et al.  Management of the injured patient: identification of research topics for systematic review using the delphi technique.  *J Trauma.*  2003 Mar;54(3):595-601

263.  **Rivara FP**, Cummings P, Mock C.  Injuries and death of children in rollover motor vehicle crashes in the United States.  *Inj Prev.*  2003 Mar;9(1):76-80

264.  Koepsell TD, **Rivara FP**, Grossman DC, Mock C.  Bias in estimates of seat belt effectiveness.  *Inj Prev.*  2003 Mar;9(1):91-2

265.  Johnston BD, **Rivara FP**.  Injury control: new challenges.  Pediatr Rev.  2003 April;24(4):111-118

266.  Ebel BE, Koepsell TD, Bennett EE, **Rivara FP**.  Too small for a seat belt: predictors of booster seat use by child passengers.  *Pediatrics.*  2003 Apr;111(4 Pt 1):e323-7

267.  Ransom GH, Mann FA, Vavilala MS, Haruff R, **Rivara FP**.  Cerebral infarct in head injury: relationship to child abuse.  *Child Abuse negl.*  2003 Apr;27(4):381-92

268.  Cummings P, **Rivara FP**.  Reporting statistical information in medical journal articles.  *Arch Pediatr Adolesc Med.*  2003 Apr;157(4):321-4

269.  Dunn CW, Zatzick DF, Russo JE, **Rivara FP**, et al.  Hazardous drinking by trauma patients during the year after injury.  *J of Trauma.*  2003 Apr;54(4):707-712.

270.  Burns SP, **Rivara FP**, Johansen JM, Thompson DC.  Rehabilitation of traumatic injuries: use of the delphi method to identify topics for evidence-based review.  *Am J Phys Med Rehabil.*  2003 May;82(5):410-4

271.  Blackmore CC, Jurkovich GJ, Linnau KF, Cummings P, Hoffer EK, **Rivara FP**.  Assessment of volume of hemorrhage and outcome from pelvic fracture.  *Arch Surg.*  2003 May;138(5):504-9

272.  Silverstein M, Grossman DC, Koepsell TD, **Rivara FP**.  Pediatricians' reported practices regarding early education and Head Start referral.  *Pediatrics.*  2003 Jun;111(6):1351-57

Frederick P. Rivara, M.D., M.P.H.                                             24

273.   Kernic MA, Holt VL, Stoner JA, Wolf ME, **Rivara FP**.  Resolution of depression among victims of intimate partner violence: is cessation of violence enough?  *Violence and Victims*.  2003 Apr;18(2):115-129

274.   Bombaro KM, Engrav LH, Carrougher GJ, Heimbach DM, **Rivara FP**, et al.  What is the prevalence of hypertrophic scarring following burns?  *Burns*.  2003 Jun;29(4):299-302

275.   **Rivara FP**.  Introduction: the scientific basis for injury control.  *Epidemiol Rev*.  2003; 25:20-23.

276.   Segui-Gomez M, Chang DC, Jurkovich GJ, **Rivara FP**, et al.  Pediatric trauma care: an overview of pediatric trauma systems and their practices in 18 US states.  *J Pediatr Surg*.  2003 Aug; 38(8):1162-1169.

277.   Christakis DA, Garrison MM, Ebel BE, Wiehe SE, **Rivara FP**.  Pediatric smoking prevention interventions delivered by care providers: A systematic review.  *Am J Prev Med*.  2003 Nov;25(4): 358-362.

278.   Garrison MM, Christakis DA, Ebel BE, Wiehe SE, **Rivara FP**.  Smoking cessation interventions for adolescents: A systematic review.  *Am J Prev Med*.  2003 Nov;25(4):363-367.

279.   Kernic MA, Wolf ME, Holt VL, McKnight B, Huebner CE, **Rivara FP**.  Behavioral problems among children whose mothers are abused by an intimate partner.  *Child Abuse and Neglect*. 2003 Oct; 27:1231-1246.

280.   Bonauto DK, Keifer M, **Rivara FP**, Alexander BH.  A community-based telephone survey of work and injuries in teenage agricultural workers.  *J Agric Saf Health*.  2003 Nov;9(4): 303-17.

281.   Nurius PS, Macy RJ, Bhuyan R, Holt VL, Kernic MA, **Rivara FP**.  Contextualizing depression and physical functioning in battered women: adding vulnerability and resources to the analysis.  *J of Interpers Violence. 2003* Dec; 18(12): 1411-31.

282.   Vavilala MMS, Bowen A, Lam AM, Uffman JC, Powell J, Winn HR, **Rivara FP**.  Blood pressure and outcome after severe pediatric traumatic brain injury.  *J Trauma*.  2003 Dec; 55(6): 1039-44.

283.   Cummings P, **Rivara FP**.  Car occupant death according to restraint use of other occupants: a matched cohort study.  *JAMA*.  2004 Jan; 291(3): 343-349.

284.   Hanson BP, Cummings P, **Rivara FP**, John MT.  The association of third molars with mandibular angle fractures: a meta-analysis.  *J Can Dent Assoc*.  2004 Jan;70(1): 39-43.

285.   Nathens AB, Jurkovich GJ, MacKenzie EJ, **Rivara FP**, Fischer RP.  A resource-based assessment of trauma care in the United States.  *J Trauma*.  2004 Jan;56(1): 173-8.

286.   Dunn C, Droesch RM, Johnston BD, **Rivara FP**.  Motivational interviewing with injured adolescents in the emergency department: in-session predictors of change.  *Beh and Cognitive Psychotherapy*.  2004 March; 32(1): 113-116.

Frederick P. Rivara, M.D., M.P.H.                                                    25

287.   Donovan DM, Dunn CW, **Rivara FP**, Jurkovich GJ, Ries RR, Gentilello LM. Comparison of trauma center patient self-reports and proxy reports on the alcohol use identification test (AUDIT). *J Trauma*. 2004 April; 56(4): 873-82.

288.   **Rivara FP**, Mack CD. Motor vehicle crash deaths related to police pursuits in the United States. *Inj Prev*. 2004 Apr; 10(2):93-5.

289.   Crandall ML, Nathens AB, Kernic MA, Holt VL, **Rivara FP**. Predicting future injury among women in abusive relationships. *J Trauma*. 2004 Apr; 56(4):906-12.

290.   **Rivara, FP**, Ebel, BE, Garrison, MM, Christakis, DA, Wiehe, SE, Levy, DT. Prevention of Smoking-Related Deaths in the United States. *Am J Prev Med*. 2004 Apr; 27(2):118-125.

291.   Zatzick D, Roy-Byrne P, Russo J, **Rivara FP**, Droesch R, Wagner A, Dunn C, Jurkovich G, Uehara E, Katon W. A randomized effectiveness trial of stepped collaborative care for acutely injured trauma survivors. *Arch Gen Psychiatry*. 2004 May; 61(5): 498-506.

292.   Jurkovich GJ, **Rivara FP**, Johansen JM, Maier RV. Centers for Disease Control and Prevention injury research agenda: identification of acute care research topics of interest to the Centers for Disease Control and Prevention—National Center for Injury Prevention and Control. *J Trauma*. 2004 May; 56(5): 1166-70.

293.   Mock C, Quansah R, Krishnan R, Arreola-Risa C, **Rivara FP**. Strengthening the prevention and care of injuries worldwide. *Lancet*. 2004 Jun 26;363(9427):2172-9.

294.   Crandall ML, Nathens AB, **Rivara FP**. Injury patterns among female trauma patients: recognizing intentional injury. *J Trauma*. 2004 Jul;57(1):42-5.

295.   **Rivara FP**, Garrison MM, Ebel B, McCarty CA, Christakis DA. Mortality Attributable to Harmful Drinking in the United States, 2000. *J of Studies on Alcohol*. 2004 Jul: 65(4): 530-536.

296.   Acierno S, Kaufman R, **Rivara FP**, Grossman DC, Mock C. Vehicle mismatch: injury patterns and severity. *Accid Anal Prev*. 2004 Sep;36(5):761-72.

297.   Zatzick DF, Jurkovich G, Russo J, Roy-Byrne P, Katon W, Wagner A, Dunn C, Uehara E, Wisner D, **Rivara FP**. Posttraumatic distress, alcohol disorders and recurrent trauma across level I trauma centers. *J Trauma*. 2004 Aug;57(2):360-366.

298.   McCarty CA, Ebel BE, Garrison MM, DiGiuseppe DL, Christakis, **Rivara FP**. Continuity of Binge and Harmful Drinking From Late Adolescence to Early Adulthood. *Pediatrics*. 2004 Sept: 114(3): 714-719.

299.   Ebel BE, Mack C, Diehr P, **Rivara FP**. Lost working days, productivity, and restraint use among occupants of motor vehicles that crashed in the United States. *Inj Prev*. 2004 Oct;10: 314-319.

300.   Christakis DA, Ebel BE, **Rivara FP**, Zimmerman FJ. Television, video, and computer game usage in children under 11 years of age. *J Pediatr*. 2004; 145:652-6.

Frederick P. Rivara, M.D., M.P.H.                                                                26

301.   Karr CJ, **Rivara FP**, Cummings P.  Severe injury among Hispanic and non-Hispanic white children in Washington State.  *Public Health Reports.* 2005; 120:19-24.

302.   Cummings P, **Rivara FP**, Thompson RS, Reid RJ.  Ability of parents to recall the injuries of their young children.  *Inj. Prev.* 2005; 11:43-47.

303.   Rosengart M, Cummings P, Nathens A, Heagerty P, Maier R, **Rivara FP**.  An evaluation of state firearm regulations and homicide and suicide death rates. *Inj Prev* 2005 Apr;11(2):77-83.

304.   **Rivara FP**.   Modification of the home environment for the reduction of injuries. *Arch Pediatr Adolesc Med.* 2004 June; 158 (6):513.

305.   Cummings P, **Rivara FP**, Keopsell TD.  Writing informative abstracts for journal articles.  *Arch Pediatr Adolesc Med.*  2004 Nov;158(11):1086-8.

306.   Zatzick DF, Russo J, Pitman RK, **Rivara FP**, Jurkovich G, Roy-Byrne P. Reevaluating the association between emergency department heart rate and the development of posttraumatic stress disorder: A public health approach.  *Biol Psychiatry.* 2005 Jan 1; 57(1):91-5.

307.   Zatzick D, Russo J, **Rivara FP**, Roy-Byrne P, Jurkovich G, Katon W.  The detection and treatment of posttraumatic distress and substance intoxication in the acute care inpatient setting.  *Gen Hosp Psychiatry.*  2005 Jan-Feb;27(1):57-62.

308.   Wiehe SE, Garrison MM, Christakis DA, Ebel BE, **Rivara FP**.  A systematic review of school-based smoking prevention trials with long term follow-up.  *J Adolesc Health.*  2005 Mar;36(3):162-9.

309.   Carroll AE, Zimmerman FJ, **Rivara FP**, Ebel BE, Christakis DA.  Perceptions about computers and the internet in pediatric clinic population.  *Ambul Pediatr.* 2005 Mar-Apr;5(2):122-6.

310.   Gentilello LM, Ebel BE, Wickizer TM, Salkever DS, **Rivara FP**.  Alcohol interventions for trauma patients treated in emergency departments and hospitals: a cost benefit analysis.  *Ann Surg.* 2005 Apr;241(4)541-50.

311.   Sidman EA, Grossman DC, Koepsell TD, D'Ambrosio L, Britt J, Simpson EV, **Rivara FP**, Bergman AB. Evaluation of a Community-Based Handgun Safe-Storage Campaign. Pediatrics. 2005 June;115(6);e654-661.

312.   Cohen AL, **Rivara FP**, Davis R, Christakis DA. Compliance with guidelines for the medical care of first urinary tract infections in infants: a population-based study. Pediatrics. 2005 Jun;115(6):1474-8.

313.   Fishman PA, Ebel BE, Garrison MM, Christakis DA, Wiehe SE, **Rivara FP**. Cigarette tax increase and media campaign cost of reducing smoking-related deaths. Am J Prev Med. 2005 Jul;29(1):19-26.

314.   Robertson AS, **Rivara FP**, Ebel BE, Lymp JF, Christakis DA.  Validation of parent self reported home safety practices.  Inj. Prev. 2005;11:209-212.

Frederick P. Rivara, M.D., M.P.H.                                                          27

315. Sabin JA, Zatzick D, **Rivara FP**.  A role for school health personnel in supporting children and families following childhood injury.  J School Health 2005; 75: 141-144.

316. Glew G, Fan J, Katon W, **Rivara FP**, Kernic M.  Bullying, psychosocial adjustment, and academic performance in elementary school.  Arch Pediatr Adol Med 2005; 159:1026-31.

317. Robertson A, **Rivara FP**, Ebel  BE, Lymp JF, Christakis DA.  Validation of parent self reported home safety practices.  Injury Prevention 2005; 11:209-212.

318. Cohen AL, **Rivara FP**, Marcuse EK, McPhillips H, Davis R.  Are language barriers associated with serious medical events in hospitalized pediatric patients? Pediatrics. 2005 Sep;116(3):575-9.

319. Carroll AE, **Rivara FP**, Ebel B, Zimmerman FJ, Christakis DA.  Household computer and Internet access: The digital divide in a  pediatric clinic  population. AMIA Annu Symp Proc. 2005;:111-5.

320. **Rivara FP**.  Injury prevention and poverty. *Inj Prev.* 2005 Dec;11(6):384.

321. Rauh MJ, Koepsell TD, **Rivara FP**, Margherita AJ, Rice SG. Epidemiology of musculoskeletal injuries among high school cross country runners, Am J Epidemiol, 2006;163:151-159.

322. MacKenzie EJ, **Rivara FP**, Jurkovich GJ, Nathens AB, Frey KP, Egleston BL, Salkever DS, Scharfstein DO. A national evaluation of the effect of trauma-center care on mortality. N Engl J Med. 2006 Jan 26;354(4):366-78.

323. Greves HM, **Rivara FP**. Report card on school snack food policies among the United States' largest school districts in 2004-2005: Room for improvement. Int J Behav Nutr Phys Act. 2006 Jan 3;3(1):1

324. Sabin JA, Zatzick D, Jurkovich G, **Rivara FP**.  Primary care utilization and detection of emotional distress after adolescent traumatic injury: identifying an unmet need.  Pediatrics. 2006 Jan;117(1):130-8.

325. Hollingworth W, Ebel BE, McCarty C, Garrison M, Christakis DA, **Rivara FP**. Prevention of deaths from harmful drinking in the United States: the potential effects of tax increases and advertising bans on young drinkers.  J Stud Alcohol. 2006 Mar;67(2):300-8.

326. **Rivara FP**, Mock C.  The 1,000,000 lives campaign.  Inj Prev. 2005 Dec;11(6):321-3.

327. Cummings P, **Rivara FP**, Thompson DC, Thompson RS.  Misconceptions regarding case-control studies of bicycle helmets and head injury.  Accid Anal Prev. 2006 Jan 14;

328. Scott JR, Gibran NS, Engrav LH, Mack CD, **Rivara FP**.  Incidence and characteristics of hospitalized patients with pressure ulcers: State of Washington, 1987 to 2000.  Plast Reconstr Surg. 2006 Feb;117(2):630-4.

329. Wright JL, Nathens AB, **Rivara FP**, Wessells H.  Renal and extrarenal predictors of nephrectomy from the national trauma data bank.  J Urol. 2006 Mar;175(3):970-5.

Frederick P. Rivara, M.D., M.P.H.                                                          28

330.   Utter GH, Maier RV, **Rivara FP**, Mock CN, Jurkovich GJ, Nathens AB. Inclusive trauma systems: do they improve triage or outcomes of the severely injured?  J Trauma.  2006;60:529-537.

331.   Kuan JK, Wright JL, Nathens AB, **Rivara FP**, Wessells H.  American Association for the Surgery of Trauma Organ Injury Scale for Kidney Injuries Predicts Nephrectomy, Dialysis, and Death in Patients with Blunt Injury and Nephrectomy for Penetrating Injuries.  J Trauma. 2006 Feb;60(2):351-356.

332.   Bonomi AE, Thompson RS, Anderson M, **Rivara FP**, Holt VL, Carrell D, Martin DP.  Ascertainment of intimate partner violence using two abuse measurement frameworks.  Inj Prev.  2006;12;121-124.

335.   Hagel B, Macpherson A, **Rivara FP**, Pless B.  Arguments against helmet legislation are flawed. *BMJ.* 2006 Mar 25;332(7543):725-6.

336.    Nathens AB, Maier RV, Jurkovich GJ, Monary D, **Rivara FP**, Mackenzie EJ. The delivery of critical care services in US trauma centers: is the standard being met? J Trauma. 2006 Apr;60(4):773-83; discussion 783-4.

337.   Ebel BE, Coronado GD, Thompson B, Martinez T, Fitzgerald K, Vaca F, **Rivara FP**.  Child passenger safety behaviors in Latino communities. J Health Care Poor Underserved. 2006 May;17(2):358-73.

338.   Zatzick D, Russo J, Grossman DC, Jurkovich G, Sabin J, Berliner L, **Rivara FP**. Posttraumatic stress and depressive symptoms, alcohol use, and recurrent traumatic life events in a representative sample of hospitalized injured adolescents and their parents. *J Pediatr Psychol.* 2006 May;31(4):377-87.

339.   Bonomi AE, Thompson RS, Anderson M, Reid RJ, Carrell D, Dimer JA, **Rivara FP**.  Intimate partner violence and women's physical, mental, and social functioning. Am J Prev Med. 2006 Jun;30(6):458-66.

340.   Thompson RS, Bonomi AE, Anderson M, Reid RJ, Dimer JA, Carrell D, **Rivara FP**.  Intimate partner violence: prevalence, types, and chronicity in adult women. Am J Prev Med. 2006 Jun;30(6):447-57.

