The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>                Defendants. | NO. 2:18-cv-01115-RSL<br><br>DECLARATION OF JEFFREY RUPERT IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION<br><br>**Hearing Date: August 21, 2018** |

I, Jeffrey Rupert, declare as follows:

1. I am over the age of 18 and have personal knowledge of all the facts stated herein.

2. I am an Assistant Attorney General with the Washington State Attorney General's Office and counsel of record for the State of Washington in this matter.

3. Attached hereto as Exhibit 1 is a true and correct copy of the August 1, 2018 Press Briefing by Press Secretary Sarah Sanders, available at https://www.whitehouse.gov/briefings-statements/press-briefing-press-secretary-sarah-sanders-080118/.

4. Attached hereto as Exhibit 2 is a true and correct copy of the May 11, 2015 Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Preliminary

DECLARATION OF
JEFFREY RUPERT
2:18-cv-01115-RSL

1

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

Injunction in *Def. Distributed v. U.S. Dep't of State*, No. 1:15-cv-00372-RP (W.D. Tex.), ECF No. 8.

5. Attached hereto as Exhibit 3 is a true and correct copy of Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction (filed June 10, 2015) in *Def. Distributed v. U.S. Dep't of State*, No. 1:15-cv-00372-RP (W.D. Tex.), ECF No. 32.

6. Attached hereto as Exhibit 4 is a true and correct copy of Defendants' Motion to Dismiss Second Amended Complaint (filed April 6, 2018) in *Def. Distributed v. U.S. Dep't of State*, No. 1:15-cv-00372-RP (W.D. Tex.), ECF No. 92.

7. Attached hereto as Exhibit 5 is a true and correct copy of Plaintiffs' Unopposed Motion to Stay Proceedings to Complete Settlement (filed April 30, 2018) in *Def. Distributed v. U.S. Dep't of State*, No. 1:15-cv-00372-RP (W.D. Tex.), ECF No. 93.

8. Attached hereto as Exhibit 6 is a true and correct copy of the August 2, 2018 letter from the U.S. Department of Justice to Jeff Sprung, Assistant Attorney General for the State of Washington.

9. Attached hereto as Exhibit 7 is a true and correct copy of the July 27, 2018 letter of the United States Department of State to Mr. Cody R. Wilson, Defense Distributed, and Second Amendment Foundation, Inc. in *Def. Distributed v. Grewal*, No. 1:18-cv-00637 (W.D. Tex.), ECF No. 1-2.

10. Attached hereto as Exhibit 8 is a true and correct copy of the July 27, 2018 Stipulation of Dismissal with Prejudice in *Def. Distributed v. U.S. Dep't of State*, No. 1:15-cv-00372-RP (W.D. Tex.), ECF No. 112.

DECLARATION OF
JEFFREY RUPERT
2:18-cv-01115-RSL

2

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1   11. Attached hereto as Exhibit 9 is a true and correct copy of the August 8, 2018 letter of Robert Menendez, Ranking Member, United States Senate, to the Honorable Robert W. Ferguson, Attorney General of Washington.

12. Attached hereto as Exhibit 10 is a true and correct copy of the July 25, 2018 letter of Robert Menendez, Ranking Member, United States Senate, to the Honorable Michael Pompeo, Secretary of State.

13. Attached hereto as Exhibit 11 is a true and correct copy of the July 26, 2018 United States Senate letter to Secretary of State Mike Pompeo available at https://www.markey.senate.gov/imo/media/doc/Letter%20to%20State%203D%20Printed%20Firearms.pdf.

14. Attached hereto as Exhibit 12 is a true and correct copy of the July 31, 2018 letter of Edward R. Royce, Chairman of the United States House of Representatives Committee on Foreign Affairs available at https://foreignaffairs.house.gov/wp-content/uploads/2018/07/7.31.18-POTUS-3D-Guns.pdf.

15. Attached hereto as Exhibit 13 is a true and correct copy of the March 16, 2018 Second Amended Complaint filed in *Def. Distributed v. U.S. Dep't of State*, No. 1:15-cv-00372-RP (W.D. Tex.), ECF No. 90.

16. Attached hereto as Exhibit 14 is a true and correct copy of the July 10, 2018 TechCrunch article, *Court victory Legalizes 3D-printable gun blueprints*, authored by Devin Coldewey, available at https://techcrunch.com/2018/07/10/court-victory-legalizes-3d-printable-gun-blueprints/.

DECLARATION OF JEFFREY RUPERT
2:18-cv-01115-RSL
3
ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

17. Attached hereto as Exhibit 15 is a true and correct copy of the August 1, 2018 Vox article, *The battle to stop 3D-printed guns, explained*, authored by German Lopez, available at https://www.vox.com/2018/7/31/17634558/3d-printed-guns-trump-cody-wilson-defcad.

18. Attached hereto as Exhibit 16 is a true and correct copy of the March 1, 2013 Ars Technica article, *"Download this gun": 3D printed semi-automatic fires over 600 rounds*, authored by Cyrus Farviar, available at https://arstechnica.com/tech-policy/2013/03/download-this-gun-3d-printed-semi-automatic-fires-over-600-rounds/.

19. Hyperlinked below is a true and correct representation of the YouTube Video *First Functional 3D PRINTED GUN (the LIBERATOR) Is Fired!* (published May 9, 2013) available at https://www.youtube.com/watch?v=foE6Bladlj8 (accessed 8/9/18).

20. Attached hereto as Exhibit 17 is a true and correct copy of the August 9, 2016 3D Printing Industry article, *3D Printed Gun Seized by TSA*, authored by Nick Hall, available at https://3dprintingindustry.com/news/3d-printed-gun-seized-by-tsa-91671/.

21. Attached hereto as Exhibit 18 is a true and correct copy of the July 19, 2018 Independent article, *3D printed guns seized by Australian police during raid*, authored by Tom Barnes, available at https://www.independent.co.uk/news/world/australasia/guns-3d-printed-australia-seized-police-raid-queensland-a8454486.html.

22. Attached hereto as Exhibit 19 is a true and correct copy of the August 2018 All3DP article, *2018 3D Printed Gun Report – All You Need to Know*, authored by Tyler Koslow, available at https://all3dp.com/3d-printed-gun-firearm-weapon-parts/.

23. Attached hereto as Exhibit 20 is a true and correct copy of the October 7, 2013 Declaration of Cathy L. Lanier filed in *Dick Anthony Heller, et al. v. District of Columbia, et al.*, No. 1:08-cv-01289-JEB (D.C.), ECF No. 73-8.

DECLARATION OF
JEFFREY RUPERT
2:18-cv-01115-RSL

4

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1   24. Attached hereto as Exhibit 21 is a true and correct copy of the August 1, 2018 USA Today article, *Plastic 3D guns printed at home will raise threat level for everyone, especially Congress*, authored by Terrance Gainer, available at https://www.usatoday.com/story/opinion/2018/08/01/plastic-guns-3-d-printers-raise-threat-level-congress-column/879432002/.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 9th day of August, 2018, at Seattle, Washington.

*/s/ Jeffrey Rupert*
Jeffrey Rupert

DECLARATION OF
JEFFREY RUPERT
2:18-cv-01115-RSL

5

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

# DECLARATION OF SERVICE

I hereby certify that on August 9, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will serve a copy of this document upon all counsel of record.

DATED this 9th day of August, 2018, at Seattle, Washington.


*/s/ Jeffrey Rupert*
JEFFREY RUPERT

DECLARATION OF
JEFFREY RUPERT
2:18-cv-01115-RSL

6

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(206) 464-7744