The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>Defendants. | No. 2:18-cv-1115-RSL<br><br>**DECLARATION OF STUART J. ROBINSON IN SUPPORT OF FEDERAL DEFENDANTS' BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF ADMINISTRATIVE RECORD**<br><br>**NOTED FOR:** August 10, 2018 |

**DECLARATION OF STUART J. ROBINSON**

I, Stuart J. Robinson, declare as follows:

1. I am a Trial Attorney in the United States Department of Justice, Civil Division, Federal Programs Branch. I am one of the counsel for Defendants United States Department of State; Michael R. Pompeo, in his official capacity as Secretary of State; Directorate of Defense Trade Controls; Mike Miller, in his official capacity as Acting Deputy Assistant Secretary of Defense Trade Controls; and Sarah Heidema, in her official capacity as Director of Policy, Office of Defense Trade Controls Policy (collectively, "Federal Defendants"), in the above-captioned case.

2. The statements made herein are based on my personal knowledge.

3. On August 2, 2018, Joel Ard, counsel for Defendants Defense Distributed, the Second Amendment Foundation, and Conn Williamson, informed Jeff Rupert, counsel for Plaintiffs, that he was not available to attend the hearing on a potential preliminary injunction set by the

Declaration of Stuart J. Robinson
(No. 2:18-cv-1115-RSL) – 1

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Tel: (415) 436-6635

Court for August 10, 2018. The parties eventually agreed to telephone the Court to request that the hearing be continued and that the Court set an agreed-upon briefing schedule.

4. Later on August 2, 2018, the parties jointly telephoned the Court's chambers. In discussions with the Court's Judicial Assistant, both Plaintiffs and Federal Defendants represented that they each expected to file briefs and at least one declaration in connection with the proposed briefing on a potential preliminary injunction. Based on the Court's availability for a hearing on August 21, 2018, the parties agreed upon a briefing schedule and conveyed that agreement to the Court's Judicial Assistant.

5. During the joint telephone calls with the Court's chambers, no mention was made by either party of an administrative record.

6. On August 3, 2018, the Court entered a scheduling order reflecting the parties' agreement. *See* Order Rescheduling PI Hearing, Establishing Briefing Schedule, And Extending TRO, Dkt. No. 30.

\* \* \* \* \*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of August, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Stuart J. Robinson*
　　　　　　　　　　　　　　　　　　　　　　　　　STUART J. ROBINSON

Declaration of Stuart J. Robinson
(No. 2:18-cv-1115-RSL) – 2

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Tel: (415) 436-6635