The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | No. 2:18-cv-1115-RSL |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE** |
| UNITED STATES DEPARTMENT OF STATE, et al., | |
| Defendants. | |

NOTICE OF APPEARANCE
*State of Washington, et al. v. Dep't of State, et al.*, 2:18-cv-1115-RSL

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**20 Massachusetts Ave. NW**
**Washington, DC 20530**
**Tel: (202) 305-8648**

PLEASE TAKE NOTICE that Steven A. Myers, Trial Attorney with the U.S. Department of Justice, hereby enters his appearance on behalf of Defendants United States Department of State; Michael R. Pompeo, in his official capacity as Secretary of State; Directorate of Defense Trade Controls; Mike Miller, in his official capacity as Acting Deputy Assistant Secretary of Defense Trade Controls; and Sarah Heidema, in her official capacity as Director of Policy, Office of Defense Trade Controls Policy (collectively, "Federal Defendants").

DATED: August 13, 2018            Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ANNETTE L. HAYES
Acting United States Attorney

KERRY KEEFE
Civil Chief

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

*/s/ Steven A. Myers*
STEVEN A. MYERS, NY Bar No. 4823043
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
(202) 305-8648 (telephone)
(202) 616-8460 (facsimile)
steven.a.myers@usdoj.gov

*Attorneys for Federal Defendants*

NOTICE OF APPEARANCE - 1
*State of Washington, et al. v. Dep't of State, et al.*, 2:18-cv-1115-RSL

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**20 Massachusetts Ave. NW**
**Washington, DC 20530**
**Tel: (202) 305-8648**

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2018, I electronically filed the foregoing Notice of Appearance using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

Dated: August 13, 2018            */s/ Steven A. Myers*
                                                        STEVEN A. MYERS

NOTICE OF APPEARANCE
*State of Washington, et al. v. Dep't of State, et al.*, 2:18-cv-1115-RSL

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**20 Massachusetts Ave. NW**
**Washington, DC 20530**
**Tel: (202) 305-8648**