UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.*, <br><br> Defendants. | NO. C18-1115RSL <br><br> ORDER DENYING MOTION FOR RELIEF FROM PRO HAC VICE REQUIREMENTS |

This matter comes before the Court on "Plaintiff State of Oregon's Motion for Relief from Pro Hac Vice Requirements." Dkt. # 57. The motion is DENIED. As is the norm in this district, counsel who are not admitted to practice before the Court must submit an application to participate in this case pro hac vice and must be represented by local counsel. See <u>State of Washington v. Trump</u>, C17-0141JLR. Because Senior Assistant Attorney General Scott J. Kaplan is a member of the Washington State Bar Association, he need not submit a pro hac vice application. He may not, however, act as local counsel for purposes of LCR 83.1(d).

Dated this 16th day of August, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR RELIEF
FROM PRO HAC VICE REQUIREMENTS - 1