# United States District Court
## WESTERN DISTRICT OF WASHINGTON
Office of the Clerk

| | |
|---|---|
| WILLIAM M. McCOOL | 700 STEWART STREET |
| CLERK | SEATTLE, WASHINGTON 98101 |

August 20, 2018

In re: *States of Washington, et al. v. United States Department of State, et. al*
      2:18-cv-1115-RSL

**Pro Hac Vice Admission**

It will be necessary for the attorneys listed below to apply for Pro Hac Vice Admission in this case per LCR 83.1:

- Kimberly Massicotte
- Joseph Rubin
- Maura Murphy Osborne
- Julia Doyle Bernhardt
- Jennifer Katz
- Jeremy M. Feigenbaum
- Barbara D. Underwood
- Jonathan B. Miller
- Josh Shapiro
- Robyn Bender
- Jimmy Rock
- Nelson R. Richards
- Mark Beckington
- Thomas Patterson
- Matthew D. Grove
- Ilona M. Kirshon
- Patricia A. Davis
- Robert T. Nakatsuji
- Brett E. Legner
- Katelin B. Buell
- Sarah A. Hunger
- Nathan Blake
- Jacob Campion
- Sripriya Narasimhan
- Michael W. Field
- Susan Urso

- Benjamin D. Battles
- Samuel T. Towel

If you have questions about admission, e-filing, or to register for training, please contact ECF Support at 1-866-323-9293 or cmecf@wawd.uscourts.gov.