The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON; STATE OF CONNECTICUT; STATE OF MARYLAND; STATE OF NEW JERSEY; STATE OF NEW YORK; STATE OF OREGON; COMMONWEALTH OF MASSACHUSETTS; COMMONWEALTH OF PENNSYLVANIA; DISTRICT OF COLUMBIA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF IOWA; STATE OF MINNESOTA; STATE OF NORTH CAROLINA; STATE OF RHODE ISLAND; STATE OF VERMONT, and COMMONWEALTH OF VIRGINIA,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE; MICHAEL R. POMPEO, in his official capacity as Secretary of State; DIRECTORATE OF DEFENSE TRADE CONTROLS; MIKE MILLER, in his official capacity as Acting Deputy Assistant Secretary of Defense Trade Controls; SARAH HEIDEMA, in her official capacity as Director of Policy, Office of Defense Trade Controls Policy; DEFENSE DISTRIBUTED; SECOND AMENDMENT FOUNDATION, INC.; AND CONN WILLIAMSON,<br><br>Defendants. | NO.:  2:18-cv-01115-RSL<br><br><br>**ANSWER OF DEFENDANTS DEFENSE DISTRIBUTED, SECOND AMENDMENT FOUNDATION, AND CONN WILLIAMSON TO FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF** |

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
FOUNDATION, AND CONN WILLIAMSON
No. 2:18-cv-01115-RSL

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711

1    Defendants Defense Distributed, Second Amendment Foundation, and Conn

2    Williamson (collectively "Defendants") answer the allegations of Plaintiffs' Amended

3    Complaint, Dkt. 29, as follows, each paragraph hereof being responsive to the corresponding

4    numbered paragraph of the Complaint.

5    1.    Paragraph 1 of Plaintiffs' Amended Complaint alleges legal conclusions that do

6    not require a response.  To the extent a response is required, Defendants respond that any

7    person with Internet access already has access to 3-D CAD and other files at issue in this

8    action.  Defendants deny the remaining allegations of this paragraph of Plaintiffs' Amended

9    Complaint.

10    2.    In response to paragraph 2 of Plaintiffs' Amended Complaint, Defendants admit

11    only that the United States Department of State, the Secretary of State, the Directorate of

12    Defense Trade Controls ("DDTC"), the Deputy Assistant Secretary, Defense Trade Controls,

13    and the Director, Office of Defense Trade Controls Policy agreed to the terms of the Settlement

14    Agreement entered into between the parties in *Defense Distributed v. U.S. Dept. of State*, 1:15-

15    CV-372 RP (W.D. Texas) (the "Prior Action").  Defendants deny the remaining allegations of

16    this paragraph of Plaintiffs' Amended Complaint.

17    3.    In response to paragraph 3 of Plaintiffs' Amended Complaint, Defendants admit

18    only that, on July 27, 2018, a notice was published at www.pmddtc.state.gov.  Defendants

19    deny that the Ghost Gunner machine is subject to the ITAR.  Defendants deny the remaining

20    allegations of this paragraph of Plaintiffs' Amended Complaint.

21    4.    Paragraph 4 of Plaintiffs' Amended Complaint alleges legal conclusions that do

22    not require a response.  To the extent a response is required, Defendants admit only that

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
FOUNDATION, AND CONN WILLIAMSON
No. 2:18-cv-01115-RSL

2

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711

consistent with the Settlement Agreement in the Prior Action and its rights under the First and Second Amendments, Defense Distributed announced a plan to publish certain files relating to 3-D printing of firearms on August 1, 2018.  Defendants deny the remaining allegations of this paragraph of Plaintiffs' Amended Complaint.

5.      In response to paragraph 5 of Plaintiffs' Amended Complaint, Defendants admit only that, consistent with the Settlement in the Prior Action and its rights under the First and Second Amendments, Defense Distributed planned to publish certain files relating to 3-D printing of firearms. Defendants deny the remaining allegations of this paragraph of Plaintiffs' Amended Complaint.

6.      In response to paragraph 6 of Plaintiffs' Amended Complaint, Defendants respond that they lack information or knowledge sufficient to form a belief as to the content of news reports.  Defendants therefore deny the allegations of this paragraph of Plaintiffs' Amended Complaint.

7.      Defendants deny the allegations of paragraph 7 of Plaintiffs' Amended Complaint.

8.      Defendants deny the allegations of paragraph 8 of Plaintiffs' Amended Complaint.

9.      Defendants deny the allegations of paragraph 9 of Plaintiffs' Amended Complaint.

10.     In response to paragraph 10 of Plaintiffs' Amended Complaint, Defendants admit only that the Government published certain notices of proposed rulemaking.  Defendants deny the remaining allegations of this paragraph of Plaintiffs' Amended Complaint.

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
FOUNDATION, AND CONN WILLIAMSON
No. 2:18-cv-01115-RSL

3

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711

1    11.    Defendants deny the allegations of paragraph 11 of Plaintiffs' Amended

2    Complaint.

3    12.    Defendants deny the allegations of paragraph 12 of Plaintiffs' Amended

4    Complaint.

5    13.    Defendants deny the allegations of paragraph 13 of Plaintiffs' Amended

6    Complaint.

7    14.    In response to paragraph 14 of Plaintiffs' Amended Complaint, Defendants

8    admit only that Defendant Second Amendment Foundation, Inc., is located in Bellevue,

9    Washington.   Defendants deny the remaining allegations of this paragraph of Plaintiffs'

10   Amended Complaint.

11   15.    In response to paragraph 15 of Plaintiffs' Amended Complaint, Defendants

12   admit only that the States of Washington, Connecticut, Maryland, New Jersey, New York,

13   Oregon, California, Colorado, Delaware, Hawaii, Illinois, Iowa, Minnesota, North Carolina,

14   Rhode Island, Vermont and Virginia, the Commonwealths of Massachusetts and

15   Pennsylvania, represented by and through their respective Attorneys General, are sovereign

16   states of the United States of America.   Defendants deny the remaining allegations of this

17   paragraph of Plaintiffs' Amended Complaint.

18   16.    Paragraph 16 of Plaintiffs' Amended Complaint alleges legal conclusions that

19   do not require a response.   To the extent a response is required, Defendants deny the allegations

20   of this paragraph of Plaintiffs' Amended Complaint.

21   17.    Defendants deny the allegations of paragraph 17 of Plaintiffs' Amended

22   Complaint.

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
FOUNDATION, AND CONN WILLIAMSON
No. 2:18-cv-01115-RSL

4

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711

18.     Defendants deny the allegations of paragraph 18 of Plaintiffs' Amended Complaint.

19.     Defendants admit the allegations of paragraph 19 of Plaintiffs' Amended Complaint.

20.     Defendants admit the allegations of paragraph 20 of Plaintiffs' Amended Complaint.

21.     In response to paragraph 21 of Plaintiffs' Amended Complaint, Defendants deny that DDTC "enacted" a temporary modification.  Defendants admit only that DDTC is a subordinate unit within the Department of State responsible for administering and enforcing the ITAR, that DDTC issued a temporary authorization under ITAR Section 126.2, and that DDTC is a party to the Settlement Agreement.  Defendants deny any remaining allegations of this paragraph of Plaintiffs' Amended Complaint.

22.     Defendants admit the allegations of paragraph 22 of Plaintiffs' Amended Complaint.

23.     Defendants admit the allegations of paragraph 23 of Plaintiffs' Amended Complaint.

24.     In response to paragraph 24 of Plaintiffs' Amended Complaint, Defendants admit only that Defense Distributed is a Texas corporation with its headquarters and principal place of business in Austin, Texas; that Defense Distributed advertises and sells products on its website; and that, consistent with the Settlement Agreement in the Prior Action and its rights under the First and Second Amendments, Defense Distributed planned to publish to the Internet certain files relating to 3-D printing of firearms on August 1, 2018. The remaining

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
FOUNDATION, AND CONN WILLIAMSON
No. 2:18-cv-01115-RSL

5

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711

allegations of this paragraph of Plaintiffs' Amended Complaint include legal conclusions that do not require a response. To the extent a response to these remaining allegations is required, Defendants deny these remaining allegations of this paragraph of Plaintiffs' Amended Complaint.

25.     In response to paragraph 25 of Plaintiffs' Amended Complaint, Defendants admit only that Defendant Second Amendment Foundation, is a non-profit organization incorporated under the laws of Washington with its principal place of business in Bellevue, Washington. The remaining allegations of this paragraph of Plaintiffs' Amended Complaint constitute legal conclusions that do not require a response. To the extent a response to these remaining allegations is required, Defendants deny these remaining allegations of this paragraph of Plaintiffs' Amended Complaint.

