AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | | |
|---|---|---|
| State of Washington, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   18-cv-01115-RSL |
| United States Department of State, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff States of Washington, Connecticut, Maryland, New Jersey, New York, Oregon, Vermont, Colorado, Hawaii, California, District of Columbia, Delaware, Illinois, Iowa, North Carolina, Rhode Island, Minnesota, and Commonwealths of Massachusetts, Pennsylvania, and Virginia.

Date:  8.21.18

*/s/ Jeffrey Rupert*
*Attorney's signature*

Jeffrey Rupert, WSBA No. 45037
*Printed name and bar number*

800 Fifth Avenue, Suite 2000, Seattle, WA  98104
*Address*

jeffreyr2@atg.wa.gov
*E-mail address*

206.389.2116
*Telephone number*

206.587.4229
*FAX number*