

# United States District Court
# Western District of Washington

| STATE OF WASHINGTON; STATE OF CONNECTICUT, ET AL. | Case Number: | C18-1115RSL |
|---|---|---|

Plaintiff(s)

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

V.

UNITED STATES DEPARTMENT OF STATE; MICHAEL R. POMPEO, in his official capacity as Secretary of State:

Defendant(s)

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington,

__Maura Murphy Osborne__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

PLAINTIFF - STATE OF CONNECTICUT

The particular need for my appearance and participation is:

I am counsel for the Plaintiff- State of Connecticut.

I, __Maura Murphy Osborne__ understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: __08/27/2018__

Signature of Applicant:  s/ __Maura Murphy Osborne__

**Pro Hac Vice Attorney**

Applicant's Name: _____ Maura Murphy Osborne _____

Law Firm Name: _____ Office of the Attorney General _____

Street Address 1: _____ 55 Elm Street, PO Box 120 _____

Address Line 2: _____

City: _____ Hartford _____ State: _____ CT _____ Zip: _____ 06106 _____

Phone Number w/ Area Code _____ (860) 808-5020 _____ Bar # _____ 423915 _____ State _____ CT _____

Primary E-mail Address: _____ maura.murphyosborne@ct.gov _____

*(Primary E-Mail address must be for the Pro Hac attorney and not any subordinate or staff member)*

Secondary E-mail Address: _____

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant _____ Maura Murphy Osborne _____ is unable to be present upon any date assigned by the court.

Date: _____ 08/27/2018 _____ Signature of Local Counsel: s/ _____ Jeffrey G. Rupert _____

Local Counsel's Name: _____ Jeffrey G. Rupert _____

Law Firm Name: _____ Washington Attorney General's Office _____

Street Address 1: _____ 800 Fifth Avenue _____

Address Line 2: _____ Suite 2000 _____

City: _____ Seattle _____ State: _____ WA _____ Zip: _____ 98104 _____

Phone Number w/ Area Code _____ (206) 389-2116 _____ Bar # _____ 45037 _____



# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11.  Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Members of the court's systems staff will assess the risk and advise you accordingly.

4. By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons. This provision does include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. You will continue to need a PACER login, in addition to the court-issued password. You can register for PACER at their web site: http://pacer. psc.uscourts.gov.

6. By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

Date Signed ___08/27/2018___ Signature s/ __Maura Murphy Osborne_____

**(Pro Hac Vice applicant name)**