UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>         Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>         Defendants. | NO. C18-1115RSL<br><br>ORDER DENYING LEAVE TO FILE AMICUS BRIEF |

This matter comes before the Court on Benjamin Barber's request for leave to file an amicus brief on behalf of the "Nerd Party." "District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." <u>NGV Gaming, Ltd. v. Upstream Point Molate, LLC</u>, 355 F. Supp.2d 1061, 1067 (N.D. Cal. 2005) (internal quotation marks and citations omitted). In the circumstances presented here, however, the Court declines to consider Mr. Barber's amicus brief. The motions for preliminary relief have been fully resolved, and there is no indication that Mr. Barber has unique information or perspective that could not have been presented by defense counsel if they thought it helpful.

ORDER DENYING LEAVE TO
FILE AMICUS BRIEF - 1

1 | For all of the foregoing reasons, the request for leave to file an amicus brief (Dkt. # 99) is
2 | DENIED.

Dated this 18th day of September, 2018.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER DENYING LEAVE TO
FILE AMICUS BRIEF - 2