The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>            Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>            Defendants. | No. 2:18-cv-01115-RSL<br><br>DEFENSE DISTRIBUTED'S<br>NOTICE OF WITHDRAWAL OF COUNSEL |

DEFENSE DISTRIBUTED'S
MOTION TO WITHDRAW ATTORNEY
No. 2:18-cv-01115-RSL

BECK REDDEN LLP
1221 McKinney Street, Suite 4500
Houston, TX 77010
(713) 951-3700

Defendant Defense Distributed files this notice of Daniel N. Hammond of Beck Redden LLP's withdrawal as attorney of record for Defendant Defense Distributed in the above-styled case. Daniel N. Hammond has completed his representation of Defendant Defense Distributed. Withdrawal is made in accordance with L.C.R. 83.2(b)(3), as Defendant Defense Distributed remains represented by Joel B. Ard of Immix Law Group PC, Matthew A. Goldstein of Farhang & Medcoff, and Charles R. Flores of Beck Redden LLP.

This withdrawal will take effect on September 19, 2018 without court order and without any further notice to any party, unless an objection to the withdrawal is served upon the undersigned. Any and all future pleadings or papers, exclusive of original process, will continue to be served upon Defendants' current counsel of record at the address set forth below.

Additionally, Defendant Defense Distributed requests that the clerk of the Court remove Daniel N. Hammond of Beck Redden LLP from the list of persons receiving this action's electronic notices.

DEFENSE DISTRIBUTED'S
MOTION TO WITHDRAW ATTORNEY
No. 2:18-cv-01115-RSL

2

BECK REDDEN LLP
1221 McKinney Street, Suite 4500
Houston, TX 77010
(713) 951-3700

DATED this 19th day of September, 2018.

| BECK REDDEN LLP | FARHANG & MEDCOFF |
|---|---|
| /s/Charles Flores | /s/Matthew Goldstein |
| Charles Flores | Matthew Goldstein |
| cflores@beckredden.com | Farhang & Medcoff |
| /s/Daniel Hammond | 4801 E. Broadway Blvd., Suite 311 |
| Daniel Hammond | Tucson, AZ 85711 |
| dhammond@beckredden.com | Phone: (202) 550-0040 |
| Beck Redden LLP | mgoldstein@fmlaw.law |
| 1221 McKinney Street, Suite 4500 | *Admitted Pro Hac Vice |
| Phone: (713) 951-3700 | |
| *Admitted Pro Hac Vice | |

IMMIX LAW GROUP PC
/s/Joel B. Ard
Joel B. Ard, WSBA # 40104
Immix Law Group PC
701 5th Ave Suite 4710
Seattle, WA 98104
Phone: (206) 492-7531
Fax: (503) 802-5351
joel.ard@immixlaw.com

Attorneys for Defendant
Defense Distributed

DEFENSE DISTRIBUTED'S
MOTION TO WITHDRAW ATTORNEY
No. 2:18-cv-01115-RSL

3

BECK REDDEN LLP
1221 McKinney Street, Suite 4500
Houston, TX 77010
(713) 951-3700

**CERTIFICATE OF SERVICE**

I certify that on September 19, 2018, I served the foregoing by filing it with the Court's CM/ECF system, which automatically notifies all counsel of record.

I CERTIFY UNDER PENALTY OF PERJURY under the laws of the United States of America that the foregoing is true and correct.

DATED this September 19, 2018.

/s/Charles Flores
Charles Flores
cflores@beckredden.com
Beck Redden LLP
1221 McKinney Street, Suite 4500
Phone: (713) 951-3700
*Admitted Pro Hac Vice

DEFENSE DISTRIBUTED'S
MOTION TO WITHDRAW ATTORNEY
No. 2:18-cv-01115-RSL

4

BECK REDDEN LLP
1221 McKinney Street, Suite 4500
Houston, TX 77010
(713) 951-3700