The Honorable Robert S. Lasnik

1

2

3

4

5

6

7      **UNITED STATES DISTRICT COURT**
       **WESTERN DISTRICT OF WASHINGTON**
8                  **AT SEATTLE**

9

| | |
|---|---|
| STATE OF WASHINGTON, et al., | No. 2:18-cv-01115-RSL |
| Plaintiffs, | |
| v. | STIPULATION TO EXTEND DEADLINE FOR FEDERAL DEFENDANTS TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT AND FILE AN ADMINISTRATIVE RECORD |
| UNITED STATES DEPARTMENT OF STATE, et al., | |
| Defendants. | **NOTED FOR: SEPTEMBER 27, 2018** |

10

11

12

13

14

15

        Pursuant to Local Civil Rules 7(d)(1) and 10(g), the parties hereby file this stipulated
16
request to extend the deadline for the Federal Defendants to respond to Plaintiffs' Amended
17
Complaint until and including October 9, 2018, and to extend the deadline for the Federal
18
Defendants to file an administrative record until and including October 19, 2018.  The grounds
19
for this stipulation are as follows:
20

21      1.      Plaintiffs filed their Complaint in this case on July 30, 2018.  ECF No. 1.

22 Also on July 30, 2018, Plaintiffs served the Complaint on the U.S. Attorney's Office for the

23 Western District of Washington.  Plaintiffs filed an Amended Complaint on August 2, 2018.

24 ECF No. 29.

2.      Pursuant to Federal Rules of Civil Procedure 12(a)(2) and 15(a)(3), the Federal Defendants' response to Plaintiffs' Amended Complaint is due on or before September 28, 2018.

3.      Pursuant to Local Civil Rule 79(h), the Federal Defendants must file an administrative record "with the answer or return."

4.      On September 14, 2018, the parties conferred telephonically pursuant to Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.  During that conference, the parties discussed suggestions for the prompt and efficient resolution of the case.  Since September 14, 2018, the parties have continued to negotiate a series of deadlines related to the case.

5.      Although the parties have not reached a final agreement regarding all deadlines, they have agreed that the Federal Defendants may file their Answer on or before October 9, 2018, and that they may file an administrative record on or before October 19, 2018.  While the parties continue to negotiate other deadlines, and in light of the upcoming deadline for the Federal Defendants to respond to Plaintiffs' Amended Complaint, the parties accordingly request that the Court extend the deadlines imposed by Federal Rules of Civil Procedure 12(a)(2) and 15(a)(3) and Local Civil Rule 79(h), such that the Federal Defendants may file their Answer on or before October 9, 2018, and may file an administrative record on or before October 19, 2018.

Dated:  September 27, 2018                    Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ANNETTE L. HAYES
Acting United States Attorney

KERRY KEEFE
Civil Chief

RESP. TO AM. COMPL. AND FILE A.R.
2:18-cv-01115-RSL

JOHN R. GRIFFITHS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

*/s/ Stuart J. Robinson*
STUART J. ROBINSON
STEVEN A. MYERS
ERIC J. SOSKIN
Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave., Suite 7-5395
San Francisco, CA 94549
415-436-6635 (telephone)
415-436-6632 (facsimile)
stuart.j.robinson@usdoj.gov

Counsel for the Federal Defendants

IMMIX LAW GROUP PC
/s/Joel B. Ard
Joel B. Ard, WSBA # 40104
Immix Law Group PC
701 5th Ave Suite 4710
Seattle, WA 98104
Phone: (206) 492-7531
Fax: (503) 802-5351
joel.ard@immixlaw.com

Counsel for Defendants Defense Distributed, Second Amendment Foundation, Inc., and Conn Williamson

FARHANG & MEDCOFF
/s/Matthew Goldstein
Matthew Goldstein*
Farhang & Medcoff
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711
Phone: (202) 550-0040
mgoldstein@fmlaw.law
*Admitted Pro Hac Vice

Counsel for Defendants Defense Distributed, Second Amendment Foundation, Inc., and Conn Williamson

BECK REDDEN LLP
/s/Charles Flores
Charles Flores*
cflores@beckredden.com

Beck Redden LLP
1221 McKinney Street, Suite 4500
Phone: (713) 951-3700
*Admitted Pro Hac Vice

Counsel for Defendant Defense Distributed


ROBERT W. FERGUSON
 Attorney General

*/s/ Jeffrey Rupert*
JEFFREY RUPERT, WSBA #45037
Division Chief
KRISTIN BENESKI, WSBA #45478
Assistant Attorney General
TODD BOWERS, WSBA #25274
Deputy Attorney General
JEFF SPRUNG, WSBA #23607
Assistant Attorney General
ZACHARY P. JONES, WSBA #44557
Assistant Attorney General
JeffreyR2@atg.wa.gov
KristinB1@atg.wa.gov
ToddB@atg.wa.gov
JeffS2@atg.wa.gov
ZachJ@atg.wa.gov

*Counsel for the Plaintiff States*

1    **[PROPOSED] ORDER APPROVING STIPULATION**

2        PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4    Dated: _____        _____
                                     Honorable Robert S. Lasnik
5                                    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24