UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON et al., | The Honorable Robert S. Lasnik |
| Plaintiffs, | |
| v. | No. 2:18-cv-01115-RSL |
| UNITED STATES DEPARTMENT OF STATE, et al., | DISCLOSURE STATEMENT UNDER RULE 7.1 OF DEFENSE DISTRIBUTED |
| Defendants. | |

Pursuant to Local Civil Rule 7.1, Defendant Defense Distributed states that it has neither a parent corporation nor any publicly held corporation owning 10% or more of its stock.

///

///

///

///

///

///

///

///

///

///

///

LCR 7.1 DISCLOSURE

Immix Law Group PC

701 5th Ave Suite 4710
Seattle, WA 98104
Phone: (206) 492-7531
Facsimile: 503-802-5351

| | |
|---|---|
| 1 | Date: September 28, 2018 |

Respectfully submitted,

IMMIX LAW GROUP PC

By: /s/ Joel B. Ard
Joel B. Ard, WSBA # 40104
Immix Law Group PC
701 5th Ave Suite 4710
Seattle, WA 98104
Phone: (206) 492-7531

BECK REDDEN LLP

By /s/ Chad Flores
Chad Flores
cflores@beckredden.com
Texas State Bar No. 24059759
1221 McKinney St., Suite 4500
Houston, TX 77010
(713) 951-3700 | (713) 952-3720 (fax)

FARHANG & MEDCOFF

By: /s/ Matthew Goldstein
Matthew Goldstein
mgoldstein@fmlaw.law
D.C. Bar No. 975000
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711
(202) 550-0040 | (520) 790-5433 (fax)

Attorneys for Defense Distributed

LCR 7.1 DISCLOSURE

Immix Law Group PC

701 5th Ave Suite 4710
Seattle, WA 98104
Phone: (206) 492-7531
Facsimile: 503-802-5351

1

**CERTIFICATE OF SERVICE**

2      I certify that on September 28, 2018, I filed the foregoing with the Court's CM/ECF

3   system, which will give notice to all parties and counsel of record.

4      I CERTIFY UNDER PENALTY OF PERJURY under the laws of the United States of

5   America that the foregoing is true and correct.

6                    IMMIX LAW GROUP PC

7

8                    By _____

9                    Joel B. Ard, WSBA # 40104
                     Immix Law Group PC
10                   701 5th Ave Suite 4710
                     Seattle, WA 98104
11                   Phone: (206) 492-7531
                     Fax: (503) 802-5351
12                   E-Mail: joel.ard@immixlaw.com

13
                     Attorneys for Defendant Defense Distributed
14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE                                    Immix Law Group PC