UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON et al., | The Honorable Robert S. Lasnik |
| Plaintiffs, | |
| v. | No. 2:18-cv-01115-RSL |
| UNITED STATES DEPARTMENT OF STATE, et al., | DISCLOSURE STATEMENT UNDER RULE 7.1 OF SECOND AMENDMENT FOUNDATION, INC. |
| Defendants. | |

Pursuant to Local Civil Rule 7.1, Defendant Second Amendment Foundation, Inc. states that it has neither a parent corporation nor any publicly held corporation owning 10% or more of its stock.

Date: September 28, 2018                     Respectfully submitted,


IMMIX LAW GROUP PC

By: /s/ Joel B. Ard
Joel B. Ard, WSBA # 40104
Immix Law Group PC
701 5th Ave Suite 4710
Seattle, WA 98104
Phone: (206) 492-7531

Attorneys for Second Amendment
Foundation, Inc.

LCR 7.1 DISCLOSURE

**CERTIFICATE OF SERVICE**

1

2    I certify that on September 28, 2018, I filed the foregoing with the Court's CM/ECF

3 system, which will give notice to all parties and counsel of record.

4    I CERTIFY UNDER PENALTY OF PERJURY under the laws of the United States of

5 America that the foregoing is true and correct.

6                                        IMMIX LAW GROUP PC

7

8                              By _____

9                                 Joel B. Ard, WSBA # 40104
                                  Immix Law Group PC
10                                701 5th Ave Suite 4710
                                  Seattle, WA 98104
11                                Phone: (206) 492-7531
                                  Fax: (503) 802-5351
12                                E-Mail: joel.ard@immixlaw.com

13
                                  Attorneys for Defendants Defense
14                                Distributed, Second Amendment Foundation,
                                  and Conn Williamson
15

16

17

18

19

20

21

22

23

24

25

26
CERTIFICATE OF SERVICE                                    Immix Law Group PC