The Honorable Robert S. Lasnik

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | No. 2:18-cv-01115-RSL |
| Plaintiffs, | |
| v. | STIPULATION TO EXTEND DEADLINE FOR FEDERAL DEFENDANTS TO RESPOND TO PLAINITFFS' AMENDED COMPLAINT AND FILE AN ADMINISTRATIVE RECORD |
| UNITED STATES DEPARTMENT OF STATE, et al., | |
| Defendants. | **NOTED FOR: SEPTEMBER 27, 2018** |

Pursuant to Local Civil Rules 7(d)(1) and 10(g), the parties hereby file this stipulated request to extend the deadline for the Federal Defendants to respond to Plaintiffs' Amended Complaint until and including October 9, 2018, and to extend the deadline for the Federal Defendants to file an administrative record until and including October 19, 2018.  The grounds for this stipulation are as follows:

1.      Plaintiffs filed their Complaint in this case on July 30, 2018.  ECF No. 1. Also on July 30, 2018, Plaintiffs served the Complaint on the U.S. Attorney's Office for the Western District of Washington.  Plaintiffs filed an Amended Complaint on August 2, 2018. ECF No. 29.

2.       Pursuant to Federal Rules of Civil Procedure 12(a)(2) and 15(a)(3), the Federal Defendants' response to Plaintiffs' Amended Complaint is due on or before September 28, 2018.

3.       Pursuant to Local Civil Rule 79(h), the Federal Defendants must file an administrative record "with the answer or return."

4.       On September 14, 2018, the parties conferred telephonically pursuant to Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.  During that conference, the parties discussed suggestions for the prompt and efficient resolution of the case.  Since September 14, 2018, the parties have continued to negotiate a series of deadlines related to the case.

5.       Although the parties have not reached a final agreement regarding all deadlines, they have agreed that the Federal Defendants may file their Answer on or before October 9, 2018, and that they may file an administrative record on or before October 19, 2018.  While the parties continue to negotiate other deadlines, and in light of the upcoming deadline for the Federal Defendants to respond to Plaintiffs' Amended Complaint, the parties accordingly request that the Court extend the deadlines imposed by Federal Rules of Civil Procedure 12(a)(2) and 15(a)(3) and Local Civil Rule 79(h), such that the Federal Defendants may file their Answer on or before October 9, 2018, and may file an administrative record on or before October 19, 2018.

Dated:  September 27, 2018                    Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ANNETTE L. HAYES
Acting United States Attorney

KERRY KEEFE
Civil Chief

1

2

JOHN R. GRIFFITHS
Director, Federal Programs Branch

3

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

4

*/s/ Stuart J. Robinson*
STUART J. ROBINSON

5

STEVEN A. MYERS
ERIC J. SOSKIN

6

Attorneys
U.S. Department of Justice

7

Civil Division, Federal Programs Branch
450 Golden Gate Ave., Suite 7-5395
San Francisco, CA 94549

8

415-436-6635 (telephone)
415-436-6632 (facsimile)

9

stuart.j.robinson@usdoj.gov

10

Counsel for the Federal Defendants

11

IMMIX LAW GROUP PC
/s/Joel B. Ard

12

Joel B. Ard, WSBA # 40104
Immix Law Group PC

13

701 5th Ave Suite 4710
Seattle, WA 98104
Phone: (206) 492-7531

14

Fax: (503) 802-5351
joel.ard@immixlaw.com

15

Counsel for Defendants Defense Distributed,
Second Amendment Foundation, Inc., and Conn

16

Williamson

17

FARHANG & MEDCOFF
/s/Matthew Goldstein

18

Matthew Goldstein*
Farhang & Medcoff

19

4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711
Phone: (202) 550-0040

20

mgoldstein@fmlaw.law
*Admitted Pro Hac Vice

21

Counsel for Defendants Defense Distributed,
Second Amendment Foundation, Inc., and Conn

22

Williamson

23

BECK REDDEN LLP
/s/Charles Flores
Charles Flores*

24

cflores@beckredden.com

1                                       Beck Redden LLP

1221 McKinney Street, Suite 4500

2                                       Phone: (713) 951-3700

\*Admitted Pro Hac Vice

3                                       Counsel for Defendant Defense Distributed

ROBERT W. FERGUSON

Attorney General

*/s/ Jeffrey Rupert*

JEFFREY RUPERT, WSBA #45037

Division Chief

KRISTIN BENESKI, WSBA #45478

Assistant Attorney General

TODD BOWERS, WSBA #25274

Deputy Attorney General

JEFF SPRUNG, WSBA #23607

Assistant Attorney General

ZACHARY P. JONES, WSBA #44557

Assistant Attorney General

JeffreyR2@atg.wa.gov

KristinB1@atg.wa.gov

ToddB@atg.wa.gov

JeffS2@atg.wa.gov

ZachJ@atg.wa.gov

*Counsel for the Plaintiff States*

1

## <u>ORDER APPROVING STIPULATION</u>

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4   Dated: September 28, 2018.

*Mrt S Lasnik*

Honorable Robert S. Lasnik
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24