The Honorable Robert S. Lasnik

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| STATE OF WASHINGTON, et al., | ) | No. 2:18-cv-1115-RSL |
| | ) | |
| Plaintiffs, | ) | **NOTICE OF CHANGE OF** |
| v. | ) | **ADDRESS** |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| STATE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

To the Clerk of the Court and all parties of record:

Please enter the following change of address for Steven A. Myers as counsel for Defendants in this matter. All future correspondence and other communications regarding this matter should be directed Mr. Myers at the address and phone number below.

Dated: October 2, 2018

Respectfully submitted,

/s/ *Steven A. Myers*
Steven A. Myers (NY Bar No. 4823043)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 305-8648
Fax: (202) 616-8470
Email: Steven.A.Myers@usdoj.gov

*Counsel for Defendants*

Notice of Change of Address
(No. 2:18-cv-1115-RSL) – 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 2, 2018, I electronically filed the foregoing using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

Dated: October 2, 2018                              */s/ Steven A. Myers*
                                                     Steven A. Myers

Notice of Change of Address
(No. 2:18-cv-1115-RSL) – 2