UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.*, <br><br> Defendants. | Cause No. C18-1115RSL <br><br> CASE MANAGEMENT ORDER |

On July 30, 2018, plaintiffs filed a complaint seeking to prevent the federal defendants from modifying Category I of the United States Munitions List in such a way as to allow the publication to the internet of computer aided design files for the automatic production of firearms using a 3-D printer. The parties anticipate that the case will be resolved on cross-motions for summary judgment and that discovery, if necessary, will be limited. Having reviewed the Joint Status Report submitted by the parties, the Court orders as follows:

| | |
|---|---|
| Production of Administrative Record | October 19, 2018 |
| Deadline for amending pleadings | November 5, 2018 |
| Deadline for joining additional parties | November 5, 2018 |

CASE MANAGEMENT ORDER

| | |
|---|---|
| All motions related to the adequacy of the administrative record or discovery disputes must be filed by | November 15, 2018[1] |
| Settlement conference held no later than | January 15, 2019[2] |
| Plaintiffs shall file a motion for summary judgment of no more than 24 pages by | February 15, 2019 |
| Defendants shall file combined oppositions and cross-motions for summary judgment of no more than 24 pages by | March 15, 2019 |
| Plaintiffs shall file combined replies and oppositions of no more than 24 pages by | April 5, 2019 |
| Defendants shall file replies of no more than 15 pages by | April 19, 2019 |

The cross-motions for summary judgment shall be noted for consideration on the Court's calendar for **Friday, April 19, 2019.** These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Civil Rules. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown; failure to complete discovery within the time allowed is not recognized as good cause.

## ALTERATIONS TO ELECTRONIC FILING PROCEDURES AND LOCAL RULES

Information and procedures for electronic filing can be found on the Western District of Washington's website at www.wawd.uscourts.gov. *Pro se* litigants may file either electronically or in paper form. The following alterations to the Electronic Filing Procedures apply in all cases

---

[1] Any such motions shall be noted on the Court's calendar for Friday, December 21, 2018, and briefed according to the schedule set forth in the Joint Status Report, Dkt. # 110 at 9.

[2] The settlement conference requires a face-to-face meeting or a telephone conference between persons with authority to settle the case. The settlement conference does not have to involve a third-party neutral.

CASE MANAGEMENT ORDER  -2-

pending before Judge Lasnik:

- Alteration to LCR 10(e)(9) -- Effective July 1, 2014, the Western District of Washington will no longer accept courtesy copies in 3-ring binders. All courtesy copies must be 3-hole punched, tabbed, and bound by rubber bands or clips. If any courtesy copies are delivered to the intake desk or chambers in 3-ring binders, the binders will be returned immediately. This policy does **NOT** apply to the submission of trial exhibits.

- Alteration to Section III, Paragraph M -- Unless the proposed order is stipulated, agreed, or otherwise uncontested, the parties need not e-mail a copy of the order to the judge's e-mail address.

- Pursuant to LCR 10(e)(10), all references in the parties' filings to exhibits should be as specific as possible (*i.e.*, the reference should cite the specific page numbers, paragraphs, line numbers, etc.). All exhibits must be marked to designate testimony or evidence referred to in the parties' filings. Filings that do not comply with LCR 10(e) may be rejected and/or returned to the filing party, particularly if a party submits lengthy deposition testimony without highlighting or other required markings.

## PRIVACY POLICY

Parties are reminded that they must comply with the privacy requirements in Federal Rule of Civil Procedure 5.2 and LCR 5.2.

## COOPERATION

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible.

//

//

SETTLEMENT

Should this case settle, counsel shall notify the Deputy Clerk as soon as possible. Pursuant to LCR 11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

DATED this 12th day of October, 2018.

          /s/ Kerry Simonds
Kerry Simonds, Deputy Clerk to
the Honorable Robert S. Lasnik, Judge
(206) 370-8519