The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, et al., <br><br> Defendants. | No. 2:18-cv-1115-RSL <br><br> **FEDERAL DEFENDANTS' ADMINISTRATIVE RECORD** <br><br> **FILED PURSUANT TO LOCAL CIVIL RULE 79(h)** |

FEDERAL DEFENDANTS' ADMINISTRATIVE RECORD
*State of Washington, et al. v. Dep't of State, et al.*, 2:18-cv-1115-RSL

**U.S. DEPARTMENT OF JUSTICE**
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Tel: (415) 436-6635

The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, et al., <br><br> Defendants. | No. 2:18-cv-1115-RSL <br><br> **CERTIFICATION OF THE FEDERAL DEFENDANTS' ADMINISTRATIVE RECORD** |

CERTIFICATION OF THE FEDERAL DEFENDANTs'S ADMINISTRATIVE RECORD
*State of Washington, et al. v. Dep't of State, et al.*, 2:18-cv-1115-RSL

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Tel: (415) 436-6635

I, Sarah J. Heidema, do hereby declare as follows:

1. I am the Director of the Office of Defense Trade Controls Policy, within the Directorate of Defense Trade Controls ("DDTC"), in the Bureau of Political-Military Affairs, U.S. Department of State (the "Department"). I have held this position since April 2018, and my responsibilities include maintaining the International Traffic in Arms Regulations ("ITAR") and providing policy guidance on the export of defense articles. I have worked in DDTC since 2008, including as the Division Chief for Regulatory and Multilateral Affairs within the Office of Defense Trade Controls Policy and in a variety of positions covering export control issues.

2. I supervised DDTC's review of records for the administrative record for the Department's decision to (1) announce a temporary modification of U.S. Munitions List ("USML") Category I to exclude certain technical data (the "Temporary Modification"), and (2) issue a letter advising that the Published Files, Ghost Gunner Files, and CAD files, as those are defined in the June 29, 2018 settlement agreement in the matter of *Defense Distributed, et al. v. U.S. Department of State, et al.*, No. 1:15-cv-00372-RP (W.D. Tex.), were approved for public release (the "Letter"). My staff, DDTC records custodians, and I conducted the search for these documents.

3. The statements made in this declaration are based upon my personal knowledge or on information provided to me in the course of my official duties by employees under my supervision, DDTC employees who are records custodians, or other Department employees.

4. To the best of my knowledge, the materials listed in the Index to the Administrative Record of the Federal Defendants provide a true, accurate, and complete listing of all non-privileged documents and materials directly or indirectly considered by Department decision makers in support of the decision to announce the Temporary Modification and issue the Letter.

CERTIFICATION OF THE FEDERAL DEFENDANTS' ADMINISTRATIVE RECORD - 1
*State of Washington, et al. v. Dep't of State, et al.*, 2:18-cv-1115-RSL

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Tel: (415) 436-6635

1. Privileged documents—such as documents in draft format, recommendation memoranda, or deliberative and other privileged communications—are not included in the administrative record.

5. To the best of my knowledge, the files included in the administrative record are true, accurate, and complete copies of the non-privileged documents and materials listed in the above-referenced Index.

6. In deciding to announce the Temporary Modification and issue the Letter, the Department considered, directly or indirectly, information related to 83 Fed. Reg. 24, 198 (May 24, 2018), which proposed in part to revise USML Category I, covering firearms and related articles, to control only defense articles that serve an inherently military function or that are not otherwise widely available in retail outlets in the United States and abroad. If the Department finalizes the rule as proposed, technical data directly related to the firearms that are removed from the USML will no longer be subject to the ITAR, including the various files covered by the Temporary Modification and Letter. This notice of proposed rulemaking ("NPRM") is relevant to the Department's decision to announce the Temporary Modification and issue the Letter because it proposes to remove the firearms and directly related technical data from ITAR control based on the Department's assessment that these articles do not provide the United States with a critical military or intelligence advantage.

