The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON; STATE OF CONNECTICUT; STATE OF MARYLAND; STATE OF NEW JERSEY; STATE OF NEW YORK; STATE OF OREGON; COMMONWEALTH OF MASSACHUSETTS; COMMONWEALTH OF PENNSYLVANIA; DISTRICT OF COLUMBIA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF IOWA; STATE OF MINNESOTA; STATE OF NORTH CAROLINA; STATE OF RHODE ISLAND; STATE OF VERMONT and COMMONWEALTH OF VIRGINIA,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE; MICHAEL R. POMPEO, in his official capacity as Secretary of State; DIRECTORATE OF DEFENSE TRADE CONTROLS; MIKE MILLER, in his official capacity as Acting Deputy Assistant Secretary of Defense Trade Controls; SARAH HEIDEMA, in her official capacity as Director of Policy, Office of Defense Trade Controls Policy; DEFENSE DISTRIBUTED; SECOND AMENDMENT FOUNDATION, INC.; AND CONN WILLIAMSON,<br><br>Defendants. | NO. 2:18-cv-01115-RSL<br><br>DECLARATION OF KRISTIN BENESKI IN SUPPORT OF PLAINTIFF STATES' OPPOSITION TO PRIVATE DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS<br><br>**NOTING DATE: NOVEMBER 2, 2018** |

DECLARATION OF KRISTIN BENESKI
2:18-cv-01115-RSL

1

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

I, Kristin Beneski, declare as follows:

1. I am over the age of 18 and have personal knowledge of all the facts stated herein.

2. I am an Assistant Attorney General with the Washington State Attorney General's Office and counsel of record for the State of Washington in this matter.

3. Attached hereto as Exhibit A is a true and correct copy of the Order entered on July 30, 2018 in the matter of *Def. Distributed v. U.S. Dep't of State*, No. 1:15-cv-00372-RP (W.D. Tex.), ECF No. 113.

4. Attached hereto as Exhibit B is a true and correct copy of "Plaintiffs' Rule 59 Motion to Alter or Amend a Judgment or, Alternatively, Rule 60(b) Motion for Relief from a Judgment" (Rule 59 motion) filed on August 27, 2018 in the matter of *Def. Distributed v. U.S. Dep't of State*, No. 1:15-cv-00372-RP (W.D. Tex.), ECF No. 117.

5. Attached hereto as Exhibit C is a true and correct copy of the "Protective Notice of Appeal" filed on September 25, 2018 in the matter of *Def. Distributed v. U.S. Dep't of State*, No. 1:15-cv-00372-RP (W.D. Tex.), ECF No. 135.

6. Attached hereto as Exhibit D is a true and correct copy of the Order issued on October 22, 2018 in the matter of *Def. Distributed v. U.S. Dep't of State*, No. 1:15-cv-00372-RP (W.D. Tex.), ECF No. 136.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 29th day of October, 2018.

*/s/ Kristin Beneski*
KRISTIN BENESKI

DECLARATION OF KRISTIN BENESKI
2:18-cv-01115-RSL

2

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

**DECLARATION OF SERVICE**

I hereby certify that on October 29, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will serve a copy of this document upon all counsel of record.

DATED this 29th day of October, 2018, at Seattle, Washington.

*/s/ Jeffrey Rupert*
JEFFREY RUPERT

DECLARATION OF KRISTIN BENESKI
2:18-cv-01115-RSL

3

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(206) 464-7744