The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, et al., <br><br> Defendants. | NO. 2:18-cv-01115-RSL <br><br> STIPULATION TO EXTEND DEADLINE TO FILE DISCOVERY-RELATED MOTIONS <br><br> **NOTING DATE: NOVEMBER 6, 2018** |

Pursuant to Local Rules 7(d)(1) and 10(g), the Plaintiff States and the Private Defendants[1] hereby file this stipulated request to extend the deadline to file motions related to discovery disputes until 21 days after the Court rules on the Private Defendants' pending Motion for Judgment on the Pleadings. The grounds for this stipulation are as follows:

1. The current deadline to file motions related to discovery disputes is November 15, 2018. Dkt. # 115 (Case Management Order), p. 2.

2. On September 20, 2018, the Plaintiff States propounded a set of discovery requests on the Private Defendants.

3. On October 11, 2018, the Private Defendants filed a Motion for Judgment on the

---

[1] The Private Defendants are Defense Distributed, the Second Amendment Foundation, and Conn Williamson. The Federal Defendants do not oppose the relief requested in this stipulation.

Pleadings, seeking an order "dismissing them from this action." Dkt. # 114. As of the filing of this stipulation, the motion has been fully briefed but has not been ruled upon.

4. On October 22, 2018, the Private Defendants responded to the Plaintiff States' discovery requests, objecting on the grounds *inter alia* that their Motion for Judgment on the Pleadings was pending, and that they would not be subject to party discovery if the motion were granted.

5. The Plaintiff States and the Private Defendants agree that, if the Motion for Judgment on the Pleadings were to be granted in full, the Private Defendants would not be subject to party discovery. They further agree that postponing their efforts to resolve any discovery disputes until after the Court has ruled on the motion will conserve the parties' resources and avoid any need to seek provisional relief in keeping with the current deadline without the benefit of a ruling on the motion.

Based on the above, the Plaintiff States and the Private Defendants jointly request that the Court extend the deadline to file discovery-related motions to 21 days after the Court issues a ruling on the Motion for Judgment on the Pleadings.

DATED this 6th day of November, 2018.

ROBERT W. FERGUSON
Attorney General

*/s/ Jeffrey Rupert*
JEFFREY RUPERT, WSBA #45037
Division Chief
KRISTIN BENESKI, WSBA #45478
Assistant Attorney General
TODD BOWERS, WSBA #25274
Deputy Attorney General
JEFF SPRUNG, WSBA #23607
Assistant Attorney General
ZACH JONES, WSBA #44557
Assistant Attorney General

| | |
|---|---|
| 1 | JeffreyR2@atg.wa.gov |
|   | KristinB1@atg.wa.gov |
| 2 | ToddB@atg.wa.gov |
|   | JeffS2@atg.wa.gov |
| 3 | ZachJ@atg.wa.gov |
|   | *Counsel for the Plaintiff States* |
| 4 | |
|   | IMMIX LAW GROUP PC |
| 5 | */s/ Joel B. Ard* |
|   | Joel B. Ard, WSBA #40104 |
| 6 | Immix Law Group PC |
|   | 701 5th Ave Suite 4710 |
| 7 | Seattle, WA 98104 |
|   | Phone: (206) 492-7531 |
| 8 | Fax: (503) 802-5351 |
|   | joel.ard@immixlaw.com |
| 9 | *Counsel for the Private Defendants* |
| 10 | FARHANG & MEDCOFF |
|   | */s/ Matthew Goldstein* |
| 11 | Matthew Goldstein* |
|   | Farhang & Medcoff |
| 12 | 4801 E. Broadway Blvd., Suite 311 |
|   | Tucson, AZ 85711 |
| 13 | Phone: (202) 550-0040 |
|   | mgoldstein@fmlaw.law |
| 14 | *Admitted pro hac vice |
|   | *Counsel for the Private Defendants* |
| 15 | |
|   | BECK REDDEN LLP |
| 16 | */s/ Charles Flores* |
|   | Charles Flores* |
| 17 | Beck Redden LLP |
|   | 1221 McKinney Street, Suite 4500 |
| 18 | Houston, TX 77010 |
|   | Phone: (713) 951-3700 |
| 19 | cflores@beckredden.com |
|   | *Admitted pro hac vice |
| 20 | *Counsel for Defendant Defense Distributed* |

## **ORDER APPROVING STIPULATION**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 7, 2018

*/s/ Robert S. Lasnik*
Honorable Robert S. Lasnik
United States District Judge