The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON; STATE OF CONNECTICUT; STATE OF MARYLAND; STATE OF NEW JERSEY; STATE OF NEW YORK; STATE OF OREGON; COMMONWEALTH OF MASSACHUSETTS; COMMONWEALTH OF PENNSYLVANIA; DISTRICT OF COLUMBIA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF IOWA; STATE OF MINNESOTA; STATE OF NORTH CAROLINA; STATE OF RHODE ISLAND; STATE OF VERMONT and COMMONWEALTH OF VIRGINIA, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE; MICHAEL R. POMPEO, in his official capacity as Secretary of State; DIRECTORATE OF DEFENSE TRADE CONTROLS; MIKE MILLER, in his official capacity as Acting Deputy Assistant Secretary of Defense Trade Controls; SARAH HEIDEMA, in her official capacity as Director of Policy, Office of Defense Trade Controls Policy; DEFENSE DISTRIBUTED; SECOND AMENDMENT FOUNDATION, INC.; AND CONN WILLIAMSON, <br><br> Defendants. | NO. 2:18-cv-01115-RSL <br><br> DECLARATION OF JENNIFER D. WILLIAMS IN SUPPORT OF PLAINTIFF STATES' MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD <br><br> **NOTE FOR CONSIDERATION: DECEMBER 21, 2018** |

DECLARATION OF JENNIFER D. WILLIAMS
2:18-cv-01115-RSL

i

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

I, Jennifer D. Williams, declare as follows:

1. I am over the age of 18 and have personal knowledge of all the facts stated herein.

2. I am a Paralegal with the Washington State Attorney General's Office, which represents the State of Washington in this matter.

3. I was responsible for coordinating a comprehensive review by attorneys in our office of the Administrative Record filed by the Federal Defendants in this matter (Dkt. # 116). I also reviewed parts of the record. We used document review software and a tagging system to analyze the record.

4. Based on the results of our review, the Administrative Record comprises the following documents, which are labeled with Bates numbers DOSWASHINGTON000001–006687:

   1) Three documents describing President Obama's planned export control reform initiative as of 2010 (DOSWASHINGTON000001–24);

   2) Two documents related to a 2014 Additive Manufacturing Symposium hosted by the State Department (DOSWASHINGTON000025–33);

   3) One redacted email dated April 15, 2015 containing a link to an article about a 3D-printed rocket (DOSWASHINGTON000034–36);

   4) A copy of a June 3, 2015 State Department proposed rule (80 Fed. Reg. 31,525) regarding revisions to certain definitions in 22 C.F.R. Parts 120, 123, 125, and 127) (DOSWASHINGTON000037–50);

   5) A 2014 Tennessee Law Review article by Josh Blackman entitled "The 1st Amendment, 2nd Amendment, and 3D Printed Guns" (DOSWASHINGTON000051–110);

   6) An August 4, 2014 order denying Defense Distributed's motion for a preliminary injunction in the matter of *Defense Distributed, et al. v. U.S. Department of State, et al.*, Case No. 1:15-cv-00372-RP (W.D. Tex.) (DOSWASHINGTON000111–135);

DECLARATION OF
JENNIFER D. WILLIAMS
2:18-cv-01115-RSL

1

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

7) Various correspondence from 2015–2017 between the State Department and various members of Congress regarding the export control initiative (DOSWASHINGTON000136–153, 156–160, 162–163, 351–357, 366–393);

8) Two 2015 letters to President Obama from stakeholders regarding the export control reform initiative (DOSWASHINGTON000154–155, 161);

9) A September 20, 2016 opinion affirming the denial of the motion for a preliminary injunction and four amicus briefs supporting Defense Distributed in the matter of *Defense Distributed, et al. v. U.S. Department of State, et al.*, Case No. 15-50759 (5th Cir. 2015) (DOSWASHINGTON000164–350);

10) A December 16, 2016 order affirming the denial of a preliminary injunction in the matter of *Stagg P.C. v. U.S. Dep't of State, et al.* (2d Cir. 2016) (DOSWASHINGTON000358–365);

11) An undated draft of a State Department proposed rule regarding amendments to Categories I, II, and III of the U.S. Munitions List (DOSWASHINGTON000394–425);

12) A copy of a May 5, 2015 State Department proposed rule (80 Fed. Reg. 25,821) regarding amendments to Category XII of the U.S. Munitions List (DOSWASHINGTON000426–435);

13) An undated draft of the "Temporary Modification of Category I of the United States Munitions List" (DOSWASHINGTON000436);

14) An undated, unsigned draft of the letter to Cody Wilson, Defense Distributed, and Second Amendment Foundation, Inc. from the Acting Deputy Assistant Secretary for the Directorate of Defense Trade Controls (DOSWASHINGTON000437–438);

15) A copy of the Settlement Agreement between Defense Distributed, et al. and the State Department, et al. and the Stipulation of Dismissal with Prejudice in *Defense Distributed, et al. v. U.S. Department of State, et al.*, Case No. 1:15-cv-00372-RP (W.D. Tex.), both signed (only) by Matthew Goldstein and dated June 29, 2018 (DOSWASHINGTON000439–447); and

16) Approximately 5,157 comments opposing the June 3, 2015 State Department proposed rule (80 Fed. Reg. 31,525) (DOSWASHINGTON000449–6687). Many of these comments appear to be based on a form letter prepared by a group called Gun Owners of America (GOA) (see DOSWASHINGTON001264–1266).

DECLARATION OF JENNIFER D. WILLIAMS
2:18-cv-01115-RSL

2

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

5. Attached hereto as Exhibit 1 is a true and correct copy of the electronic docket in the matter of *Defense Distributed, et al. v. U.S. Department of State, et al.*, Case No. 15-50759 (5th Cir. 2015) obtained from the PACER system on August 2, 2018, in which each of the seven filed amicus briefs has been highlighted.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 15th day of November, 2018.

JENNIFER D. WILLIAMS

DECLARATION OF
JENNIFER D. WILLIAMS
2:18-cv-01115-RSL

3

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

## **DECLARATION OF SERVICE**

I hereby certify that on November 15, 2018, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will serve a copy of this document upon all counsel of record.

DATED this 15th day of November, 2018, at Seattle, Washington.

*/s/ Jeffrey Rupert*
JEFFREY RUPERT

DECLARATION OF
JENNIFER D. WILLIAMS
2:18-cv-01115-RSL

4

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

# Exhibit 1

**General Docket**
**United States Court of Appeals for the Fifth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 15-50759 | **Docketed:** 08/18/2015 |
| **Nature of Suit:** 2440 Other Civil Rights | **Termed:** 09/20/2016 |
| Defense Distributed, et al v. U.S. Dept. of State, et al | |
| **Appeal From:** Western District of Texas, Austin | |
| **Fee Status:** Fee Paid | |

**Case Type Information:**
  **1)** Civil Rights
  **2)** United States
  **3)**

**Originating Court Information:**
  **District:** 0542-1 : 1:15-CV-372
  **Court Reporter:** Joe Reynosa, Court Reporter
  **Originating Judge:** Robert L. Pitman, U.S. District Judge
  **Date Filed:** 05/06/2015

| | |
|---|---|
| **Date NOA Filed:** 08/13/2015 | **Date Rec'd COA:** 08/14/2015 |

