UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON; STATE OF CONNECTICUT; STATE OF MARYLAND; STATE OF NEW JERSEY; STATE OF NEW YORK; STATE OF OREGON; COMMONWEALTH OF MASSACHUSETTS; COMMONWEALTH OF PENNSYLVANIA; and the DISTRICT OF COLUMBIA,<br><br>              Plaintiffs,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF STATE; MICHAEL R. POMPEO, in his official capacity as Secretary of State; DIRECTORATE OF DEFENSE TRADE CONTROLS; MIKE MILLER, in his official capacity as Acting Deputy Assistant Secretary of Defense Trade Controls; SARAH HEIDEMA, in her official capacity as Director of Policy, Office of Defense Trade Controls Policy; DEFENSE DISTRIBUTED; SECOND AMENDMENT FOUNDATION, INC.; and CONN WILLIAMSON,<br><br>              Defendants. | The Honorable Robert S. Lasnik<br><br>No. 2:18-cv-01115-RSL<br><br>NOTICE OF CHANGE OF ADDRESS |

**PRIVATE DEFENDANTS' NOTICE OF CHANGE OF ADDRESS**

Attorney Joel Ard, representing Defendants Defense Distributed, Second Amendment Foundation, and Conn Williamson, submits this Notice of Change of Address for transmission of all documents in the above-captioned case. All future correspondence, service of pleadings, and other documents submitted in hard copy should be directed to the following address:

Joel B. Ard
Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
joel@ard.law

Please note that the addresses on record for Charles Flores and Matthew Goldstein remain unchanged.

DATED this 27th of November, 2018.

ARD LAW GROUP PC

By: _____
Joel B. Ard, WSBA # 40104
Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243
Attorneys for Defendants Defense
  Distributed, Second Amendment
  Foundation, and Conn Williamson

**CERTIFICATE OF SERVICE**

I certify that on November 27, 2018, I filed the foregoing with the Court's CM/ECF system, which will give notice to all parties and counsel of record.

I CERTIFY UNDER PENALTY OF PERJURY under the laws of the United States of America that the foregoing is true and correct.

ARD LAW GROUP PLLC

By _____

Joel B. Ard, WSBA # 40104
Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243
E-Mail: joel@ard.law

Attorneys for Defendants Defense Distributed, Second Amendment Foundation, and Conn Williamson