The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, et al., <br><br> Defendants. | NO. 2:18-cv-01115-RSL <br><br> NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK |

A disk containing a copy of Exhibit 4 to the Declaration of Kristin Beneski in Support of the Plaintiff States' Motion to Compel Discovery Responses is being filed in physical form with the Clerk's Office for the Western District of Washington. The disk will remain in the Clerk's custody until appropriate disposition pursuant to the Local Rules of the Western District of Washington.

DATED this 4th day of December, 2018.

ROBERT W. FERGUSON
Attorney General

*/s/ Jeffrey Rupert*
JEFFREY RUPERT, WSBA #45037
Division Chief

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK -- NO. 2:18-CV-01115-RSL

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Drive SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

| | |
|---|---|
| 1 | KRISTIN BENESKI, WSBA #45478 |
| 2 | Assistant Attorney General |
|   | TODD BOWERS, WSBA #25274 |
| 3 | Deputy Attorney General |
|   | JEFF SPRUNG, WSBA #23607 |
| 4 | Assistant Attorney General |
|   | ZACH JONES, WSBA #44557 |
| 5 | Assistant Attorney General |
| 6 | JeffreyR2@atg.wa.gov |
|   | KristinB1@atg.wa.gov |
| 7 | ToddB@atg.wa.gov |
|   | JeffS2@atg.wa.gov |
| 8 | ZachJ@atg.wa.gov |
|   | *Counsel for the Plaintiff States* |

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK -- NO. 2:18-CV-01115-RSL

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Drive SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470