# EXHIBIT 1

The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| STATE OF WASHINGTON, et al. | NO. 2:18-cv-01115-RSL |
|---|---|
| Plaintiffs, | PLAINTIFFS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO THE PRIVATE DEFENDANTS |
| v. | |
| UNITED STATES DEPARTMENT OF STATE, et al., | |
| Defendants. | |

TO: DEFENSE DISTRIBUTED, SECOND AMENDMENT FOUNDATION, and CONN WILLIAMSON, Defendants (collectively, the Private Defendants);

AND TO: CHARLES R. FLORES, MATTHEW GOLDSTEIN, and JOEL B. ARD, Attorneys for the Private Defendants.

I.     INSTRUCTIONS

Pursuant to Federal Rules of Civil Procedure 26, 33, and 34, Plaintiffs hereby request that the Private Defendants answer the following interrogatories and produce the following documents and electronically stored information within 30 days of service.

For each document that you assert is privileged or otherwise excludable from discovery, please provide the following information: the author(s), the recipient(s), all copy recipients, the

PLAINTIFFS' FIRST SET OF ROGS AND
RFPS TO THE PRIVATE DEFENDANTS
NO. 2:18-cv-01115-RSL

1

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

date, the type of document (memorandum, e-mail, letter, chart, photograph, etc.), a description of the document, the privilege being claimed, and the grounds for the privilege claim.

If any request for production seeks information in any document formerly in your possession, custody, or control that has been discarded, misplaced, lost, destroyed, or otherwise placed outside your custody or control, identify the document and describe its contents in detail and state when the document was discarded, misplaced, lost, destroyed, or otherwise placed outside your custody or control. If the document was destroyed, identify each person with knowledge of its destruction, the person requesting or performing the destruction, the reasons for its destruction, and each document that refers or relates to either the existence or destruction of the document. For each document that was discarded, misplaced, lost, or otherwise placed outside your custody or control, explain all circumstances in relation to the loss of the document and identify each person with knowledge regarding those circumstances.

If you object to producing documents in response to any request for production, state your objection and all factual and legal bases for the objection.

Unless otherwise indicated, these discovery requests seek any and all responsive information within the possession, custody, or control of the Private Defendants, and pertain to the time period beginning on July 30, 2018 and continuing through the present.

These discovery requests are continuing in nature. If you discover additional or different information that is responsive to these discovery requests, you are required to provide supplemental responses in accordance with Federal Rules of Civil Procedure 26(e). If you do not provide the required supplemental information, the Plaintiffs may move at the time of trial to exclude from evidence any requested information and documents that were not timely furnished.

PLAINTIFFS' FIRST SET OF ROGS AND
RFPS TO THE PRIVATE DEFENDANTS
NO. 2:18-cv-01115-RSL

2

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

## II. DEFINITIONS

The following definitions apply to these discovery requests:

**"Document"** encompasses the broadest possible definition permitted under the Federal Rules of Civil Procedure and specifically includes all written or recorded material of any kind or character in your possession, custody, or control or within your knowledge, including (without limitation) statements, letters, correspondence, telegrams, memoranda, notes, records, reports, studies, interoffice communications, calendar and diary entries, microfilm, bulletins, circulars, pamphlets, messages, invoices, maps, charts, tabulations, summaries or abstracts, video or audio recordings, work sheets, surveys, graphs, statistics, tables, photographs, rules, regulations, opinions, orders, interpretations, guidelines, electronic mail, any data or information stored or saved on any computer hard disk, floppy disk, tape, or other medium, any computer print-outs, computer software or code, whether in machine or human readable form on any medium, and all other documentary material, including non-identical copies (whether different from the original because of any alterations, notes, comments, or other material contained thereon or attached thereto or otherwise and whether a draft or final version).

**"Communication"** means any transmission, disclosure or exchange of information or opinion, however made.

**"Concerning or relating to"** means referring to, evidencing, containing, discussing, mentioning, describing, reflecting, summarizing, constituting, identifying, memorializing, referring or pertaining to, studying, commenting or reporting on, or analyzing, in whole or in part.

PLAINTIFFS' FIRST SET OF ROGS AND
RFPS TO THE PRIVATE DEFENDANTS
NO. 2:18-cv-01115-RSL

3

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

"**Distribute**" means to send, transfer, deliver, disperse, share, or otherwise facilitate (whether directly or indirectly) another person's or entity's receipt of an object, information, data, or other identified item (or something substantially similar).

"**Identify**," with respect to an individual person, means to state the person's full name, physical address, mailing address, phone number, employer(s), and job title(s).

"**Identify**," with respect to a corporation or other entity, means to state the entity's full name, place of incorporation, principal place of business, physical address, and mailing address.

"**Person**" means any individual, corporation, partnership, association, or any other entity of any kind.

"**You**" and "**your**" mean any of the Private Defendants, i.e., Defense Distributed, the Second Amendment Foundation, and Conn Williamson; any person acting or purporting to act on behalf of any of them, including (without limitation) Cody Wilson and any of their present or former employees, agents, representatives, personnel, attorneys, accountants, consultants, experts, investigators, or other persons; any officer, director, shareholder, founder, or member of Defense Distributed or the Second Amendment Foundation, including (without limitation) Cody Wilson; and any person acting in concert or participation with any of them.

