# EXHIBIT 10

| | |
|---|---|
| **From:** | Beneski, Kristin (ATG) |
| **To:** | "Chad Flores" |
| **Cc:** | Rupert, Jeffrey (ATG); Sprung, Jeff (ATG); Mills, Morgan (ATG); joel@ard.law; Matt Goldstein |
| **Subject:** | RE: State of WA, et al v. US Dept. of State, et al, No. 2:18-CV-01115-RSL |
| **Date:** | Thursday, November 29, 2018 3:33:41 PM |

Okay, let's talk at 1:00 Central / 11:00 Pacific.  We will circulate a calendar invite with a call-in number.

Kristin Beneski
Direct: 206.464.7459 | Cell: 206.595.3024 | Email: kristinb1@atg.wa.gov

**From:** Chad Flores <Cflores@beckredden.com>
**Sent:** Thursday, November 29, 2018 3:01 PM
**To:** Beneski, Kristin (ATG) <KristinB1@ATG.WA.GOV>
**Cc:** Rupert, Jeffrey (ATG) <JeffreyR2@ATG.WA.GOV>; Sprung, Jeff (ATG) <JeffS2@ATG.WA.GOV>;
Mills, Morgan (ATG) <MorganM1@ATG.WA.GOV>; joel@ard.law; Matt Goldstein
<mgoldstein@fmlaw.law>
**Subject:** RE: State of WA, et al v. US Dept. of State, et al, No. 2:18-CV-01115-RSL

Kristin,

How about something between 1 p.m. and 3 p.m. central tomorrow?  That works for our side.

_____
Chad Flores
Partner · Beck Redden LLP
cflores@beckredden.com
(713) 951-6268

**From:** Beneski, Kristin (ATG) <KristinB1@ATG.WA.GOV>
**Sent:** Thursday, November 29, 2018 4:43 PM
**To:** Chad Flores <Cflores@beckredden.com>
**Cc:** Rupert, Jeffrey (ATG) <JeffreyR2@ATG.WA.GOV>; Sprung, Jeff (ATG) <JeffS2@ATG.WA.GOV>;
Mills, Morgan (ATG) <MorganM1@ATG.WA.GOV>; joel@ard.law; Matt Goldstein
<mgoldstein@fmlaw.law>
**Subject:** RE: State of WA, et al v. US Dept. of State, et al, No. 2:18-CV-01115-RSL

Chad, Joel, Matt:

We have yet to hear back from you regarding a meet and confer.  Please let us know whether you intend to
participate, and if so, when you are available today or tomorrow.  My schedule is filling up, but I will do my best
to accommodate yours.

Kristin Beneski
Direct: 206.464.7459 | Cell: 206.595.3024 | Email: kristinb1@atg.wa.gov

**From:** Beneski, Kristin (ATG)
**Sent:** Tuesday, November 27, 2018 1:19 PM
**To:** 'Chad Flores' <Cflores@beckredden.com>

**Cc:** Rupert, Jeffrey (ATG) <JeffreyR2@ATG.WA.GOV>; Sprung, Jeff (ATG) <JeffS2@ATG.WA.GOV>; Mills, Morgan (ATG) <MorganM1@ATG.WA.GOV>; joel@ard.law; Matt Goldstein <mgoldstein@fmlaw.law>
**Subject:** RE: State of WA, et al v. US Dept. of State, et al, No. 2:18-CV-01115-RSL

Chad,

Thanks for your response.  It is important that we be able to confer this week, in light of next Tuesday's deadline to file discovery-related motions.  As of now, I am available all day tomorrow; after 2:00 Pacific on Thursday; and all day on Friday.

