# EXHIBIT 11

**Beneski, Kristin (ATG)**

---

**Subject:**                    RE: Supplemental Responses to Discovery Requests

**From:** Sprung, Jeff (ATG)
**Sent:** Monday, December 3, 2018 6:05 PM
**To:** Beneski, Kristin (ATG) <KristinB1@ATG.WA.GOV>
**Subject:** RE: Supplemental Responses to Discovery Requests

**From:** Matthew A. Goldstein <mgoldstein@fmlaw.law>
**Sent:** Monday, December 3, 2018 5:10 PM
**To:** Bowers, Todd (ATG) <ToddB@ATG.WA.GOV>; Jones, Zach (ATG) <ZachJ@ATG.WA.GOV>; Sprung, Jeff (ATG) <JeffS2@ATG.WA.GOV>; Rupert, Jeffrey (ATG) <JeffreyR2@ATG.WA.GOV>; Jacob.Campion@ag.state.mn.us; jgoldman@attorneygeneral.gov; matt.grove@coag.gov; scott.kaplan@doj.state.or.us; Robert.T.Nakatsuji@hawaii.gov; maura.murphyosborne@ct.gov; nelson.richards@doj.ca.gov; Jimmy.Rock@dc.gov; Andy.saindon@dc.gov; stowell@oag.state.va.us; surso@riag.ri.gov; kit@eff.org; venkat@focallaw.com; bterrell@terrellmarshal.com; deepak@guptawessler.com; jkimble@blankrome.com
**Cc:** Chad Flores <Cflores@beckredden.com>; Joel Ard <joel@ard.law>; Deanna L. Thompson <dthompson@fmlaw.law>
**Subject:** Supplemental Responses to Discovery Requests

Attached please find the Private Defendants' Supplemental Responses to Plaintiffs' discovery requests.

-Matt



**Matthew A. Goldstein**
Profile | vCard

4801 East Broadway Boulevard | Suite 311 | Tucson, Arizona 85711
General: 520.790.5433 | Direct: 202.550.0040 | Fax: 520.790.5736

This message may contain information that is privileged and/or confidential. As such, it is solely intended for disclosure to the recipient named above. Access by anyone other than the intended recipient is unauthorized. If you have received this electronic transmission in error, please immediately reply that you have received the message and delete the message. Note that if you are not the intended recipient, any copying, disclosure, distribution, or other unauthorized use of the information contained in this message is prohibited and may be unlawful. If you are a client, do not forward this email to anyone. Doing so may waive the attorney-client privilege. Thank you.

PLEASE NOTE: This email message (including any attachments) contains information that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information, and no privilege is waived by your inadvertent receipt. Improper or unauthorized use of this email may be unlawful. If you received this message in error, please notify the sender by replying to this e-mail and then permanently delete it from your system.