# EXHIBIT 12

## Plaintiff States' Summary of Disputed Discovery Requests
*State of Washington, et al. v. U.S. Dep't of State, et al.*

| Request | Brief Description | Original Response (10/22/18) | Supplemental Response (12/3/18) | Additional Unique Issues | Citations to Motion |
|---|---|---|---|---|---|
| Rog 1 | Individuals affiliated with Defense Distributed | Objections; no response | Original and new (waived) objections; response | Response appears incomplete | pp. 4, 12 |
| Rog 3 | Whether Private Defendants assisted or facilitated making files available via internet | Objections; no response | Original and new (waived) objections; responsive boilerplate | Boilerplate is in tension with "Host or Pay" video | pp. 4, 11 |
| Rog 4 | Persons to whom files were distributed | Objections; no response | Original and new (waived) objections; non-responsive boilerplate | | pp. 4, 10, 11 |
| Rog 5 | Methods by which files were distributed | Objections; no response | Original and new (waived) objections; partly responsive boilerplate | Response lacks requested detail and may be incomplete | pp. 4, 10, 11, 12 |
| Rog 6 | Steps taken to determine citizenship and firearms eligibility of file recipients | Objections; no response | Original and new (waived) objections; non-responsive boilerplate | | pp. 4, 10, 11 |
| Rog 9 | Participants in the "Host or Pay" video | Objections; no response | Original and new (waived) objections; no response | | pp. 4, 11 |
| RFP 1 | Documents relating to any party or non-party's making files available via internet | Objections; no response | Original and new (waived) objections; responsive boilerplate | Boilerplate is in tension with "Host or Pay" video | pp. 4, 11–12 |
| RFP 2 | Documents relating to any party or non-party's distribution of files | Objections; no response | Original and new (waived) objections; non-responsive boilerplate | | pp. 4, 10, 11 |
| RFP 3 | Information related to citizenship and firearms eligibility of file recipients | Objections; no response | Original and new (waived) objections; non-responsive boilerplate | | pp. 4, 10, 11 |
| RFP 4 | Documents related to "Host or Pay" video and any similar publications | Objections; no response | Original and new (waived) objections; non-responsive boilerplate | | pp. 4, 10, 11 |
| RFP 5 | Communications related to distribution or sale of files | Objections; no response | Original and new (waived) objections; non-responsive boilerplate | | pp. 4, 10, 11 |
| RFP 6 | Any other documents relating to posting, distribution, or sale of files | Objections; no response | Original and new (waived) objections; non-responsive boilerplate | | pp. 4, 10, 11 |