The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | No. 2:18-cv-1115-RSL |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| UNITED STATES DEPARTMENT OF STATE, et al., | |
| Federal Defendants. | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Eric J. Soskin, Senior Trial Counsel with the U.S. Department of Justice, hereby enters his appearance on behalf of Defendants United States Department of State; Michael R. Pompeo, in his official capacity as Secretary of State; Directorate of Defense Trade Controls; Mike Miller, in his official capacity as Acting Deputy Assistant Secretary of Defense Trade Controls; and Sarah Heidema, in her official capacity as Director of Policy, Office of Defense Trade Controls Policy (collectively, "Federal Defendants").

Correspondence may be addressed to Mr. Soskin as follows:

By Courier:          Eric Soskin
(preferred)          United States Department of Justice
                     Civil Division, Federal Programs Branch
                     1100 L St., NW, Room 12002
                     Washington, DC 20003

Notice of Appearance
*State of Washington, et al. v. Dep't of State, et al.*,
2:18-cv-1115-RSL – 1

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street NW**
**Washington, DC 20530**
**Tel: (202) 353-0533**

By U.S. Mail:          Eric Soskin
(likely to incur       United States Department of Justice
delay)                 Civil Division, Federal Programs Branch
                       Post Office Box 883
                       Washington, DC 20044


Mr. Soskin may be reached by phone at (202) 353-0533 or by electronic mail at Eric.Soskin@usdoj.gov.  Faxes for Mr. Soskin should be sent to (202) 616-8470.


Dated:  December 6, 2018                 Respectfully submitted,

                                         JOSEPH H. HUNT
                                         Assistant Attorney General

                                         ANNETTE L. HAYES
                                         United States Attorney

                                         KERRY J. KEEFE
                                         Civil Chief

                                         ANTHONY J. COPPOLINO
                                         Deputy Director, Federal Programs Branch

                                          */s/ Eric J. Soskin*
                                         ERIC J. SOSKIN
                                         STEVEN A. MYERS
                                         STUART J. ROBINSON
                                         Attorneys
                                         U.S. Department of Justice
                                         Civil Division, Federal Programs Branch
                                         1100 L Street NW
                                         Washington, D.C. 20530
                                         (202) 353-0533 (telephone)
                                         (202) 616-8470 (facsimile)
                                         eric.soskin@usdoj.gov

                                           *Attorneys for Federal Defendants*

Notice of Appearance
*State of Washington, et al. v. Dep't of State, et al.*,
2:18-cv-1115-RSL – 2

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street NW**
**Washington, DC 20530**
**Tel: (202) 353-0533**

**CERTIFICATE OF SERVICE**

    I hereby certify that, on this 6th day of December, the forgoing Notice of Appearance will be served electronically on all counsel who have appeared in this action by means of the Court's CM/ECF software.

Dated: December 6, 2018    */s/ Eric J. Soskin*
ERIC J. SOSKIN

Notice of Appearance
*State of Washington, et al. v. Dep't of State, et al.*,
2:18-cv-1115-RSL – 3

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street NW**
**Washington, DC 20530**
**Tel: (202) 353-0533**