The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, et al., <br><br> Federal Defendants. | No. 2:18-cv-1115-RSL <br><br> **FEDERAL DEFENDANTS' SUPPLEMENTAL FILING OF MATERIALS IDENTIFIED BY PLAINTIFFS AND DECLARATION OF SARAH J. HEIDEMA** |

As described in the Federal Defendants' Opposition to Plaintiffs' Motion to Compel Completion of the Administrative Record (ECF No. 152), the Federal Defendants hereby file additional materials identified by Plaintiffs as items of interest in connection with this litigation, along with the further declaration and certification of Sarah J. Heidema, Director of the Office of Defense Trade Controls Policy.  These materials are provided for the Court's convenience in determining whether to rely on the materials as extra-record evidence and the convenience of the parties.

Dated:  December 20, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ANNETTE L. HAYES

Federal Def's. Supplemental Filing of Materials
(No. 2:18-cv-1115-RSL) – 1

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Washington, DC 20530
202-353-0533

       United States Attorney

       KERRY KEEFE
       Civil Chief

       JOHN R. GRIFFITHS
       Director, Federal Programs Branch

       ANTHONY J. COPPOLINO
       Deputy Director, Federal Programs Branch

       */s/ Eric J. Soskin*
       STEVEN A. MYERS
       ERIC J. SOSKIN
       STUART J. ROBINSON
       Attorneys
       U.S. Department of Justice
       Civil Division, Federal Programs Branch
       1100 L St. NW
       Washington, D.C. 20005
       (202) 353-0533 (telephone)
       (202) 616-8470 (facsimile)
       eric.soskin@usdoj.gov

       *Attorneys for Federal Defendants*

Federal Def's. Supplemental Filing of Materials
(No. 2:18-cv-1115-RSL) – 2

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Washington, DC 20530
202-353-0533

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2018, I electronically filed the foregoing brief using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

Dated:  December 20, 2018                                  */s/ Eric J. Soskin*
                                                            Eric J. Soskin