The Honorable Robert S. Lasnik

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| STATE OF WASHINGTON, et al., | NO. 2:18-cv-01115-RSL |
| --- | --- |
| Plaintiffs, | NOTICE THAT SETTLEMENT CONFERENCE HAS BEEN HELD |
| v. | |
| UNITED STATES DEPARTMENT OF STATE; et al., | |
| Defendants. | |

The parties jointly submit this notice that on January 11, 2019, they held a settlement conference via telephone as required by the Case Management Order, Dkt. # 115. The parties were unable to resolve the dispute.

DATED this 15th day of January, 2019.

ROBERT W. FERGUSON
Attorney General

*/s/ Jeffrey Rupert*
JEFFREY RUPERT, WSBA #45037
Division Chief
TODD BOWERS, WSBA #25274
Deputy Attorney General
JEFF SPRUNG, WSBA #23607
KRISTIN BENESKI, WSBA #45478
ZACH JONES, WSBA #44557
Assistant Attorneys General

| | |
|---|---|
| 1 | JeffreyR2@atg.wa.gov |
| | ToddB@atg.wa.gov |
| 2 | JeffS2@atg.wa.gov |
| | KristinB1@atg.wa.gov |
| 3 | ZachJ@atg.wa.gov |
| | *Attorneys for Plaintiff State of Washington* |
| 4 | |
| | JOSEPH H. HUNT |
| 5 | Assistant Attorney General |
| | ANNETTE L. HAYES |
| 6 | Acting United States Attorney |
| | KERRY KEEFE |
| 7 | Civil Chief |
| | JOHN R. GRIFFITHS |
| 8 | Director, Federal Programs Branch |
| | ANTHONY J. COPPOLINO |
| 9 | Deputy Director, Federal Programs Branch |
| 10 | */s/ Stuart J. Robinson* |
| | STUART J. ROBINSON |
| 11 | STEVEN A. MYERS |
| | ERIC J. SOSKIN |
| 12 | Attorneys |
| | U.S. Department of Justice |
| 13 | Civil Division, Federal Programs Branch |
| | 450 Golden Gate Ave., Suite 7-5395 |
| 14 | San Francisco, CA 94549 |
| | Phone: (415) 436-6635 |
| 15 | Fax: (415) 436-6632 |
| | Stuart.J.Robinson@usdoj.gov |
| 16 | Steven.A.Myers@usdoj.gov |
| | Eric.Soskin@usdoj.gov |
| 17 | *Counsel for the Federal Defendants* |
| 18 | ARD LAW GROUP PLLC |
| 19 | */s/ Joel B. Ard* |
| | Joel B. Ard, WSBA # 40104 |
| 20 | Ard Law Group PLLC |
| | P.O. Box 11633 |
| 21 | Bainbridge Island, WA 98110 |
| | joel@ard.law |
| 22 | *Counsel for Defendants Defense Distributed,* |
| | *Second Amendment Foundation, Inc., and Conn* |
| 23 | *Williamson* |
| 24 | |

NOTICE THAT SETTLEMENT
CONFERENCE HAS BEEN HELD
2:18-cv-01115-RSL

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

FARHANG & MEDCOFF

*/s/ Matthew Goldstein*
Matthew Goldstein
Farhang & Medcoff
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711
Phone: (202) 550-0040
E-Mail: mgoldstein@fmlaw.law
*Counsel for Defendants Defense Distributed,*
*Second Amendment Foundation, Inc., and Conn*
*Williamson*

BECK REDDEN LLP

*/s/ Charles Flores*
Charles Flores*
Beck Redden LLP
1221 McKinney Street, Suite 4500
Houston, TX 77010
Phone: (713) 951-3700
cflores@beckredden.com
*Admitted Pro Hac Vice
*Counsel for Defendant Defense Distributed*

NOTICE THAT SETTLEMENT
CONFERENCE HAS BEEN HELD
2:18-cv-01115-RSL

3