UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>    Plaintiffs,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>    Defendants. | NO. C18-1115RSL |

**WITHDRAWAL OF APPEARANCE**

  Now comes Susan E. Urso, Assistant Attorney General and hereby withdraws her appearance in this matter for Plaintiff, the State of Rhode Island.

              Respectfully submitted,

              STATE OF RHODE ISLAND,
              By Its Attorney

              PETER F. NERONHA
              ATTORNEY GENERAL

              */s/ Susan E. Urso*
              _____
              Susan E. Urso, #4688
              Assistant Attorney General
              150 South Main Street
              Providence, RI  02903-2907
              Tel:  (401) 274-4400
              Fax:  (401) 222-2995

## **CERTIFICATION**

I hereby certify that I filed and served all counsel of record with a copy of the within Withdrawal of Appearance through the ECF filing system on this 17th day of January, 2019 and that it is available for viewing and downloading.

*/s/ Susan E. Urso*
_____