HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br>　　　　　　Defendants | NO. 2:18-cv-01115-RLS<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY** |

TO:　　　THE CLERK OF THE COURT;

AND TO:　ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that Andrew Richards of Garvey Schubert Barer, 1191 Second Avenue, Suite 1800, Seattle, WA 98101, hereby withdraws as attorney of record for Amicus Curiae The Brady Center to Prevent Gun Violence.

NOTICE OF WITHDRAWAL OF ATTORNEY - 1
(NO. 2:18-CV-01115-RLS)

GARVEY SCHUBERT BARER, P.C.
*eighteenth floor*
*1191 second avenue*
*seattle, washington 98101-2939*
*206 464 3939*

DATED this 6th day of February, 2019.

                                      GARVEY SCHUBERT BARER, P.C.

By   *s/Andrew Richards*
     Andrew Richards, WSBA #35920
     1191 Second Avenue, Suite 1800
     Seattle, Washington 98101
     Tel: (206) 464-3939
     Fax: (206) 464-0125
     Email: arichards@gsblaw.com
     Attorneys for Amicus Curiae The Brady Center to Prevent Gun Violence

NOTICE OF WITHDRAWAL OF ATTORNEY - 2
(NO. 2:18-CV-01115-RLS)

GARVEY SCHUBERT BARER, P.C.
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2019, I caused to be electronically filed the foregoing Notice of Withdrawal of Attorney with the Clerk of the Court using the CM/ECF system which causes parties who are registered ECF participants to be served by electronic means.

Dated this 6th day of February, 2019, at Seattle, Washington.

GARVEY SCHUBERT BARER, P.C.


By: _s/Kelly M. Mueller_
Kelly M. Mueller

GSB:9981087.1

NOTICE OF WITHDRAWAL OF ATTORNEY - 3
(NO. 2:18-CV-01115-RLS)

GARVEY SCHUBERT BARER, P.C.
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939