The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| STATE OF WASHINGTON, et al. | NO. 2:18-cv-01115-RSL |
|---|---|
| Plaintiffs, | DECLARATION OF KRISTIN BENESKI IN SUPPORT OF PLAINTIFF STATES' MOTION FOR SUMMARY JUDGEMENT |
| v. | |
| UNITED STATES DEPARTMENT OF STATE, et al., | |
| Defendants. | |

I, Kristin Beneski, declare as follows:

1. I am over the age of 18 and have personal knowledge of all the facts stated herein.

2. I am an Assistant Attorney General with the Washington State Attorney General's Office, which represents the State of Washington in this matter.

3. Attached hereto as Exhibits A–K are true and correct copies of excerpts of the Administrative Record (Dkt. # 116) and the Supplemental Filing of Materials (Dkt. # 158) ("Supplemental Record"), in which the portions cited in the Plaintiff States' Motion for Summary Judgment have been highlighted.

DECLARATION OF KRISTIN BENESKI
2:18-cv-01115-RSL

1

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

4. Attached hereto as Exhibit L is a true and correct copy of the Second Amended Complaint in the matter of *Def. Distributed v. U.S. Dep't of State*, Case No. 1:15-cv-00372-RP (W.D. Tex.) (ECF No. 90), in which the portions cited in the Plaintiff States' Motion for Summary Judgment have been highlighted.

5. Attached hereto as Exhibit M is a true and correct copy of Plaintiffs' Unopposed Motion to Stay Proceedings to Complete Settlement in the matter of *Def. Distributed v. U.S. Dep't of State*, Case No. 1:15-cv-00372-RP (W.D. Tex.) (ECF No. 93), in which the portions cited in the Plaintiff States' Motion for Summary Judgment have been highlighted.

6. Attached hereto as Exhibit N is a true and correct copy of a Joint Settlement Status Report in the matter of *Def. Distributed v. U.S. Dep't of State*, Case No. 1:15-cv-00372-RP (W.D. Tex.) (ECF No. 95), in which the portions cited in the Plaintiff States' Motion for Summary Judgment have been highlighted.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 15th day of February 2019.

*/s/ Kristin Beneski*
KRISTIN BENESKI

DECLARATION OF KRISTIN BENESKI
2:18-cv-01115-RSL

2

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744