The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>Defendants. | NO. 2:18-cv-01115-RSL<br><br>DECLARATION OF JENNIFER D. WILLIAMS IN SUPPORT OF PLAINTIFF STATES' MOTION FOR SUMMARY JUDGEMENT |

I, Jennifer D. Williams, declare as follows:

1. I am over the age of 18 and have personal knowledge of all the facts stated herein.

2. I am a Paralegal with the Washington State Attorney General's Office, which represents the State of Washington in this matter.

3. I was responsible for coordinating a review by attorneys in our office of the Federal Defendants' Supplemental Filing of Materials (Dkt. # 158) ("Supplemental Record"). I also reviewed parts of the record. We used document review software and a tagging system to analyze the record, and applied search terms to identify potentially relevant documents.

4. Based on the results of our review, the Supplemental Record comprises the

DECLARATION OF JENNIFER D. WILLIAMS
2:18-cv-01115-RSL

1

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

following documents, which are labeled with Bates numbers DOSWASHINGTONSUP00001–4933:

1) Settlement Agreement in the matter of *Defense Distributed, et al. v. U.S. Dep't of State, et al.*, Case No. 15-cv-372-RP (W.D. Tex.) (DOSWASHINGTONSUP00001–00008);

2) A copy of the Directorate of Defense Trade Controls website, www.pmddtc.state.gov, including its "Temporary Modification of Category I of the United States Munitions List dated July 27, 2018 (DOSWASHINGTONSUP00009–00021);

3) A letter from the Acting Deputy Assistant Secretary for the Directorate of Defense Trade Controls to Cody R. Wilson, Defense Distributed, and Second Amendment Foundation, Inc. dated July 27, 2018 (DOSWASHINGTONSUP00022–00023);

4) Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Preliminary Injunction and Appendix thereto in the matter of *Defense Distributed, et al. v. U.S. Dep't of State, et al.*, Case No. 15-cv-372-RP (W.D. Tex.) (DOSWASHINGTONSUP00024–00396);

5) Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction in the matter of *Defense Distributed, et al. v. U.S. Dep't of State, et al.*, Case No. 15-cv-372-RP (W.D. Tex.) (DOSWASHINGTONSUP00397–00437);

6) Declaration of Lisa V. Aguirre and exhibits thereto in the matter of *Defense Distributed, et al. v. U.S. Dep't of State, et al.*, Case No. 15-cv-372-RP (W.D. Tex.) (DOSWASHINGTONSUP00438–00507);

7) Memorandum of Points and Authorities in Reply to Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction and exhibits thereto in the matter of *Defense Distributed, et al. v. U.S. Dep't of State, et al.*, Case No. 15-cv-372-RP (W.D. Tex.) (DOSWASHINGTONSUP00508–00540);

8) Order denying motion for a preliminary injunction in the matter of *Defense Distributed, et al. v. U.S. Dep't of State, et al.*, Case No. 15-cv-372-RP (W.D. Tex.) (DOSWASHINGTONSUP00541–00565);

9) Letter from Directorate of Defense Trade Controls regarding commodity jurisdiction determinations for ten items dated June 4, 2015 (DOSWASHINGTONSUP00566–00567);

DECLARATION OF JENNIFER D. WILLIAMS
2:18-cv-01115-RSL

2

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

10) Letter from Directorate of Defense Trade Controls regarding commodity jurisdiction determinations for four items dated April 13, 2015 (DOSWASHINGTONSUP00568–00569);

11) Brief for the Appellants and Addendum thereto, Appellants' Record Excerpts, and letters from Fifth Circuit Clerk in the matter of *Defense Distributed, et al. v. U.S. Dep't of State, et al.*, Case No. 15-50759 (5th Cir.) (DOSWASHINGTONSUP00570–00792);

12) *Amici curiae* briefs in support of Plaintiffs–Appellants and letters from Fifth Circuit Clerk in the matter of *Defense Distributed, et al. v. U.S. Dep't of State, et al.*, Case No. 15-50759 (5th Cir.) (DOSWASHINGTONSUP00793–00986);

13) Brief for Federal Appellees and Addendum thereto, and letter from the Fifth Circuit Clerk in the matter of *Defense Distributed, et al. v. U.S. Dep't of State, et al.*, Case No. 15-50759 (5th Cir.) (DOSWASHINGTONSUP00987–01050);

14) *Amicus curiae* brief in support of Defendants–Appellees and letter from Fifth Circuit Clerk in the matter of *Defense Distributed, et al. v. U.S. Dep't of State, et al.*, Case No. 15-50759 (5th Cir.) (DOSWASHINGTONSUP01051–01099);

15) Reply Brief for the Appellants and letter from Fifth Circuit Clerk in the matter of *Defense Distributed, et al. v. U.S. Dep't of State, et al.*, Case No. 15-50759 (5th Cir.) (DOSWASHINGTONSUP01100–01152);

16) Opinion and dissent in the matter of *Defense Distributed, et al. v. U.S. Dep't of State, et al.*, Case No. 15-50759 (5th Cir.) (DOSWASHINGTONSUP01153–01194);

17) Appellants' Petition for Rehearing En Banc and Appendix thereto in the matter of *Defense Distributed, et al. v. U.S. Dep't of State, et al.*, Case No. 15-50759 (5th Cir.) (DOSWASHINGTONSUP01195–01268);

18) Opposition to Petition for Rehearing En Banc in the matter of *Defense Distributed, et al. v. U.S. Dep't of State, et al.*, Case No. 15-50759 (5th Cir.) (DOSWASHINGTONSUP01269–01292);

19) Order denying petition for rehearing en banc and dissent in the matter of *Defense Distributed, et al. v. U.S. Dep't of State, et al.*, Case No. 15-50759 (5th Cir.) (DOSWASHINGTONSUP01293–01298);

20) Petition for a Writ of Certiorari and Appendices thereto in the matter of *Defense Distributed, et al. v. U.S. Dep't of State, et al.*, Case No. 17-190

DECLARATION OF JENNIFER D. WILLIAMS
2:18-cv-01115-RSL

3

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

(U.S.) (DOSWASHINGTONSUP01299–01466);

21) Brief for the Respondents in Opposition in the matter of *Defense Distributed, et al. v. U.S. Dep't of State, et al.*, Case No. 17-190 (U.S.) (DOSWASHINGTONSUP01467–01494);

22) Department of State proposed rule published in Federal Register May 24, 2018 (DOSWASHINGTONSUP01495–01502);

23) Department of Commerce proposed rule published in Federal Register May 24, 2018 (DOSWASHINGTONSUP01503–01532);

24) Defendants' Motion to Dismiss Second Amended Complaint and Exhibit A thereto in the matter of *Defense Distributed, et al. v. U.S. Dep't of State, et al.*, Case No. 15-cv-372-RP (W.D. Tex.) (DOSWASHINGTONSUP01533–01565);

25) Approximately 3191 comments on the May 24, 2018 Department of State proposed rule (DOSWASHINGTONSUP01566–04933). Our office conducted searches on this Bates range for the terms "3D" or "3-D," which returned a total of 386 hits. Each of these documents is a comment that opposes the proposed rule.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 15th day of February, 2019.

_____
JENNIFER D. WILLIAMS

DECLARATION OF JENNIFER D. WILLIAMS
2:18-cv-01115-RSL

4

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(206) 464-7744