The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:18-cv-01115-RSL |
| Plaintiffs, | |
| v. | **STIPULATED MOTION TO MODIFY SUMMARY JUDGMENT BRIEFING SCHEDULE** |
| UNITED STATES DEPARTMENT OF STATE, et al., | |
| | **NOTE FOR CONSIDERATION: MARCH 21, 2019** |
| Defendants. | |

## I. STIPULATED MOTION

Pursuant to LCR 7(j) and 10(g), the Plaintiff States and the Federal Defendants submit this stipulated motion to modify the remainder of the summary judgment briefing schedule in light of the Court's March 19, 2019 order (Dkt. # 175).

Under the current briefing schedule (Dkt. # 115 at 2), the Plaintiff States filed a motion for summary judgment on February 15, 2019 (Dkt. # 170), and the Federal Defendants and Private Defendants filed combined oppositions and cross-motions on March 15, 2019 (Dkt. ## 173, 174). Currently, the States' combined replies and oppositions are due on April 5, 2019, and Defendants' replies are due on April 19, 2019. Dkt. # 115 at 2.

On March 19, 2019, the Court issued an order granting the Plaintiff States' Motion to Supplement the Administrative Record, and granted the States leave to take "discovery aimed

1

STIPULATED MOTION TO MODIFY
SUMMARY JUDGMENT BRIEFING
SCHEDULE

2:18-cv-01115-RSL

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Drive SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

at establishing whether the pre-July 28, 2018, comments to the NPRMs were directly or indirectly considered when issuing the temporary modification and letter." Dkt. # 175 at 7. Pursuant to the order, by April 16, 2019, the Federal Defendants are to:

- certify that the administrative record has been reviewed and that all materials considered, directly or indirectly, in making the decision to issue the July 27, 2018, temporary modification and letter have been produced, regardless of whether the materials support or are contrary to the decision; and

- produce settlement-related communications and materials generated in Defense Distributed v. U.S. Dep't of State, C15-0372RP (W.D. Tex.), and a privilege log for all assertedly privileged documents and materials that were considered, directly or indirectly, in making the decision to issue the July 27, 2018, temporary modification and letter.

Dkt. # 175 at 8.

It is Plaintiffs' view that the referenced information concerning the administrative record will be relevant to the pending motions for summary judgment. In light of the Court's order, the Plaintiff States and the Federal Defendants request that the remainder of the summary judgment briefing schedule be modified as follows:

- The States shall file their combined reply and opposition to the Federal Defendants' motion by May 10, 2019.

- The Federal Defendants shall file a reply by May 24, 2019.

No party (including the Private Defendants)[1] takes a position on whether the briefing schedule as to the Private Defendants should also be modified such that the above deadlines apply to them as well. Unless the Court orders otherwise, the States will file their combined reply and opposition to the Private Defendants' motion by April 5, 2019, and the Private Defendants will file their reply by April 19, 2019, in accordance with the current schedule.

---

[1] Counsel for the State of Washington conferred with counsel for the Private Defendants via telephone and email on March 21, 2019.

2

STIPULATED MOTION TO MODIFY
SUMMARY JUDGMENT BRIEFING
SCHEDULE

2:18-cv-01115-RSL

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Drive SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

DATED this 21st day of March, 2019.

    ROBERT W. FERGUSON
    Attorney General of Washington

    */s/ Jeffrey Rupert*
    JEFFREY RUPERT, WSBA #45037
    Division Chief
    TODD BOWERS, WSBA #25274
    Deputy Attorney General
    JEFFREY T. SPRUNG, WSBA #23607
    KRISTIN BENESKI, WSBA #45478
    ZACHARY P. JONES, WSBA #44557
    Assistant Attorneys General
    JeffreyR2@atg.wa.gov
    ToddB@atg.wa.gov
    JeffS2@atg.wa.gov
    KristinB1@atg.wa.gov
    ZachJ@atg.wa.gov
    *Attorneys for Plaintiff State of Washington*

    JOSEPH H. HUNT
    Assistant Attorney General

    BRETT A. SHUMATE
    Deputy Assistant Attorney General

    JOHN R. GRIFFITHS
    Director, Federal Programs Branch

    ANTHONY J. COPPOLINO
    Deputy Director, Federal Programs Branch

    */s/ Stuart J. Robinson*
    STUART J. ROBINSON
    STEVEN A. MYERS
    ERIC J. SOSKIN
    Trial Attorneys
    U.S. Department of Justice
    Civil Division, Federal Programs Branch
    450 Golden Gate Ave.
    San Francisco, CA 94102
    (415) 436-6635 (telephone)
    (415) 436-6632 (facsimile)
    stuart.j.robinson@usdoj.gov

    *Attorneys for the Federal Defendants*

3

STIPULATED MOTION TO MODIFY
SUMMARY JUDGMENT BRIEFING
SCHEDULE

2:18-cv-01115-RSL

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Drive SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

## II.  ORDER

Pursuant to the above stipulation, it is so ordered.

The summary judgment briefing schedule as to the Private Defendants:

_____ remains as established in the Case Management Order (Dkt. # 115).

✓ is modified such that the deadlines above apply as to both the Federal Defendants and the Private Defendants.

_____
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO MODIFY
SUMMARY JUDGMENT BRIEFING
SCHEDULE

2:18-cv-01115-RSL

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Drive SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470