341.   Cummings P, **Rivara FP**, Olson CM, Smith KM.  Changes in traffic crash mortality rates attributed to use of alcohol, or lack of a seat belt, air bag, motorcycle helmet, or bicycle helmet, United States, 1982-2001.  Inj Prev. 2006 Jun;12(3):148-54

342.   Olson CM, Cummings P, **Rivara FP**.  Association of First- and Second-Generation Air Bags with Front Occupant Death in Car Crashes: A Matched Cohort Study.  Am J Epidemiol. 2006 Jul 15;164(2):161-9.

343.   Roudsari B, Nathens A, Koepsell T, Mock C, **Rivara FP**. Analysis of clustered data in multicentre trauma studies. Injury. 2006 Jul;37(7):614-21.

344.   Christakis DA, **Rivara FP**.  Publication ethics: editors' perspectives.   Pediatr. 2006 Jul;149(1 Suppl):S39-42.

345.   Blackmore CC, Cummings P, Jurkovich GJ, Linnau KF, Hoffer EK, **Rivara FP**.  Predicting Major Hemorrhage in Patients with Pelvic Fracture. J Trauma. 2006 Aug;61(2):346-352

Frederick P. Rivara, M.D., M.P.H.                                                                    29

346.   Bauer NS, Herrenkohl TI, Lozano P, **Rivara FP**, Hill KG, Hawkins JD. Childhood bullying involvement and exposure to intimate partner violence. Pediatrics. 2006 Aug;118(2):e235-42.

347.   Bulger EM, Nathens AB, **Rivara FP**, MacKenzie E, Sabath DR, Jurkovich GJ. National Variability in Out-of-Hospital Treatment After Traumatic Injury. Ann Emerg Med. 2006 Sep 13;

348.   Christakis DA, Zimmerman FJ, **Rivara FP**, Ebel B.  Improving pediatric prevention via the internet: a randomized, controlled trial. Pediatrics. 2006 Sep;118(3):1157-66.

349.   **Rivara FP**, Nathens, AB, Jurkovich GJ, Maier RV.  Do trauma centers have the capacity to respond to disasters? J Trauma. 2006 Oct;61(4):949-53.

350.   Zatzick DF, Grossman DC, Russo J, Pynoos R, Berliner L, Jurkovich G, Sabin JA, Katon W, Ghesquiere A, McCauley E, **Rivara FP**.  Predicting posttraumatic stress symptoms longitudinally in a representative sample of hospitalized injured adolescents. J Am Acad Child Adolesc Psychiatry. 2006 Oct;45(10):1188-95.

351.   Utter GH, Maier RV, **Rivara FP**, Nathens AB.  Outcomes after ruptured abdominal aortic aneurysms: the "halo effect" of trauma center designation. J Am Coll Surg. 2006 Oct;203(4):498-505.

352.   Nathens AB, **Rivara FP**, MacKenzie EJ, Maier RV, Wang J, Egleston B, Scharfstein DO, Jurkovich GJ.  The impact of an intensivist-model ICU on trauma-related mortality. Ann Sur. 2006 Oct;244(4):545-54.

353.   Wright, JL, Nathens AB, **Rivara FP**, MacKenzie EJ, Wessels H.  Specific fracture configurations predict sexual and excretory dysfunction in men and women on year after pelvic fracture.  J Urol. 2006 Oct;176(4 Pt. 1):1540-5.

354.   Nathens AB, **Rivara FP**, Mack CD, Rubenfeld GD, Wang J, Jurkovich GJ.  Variations in rates of tracheostomy in the critically ill trauma patient. Crit Care Me. 2006 Dec;34(12):2919-24.

355.   Zatzick DF, Grossman DC, Russo J, Pynoos R, Berliner L, Jurkovich G, Sabin JA, Katon W, Ghesquiere A, McCauley E, **Rivara FP**.  Predicting posttraumatic stress symptoms longitudinally in a representative sample of hospitalized injured adolescents. J Am Acad Child Adolesc Psychiatry. 2006 Oct;45(10):1188-95.

356.   **Rivara FP**, Anderson ML, Fishman P, Bonomi AE, Reid RJ, Carrell D, Thompson RS.  Healthcare utilization and costs for women with a history of intimate partner violence. Am J Prev Med. 2007 Feb;32(2):89-96

357.   Brooks MA, Schiff MA, Koepsell TD, **Rivara FP**.  Prevalence of Preseason Conditioning among High School Athletes in Two Spring Sports.Med Sci Sports Exerc. 2007 Feb;39(2):241-7.

358.   Bauer NS, Lozano P, **Rivara FP**.  The effectiveness of the Olweus Bullying Prevention Program in public middle schools: a controlled trial.  J Adolesc Health. 2007 Mar;40(3):266-74.

359.   Bonomi AE, Anderson ML, Reid RJ, Carrell D, Fishman PA, **Rivara FP**, Thompson RS. Intimate partner violence in older women. Gerontologist. 2007 Feb;47(1):34-41.

Frederick P. Rivara, M.D., M.P.H.                                                    30

360.  Zatzick DF, **Rivara FP**, Nathens AB, Jurkovich GJ, Wang J, Fan MY, Russo J, Salkever DS, Mackenzie EJ.  A nationwide US study of post-traumatic stress after hospitalization for physical injury.  Psychol Med. 2007 Jun 11;:1-12

361.  **Rivara FP**, Relyea-Chew A, Wang J, Riley S, Boisvert D, Gomez T.   Drinking behaviors in young adults: the potential role of designated driver and safe ride home programs. Inj Prev. 2007 Jun;13(3):168-72.

362.  Roudsari BS, Nathens AB, Arreola-Risa C, Cameron P, Civil I, Grigoriou G, Gruen RL, Koepsell TD, Lecky FE, Lefering RL, Liberman M, Mock CN, Oestern HJ, Petridou E, Schildhauer TA, Waydhas C, Zargar M, **Rivara FP**.  Emergency Medical Service (EMS) systems in developed and developing countries. Injury. 2007 Jun 19;

363.  Roudsari BS, Nathens AB, Cameron P, Civil I, Gruen RL, Koepsell TD, Lecky FE, Lefering RL, Liberman M, Mock CN, Oestern HJ, Schildhauer TA, Waydhas C, **Rivara  FP**.   International comparison of prehospital trauma care systems. Injury. 2007 Jul 17;

364.  **Rivara FP**, Cummings P, Ringold S, Bergman AB, Joffe A, Christakis DA.  A comparison of reviewers selected by editors and reviewers suggested by authors.  J Pediatr. 2007 Aug;151(2):202-5.

365.  **Rivara FP**, Anderson ML, Fishman P, Bonomi AE, Reid RJ, Carrell D, Thompson RS. Intimate partner violence and health care costs and utilization for children living in the home. Pediatrics. 2007 Dec;120(6):1270-7.

366.  Bonomi AE, Anderson ML, **Rivara FP**, Thompson RS. Health outcomes in women with physical and sexual intimate partner violence exposure. J Womens Health (Larchmt). 2007 Sep;16(7):987-97.

367.  Zatzick DF, Russo J, Rajotte E, Uehara E, Roy-Byrne P, Ghesquiere A, Jurkovich G, **Rivara FP**. Strengthening the patient-provider relationship in the aftermath of physical trauma through an understanding of the nature and severity of posttraumatic concerns.Psychiatry. 2007 Fall;70(3):260-73.

368.  **Rivara FP**, Oldham KT, Jurkovich GJ, Guice KS, Mackenzie EJ.  Towards improving the outcomes of injured children. J Trauma. 2007 Dec;63(6 Suppl):S155-6.

369.  **Rivara FP**, Oldham KT.  Pediatric trauma care: defining a research agenda. J Trauma. 2007 Dec;63(6 Suppl):S52-3.

370.  Mackenzie EJ, **Rivara FP**, Jurkovich GJ, Nathens AB, Frey KP, Egleston BL, Salkever DS, Weir S, Scharfstein DO.  The national study on costs and outcomes of trauma. J Trauma. 2007 Dec;63(6 Suppl):S54-67; discussion S81-6.

371.  Rauh MJ, Kepsell TD, **Rivara FP**, Rice SG, Margherita AJ. Quadriceps Angle and risk of Injury Among High School Cross-Country Runners. J Orthopaedic and Sports Physical Therapy. 2007 Dec; 37(12): 725-33.

372.  Glew GM, Fan MY, Katon W, **Rivara FP**. Bullying and school safety. J Pediatr. 2008 Jan;152(1):123-8.

373.  Mackenzie EJ, **Rivara FP**, Jurkovich GJ, Nathens AB, Egleston BL, Salkever DS, Frey KP, Scharfstein DO. The impact of trauma-center care on functional

Frederick P. Rivara, M.D., M.P.H.                                                31

outcomes following major lower-limb trauma. J Bone Joint Surg Am. 2008 Jan;90(1):101-9.

374.   Thompson HJ, **Rivara FP**, Jurkovich GJ, Wang J, Nathens AB, Mackenzie EJ. Evaluation of the effect of intensity of care on mortality after traumatic brain injury. Crit Care Med. 2008 Jan;36(1):282-90.

375.   Nathens AB, **Rivara FP**, Wang J, Mackenzie EJ, Jurkovich GJ. Variation in the rates of do not resuscitate orders after major trauma and the impact of intensive care unit environment. J Trauma. 2008 Jan;64(1):81-8; discussion 88-91.

376.   Bonomi AE, Anderson ML, **Rivara FP**, Cannon EA, Fishman PA, Carrell D, Reid RJ, Thompson RS. Health Care Utilization and Costs Associated with Childhood Abuse. J Gen Intern Med. 2008 Jan 19.

377.   Duterte EE, Bonomi AE, Kernic MA, Schiff MA, Thompson RS, **Rivara FP**. Correlates of Medical and Legal Help Seeking among Women Reporting Intimate Partner Violence. J Womens Health (Larchmt). 2008 Jan-Feb;17(1):85-95.

378.   Mueller BA, Cummings P, **Rivara FP**, Brooks MA, Terasaki RD. Injuries of the Head, Face, and Neck in Relation to Ski Helmet Use. Epidemiology. 2008 Mar;19(2):270-276.

379.   **Rivara FP**, Mackenzie EJ, Jurkovich GJ, Nathens AB, Wang J, Scharfstein DO. Prevalence of pain in patients 1 year after major trauma. Arch Surg. 2008 Mar;143(3):282-7; discussion 288.

380.   Kramer CB, Gibran NS, Heimbach DM, **Rivara FP**, Klein MB.Assault and substance abuse characterize burn injuries in homeless patients. J Burn Care Res. 2008 May-Jun;29(3):461-7.

381.   Klein MB, Mack CD, Kramer CB, Heimbach DM, Gibran NS, **Rivara FP**. Influence of injury characteristics and payer status on burn treatment location in Washington state  J Burn Care Res. 2008 May-Jun;29(3):435-40

382.   Samant UB 4th, Mack CD, Koepsell T, **Rivara FP**, Vavilala MS.Time of hypotension and discharge outcome in children with severe traumatic brain injury. J Neurotrauma. 2008 May;25(5):495-502

383.   **Rivara FP**. Evaluating the effect of an injury prevention intervention in a population. Am J Prev Med. 2008 Apr;34(4 Suppl):S148-52

384.   Reid RJ, Bonomi AE, **Rivara FP**, Anderson ML, Fishman PA, Carrell DS, Thompson RS. Intimate partner violence among men prevalence, chronicity, and health effects. Am J Prev Med. 2008 Jun;34(6):478-85.

385.   King MA, Garrison MM, Vavilala MS, Zimmerman JJ, **Rivara FP**. Complications associated with arterial catheterization in children.  Pediatr Crit Care Med. 2008 May 19

386.   Klein MB, Hollingworth W, **Rivara FP**, Kramer CB, Askay SW, Heimbach DM, Gibran NS. Hospital Costs Associated With Pediatric Burn Injury. J Burn Care Res. 2008 Jun 3

Frederick P. Rivara, M.D., M.P.H.                                                        32

387. **Rivara FP**, Koepsell TD, Wang J, Nathens A, Jurkovich GA, Mackenzie EJ. Outcomes of trauma patients after transfer to a level I trauma center. J Trauma. 2008 Jun;64(6):1594-9

388. Rauh MJ, Koepsell TD, **Rivara FP**, Rice SG, Margherita AJ. Quadriceps angle and risk of injury among high school cross-country runners. J Orthop Sports Phys Ther. 2007 Dec;37(12):725-33

389. Sabin JA, **Rivara FP**, Greenwald AG. Physician Implicit Attitudes and Stereotypes About Race and Quality of Medical Care. Med Care. 2008 Jul;46(7):678-685

390. Bonomi AE, Cannon EA, Anderson ML, **Rivara FP**, Thompson RS. Association between self-reported health and physical and/or sexual abuse experienced before age 18.  Child Abuse Negl. 2008 Jul;32(7):693-701.

391. Zatzick DF, Jurkovich GJ, Fan MY, Grossman D, Russo J, Katon W, **Rivara FP**. Association between posttraumatic stress and depressive symptoms and functional outcomes in adolescents followed up longitudinally after injury hospitalization. Arch Pediatr Adolesc Med. 2008 Jul;162(7):642-8.

392. Dunn C, **Rivara FP**, Donovan D, Fan MY, Russo J, Jurkovich G, Zatzick D. Predicting Adolescent Alcohol Drinking Patterns After Major Injury.  J Trauma. 2008 Sep;65(3):736-740.

393. Terrell F, Zatzick DF, Jurkovich GJ, **Rivara FP**, Donovan DM, Dunn CW, Schermer C, Meredith JW, Gentilello LM.  Nationwide survey of alcohol screening and brief intervention practices at US Level I trauma centers. J Am Coll Surg. 2008 Nov;207(5):630-8.

394. Imahara SD, Hopper RA, Wang J, **Rivara FP**, Klein MB. Patterns and outcomes of pediatric facial fractures in the United States: a survey of the National Trauma Data Bank. J Am Coll Surg. 2008 Nov;207(5):710-6.

395. Ghesquiere A, Fan MY, Berliner L, **Rivara FP**, Jurkovich GJ, Russo J, Katon W, Zatzick DF. Adolescents' and parents' agreement on posttraumatic stress disorder symptoms and functioning after adolescent injury. J Trauma Stress. 2008 Oct;21(5):487-91.

396. Endorf FW, Klein MB, Mack CD, Jurkovich GJ, **Rivara FP**. Necrotizing soft-tissue infections: differences in patients treated at burn centers and non-burn centers.  J Burn Care Res. 2008 Nov-Dec;29(6):933-8.

397. Sorensen MD, Wessells H, **Rivara FP**, Zonies DH, Jurkovich GJ, Wang J, Mackenzie EJ. Prevalence and predictors of sexual dysfunction 12 months after major trauma: a national study. J Trauma. 2008 Nov;65(5):1045-52

398. Pham TN, Kramer CB, Wang J, **Rivara FP**, Heimbach DM, Gibran NS, Klein MB. Epidemiology and Outcomes of Older Adults With Burn Injury: An Analysis of the National Burn Repository.  J Burn Care Res. 2009; 30:30-36

399. Rue T, Thompson HJ, **Rivara FP**, MacKenzie EJ, Jurkovich GJ.  Managing the common problem of missing data in trauma studies.  J Nursing scholarship 2008; 40: 373-8

Frederick P. Rivara, M.D., M.P.H.                                                    33

400. Chaiwat O, Lang JD, Vavilala MS, Wang J, MacKenzie EJ, Jurkovich GJ, **Rivara FP**. Early packed red blood cell transfusion and acute respiratory distress syndrome after trauma.  Anesthesiology. 2009 Feb;110(2):351-60

401. Lundgren RS, Kramer CB, **Rivara FP**, Wang J, Heimbach DM, Gibran NS, Klein MB. Influence of Comorbidities and Age on Outcome Following Burn Injury in Older Adults. J Burn Care Res. 2009 March/April;30(2):307-314.

402. Brooks MA, Schiff MA, **Rivara FP**. Identifying Previous Sports Injury Among High School Athletes.  Clin Pediatr (Phila). 2009 Jan 26. [Epub ahead of print]

403. Haas B, Jurkovich GJ, Wang J, **Rivara FP**, Mackenzie EJ, Nathens AB.  Survival advantage in trauma centers: expeditious intervention or experience?  J Am Coll Surg. 2009 Jan;208(1):28-36.

404. Barr RG, **Rivara FP**, Barr M, Cummings P, Taylor J, Lengua LJ, Meredith-Benitez E. Effectiveness of educational materials designed to change knowledge and behaviors regarding crying and shaken-baby syndrome in mothers of newborns: a randomized, controlled trial. Pediatrics. 2009 Mar;123(3):972-8

405. Sorensen MD, Krieger JN, **Rivara FP**, Broghammer JA, Klein MB, Mack CD, Wessells H. Fournier's Gangrene: population based epidemiology and outcomes. J Urol. 2009 May;181(5):2120-6.

406. Ringold S, Wallace CA, **Rivara FP**.  Health-related quality of life, physical function, fatigue, and disease activity in children with established polyarticular juvenile idiopathic arthritis.  J Rheumatol 2009; May 1.

407. Cooper Z, **Rivara FP**, Wang J, MacKenzie EJ, Jurkovich GJ. Withdrawal of life-sustaining therapy in injured patients: variations between trauma centers and nontrauma centers. J Trauma. 2009 May;66(5):1327-35.

408. Shandro JR, **Rivara FP**, Wang J, Jurkovich GJ, Nathens AB, MacKenzie EJ. Alcohol and risk of mortality in patients with traumatic brain injury. J Trauma. 2009;66(6):1584-90.