26.     In response to paragraph 26 of Plaintiffs' Amended Complaint, Defendants admit only that Conn Williamson is a citizen of the State of Washington. The remaining allegations of this paragraph of Plaintiffs' Amended Complaint constitute statements legal conclusions that do not require a response. To the extent a response to these remaining allegations is required, Defendants deny these remaining allegations of this paragraph of Plaintiffs' Amended Complaint.

27.     Paragraph 27 of Plaintiffs' Amended Complaint cites a law and alleges legal conclusions that do not require a response. To the extent a response is required, Defendants deny these allegations of this paragraph of Plaintiffs' Amended Complaint.

28.     Paragraph 28 of Plaintiffs' Amended Complaint cites a law and alleges legal conclusions that do not require a response. To the extent a response is required, Defendants

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
FOUNDATION, AND CONN WILLIAMSON
No. 2:18-cv-01115-RSL

6

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711

1   deny these allegations of this paragraph of Plaintiffs' Amended Complaint.

2       29.     Paragraph 29 of Plaintiffs' Amended Complaint cites a law and alleges legal

3   conclusions that do not require a response.  To the extent a response is required, Defendants

4   deny these allegations of this paragraph of Plaintiffs' Amended Complaint.

5       30.     In response to paragraph 30 of Plaintiffs' Amended Complaint, Defendants

6   admit only that Lisa Aguirre submitted a declaration in the Prior Action.  Defendants deny the

7   factual accuracy of the contents of the document and deny any other remaining allegations of

8   this paragraph of Plaintiffs' Amended Complaint.

9       31.     Paragraph 31 of Plaintiffs' Amended Complaint cites an Executive Order and

10  alleges legal conclusions that do not require a response.  To the extent a response is required,

11  Defendants deny these allegations of this paragraph of Plaintiffs' Amended Complaint.

12      32.     Paragraph 32 of Plaintiffs' Amended Complaint cites and Executive order and

13  alleges legal conclusions that do not require a response.  To the extent a response is required,

14  Defendants deny these allegations of this paragraph of Plaintiffs' Amended Complaint.

15      33.     Paragraph 33 of Plaintiffs' Amended Complaint cites laws and alleges legal

16  conclusions that do not require a response.  To the extent a response is required, Defendants

17  deny these allegations of this paragraph of Plaintiffs' Amended Complaint.

18      34.     Paragraph 34 of Plaintiffs' Amended Complaint cites a law and alleges legal

19  conclusions that do not require a response.  To the extent a response is required, Defendants

20  deny these allegations of this paragraph of Plaintiffs' Amended Complaint.

21      35.     Paragraph 35 of Plaintiffs' Amended Complaint cites a law and alleges legal

22  conclusions that do not require a response.  To the extent a response is required, Defendants

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
FOUNDATION, AND CONN WILLIAMSON
No. 2:18-cv-01115-RSL

7

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711

1   deny these allegations of this paragraph of Plaintiffs' Amended Complaint.

2       36.     In response to paragraph 36 of Plaintiffs' Amended Complaint, Defendants

3   admit only that Lisa Aguirre submitted a declaration in the Prior Action.  Defendants deny the

4   factual accuracy of the contents of the document and deny any other remaining allegations of

5   this paragraph of Plaintiffs' Amended Complaint.

6       37.     Paragraph 37 of Plaintiffs' Amended Complaint cites a law and alleges legal

7   conclusions that do not require a response.  To the extent a response is required, Defendants

8   deny these allegations of this paragraph of Plaintiffs' Amended Complaint.

9       38.     In response to Paragraph 38 of Plaintiffs' Amended Complaint, Defendants

10  admit only that Defense Distributed is a Texas corporation founded by Cody Wilson.

11  Defendants deny the remaining allegations of this paragraph of Plaintiffs' Amended

12  Complaint.

13      39.     In response to paragraph 39 of Plaintiffs' Amended Complaint, Defendants

14  admit only that Defense Distributed began posting technical information regarding a number

15  of gun-related items, including a trigger guard, grips, two receivers, a magazine for AR-15

16  rifles, and a handgun on the Internet prior to or around May 2013.  Defendants deny the

17  remaining allegations of this paragraph of Plaintiffs' Amended Complaint.

18      40.     In response to paragraph 40 of Plaintiffs' Amended Complaint, Defendants

19  admit only that Defense Distributed described certain data files as "essentially blueprints that

20  can be read by CAD software" in document located at Docket No. 8-4 at App. 208 of the Prior

21  Action.  Defendants deny Plaintiffs' description of weapons manufacturing and deny the

22  remaining allegations of this paragraph of Plaintiffs' Amended Complaint.

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
FOUNDATION, AND CONN WILLIAMSON
No. 2:18-cv-01115-RSL

8

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711

1     41.    In response to paragraph 41 of Plaintiffs' Amended Complaint, Defendants

2  admit only that the Office of Defense Trade Controls Compliance is responsible for civil

3  enforcement of AECA and ITAR.   Defendants deny the remaining allegations of this

4  paragraph of Plaintiffs' Amended Complaint.

5     42.    In response to paragraph 42 of Plaintiffs' Amended Complaint, Defendants

6  admit only that the State Department issued a final determination responding to Defense

7  Distributed's commodity jurisdiction request; and that, in the final determination, the State

8  Department advised that the Ghost Gunner machine was not subject to the export jurisdiction

9  of the State Department under the ITAR; and that the State Department advised that certain

10  files were subject to the export jurisdiction of the State Department under the ITAR, and that

11  certain files were not subject to the export jurisdiction of the State Department under the ITAR.

12     43.    In response to paragraph 43 of Plaintiffs' Amended Complaint, Defendants

13  admit only that the State Department issued a final determination responding to Defense

14  Distributed's commodity jurisdiction request; and that, in the final determination, the State

15  Department advised that certain files were subject to the export jurisdiction of the State

16  Department under the ITAR, and that certain files were not subject to the export jurisdiction

17  of the State Department under the ITAR.

18     44.    In response to paragraph 44 of Plaintiffs' Amended Complaint, Defendants

19  admit only that the State Department issued a final determination responding to Defense

20  Distributed's commodity jurisdiction request.  Defendants deny the remaining allegations of

21  this paragraph of Plaintiffs' Amended Complaint.

22     45.    Defendants admit the allegations of paragraph 45 of Plaintiffs' Amended

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
FOUNDATION, AND CONN WILLIAMSON
No. 2:18-cv-01115-RSL

9

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711

1    Complaint.

2        46.    In response to paragraph 46 of Plaintiffs' Amended Complaint, Defendants

3    admit only that, in defending against the Prior Action, the Government filed certain documents

4    with the district court.  Defendants deny the remaining allegations of this paragraph of

5    Plaintiffs' Amended Complaint.

6        47.    In response to paragraph 47 of Plaintiffs' Amended Complaint, Defendants

7    admit only that Lisa Aguirre submitted a declaration in the Prior Action.  Defendants deny the

8    factual accuracy of the contents of the document and deny any other remaining allegations of

9    this paragraph of Plaintiffs' Amended Complaint.

10       48.    In response to paragraph 48 of Plaintiffs' Amended Complaint, Defendants

11   admit only that the court did not issue a preliminary injunction.  Defendants deny the

12   remaining allegations of this paragraph of Plaintiffs' Amended Complaint.

13       49.    In response to paragraph 49 of Plaintiffs' Amended Complaint, Defendants

14   admit only that the Fifth Circuit affirmed the District Court's decision without reaching the

15   merits in the Prior Action.  Defendants deny the other allegations of this paragraph of

16   Plaintiffs' Amended Complaint.

17       50.    Defendants admit the allegation of paragraph 50 of Plaintiffs' Amended

18   Complaint.

19       51.    In response to paragraph 51 of Plaintiffs' Amended Complaint, Defendants

20   admit only that the Government filed a motion to dismiss in the Prior Action after the district

21   court lifted the stay of proceedings.  Defendants deny the remaining allegations of this

22   paragraph of Plaintiffs' Amended Complaint.

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
FOUNDATION, AND CONN WILLIAMSON
No. 2:18-cv-01115-RSL

10

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711

52.     In response to paragraph 52 of Plaintiffs' Amended Complaint, Defendants admit only that Defense Distributed announced the settlement of the Prior Action in July 2018, and that the parties in the Prior Action filed a stipulation of dismissal with prejudice on July 27, 2018.  To the extent this paragraph cites news reports, Defendants lack information or knowledge sufficient to form a belief as to the truth of these allegations, and therefore deny these allegations.  Defendants deny the remaining allegations of this paragraph of Plaintiffs' Amended Complaint.