7. To populate the administrative record as to documents related to the May 2018 NPRM, my staff, DDTC records custodians, and I searched available records of current and former DDTC employees that were likely to contain records that were directly or indirectly considered by Department decision makers. This search encompassed electronic records, including email records. I understand that DDTC records custodians searched available files from former

CERTIFICATION OF THE FEDERAL DEFENDANTS' ADMINISTRATIVE RECORD - 2
*State of Washington, et al. v. Dep't of State, et al.*, 2:18-cv-1115-RSL

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Tel: (415) 436-6635

employees; they manually reviewed non-e-mail electronic files that were organized topically and searched e-mail records and other electronic records that were organized generally for the term firearms. DDTC records custodians provided the results of their search to my office for further review. My staff and I searched our records, including emails, using search terms including 3-D, 3D, DD, Defense Distributed, CAD, computer aided, firearms, Category I, and additive manufacturing. My staff and I manually reviewed the documents that were culled from our search and the search by DDTC records custodians to determine which records were directly or indirectly considered by Department decision makers. Those materials then underwent a privilege review.

8. In addition, in deciding to announce the Temporary Modification and issue the Letter, the Department decision makers considered, directly or indirectly, comments received in response to 80 Fed. Reg. 31,525 (Jun. 3, 2015), which proposed to revise and create various definitions in the ITAR, including the definition of "technical data." The Department accepted public comment on this NPRM until August 3, 2015. I understand that the Department received 2,886 comments in this NPRM directly through email and 9,985 comments through the website regulations.gov. The Department reviewed all of the comments prior to issuing interim final and final rules revising some of the definitions included in the NPRM. *See* 81 Fed. Reg. 35,611 (Jun. 3, 2016); 81 Fed. Reg. 62,004 (Sept. 8, 2016). Some public comments the Department received in response to the NPRM noted a possible impact on 3-D printing technologies related to firearms and discussed the Department's regulation of such technologies. The Department considered these comments when developing the May 2018 NPRM and evaluating the appropriate control on technical data directly related to these articles.

9. I understand that, in order to identify the website comments that were considered in the

CERTIFICATION OF THE FEDERAL DEFENDANTS' ADMINISTRATIVE RECORD - 3
*State of Washington, et al. v. Dep't of State, et al.*, 2:18-cv-1115-RSL

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Tel: (415) 436-6635

Department's decision on the Temporary Modification and Letter, all of the comments submitted through regulations.gov were loaded on to the Department's LAW/Concordance document review platform, which is an industry standard tool produced by LexisNexis. I understand that the comments were searched using the terms 3-D, 3D, Liberator, Additive, CAD, computer aided, and Defense Distributed, and that documents with these terms were reviewed manually, which resulted in 5,629 relevant documents, all of which have been included in the administrative record. My staff manually reviewed the comments that were emailed directly to the Department and found 22 comments addressing 3-D printing technologies, which also are included in the administrative record.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of October, 2018.

_____
Sarah J. Heidema
Director
Office of Defense Trade Controls Policy
Directorate of Defense Trade Controls
Bureau of Political Military Affairs

CERTIFICATION OF THE FEDERAL DEFENDANTS' ADMINISTRATIVE RECORD - 4
State of Washington, et al. v. Dep't of State, et al., 2:18-cv-1115-RSL

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Tel: (415) 436-6635

Index to the Administrative Record of the Federal Defendants

| Tab | Title | Page |
|---|---|---|
| 1 | Business Executives for National Security (Export Control Reform), Speech by Secretary of Defense | DOSWASHINGTON000001 |
| 2 | The Administration's Export Control Reform Plans Remarks by General Jones, National Security Advisor June 30, 2010 | DOSWASHINGTON000005 |
| 3 | President Obama Lays the Foundation for a New Export Control System To Strengthen National Security and the Competitiveness of Key U.S. Manufacturing and Technology Sectors | DOSWASHINGTON000021 |
| 4 | 2014 Additive Manufacturing Symposium Program | DOSWASHINGTON000025 |
| 5 | 2014 Additive Manufacturing Symposium Caffrey Handout | DOSWASHINGTON000028 |
| 6 | Startup launches first 3D-printed battery-powered rocket (update) | DOSWASHINGTON000034 |
| 7 | International Traffic in Arms: Revisions to Definitions 80 Fed. Reg. 31,525 (Jun. 3, 2015) | DOSWASHINGTON000037 |
| 8 | 1st Amendment, 2nd Amendment and 3D Printed Guns | DOSWASHINGTON000051 |
| 9 | *Def. Distributed v. U.S. Dep't of State*, 121 F. Supp. 3d 680, 688 (W.D. Tex. 2015) | DOSWASHINGTON000111 |
| 10 | Correspondence to Secretary Kerry from Senators Johnson and Grassley (Jul. 16, 2015) and response (Aug. 11, 2015) | DOSWASHINGTON000136 |
| 11 | Correspondence to President Obama from the National Shooting Sports Foundation (NSSF) (Sept. 28, 2015) | DOSWASHINGTON000154 |
| 12 | Correspondence to Secretary Kerry from Senator Corker (Oct. 5, 2015) and response (Feb. 5, 2016) | DOSWASHINGTON000156 |
| 13 | Correspondence to Secretaries Kerry and Pritzker from Rep. Bryne (Oct. 6, 2015) and response (Feb. 5, 2016) | DOSWASHINGTON000158 |
| 14 | Correspondence to President Obama from the National Association of Manufacturers (NAM) (Oct. 7, 2015) | DOSWASHINGTON000161 |