**Prior Cases:**
  None

**Current Cases:**
  None

**Panel Assignment:**
  **Panel:** WED    EHJ    JEG
  **Date of Hearing:** 06/06/2016    **Date of Decision:** 09/20/2016    **Date Completed:** 09/20/2016

| | |
|---|---|
| DEFENSE DISTRIBUTED<br>        Plaintiff - Appellant | Alan Gura<br>Direct: 703-835-9085<br>Email: alan@gurapllc.com<br>Fax: 703-997-7665<br>[COR LD NTC Retained]<br>Gura, P.L.L.C.<br>Suite 107<br>916 Prince Street<br>Alexandria, VA 22314-0000<br><br>Joshua Michael Blackman<br>Direct: 202-294-9003<br>Email: joshblackman@gmail.com<br>[COR NTC Retained]<br>1303 San Jacinto Street<br>Houston, TX 77002<br><br>Matthew Goldstein<br>Direct: 202-550-0040<br>Email: matthew@goldsteinpllc.com<br>[COR NTC Retained]<br>10th Floor<br>1875 Connecticut Avenue, N.W.<br>Washington, DC 20009-0000<br><br>William Bryan Mateja, Esq.<br>Direct: 214-754-5751<br>Email: bmateja@sheppardmullin.com<br>Fax: 214-397-0033<br>[COR NTC Retained]<br>Polsinelli, P.C.<br>Suite 2100<br>2950 N. Harwood Street<br>Dallas, TX 75201<br><br>David Scott Morris<br>Direct: 512-226-8116<br>Email: dmorris@fr.com<br>Fax: 512-320-8935 |

|  | [COR NTC Retained]<br>Fish & Richardson, P.C.<br>Suite 810<br>111 Congress Avenue<br>1 Congress Plaza<br>Austin, TX 78701 |
|---|---|
| SECOND AMENDMENT FOUNDATION, INCORPORATED<br>        Plaintiff - Appellant | Alan Gura<br>Direct: 703-835-9085<br>[COR LD NTC Retained]<br>(see above)<br><br>Joshua Michael Blackman<br>Direct: 202-294-9003<br>[COR NTC Retained]<br>(see above)<br><br>William Bryan Mateja, Esq.<br>Direct: 214-754-5751<br>[COR NTC Retained]<br>(see above)<br><br>David Scott Morris<br>Direct: 512-226-8116<br>[COR NTC Retained]<br>(see above) |
| v. | |
| UNITED STATES DEPARTMENT OF STATE<br>        Defendant - Appellee | Daniel Bentele Hahs Tenny, Esq.<br>Email: daniel.tenny@usdoj.gov<br>[COR LD NTC Government]<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530<br><br>Michael S. Raab<br>Email: michael.raab@usdoj.gov<br>[COR NTC Government]<br>U.S. Department of Justice<br>Civil Division, Appellate Section<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530 |
| JOHN F. KERRY, In His Official Capacity as the Secretary of the Department of State<br>        Defendant - Appellee | Daniel Bentele Hahs Tenny, Esq.<br>[COR LD NTC Government]<br>(see above)<br><br>Michael S. Raab<br>[COR NTC Government]<br>(see above) |
| DIRECTORATE OF DEFENSE TRADE CONTROLS, Department of State Bureau of Political Military Affairs<br>        Defendant - Appellee | Daniel Bentele Hahs Tenny, Esq.<br>[COR LD NTC Government]<br>(see above)<br><br>Michael S. Raab<br>[COR NTC Government]<br>(see above) |
| KENNETH B. HANDELMAN, Individually and in His Official Capacity as the Deputy Assistant Secretary of State for Defense Trade Controls in the Bureau of Political-Military Affairs<br>        Defendant - Appellee | Daniel Bentele Hahs Tenny, Esq.<br>[COR LD NTC Government]<br>(see above)<br><br>Michael S. Raab<br>[COR NTC Government]<br>(see above) |
| C. EDWARD PEARTREE, Individually and in His Official Capacity as the Director of the Office of Defense Trade Controls Policy Division<br>        Defendant - Appellee | Daniel Bentele Hahs Tenny, Esq.<br>[COR LD NTC Government]<br>(see above) |

|  |  |
|---|---|
|  | Michael S. Raab<br>[COR NTC Government]<br>(see above) |
| SARAH J. HEIDEMA, Individually and in Her Official Capacity as the Division Chief, Regulatory and Multilateral Affairs, Office of Defense Trade Controls Policy<br>    Defendant - Appellee | Daniel Bentele Hahs Tenny, Esq.<br>[COR LD NTC Government]<br>(see above) |
|  | Michael S. Raab<br>[COR NTC Government]<br>(see above) |
| GLENN SMITH, Individually and in His Official Capacity as the Senior Advisor, Office of Defense Trade Controls<br>    Defendant - Appellee | Daniel Bentele Hahs Tenny, Esq.<br>[COR LD NTC Government]<br>(see above) |
|  | Michael S. Raab<br>[COR NTC Government]<br>(see above) |

---------------------------

|  |  |
|---|---|
| REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS<br>    Amicus Curiae | Bruce D. Brown<br>Direct: 202-795-9301<br>Email: bbrown@rcfp.org<br>Fax: 202-795-9310<br>[COR LD NTC Retained]<br>Reporters Committee for Freedom of the Press<br>Suite 1250<br>1156 15th Street, N.W.<br>Washington, DC 20005 |
| THOMAS JEFFERSON CENTER FOR THE PROTECTION OF FREE EXPRESSION<br>    Amicus Curiae | Bruce D. Brown<br>Direct: 202-795-9301<br>[COR LD NTC Retained]<br>(see above) |
| CATO INSTITUTE<br>    Amicus Curiae | Ilya Shapiro, Esq.<br>Direct: 202-842-0200<br>Email: ishapiro@cato.org<br>Fax: 202-842-3490<br>[COR LD NTC Retained]<br>Cato Institute<br>1000 Massachusetts Avenue, N.W.<br>Washington, DC 20001 |
|  | Randal John Meyer, Counsel<br>Email: randal.j.meyer@gmail.com<br>[COR NTC Retained]<br>Cato Institute<br>1000 Massachusetts Avenue, N.W.<br>Washington, DC 20001 |
| REPRESENTATIVE THOMAS MASSIE<br>    Amicus Curiae | Raffi Melkonian<br>Direct: 713-572-4321<br>Email: melkonian@wrightclosebarger.com<br>Fax: 713-572-4320<br>[COR LD NTC Retained]<br>Wright, Close & Barger, L.L.P.<br>Room 2200<br>1 Riverway<br>Houston, TX 77056 |
| REPRESENTATIVE BRIAN BABIN<br>    Amicus Curiae | Raffi Melkonian<br>Direct: 713-572-4321<br>[COR LD NTC Retained]<br>(see above) |
| REPRESENTATIVE K. MIKE CONAWAY<br>    Amicus Curiae | Raffi Melkonian<br>Direct: 713-572-4321<br>[COR LD NTC Retained]<br>(see above) |

| | |
|---|---|
| REPRESENTATIVE JEFF DUNCAN<br>        Amicus Curiae | Raffi Melkonian<br>Direct: 713-572-4321<br>[COR LD NTC Retained]<br>(see above) |
| REPRESENTATIVE BLAKE FARENTHOLD<br>        Amicus Curiae | Raffi Melkonian<br>Direct: 713-572-4321<br>[COR LD NTC Retained]<br>(see above) |
| REPRESENTATIVE JOHN FLEMING<br>        Amicus Curiae | Raffi Melkonian<br>Direct: 713-572-4321<br>[COR LD NTC Retained]<br>(see above) |
| REPRESENTATIVE PAUL GOSAR<br>        Amicus Curiae | Raffi Melkonian<br>Direct: 713-572-4321<br>[COR LD NTC Retained]<br>(see above) |
| REPRESENTATIVE WALTER JONES<br>        Amicus Curiae | Raffi Melkonian<br>Direct: 713-572-4321<br>[COR LD NTC Retained]<br>(see above) |
| MIKE KELLY<br>        Amicus Curiae | Raffi Melkonian<br>Direct: 713-572-4321<br>[COR LD NTC Retained]<br>(see above) |
| REPRESENTATIVE STEVE KING<br>        Amicus Curiae | Raffi Melkonian<br>Direct: 713-572-4321<br>[COR LD NTC Retained]<br>(see above) |
| REPRESENTATIVE RAUL LABRADOR<br>        Amicus Curiae | Raffi Melkonian<br>Direct: 713-572-4321<br>[COR LD NTC Retained]<br>(see above) |
| REPRESENTATIVE JEFF MILLER<br>        Amicus Curiae | Raffi Melkonian<br>Direct: 713-572-4321<br>[COR LD NTC Retained]<br>(see above) |
| REPRESENTATIVE BILL POSEY<br>        Amicus Curiae | Raffi Melkonian<br>Direct: 713-572-4321<br>[COR LD NTC Retained]<br>(see above) |
| REPRESENTATIVE TODD ROKITA<br>        Amicus Curiae | Raffi Melkonian<br>Direct: 713-572-4321<br>[COR LD NTC Retained]<br>(see above) |
| REPRESENTATIVE DANIEL WEBSTER<br>        Amicus Curiae | Raffi Melkonian<br>Direct: 713-572-4321<br>[COR LD NTC Retained]<br>(see above) |
| MADISON SOCIETY FOUNDATION, INCORPORATED<br>        Amicus Curiae | Leif A. Olson<br>Direct: 281-849-8382<br>Email: leif@olsonappeals.com<br>[COR LD NTC Retained]<br>PMB 188<br>4830 Wilson Road<br>Humble, TX 77396<br><br>David T. Hardy<br>Direct: 520-749-0241<br>Email: dthardy@mindspring.com |