"**TRO**" means the temporary restraining order entered by the Court in this matter on July 31, 2018.

"**Preliminary Injunction**" means the preliminary injunction entered by the Court in this matter on August 27, 2018.

"**Subject Files**" means any of the 3D printing files that are the subject of the TRO and the Preliminary Injunction, namely the "Published Files," "Ghost Gunner Files," "CAD Files," and "Other Files" referenced in the "Temporary Modification of Category I of the United States

PLAINTIFFS' FIRST SET OF ROGS AND
RFPS TO THE PRIVATE DEFENDANTS
NO. 2:18-cv-01115-RSL

4

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

Munitions List" and the letter to Cody R. Wilson, Defense Distributed, and the Second Amendment Foundation issued by the U.S. Department of State on July 27, 2018.

The singular shall include the plural and vice versa, and the conjunctive shall include the disjunctive and vice versa. Wherever used, references to the masculine, feminine, or neuter gender shall include the neuter, feminine, and masculine genders, as the context demands.

### III.   INTERROGATORIES

**INTERROGATORY NO. 1:** Identify all persons who are officers, directors, shareholders, founders, members, employees, or agents of Defense Distributed, or who are otherwise affiliated with or who have authority to act on behalf of Defense Distributed.

**ANSWER:**


**INTERROGATORY NO. 2:** State whether you posted any Subject Files online, or otherwise made them publicly available via the internet, on or after July 31, 2018. If you did, identify the URL(s), the exact date and time of any such posting, and the individual(s) responsible for or involved in any such posting, and describe in detail the actions of each such individual in connection with each such posting.

**ANSWER:**


**INTERROGATORY NO. 3:** State whether you assisted or facilitated any other person in posting any Subject Files online, or otherwise making them publicly available via the internet, on or after July 31, 2018. If you did, identify the URL(s), the exact date and time of any such

PLAINTIFFS' FIRST SET OF ROGS AND
RFPS TO THE PRIVATE DEFENDANTS
NO. 2:18-cv-01115-RSL

5

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

posting, and the individual(s) responsible for or involved in any such posting, and describe in detail the actions of each such individual in connection with each such posting.

**ANSWER:**

**INTERROGATORY NO. 4:** State the total number of persons to whom you sold or distributed any Subject Files via mail or courier, email, secure download, or any other method, on or after July 31, 2018, or as to whom you participated in or facilitated such sale or distribution of any Subject Files.

**ANSWER:**

**INTERROGATORY NO. 5:** Describe in detail any method(s) by which you have sold or distributed any Subject Files to any person on or after July 31, 2018, and any method(s) by which you have participated in or facilitated such sale or distribution of any Subject Files.

**ANSWER:**

**INTERROGATORY NO. 6:** As to the persons referenced in Interrogatory No. 4 to whom Subject Files were sold or distributed, describe in detail any and all steps you took, if any, to determine the following: (1) whether such persons are U.S. citizens or lawful permanent residents; (2) whether such persons are located within the United States (and if so, in which

PLAINTIFFS' FIRST SET OF ROGS AND
RFPS TO THE PRIVATE DEFENDANTS
NO. 2:18-cv-01115-RSL

6

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

states); and (3) whether such persons are eligible to possess a firearm in any relevant jurisdiction(s).

**ANSWER:**

**INTERROGATORY NO. 7:** List any and all crimes with which Defense Distributed, Cody Wilson, or any person in active concert or participation with either of them has been charged or convicted within the last ten years, and describe the outcome of each charge or conviction.

**ANSWER:**

**INTERROGATORY NO. 8:** For the period of July 31, 2018 to the present, list (by city and country) all destinations outside the United States to which Cody Wilson has traveled or to which he currently plans to travel, and as to each destination, provide the dates of Mr. Wilson's actual or planned departure from and return to the United States.

**ANSWER:**

**INTERROGATORY NO. 9:** Identify all persons or entities who participated in the planning, funding, production, editing, or distribution of the video previously located at the following hyperlink: https://www.youtube.com/watch?v=5BqlXIlkSoA&feature=youtu.be. For each

PLAINTIFFS' FIRST SET OF ROGS AND
RFPS TO THE PRIVATE DEFENDANTS
NO. 2:18-cv-01115-RSL

7

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

person or organization involved in the planning, funding, production, editing, or distribution of the video, state the exact nature of the person or entity's involvement.