Kristin Beneski
Direct: 206.464.7459 | Cell: 206.595.3024 | Email: kristinb1@atg.wa.gov

---

**From:** Chad Flores <Cflores@beckredden.com>
**Sent:** Tuesday, November 27, 2018 12:48 PM
**To:** Beneski, Kristin (ATG) <KristinB1@ATG.WA.GOV>
**Cc:** Rupert, Jeffrey (ATG) <JeffreyR2@ATG.WA.GOV>; Sprung, Jeff (ATG) <JeffS2@ATG.WA.GOV>; Mills, Morgan (ATG) <MorganM1@ATG.WA.GOV>; joel@ard.law; Matt Goldstein <mgoldstein@fmlaw.law>
**Subject:** Re: State of WA, et al v. US Dept. of State, et al, No. 2:18-CV-01115-RSL

Kristin,

Thanks for getting back in touch.  We are, indeed, playing catchup both due to the holidays and Joel's changeover.  We'll be in touch soon with an idea for when to meet and confer.

_____

Chad Flores
Partner • Beck Redden LLP
cflores@beckredden.com
(713) 951-6268

---

**From:** "Beneski, Kristin (ATG)" <KristinB1@ATG.WA.GOV>
**Date:** Tuesday, November 27, 2018 at 12:00 PM
**To:** Chad Flores <Cflores@beckredden.com>, Joel Ard <joel@ard.law>, Matt Goldstein <mgoldstein@fmlaw.law>
**Cc:** "Rupert, Jeffrey (ATG)" <JeffreyR2@ATG.WA.GOV>, "Sprung, Jeff (ATG)" <JeffS2@ATG.WA.GOV>, "Mills, Morgan (ATG)" <MorganM1@ATG.WA.GOV>
**Subject:** RE: State of WA, et al v. US Dept. of State, et al, No. 2:18-CV-01115-RSL

I am resending the below to Joel's new email address, per the notice that was just filed.

Kristin Beneski
Direct: 206.464.7459 | Cell: 206.595.3024 | Email: kristinb1@atg.wa.gov

---

**From:** Beneski, Kristin (ATG)

**Sent:** Tuesday, November 27, 2018 8:59 AM
**To:** 'Chad Flores' <Cflores@beckredden.com>; 'joel.ard@immixlaw.com' <joel.ard@immixlaw.com>; 'Matt Goldstein' <mgoldstein@fmlaw.law>
**Cc:** Rupert, Jeffrey (ATG) <JeffreyR2@ATG.WA.GOV>; Sprung, Jeff (ATG) <JeffS2@ATG.WA.GOV>; Mills, Morgan (ATG) <MorganM1@ATG.WA.GOV>
**Subject:** RE: State of WA, et al v. US Dept. of State, et al, No. 2:18-CV-01115-RSL


Counsel,

Since we have not heard from you, we assume you will not be amending/supplementing your discovery responses.  Please let us know when you are available to meet and confer this week.

Kristin Beneski
Direct: 206.464.7459 | Cell: 206.595.3024 | Email: kristinb1@atg.wa.gov

---

**From:** Beneski, Kristin (ATG)
**Sent:** Friday, November 16, 2018 10:42 AM
**To:** 'Chad Flores' <Cflores@beckredden.com>; 'joel.ard@immixlaw.com' <joel.ard@immixlaw.com>; 'Matt Goldstein' <mgoldstein@fmlaw.law>
**Cc:** Rupert, Jeffrey (ATG) <JeffreyR2@ATG.WA.GOV>; Sprung, Jeff (ATG) <JeffS2@ATG.WA.GOV>; Cearley, Sara (ATG) <SaraC2@ATG.WA.GOV>; Mills, Morgan (ATG) <MorganM1@ATG.WA.GOV>
**Subject:** State of WA, et al v. US Dept. of State, et al, No. 2:18-CV-01115-RSL


Counsel,

If you intend to amend/supplement your discovery responses in light of the court's order on the 12(c) motion, we ask that you do so no later than Monday, November 26.  Otherwise, please let us know when you are available to meet and confer during the next week or two.

Kristin Beneski
Assistant Attorney General
Complex Litigation Division | **Washington Attorney General's Office**
Direct: 206.464.7459 | Cell: 206.595.3024 | Email: kristinb1@atg.wa.gov