409. Sabin J, Nosek BA, Greenwald A, **Rivara FP**. Physicians' implicit and explicit attitudes about race by MD race, ethnicity, and gender. J Health Care Poor Underserved. 2009 Aug;20(3):896-913

410. Cannon EA, Bonomi AE, Anderson ML, **Rivara FP**. The intergenerational transmission of witnessing intimate partner violence. Arch Pediatr Adolesc Med. 2009 Aug;163(8):706-8.

411. Bonomi AE, Anderson ML, **Rivara FP**, Thompson RS. Health care utilization and costs associated with physical and nonphysical-only intimate partner violence. Health Serv Res. 2009 Jun;44(3):1052-67.

412. Davydow DS, Zatzick DF, **Rivara FP**, Jurkovich GJ, Wang J, Roy-Byrne PP, Katon WJ, Hough CL, Kross EK, Fan MY, Joesch J, MacKenzie EJ. Predictors of posttraumatic stress disorder and return to usual major activity in traumatically injured intensive care unit survivors. Gen Hosp Psychiatry 2009;31:428-435.

413. Shafii T, **Rivara FP**, Wang J, Jurkovich GJ. Screening Adolescent Patients Admitted to the Trauma Service for High-Risk Behaviors: Who Is Responsible? J Trauma. 2009 Sep 22

Frederick P. Rivara, M.D., M.P.H.                                                    34

414.  Czaja AS, **Rivara FP**, Wang J, Koepsell T, Nathens AB, Jurkovich GJ, Mackenzie E. Late outcomes of trauma patients with infections during index hospitalization.  J Trauma. 2009 Oct;67(4):805-14.

415.  Bonomi AE, Anderson ML, Reid RJ, **Rivara FP**, Carrell D, Thompson RS. Medical and psychosocial diagnoses in women with a history of intimate partner violence. Arch Intern Med. 2009 Oct 12;169(18):1692-7

416.  Sorensen MD, Krieger JN, **Rivara FP**, Klein MB, Wessells H. Fournier's gangrene: management and mortality predictors in a population based study. J Urol. 2009 Dec;182(6):2742-7.

417.  **Rivara FP**, Anderson ML, Fishman P, Reid RJ, Bonomi AE, Carrell D, Thompson RS. Age, period, and cohort effects on intimate partner violence. Violence Vict. 2009;24(5):627-38

418.  Ang DN, **Rivara FP**, Nathens A, Jurkovich GJ, Maier RV, Wang J, MacKenzie EJ. Complication rates among trauma centers. J Am Coll Surg. 2009 Nov;209(5):595-602

419.  Klein MB, Kramer CB, Nelson J, **Rivara FP**, Gibran NS, Concannon T. Geographic access to burn center hospitals. JAMA. 2009 Oct 28;302(16):1774-81

420.  Naumann RB, Dellinger AM, Anderson ML, Bonomi AE, **Rivara FP**, Thompson RS. Preferred modes of travel among older adults: What factors affect the choice to walk instead of drive? Journal of Safety Research 2009; 40(5):395-398

421.  Raelson CA, Kanal KM, Vavilala MS, **Rivara FP**, Kim LJ, Stewart BK, Cohen WA. Radiation dose and excess risk of cancer in children undergoing neuroangiography. AJR Am J Roentgenol. 2009 Dec;193(6):1621-8. PubMed PMID: 19933657.

422.  Zatzick DF, Koepsell T, **Rivara FP**. Using target population specification,effect size, and reach to estimate and compare the population impact of two PTSD preventive interventions. Psychiatry. 2009 Winter;72(4):346-59. PubMed PMID:20070133.

423.  Jimenez N, Seidel K, Martin LD, **Rivara FP**, Lynn AM. Perioperative analgesic treatment in Latino and non-Latino pediatric patients. J Health Care Poor Underserved. 2010 Feb;21(1):229-36. PubMed PMID: 20173265

424.  Zonies D, Mack C, Kramer B, **Rivara FP**, Klein M. Verified centers, nonverified centers, or other facilities: a national analysis of burn patient treatment location. J Am Coll Surg. 2010 Mar;210(3):299-305. PubMed PMID: 20193892; PubMed Central PMCID: PMC2831802.

425.  Brooks MA, Evans MD, **Rivara FP**. Evaluation of skiing and snowboarding injuries sustained in terrain parks versus traditional slopes. Inj Prev. 2010 Apr;16(2):119-22. PubMed PMID: 20363819.

426.  Weir S, Salkever DS, **Rivara FP**, Jurkovich GJ, Nathens AB, Mackenzie EJ. One-year treatment costs of trauma care in the USA. Expert Rev Pharmacoecon Outcomes Res. 2010 Apr;10(2):187-97. PubMed PMID: 20384565.

Frederick P. Rivara, M.D., M.P.H.                                        35

427.  Fishman PA, Bonomi AE, Anderson ML, Reid RJ, **Rivara FP**. Changes in Health Care Costs over Time Following the Cessation of Intimate Partner Violence. J Gen Intern Med. 2010 Apr 23. PubMed PMID: 20414736.

428.  Engrav LH, Heimbach DM, **Rivara FP**, Moore ML, Wang J, Carrougher GJ, Costa B, Numhom S, Calderon J, Gibran NS. 12-Year within-wound study of the effectiveness of custom pressure garment therapy. Burns. 2010 Jun 28. PubMed PMID: 20537469.

429.  Stephens KA, Sue S, Roy-Byrne P, Unützer J, Wang J, **Rivara FP**, Jurkovich GJ, Zatzick DF. Ethnoracial variations in acute PTSD symptoms among hospitalized survivors of traumatic injury. J Trauma Stress. 2010 Jun;23(3):384-92. PubMed PMID: 20564368.

430.  Cannon EA, Bonomi AE, Anderson ML, **Rivara FP**, Thompson RS. Adult health and relationship outcomes among women with abuse experiences during childhood. Violence Vict. 2010;25(3):291-305. PubMed PMID: 20565002.

431.  MacKenzie EJ, Weir S, **Rivara FP,** Jurkovich GJ, Nathens AB, Wang W, Scharfstein DO, Salkever DS. The value of trauma center care. J Trauma. 2010 Jul;69(1):1-10. PubMed PMID: 20622572.

432.  Thompson HJ, **Rivara FP**, Nathens A, Wang J, Jurkovich GJ, Mackenzie EJ. Development and Validation of the Mortality Risk for Trauma Comorbidity Index. Ann Surg. 2010 Jul 8] PubMed PMID: 20622665.

433.  Kramer CB, **Rivara FP**, Klein MB. Variations in U.S. Pediatric Burn Injury Hospitalizations Using the National Burn Repository Data. J Burn Care Res. 2010 Jul 12. PubMed PMID: 20628307.

434.  Adams AL, Schiff MA, Koepsell TD, **Rivara FP**, et al.  Physician consultation, multidisciplinary care and 1-year mortality in Medicare recipients hospitalized with hip and lower extremity injuries.  JAGS 2010; 58:1835-1942

435.  Bennett TD, Klein MB, Sorensen MD, De Roos AJ, **Rivara FP**. Influence of birth hospital on outcomes of ductal-dependent cardiac lesions. Pediatrics. 2010 Dec;126(6):1156-64.

436.  Klein MB, Lezotte DC, Heltshe S, Fauerbach J, Holavanahalli RK, **Rivara FP**, Pham T, Engrav L. Functional and Psychosocial Outcomes of Older Adults After Burn Injury: Results From a Multicenter Database of Severe Burn Injury. J Burn Care Res. 2010 Nov 30.

437.  Zatzick DF, **Rivara FP**, Jurkovich GJ, Hoge CW, Wang J, Fan MY, Russo J, Trusz SG, Nathens A, Mackenzie EJ. Multisite investigation of traumatic brain injuries, posttraumatic stress disorder, and self-reported health and cognitive impairments. Arch Gen Psychiatry. 2010 Dec;67(12):1291-300

438.  Koepsell TD, Ztazick DF, **Rivara FP**.  Estimating the population impact of preventive interventions from randomized trials.  Am J Prev Med 2011l 40:191-8.

439.  **Rivara FP**, Koepsell TD, Wang J, Durbin D, Jaffe KM, Vavilala M, Dorsch A, Roper-Caldbeck M, Houseknecht E, Temkin N.  Comparison of telephone with world wide web based responses by parents and teens to a follow-up survey after injury.  Health Serv Res 2011; Jan 28

Frederick P. Rivara, M.D., M.P.H.                                                    36

440.  Hotaling JM, Sorensen MD, Smith TG 3rd, **Rivara FP**, Wessells H, Voelzke BB.Analysis of Diagnostic Angiography and Angioembolization in the Acute Management of Renal Trauma Using a National Data Set. J Urol. 2011 Feb 18. PubMed PMID: 21334643.

441.  Davidson GH, Hamlat CA, **Rivara FP**, Koepsell TD, Jurkovich GJ, Arbabi S. Long-term survival of adult trauma patients. JAMA. 2011 Mar 9;305(10):1001-7. PubMed PMID: 21386078.

442.  Zatzick D, **Rivara FP**, Jurkovich G, Russo J, Trusz SG, Wang J, Wagner A,Stephens K, Dunn C, Uehara E, Petrie M, Engel C, Davydow D, Katon W. Enhancing the population impact of collaborative care interventions: mixed method development and implementation of stepped care targeting posttraumatic stress disorder and related comorbidities after acute trauma. Gen Hosp Psychiatry. 2011 33(2):123-34 PMID: 21596205

443.  Kanal KM, Vavilala MS, Raelson C, Mohan A, Cohen W, Jarvik J, **Rivara FP**, Stewart BK. Variation in pediatric head CT imaging protocols in Washington state.J Am Coll Radiol. 2011 Apr;8(4):242-50. PubMed PMID: 21458762.

444.  Chrisman SP, Schiff MA, **Rivara FP**. Physician Concussion Knowledge and the Effect of Mailing the CDC's "Heads Up" Toolkit. Clin Pediatr (Phila). 2011 Jun 6.PubMed PMID: 21646251.

445.  Kim T, **Rivara FP**, Mozingo DW, Lottenberg L, Harris ZB, Casella G, Liu H,Moldawer LL, Efron PA, Ang DN. A regionalised strategy for improving motor vehicle-related highway driver deaths using a weighted averages method. Inj Prev.2011 Jun 16. PubMed PMID: 21685144.

446.  Zatzick DF, Jurkovich G, Wang J, **Rivara FP**. Variability in the Characteristics and Quality of Care for Injured Youth Treated at Trauma Centers. J Pediatr. 2011 July 22

447.  Koepsell TD, **Rivara FP**, Vavilala MS, et al. Incidence and descriptive epidemiology of traumatic brain injury.  Pediatrics 2011.

448.  **Rivara FP**, Koepsell TD, Wang JI et al.  Disability 3, 12 and 24 months after traumatic brain injury among children and adolescents.  Pediatrics 2011; 128:946-54128:1129-38.

449.  **Rivara FP**, Boisvert D, Relyea-Chew A, Gomez T.  Last Call: decreasing drunk driving among 21-34 year old bar patrons.  Int J Injury Contr Safe Promot 2011, August 4

450.  Friedrich JB, Poppler LH, Mack CD, **Rivara FP**, Levin LS, Klein MB. Epidemiology of upper extremity reimplantation surgery in the US. J hand Surg Am 2011; 36:1835-40.

451.  Schneider EB, Efron DT, MacKenzie EJ, **Rivara FP**, Nathens AB, Jurkovich GJ. Premorbid statin use is associated with improved survival and functional outcomes in older head-injured individuals.  J Trauma 2011; 71:815-9.

452.  Tham SW, Palermo TM, vavilala MS, Wang J, Jaffe KM, Koepsell TD, Dorsch A, Temkin N, Durbin D, **Rivara FP**.  The longitudinal course, risk factors and impact

Frederick P. Rivara, M.D., M.P.H.                                                      37

of sleep disturbances in children with traumatic brain injury.  J Neurotrauma 2012; 29:154-61.

453.   Blume HK, Vavilala MS, Jaffe KM, Koepsell TD,  Wang J, Temkin N, Durbin D, Dorsch A, **Rivara FP**.  Headache after pediatric traumatic brain injury: a cohort study.  Pediatrics 2012; 129:31-9.

454.   Hamlat CA, Arbabi S, Koepsell TD, Maier RV, Jurkovich GJ, **Rivara FP**.  National variation in outcomes and costs for splenic injury and the impact of trauma systems: a population-based cohort study.  Ann Surg 2012; 255:165-70.

455.   Hotaling JM, Wang J, Sorenson MD, **Rivara FP**, Gore JL, Jurkovich GJ, McClung CD, Wessells H, Voelzke BB.  A national study of trauma level designation and renal trauma outcome.  J Urol 2012; 187:536-41.

456.   Pollack KM, Kercher C, Frattaroli S, Peek-Asa C, Sleet D, **Rivara FP**.  Toward environments and policies that promote injury-free active living-it wouldn't hurt.  Health Place 2012; 18:106-14.

457.   **Rivara FP**, Ennis SK, Mangione-Smith R, MacKenzie EJ, Jaffe KM.  Quality of care indicators for the rehabilitation of children with traumatic brain injury.  Arch Phys Med Rehabil 2012 Jan 24.

458.   Zumsteg JM, Ennis, KM, Mangione-Smith R, MacKenzie EJ, **Rivara FP**.  Quality of care indicators for the structure and organization of inpatient rehabilitation care of children with TBI.  Arch Phys Med Rehabil 2012 Jan 24.

459.   Endorf FW, Garrison MM, Klein MB, Richardson A, **Rivara FP**.  Characteristics, therapies, and outcome of children with necrotizing soft tissue infections.  Pediatr Infect Diseases J 2012; 31:221-3.

460.   Jacobs MA, Hotaling JM, Mueller BA, Koyle M, **Rivara F**, Voelzke BB.  Conservative management vs early surgery for high grade pediatric renal trauma--do nephrectomy rates differ? J Urol. 2012 May;187(5):1817-22.

461.   Swanson JO, Vavilala MS, Wang J, Pruthi S, Fink J, Jaffe KM, Durbin D, Koepsell T, Temkin N, **Rivara FP**. Association of initial CT findings with quality-of-life outcomes for traumatic brain injury in children. Pediatr Radiol. 2012 Mar 21

462.   Thompson HJ, Weir S, **Rivara FP**, Wang J, Sullivan SD, Salkever D, Mackenzie EJ. Utilization and costs of health care after geriatric traumatic brain injury. J Neurotrauma. 2012 Jul 1;29(10):1864-71.

463.   **Rivara FP**, Ennis SK, Mangione-Smith R, Mackenzie EJ, Jaffe KM. Variation in Adherence to New Quality-of-Care Indicators for the Acute Rehabilitation of Children With Traumatic Brain Injury. Arch Phys Med Rehabil. 2012 Mar 21.

464.   Martin-Herz SP, **Rivara FP**, Wang J, Russo J, Zatzick DF. Predictors of parental posttraumatic stress disorder symptoms in the year after adolescent traumatic injury. Acad Pediatr. 2012 May;12(3):198-204.

465.   Nielsen K, Mock C, Joshipura M, Rubiano AM, Zakariah A, **Rivara F**. Assessment  of the status of prehospital care in 13 low- and middle-income countries. Prehosp Emerg Care. 2012 Jul-Sep;16(3):381-9

Frederick P. Rivara, M.D., M.P.H.                                                      38

466.   **Rivara FP**. Prevention of death and disability from injuries to children and adolescents. Int J Inj Contr Saf Promot. 2012 May 23

467.   Gage AM, Traven N, **Rivara FP**, Jurkovich GJ, Arbabi S. Compliance with Centers for Disease Control and Prevention field triage guidelines in an established trauma system. J Am Coll Surg. 2012 Jul;215(1):148-54

468.   Cooper Z, **Rivara FP**, Wang J, Mackenzie EJ, Jurkovich GJ. Racial Disparities in Intensity of Care at the End-of-Life: Are Trauma Patients the Same as the Rest? J Health Care Poor Underserved. 2012;23(2):857-74

469.   Naumann RB, Dellinger AM, Anderson ML, Bonomi AE, **Rivara FP**. Healthcare utilization and costs among older adult female drivers and former drivers. J Safety Res. 2012 Apr;43(2):141-4

470.   O'Connor SS, Zatzick DF, Wang J, Temkin N, Koepsell TD, Jaffe KM, Durbin D, Vavilala MS, Dorsch A, **Rivara FP**. Association between posttraumatic stress, depression, and functional impairments in adolescents 24 months after traumatic brain injury. J Trauma Stress. 2012 Jun;25(3):264-71

471.   Davidson GH, Maier RV, Arbabi S, Goldin AB, **Rivara FP**. Impact of operative intervention delay on pediatric trauma outcomes. J Trauma Acute Care Surg. 2012 Jul;73(1):162-7

472.   **Rivara FP**, Vavilala MS, Dennis DR, Temkin NR Ph D, Wang J, O'Connor S, Koepsell T, Dorsch A, Jaffe K. Persistence of disability 24 to 36 months after pediatric traumatic brain injury: a cohort study. J Neurotrauma. 2012 Jul 3

473.   Engrav LH, Heimbach DM, **Rivara FP**, Kerr KF, Osler T, Pham TN, Sharar SR, Esselman PC, Bulger EM, Carrougher GJ, Honari S, Gibran NS. Harborview burns - 1974 to 2009. PLoS One. 2012;7(7):e40086

474.   **Rivara FP**, Koepsell TD, Wang J, Temkin N, Dorsch A, Vavilala MS, Durbin D, Jaffe KM. Incidence of Disability Among Children 12 Months After Traumatic Brain  Injury. Am J Public Health. 2012 Sep 20.