53.     In response to paragraph 53 of Plaintiffs' Amended Complaint, Defendants admit that the Settlement Agreement was executed on June 29, 2018, and made public in July 2018.  Defendants deny the remaining allegations of this paragraph of Plaintiffs' Amended Complaint.

54.     In response to paragraph 54 of Plaintiffs' Amended Complaint, Defendants admit only that the Settlement Agreement contains various paragraphs, to include paragraph 1, which sets forth certain Government obligations.  Defendants deny the remaining allegations of this paragraph of Plaintiffs' Amended Complaint.

55.     In response to paragraph 55 of Plaintiffs' Amended Complaint, Defendants admit only that the Settlement Agreement applies to technical data that is the subject of the Prior Action.  Defendants deny the allegations of this paragraph of Plaintiffs' Amended Complaint.

56.     Defendants deny the allegations of paragraph 56 of Plaintiffs' Amended Complaint,.

57.     In response to paragraph 57 of Plaintiffs' Amended Complaint, Defendants deny

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
FOUNDATION, AND CONN WILLIAMSON
No. 2:18-cv-01115-RSL

11

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711

1    that any Congressional notification was required and therefore deny the allegations of this

2    paragraph of Plaintiffs' Amended Complaint.

3        58.    In response to paragraph 58 of Plaintiffs' Amended Complaint, Defendants deny

4    that any Secretary of Defense concurrence or any commodity jurisdiction request was required

5    and therefore deny the allegations of this paragraph of Plaintiffs' Amended Complaint.

6        59.    In response to paragraph 59 of Plaintiffs' Amended Complaint, Defendants

7    admit only that Cody Wilson and Defense Distributed have made public statements about the

8    Settlement Agreement.   Defendants deny the remaining allegations of this paragraph of

9    Plaintiffs' Amended Complaint.

10       60.    In response to paragraph 60 of Plaintiffs' Amended Complaint, Defendants

11   admit only that the Government published certain notices of proposed rulemaking.  Defendants

12   deny the remaining allegations of this paragraph of Plaintiffs' Amended Complaint.

13       61.    In response to paragraph 61 of Plaintiffs' Amended Complaint, Defendants

14   admit only that the Government published certain notices of proposed rulemaking.  Defendants

15   deny the remaining allegations of this paragraph of Plaintiffs' Amended Complaint.

16       62.    In response to paragraph 62 of Plaintiffs' Amended Complaint, Defendants

17   admit only that the Government published certain notices of proposed rulemaking.  Defendants

18   deny the remaining allegations of this paragraph of Plaintiffs' Amended Complaint.

19       63.    In response to paragraph 63 of Plaintiffs' Amended Complaint, and upon

20   information and belief, Defendants admit only that the public comment period for the proposed

21   rule concluded on July 9, 2018.  Defendants deny the remaining allegations of this paragraph

22   of Plaintiffs' Amended Complaint.

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
FOUNDATION, AND CONN WILLIAMSON
No. 2:18-cv-01115-RSL

12

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711

64.     In response to paragraph 64 of Plaintiffs' Amended Complaint, Defendants admit only that, on July 27, 2018, a notice was published at www.pmddtc.state.gov titled, "Temporary Modification of Category I of the United States Munitions List." Defendants deny the remaining allegations of this paragraph of Plaintiffs' Amended Complaint.

65.     Defendants deny the allegations contained in paragraph 65 of Plaintiffs' Amended Complaint.

66.     Defendants deny the allegations contained in paragraph 66 of Plaintiffs' Amended Complaint.

67.     Paragraph 67 of Plaintiffs' Amended Complaint discusses laws and alleges legal conclusions that do not require a response.  Defendants lack information or knowledge sufficient to form a belief as to the truth of these allegations and therefore deny the allegations of this paragraph of Plaintiffs' Amended Complaint.

68.     Paragraph 68 of Plaintiffs' Amended Complaint discusses laws and alleges a legal conclusion that does not require a response.  Defendants lack information or knowledge sufficient to form a belief as to the truth of these allegations and therefore deny the allegations of this paragraph of Plaintiffs' Amended Complaint.

69.     Paragraph 69 of Plaintiffs' Amended Complaint discusses laws and alleges legal conclusions that do not require a response.  Defendants lack information or knowledge sufficient to form a belief as to the truth of these allegations and therefore deny the allegations of this paragraph of Plaintiffs' Amended Complaint.

70.     Defendants deny the allegations of paragraph 70 of Plaintiffs' Amended Complaint.

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
FOUNDATION, AND CONN WILLIAMSON
No. 2:18-cv-01115-RSL

13

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711

1    71.    Defendants deny the allegations of paragraph 71 of Plaintiffs' Amended

2    Complaint.

3    72.    Paragraph 72 of Plaintiffs' Amended Complaint cites laws and alleges legal

4    conclusions that do not require a response.  Defendants lack information or knowledge

5    sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

6    of this paragraph of Plaintiffs' Amended Complaint.

7    73.    Paragraph 73 of Plaintiffs' Amended Complaint cites laws and alleges legal

8    conclusions that do not require a response.  Defendants lack information or knowledge

9    sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

10    of this paragraph of Plaintiffs' Amended Complaint.

11    74.    Paragraph 74 of Plaintiffs' Amended Complaint cites laws and alleges legal

12    conclusions that do not require a response.  Defendants lack information or knowledge

13    sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

14    of this paragraph of Plaintiffs' Amended Complaint.

15    75.    Defendants deny the allegations of paragraph 75 of Plaintiffs' Amended

16    Complaint.

17    76.    Defendants deny the allegations of paragraph 76 of Plaintiffs' Amended

18    Complaint.

19    77.    In response to paragraph 77 of Plaintiffs' Amended Complaint, Defendants

20    admit only that, upon information and belief, Amazon sells 3-D printers on its website.

21    Defendants lack information or knowledge sufficient to form a belief as to the truth of the

22    remaining allegations of this paragraph and therefore deny the allegations of this paragraph of

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
DISTRIBUTED, SECOND AMENDMENT                    14
FOUNDATION, AND CONN WILLIAMSON
No. 2:18-cv-01115-RSL

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711

1   Plaintiffs' Amended Complaint.

2       78.     Defendants deny the allegations of paragraph 78 of Plaintiffs' Amended

3   Complaint.

4       79.     Defendants deny the allegations of paragraph 79 of Plaintiffs' Amended

5   Complaint.

6       80.     Paragraph 80 of Plaintiffs' Amended Complaint discusses laws and alleges legal

7   conclusions that do not require a response.   Defendants lack information or knowledge

8   sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

9   of this paragraph of Plaintiffs' Amended Complaint.

10      81.     Paragraph 81 of Plaintiffs' Amended Complaint cites laws and alleges legal

11  conclusions that do not require a response.   Defendants lack information or knowledge

12  sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

13  of this paragraph of Plaintiffs' Amended Complaint.

14      82.     Paragraph 82 of Plaintiffs' Amended Complaint cites laws and alleges legal

15  conclusions that do not require a response.   Defendants lack information or knowledge

16  sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

17  of this paragraph of Plaintiffs' Amended Complaint.

18      83.     Paragraph 83 of Plaintiffs' Amended Complaint cites a law and alleges legal

19  conclusions that do not require a response.   Defendants lack information or knowledge

20  sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

21  of this paragraph of Plaintiffs' Amended Complaint.

22      84.     Paragraph 84 of Plaintiffs' Amended Complaint cites a law and alleges legal

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
FOUNDATION, AND CONN WILLIAMSON
No. 2:18-cv-01115-RSL

15

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711

1    conclusions that do not require a response.   Defendants lack information or knowledge

2    sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

3    of this paragraph of Plaintiffs' Amended Complaint.

4           85.     Paragraph 85 of Plaintiffs' Amended Complaint cites a law and alleges legal

5    conclusions that do not require a response.   Defendants lack information or knowledge

6    sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

7    of this paragraph of Plaintiffs' Amended Complaint.

8           86.     Paragraph 86 of Plaintiffs' Amended Complaint cites laws and alleges legal

9    conclusions that do not require a response.   Defendants lack information or knowledge

10   sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

11   of this paragraph of Plaintiffs' Amended Complaint.