CERTIFICATION OF THE FEDERAL DEFENDANTS' ADMINISTRATIVE RECORD
*State of Washington, et al. v. Dep't of State, et al.*, 2:18-cv-1115-RSL

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Tel: (415) 436-6635

| | | | |
|---|---|---|---|
| 1 | 15 | Correspondence to Secretaries Kerry and Pritzker from Senator Blunt (Oct. 7, 2015) and response (Feb. 5, 2016) | DOSWASHINGTON000162 |
| 2 | 16 | *Def. Distributed v. United States Dep't of State*, 838 F.3d 451 (5th Cir. 2016) and amicus briefs | DOSWASHINGTON000164 |
| | 17 | Correspondence to Secretary Kerry from multiple senators (Nov. 21, 2016) and response (Jan. 26, 2017) | DOSWASHINGTON000351 |
| | 18 | *Stagg P.C. v. United States Dep't of State*, 673 F. App'x 93, 96 (2d Cir. 2016) | DOSWASHINGTON000358 |
| | 19 | Correspondence to Secretaries Kerry and Ross from multiple senators (May 1, 2017) and response (May 23, 2017) | DOSWASHINGTON000366 |
| | 20 | Correspondence to Secretaries Kerry and Ross from multiple members of the House of Representatives (May 3, 2017) and response (May 23, 2017) | DOSWASHINGTON000371 |
| | 23 | Correspondence to Secretary Kerry from multiple senators (Sept. 15, 2016) and response (Dec. 27, 2017) | DOSWASHINGTON000382 |
| | 24 | Correspondence to Secretaries Kerry and Ross from Senators Daines and Gianforte (Sept. 22, 2017) and response (Oct. 20, 2017) | DOSWASHINGTON000390 |
| | 25 | Notice of Proposed Rulemaking, Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III, transmitted to the *Federal Register* | DOSWASHINGTON000394 |
| | 26 | International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III, 83 Fed. Reg. 24,198 (May 24, 2018) | DOSWASHINGTON000426 |
| | 27 | Temporary Modification of Category I of the United States Munitions List | DOSWASHINGTON000436 |
| | 28 | Correspondence to Cody R. Wilson, Directorate of Defense Trade Controls Approval of Certain Files for Public Release | DOSWASHINGTON000437 |
| | 29 | Settlement agreement in the matter of *Defense Distributed, et al. v. U.S. Department of State, et al.*, No. 1:15-cv-00372-RP (W.D. Tex.) | DOSWASHINGTON000439 |

CERTIFICATION OF THE FEDERAL DEFENDANTS' ADMINISTRATIVE RECORD
*State of Washington, et al. v. Dep't of State, et al.*, 2:18-cv-1115-RSL

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Tel: (415) 436-6635

| | | |
|---|---|---|
| 30 | International Traffic in Arms: Revisions to Definitions 80 Fed. Reg. 31,525 (Jun. 3, 2015) Public Comments | DOSWASHINGTON000449 |

CERTIFICATION OF THE FEDERAL DEFENDANTS' ADMINISTRATIVE RECORD
*State of Washington, et al. v. Dep't of State, et al.*, 2:18-cv-1115-RSL

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Tel: (415) 436-6635