| | |
|---|---|
| | [NTC Retained]<br>8987 E. Tanque Verde Road<br>Tucson, AZ 85749 |
| ELECTRONIC FRONTIER FOUNDATION<br>    Amicus Curiae | Kit Walsh<br>Direct: 415-436-9333<br>Email: kit@eff.org<br>[COR LD NTC Retained]<br>Electronic Frontier Foundation<br>815 Eddy Street<br>San Francisco, CA 94109 |
| BRADY CENTER TO PREVENT GUN VIOLENCE<br>    Amicus Curiae | John Devereux Kimball, Esq.<br>Direct: 212-885-5259<br>Email: jkimball@blankrome.com<br>Fax: 917-332-3730<br>[COR LD NTC Retained]<br>Blank Rome, L.L.P.<br>405 Lexington Avenue<br>Chrysler Building<br>New York, NY 10174<br><br>Martin Simon Krezalek<br>Direct: 212-885-5130<br>Email: mkrezalek@blankrome.com<br>[COR NTC Retained]<br>Blank Rome, L.L.P.<br>405 Lexington Avenue<br>Chrysler Building<br>New York, NY 10174 |
| TEXAS PUBLIC POLICY FOUNDATION<br>    Amicus Curiae | Robert E. Henneke<br>Direct: 512-472-2700<br>Email: rhenneke@texaspolicy.com<br>[COR LD NTC Retained]<br>Texas Public Policy Foundation<br>901 Congress Avenue<br>Austin, TX 78101 |

DEFENSE DISTRIBUTED; SECOND AMENDMENT FOUNDATION, INCORPORATED,

    Plaintiffs - Appellants

v.

UNITED STATES DEPARTMENT OF STATE; JOHN F. KERRY, In His Official Capacity as the Secretary of the Department of State; DIRECTORATE OF DEFENSE TRADE CONTROLS, Department of State Bureau of Political Military Affairs; KENNETH B. HANDELMAN, Individually and in His Official Capacity as the Deputy Assistant Secretary of State for Defense Trade Controls in the Bureau of Political-Military Affairs; C. EDWARD PEARTREE, Individually and in His Official Capacity as the Director of the Office of Defense Trade Controls Policy Division; SARAH J. HEIDEMA, Individually and in Her Official Capacity as the Division Chief, Regulatory and Multilateral Affairs, Office of Defense Trade Controls Policy; GLENN SMITH, Individually and in His Official Capacity as the Senior Advisor, Office of Defense Trade Controls,

    Defendants - Appellees

| | | |
|---|---|---|
| 08/18/2015 | ☐ 📄 3 pg, 49.67 KB | CIVIL RIGHTS CASE docketed. NOA filed by Appellants Defense Distributed and Second Amendment Foundation, Incorporated [15-50759] (NFD) |
| 08/25/2015 | ☐ 📄 2 pg, 63.76 KB | INITIAL CASE CHECK by Attorney Advisor complete, Action: Case OK to Process. [7995721-2] Initial AA Check Due satisfied.. Transcript order due on 09/09/2015 for Appellants Defense Distributed and Second Amendment Foundation, Incorporated [15-50759] (SDH) |
| 08/26/2015 | ☐ | APPEARANCE FORM FILED by Attorney Alan Gura for Appellant Second Amendment Foundation, Incorporated in 15-50759, Attorney Alan Gura for Appellant Defense Distributed in 15-50759 [15-50759] (SDH) |
| 08/27/2015 | ☐ 📄 1 pg, 145.22 KB | ATTORNEY TRANSCRIPT ORDER form filed by Appellants Defense Distributed and Second Amendment Foundation, Incorporated for the Court to process. Date of service: 08/27/2015 via email - Attorney for Appellants: Gura, Mateja; Attorney for Appellee: Soskin. [15-50759] (Alan Gura ) |
| 08/27/2015 | ☐ | TRANSCRIPT ORDER received from Appellants Defense Distributed and Second Amendment Foundation, Incorporated and Second Amendment Foundation, Incorporated DETAILS: Transcript Order: Court Reporter: Joe Reynosa, Proceeding Type and Date: Preliminary Injunction Hearing 07/06/2015. Transcript Order ddl satisfied. Ct. Reporter Acknowledgment due on 09/11/2015 for Joe Reynosa, Court Reporter. Electronic Filing Processed: [7998554-2] [15-50759] (MVM) |
| 08/31/2015 | ☐ | APPEARANCE FORM FILED by Attorney(s) Daniel Bentele Hahs Tenny for party(s) Appellee Glenn Smith Appellee United States Department of State Appellee C. Edward Peartree Appellee Sarah J. Heidema Appellee John F. Kerry Appellee Directorate of Defense Trade Controls Appellee Kenneth B. Handelman, in case 15-50759 [15-50759] (SDH) |
| 08/31/2015 | ☐ | APPEARANCE FORM FILED by Attorney(s) Michael S. Raab for party(s) Appellee Glenn Smith Appellee United States Department of State Appellee C. Edward Peartree Appellee Sarah J. Heidema Appellee John F. Kerry Appellee Directorate of Defense Trade Controls Appellee Kenneth B. Handelman, in case 15-50759 [15-50759] (SDH) |
| 09/08/2015 | ☐ | APPEARANCE FORM FILED by Attorney(s) Joshua Michael Blackman for party(s) Appellant Defense Distributed Appellant Second Amendment Foundation, Incorporated, in case 15-50759 [15-50759] (SDH) |
| 09/14/2015 | ☐ | APPEARANCE FORM *Matthew Goldstein* for the court's review. Lead Counsel? No.. THE IMAGE FOR THIS FILING WILL NOT BE VIEWABLE AS IT CONTAINS SENSITIVE INFORMATION. [15-50759] (Matthew Goldstein ) |
| 09/17/2015 | ☐ | APPEARANCE FORM FILED by Attorney(s) Matthew Goldstein for party(s) Appellant Defense Distributed, in case 15-50759 [15-50759] (SDH) |
| 09/17/2015 | ☐ 📄 1 pg, 156.74 KB | NO COURT REPORTER ACKNOWLEDGEMENT RECEIVED for Mr. Joe Reynosa. Transcript Order: Court Reporter: Joe Reynosa, Dt. Ct. Rprt. Time Begins: 09/26/2015. Transcript deadlines created - Ct. Reporter Acknowledgment deadline canceled. Transcript due on 09/28/2015 for Joe Reynosa, Court Reporter. Court Reporter Discount Date is 09/28/2015 for Joe Reynosa, Court Reporter [15-50759] (MBC) |
| 10/08/2015 | ☐ | APPEARANCE FORM received from Mr. William Bryan Mateja, Esq. for Defense Distributed and Second Amendment Foundation, Incorporated for the court's review. Lead Counsel? No.. THE IMAGE FOR THIS FILING WILL NOT BE VIEWABLE AS IT CONTAINS SENSITIVE INFORMATION. [15-50759] (William Bryan Mateja ) |
| 10/09/2015 | ☐ | TRANSCRIPT FILED IN DISTRICT COURT Transcript Order: Court Reporter: Joe Reynosa, Dt. Filed in Dist. Ct: 08/31/2015 Transcript deadline satisfied. Court Reporter Discount Date canceled [15-50759] (MBC) |
| 10/09/2015 | ☐ | ELECTRONIC RECORD ON APPEAL REQUESTED FROM DISTRICT COURT for 1:15-CV-372. Electronic ROA due on 10/26/2015. [15-50759] (MBC) |
| 10/09/2015 | ☐ | APPEARANCE FORM FILED by Attorney William Bryan Mateja for Appellant Second Amendment Foundation, Incorporated in 15-50759, Attorney William Bryan Mateja for Appellant Defense Distributed in 15-50759 [15-50759] (SDH) |
| 10/16/2015 | ☐ | ELECTRONIC RECORD ON APPEAL FILED. Exhibits on File in District Court? No. Electronic ROA deadline satisfied. [15-50759] (SMH) |
| 10/16/2015 | ☐ 📄 4 pg, 92.31 KB | BRIEFING NOTICE ISSUED A/Pet's Brief Due on 11/25/2015 for Appellants Defense Distributed and Second Amendment Foundation, Incorporated. [15-50759] (SMH) |
| 10/23/2015 | ☐ | EXTENSION RECEIVED for Appellants Defense Distributed and Second Amendment Foundation, Incorporated. Extension Granted to and including 12/10/2015. A/Pet's Brief deadline updated to 12/10/2015 for Appellants Defense Distributed and Second Amendment Foundation, Incorporated [15-50759] (RSM) |
| 10/30/2015 | ☐ 📄 11 pg, 112.38 KB | UNOPPOSED MOTION filed by Appellant Defense Distributed*Distributed* to view sealed document.. Date of service: 10/30/2015 via email - Attorney for Appellants: Blackman, Goldstein, Gura, Mateja; Attorney for Appellees: Raab, Soskin, Tenny [15-50759] (Matthew Goldstein ) |
| 11/05/2015 | | COURT ORDER granting motion view sealed document filed by Appellant Defense Distributed [8048357-2] Judge(s): JES. [15-50759] (SDH) |