**ANSWER:**

### IV. REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:** Produce all documents and communications concerning or relating to any party or non-party's posting of any Subject Files online, or otherwise making any Subject Files publicly available via the internet, on or after July 31, 2018.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 2:** Produce all documents and communications concerning or relating to any party or non-party's sale or distribution of any Subject Files to any persons via mail or courier, email, secure download, or any other method, on or after July 31, 2018.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 3:** Produce all documents reflecting any information related to any of the persons described in Interrogatory No. 4 to whom Subject Files were sold or distributed, including but not limited to any such person's: (i) name; (ii) address; (iii) physical location; (iv) age; (v) U.S. citizen or permanent resident status; (iv) eligibility to possess a

PLAINTIFFS' FIRST SET OF ROGS AND
RFPS TO THE PRIVATE DEFENDANTS
NO. 2:18-cv-01115-RSL

8

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

firearm in any relevant jurisdiction(s); (v) the state and/or local sales tax that you collected related to any sale; and (vi) the amount of state and/or local sales tax that you remitted to each jurisdiction related to any sale.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 4:** Produce all documents and communications concerning or relating to the proposed, planned, or actual sale or distribution of Subject Files on or after July 31, 2018, including but not limited to all versions of: (i) the video identified in Interrogatory No. 9; (ii) any other videos posted on YouTube, other websites, or elsewhere, or any videos that you produced or published on or after July 31, 2018; (iii) any statements published on Twitter or any other social media platform; (iv) any statements published on defcad.com or defdist.org or elsewhere on the internet; and (v) any other published statements or content.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 5:** Produce all of your communications concerning or relating to the distribution or sale of any Subject Files on or after July 31, 2018, including internal communications, communications among the Private Defendants, communications with any other defendants, and communications with any third parties.

**RESPONSE:**

PLAINTIFFS' FIRST SET OF ROGS AND
RFPS TO THE PRIVATE DEFENDANTS
NO. 2:18-cv-01115-RSL

9

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**REQUEST FOR PRODUCTION NO. 6:** To the extent not produced in response to any of the Requests for Production above, for the period of July 30, 2018 to the present, produce all documents concerning or relating to the proposed, planned, or actual posting, distribution, or sale of any Subject Files.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 7:** Produce all documents concerning or relating to any criminal charges or convictions as referenced in Interrogatory No. 7.

**RESPONSE:**

DATED this 20th day of September, 2018.

ROBERT W. FERGUSON
Attorney General

/s/ Jeffrey Rupert
JEFFREY RUPERT, WSBA #45037
Division Chief
KRISTIN BENESKI, WSBA #45478
Assistant Attorney General
TODD BOWERS, WSBA #25274
Deputy Attorney General
JEFF SPRUNG, WSBA #23607
Assistant Attorney General
ZACHARY P. JONES, WSBA #44557
Assistant Attorney General
JeffreyR2@atg.wa.gov
KristinB1@atg.wa.gov
ToddB@atg.wa.gov
JeffS2@atg.wa.gov
ZachJ@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

PLAINTIFFS' FIRST SET OF ROGS AND
RFPS TO THE PRIVATE DEFENDANTS
NO. 2:18-cv-01115-RSL

10

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

## DECLARATION OF SERVICE

I hereby certify that on September 20, 2018, I served a copy of this document upon all counsel of record by United States Postal Service to the following:

Matthew Goldstein
Farhang & Medcoff
4801 E. Broadway Blvd, Suite 311
Tucson, AZ 85711

Charles Flores
Beck Redden LLP
1221 McKinney Street, Suite 4500
Houston, TX 77010

Joel B. Ard
Immix Law Group PC
701 5th Ave Suite 4710
Seattle, WA 98104

*Counsel for Defendants Defense Distributed, Second Amendment Foundation, Inc., and Conn Williamson (Private Defendants)*

Steven A Myers
Eric J. Soskin
US Dept. of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave NW
Washington, DC 20002

Stuart Justin Robinson
US Dept. of Justice
Civil Division
PO Box 36028
450 Golden Gate Ave
San Francisco, CA 94102-3463

*Counsel for Defendants U.S. Department of State, Michael R. Pompeo, Directorate of Defense Trade Controls, Mike Miller, and Sarah Heidema (Federal Defendants)*

Deepak Gupta
Gupta Wessler PLLC
1900 L Street, NW STE 312
Washington, DC 20036

Beth E Terrell
Terrell Marshall Law Group PLLC
936 North 34th Street, Ste 300
Seattle, WA 98103-8869

*Counsel for Everytown for Gun Safety*

PLAINTIFFS' FIRST SET OF ROGS AND RFPS TO THE PRIVATE DEFENDANTS
NO. 2:18-cv-01115-RSL

11

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

John D Kimball
Blank Rome LLP
405 Lexington Ave
New York, NY 10174

Andrew P Richards
Garvey Schubert Barer, P.C.
1191 Second Ave Suite 1800
Seattle, WA 98101-2939

*Counsel for The Brady Center to Prevent Gun Violence*

Kit Walsh
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109

Venkat Balasubramani
Focal PLLC
900 First Avenue S., Suite 201
Seattle, WA 98134

*Counsel for Electronic Frontier Foundation*

DATED this 20th day of September, 2018, at Olympia, Washington.

_____
SARA CEARLEY
Legal Assistant

PLAINTIFFS' FIRST SET OF ROGS AND
RFPS TO THE PRIVATE DEFENDANTS
NO. 2:18-cv-01115-RSL

12

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744