475.   Zatzick D, Donovan D, Dunn C, Russo J, Wang J, Jurkovich G, **Rivara F**, Whiteside L, Ries R, Gentilello L. Substance use and PTSD symptoms in trauma center patients receiving mandated alcohol SBI. J Subst Abuse Treat. 2012 Sep 18. pii: S0740-5472(12)00144-4.

476.   Simpson AJ, **Rivara FP**, Pham TN. Quality care in pediatric trauma. Int J Crit Illn Inj Sci. 2012 Sep;2(3):149-55. PMCID: PMC3500007

477.   Zatzick D, Jurkovich G, **Rivara FP**, Russo J, Wagner A, Wang J, Dunn C, Lord SP, Petrie M, O'connor SS, Katon W. A randomized stepped care intervention trial targeting posttraumatic stress disorder for surgically hospitalized injury survivors. Ann Surg. 2013 Mar;257(3):390-9. PubMed PMID: 23222034; PubMed Central PMCID: PMC3582367.

478.   Thompson LL, **Rivara FP**, Ayyagari RC, Ebel BE. Impact of social and technological distraction on pedestrian crossing behaviour: an observational study. Inj Prev. 2012 Dec 13. [Epub ahead of print] PubMed PMID: 23243104.

479.   Lozano R, …**Rivara FP**…et al.  Global and regional mortality from 235 causes of death for 20 age groups in 1990 and 2010: a systematic analysis for the Global

Frederick P. Rivara, M.D., M.P.H.                                                    39

Burden of Disease Study 2010. Lancet. 2012 Dec 15;380(9859):2095-128. doi: 10.1016/S0140-6736(12)61728-0.

480.  Vos T  …. **Rivara FP**…et al  Years lived with disability (YLDs) for 1160 sequelae of diseases and injuries 1990-2010: a systematic analysis for the Global Burden of Disease Study 2010. Lancet. 2012 Dec 15;380(9859):2163-96.

481.  Murray CJ, …**Rivara FP**… et al. Disability-adjusted life years (DALYs) for 291 diseases and injuries in 21 regions, 1990-2010: a systematic  analysis for the Global Burden of Disease Study 2010. Lancet. 2012 Dec15;380(9859):2197-223.

482.  Lim SS, … **Rivara FP**…. et al. A comparative risk assessment of burden of disease and injury attributable to 67risk factors and risk factor clusters in 21 regions, 1990-2010: a systematic analysis for the Global Burden of Disease Study 2010. Lancet. 2012 Dec15;380(9859):2224-60

483.  Chrisman SP, **Rivara FP**, Schiff MA, Zhou C, Comstock RD. Risk factors for concussive symptoms 1 week or longer in high school athletes. Brain Inj. 2013;27(1):1-9. doi: 10.3109/02699052.2012.722251. PubMed PMID: 23252433

484.  Kellerman, A, **Rivara, FP**. Silencing the Science on Gun Research. JAMA. 2013;309(6):549-550. doi:10.1001/jama.2012.208207.

485.  Zatzick DF, Donovan DM, Dunn C, Jurkovich GJ, Wang J, Russo J, **Rivara FP**, Zatzick CD, Love JR, McFadden CR, Gentilello LM. Disseminating Organizational Screening and Brief Intervention Services (DO-SBIS) for alcohol at trauma centers study design. Gen Hosp Psychiatry. 2013 Mar;35(2):174-80.

486.  Kernic MA, **Rivara FP**, Zatzick DF, Bell MJ, Wainwright M, Groner  JI, Giza CC, Mink R, Ellenbogen R, Boyle L, Mitchell P, Kannan N, Vavilala MS,. Triage of Children with Moderate and Severe Traumatic Brain Injury to Trauma Centers. J Neurotrauma. 2013 Jan 24.

487.  Ennis SK, **Rivara FP**, Mangione-Smith R, Konodi MA, Mackenzie EJ, Jaffe KM. Variations in the quality of inpatient rehabilitation care to facilitate school re-entry and cognitive and communication function for children with TBI. Brain Inj. 2013;27(2):179-88.

488.  Christakis DA, Garrison MM, Herrenkohl T, Haggerty K, **Rivara FP**, Zhou C, Liekweg K. Modifying media content for preschool children: a randomized controlled trial. Pediatrics. 2013 Mar;131(3):431-8

489.  Chrisman SP, Quitiquit C, **Rivara FP**. Qualitative study of barriers to concussive symptom reporting in high school athletics. J Adolesc Health. 2013 Mar;52(3):330-335.e3

490.  Graves JM, Whitehill JM, Stream JO, Vavilala MS, **Rivara FP**.  Emergency department-reported head injuries from skiing and snowboarding among children and adolescents, 1996-2010.  Injury prevention 2013.

491.  Hardy R, Vivier P, **Rivara F**, Melzer S. Montana primary care providers' access to and satisfaction with pediatric specialists when caring for children with special health care needs. J Rural Health. 2013 Spring;29(2):224-32. PubMed PMID: 23551653

Frederick P. Rivara, M.D., M.P.H.                                                          40

492.  Radesky JS, Zuckerman B, Silverstein M, **Rivara FP**, Barr M, Taylor JA, Lengua LJ, Barr RG. Inconsolable infant crying and maternal postpartum depressive symptoms. Pediatrics. 2013 Jun;131(6):e1857-64. PubMed PMID: 23650295.

493.  Jimenez N, Ebel BE, Wang J, Koepsell TD, Jaffe KM, Dorsch A, Durbin D, Vavilala MS, Temkin N, **Rivara FP**. Disparities in disability after traumatic brain injury among Hispanic children and adolescents. Pediatrics. 2013 Jun;131(6):e1850-6.  PubMed PMID:23650302;

494.  Graves JM, Sears JM, Vavilala MS, **Rivara FP.** The burden of traumatic brain injury among adolescent and young adult workers in Washington State. J Safety Res. 2013 Jun;45:133-139. PMCID: PMC3659310.

495.  Ennis SK, Jaffe KM, Mangione-Smith R, Konodi MA, Mackenzie EJ, **Rivara FP**. Rehabilitation Following Pediatric Traumatic Brain Injury: Variability in Adherence to Psychosocial Quality-of-Care Indicators. J Head Trauma Rehabil. 2013 Jul 3. PubMed PMID: 23835875.

496.  US Burden of Disease Collaborators. The state of US health, 1990-2010: burden of diseases, injuries, and risk factors. JAMA. 2013 Aug 14;310(6):591-608 PubMed PMID: 23842577.

497.  Van Cleve W, Kernic MA, Ellenbogen RG, Wang J, Zatzick DF, Bell MJ, Wainwright MS, Groner JI, Mink RB, Giza CC, Boyle LN, Mitchell PH, **Rivara FP**, Vavilala MS; for the PEGASUS (Pediatric Guideline Adherence and Outcomes) Project. National Variability in Intracranial Pressure Monitoring and Craniotomy for Children with  Moderate to Severe Traumatic Brain Injury. Neurosurgery. 2013 Jul 16. PubMed PMID: 23863766.

498.  Tham SW, Palermo TM, Wang J, Jaffe KM, Temkin N, Durbin D, **Rivara FP**. Persistent Pain in Adolescents Following Traumatic Brain Injury. J Pain. 2013i: S1526-5900 PubMed PMID: 23911979.

499.  Gabbe BJ, Lyons RA, Harrison JE, **Rivara FP**, Ameratunga S, Jolley D, Polinder S, Derrett S. Validating and Improving Injury Burden Estimates Study: the Injury-VIBES study protocol. Inj Prev. 2013 PubMed PMID: 23920023.

500.  Mackelprang JL, Graves JM, **Rivara FP**. Homeless in America: injuries treated in US emergency departments, 2007-2011. Int J Inj Contr Saf Promot. 2013 Sep 6. PubMed PMID: 24011180.

501.  Bonomi AE, Anderson ML, Nemeth J, **Rivara FP**, Buettner C. History of dating violence and the association with late adolescent health. BMC Public Health. 2013 Sep 10;13:821. doi: 10.1186/1471-2458-13-821. PubMed PMID: 24015863; PubMed Central PMCID: PMC3847300.

502.  Graves JM, Iyer KR, Willis MM, Ebel BE, **Rivara FP**, Vavilala MS. Emergency department-reported injuries associated with mechanical home exercise equipment in the USA. Inj Prev. 2013 Sep 23. doi: 10.1136/injuryprev-2013-040833. PubMed PMID: 24061163.

503.  **Rivara FP**, Graham R. Sports-related concussions in youth: report from the Institute of Medicine and National Research Council. JAMA. 2014 Jan 15;311(3):239-40. doi: 10.1001/jama.2013.282985. PubMed PMID: 24185195

Frederick P. Rivara, M.D., M.P.H.                                                      41

504.  Engrav LH, Heimbach DM, **Rivara FP**, Kerr KF, Osler T, Pham TN, Sharar SR, Esselman PC, Bulger EM, Carrougher GJ, Honari S, Gibran NS. Harborview Burns - 1974 to 2009. PLoS One. 2013 Oct 23;8(10).. eCollection 2013. PubMed PMID: 24194804; PubMed Central PMCID: PMC3806627.

505.  **Rivara FP**, Johnston B. Effective primary prevention programs in public health and their applicability to the prevention of child maltreatment. Child Welfare. 2013;92(2):119-39. PubMed PMID: 24199326.

506.  Zonfrillo MR, Durbin DR, Koepsell TD, Wang J, Temkin NR, Dorsch AM, Vavilala MS, Jaffe KM, **Rivara FP**. Prevalence of and Risk Factors for Poor Functioning after Isolated Mild Traumatic Brain Injury in Children. J Neurotrauma. 2014 Jan 9. [Epub ahead of print] PubMed PMID: 24294826.

507.  Graves JM, Kanal KM, Rivara FP, Jarvik JG, Vavilala MS. Dose Reduction Efforts for Pediatric Head CT Imaging in Washington State Trauma Centers: Follow-Up Survey Results. J Am Coll Radiol. 2014 Feb;11(2):161-168.e3. doi: 10.1016/j.jacr.2013.07.004. Epub 2013 Dec 20. PubMed PMID: 24360905.

508.  Gage A, **Rivara F**, Wang J, Jurkovich GJ, Arbabi S. The effect of epidural placement in patients after blunt thoracic trauma. J Trauma Acute Care Surg. 2014 Jan;76(1):39-45; discussion 45-6. doi: 10.1097/TA.0b013e3182ab1b08. PubMed PMID: 24368355

509.  Zatzick D, Donovan DM, Jurkovich G, Gentilello L, Dunn C, Russo J, Wang J, Zatzick CD, Love J, McFadden C, Rivara FP. Disseminating Alcohol Screening and Brief Intervention at Trauma Centers: A Policy Relevant Cluster Randomized Effectiveness Trial. Addiction. 2014 Jan 22. doi: 10.1111/add.12492. [Epub ahead of print] PubMed PMID: 24450612.

510.  Chrisman SP, Schiff MA, Chung SK, Herring SA, **Rivara FP**. Implementation of Concussion Legislation and Extent of Concussion Education for Athletes, Parents,  and Coaches in Washington State. Am J Sports Med. 2014 Feb 7. [Epub ahead of print] PubMed PMID: 24510067

511.  Davidson GH, **Rivara FP**, Mack CD, Kaufman R, Jurkovich GJ, Bulger EM. Validation of prehospital trauma triage criteria for motor vehicle collisions. J Trauma Acute Care Surg. 2014 Mar;76(3):755-761. PubMed PMID: 24553545

512.  **Rivara FP**, Schiff MA, Chrisman SP, Chung SK, Ellenbogen RG, Herring SA. The Effect of Coach Education on Reporting of Concussions Among High School Athletes After Passage of a Concussion Law. Am J Sports Med. 2014 Feb 25. [Epub ahead of print] PubMed PMID: 24569704

513.  O'Connor SS, Dinsio K, Wang J, Russo J, **Rivara FP**, Love J, McFadden C, Lapping-Carr L, Peterson R, Zatzick DF. Correlates of Suicidal Ideation in Physically Injured Trauma Survivors. Suicide Life Threat Behav. 2014 Feb 24. doi:10.1111/sltb.12085. [Epub ahead of print] PubMed PMID: 24612070.

514.  Greene NH, Kernic MA, Vavilala MS, **Rivara FP**. Variation in Pediatric Traumatic Brain Injury Outcomes in the United States. Arch Phys Med Rehabil. 2014 Mar 10. PMID: 24631594.

515.  Gabbe BJ, Simpson PM, Lyons RA, Polinder S, **Rivara FP**, Ameratunga S, Derrett S, Haagsma J, Harrison JE. How well do principal diagnosis

Frederick P. Rivara, M.D., M.P.H.                                                    42

classifications predict disability 12 months postinjury? Inj Prev. 2014 Mar 26. doi:10.1136/injuryprev-2013-041037. [Epub ahead of print] PubMed PMID: 24670959.

516.   Zatzick D, Russo J, Lord SP, Varley C, Wang J, Berliner L, Jurkovich G, Whiteside LK, O'Connor S, **Rivara FP**. Collaborative Care Intervention Targeting Violence Risk Behaviors, Substance Use, and Posttraumatic Stress and Depressive Symptoms in Injured Adolescents: A Randomized Clinical Trial. JAMA Pediatr. 2014 Apr 14:1-8. doi: 10.1001/jamapediatrics.2013.4784. [Epub ahead of print] PubMed PMID: 24733515.

517.   Whitehill JM, **Rivara FP**, Moreno MA. Marijuana-Using Drivers, Alcohol-Using Drivers, and Their Passengers: Prevalence and Risk Factors Among Underage College Students. JAMA Pediatr. 2014 May 12. doi: 10.1001/jamapediatrics.2013.5300. [Epub ahead of print] PubMed PMID: 24820649.

518.   **Rivara FP**, McCarty CA, Shandro J, Wang J, Zatzick D. Parental injury and psychological health of children. Pediatrics. 2014 Jul;134(1):e88-97. PMID: 24918226.

519.   Graves JM, Pless B, Moore L, Nathens AB, Hunte G, **Rivara FP**. Public bicycle share programs and head injuries. Am J Public Health. 2014 Aug;104(8):e106-11 PMID: 24922150; PMCID: PMC4103224.

520.   McCormick E, Kerns SE, McPhillips H, Wright J, Christakis DA, **Rivara FP**. Training pediatric residents to provide parent education: a randomized controlled trial. Acad Pediatr. 2014 Jul-Aug;14(4):353-60.  PMID: 24976347

521.   Graves JM, Kanal KM, Vavilala MS, Applegate KE, Jarvik JG, **Rivara FP**. Hospital-level factors associated with use of pediatric radiation dose-reduction protocols for head CT: results from a national survey. J Am Coll Radiol. 2014 Jul;11(7):717-724. PMID: 24993537;Central PMCID: PMC4082793.

522.   Vavilala MS, Kernic MA, Wang J, Kannan N, Mink RB, Wainwright MS, Groner JI, Bell MJ, Giza CC, Zatzick DF, Ellenbogen RG, Boyle LN, Mitchell PH, **Rivara FP**; Pediatric Guideline Adherence and Outcomes Study. Acute care clinical indicators associated with discharge outcomes in children with severe traumatic brain injury*. Crit Care Med. 2014 Oct;42(10):2258-66.  PMID: 25083982;PMCID: PMC4167478.

523.   Mackelprang JL, Harpin SB, Grubenhoff JA, **Rivara FP**. Adverse outcomes among homeless adolescents and young adults who report a history of traumatic brain injury. Am J Public Health. 2014 Oct;104(10):1986-92.PMID: 25122029; PMCID: PMC4167112.

524.   Van Eaton EG, Zatzick DF, Gallagher TH, Tarczy-Hornoch P, **Rivara FP**, Flum DR, Peterson R, Maier RV. A nationwide survey of trauma center information technology leverage capacity for mental health comorbidity screening. J Am Coll Surg. 2014 Sep;219(3):505-510.PMID: 25151344; PMCID: PMC4160658.

525.   Greene NH, Pham TN, Esselman PC, **Rivara FP.** Variation in Inpatient Rehabilitation Utilization After Hospitalization for Burn Injury in the United States. J Burn Care Res. 2014 Nov 24.  PubMed PMID:25423440.

Frederick P. Rivara, M.D., M.P.H.                                                            43

526.  Graves JM, Whitehill JM, Hagel BE, **Rivara FP**. Making the most of injury surveillance data: Using narrative text to identify exposure information in case-control studies. Injury. 2014 Nov 26. pii: S0020-1383 PMID: 25498331

527.  Gabbe BJ, Simpson PM, Lyons RA, Ameratunga S, Harrison JE, Derrett S, Polinder S, Davie G, **Rivara FP**. Association between the Number of Injuries Sustained and 12-Month Disability Outcomes: Evidence from the Injury-VIBES Study. PLoS One. 2014 Dec 11;9(12):e113467. PMID: 25501651; PMCID: PMC4263479.

528.  Fawcett VJ, Flynn-O'Brien KT, Shorter Z, Davidson GH, Bulger E, **Rivara FP**, Arbabi S. Risk Factors for Unplanned Readmissions in Older Adult Trauma Patients in Washington State: A Competing Risk Analysis. J Am Coll Surg. 2014 Nov 20. pii:S1072-7515(14)01820-1.PMID: 25542280.

529.  Simonetti JA, Mackelprang JL, Rowhani-Rahbar A, Zatzick D, **Rivara FP**.Psychiatric Comorbidity, Suicidality, and In-Home Firearm Access Among a Nationally Representative Sample of Adolescents. JAMA Psychiatry. 2014 Dec 30. PMID:25548879

530.  Morshed S, Knops S, Jurkovich GJ, Wang J, MacKenzie E, **Rivara FP**. The impact of trauma-center care on mortality and function following pelvic ring and acetabular injuries. J Bone Joint Surg Am. 2015 Feb 18;97(4):265-72. PubMed PMID: 25695975.