12          87.     Paragraph 87 of Plaintiffs' Amended Complaint cites laws and alleges legal

13   conclusions that do not require a response.   Defendants lack information or knowledge

14   sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

15   of this paragraph of Plaintiffs' Amended Complaint.

16          88.     Paragraph 88 of Plaintiffs' Amended Complaint cites a law and alleges legal

17   conclusions that do not require a response.   Defendants lack information or knowledge

18   sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

19   of this paragraph of Plaintiffs' Amended Complaint.

20          89.     Paragraph 89 of Plaintiffs' Amended Complaint cites laws and alleges legal

21   conclusions that do not require a response.   Defendants lack information or knowledge

22   sufficient to form a belief as to the truth of these allegations and therefore deny the

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
FOUNDATION, AND CONN WILLIAMSON
No. 2:18-cv-01115-RSL

16

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711

1   of this paragraph of Plaintiffs' Amended Complaint.

2          90.     Paragraph 90 of Plaintiffs' Amended Complaint cites a law and alleges legal

3   conclusions that do not require a response.  Defendants lack information or knowledge

4   sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

5   of this paragraph of Plaintiffs' Amended Complaint.

6          91.     Defendants deny the allegations of paragraph 91 of Plaintiffs' Amended

7   Complaint.

8          92.     Defendants deny the allegations of paragraph 92 of Plaintiffs' Amended

9   Complaint.

10         93.     Defendants deny the allegations of paragraph 93 of Plaintiffs' Amended

11  Complaint.

12         94.     Paragraph 94 of Plaintiffs' Amended Complaint cites laws and alleges legal

13  conclusions that do not require a response.  Defendants lack information or knowledge

14  sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

15  of this paragraph of Plaintiffs' Amended Complaint.

16         95.     Paragraph 95 of Plaintiffs' Amended Complaint cites laws and alleges legal

17  conclusions that do not require a response.  Defendants lack information or knowledge

18  sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

19  of this paragraph of Plaintiffs' Amended Complaint.

20         96.     Paragraph 96 of Plaintiffs' Amended Complaint cites laws and alleges legal

21  conclusions that do not require a response.  Defendants lack information or knowledge

22  sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
FOUNDATION, AND CONN WILLIAMSON
No. 2:18-cv-01115-RSL

17

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711

1   of this paragraph of Plaintiffs' Amended Complaint.

2       97.     Defendants deny the allegations of paragraph 97 of Plaintiffs' Amended

3   Complaint.

4       98.     Paragraph 98 of Plaintiffs' Amended Complaint cites laws and alleges legal

5   conclusions that do not require a response.   Defendants lack information or knowledge

6   sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

7   of this paragraph of Plaintiffs' Amended Complaint.

8       99.     Paragraph 99 of Plaintiffs' Amended Complaint cites laws and alleges legal

9   conclusions that do not require a response.   Defendants lack information or knowledge

10  sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

11  of this paragraph of Plaintiffs' Amended Complaint.

12      100.    Paragraph 100 of Plaintiffs' Amended Complaint cites a law and alleges legal

13  conclusions that do not require a response.   Defendants lack information or knowledge

14  sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

15  of this paragraph of Plaintiffs' Amended Complaint.

16      101.    Paragraph 101 of Plaintiffs' Amended Complaint cites laws and alleges legal

17  conclusions that do not require a response.   Defendants lack information or knowledge

18  sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

19  of this paragraph of Plaintiffs' Amended Complaint.

20      102.    Paragraph 102 of Plaintiffs' Amended Complaint cites laws and alleges legal

21  conclusions that do not require a response.   Defendants lack information or knowledge

22  sufficient to form a belief as to the truth of these allegations and therefore deny the

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
FOUNDATION, AND CONN WILLIAMSON
No. 2:18-cv-01115-RSL

18

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711

1    of this paragraph of Plaintiffs' Amended Complaint.

2        103.    Paragraph 103 of Plaintiffs' Amended Complaint cites laws and alleges legal

3    conclusions that do not require a response.   Defendants lack information or knowledge

4    sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

5    of this paragraph of Plaintiffs' Amended Complaint.

6        104.    Paragraph 104 of Plaintiffs' Amended Complaint cites laws and alleges legal

7    conclusions that do not require a response.   Defendants lack information or knowledge

8    sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

9    of this paragraph of Plaintiffs' Amended Complaint.

10       105.    Paragraph 105 of Plaintiffs' Amended Complaint cites laws and alleges legal

11   conclusions that do not require a response.   Defendants lack information or knowledge

12   sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

13   of this paragraph of Plaintiffs' Amended Complaint.

14       106.    Defendants deny the allegations of paragraph 106 of Plaintiffs' Amended

15   Complaint.

16       107.    Paragraph 107 of Plaintiffs' Amended Complaint cites laws and alleges legal

17   conclusions that do not require a response.   Defendants lack information or knowledge

18   sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

19   of this paragraph of Plaintiffs' Amended Complaint.

20       108.    Paragraph 108 of Plaintiffs' Amended Complaint cites laws and alleges legal

21   conclusions that do not require a response.   Defendants lack information or knowledge

22   sufficient to form a belief as to the truth of these allegations and therefore deny the

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
FOUNDATION, AND CONN WILLIAMSON
No. 2:18-cv-01115-RSL

19

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711

1    of this paragraph of Plaintiffs' Amended Complaint.

2        109.    Paragraph 109 of Plaintiffs' Amended Complaint cites laws and alleges legal

3    conclusions that do not require a response.   Defendants lack information or knowledge

4    sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

5    of this paragraph of Plaintiffs' Amended Complaint.

6        110.    Paragraph 110 of Plaintiffs' Amended Complaint cites a law and alleges legal

7    conclusions that do not require a response.   Defendants lack information or knowledge

8    sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

9    of this paragraph of Plaintiffs' Amended Complaint.

10       111.    Paragraph 111 of Plaintiffs' Amended Complaint discusses laws and alleges

11   legal conclusions that do not require a response.   Defendants lack information or knowledge

12   sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

13   of this paragraph of Plaintiffs' Amended Complaint.

14       112.    Paragraph 112 of Plaintiffs' Amended Complaint cites a law and alleges legal

15   conclusions that do not require a response.   Defendants lack information or knowledge

16   sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

17   of this paragraph of Plaintiffs' Amended Complaint.

18       113.    Paragraph 113 of Plaintiffs' Amended Complaint cites a law and alleges legal

19   conclusions that do not require a response.   Defendants lack information or knowledge

20   sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

21   of this paragraph of Plaintiffs' Amended Complaint.

22       114.    Paragraph 114 of Plaintiffs' Amended Complaint cites laws and alleges legal

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
FOUNDATION, AND CONN WILLIAMSON
No. 2:18-cv-01115-RSL

20

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711

1    conclusions that do not require a response.   Defendants lack information or knowledge

2    sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

3    of this paragraph of Plaintiffs' Amended Complaint.

4        115.    Paragraph 115 of Plaintiffs' Amended Complaint cites a law and alleges legal

5    conclusions that do not require a response.   Defendants lack information or knowledge

6    sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

7    of this paragraph of Plaintiffs' Amended Complaint.

8        116.    Paragraph 116 of Plaintiffs' Amended Complaint cites a law and alleges legal

9    conclusions that do not require a response.   Defendants lack information or knowledge

10   sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

11   of this paragraph of Plaintiffs' Amended Complaint.

12       117.    Paragraph 117 of Plaintiffs' Amended Complaint cites laws and alleges legal

13   conclusions that do not require a response.   Defendants lack information or knowledge

14   sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

15   of this paragraph of Plaintiffs' Amended Complaint.

16       118.    Paragraph 118 of Plaintiffs' Amended Complaint cites a law and alleges legal

17   conclusions that do not require a response.   Defendants lack information or knowledge

18   sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

19   of this paragraph of Plaintiffs' Amended Complaint.

20       119.    Paragraph 119 of Plaintiffs' Amended Complaint cites a law and alleges legal

21   conclusions that do not require a response.   Defendants lack information or knowledge

22   sufficient to form a belief as to the truth of these allegations and therefore deny the

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
DISTRIBUTED, SECOND AMENDMENT                    21
FOUNDATION, AND CONN WILLIAMSON
No. 2:18-cv-01115-RSL

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711

1   of this paragraph of Plaintiffs' Amended Complaint.

2          120.    Paragraph 120 of Plaintiffs' Amended Complaint cites a law and alleges legal

3   conclusions that do not require a response.   Defendants lack information or knowledge

4   sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

5   of this paragraph of Plaintiffs' Amended Complaint.