| | | |
|---|---|---|
| | 2 pg, 100.89 KB | |
| 12/04/2015 | | SUPPLEMENTAL ELECTRONIC RECORD ON APPEAL FILED. [15-50759] (SMH) |
| 12/10/2015 | 129 pg, 5.23 MB | APPELLANT'S BRIEF FILED<br><br># of Copies Provided: 0 A/Pet's Brief deadline satisfied. Appellee's Brief due on 01/12/2016 for Appellees Directorate of Defense Trade Controls, Kenneth B. Handelman, Sarah J. Heidema, John F. Kerry, C. Edward Peartree, Glenn Smith and United States Department of State. Paper Copies of Brief due on 12/21/2015 for Appellants Defense Distributed and Second Amendment Foundation, Incorporated. [15-50759]<br>REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: APPELLANT'S BRIEF FILED by Defense Distributed and Second Amendment Foundation, Incorporated. Date of service: 12/10/2015 via email - Attorney for Appellants: Blackman, Goldstein, Gura, Mateja; Attorney for Appellees: Raab, Soskin, Tenny [15-50759] (Alan Gura ) |
| 12/10/2015 | 94 pg, 10.67 MB | RECORD EXCERPTS FILED. # of Copies Provided: 0 Paper Copies of Record Excerpts due on 12/21/2015 for Appellants Defense Distributed and Second Amendment Foundation, Incorporated. [15-50759]<br>REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: RECORD EXCERPTS FILED by Appellants Defense Distributed and Second Amendment Foundation, Incorporated. Date of service: 12/10/2015 via email - Attorney for Appellants: Blackman, Goldstein, Gura, Mateja; Attorney for Appellees: Raab, Soskin, Tenny [15-50759] (Alan Gura ) |
| 12/15/2015 | | EXTENSION RECEIVED for Appellees Directorate of Defense Trade Controls, Mr. Kenneth B. Handelman, Ms. Sarah J. Heidema, Mr. John F. Kerry, Mr. C. Edward Peartree, Mr. Glenn Smith and United States Department of State. Extension Granted to and including 02/11/2016. E/Res's Brief deadline updated to 02/11/2016 for Appellees Directorate of Defense Trade Controls, Kenneth B. Handelman, Sarah J. Heidema, John F. Kerry, C. Edward Peartree, Glenn Smith and United States Department of State [15-50759] (MCS) |
| 12/17/2015 | 39 pg, 314.12 KB | ==AMICUS CURIAE BRIEF FILED by Thomas Jefferson Center for the Protection of Free Expression and Reporters Committee for Freedom of the Press.==<br>The Consent is Included in the Brief.<br>Brief NOT Sufficient as it requires each citation to the record to be properly cited. The use of "id" to cite to the record is prohibited. Additionally the Brief requires a corrected caption. Instructions to Attorney: PLEASE READ THE ATTACHED NOTICE FOR INSTRUCTIONS ON HOW TO REMEDY THE DEFAULT. # of Copies Provided: 0<br>Sufficient Brief due on 12/31/2015 for Amici Curiae Reporters Committee for Freedom of the Press and Thomas Jefferson Center for the Protection of Free Expression. [15-50759] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: AMICUS CURIAE BRIEF FILED by Reporters Committee for Freedom of the Press and the Thomas Jefferson Center for the Protection of Free Expression. Date of service: 12/17/2015 via email - Attorney for Appellants: Blackman, Goldstein, Gura, Mateja; Attorney for Appellees: Raab, Soskin, Tenny [15-50759] (Bruce D. Brown ) |
| 12/17/2015 | 35 pg, 342.54 KB | ==AMICUS CURIAE BRIEF FILED by Cato Institute.==<br>The Consent is Included in the Brief.<br>Brief NOT Sufficient as it requires a corrected caption and an Appearance Form from counsel signing the brief. Instructions to Attorney: PLEASE READ THE ATTACHED NOTICE FOR INSTRUCTIONS ON HOW TO REMEDY THE DEFAULT. # of Copies Provided: 0<br>Sufficient Brief due on12/31/2015 for Amicus Curiae Cato Institute. [15-50759] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: AMICUS CURIAE BRIEF FILED by Cato Institute. *12/17/2015* Date of service: 12/17/2015 via email - Attorney for Appellants: Blackman, Goldstein, Gura, Mateja; Attorney for Appellees: Raab, Tenny; US mail - Attorney for Appellee: Soskin [15-50759] (Ilya Shapiro ) |
| 12/17/2015 | 30 pg, 475.96 KB | ==AMICUS CURIAE BRIEF FILED by Mr. Daniel Webster, Mr. Todd Rokita, Mr. Bill Posey, Mr. Jeff Miller, Mr. Raul Labrador, Mr. Steve King, Mr. Mike Kelly, Mr. Walter Jones, Mr. Paul Gosar, Mr. John Fleming, Mr. Blake Farenthold, Mr. Jeff Duncan, Mr. K. Mike Conaway, Mr. Brian Babin and Mr. Thomas Massie.==<br>The Consent is Included in the Brief.<br>Brief NOT Sufficient as it requires an Appearance Form from counsel signing the brief. # of Copies Provided: 0<br>Sufficient Brief due on 12/31/2015 for Amici Curiae Thomas Massie, Brian Babin, K. Mike Conaway, Jeff Duncan, Blake Farenthold, John Fleming, Paul Gosar, Walter Jones, Mike Kelly, Steve King, Raul Labrador, Jeff Miller, Bill Posey, Todd Rokita and Daniel Webster.. Paper Copies of Brief due on 12/23/2015 for Amici Curiae Thomas Massie, Brian Babin, K. Mike Conaway, Jeff Duncan, Blake Farenthold, John Fleming, Paul Gosar, Walter Jones, Mike Kelly, Steve King, Raul Labrador, Jeff Miller, Bill Posey, Todd Rokita and Daniel Webster. [15-50759]<br>REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: AMICUS CURIAE BRIEF FILED by Representative Thomas Massie and certain members of the U.S. House of Representatives. Date of service: 12/17/2015 via email - Attorney for Appellants: Blackman, Goldstein, Gura, Mateja; Attorney for Appellees: Raab, Tenny; US mail - Attorney for Appellee: Soskin [15-50759] (Raffi Melkonian ) |