531.  Rowhani-Rahbar A, Zatzick D, Wang J, Mills BM, Simonetti JA, Fan MD, **Rivara FP**. Firearm-Related Hospitalization and Risk for Subsequent Violent Injury, Death, or Crime Perpetration: A Cohort Study. Ann Intern Med. 2015 Feb 24. PubMed PMID: 25706337.

532.  Flynn-O'Brien KT, Fawcett VJ, Nixon ZA, **Rivara FP**, Davidson GH, Chesnut RM, Ellenbogen RG, Vavilala MS, Bulger EM, Maier RV, Arbabi S. Temporal Trends in Surgical Intervention for Severe Traumatic Brain Injury Caused by Extra-axial Hemorrhage, 1995 to 2012. Neurosurgery. 2015 Feb 12.PubMedPMID: 5710105.

533.  Kanal KM, Graves JM, Vavilala MS, Applegate KE, Jarvik JG, **Rivara FP**. Variation in CT Pediatric Head Examination Radiation Dose: Results From a National Survey. AJR Am J Roentgenol. 2015 Mar;204(3):W293-301. PubMed PMID: 25714315

534.  Ayoung-Chee PR, **Rivara FP**, Weiser T, Maier RV, Arbabi S. Beyond the hospital doors: Improving long-term outcomes for elderly trauma patients. J Trauma Acute Care Surg. 2015 Apr;78(4):837-43. PubMed PMID: 25742250.

535.  Jimenez N, Osorio M, Ramos JL, Apkon S, Ebel BE, **Rivara FP**. Functional Independence After Inpatient Rehabilitation for Traumatic Brain Injury Among Minority Children and Adolescents. Arch Phys Med Rehabil. 2015 Mar 4. PubMed PMID: 25747552.

536.  Thompson HJ, Vavilala MS, **Rivara FP**. Chapter 1 Common Data Elements and Federal Interagency Traumatic Brain Injury Research Informatics System for TBI Research. Annu Rev Nurs Res. 2015;33(1):1-11. PubMed PMID: 25946381.

Frederick P. Rivara, M.D., M.P.H.                                                    44

537.   Greene NH, Kernic MA, Vavilala MS, **Rivara FP**. Validation of ICDPIC software
       injury severity scores using a large regional trauma registry. Inj Prev. 2015 May
       18. PMID: 25985974.

538.   Simonetti JA, Rowhani-Rahbar A, Mills B, Young B, **Rivara FP**. State Firearm
       Legislation and Nonfatal Firearm Injuries. Am J Public Health. 2015 Jun 11:e1-
       e7. PubMed PMID: 26066935

539.   Thompson L, **Rivara FP**, Whitehill JM. Prevalence of Marijuana-Related Traffic
       on Twitter, 2012-2013: A Content Analysis. Cyberpsychol Behav Soc Netw. 201
       Jun;18(6):311-9. PubMed PMID: 26075917.

540.   Gabbe BJ, McDermott E, Simpson PM, Derrett S, Ameratunga S, Polinder S,
       Lyons RA, **Rivara FP**, Harrison JE. Level of agreement between patient-reported
       EQ-5D responses and EQ-5D responses mapped from the SF-12 in an injury
       population. Popul Health Metr. 2015 Jun 13;13:14. PubMed PMID: 26097435;.

541.   Gunning AC, Lansink KW, van Wessem KJ, Balogh ZJ, **Rivara FP**, Maier RV,
       Leenen LP. Demographic Patterns and Outcomes of Patients in Level I Trauma
       Centers in Three International Trauma Systems.. World J Surg. 2015 Jul 17.
       PubMed PMID: 26183375; PubMed Central PMCID: PMC26183375.

542.   Dervan LA, King MA, Cuschieri J, **Rivara FP**, Weiss NS. Pediatric solid organ
       injury operative interventions and outcomes at Harborview Medical Center,
       before and after introduction of a solid organ injury pathway for pediatrics.. J
       Trauma Acute Care Surg. 2015 Aug;79(2):215-20. PubMed PMID: 26218688;

543.   N, Rowhani-Rahbar A, Willis M, Baron K, Giordano J, Crawley D, **Rivara FP**,
       Jaffe KM, Ebel BE.  Availability of Outpatient Rehabilitation Services for Children
       After Traumatic Brain Injury: Differences by Language and Insurance Status.
       Moore M, Jimenez. Am J Phys Med Rehabil. 2015 Aug 7. PubMed PMID:
       26259055;

544.   Graves JM, **Rivara FP**, Vavilala MS .Health Care Costs 1 Year After Pediatric
       Traumatic Brain Injury.. Am J Public Health. 2015 Aug 13:e1-e7. PubMed PMID:
       26270293;.

545.   Quistberg DA, Howard EJ, Ebel BE, Moudon AV, Saelens BE, Hurvitz PM, Curtin
       JE, **Rivara FP.**  Multilevel models for evaluating the risk of pedestrian-motor
       vehicle collisions at intersections and mid-blocks.. Accid Anal Prev. 2015 Aug
       31;84:99-111. PubMed PMID: 26339944;

546.   Rowhani-Rahbar A, Chrisman S, Drescher S, Schiff MA, **Rivara FP**. Agreement
       between High School Athletes and their Parents on Reporting Athletic Events
       and Concussion Symptoms. J Neurotrauma. 2015 Sep 28. PMID: 26414288;

547.   Flynn-O'Brien KT, Thompson LL, Gall CM, Fallat ME, Rice TB, **Rivara
       FP**.Variability in the structure and care processes for critically injured children: A

Frederick P. Rivara, M.D., M.P.H.                                                    45

multicenter survey of trauma bay and intensive care units. J Pediatr Surg. 2015 Sep 12. PMID: 26452704.

548.  Mackelprang JL, Qiu Q, **Rivara FP**. Predictors of Emergency Department Visits and Inpatient Admissions Among Homeless and Unstably Housed Adolescents and Young Adults. Med Care. 2015 Dec;53(12):1010-7PMID: 26492212;

549.  Flynn-O'Brien KT, Stewart BT, Fallat ME, Maier RV, Arbabi S, **Rivara FP**, McIntyre LK .Mortality after emergency department thoracotomy for pediatric blunt trauma: Analysis of the National Trauma Data Bank 2007-2012.. J Pediatr Surg. 2015 Oct 23. PMID: 26577911;

550.  Staples JA, Wang J, Mills B, Temkin N, Zaros MC, Jurkovich GJ, **Rivara FP**. The Application of the CRASH-CT Prognostic Model for Older Adults With Traumatic Brain Injury: A Population-Based Observational Cohort Study. J Head Trauma Rehabil. 2015 Nov 17. PMID: 26580690

551.  Flynn-O'Brien KT, **Rivara FP**, Weiss NS, Lea VA, Marcelin LH, Vertefeuille J, Mercy JA. Prevalence of physical violence against children in Haiti: A national population-based cross-sectional survey. Child Abuse Negl. 2015 Nov 20. PMID: 26612595;

552.  **Rivara FP,** Kuppermann N, Ellenbogen RG Use of Clinical Prediction Rules for Guiding Use of Computed Tomography in Adults With Head Trauma.. JAMA. 2015 Dec 22-29;314(24):2629-31.

553.  Brolliar SM, Moore M, Thompson HJ, Whiteside LK, Mink RB, Wainwright MS, Groner JI, Bell MJ, Giza CC, Zatzick DF, Ellenbogen RG, Ng Boyle L, Mitchell PH, **Rivara FP**, Vavilala MS. A Qualitative Study Exploring Factors Associated with Provider Adherence to Severe Pediatric Traumatic Brain Injury Guidelines. J Neurotrauma. 2016 Jan 13.

554.  Rowhani-Rahbar A, Simonetti JA, **Rivara FP**. Effectiveness of Interventions to Promote Safe Firearm Storage. Epidemiol Rev. 2016;38(1):111-24

555.  Gupta D, Sharma D, Kannan N, Prapruettham S, Mock C, Wang J, Qiu Q, Pandey RM, Mahapatra A, Dash HH, Hecker JG, **Rivara FP**, Rowhani-Rahbar A, Vavilala MS. Guideline Adherence and Outcomes in Severe Adult Traumatic Brain Injury for the CHIRAG (Collaborative Head InjuRy and Guidelines) Study. World Neurosurg. 2016

556.  Winker MA, Abbasi K, **Rivara FP**. Unsafe and understudied: the US gun problem. BMJ. 2016 Feb 10;352:i578

Appendix                                                                            Page 117

Frederick P. Rivara, M.D., M.P.H.                                                    46

557.   Graves JM, Kannan N, Mink RB, Wainwright MS, Groner JI, Bell MJ, Giza CC, Zatzick DF, Ellenbogen RG, Boyle LN, Mitchell PH, **Rivara FP**, Wang J, Rowhani-Rahbar A, Vavilala MS; Pediatric Guideline Adherence and Outcomes Study. Guideline Adherence and Hospital Costs in Pediatric Severe Traumatic Brain Injury. Pediatr Crit Care Med. 2016 Mar 1

558.   Chrisman SP, Mac Donald CL, Friedman S, Andre J, Rowhani-Rahbar A, Drescher S, Stein E, Holm M, Evans N, Poliakov AV, Ching RP, Schwien CC, Vavilala MS, **Rivara  FP**. Head Impact Exposure During a Weekend Youth Soccer Tournament. J Child Neurol. 2016 Mar 6.

559.   Fuentes MM, Apkon S, Jimenez N, **Rivara FP**. Association Between Facility Type During Pediatric Inpatient Rehabilitation and Functional Outcomes. Arch Phys Med Rehabil. 2016 Mar 26. PubMed PMID: 27026580.

560.   Witt CE, Goldin AB, Vavilala MS, **Rivara FP**. Effect of body mass index percentile on pediatric gastrointestinal surgery outcomes. J Pediatr Surg. 2016 PubMed PMID: 27056288.

561.   Staples JA, Wang J, Zaros MC, Jurkovich GJ, **Rivara FP**. The application of IMPACT prognostic models to elderly adults with traumatic brain injury: A population-based observational cohort study. Brain Inj. 2016 Apr 8:1-9.

562.   Kett P, **Rivara F**, Gomez A, Kirk AP, Yantsides C. The Effect of an All-Ages Bicycle Helmet Law on Bicycle-Related Trauma. J Community Health. 2016 Apr PubMed PMID: 27119320

563.   Jimenez N, Symons RG, Wang J, Ebel BH, Vavilala MS, Buchwald D, Temkin N, Jaffe KM, **Rivara FP**. Outpatient Rehabilitation for Medicaid-Insured Children Hospitalized With Traumatic Brain Injury. Pediatrics. 2016 Jun;137(6) PubMed PMID: 27244850

564.   Bryan MA, Rowhani-Rahbar A, Comstock RD, **Rivara F**; Seattle Sports Concussion Research Collaborative. Sports- and Recreation-Related Concussions in US Youth. Pediatrics. 2016 Jul;138(1). PubMed PMID: 27325635.

565.   McCarty CA, Zatzick D, Stein E, Wang J, Hilt R, **Rivara FP**; Seattle Sports Concussion Research Collaborative. Collaborative Care for Adolescents With Persistent Postconcussive Symptoms: A Randomized Trial. Pediatrics. 2016 Sep 13.  PMID: 27624513.

566.   Boyd JM, Burton R, Butler BL, Dyer D, Evans DC, Felteau M, Gruen RL, Jaffe KM, Kortbeek J, Lang E, Lougheed V, Moore L, Narciso M, Oxland P, **Rivara FP**, Roberts D, Sarakbi D, Vine K, Stelfox HT. Development and Validation of Quality Criteria for Providing Patient- and Family-centered Injury Care. Ann Surg. 2016 Sep 8. PubMed PMID: 27611609.

567.   Kannan N, Wang J, Mink RB, Wainwright MS, Groner JI, Bell MJ, Giza CC, Zatzick DF, Ellenbogen RG, Boyle LN, Mitchell PH, **Rivara FP**, Rowhani-Rahbar A, Vavilala MS; PEGASUS (Pediatric Guideline Adherence Outcomes) Study. Timely Hemodynamic Resuscitation and Outcomes in Severe Pediatric Traumatic Brain Injury: Preliminary Findings. Pediatr Emerg Care. 2016 Jul 12. PubMed PMID: 27387972.

Frederick P. Rivara, M.D., M.P.H.                                             47

568.  Krishnamoorthy V, Rowhani-Rahbar A, Chaikittisilpa N, Gibbons EF, **Rivara FP**, Temkin NR, Quistberg A, Vavilala MS. Association of Early Hemodynamic Profile and the Development of Systolic Dysfunction Following Traumatic Brain Injury. Neurocrit Care. 2016 Dec 20. doi: 10.1007/s12028-016-0335-x. [Epub ahead of print] PubMed PMID: 28000133.

569.  Thompson LL, Lyons VH, McCart M, Herring SA, **Rivara FP**, Vavilala MS. Variations in State Laws Governing School Reintegration Following Concussion. Pediatrics. 2016 Dec;138(6). pii: e20162151. PubMed PMID: 27940709.

570.  Witt CE, Arbabi S, Nathens AB, Vavilala MS, **Rivara FP**. Obesity in pediatric trauma. J Pediatr Surg. 2016 Nov 23. pii: S0022-3468(16)30586-3. doi: 10.1016/j.jpedsurg.2016.11.037. [Epub ahead of print] PubMed PMID: 27914588.

571.  Simonetti JA, Rowhani-Rahbar A, **Rivara FP**. The Road Ahead for Personalized Firearms. JAMA Intern Med. 2017 Jan 1;177(1):9-10. PubMed PMID: 27893047.

572.  Gabbe BJ, Lyons RA, Simpson PM, **Rivara FP**, Ameratunga S, Polinder S, Derrett S, Harrison JE. Disability weights based on patient-reported data from a multinational injury cohort. Bull World Health Organ. 2016 Nov 1;94(11):806-16C. PubMed PMID: 27821883; PubMed Central PMCID: PMC5096353.

573.  Rowhani-Rahbar A, Fan MD, Simonetti JA, Lyons VH, Wang J, Zatzick D, **Rivara FP**. Violence Perpetration Among Patients Hospitalized for Unintentional and Assault-Related Firearm Injury: A Case-Control Study and a Cohort Study. Ann Intern Med. 2016 Dec 20;165(12):841-847. PubMed PMID:  27750282.

574.  Flannery DJ, Todres J, Bradshaw CP, Amar AF, Graham S, Hatzenbuehler M, Masiello M, Moreno M, Sullivan R, Vaillancourt T, Le Menestrel SM, **Rivara F**. Bullying Prevention: a Summary of the Report of the National Academies of Sciences, Engineering, and Medicine : Committee on the Biological and Psychosocial Effects of Peer Victimization: Lessons for Bullying Prevention. Prev Sci. 2016 Nov;17(8):1044-1053. PubMed PMID: 27722816

575.  Kett P, **Rivara F**, Gomez A, Kirk AP, Yantsides C. The Effect of an All-Ages Bicycle Helmet Law on Bicycle-Related Trauma. J Community Health. 2016;41(6):1160-1166. PubMed PMID: 27119320.

576.  Fuentes MM, Thompson L, Quistberg DA, Haaland WL, Rhodes K, Kartin D, Kerfeld C, Apkon S, Rowhani-Rahbar A, **Rivara FP**. Auditing Access to Outpatient Rehabilitation Services for Children With Traumatic Brain Injury and Public Insurance in Washington State. Arch Phys Med Rehabil. 2017 Jan 23. pii: S0003-9993(17)30015-1.pubMed PMID: 28126353.

577.  Witt CE, Linnau KF, Maier RV, **Rivara FP**, Vavilala MS, Bulger EM, Arbabi S. Management of pericardial fluid in blunt trauma: Variability in practice and predictors of operative outcome in patients with computed tomography evidence of pericardial fluid. J Trauma Acute Care Surg. 2017;82(4):733-741. PubMed PMID: 28129264; PubMed Central PMCID:PMC5360471.

Frederick P. Rivara, M.D., M.P.H.                                              48

578.   Zatzick DF, Rowhani-Rahbar A, Wang J, Russo J, Darnell D, Ingraham L, Whiteside LK, Guiney R, Hedrick MK, **Rivara FP**. The Cumulative Burden of Mental, Substance Use, and General Medical Disorders and Rehospitalization and Mortality After an Injury. Psychiatr Serv. 2017;68(6):596-602.  PubMed PMID: 28142384.

579.   Jimenez N, Quistberg A, Vavilala MS, Jaffe KM, **Rivara FP**. Utilization of Mental Health Services After Mild Pediatric Traumatic Brain Injury. Pediatrics. 2017 139(3 pubMed PMID: 28159872; PubMed Central PMCID: PMC5330397.

580.   Ajdari A, Boyle LN, Kannan N, Rowhani-Rahbar A, Wang J, Mink R, Ries B, Wainwright M, Groner JI, Bell MJ, Giza C, Zatzick DF, Ellenbogen RG, Mitchell PH, **Rivara FP**, Vavilala MS. Examining Emergency Department Treatment Processes in Severe Pediatric Traumatic Brain Injury. J Healthc Qual. 2017 Feb 3. PubMed PMID: 28166114.

581.   Chrisman SPD, Whitlock KB, Somers E, Burton MS, Herring SA, Rowhani-Rahbar A, **Rivara FP**. Pilot study of the Sub-Symptom Threshold Exercise Program (SSTEP) for  persistent concussion symptoms in youth. NeuroRehabilitation. 2017;40(4):493-499. PubMed PMID: 28222566.