6          121.    Paragraph 121 of Plaintiffs' Amended Complaint cites laws and alleges legal

7   conclusions that do not require a response.   Defendants lack information or knowledge

8   sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

9   of this paragraph of Plaintiffs' Amended Complaint.

10          122.    Paragraph 122 of Plaintiffs' Amended Complaint cites laws and alleges legal

11   conclusions that do not require a response.   Defendants lack information or knowledge

12   sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

13   of this paragraph of Plaintiffs' Amended Complaint.

14          123.    Paragraph 123 of Plaintiffs' Amended Complaint cites a law and alleges legal

15   conclusions that do not require a response.   Defendants lack information or knowledge

16   sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

17   of this paragraph of Plaintiffs' Amended Complaint.

18          124.    Paragraph 124 of Plaintiffs' Amended Complaint cites laws and alleges legal

19   conclusions that do not require a response.   Defendants lack information or knowledge

20   sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

21   of this paragraph of Plaintiffs' Amended Complaint.

22          125.    Paragraph 125 of Plaintiffs' Amended Complaint cites a law and alleges legal

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
FOUNDATION, AND CONN WILLIAMSON
No. 2:18-cv-01115-RSL

22

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711

conclusions that do not require a response.  Defendants lack information or knowledge sufficient to form a belief as to the truth of these allegations and therefore deny the allegations of this paragraph of Plaintiffs' Amended Complaint.

126.    Paragraph 126 of Plaintiffs' Amended Complaint cites a law and alleges legal conclusions that do not require a response.  Defendants lack information or knowledge sufficient to form a belief as to the truth of these allegations and therefore deny the allegations of this paragraph of Plaintiffs' Amended Complaint.

127.    Defendants deny the allegations of paragraph 127 of Plaintiffs' Amended Complaint.

128.    Paragraph 128 of Plaintiffs' Amended Complaint discusses laws and alleges legal conclusions that do not require a response.  Defendants lack information or knowledge sufficient to form a belief as to the truth of these allegations and therefore deny the allegations of this paragraph of Plaintiffs' Amended Complaint.

129.    Paragraph 129 of Plaintiffs' Amended Complaint cites laws and alleges legal conclusions that do not require a response.  Defendants lack information or knowledge sufficient to form a belief as to the truth of these allegations and therefore deny the allegations of this paragraph of Plaintiffs' Amended Complaint.

130.    Paragraph 130 of Plaintiffs' Amended Complaint cites laws and alleges legal conclusions that do not require a response.  Defendants lack information or knowledge sufficient to form a belief as to the truth of these allegations and therefore deny the allegations of this paragraph of Plaintiffs' Amended Complaint.

131.    Paragraph 131 of Plaintiffs' Amended Complaint cites a law and alleges legal

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
FOUNDATION, AND CONN WILLIAMSON
No. 2:18-cv-01115-RSL

23

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711

1   conclusions that do not require a response.   Defendants lack information or knowledge

2   sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

3   of this paragraph of Plaintiffs' Amended Complaint.

4          132.   Defendants deny the allegations of paragraph 132 of Plaintiffs' Amended

5   Complaint.

6          133.   Defendants deny the allegations of paragraph 133 of Plaintiffs' Amended

7   Complaint.

8          134.   Paragraph 134 of Plaintiffs' Amended Complaint cites laws and alleges a legal

9   conclusion that does not require a response.   Defendants lack information or knowledge

10  sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

11  of this paragraph of Plaintiffs' Amended Complaint.

12         135.   Defendants are without sufficient information or knowledge sufficient to form a

13  belief as to the truth of the allegations of paragraph 135 of Plaintiffs' Amended Complaint and

14  therefore deny the allegations of this paragraph of Plaintiffs' Amended Complaint

15         136.   Defendants deny the allegations of paragraph 136 of Plaintiffs' Amended

16  Complaint.

17         137.   Paragraph 137 of Plaintiffs' Amended Complaint cites laws and alleges legal

18  conclusions that do not require a response.   Defendants lack information or knowledge

19  sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

20  of this paragraph of Plaintiffs' Amended Complaint.

21         138.   Paragraph 138 of Plaintiffs' Amended Complaint cites laws and alleges legal

22  conclusions that do not require a response.   Defendants lack information or knowledge

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
FOUNDATION, AND CONN WILLIAMSON
No. 2:18-cv-01115-RSL

24

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711

1  sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

2  of this paragraph of Plaintiffs' Amended Complaint.

3      139.    Defendants deny the allegations of paragraph 139 of Plaintiffs' Amended

4  Complaint.

5      140.    Paragraph 140 of Plaintiffs' Amended Complaint cites laws and alleges legal

6  conclusions that do not require a response.   Defendants lack information or knowledge

7  sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

8  of this paragraph of Plaintiffs' Amended Complaint.

9      141.    Defendants deny the allegations of paragraph 141 of Plaintiffs' Amended

10  Complaint.

11      142.    Paragraph 142 of Plaintiffs' Amended Complaint cites laws and alleges legal

12  conclusions that do not require a response.   Defendants lack information or knowledge

13  sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

14  of this paragraph of Plaintiffs' Amended Complaint.

15      143.    Defendants deny the allegations of paragraph 143 of Plaintiffs' Amended

16  Complaint.

17      144.    Paragraph 144 of Plaintiffs' Amended Complaint cites laws and alleges legal

18  conclusions that do not require a response.   Defendants lack information or knowledge

19  sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

20  of this paragraph of Plaintiffs' Amended Complaint.

21      145.    Defendants deny the allegations of paragraph 145 of Plaintiffs' Amended

22  Complaint.

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
FOUNDATION, AND CONN WILLIAMSON
No. 2:18-cv-01115-RSL

25

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711

1    146.    Paragraph 146 of Plaintiffs' Amended Complaint cites laws and alleges legal

2    conclusions that do not require a response.   Defendants lack information or knowledge

3    sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

4    of this paragraph of Plaintiffs' Amended Complaint.

5    147.    Paragraph 147 of Plaintiffs' Amended Complaint cites laws and alleges legal

6    conclusions that do not require a response.   Defendants lack information or knowledge

7    sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

8    of this paragraph of Plaintiffs' Amended Complaint.

9    148.    Paragraph 148 of Plaintiffs' Amended Complaint cites a law and alleges a legal

10    conclusion that does not require a response.   Defendants lack information or knowledge

11    sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

12    of this paragraph of Plaintiffs' Amended Complaint.

13    149.    Paragraph 149 of Plaintiffs' Amended Complaint cites laws and alleges legal

14    conclusions that do not require a response.   Defendants lack information or knowledge

15    sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

16    of this paragraph of Plaintiffs' Amended Complaint.

17    150.    Paragraph 150 of Plaintiffs' Amended Complaint cites laws and alleges legal

18    conclusions that do not require a response.   Defendants lack information or knowledge

19    sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

20    of this paragraph of Plaintiffs' Amended Complaint.

21    151.    In response to paragraph 151 of Plaintiffs' Amended Complaint, Defendants

22    admit that mass shootings have occurred in Colorado.   Defendants deny the allegations

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
FOUNDATION, AND CONN WILLIAMSON
No. 2:18-cv-01115-RSL

26

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711

1   regarding the temporary modification and lack information or knowledge sufficient to form a

2   belief as to the truth of the other allegations of this paragraph and therefore deny the remaining

3   allegations of this paragraph of Plaintiffs' Amended Complaint.

4   152.   Paragraph 152 of Plaintiffs' Amended Complaint discusses laws and alleges

5   legal conclusions that do not require a response.  Defendants lack information or knowledge

6   sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

7   of this paragraph of Plaintiffs' Amended Complaint.

8   153.   Paragraph 153 of Plaintiffs' Amended Complaint cites laws and alleges legal

9   conclusions that do not require a response.  Defendants lack information or knowledge

10   sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

11   of this paragraph of Plaintiffs' Amended Complaint.

12   154.   Paragraph 154 of Plaintiffs' Amended Complaint cites laws and alleges legal

13   conclusions that do not require a response.  Defendants lack information or knowledge

14   sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

15   of this paragraph of Plaintiffs' Amended Complaint.

16   155.   Paragraph 155 of Plaintiffs' Amended Complaint cites laws and alleges legal

17   conclusions that do not require a response.  Defendants lack information or knowledge

18   sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

19   of this paragraph of Plaintiffs' Amended Complaint.