| Date | Size | Description |
|---|---|---|
| 12/17/2015 | 45 pg, 443.6 KB | **AMICUS CURIAE BRIEF FILED by Electronic Frontier Foundation.** The Consent is Included in the Brief. Brief NOT Sufficient as it requires an Appearance Form from counsel signing the brief. # of Copies Provided: 0 Sufficient Brief due on 12/31/2015 for Amicus Curiae Electronic Frontier Foundation.. Paper Copies of Brief due on 12/23/2015 for Amicus Curiae Electronic Frontier Foundation. [15-50759] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: AMICUS CURIAE BRIEF FILED by Electronic Frontier Foundation. Date of service: 12/17/2015 via email - Attorney for Appellants: Blackman, Goldstein, Gura, Mateja; Attorney for Appellees: Raab, Tenny; US mail - Attorney for Appellee: Soskin [15-50759] (Christopher Cody Walsh ) |
| 12/17/2015 | | APPEARANCE FORM for the court's review. Lead Counsel? Yes.. THE IMAGE FOR THIS FILING WILL NOT BE VIEWABLE AS IT CONTAINS SENSITIVE INFORMATION. [15-50759] (Leif A. Olson ) |
| 12/17/2015 | | Paper copies of appellant brief filed by Appellants Defense Distributed and Second Amendment Foundation, Incorporated in 15-50759 received. Paper copies match electronic version of document? Yes # of Copies Provided: 7. Paper Copies of Brief due deadline satisfied. [15-50759] (SDH) |
| 12/17/2015 | | Paper copies of record excerpts filed by Appellants Defense Distributed and Second Amendment Foundation, Incorporated in 15-50759 received. Paper copies match electronic version of document? Yes # of Copies Provided: 4. Paper Copies of Record Excerpts due deadline satisfied. [15-50759] (SDH) |
| 12/17/2015 | 17 pg, 172.27 KB | **AMICUS CURIAE BRIEF FILED by Madison Society Foundation, Incorporated.** The Consent is Included in the Brief. Brief NOT Sufficient as it requires an Appearance Form from counsel signing the brief. # of Copies Provided: 0 Sufficient Brief due on 12/31/2015 for Amicus Curiae Madison Society Foundation, Incorporated.. Paper Copies of Brief due on 12/23/2015 for Amicus Curiae Madison Society Foundation, Incorporated. [15-50759] (SDH) |
| 12/17/2015 | 3 pg, 106.58 KB | DOCUMENT RECEIVED - NO ACTION TAKEN. No action will be taken at this time on the motion to file amicus brief received from Amicus Curiae Madison Society Foundation, Incorporated because it is unnecessary as the amicus party has consent of all parties [15-50759] (SDH) |
| 12/18/2015 | | AN ADDITIONAL 1 COPIES OF BRIEF FILED by Appellants Defense Distributed and Second Amendment Foundation, Incorporated. (ONLY 6 were initially received) [15-50759] (SDH) |
| 12/18/2015 | | APPEARANCE FORM *for Amicus Curiae Electronic Frontier Foundation* for the court's review. Lead Counsel? Yes.. THE IMAGE FOR THIS FILING WILL NOT BE VIEWABLE AS IT CONTAINS SENSITIVE INFORMATION. [15-50759] (Christopher Cody Walsh ) |
| 12/18/2015 | | APPEARANCE FORM received from Mr. Ilya Shapiro, Esq. for Cato Institute for the court's review. Lead Counsel? Yes.. THE IMAGE FOR THIS FILING WILL NOT BE VIEWABLE AS IT CONTAINS SENSITIVE INFORMATION. [15-50759] (Ilya Shapiro ) |
| 12/18/2015 | | APPEARANCE FORM *R. Henneke* for the court's review. Lead Counsel? Yes.. THE IMAGE FOR THIS FILING WILL NOT BE VIEWABLE AS IT CONTAINS SENSITIVE INFORMATION. [15-50759] (Robert E. Henneke ) |
| 12/18/2015 | | APPEARANCE FORM *J. Stonedale* for the court's review. Lead Counsel? No.. THE IMAGE FOR THIS FILING WILL NOT BE VIEWABLE AS IT CONTAINS SENSITIVE INFORMATION. [15-50759] (Joel Stonedale ) |
| 12/18/2015 | 30 pg, 356.2 KB | UNOPPOSED MOTION by Not Party Texas Public Policy Foundation to file amicus brief one day out of time [8085975-3] Date of Service: 12/18/2015 [15-50759]REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: UNOPPOSED MOTION by Texas Public Policy Foundation to file amicus brief one day out of time [8085975-2] Date of service: 12/18/2015 via email - Attorney for Amici Curiae: Brown, Melkonian, Olson, Shapiro; Attorney for Appellants: Blackman, Goldstein, Gura, Mateja; Attorney for Appellees: Raab, Tenny; US mail - Attorney for Amici Curiae: Hardy, Walsh; Attorney for Appellee: Soskin [15-50759] (Joel Stonedale ) |
| 12/18/2015 | 1 pg, 53.59 KB | BRIEF MADE SUFFICIENT filed by Cato Institute in 15-50759 [8084928-2]. Sufficient Brief deadline satisfied. Paper Copies of Brief due on 12/23/2015 for Amicus Curiae Cato Institute. [15-50759] (SDH) |
| 12/21/2015 | | APPEARANCE FORM received from Mr. Bruce D. Brown for Reporters Committee for Freedom of the Press and Thomas Jefferson Center for the Protection of Free Expression for the court's review. Lead Counsel? Yes.. THE IMAGE FOR THIS FILING WILL NOT BE VIEWABLE AS IT CONTAINS SENSITIVE INFORMATION. [15-50759] (Bruce D. Brown ) |
| 12/21/2015 | 1 pg, 53.75 KB | BRIEF MADE SUFFICIENT filed by Reporters Committee for Freedom of the Press and Thomas Jefferson Center for the Protection of Free Expression in 15-50759 [8084911-2]. Sufficient Brief deadline satisfied. Paper Copies of Brief due on 12/28/2015 for Amici Curiae Reporters Committee for Freedom of the Press and Thomas Jefferson Center for the Protection of Free Expression. [15-50759] (SDH) |
| 12/21/2015 | | APPEARANCE FORM received from Mr. Raffi Melkonian for Mr. Brian Babin, Mr. Jeff Miller, Mr. Mike Kelly, Mr. John Fleming, Mr. Steve King, Mr. Jeff Duncan, Mr. Thomas Massie, Mr. K. Mike Conaway, Mr. Blake Farenthold, Mr. Paul Gosar, Mr. Walter Jones, Mr. Raul Labrador, Mr. Bill Posey, Mr. Todd Rokita |