582.   Flynn-O'Brien KT, Fallat ME, Rice TB, Gall CM, Nance ML, Upperman JS, Gourlay DM, Crow JP, **Rivara FP**. Pediatric Trauma Assessment and Management Database: Leveraging Existing Data Systems to Predict Mortality and Functional Status after Pediatric Injury. J Am Coll Surg. 2017 224(5):933-944.. PubMed PMID: 28235647.

583.   Quistberg DA, Howard EJ, Hurvitz PM, Moudon AV, Ebel BE, **Rivara FP,** Saelens BE. The Relationship Between Objectively Measured Walking and Risk of Pedestrian-Motor Vehicle Collision. Am J Epidemiol. 2017;185(9):810-821. PubMed PMID: 28338921; PubMed Central PMCID: PMC5411678

584.   Jenness JL, Witt CE, Quistberg DA, Johnston BD, Rowhani-Rahbar A, Mackelprang  JL, McLaughlin KA, Vavilala MS, **Rivara FP**. Association of physical injury and mental health: Results from the national comorbidity survey-adolescent supplement. J Psychiatr Res. 2017 Sep;92:101-107. PubMed PMID: 28414929.

585.   Greene NH, Kernic MA, Vavilala MS, Rivara FP. Variation in Adult Traumatic Brain Injury Outcomes in the United States. J Head Trauma Rehabil. 2017 PubMed PMID: 28422899.

586.   Lyons VH, Moore M, Guiney R, Ayyagari RC, Thompson L, **Rivara FP**, Fleming R, Crawley D, Harper D, Vavilala MS. Strategies to Address Unmet Needs and Facilitate Return to Learn Guideline Adoption Following Concussion. J Sch Health. 2017 Jun;87(6):416-426.. PubMed PMID: 28463445.

587.   Bonow RH, Friedman SD, Perez FA, Ellenbogen RG, Browd SR, MacDonald CL, Vavilala MS, **Rivara FP**. Prevalence of abnormal magnetic resonance imaging

Frederick P. Rivara, M.D., M.P.H.                                                          49

findings in children with persistent symptoms after pediatric sports-related concussion. J Neurotrauma. 2017 May 10.  PubMed PMID: 28490224

588.   Simonetti JA, Rowhani-Rahbar A, King C, Bennett E, **Rivara FP**. Evaluation of a community-based safe firearm and ammunition storage intervention. Inj Prev. 2017 Jun 22. PubMed PMID: 28642248.

589.   Simckes MS, Simonetti JA, Moreno MA, **Rivara FP**, Oudekerk BA, Rowhani-Rahbar A. Access to a Loaded Gun Without Adult Permission and School-Based Bullying. J Adolesc Health. 2017 Sep;61(3):329-334. PubMed PMID: 28652055.

590.   Bonow RH, Witt CE, Mosher BP, Mossa-Basha M, Vavilala MS, **Rivara FP**, Cuschieri J, Arbabi S, Chesnut RM. Transcranial Doppler Microemboli Monitoring for Stroke Risk Stratification in Blunt Cerebrovascular Injury. Crit Care Med. 2017 Oct;45(10):e1011-e1017. doi: 10.1097/CCM.0000000000002549. PubMedPMID:28658027.

591.   Witt CE, Rudd KE, Bhatraju P, **Rivara FP**, Hawes SE, Weiss NS. Neonatal abstinence syndrome and early childhood morbidity and mortality in Washington state: a retrospective cohort study. J Perinatol. 2017 Oct;37(10):1124-1129. PubMed PMID: 28682319; PubMed Central PMCID: PMC5630496

592.   Kroshus E, **Rivara FP**, Whitlock KB, Herring SA, Chrisman SPD. Disparities in Athletic Trainer Staffing in Secondary School Sport: Implications for Concussion Identification. Clin J Sport Med. 2017 Nov;27(6):542-547. PubMed PMID: 28742604

593.   Kroshus E, Babkes Stellino M, Chrisman SPD, **Rivara FP**. Threat, Pressure, and Communication About Concussion Safety: Implications for Parent Concussion Education. Health Educ Behav. 2017 Aug 1:PubMed PMID: 28789571

**594.**   Tessler RA, Mooney SJ, Witt CE, O'Connell K, Jenness J, Vavilala MS, **Rivara FP**. Use of Firearms in Terrorist Attacks: Differences Between the United States, Canada, Europe, Australia, and New Zealand. JAMA Intern Med. 2017 Oct 6:

595.   Bonow RH, Oron AP, Hanak BW, Browd SR, Chesnut RM, Ellenbogen RG, Vavilala MS, **Rivara FP**. Post-Traumatic Hydrocephalus in Children: A Retrospective Study in 42 Pediatric Hospitals Using the Pediatric Health Information System. Neurosurgery. 2017 Oct 6. PubMed PMID: 29029289

596.   Chrisman SPD, Ebel BE, Stein E, Lowry SJ, **Rivara FP**. Head Impact Exposure in Youth Soccer and Variation by Age and Sex. Clin J Sport Med. 2017 Oct 20. PubMed PMID: 29064865.

597.   Stein E, Howard W, Rowhani-Rahbar A, **Rivara FP,** Zatzick D, McCarty CA. Longitudinal trajectories of post-concussive and depressive symptoms in adolescents with prolonged recovery from concussion. Brain Inj. 2017;31(13-14):1736-1744.

Frederick P. Rivara, M.D., M.P.H.                                                    50

598.    Moore M, Jimenez N, Graves JM, Rue T, Fann JR, **Rivara FP**, Vavilala MS. Racial Disparities in Outpatient Mental Health Service Use Among Children Hospitalized for Traumatic Brain Injury. J Head Trauma Rehabil. 2017 Nov 29


BOOKS:

*Injury Control.  A Guide to Research and Program Evaluation.*  **Rivara FP**, Cummings P, Koepsell TD, Grossman DC, Maier RV (editors).  Cambridge, UK:  Cambridge University Press, 2001.

*World Report on Child Injury Prevention.*  Peden M, Oyegbite K, Ozanne-Smith J, Hyder AA, Branche C, Rahman AF, **Rivara FP**, Bartolomeos K (eds).  Geneva: World Health Organization, 2008

*Adolescent Health Services: Missing Opportunities.*  Committee on Adolescent Health Care Services and Models of Care, Board on Children, Youth and Families. Washington, DC: National Research Council and the Institute of Medicine, 2008.

*Improving Access to Oral health Care for Vulnerable and Underserved Populations. Committee on Oral Health Access to services.*  Washington, DC: National Research Council and Institute of Medicine, 2011.  **Dr. Rivara was committee chair.**

*Sports-Related Concussions in Youth: Improving the science, Changing the Culture.* Robert Graham, Frederick P. **Rivara,** Morgan Ford, and Carol Mason Spicer, Editors. Washington, DC: National Research Council and Institute of Medicine, 2013.

*Preventing Bullying Through Science, Policy and Practice.*  Frederick P. Rivara and Suzanne Le Menstrel (editors).  The National Academies.  2016


BOOK CHAPTERS, MONOGRAPHS, TECHNICAL REPORTS:

**Rivara FP**.  Epidemiology of childhood injuries.  In:  *Behavioral Health:  A Handbook of Health Enhancement and Disease Prevention*.  John Wiley and Sons, 1984:1003-1020.

**Rivara FP**.  Injuries and poisonings during childhood.  In:  Hughes J, ed.  *Synopsis of Pediatrics.*  St. Louis:  Mosby, 1984:195-219.

**Rivara FP**, Baker SP.  Epidemiology of pediatric trauma.  In:  Dieckmann RA, ed. *Pediatric Emergency Care Systems Planning and Management.*  Baltimore:  Williams & Wilkins, 1992:80-88.

**Rivara FP**.  Injury prevention.  In:  Reisdorff EJ, Roberts MR, Wiegenstein JG, eds. *Pediatric Emergency Medicine*.  Philadelphia:  W.B. Saunders Company, 1992:922-927.

**Rivara FP**.  Control of childhood injury:  Science of prevention.  In:  Eichelberger M, ed. *Pediatric Trauma.*  St. Louis:  Mosby Year Book, 1993.

**Rivara FP**.  Unintentional injuries.  In:  Pless IB, ed.  *The Epidemiology of Childhood Disorders.*  New York:  Oxford University Press, 1994:369-391.

Frederick P. Rivara, M.D., M.P.H.                                                                    51

**Rivara FP**, Alexander B.  Occupational injuries.  In:  Rosenstock L, Cullen MR, eds.  *Textbook of Clinical Occupational and Environmental Medicine.*  Philadelphia:  W.B. Saunders Company, 1994:31-41.

*Injuries in Malaysia.* edited by Krishnan R, **Rivara FP**, Arokiasamy J.  Malaysian Medical Association:  Kuala Lumpur, Malaysia, 1994.

Brownstein D, **Rivara FP**.  Emergency medical services for children (Chapter 57).  In: Behrman RE, Kliegman R, Arvin AM, eds.  *Nelson Textbook of Pediatrics, 15th edition.* Philadelphia:  W.B. Saunders Company, 1995:232-239.

**Rivara FP**, Brownstein D.  Injury control (Chapter 58).  In:  Behrman RE, Kliegman R, Arvin AM, eds.  *Nelson Textbook of Pediatrics, 15th edition.*  Philadelphia:  W.B. Saunders Company, 1995:226-232.

Thompson DC, Dannenberg AL,Thompson RS, **Rivara FP**.  Bicycling.  In:  Caine DJ, Caine CG, Lindner KJ, eds.  *Epidemiology of Sports Injuries.*  Champaign:  Human Kinetics Publishers, 1996:98-112.

National Committee for Childhood Agricultural Injury Prevention.  *Children and Agriculture:  Opportunities for Safety and Health A National Action Plan.*  Prepared by the National Farm Medicine Center, Marshfield, WI, April, 1996.

Rogers LW, **Rivara FP**, Grossman DC.  Injuries are not just "accidents."  Prevention is the goal of Harborview Center.  *Washington Public Health* 1996; volume 14/Summer:33-34.

**Rivara FP**, Thompson DC, Thompson RS.  *Circumstances and severity of bicycle injuries.*  A monograph published by the Snell Memorial Foundation, 1996.

Kellermann AL, Fuqua-Whitley DW, **Rivara FP**.  Preventing youth violence.  A summary of program evaluations.  Urban Health Initiative Monograph Series 1.  Seattle (WA): Urban Health Initiative, 1997.  Supported by the Robert Wood Johnson Foundation.

MacArthur C, DiGuiseppi C, Roberts I, **Rivara FP**.  Injury prevention and control.  In: Moyer VA, editor.  *Evidence Based Pediatrics and Child Health.*  London, UK:  BMJ Publishing Group, 2000:132-140.

**Rivara FP**, Dunn C, Simpson E.  Addressing alcohol-impaired driving:  Training physicians to detect and counsel their patients who drink heavily.  Technical Report No. DOT HS 809 076, 2000.  National Highway Traffic Safety Administration:  Washington, D.C.

**Rivara FP (conference organizer and proceedings editor)**.  Translating injury prevention research into action:  A strategic Workshop.  Proceedings of a conference Feb. 1-2, 2000, Dallas, TX, David and Lucile Packard Foundation.

Unintentional Injuries in Children.  In:  Behrman RE (editor), Deal LW (issue editor), **Rivara FP (issue editorial advisor)**.  *The Future of Children.*  Volume 10, Number 1, Spring/Summer 2000.  The David and Lucile Packard Foundation.

Kellermann AL, Fuqua-Whitley DW, **Rivara FP**.  Preventing youth violence.  A summary of program evaluations.  Urban Health Initiative Monograph Series 1.  Seattle (WA): Urban Health Initiative, 1997.  Supported by the Robert Wood Johnson Foundation.

Frederick P. Rivara, M.D., M.P.H.                                                      52

MacArthur C, DiGuiseppi C, Roberts I, Rivara FP.  Injury prevention and control.  In:  Moyer VA, editor.  *Evidence Based Pediatrics and Child Health.*  London, UK:  BMJ Publishing Group, 2000:132-140.

**Rivara FP**, Dunn C, Simpson E.  Addressing alcohol-impaired driving:  Training physicians to detect and counsel their patients who drink heavily.  Technical Report No. DOT HS 809 076, 2000.  National Highway Traffic Safety Administration:  Washington, D.C.

Unintentional Injuries in Children.  In:  Behrman RE (editor), Deal LW (issue editor), **Rivara FP (issue editorial advisor)**.  *The Future of Children.*  Volume 10, Number 1, Spring/Summer 2000.  The David and Lucile Packard Foundation.

**Rivara FP**, Grossman DC.  Injury Control (Chapter 50).  In:  Behrman RE, Kliegman R, Arvin AM, eds.  *Nelson Textbook of Pediatrics, 17th edition.* Philadelphia:  Elsevier Science, 2003:256-263.

Denise Dowd, **Rivara FP**.  Emergency Medical Services for Children (Chapter 51).  In:  Behrman RE, Kliegman R, Arvin AM, eds.  *Nelson Textbook of Pediatrics, 17th edition.* Philadelphia:  Elsevier Science, 2003:263-267.

**Rivara FP**.  Impact of Injuries (Chapter 28).  In:  Cosby AG, Greenberg RE, Southward LH, Weitzman M, eds.  *About Children.*  American Academy of Pediatrics, 2004: 122-125.

**Rivara FP**, Alexander B.  Occupational injuries.  In:  Rosenstock L, Cullen MR, eds.  *Textbook of Clinical Occupational and Environmental Medicine.*  Philadelphia:  Elsevier Saunders Company, 2005:825-833.


LETTERS TO THE EDITOR, EDITORIALS, REVIEWS

**Rivara FP**, Shepherd JP, Farrington DP Gun laws [letter] *Lancet* 1993; 342:809-810.

**Rivara FP**.  International Society for Child and Adolescent Injury Prevention [editorial].  *Injury Prevention* 1995; 1:3.

**Rivara FP**.  Joining the information age [ISCAIP report/editorial].  *Injury Prevention* 1995; 1:67.

**Rivara FP**.  An update on activities of the International Society for Child and Adolescent Injury Prevention [ISCAIP report/editorial].  *Injury Prevention* 1995; 1:140.

**Rivara FP**.  *Adolescent Injuries:  Epidemiology and Prevention* by KK Christoffel, CW Runyan [review].  *Adolescent Medicine* 1995; 6(2):1-292.

**Rivara FP**.  Child and adolescent injury control:  what to do when the conference is over [ISCAIP report/editorial].  *Injury Prevention* 1996; 2:7-8.

**Rivara FP**.  Child and adolescent injury control activities:  reports from the field [ISCAIP report/editorial].  *Injury Prevention* 1996; 2:178-180.

**Rivara FP**.  Injury research and violence:  what's our contribution?  [ISCAIP report/editorial].  *Injury Prevention* 1996; 2:249.

Frederick P. Rivara, M.D., M.P.H.                                                    53

**Rivara FP**.  Injury prevention and the pediatrician [editorial].  *J Pediatrics* 1996; 129: 487-488.

Thompson RS, **Rivara FP**.  Protective equipment for inline skaters [editorial].  *N Engl J Med* 1996; 335 (22):1680-1682.

**Rivara FP**.  Motor vehicle occupant protection:  have we become too complacent? [ISCAIP report/editorial].  *Injury Prevention* 1997; 3:78.

**Rivara FP**.  Should we be advocates for injury prevention? [ISCAIP report/editorial]. *Injury Prevention* 1997; 3:158-159.

**Rivara FP**.  The challenge of drowning prevention [editorial].  *Injury Prevention* 1997; 3:237-239.

**Rivara FP**.  Organizational responses to managed care:  Issues for academic health centers and implications for pediatric programs, by Norlin and Osborn [commentary]. *Pediatrics* 1998; 101 (Part 2 of 2/Supplement):811-812.

**Rivara FP**.  Injury prevention in practice [ISCAIP report/editorial].  *Injury Prevention* 1998; 4:3-5.

**Rivara FP**.  A research consultation program for ISCAIP [ISCAIP report/editorial].  *Injury Prevention* 1998, 4(2):86.

**Rivara FP**.  Tap water scald burns in children, by KW Feldman, RT Schaller, JA Feldman, M. McMillon [commentary].  *Pediatrics* 1998; 102 (1S):256-258.

**Rivara FP**.  Looking to the future [ISCAIP report/editorial].  *Injury Prevention* 1998, 4(3):168-169.

**Rivara FP**.  One too many:  alcohol and risk of injury [ISCAIP report/editorial].  *Injury Prevention* 1998, 4(4):249.

Bergman AB, **Rivara FP**.  Why do child cyclists in the United States remain unhelmeted? [commentary]  *Pediatrics* 1999; 104 (1):107-109.

**Rivara FP**.  Joining with the adults [ISCAIP report/editorial].  *Injury Prevention* 1999; 5:164-165.

**Rivara FP**.  Gun safety and the family physician [editorial].  *JABFP* 1999; 12:413-415.

**Rivara FP**.  Reducing the burden of injury [ISCAIP report/editorial].  *Injury Prevention* 1999; 5:85-86.

**Rivara FP**, Thompson DC, Thompson RS.  Bicycle helmets:  it's time to use them [editorial].  *BMJ* 2000; 321:1035-1036.

**Rivara FP**.  Burns: the importance of prevention [editorial].  *Inj Prev* 2000; 6:243-4.

Shepherd JP, Sivarajasingam V, **Rivara FP**.  Using injury data for violence prevention. Government proposal is an important step towards safer communities [editorial].  *BMJ* 2000; 321:1481-2.

Thompson DC, Thompson RS, **Rivara FP**.  Risk compensation theory should be subject to systematic reviews of the scientific evidence [editorial].  *Injury Prevention* 2001, 7:0-2.