20   156.   Defendants deny the allegations of paragraph 156 of Plaintiffs' Amended

21   Complaint.

22   157.   Paragraph 157 of Plaintiffs' Amended Complaint cites laws and alleges legal

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
FOUNDATION, AND CONN WILLIAMSON
No. 2:18-cv-01115-RSL

27

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711

1  conclusions that do not require a response.  Defendants lack information or knowledge

2  sufficient to form a belief as to death rates and as to the truth of other allegations in this

3  paragraph and therefore deny the allegations of this paragraph of Plaintiffs' Amended

4  Complaint.

5      158.   Paragraph 158 of Plaintiffs' Amended Complaint cites laws and alleges legal

6  conclusions that do not require a response.  Defendants lack information or knowledge

7  sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

8  of this paragraph of Plaintiffs' Amended Complaint.

9      159.   Paragraph 159 of Plaintiffs' Amended Complaint cites a law and alleges a legal

10  conclusion that does not require a response.  Defendants lack information or knowledge

11  sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

12  of this paragraph of Plaintiffs' Amended Complaint.

13      160.   Paragraph 160 of Plaintiffs' Amended Complaint cites a law and alleges a legal

14  conclusion that does not require a response.  Defendants lack information or knowledge

15  sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

16  of this paragraph of Plaintiffs' Amended Complaint.

17      161.   Paragraph 161 of Plaintiffs' Amended Complaint cites laws and alleges legal

18  conclusions that do not require a response.  Defendants lack information or knowledge

19  sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

20  of this paragraph of Plaintiffs' Amended Complaint.

21      162.   Defendants deny the allegations of paragraph 162 of Plaintiffs' Amended

22  Complaint.

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
DISTRIBUTED, SECOND AMENDMENT
FOUNDATION, AND CONN WILLIAMSON
No. 2:18-cv-01115-RSL

28

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711

163.     Paragraph 163 of Plaintiffs' Amended Complaint cites laws and alleges legal conclusions that do not require a response.  Defendants lack information or knowledge sufficient to form a belief as to the truth of these allegations and therefore deny the allegations of this paragraph of Plaintiffs' Amended Complaint.

164.     Paragraph 164 of Plaintiffs' Amended Complaint cites laws and alleges legal conclusions that do not require a response.  Defendants lack information or knowledge sufficient to form a belief as to the truth of these allegations and therefore deny the allegations of this paragraph of Plaintiffs' Amended Complaint.

165.     Paragraph 165 of Plaintiffs' Amended Complaint cites laws and alleges legal conclusions that do not require a response.  Defendants lack information or knowledge sufficient to form a belief as to the truth of these allegations and therefore deny the allegations of this paragraph of Plaintiffs' Amended Complaint.

166.     Paragraph 166 of Plaintiffs' Amended Complaint cites a law and alleges a legal conclusion that does not require a response.  Defendants lack information or knowledge sufficient to form a belief as to the truth of these allegations and therefore deny the allegations of this paragraph of Plaintiffs' Amended Complaint.

167.     Paragraph 167 of Plaintiffs' Amended Complaint cites a law and alleges a legal conclusion that does not require a response.  Defendants lack information or knowledge sufficient to form a belief as to the truth of these allegations and therefore deny the allegations of this paragraph of Plaintiffs' Amended Complaint.

168.     Defendants deny the allegations of paragraph 168 of Plaintiffs' Amended Complaint.

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
FOUNDATION, AND CONN WILLIAMSON
No. 2:18-cv-01115-RSL

29

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711

1    169.    Paragraph 169 of Plaintiffs' Amended Complaint discusses laws and alleges

2    legal conclusions that do not require a response.  Defendants lack information or knowledge

3    sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

4    of this paragraph of Plaintiffs' Amended Complaint.

5    170.    Paragraph 170 of Plaintiffs' Amended Complaint cites laws and alleges legal

6    conclusions that do not require a response.  Defendants lack information or knowledge

7    sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

8    of this paragraph of Plaintiffs' Amended Complaint.

9    171.    Paragraph 171 of Plaintiffs' Amended Complaint cites laws and alleges legal

10   conclusions that do not require a response.  Defendants lack information or knowledge

11   sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

12   of this paragraph of Plaintiffs' Amended Complaint.

13   172.    Paragraph 172 of Plaintiffs' Amended Complaint cites a law and alleges legal

14   conclusions that do not require a response.  Defendants lack information or knowledge

15   sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

16   of this paragraph of Plaintiffs' Amended Complaint.

17   173.    Paragraph 173 of Plaintiffs' Amended Complaint cites a law and alleges legal

18   conclusions that do not require a response.  Defendants lack information or knowledge

19   sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

20   of this paragraph of Plaintiffs' Amended Complaint.

21   174.    Paragraph 174 of Plaintiffs' Amended Complaint cites laws and alleges legal

22   conclusions that do not require a response.  Defendants lack information or knowledge

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
DISTRIBUTED, AND CONN WILLIAMSON
No. 2:18-cv-01115-RSL

30

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711

1  sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

2  of this paragraph of Plaintiffs' Amended Complaint.

3       175.    Paragraph 175 of Plaintiffs' Amended Complaint cites laws and alleges legal

4  conclusions that do not require a response.  Defendants lack information or knowledge

5  sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

6  of this paragraph of Plaintiffs' Amended Complaint.

7       176.    Paragraph 176 of Plaintiffs' Amended Complaint cites a law and alleges legal

8  conclusions that do not require a response.  Defendants lack information or knowledge

9  sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

10  of this paragraph of Plaintiffs' Amended Complaint.

11       177.    Defendants deny the allegations of paragraph 177 of Plaintiffs' Amended

12  Complaint.

13       178.    Paragraph 178 of Plaintiffs' Amended Complaint alleges a legal conclusion that

14  does not require a response.  Defendants lack information or knowledge sufficient to form a

15  belief as to the truth of this allegation and therefore deny the allegation of this paragraph of

16  Plaintiffs' Amended Complaint.

17       179.    Paragraph 179 of Plaintiffs' Amended Complaint cites laws and alleges legal

18  conclusions that do not require a response.  Defendants lack information or knowledge

19  sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

20  of this paragraph of Plaintiffs' Amended Complaint.

21       180.    Paragraph 180 of Plaintiffs' Amended Complaint cites a law and alleges legal

22  conclusions that do not require a response.  Defendants lack information or knowledge

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
FOUNDATION, AND CONN WILLIAMSON
No. 2:18-cv-01115-RSL

31

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711

1  sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

2  of this paragraph of Plaintiffs' Amended Complaint.

3       181.    Paragraph 181 of Plaintiffs' Amended Complaint cites a law and alleges legal

4  conclusions that do not require a response.  Defendants lack information or knowledge

5  sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

6  of this paragraph of Plaintiffs' Amended Complaint.

7       182.    Paragraph 182 of Plaintiffs' Amended Complaint cites laws and alleges legal

8  conclusions that do not require a response.  Defendants lack information or knowledge

9  sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

10  of this paragraph of Plaintiffs' Amended Complaint.

11       183.    Paragraph 183 of Plaintiffs' Amended Complaint cites laws and alleges legal

12  conclusions that do not require a response.  Defendants lack information or knowledge

13  sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

14  of this paragraph of Plaintiffs' Amended Complaint.

15       184.    Paragraph 184 of Plaintiffs' Amended Complaint cites laws and alleges legal

16  conclusions that do not require a response.  Defendants lack information or knowledge

17  sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

18  of this paragraph of Plaintiffs' Amended Complaint.

19       185.    Defendants deny the allegations of paragraph 185 of Plaintiffs' Amended

20  Complaint.

21       186.    Paragraph 186 of Plaintiffs' Amended Complaint discusses laws and alleges

22  legal conclusions that do not require a response.  Defendants lack information or knowledge

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
FOUNDATION, AND CONN WILLIAMSON
No. 2:18-cv-01115-RSL

32

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711

1    sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

2    of this paragraph of Plaintiffs' Amended Complaint.

3         187.    Paragraph 187 of Plaintiffs' Amended Complaint cites a law and alleges legal

4    conclusions that do not require a response.   Defendants lack information or knowledge

5    sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

6    of this paragraph of Plaintiffs' Amended Complaint.

7         188.    Paragraph 188 of Plaintiffs' Amended Complaint cites a law and alleges legal

8    conclusions that do not require a response.   Defendants lack information or knowledge

9    sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

10   of this paragraph of Plaintiffs' Amended Complaint.

11        189.    Paragraph 189 of Plaintiffs' Amended Complaint cites a law and alleges legal

12   conclusions that do not require a response.   Defendants lack information or knowledge

13   sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

14   of this paragraph of Plaintiffs' Amended Complaint.