| | | |
|---|---|---|
| | | and Mr. Daniel Webster for the court's review. Lead Counsel? Yes.. THE IMAGE FOR THIS FILING WILL NOT BE VIEWABLE AS IT CONTAINS SENSITIVE INFORMATION. [15-50759] (Raffi Melkonian ) |
| 12/21/2015 | ☐ 📄<br>1 pg, 51.69 KB | Attorney Mr. Leif A. Olson for Amicus Curiae Madison Society Foundation, Incorporated is advised to resubmit appearance form. Reason: Counsel failed to complete the lower portion of the form. [15-50759] (LBM) |
| 12/21/2015 | ☐ | APPEARANCE FORM received from Mr. Leif A. Olson for Madison Society Foundation, Incorporated for the court's review. Lead Counsel? Yes.. THE IMAGE FOR THIS FILING WILL NOT BE VIEWABLE AS IT CONTAINS SENSITIVE INFORMATION. [15-50759] (Leif A. Olson ) |
| 12/22/2015 | ☐ | APPEARANCE FORM FILED by Attorney Kit Walsh for Amicus Curiae Electronic Frontier Foundation in 15-50759 Sufficient Brief deadline satisfied [15-50759] (SDH) |
| 12/22/2015 | ☐ | APPEARANCE FORM FILED by Attorney Bruce D. Brown for Amicus Curiae Thomas Jefferson Center for the Protection of Free Expression in 15-50759, Attorney Bruce D. Brown for Amicus Curiae Reporters Committee for Freedom of the Press in 15-50759 [15-50759] (SDH) |
| 12/22/2015 | ☐ | APPEARANCE FORM FILED by Attorney Ilya Shapiro for Amicus Curiae Cato Institute in 15-50759 [15-50759] (SDH) |
| 12/22/2015 | ☐ | Paper copies of amicus brief filed by Cato Institute in 15-50759 received. Paper copies match electronic version of document? Yes # of Copies Provided: 7. Paper Copies of Brief due deadline satisfied. [15-50759] (SDH) |
| 12/23/2015 | ☐ | APPEARANCE FORM FILED by Attorney Leif A. Olson for Amicus Curiae Madison Society Foundation, Incorporated in 15-50759 Sufficient Brief deadline satisfied [15-50759] (SDH) |
| 12/23/2015 | ☐ | APPEARANCE FORM FILED by Attorney Raffi Melkonian for Amicus Curiae Daniel Webster in 15-50759, Attorney Raffi Melkonian for Amicus Curiae Todd Rokita in 15-50759, Attorney Raffi Melkonian for Amicus Curiae Bill Posey in 15-50759, Attorney Raffi Melkonian for Amicus Curiae Jeff Miller in 15-50759, Attorney Raffi Melkonian for Amicus Curiae Raul Labrador in 15-50759, Attorney Raffi Melkonian for Amicus Curiae Steve King in 15-50759, Attorney Raffi Melkonian for Amicus Curiae Mike Kelly in 15-50759, Attorney Raffi Melkonian for Amicus Curiae Walter Jones in 15-50759, Attorney Raffi Melkonian for Amicus Curiae Paul Gosar in 15-50759, Attorney Raffi Melkonian for Amicus Curiae John Fleming in 15-50759, Attorney Raffi Melkonian for Amicus Curiae Blake Farenthold in 15-50759, Attorney Raffi Melkonian for Amicus Curiae Jeff Duncan in 15-50759, Attorney Raffi Melkonian for Amicus Curiae K. Mike Conaway in 15-50759, Attorney Raffi Melkonian for Amicus Curiae Brian Babin in 15-50759, Attorney Raffi Melkonian for Amicus Curiae Thomas Massie in 15-50759 Sufficient Brief deadline satisfied [15-50759] (SDH) |
| 12/23/2015 | ☐ | APPEARANCE FORM FILED by Attorney Robert E. Henneke for Not Party Texas Public Policy Foundation in 15-50759 [15-50759] (SDH) |
| 12/23/2015 | ☐ | APPEARANCE FORM FILED by Attorney(s) Joel Stonedale for party(s) Not Party Texas Public Policy Foundation, in case 15-50759 [15-50759] (SDH) |
| 12/23/2015 | ☐ | Paper copies of amicus brief filed by Mr. Brian Babin, Mr. Jeff Miller, Mr. Mike Kelly, Mr. John Fleming, Mr. Steve King, Mr. Jeff Duncan, Mr. Thomas Massie, Mr. K. Mike Conaway, Mr. Blake Farenthold, Mr. Paul Gosar, Mr. Walter Jones, Mr. Raul Labrador, Mr. Bill Posey, Mr. Todd Rokita and Mr. Daniel Webster in 15-50759 received. Paper copies match electronic version of document? Yes # of Copies Provided: 7. Paper Copies of Brief due deadline satisfied. [15-50759] (SDH) |
| 12/23/2015 | ☐ | Paper copies of amicus brief filed by Reporters Committee for Freedom of the Press and Thomas Jefferson Center for the Protection of Free Expression in 15-50759 received. Paper copies match electronic version of document? Yes # of Copies Provided: 7. Paper Copies of Brief due deadline satisfied. [15-50759] (SDH) |
| 12/23/2015 | ☐ 📄<br>1 pg, 53.11 KB | CLERK ORDER granting motion to file amicus brief of Texas Public Policy out of time [8085975-2]. [15-50759] (SDH) |
| 12/23/2015 | ☐ | CASE CAPTION updated. Party information modified for Texas Public Policy Foundation in 15-50759. Update: motion to file out of time granted and consent of all parties. [15-50759] (SDH) |
| 12/23/2015 | ☐ 📄<br>28 pg, 289.01 KB | ==AMICUS CURIAE BRIEF FILED by Texas Public Policy Foundation.== The Consent is Included in the Brief. # of Copies Provided: 0 Paper Copies of Brief due on 12/28/2015 for Amicus Curiae Texas Public Policy Foundation. [15-50759] (SDH) |
| 12/29/2015 | ☐ | Paper copies of amicus brief filed by Amicus Curiae Texas Public Policy Foundation in 15-50759 received. Paper copies match electronic version of document? Yes # of Copies Provided: 7. Paper Copies of Brief due deadline satisfied. [15-50759] (RSM) |
| 12/29/2015 | ☐ | Paper copies of amicus brief filed by Madison Society Foundation, Incorporated in 15-50759 received. Paper copies match electronic version of document? Yes # of Copies Provided: 7. Paper Copies of Brief due deadline satisfied. [15-50759] (MVM) |
| 01/05/2016 | ☐ | Paper copies of amicus brief filed by Electronic Frontier Foundation in 15-50759 received. Paper copies match electronic version of document? Yes # of Copies Provided: 7. Paper Copies of Brief due deadline satisfied. [15-50759] (SDH) |