Frederick P. Rivara, M.D., M.P.H.                                                    54

**Rivara FP**, Cummings P. Writing for publication in Archives of Pediatrics & Adolescent Medicine. [Commentary] *Arch Pediatr Adolesc Med* 2001 Oct;155(10):1090-2

**Rivara FP**, Cummings P.  Publication bias: the problem and some suggestions.  *Ach Pediatr Adolesc Med.* 2002 May;156(5):424-5

**Rivara FP**.  Research and human subjects.  *Arch Pediatr Adolesc Med* 2002 Jul;156(7):641-2

**Rivara FP**.  Understanding and preventing violence in children and adolescents.  *Arch Pediatr Adolesc Med* 2002 Aug;156(8):746-7

**Rivara FP**, Whitaker R, Cutler L, Sherman PM.  Obesity, nutrition, and physical activity—call for papers.  *Arch Pediatr Adolesc Med.* 2002 Sep;156(9):852

Cummings P, **Rivara FP**.  Misclassification of seat belt use.  *Inj Prev.*  2003 Mar;9(1):91

**Rivara FP**, Whitaker R, Sherman PM, Cuttler L.  Influencing the childhood behaviors that lead to obesity: role of the pediatrician and health care professional.  *Arch Pediatr Adolesc Med.* 2003 Aug;157(8):719-20.

**Rivara FP**.  Sustaining optimism.  *Arch Pediatr Adoles Med.*  2004 May; 158(5):414-5.

Pless IB, **Rivara FP**.  Do world conferences live up to their promise?  *Inj Prev.* 2004 Jun; 10(3): 129-30.

**Rivara FP**, Stapleton, FB.  Closing the quality chasm in health care: the role of critical reading.  *Arch Pediatr Adolesc Med* 2005 Apr;159(4):394-5.

Hagel B, Macpherson A, **Rivara FP**, Pless B.  Arguments against helmet legislation are flawed.  *BMJ* 2006 Mar 25;332(7543):725-6.

Christakis, DA, **Rivara, FP**.  Publication ethics: Editors' perspectives.  *J Pediatr.*  2006 Jul; 149(1S):S39-S42.

**Rivara FP**, Christakis DA. The march of science. Arch Pediatr Adolesc Med. 2007 Dec;161(12):1214-5.

Olson CM, Cummings P, **Rivara FP**.   RE: "USING HEAD-ON COLLISIONS TO COMPARE RISK OF DRIVER DEATH BY FRONTAL AIR BAG GENERATION: A MATCHED-PAIR COHORT STUDY" Am J Epidemiol. 2008 Mar 15

**Rivara FP**. Prevention of drowning: the time is now. Arch Pediatr Adolesc Med. 2009 Mar;163(3):277-8.

Ebel BE, Medina MH, Rahman AK, Appiah NJ, **Rivara FP**. Child injury around the world: a global research agenda for child injury prevention. Inj Prev. 2009 Jun;15(3):212.

**Rivara FP**, Joffe A. Research, policy, and adolescent sexual behavior. Arch Pediatr Adolesc Med. 2010 Feb;164(2):200. PubMed PMID: 20124152

**Rivara FP**, Alexander D. Randomized controlled trials and pediatric research.

Frederick P. Rivara, M.D., M.P.H.                                                55

Arch Pediatr Adolesc Med. 2010 Mar;164(3):296-7. PubMed PMID: 20194268.

Christakis DA, **Rivara FP**. Influence of experiences from birth to 5 years of age on emotional and psychological health. Arch Pediatr Adolesc Med. 2010 May;164(5):491-2. PubMed PMID: 20439803.

Sleet DA, Pollack K, **Rivara FP**, Frattaroli S, Peek-Asa C. It wouldn't hurt to walk: promoting pedestrian injury research. Inj Prev. 2010 Jun;16(3):211-2. PubMed PMID: 20570990.

**Rivara FP**. Call for papers: improving the quality of care for children and adolescents. Arch Pediatr Adolesc Med. 2010 Jul;164(7):675. PubMed PMID: 20603470.

**Rivara FP**, Brosco JP.  The Archives of Pediatrics and Adolescent Medicine at 100: another turning point in medical publishing.  Arch Pediatr Adolesc Med 2011; 165:6-8

**Rivara FP**. Counterpoint: minor injuries may not be all that minor. Inj Prev. 2011 Apr 20. PubMed PMID: 21507885.

**Rivara FP**, Sattin RW. Preventing bicycle-related injuries: next steps. Inj Prev. 2011 May 10.

**Rivara FP**. Searching for effective treatment.  Arch Pediatr Adolesc Med 2011; 165:1137-8.

Psaty BM, **Rivara FP**.  Universal screening and drug treatment of dyslipidemia in children and adolescents.  JAMA 2012; 307:257-8.

**Rivara FP**. Concussion: Time to Start Paying Attention. Arch Pediatr Adolesc Med. 2012 Mar 5.

Bauchner H, Albert DM, Coyle JT, Freischlag JA, Larrabee WF, Levine PA, Redberg RA, **Rivara FP**, Robinson JK, Rosenberg RN. The JAMA Network Journals: New Names for the Archives Journals. JAMA. 2012 Jul 2:1.

Christakis DA, Joffe A, Keren R, Davis MM, Shah SS, **Rivara FP**. Introducing JAMA Pediatrics. Arch Pediatr Adolesc Med. 2012 Jul 1;166(7):663

Cummings P, **Rivara FP**.  Spin and boasting in research articles.  Arch Pediatr Adolesc Med 2012; Oct 22.

**Rivara FP**. Continuing Evolution at JAMA Pediatrics. JAMA Pediatr. 2014 Oct 1;168(10):884 PMID: 25285861.

**Rivara FP**. Youth suicide and access to guns. JAMA Pediatr. 2015 May 1;169(5):429-30. PubMed PMID: 25751519.

McDonald CC, **Rivara F**. Capitalizing on research-industry partnerships to advance injury prevention. Inj Prev. 2015 Jun;21(3):214. PubMed PMID: 25995202.

Frederick P. Rivara, M.D., M.P.H.                                           56

Chrisman SP, **Rivara** FP. Physical Activity or Rest After Concussion in Youth: Questions About Timing and Potential Benefit. JAMA. 2016 Dec 20;316(23):2491-2492. doi: 10.1001/jama.2016.17562. PubMed PMID: 27997637.

**Rivara FP**, Fan MD. Pediatricians, Firearms, and the First Amendment. JAMA Pediatr. 2017 Jun 5. doi: 10.1001/jamapediatrics.2017.1145. [Epub ahead of print] PubMed PMID: 28586831.

Christakis DA, **Rivara FP**. Guns and Violent Media-A Toxic Mix With an Available Antidote. JAMA Pediatr. 2017 Sep 25

Rowhani-Rahbar A, **Rivara FP**. Firearm Injury After Gun Shows: Evidence to Gauge the Potential Impact of Regulatory Interventions. Ann Intern Med. 2017 Oct 24

Bauchner H, **Rivara FP**, Bonow RO, Bressler NM, Disis MLN, Heckers S, Josephson SA, Kibbe MR, Piccirillo JF, Redberg RF, Rhee JS, Robinson JK. Death by Gun Violence-A Public Health Crisis. JAMA. 2017 Oct 9.

**Rivara FP**, Easley TJ, Flanagin A, Bauchner H. Announcing JAMA Network Open-A New Journal From The JAMA Network. JAMA. 2017 Oct 3;318(13):1230-1232

<u>NATIONAL AND INTERNATIONAL INVITATIONAL LECTURES AND VISITING PROFESSORSHIPS</u>

Annual meeting keynote speaker, Child Accident and Prevention Trust, London, UK, October 27, 1993

The role of medicine in Violence Prevention. Hastings Center, New York, New York, 1994

Community based approaches to Injury Prevention.  Crippled Children's Foundation Forum on Child Health, invited faculty, University of Tennessee, Memphis, TN, October 12-13, 1995

Bicycle helmets and prevention of head injuries.   Department of Pediatrics, New York University, New York, New York.

Guns and risk of Violent Death. Department of Pediatrics, SUNY at Buffalo, New York

Community Approaches to Injury Control.  Pediatric Grand Rounds, Children's Hospital and Medical Center, Cincinnati, OH, July 2, 1996.

Community Approaches to Injury Control.  Pediatric Grand Rounds, Children's Hospital of Philadelphia

Community Approaches to Injury Control.  Pediatric Grand Rounds, Hospital for Sick Children, Dept. of Surgery, Toronto, Canada.

Science and injury control.  State of the Art Plenary Session, Society for Pediatric Research, Washington, D.C., May 3, 1997

Frederick P. Rivara, M.D., M.P.H.                                                              57

Alcohol and the risk of injury.  4th Burlington Northern Visiting Lectureship in Trauma. The University of Texas Southwestern Medical Center at Dallas, Dallas, TX, February 25, 1998.

Role of the pediatrician in violence prevention.  Visiting Professor, Grand Rounds. University of Arkansas, Arkansas Children's Hospital, Little Rock, AR,  April 6-7, 1998.

Keynote address at the 1998 Charles C. Shepard Science Award, "Injury Control – the Uses of Science for Prevention."  Centers for Disease Control and Prevention, Atlanta, GA, May 7, 1998.

Role of the pediatrician in violence prevention. Silverman Lectureship, State University of New York, Department of Pediatrics, Syracuse, NY, November 4, 1998.

Child occupant protection.  Keynote speaker, Lifesavers Conference, Seattle, Washington, March 22, 1999.

Community approaches to injury control.  The Pele Chandler Lectureship, Pediatric Grand Rounds, Baylor College of Medicine, Houston, TX, May 21, 1999.

The Inaugural Lydia Catherine McCutcheon Lecture on Childhood Injury Prevention, "Motor vehicle crashes.  Causes and prevention of injury," Surgical Services Grand Rounds, Hospital for Sick Children, Toronto, Ontario, Canada, January 11, 2001.

Using science to change public policy.  Visiting Professor, Department of Pediatrics, University of Michigan, Ann Arbor Michigan.  September 2001.

Keynote Speaker, SafeUSA Conference Atlanta, GA.  December 3, 2001

(1) Using science to change public policy. (2) Mentoring junior faculty.  Pfizer Visiting Professor, Boston Medical Center, March 2002

Mentoring fellows and junior faculty.  Leader, Session at 2003 Pediatric Academic Societies meeting,  May 2002

Prevention of Injuries to Children and Adolescents Plenary Session, 6th World Conference of Injury Prevention and Control, Montreal, Canada, May 12-15, 2002

Using science to change public policy.  Visiting Professor, Grand Rounds, University of Tennessee, Memphis, TN, June 18-19, 2002

Using science to change public policy.  Keynote speaker, Robert Wood Johnson Generalist Faculty Scholar Annual Meeting, Ponte Vedra, FL December 3, 2002.

Mentoring fellows and junior faculty.  Leader, Session at 2003 Pediatric Academic Societies meeting, Seattle, WA, May 2003

"Breakfast with the Professor", 2003 Pediatric Academic Societies meeting, Seattle, WA, May 2003

Role of the pediatrician in violence prevention.  Annual Alan Ross Lecturer, McGill University Health Centre, Montreal, Quebec, Canada; September 17, 2003

Featured presenter at the 2003 Annual Meeting of the American Public Health Association's Injury Control and Emergency Health Services section special session, San Francisco, CA  November 17, 2003

Frederick P. Rivara, M.D., M.P.H.                                                           58

Pediatric determinants of adult disease.  Visiting Professor, Department of Pediatrics, Yale University.  2004

Mentoring fellows and junior faculty.  Leader, Session at 2004 Pediatric Academic Societies meeting, May 2004

The Second Annual Rud Polhill lecture, Department of Pediatrics, University of Alabama Birmingham, April 13, 2005.

Methodologic considerations for Injury Research. Ambulatory Pediatric Association Injury Control Special Interest Group. Pediatric Academic Societies' Annual Meeting. Washington, DC. May 16, 2005

The 1 million lives campaign.  Ambulatory Pediatric Association Injury Control Special Interest Group. Pediatric Academic Societies' Annual Meeting. Washington, DC. May 2006

Interventions during childhood to prevent later violence and homicide.  Annual Meeting of the American Society of Criminology, Los Angeles, November 2006.

Intimate partner violence and its effects on children.  Annual Cornfeld lecture. Children's Hospital of Philadelphia, January 31, 2007

The scientific basis of injury research.  Invited to deliver the Grant Gall lecture. University of Calgary and Alberta Children's Hospital, Calgary, Canada. February 7, 2007.

Intimate partner violence.  19th Annual WAMI Trauma Conference, Seattle June 3, 2008.

On becoming a physician: Idealism and Science.  Keynote Speaker at the University of Tennessee College of Medicine White Coat Ceremony, August 15, 2008.

Global Health and Childhood Injury.  Keynote address to the Section on Injury, Violence and Poison Prevention, AAP National Meeting, Boston, October 13, 2008.

Non-randomized designs.  Workshop at the Pediatric Academic Societies Meeting, Baltimore May 5, 2009.

Ethical issues in manuscript preparation.  Workshop at the Pediatric Academic Societies Meeting, Baltimore May 2, 2009.

35th William T. Fitts, Jr. Oration, Annual Meeting of the American Association for the Surgery of Trauma,  Pittsburgh October 2, 2009.

Keynote Speaker, Owen Wells Symposium, Maine Medical Center, November 13, 2009

Global injury control.  The William T. Fitts, Jr., MD Annual Lectureship in Trauma, Annual meeting of the American Association for the Surgery of Trauma, September 2009.

Plenary Speaker, "Moving forward in controlling injuries to children"  Safety 2010 World Conference, London , UK September 22, 2010.

Frederick P. Rivara, M.D., M.P.H.                                                    59

Improving Access to Oral Health Care, Physician and Dentist: Together managing early childhood health, Seattle July 28, 2011

California Report Dissemination Workshop, San Francisco, August 4, 2011
Improving oral health care for children.

Preventing injuries to children around the world.  Excellence in Pediatrics Annual Meeting, Istanbul November 2011.

Role of pediatricians in controlling and preventing injuries. 35th Al's Run Visiting Professor, Children's Hospital of Milwaukee, September 2012.

Impact of intimate partner violence on children,  Excellence in Pediatrics Annual Meeting, Madrid, November 2012.

Writing your first paper.  PAS/APPD Core curriculum fellows; series.  PAS annual meeting, San Diego, April 24, 2015

Adventures in Journal Editing.  PAS Annual meeting, San Diego, April 26, 2015

Novel insights into pediatric trauma.  PAS Topic Symposium, San Diego April 27, 2015

Sports concussions in Youth.  The 2015 Harry Medovy Lecture, Children's Hospital, Winnipeg, University of Manitoba. 2015

Keynote speaker.  42nd Annual Rocky Mountain Trauma & Emergency Medicine conference.  Jun 2015.

Prevention of injuries to children and Adolescents: Where we have been, where we Need to go.  Injury Free Coalition annual meeting , Fort Lauderdale Nov 14, 2015.

Keynote speaker, 3rd annual meeting of the Pediatric Trauma Society, Nashville TN
        2016

Keynote Speaker.  2017 Templeton Pediatric Trauma Symposium.  Pittsburgh, PA
        March 3, 2017.  Lessons from 30 years of Pediatrics Injury Control and Advocacy

Keynote Speaker, Society for Pediatric Epidemiologic Research Annual Meeting June
        20, 2017

Prevention of firearm injuries.  Grand Rounds, Texas Children's Hospital, June 2017.



The Honorable Robert S. Lasnik

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

8
9
10

11   STATE OF WASHINGTON, et al.          NO. 2:18-cv-01115-RSL

12              Plaintiffs,               DECLARATION OF
                                          MARK RACINE
13        v.

14   UNITED STATES DEPARTMENT OF
     STATE; MICHAEL R. POMPEO, in his
15   official capacity as Secretary of State;
     DIRECTORATE OF DEFENSE TRADE
16   CONTROLS; MIKE MILLER, in his official
     capacity as Acting Deputy Assistant Secretary
17   of Defense Trade Controls; and SARAH
     HEIDEMA, in her official capacity as Director
18   of Policy, Office of Defense Trade Controls
     Policy; DEFENSE DISTRIBUTED; SECOND
19   AMENDMENT FOUNDATION, INC.; and
     CONN WILLIAMSON
20
21
              Defendants.
22
23
24
25
26

DECLARATION OF MARK RACINE          1

2:18-cv-01115-RSL

I, Mark Racine, declare as follows:

1.      I am the Chief Information Officer ("CIO") for the Boston Public Schools ("BPS"), a school system serving more than 56,000 students in 125 schools from prekindergarten through grade 12.

2.      As the CIO, I am responsible for BPS' technology equipment, hardware, software, systems and related services.

3.      Three dimensional ("3D") printers are available to students in many BPS schools, and students are learning, as part of the curriculum, to operate these technologies.

4.      The declining price of 3D printers, coupled with the inclusion in our Computer Science pathways, has increased the accessibility of 3D printers in many of our schools. We currently support over 100 3D printers in BPS with over 50 teachers trained on the use of 3D printers this last spring.

5.      Moreover, 3D printers are becoming more prevalent and available outside of school, as more advanced and affordable models come to the market.

6.      Many of our teachers and students are acquiring 3D printers on their own as the cost continues to drop, with some models already on the market for under $100. We feel strongly that our students must be prepared to learn and work with technology such as 3D

DECLARATION OF MARK RACINE            2

2:18-cv-01115-RSL

printers, but the availability of downloadable plans for firearms sends the wrong message about the role of this technology to our students.

7.     The safety of our students, both in and out of school, is the highest priority for the Boston Public Schools and we strongly discourage the distribution of electronic blueprints for the construction of firearms.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _____ day of August, 2018 at Boston, Massachusetts.