15        190.    Paragraph 190 of Plaintiffs' Amended Complaint cites a law and alleges legal

16   conclusions that do not require a response.   Defendants lack information or knowledge

17   sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

18   of this paragraph of Plaintiffs' Amended Complaint.

19        191.    Paragraph 191 of Plaintiffs' Amended Complaint cites a law and alleges legal

20   conclusions that do not require a response.   Defendants lack information or knowledge

21   sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

22   of this paragraph of Plaintiffs' Amended Complaint.

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
DISTRIBUTED, SECOND AMENDMENT                    33
FOUNDATION, AND CONN WILLIAMSON
No. 2:18-cv-01115-RSL

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711

192.    Paragraph 192 of Plaintiffs' Amended Complaint cites a law and alleges legal conclusions that do not require a response.  Defendants lack information or knowledge sufficient to form a belief as to the truth of these allegations and therefore deny the allegations of this paragraph of Plaintiffs' Amended Complaint.

193.    Paragraph 193 of Plaintiffs' Amended Complaint cites a law and alleges legal conclusions that do not require a response.  Defendants lack information or knowledge sufficient to form a belief as to the truth of these allegations and therefore deny the allegations of this paragraph of Plaintiffs' Amended Complaint.

194.    Paragraph 194 of Plaintiffs' Amended Complaint cites a law and alleges legal conclusions that do not require a response.  Defendants lack information or knowledge sufficient to form a belief as to the truth of these allegations and therefore deny the allegations of this paragraph of Plaintiffs' Amended Complaint.

195.    Defendants deny the allegations of paragraph 195 of Plaintiffs' Amended Complaint.

196.    Paragraph 196 of Plaintiffs' Amended Complaint discusses laws and alleges legal conclusions that do not require a response.  Defendants lack information or knowledge sufficient to form a belief as to the truth of these allegations and therefore deny the allegations of this paragraph of Plaintiffs' Amended Complaint.

197.    Paragraph 197 of Plaintiffs' Amended Complaint cites a law and alleges legal conclusions that do not require a response.  Defendants lack information or knowledge sufficient to form a belief as to the truth of these allegations and therefore deny the allegations of this paragraph of Plaintiffs' Amended Complaint.

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
FOUNDATION, AND CONN WILLIAMSON
No. 2:18-cv-01115-RSL

34

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711

1        198.    Paragraph 198 of Plaintiffs' Amended Complaint cites laws and alleges legal

2  conclusions that do not require a response. Defendants lack information or knowledge

3  sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

4  of this paragraph of Plaintiffs' Amended Complaint.

5        199.    Paragraph 199 of Plaintiffs' Amended Complaint cites laws and alleges legal

6  conclusions that do not require a response. Defendants lack information or knowledge

7  sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

8  of this paragraph of Plaintiffs' Amended Complaint.

9        200.    Paragraph 200 of Plaintiffs' Amended Complaint cites a law and alleges legal

10  conclusions that do not require a response. Defendants lack information or knowledge

11  sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

12  of this paragraph of Plaintiffs' Amended Complaint.

13        201.    Paragraph 201 of Plaintiffs' Amended Complaint cites a law and alleges legal

14  conclusions that do not require a response. Defendants lack information or knowledge

15  sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

16  of this paragraph of Plaintiffs' Amended Complaint.

17        202.    Paragraph 202 of Plaintiffs' Amended Complaint cites laws and alleges legal

18  conclusions that do not require a response. Defendants lack information or knowledge

19  sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

20  of this paragraph of Plaintiffs' Amended Complaint.

21        203.    Paragraph 203 of Plaintiffs' Amended Complaint cites a law and alleges legal

22  conclusions that do not require a response. Defendants lack information or knowledge

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
DISTRIBUTED, SECOND AMENDMENT                          35                             4801 E. Broadway Blvd., Suite 311
FOUNDATION, AND CONN WILLIAMSON                                          Tucson, AZ 85711
No. 2:18-cv-01115-RSL

FARHANG & MEDCOFF

1   sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

2   of this paragraph of Plaintiffs' Amended Complaint.

3       204.    Defendants deny the allegations of paragraph 204 of Plaintiffs' Amended

4   Complaint.

5       205.    Paragraph 205 of Plaintiffs' Amended Complaint alleges a legal conclusion that

6   does not require a response.  Defendants lack information or knowledge sufficient to form a

7   belief as to the truth of this allegation and therefore deny the allegation of this paragraph of

8   Plaintiffs' Amended Complaint.

9       206.    Paragraph 206 of Plaintiffs' Amended Complaint cites laws and alleges legal

10  conclusions that do not require a response.  Defendants lack information or knowledge

11  sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

12  of this paragraph of Plaintiffs' Amended Complaint.

13      207.    Paragraph 207 of Plaintiffs' Amended Complaint cites a law and alleges legal

14  conclusions that do not require a response.  Defendants lack information or knowledge

15  sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

16  of this paragraph of Plaintiffs' Amended Complaint.

17      208.    Paragraph 208 of Plaintiffs' Amended Complaint cites a law and alleges legal

18  conclusions that do not require a response.  Defendants lack information or knowledge

19  sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

20  of this paragraph of Plaintiffs' Amended Complaint.

21      209.    Paragraph 209 of Plaintiffs' Amended Complaint cites a law and alleges legal

22  conclusions that do not require a response.  Defendants lack information or knowledge

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
FOUNDATION, AND CONN WILLIAMSON
No. 2:18-cv-01115-RSL

36

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711

1   sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

2   of this paragraph of Plaintiffs' Amended Complaint.

3        210.    Paragraph 210 of Plaintiffs' Amended Complaint alleges legal conclusions that

4   do not require a response.   Defendants deny the allegations regarding the temporary

5   modification and lack information and knowledge sufficient to form a belief as to the

6   remaining allegations of this paragraph and therefore deny the remaining allegations of this

7   paragraph of Plaintiffs' Amended Complaint.

8        211.    Paragraph 211 of Plaintiffs' Amended Complaint alleges legal conclusions that

9   do not require a response.   Defendants deny the allegations regarding the temporary

10  modification and lack information and knowledge sufficient to form a belief as to the

11  remaining allegations of this paragraph and therefore deny the remaining allegations of this

12  paragraph of Plaintiffs' Amended Complaint.

13       212.    Paragraph 212 of Plaintiffs' Amended Complaint cites laws and alleges legal

14  conclusions that do not require a response.   Defendants lack information or knowledge

15  sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

16  of this paragraph of Plaintiffs' Amended Complaint.

17       213.    Paragraph 213 of Plaintiffs' Amended Complaint cites a law and alleges legal

18  conclusions that do not require a response.   Defendants lack information or knowledge

19  sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

20  of this paragraph of Plaintiffs' Amended Complaint.

21       214.    Paragraph 214 of Plaintiffs' Amended Complaint cites laws and alleges legal

22  conclusions that do not require a response.   Defendants lack information or knowledge

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
FOUNDATION, AND CONN WILLIAMSON
No. 2:18-cv-01115-RSL

37

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711

1    sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

2    of this paragraph of Plaintiffs' Amended Complaint.

3         215.    Paragraph 215 of Plaintiffs' Amended Complaint cites laws and alleges legal

4    conclusions that do not require a response.  Defendants deny that the CAD files are contrary

5    to any public policy and lack information or knowledge sufficient to form a belief as to the

6    truth of the remaining allegations and therefore deny the allegations of this paragraph of

7    Plaintiffs' Amended Complaint.

8         216.    Paragraph 216 of Plaintiffs' Amended Complaint cites a law and alleges legal

9    conclusions that do not require a response.  Defendants lack information or knowledge

10   sufficient to form a belief as to the truth of these allegations and therefore deny the allegations

11   of this paragraph of Plaintiffs' Amended Complaint.

12        217.    Defendants deny the allegations of paragraph 217 of Plaintiffs' Amended

13   Complaint.

14        218.    In response to paragraph 218 of Plaintiffs' Amended Complaint, Defendants

15   repeat the foregoing responses to the above allegations as though fully set forth herein.

16        219.    Paragraph 219 of Plaintiffs' Amended Complaint alleges a legal conclusion that

17   does not require a response. To the extent a response is required, Defendants deny the

18   allegations of this paragraph of Plaintiffs' Amended Complaint.