| Date | | Description |
|---|---|---|
| 02/04/2016 | ☐ | APPEARANCE FORM for the court's review. Lead Counsel? No.. THE IMAGE FOR THIS FILING WILL NOT BE VIEWABLE AS IT CONTAINS SENSITIVE INFORMATION. [15-50759] (Randal John Meyer ) |
| 02/04/2016 | ☐ | APPEARANCE FORM FILED by Attorney(s) Randal John Meyer for party(s) Amicus Curiae Cato Institute, in case 15-50759 [15-50759] (SDH) |
| 02/11/2016 | ☐ 64 pg, 388.79 KB | APPELLEE'S BRIEF FILED . # of Copies Provided: 0 E/Res's Brief deadline satisfied. Reply Brief due on 02/29/2016 for Appellants Defense Distributed and Second Amendment Foundation, Incorporated. Paper Copies of Brief due on 02/22/2016 for Appellees Directorate of Defense Trade Controls, Kenneth B. Handelman, Sarah J. Heidema, John F. Kerry, C. Edward Peartree, Glenn Smith and United States Department of State. [15-50759] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: APPELLEE'S BRIEF FILED by Appellees Directorate of Defense Trade Controls, Mr. Kenneth B. Handelman, Ms. Sarah J. Heidema, Mr. John F. Kerry, Mr. C. Edward Peartree, Mr. Glenn Smith and United States Department of State. Date of service: 02/11/2016 via email - Attorney for Amici Curiae: Brown, Henneke, Melkonian, Meyer, Olson, Shapiro, Stonedale; Attorney for Appellants: Blackman, Goldstein, Gura, Mateja; Attorney for Appellees: Raab, Tenny [15-50759] (Daniel Bentele Hahs Tenny ) |
| 02/15/2016 | ☐ | ATTORNEY NOT PARTICIPATING. Eric J. Soskin is designated as inactive in this case. Reason:not listed on brief and no appearance form on file. [15-50759] (SDH) |
| 02/18/2016 | ☐ | APPEARANCE FORM for the court's review. Lead Counsel? Yes.. THE IMAGE FOR THIS FILING WILL NOT BE VIEWABLE AS IT CONTAINS SENSITIVE INFORMATION. [15-50759] (John Devereux Kimball ) |
| 02/18/2016 | ☐ | APPEARANCE FORM for the court's review. Lead Counsel? No.. THE IMAGE FOR THIS FILING WILL NOT BE VIEWABLE AS IT CONTAINS SENSITIVE INFORMATION. [15-50759] (Martin Simon Krezalek ) |
| 02/18/2016 | ☐ 49 pg, 462.23 KB | ==AMICUS CURIAE BRIEF FILED by Brady Center to Prevent Gun Violence.== The Consent is Included in the Brief.<br># of Copies Provided: 0<br>Paper Copies of Brief due on 02/23/2016 for Amicus Curiae Brady Center to Prevent Gun Violence. [15-50759] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: AMICUS CURIAE BRIEF FILED by The Brady Center to Prevent Gun Violence. Date of service: 02/18/2016 via email - Attorney for Amici Curiae: Brown, Henneke, Melkonian, Meyer, Olson, Shapiro, Stonedale; Attorney for Appellants: Blackman, Goldstein, Gura, Mateja; Attorney for Appellees: Raab, Tenny [15-50759] (John Devereux Kimball ) |
| 02/18/2016 | ☐ | Paper copies of appellee brief filed by Appellees Mr. Glenn Smith, United States Department of State, Mr. John F. Kerry, Directorate of Defense Trade Controls, Mr. Kenneth B. Handelman, Mr. C. Edward Peartree and Ms. Sarah J. Heidema in 15-50759 received. Paper copies match electronic version of document? Yes # of Copies Provided: 7. Paper Copies of Brief due deadline satisfied. [15-50759] (SDH) |
| 02/18/2016 | ☐ | APPEARANCE FORM FILED by Attorney John Devereux Kimball for Amicus Curiae Brady Center to Prevent Gun Violence in 15-50759 [15-50759] (SDH) |
| 02/18/2016 | ☐ | APPEARANCE FORM FILED by Attorney(s) Martin Simon Krezalek for party(s) Amicus Curiae Brady Center to Prevent Gun Violence, in case 15-50759 [15-50759] (SDH) |
| 02/18/2016 | ☐ | ATTORNEY NOT PARTICIPATING. Bill Mateja is designated as inactive in this case. Reason:no longer with the law firm handling this case. [15-50759] (POK) |
| 02/22/2016 | ☐ | Paper copies of amicus brief filed by Brady Center to Prevent Gun Violence in 15-50759 received. Paper copies match electronic version of document? Yes # of Copies Provided: 7. Paper Copies of Brief due deadline satisfied. [15-50759] (SDH) |
| 02/29/2016 | ☐ 53 pg, 349.55 KB | APPELLANT'S REPLY BRIEF FILED<br><br>Brief NOT Sufficient as it requires an appearance form for David Morris. Instructions to Attorney: PLEASE READ THE ATTACHED NOTICE FOR INSTRUCTIONS ON HOW TO REMEDY THE DEFAULT. # of Copies Provided: 0<br>Reply Brief deadline satisfied. Sufficient Brief due on 03/14/2016 for Appellants Defense Distributed and Second Amendment Foundation, Incorporated.. Paper Copies of Brief due on 03/07/2016 for Appellants Defense Distributed and Second Amendment Foundation, Incorporated. [15-50759] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: APPELLANT'S REPLY BRIEF FILED by Defense Distributed and Second Amendment Foundation, Incorporated Date of service: 02/29/2016 via email - Attorney for Amici Curiae: Brown, Hardy, Henneke, Kimball, Krezalek, Melkonian, Meyer, Olson, Shapiro, Stonedale, Walsh; Attorney for Appellants: Blackman, Goldstein, Gura; Attorney for Appellees: Raab, Tenny [15-50759] (Alan Gura ) |
| 03/01/2016 | ☐ | Attorney David S. Morris added as counsel of record for Appellants Defense Distributed and Second Amendment Foundation, Incorporated in 15-50759 [15-50759] (SDH) |
| 03/02/2016 | ☐ | APPEARANCE FORM received from Mr. David Scott Morris for Defense Distributed and Second Amendment Foundation, Incorporated *APPELLANTS* for the court's review. Lead Counsel? No.. THE IMAGE FOR THIS FILING WILL NOT BE VIEWABLE AS IT CONTAINS SENSITIVE INFORMATION. [15-50759] (David Scott Morris ) |