_____

MARK RACINE

DECLARATION OF MARK RACINE          3

2:18-cv-01115-RSL

The Honorable Robert S. Lasnik

1

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
8 **AT SEATTLE**

9

| | |
|---|---|
| STATE OF WASHINGTON, et al. | NO. 2:18-cv-01115-RSL |
| Plaintiffs, | DECLARATION OF GAREN WINTEMUTE |
| v. | |
| UNITED STATES DEPARTMENT OF STATE; MICHAEL R. POMPEO, in his official capacity as Secretary of State; DIRECTORATE OF DEFENSE TRADE CONTROLS; MIKE MILLER, in his official capacity as Acting Deputy Assistant Secretary of Defense Trade Controls; and SARAH HEIDEMA, in her official capacity as Director of Policy, Office of Defense Trade Controls Policy; DEFENSE DISTRIBUTED; SECOND AMENDMENT FOUNDATION, INC.; and CONN WILLIAMSON | |
| Defendants. | |

I, Garen Wintemute, hereby declare as follows:

1.   I received my B.S. from Yale University in 1973; my M.D. from the UC Davis
School of Medicine in 1977; and M.P.H. from the Johns Hopkins University
Bloomberg School of Public Health in 1983.

DECLARATION OF
GAREN WINTEMUTE
1

2:18-cv-01115-RSL

| | | |
|---|---|---|
| 1 | 2. | I am presently the Director of the Violence Prevention Research Program at UC |
| 2 | | Davis School of Medicine, which is a research center dedicated to (1) |
| 3 | | conducting research and developing sound scientific evidence on the nature, |
| 4 | | causes, consequences, and prevention of firearm violence; (2) promoting the |
| 5 | | adoption of evidence-based firearm violence prevention measures; and (3) |
| 6 | | increasing education and training in firearm violence research and its |
| 7 | | applications |
| 8 | 3. | I am also Director of the University of California Firearm Violence Research |
| 9 | | Center, the nation's first publicly funded center for research and policy |
| 10 | | development on firearm violence. |
| 11 | 4. | I have published extensive findings on gun accessibility, the relationship |
| 12 | | between gun ownership and violence, and other related topics. |
| 13 | 5. | I have also testified before Congress and served as a consultant for the National |
| 14 | | Institute of Justice; the Bureau of Alcohol, Tobacco and Firearms (on matters |
| 15 | | related to the criminal use of firearms); and the Centers for Disease Control and |
| 16 | | Prevention. |
| 17 | 6. | Today is not the first time that the United States has encountered the threat of |
| 18 | | plastic firearms. |
| 19 | 7. | In the 1980s, gun manufacturers sought to produce firearms made almost |
| 20 | | entirely out of plastic. |
| 21 | 8. | In 1988, I published an article in the official journal of the American Academy |
| 22 | | of Pediatrics explaining how plastic firearms are particularly dangerous for |
| 23 | | children who mistake them for toys. The firearms proposed for production at |
| 24 | | |

DECLARATION OF
GAREN WINTEMUTE

2

2:18-cv-01115-RSL

1    that time would also have been undetectable by security screening devices at

2    airports and other public places.

3    9.   Later that year, Congress passed the Undetectable Firearms Act, a federal law

4    that prohibits the manufacture and sale of these dangerous weapons.

5    10.   Thankfully, as a result of this and other similar laws, undetectable, plastic

6    firearms that resemble toys have not caused serious public health problems over

7    the past thirty years.

8    11.   But the danger is now back – and this time it is even greater than before.

9    12.   Because modern-day plastic firearms may be made by virtually anyone with

10    access to a 3D printer, these deadly weapons will likely have greater public

11    health consequences than anything we could have imagined back in 1988.

12    13.   The number of unintentional shooting deaths of children will likely increase as

13    many children may believe the weapons are toys.

14    14.   The inability of plastic firearms to be detected by metal detectors will likely

15    lead to these weapons being taken into schools, prisons, courthouses, and other

16    places of public accommodation.

17    15.   Because they will not have serial numbers or other identifying information, they

18    will not be traceable for criminal justice purposes and for that reason will be

19    particularly suitable for criminal use. With current firearms, as studies by the

20    Bureau of Alcohol, Tobacco and Firearms have shown, criminal users often go

21    to great lengths to obliterate serial numbers.

22

23

24

DECLARATION OF
GAREN WINTEMUTE

3

2:18-cv-01115-RSL

16.   Finally – and perhaps most importantly – plastic firearms will almost certainly be used by people who pose a danger to themselves or others – including people with mental illness or a history of violence.

17.   For all these reasons, there is no doubt that plastic firearms pose a grave threat to public health and safety.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 3rd day of August, 2018, at _____Sacramento_____, California.

_____
GAREN WINTEMUTE

DECLARATION OF
GAREN WINTEMUTE

4

2:18-cv-01115-RSL

The Honorable Robert S. Lasnik

1

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
8 **AT SEATTLE**

9

STATE OF WASHINGTON, et al.              NO. 2:18-cv-01115-RSL
10
                    Plaintiffs,          DECLARATION OF
11                                       DAVID HEMENWAY
          v.
12
UNITED STATES DEPARTMENT OF
13 STATE; MICHAEL R. POMPEO, in his
official capacity as Secretary of State;
14 DIRECTORATE OF DEFENSE TRADE
CONTROLS; MIKE MILLER, in his official
15 capacity as Acting Deputy Assistant Secretary
of Defense Trade Controls; and SARAH
16 HEIDEMA, in her official capacity as Director
of Policy, Office of Defense Trade Controls
17 Policy; DEFENSE DISTRIBUTED; SECOND
AMENDMENT FOUNDATION, INC.; and
18 CONN WILLIAMSON

19                  Defendants.

20

21      I, David Hemenway, declare as follows:

22      1.      I am over the age of 18 and have personal knowledge of all the facts stated herein.

23      2.      I received my B.A. from Harvard University in 1966 and my Ph.D from Harvard

24              University in 1974.

DECLARATION OF                           1
DAVID HEMENWAY

2:18-cv-01115-RSL

1    3.    I am Professor of Health Policy at the Harvard (T.H. Chan) School of Public

2          Health and Director of the Harvard Injury Control Research Center.  Since

3          1990, faculty of the Center have written over 150 journal articles on firearm

4          issues.

5    4.    I am personally the first-author of over 80 journal articles, including articles on

6          the topics of firearms, violence, and suicide.

7    5.    I am also the sole author of five books, including Private Guns Public Health

8          (2006, 2017), which summarizes the literature on the relationship between guns

9          and injuries, and describes the public health approach to reducing firearms

10         violence.

11   6.    In 2012, I was recognized by the Centers for Disease Control & Prevention as

12         one of the "twenty most influential injury and violence professionals over the

13         past twenty years."

14   7.    My research on firearms has covered many areas, including firearms regulation,

15         the relationship between firearms and suicide, the relationship between firearms

16         and violence, and how firearms affect a community's feelings of safety.

17   8.    As a public health leader, I can tell you that the overarching goal of public

18         health is prevention.

19   9.    The goal of public health policy is to make it easy for people to stay healthy,

20         and difficult to get sick or injured.

21   10.   Instead of waiting for terrible things to happen, and only then responding, the

22         goal is to prevent bad things from happening in the first place.

23

24

DECLARATION OF                          2
DAVID HEMENWAY

2:18-cv-01115-RSL

11.   Reducing access to firearms by irresponsible persons is a major part of making that goal a reality.

12.   It is well recognized that firearms are inherently dangerous weapons that may be used to inflict serious injury and death.

13.   The evidence shows that strong gun laws are associated with lower-rates of violent death across the United States.

14.   Decades of firearms research demonstrates that firearms in the home not only increase the risk of unintentional firearm injury but also increase the risk of homicide and suicide—because of the increased risk of firearm homicide and firearm suicide.

15.   Plastic firearms pose a serious threat to public health and safety.

16.   In the 1980s, gun manufacturers figured out a way to make firearms that were made with more plastic and less metal.

17.   The public health community advocated against these weapons, and Congress responded by passing a federal law that made it illegal to sell them.

18.   As a result, plastic firearms have not been produced commercially, distributed widely, or caused serious public health problems.

19.   But print-at-home plastic firearms threaten to change all of that.

20.   Plastic firearms are more likely to be taken for toys by young children, which may lead to an increase in unintentional child fatalities and injuries.

21.   They may escape detection by metal detectors and therefore may be taken into sensitive places like schools, courtrooms, and sporting-event venues.

22.   And they are untraceable by law enforcement because they lack a serial number.

DECLARATION OF
DAVID HEMENWAY

3

2:18-cv-01115-RSL

23.    Plastic firearms may be used by people who pose a danger to themselves or others, including people with a history of violence or who are suicidal and suffering from mental illness – people who might otherwise be prevented from owning a gun had they applied for a license or submitted to a background check.

24.    In short, there is no question that plastic firearms pose a serious threat to public health and that we should not be making it easier for people to produce or obtain them.

25.    We must not wait to act until many people die or are injured, and public fear has increased from the inappropriate use of these dangerous weapons.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 3rd day of August, 2018, at ___Boston___, Massachusetts.

_____
DAVID HEMENWAY

DECLARATION OF
DAVID HEMENWAY

4

2:18-cv-01115-RSL

The Honorable Robert S. Lasnik

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

9
10
11
12
13
14
15
16
17
18
19

| | |
|---|---|
| STATE OF WASHINGTON, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE; MICHAEL R. POMPEO, in his official capacity as Secretary of State; DIRECTORATE OF DEFENSE TRADE CONTROLS; MIKE MILLER, in his official capacity as Acting Deputy Assistant Secretary of Defense Trade Controls; and SARAH HEIDEMA, in her official capacity as Director of Policy, Office of Defense Trade Controls Policy; DEFENSE DISTRIBUTED; SECOND AMENDMENT FOUNDATION, INC.; and CONN WILLIAMSON<br><br>Defendants. | NO. 2:18-cv-01115-RSL<br><br>DECLARATION OF REPRESENTATIVE ELIOT L. ENGEL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION<br><br><br>**Hearing Date: August 21, 2018** |

20

I, Eliot L. Engel, declare as follows:

21
22

1.    I am over the age of 18 and have personal knowledge of all the facts stated herein.

23

2.    I am the Ranking Member of the United States House of Representatives Committee on Foreign Affairs (the "Committee"). I write to provide the Court certain facts and

24

DECLARATION OF
REPRESENTATIVE ELIOT L. ENGEL
2:18-cv-01115-RSL

1

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1  information about my Committee's grave concerns regarding the U.S. Department of State's (the

2  "Department") temporary modification of the International Traffic in Arms Regulation (ITAR)

3  in order to approve public release to permit Defense Distributed and its associates to publish on

4  the Internet computer code for the printing of 3D firearms. The Department apparently took these

5  actions to fulfill a Settlement Agreement between the Department and Defense Distributed, a

6  "private defense firm" operated by a self-described "crypto-anarchist," and an associated

7  organization and individual.

8      3.     My Committee did not learn of the Department's decision to make the ITAR

9  modification directly from the Department. Instead, on or about July 19, 2018, a representative

10  of a non-profit organization notified a Committee staff member of the State Department's

11  Settlement Agreement, and the decision to make the ITAR modification.

12      4.     The failure of the Department to notify the Committee of the removal from the

13  United States Munitions List (USML) of the computer code at issue in the case before the Court

14  violated a federal statute. 22 U.S.C. § 2278(f) prohibits the Department from removing any item

15  from the USML without providing 30 days' prior notice to the House Committee on Foreign

16  Affairs and the Senate Committee on Foreign Relations. The Department failed to provide the

17  Committee the notice required by 22 U.S.C. § 2278(f) before the modification removing the

18  computer blueprints for printing 3D guns from the USML.

19      5.     Immediately after learning of the Settlement Agreement and the decision to make

20  the modification, Committee staff demanded to meet with Department officials. At this meeting,

21  which occurred on July 24th, Committee staff expressed deep concerns about the Settlement

22  Agreement and the modification, questioned the State Department officials about how the

23

24

DECLARATION OF
REPRESENTATIVE ELIOT L. ENGEL
2:18-cv-01115-RSL

2

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

Appendix

Page 144

1   Settlement Agreement came about, and stated that the Department's actions violated the

2   statutory notice requirement in 22 U.S.C. § 2278(f).

3         6.     Based on the information I have received from Committee staff, I have concluded

4   that the Department of State was advised by attorneys at the U.S. Department of Justice to

5   implement the Settlement Agreement despite significant concerns that some officials of the

6   Department of State had, and continue to have, that the authorization to Defense Distributed

7   provided by the Settlement Agreement creates a risk to national security. These concerns stem

8   from the threats arising from widespread dissemination to the public worldwide of computer

9   code allowing the printing of guns, including non-metallic guns, on 3D printers.

10         7.     On July 20, 2018, I wrote the Secretary of State expressing my disapproval of the

11   Department's actions and its failure to consult with Congress as required by § 2278(f). A true

12   and correct copy of this letter is attached as Exhibit 1. I expressed to the Secretary of State that

13   the removal of the computer code for 3D printing of firearms from the USML defeats U.S. laws

14   that require background checks and, because of the undetectability of plastic guns, makes it

15   virtually impossible to protect the public from terrorists, lone wolf killers, or mentally unstable

16   individuals. I also advised that the State Department had misused its authority in "temporarily"

17   modifying the ITAR because there can be nothing temporary about posting the blueprints for 3D

18   printing of weapons on the internet.

19         9.     The removal of items from the USML, and the concomitant notice to the

20   Committee required by 22 U.S.C. § 2278(f), are rare.

21         10.     Further, the notice required by 22 U.S.C. § 2278(f) is far from an administrative

22   formality, but instead has an important function for Congress. Congress pays close attention to

23

24

DECLARATION OF
REPRESENTATIVE ELIOT L. ENGEL
2:18-cv-01115-RSL

3

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

Appendix

Page 145

1 | the notices and the nature of the items proposed to be removed from the USML. These notices

2 | enable Congress to exercise its constitutional oversight authority and ensure national security.

3 | 11. In reality, the Department typically accords the Committee more deference in the

4 | review process than even 22 U.S.C. § 2278(f) provides. It is common when the Department

5 | proposes to remove items from the USML for the Department to give significantly longer than

6 | 30 days' notice to the Committee. The Department works intensively with Congress during this

7 | period. It meets regularly with staff, explains what it is seeking to remove from the list and why,

8 | and details the reasons the removal will not endanger national security or U.S. interests. There

9 | is an active back-and-forth between the Department and Congress during this process.

10 | 12. Congress does not simply rubber stamp removals from the USML. In this case,

11 | the Department's actions not only violated the statutory notice requirement but diverged from

12 | established practice when items are proposed for removal from the USML.

13 | I declare under penalty of perjury under the laws of the United States of America that the

14 | foregoing is true and correct.

15 | DATED this _7_ day of August, 2018, at _Washington, DC_.

16 |

17 | *Eliot L. Engel*

18 | Representative Eliot L. Engel
   | Member, United States House of Representatives

19 |

20 |

21 |

22 |

23 |

24 |

DECLARATION OF
REPRESENTATIVE ELIOT L. ENGEL
2:18-cv-01115-RSL

4

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

# Exhibit 1

EDWARD R. ROYCE, CALIFORNIA
CHAIRMAN

AMY PORTER        THOMAS SHEEHY
CHIEF OF STAFF    STAFF DIRECTOR

ELIOT L. ENGEL, NEW YORK
RANKING DEMOCRATIC MEMBER

JASON STEINBAUM
DEMOCRATIC STAFF DIRECTOR



One Hundred Fifteenth Congress
U.S. House of Representatives
Committee on Foreign Affairs
2170 Rayburn House Office Building
Washington, DC 20515
www.foreignaffairs.house.gov

July 20, 2018

The Honorable Mike Pompeo
Department of State
2201 C Street, NW
Washington, DC  20520

Dear Mr. Secretary:

I write to register my profound concern about an action by Department of State officials to remove from export controls certain software for 3-D printing of firearms.  This is exceptionally dangerous because it will promote global availability of such technical information and consequent unrestricted manufacture of firearms.  This action was taken in settling a lawsuit: Defense Distributed v. United States.

There are several disturbing aspects of the Department's action. Foremost is the likelihood that weapons will become available to anyone with a laptop and a 3-D printer.  This defeats US laws which require background checks on the sale of weaponry.  The danger is magnified because 3-D printed fireams would be made of plastic and, therefore, undetectable by most security systems.  With these stealthy weapons in the hands of terrorists, lone wolf killers, or mentally unstable individuals, it will become virtually impossible to protect anyone from gun violence.

Moreover, the text of the settlement, attached, suggests that the Department's officials are mis-using authority under Section 126.2 of the International Traffic in Arms Regulations to "temporarily" remove this technical information from the United States Munitions List (USML). However, as anyone who has ever posted something on the internet knows, once posted, the item is instantly and permanently available to all who seek it. Therefore, it is impossible to temporarily publish 3-D gun printing software on the internet. Inasmuch as Sec. 126.2 authority is reserved for use only in the interests of U.S. security and foreign policy, it stretches credulity to believe that release of this information is in the U.S. interest.

The Honorable Mike Pompeo
Department of State
2201 C Street, NW
Washington, DC  20520

Use of this temporary ITAR authority also suggests that Department officials sought a way to avoid complying with Section 38(f) of the Arms Export Control Act, which requires advance notification to Congress for any removal from the USML.

The settlement of this lawsuit is slated to go into effect by July 27th.  I urge you to suspend the Department's implementation of the settlement immediately and prevent the inappropriate and dangerous release of this technical information.

Sincerely,

ELIOT L. ENGEL
Ranking Member