19        220.    Defendants deny the allegations of paragraph 220 of Plaintiffs' Amended

20   Complaint.

21        221.    Defendants deny the allegations of paragraph 221 of Plaintiffs' Amended

22   Complaint.

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
FOUNDATION, AND CONN WILLIAMSON
No. 2:18-cv-01115-RSL

38

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711

1    222.    In response to paragraph 222 of Plaintiffs' Amended Complaint, Defendants

2    deny that any Congressional notification or Secretary of Defense concurrence was required

3    and therefore deny the allegations of this paragraph of Plaintiffs' Amended Complaint.

4    223.    Defendants lack information or knowledge sufficient to form a belief as to the

5    truth of the allegations at paragraph 223 of Plaintiffs' Amended Complaint and therefore deny

6    the allegations of this paragraph of Plaintiffs' Amended Complaint.

7    224.    Defendants deny the allegations of paragraph 224 of Plaintiffs' Amended

8    Complaint.

9    225.    Paragraph 225 of Plaintiffs' Amended Complaint alleges legal conclusions that

10   do not require a response. To the extent a response is required, Defendants deny the allegations

11   of this paragraph of Plaintiffs' Amended Complaint.

12   226.    Defendants deny the allegations of paragraph 226 of Plaintiffs' Amended

13   Complaint.

14   227.    Defendants deny the allegations of paragraph 227 of Plaintiffs' Amended

15   Complaint.

16   228.    Defendants deny the allegations of paragraph 228 of Plaintiffs' Amended

17   Complaint.

18   229.    In response to paragraph 229 of Plaintiffs' Amended Complaint, Defendants

19   repeat the foregoing responses to the above allegations as though fully set forth herein.

20   230.    Paragraph 230 of Plaintiffs' Amended Complaint alleges a legal conclusion that

21   does not require a response. To the extent a response is required, Defendants deny the

22   allegations of this paragraph of Plaintiffs' Amended Complaint.

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
DISTRIBUTED, SECOND AMENDMENT                    39
FOUNDATION, AND CONN WILLIAMSON
No. 2:18-cv-01115-RSL

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711

1        231.    In response to paragraph 231 of Plaintiffs' Amended Complaint, Defendants

2    deny that any Congressional notification or Secretary of Defense concurrence was required

3    and therefore deny the allegations of this paragraph of Plaintiffs' Amended Complaint.

4        232.    Defendants deny the allegations of paragraph 232 of Plaintiffs' Amended

5    Complaint.

6        233.    Defendants deny the allegations of paragraph 233 of Plaintiffs' Amended

7    Complaint.

8        234.    Defendants deny the allegations of paragraph 234 of Plaintiffs' Amended

9    Complaint.

10        235.    In response to paragraph 235 of Plaintiffs' Amended Complaint, Defendants

11    repeat the foregoing responses to the above allegations as though fully set forth herein.

12        236.    Paragraph 236 of Plaintiffs' Amended Complaint alleges a legal conclusion that

13    does not require a response. To the extent a response is required, Defendants deny the

14    allegations of this paragraph of Plaintiffs' Amended Complaint.

15        237.    Paragraph 237 of Plaintiffs' Amended Complaint alleges legal conclusions that

16    do not require a response. To the extent a response is required, Defendants deny the allegations

17    of this paragraph of Plaintiffs' Amended Complaint.

18        238.    Defendants deny the allegations of paragraph 238 of Plaintiffs' Amended

19    Complaint.

20        239.    Defendants deny the allegations of paragraph 239 of Plaintiffs' Amended

21    Complaint.

22        240.    Defendants deny the allegations of paragraph 240 of Plaintiffs' Amended

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
DISTRIBUTED, SECOND AMENDMENT                        40
FOUNDATION, AND CONN WILLIAMSON
No. 2:18-cv-01115-RSL

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711

1    Complaint.

2         241.    In response to paragraph 241 of Plaintiffs' Amended Complaint, Defendants

3    repeat the foregoing responses to the above allegations as though fully set forth herein.

4         242.    Paragraph 242 of Plaintiffs' Amended Complaint alleges legal conclusions that

5    do not require a response. To the extent a response is required, Defendants deny the allegations

6    of this paragraph of Plaintiffs' Amended Complaint.

7         243.    Paragraph 243 of Plaintiffs' Amended Complaint alleges legal conclusions that

8    do not require a response. To the extent a response is required, Defendants deny the allegations

9    of this paragraph of Plaintiffs' Amended Complaint.

10        244.    Defendants deny the allegations of paragraph 244 of Plaintiffs' Amended

11   Complaint.

12        245.    Defendants deny the allegations of paragraph 245 of Plaintiffs' Amended

13   Complaint.

14        246.    Defendants deny the allegations of paragraph 246 of Plaintiffs' Amended

15   Complaint.

16        247.    Defendants deny the allegations of paragraph 247 of Plaintiffs' Amended

17   Complaint.

18        Defendants deny each and every material allegation not heretofore controverted and

19   demand strict proof thereof.

20                        **DEFENSES & AFFIRMATIVE DEFENSES**

21        Defendants allege and assert the following separate, alternative, and affirmative

22   defenses in response to the allegations in Plaintiffs' Amended Complaint.

1      1.  The Court lacks subject-matter jurisdiction.

2      2.  The Court lacks personal jurisdiction over Defense Distributed.

3      3.  Venue is not proper in this Court.

4      4.  Plaintiffs fail to state a claim upon which relief can be granted.

5      5.  Plaintiffs will be unable to meet their burden of proof.

6          Defendants may have additional affirmative defenses, which are not yet known, but

7  which may become known through discovery.

8                    **DEFENDANTS' REQUEST FOR RELIEF**

9          WHEREFORE, having fully answered Plaintiffs' Amended Complaint, Defendants

10 respectfully pray that the Court deny Plaintiffs any relief, enter judgment in favor of

11 Defendants and against Plaintiffs, and dismiss this case in its entirety with prejudice.

12         DATED this 20th day of August, 2018.

13

14 BECK REDDEN LLP                    FARHANG & MEDCOFF

15 /s/Charles Flores                  /s/Matthew Goldstein
   Charles Flores                     Matthew Goldstein
16 cflores@beckredden.com             Farhang & Medcoff
   /s/Daniel Hammond                  4801 E. Broadway Blvd., Suite 311
17 Daniel Hammond                     Tucson, AZ 85711
   dhammond@beckredden.com            Phone: (202) 550-0040
18 Beck Redden LLP                    mgoldstein@fmlaw.law
   1221 McKinney Street, Suite 4500   *Admitted Pro Hac Vice
19 Phone: (713) 951-3700
   *Admitted Pro Hac Vice

20 Attorneys for Defendants           IMMIX LAW GROUP PC
   Defense Distributed                /s/Joel B. Ard
21                                    Joel B. Ard, WSBA # 40104
                                      Immix Law Group PC
22                                    701 5th Ave Suite 4710

ANSWER OF DEFENDANTS DEFENSE                                    FARHANG & MEDCOFF
DISTRIBUTED, SECOND AMENDMENT                                4801 E. Broadway Blvd., Suite 311
FOUNDATION, AND CONN WILLIAMSON        42                        Tucson, AZ 85711
No. 2:18-cv-01115-RSL

Seattle, WA 98104
Phone: (206) 492-7531
Fax: (503) 802-5351
joel.ard@immixlaw.com

Attorneys for Defendants
Defense Distributed, Second Amendment
Foundation, Inc., and Conn Williamson

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
FOUNDATION, AND CONN WILLIAMSON
No. 2:18-cv-01115-RSL

43

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711

1

## CERTIFICATE OF SERVICE

2

3

    I certify that on August 20, 2018, I served the foregoing by filing it with the Court's CM/ECF system, which automatically notifies all counsel of record.

4

5

    I CERTIFY UNDER PENALTY OF PERJURY under the laws of the United States of America that the foregoing is true and correct.

6

    DATED this August 20, 2018.

                    FARHANG & MEDCOFF

7

              By  /s/Matthew Goldstein

8
                  Matthew Goldstein
                  Farhang & Medcoff

9
                  4801 E. Broadway Blvd., Suite 311
                  Tucson, AZ 85711

10
                  Phone: (202) 550-0040
                  mgoldstein@fmlaw.law

11
                  *Admitted Pro Hac Vice

12
                  Attorneys for Defendants
                  Defense Distributed, Second Amendment

13
                  Foundation, Inc., and Conn Williamson

14

15

16

17

18

19

20

21

22

23

ANSWER OF DEFENDANTS DEFENSE
DISTRIBUTED, SECOND AMENDMENT
FOUNDATION, AND CONN WILLIAMSON
No. 2:18-cv-01115-RSL

44

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711