| Date | | Description |
|---|---|---|
| 03/02/2016 | ☐ | APPEARANCE FORM *of William B. Mateja* for the court's review. Lead Counsel? No.. THE IMAGE FOR THIS FILING WILL NOT BE VIEWABLE AS IT CONTAINS SENSITIVE INFORMATION. [15-50759] (William Bryan Mateja ) |
| 03/03/2016 | ☐ | APPEARANCE FORM FILED by Attorney David Scott Morris for Appellant Second Amendment Foundation, Incorporated in 15-50759, Attorney David Scott Morris for Appellant Defense Distributed in 15-50759 Sufficient Brief deadline satisfied [15-50759] (SDH) |
| 03/03/2016 | ☐ | APPEARANCE FORM FILED by Attorney William Bryan Mateja for Appellant Second Amendment Foundation, Incorporated in 15-50759, Attorney William Bryan Mateja for Appellant Defense Distributed in 15-50759 [15-50759] (SDH) |
| 03/04/2016 | ☐ | Paper copies of appellant reply brief filed by Appellants Defense Distributed and Second Amendment Foundation, Incorporated in 15-50759 received. Paper copies match electronic version of document? Yes # of Copies Provided: 7. Paper Copies of Brief due deadline satisfied. [15-50759] (SDH) |
| 04/11/2016 | ☐ 📄 2 pg, 63.36 KB | CASE TENTATIVELY calendared for oral argument for the week of 06/06/2016. [15-50759] (GAM) |
| 04/19/2016 | ☐ | CASE CALENDARED for oral argument on Monday, 06/06/2016 in New Orleans in the East Courtroom -- PM session. In accordance with our policy, lead counsel only will receive via email at a later date a copy of the court's docket and an acknowledgment form. All other counsel of record should monitor the court's website for the posting of the oral argument calendars.. [15-50759] (PFT) |
| 06/03/2016 | ☐ 📄 10 pg, 384.14 KB | SUPPLEMENTAL AUTHORITIES (FRAP 28j) FILED by Appellants Defense Distributed and Second Amendment Foundation, Incorporated Date of Service: 06/03/2016 via email - Attorney for Amici Curiae: Brown, Hardy, Henneke, Kimball, Krezalek, Melkonian, Meyer, Olson, Shapiro, Stonedale, Walsh; Attorney for Appellants: Blackman, Goldstein, Gura, Mateja, Morris; Attorney for Appellees: Raab, Tenny [15-50759] (Alan Gura ) |
| 06/06/2016 | ☐ | ORAL ARGUMENT HEARD before Judges Davis, Jones, Graves. Arguing Person Information Updated for: Alan Gura arguing for Appellant Defense Distributed and Second Amendment Foundation; Arguing Person Information Updated for: Daniel Bentele Hahs Tenny arguing for Appellee Directorate of Defense Trade Controls, Appellee Kenneth B. Handelman, Appellee Sarah J. Heidema, Appellee John F. Kerry, Appellee C. Edward Peartree, Appellee Glenn Smith and United States Department of State. [15-50759] (PFT) |
| 06/21/2016 | ☐ 📄 6 pg, 335.6 KB | SUPPLEMENTAL AUTHORITIES (FRAP 28j) FILED by Appellants Defense Distributed and Second Amendment Foundation, Incorporated Date of Service: 06/21/2016 via email - Attorney for Amici Curiae: Brown, Hardy, Henneke, Kimball, Krezalek, Melkonian, Meyer, Olson, Shapiro, Stonedale, Walsh; Attorney for Appellants: Blackman, Goldstein, Gura, Mateja, Morris; Attorney for Appellees: Raab, Tenny [15-50759] (Alan Gura ) |
| 09/20/2016 | ☐ 📄 46 pg, 650.88 KB | PUBLISHED OPINION FILED. [15-50759 Affirmed ] Judge: WED , Judge: EHJ , Judge: JEG. Mandate pull date is 11/14/2016 [15-50759]<br>This opinion includes URL material that is archived by the Fifth Circuit Court of Appeals Library, and made available at http://www.lb5.uscourts.gov/ArchivedURLs/. (JRS) |
| 09/20/2016 | ☐ 📄 2 pg, 35.28 KB | JUDGMENT ENTERED AND FILED. [15-50759] (JRS) |
| 09/26/2016 | ☐ | ATTORNEY NOT PARTICIPATING. Joel Stonedale is designated as inactive in this case. Reason:no longer with firm. [15-50759] (MBC) |
| 11/04/2016 | ☐ 📄 74 pg, 472.38 KB | PETITION filed by Appellants Defense Distributed and Second Amendment Foundation, Incorporated for rehearing en banc [8350515-2]. Date of Service: 11/04/2016 via email - Attorney for Amici Curiae: Brown, Hardy, Henneke, Kimball, Krezalek, Melkonian, Meyer, Olson, Shapiro, Walsh; Attorney for Appellants: Blackman, Goldstein, Gura, Mateja, Morris; Attorney for Appellees: Raab, Tenny [15-50759] (Alan Gura ) |
| 11/04/2016 | ☐ 📄 2 pg, 98.83 KB | PAPER COPIES REQUESTED for the petition for rehearing en banc filed by Appellants Defense Distributed and Second Amendment Foundation, Incorporated in 15-50759 [8350515-2]. Mandate pull date canceled.. Paper Copies of Rehearing due on 11/09/2016 for Appellants Defense Distributed and Second Amendment Foundation, Incorporated. [15-50759] (RSM) |
| 11/08/2016 | ☐ | Paper copies of petition for rehearing en banc filed by Appellants Defense Distributed and Second Amendment Foundation, Incorporated in 15-50759 received. Paper copies match electronic version of document? Yes # of Copies Provided: 20. Paper Copies of Rehearing due deadline satisfied. [15-50759] (PAC) |
| 11/14/2016 | ☐ 📄 1 pg, 58.13 KB | COURT DIRECTIVE ISSUED requesting a response to the petition for rehearing en banc filed by Appellants Defense Distributed and Second Amendment Foundation, Incorporated in 15-50759 [8350515-2] Response/Opposition due on 11/25/2016. [15-50759] (MBC) |
| 11/23/2016 | ☐ 📄 24 pg, 203.6 KB | RESPONSE/OPPOSITION filed by Directorate of Defense Trade Controls, Mr. Kenneth B. Handelman, Ms. Sarah J. Heidema, Mr. John F. Kerry, Mr. C. Edward Peartree, Mr. Glenn Smith and United States Department of State [8364708-1] to the petition for rehearing en banc filed by Appellants Defense Distributed and Second Amendment Foundation, Incorporated in 15-50759 [8350515-2] Date of Service: 11/23/2016 via email - Attorney for Amici Curiae: Brown, Henneke, Kimball, Krezalek, Melkonian, Meyer, |

| Date | Size | Description |
|---|---|---|
| | | Olson, Shapiro; Attorney for Appellants: Blackman, Goldstein, Gura, Morris; Attorney for Appellees: Raab, Tenny. [15-50759] (Daniel Bentele Hahs Tenny ) |
| 02/10/2017 | 3 pg, 53.4 KB | SUPPLEMENTAL AUTHORITIES (FRAP 28j) FILED by Appellants Defense Distributed and Second Amendment Foundation, Incorporated Date of Service: 02/10/2017 via email - Attorney for Amici Curiae: Brown, Hardy, Henneke, Kimball, Krezalek, Melkonian, Meyer, Olson, Shapiro, Walsh; Attorney for Appellants: Blackman, Goldstein, Gura, Mateja, Morris; Attorney for Appellees: Raab, Tenny [15-50759] (Alan Gura ) |
| 03/15/2017 | 7 pg, 149.49 KB | COURT ORDER denying petition for rehearing en banc filed by Appellants Defense Distributed and Second Amendment Foundation, Incorporated [8350515-2] With Poll. Mandate pull date is 03/22/2017 [15-50759] (JRS) |
| 03/21/2017 | 12 pg, 88.29 KB | OPPOSED MOTION filed by Appellants Defense Distributed and Second Amendment Foundation, Incorporated to stay issuance of the mandate [8452985-2]. Date of service: 03/21/2017 via email - Attorney for Amici Curiae: Brown, Hardy, Henneke, Kimball, Krezalek, Melkonian, Meyer, Olson, Shapiro, Walsh; Attorney for Appellants: Blackman, Goldstein, Gura, Mateja, Morris; Attorney for Appellees: Raab, Tenny; US mail - Attorney for Appellant: Mateja [15-50759] (Alan Gura ) |
| 04/04/2017 | 3 pg, 100.67 KB | COURT ORDER denying motion to stay issuance of the mandate filed by Appellants Defense Distributed and Second Amendment Foundation, Incorporated [8452985-2] Judge(s): WED. [15-50759] Judge Jones dissents from this order. (SDH) |
| 04/04/2017 | 46 pg, 422.57 KB | MANDATE ISSUED. [15-50759] (SDH) |
| 05/01/2017 | 2 pg, 36.63 KB | SUPREME COURT ORDER received extending time to file petition for writ of certiorari to 08/27/2017. Extension request filed by Appellants Defense Distributed and Second Amendment Foundation, Incorporated. Application No. 16A1033. [8485989-1] [15-50759] (CAV) |
| 08/08/2017 | 1 pg, 57.18 KB | SUPREME COURT NOTICE that petition for writ of certiorari [8562495-2] was filed by Appellant Defense Distributed on 08/02/2017. Supreme Court Number: 17-190. [15-50759] (SMC) |
| 01/09/2018 | 2 pg, 193.03 KB | SUPREME COURT ORDER received denying petition for writ of certiorari filed by Appellant Defense Distributed in 15-50759 on 01/08/2018. [8675956-1] [15-50759] (CAV) |

Clear All

◉ Documents and Docket Summary
○ Documents Only

☐ Include Page Numbers

Selected Pages: 0          Selected Size: 0 KB    (Max: 20 MB)

View Selected

| PACER Service Center | |  | |
|---|---|---|---|
| Transaction Receipt | | | |
| 5th Circuit - Appellate - 08/02/2018 11:21:24 | | | |
| PACER Login: | Allcomplexlit:5580179:0 | Client Code: | jdw/rupert/COM/ghostfuns |
| Description: | Docket Report (full) | Search Criteria: | 15-50759 |
| Billable Pages: | 11 | Cost: | 1.10 |