# Exhibit 2

The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>Defendants. | No. 2:18-cv-1115-RSL<br><br>**DECLARATION IN SUPPORT OF THE FEDERAL DEFENDANTS' DISCOVERY RESPONSE** |

DECLARATION IN SUPPORT OF THE FEDERAL DEFENDANTS' DISCOVERY RESPONSE
*State of Washington, et al. v. Dep't of State, et al.*, 2:18-cv-1115-RSL

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Tel: (415) 436-6635

I, Michael F. Miller, do hereby declare as follows:

1. I am the Director of the Office of Regional Security and Arms Transfers within the Bureau of Political-Military Affairs at the Department of State (the "Department"). In addition, since January 2, 2018, I have been performing the duties of the Deputy Assistant Secretary for Defense Trade Controls within the Bureau of Political-Military Affairs, with responsibilities including oversight of all Directorate of Defense Trade Controls (DDTC) activities and providing policy guidance on the export of defense articles. I am also performing the duties of the Deputy Assistant Secretary for Regional Security and Arms Transfers within the Bureau of Political-Military Affairs. I have held a variety of other positions covering arms transfer issues within the Department.

2. This declaration is submitted in response to Plaintiffs' proposal for carrying out the Court's grant of discovery aimed at establishing whether the Department considered directly or indirectly the pre-July 27, 2018 comments to the Department's notice of proposed rulemaking (NPRM) when considering to issue the temporary modification of the International Traffic in Arms Regulations (ITAR) and letter to plaintiffs in the matter of *Defense Distributed, et al. v. U.S. Department of State, et al.*, No. 1:15-cv-00372-RP (W.D. Tex.). The information contained herein is based on my personal knowledge and on information provided to me in my official capacity.

3. On May 24, 2018, the Department published the NPRM entitled "International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and IIII." *See* 83 Fed. Reg. 24198 (May 24, 2018). The comment period on the NPRM closed July 9, 2018. Employees in DDTC were responsible for reviewing the comments received on the Department's NPRM. The Department received 3250 comments on this rule, which includes 3181 comments submitted through the

CERTIFICATION OF THE FEDERAL DEFENDANTS' ADMINISTRATIVE RECORD
*State of Washington, et al. v. Dep't of State, et al.*, 2:18-cv-1115-RSL

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Tel: (415) 436-6635

website regulations.gov and 69 comments submitted directly to the Department.

4. During the comment acceptance period (May 24, 2018 through July 9, 2018), my staff informed me of the volume of responses to the NPRM and provided me with a preliminary assessment of the content of some of the comments. I was not personally monitoring the comments submitted through the website regulations.gov or submitted directly to the Department.

5. On July 10, 2018, I was informed of the total number of public comments submitted in response to the NPRM. I was also informed that three United States Senators, Sen. Robert Menendez (N.J.), Sen. Ben Cardin (Md.), and Sen. Dianne Feinstein (Cal.) had jointly submitted a comment critical of the NPRM. I read this comment myself. I do not recall reading any other comments before July 27, 2018.

6. I do not recall having any communications about the public comments with my senior leadership, including the Principal Deputy Assistant Secretary of State for the Bureau of Political-Military Affairs or the Under Secretary of State for Arms Control and International Security, and I have not seen a record of it. However, it would not have been unusual for the topic to come up, particularly the comment letter from the Senators.

7. I was personally involved in the Department's decision on July 27, 2018 to issue the Temporary Modification of the ITAR and letter to Defense Distributed on July 27, 2018. This action was taken pursuant to an action memorandum recommending to the Under Secretary of State for Arms Control and International Security that she approve the temporary modification to the ITAR. I have discussed the memorandum with those on my staff who were responsible for its drafting. To the best of their recollection, they did not rely on the comments to the NPRM in preparing the memorandum. I reviewed and cleared the action memorandum before it was

CERTIFICATION OF THE FEDERAL DEFENDANTS' ADMINISTRATIVE RECORD
State of Washington, et al. v. Dep't of State, et al., 2:18-cv-1115-RSL

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Tel: (415) 436-6635

transmitted to the Under Secretary by the Principal Deputy Assistant Secretary of State for the Bureau of Political-Military Affairs. The action memorandum does not discuss any of the comments to the NPRM. The Under Secretary approved the recommendation on July 27, 2018 and directed me to sign the letter to the *Defense Distributed* plaintiffs. *See* Exhibit 1.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of April, 2019.

*[signature]*

Michael F. Miller
Director
Office of Regional Security and Arms Transfers
Bureau of Political-Military Affairs

CERTIFICATION OF THE FEDERAL DEFENDANTS' ADMINISTRATIVE RECORD
*State of Washington, et al. v. Dep't of State, et al.*, 2:18-cv-1115-RSL

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Tel: (415) 436-6635

# Exhibit 1

```
REC1|APPROVE|7-26-2018
REC2|APPROVE|7-26-2018
REC3|APPROVE|7-26-2018
REC4|APPROVE|7-26-2018
```



201821192
United States Department of State

*Washington, D.C.  20520*

SENSITIVE BUT UNCLASSIFIED                                      July 26, 2018

**ACTION MEMO FOR UNDER SECRETARY THOMPSON (T)**

FROM:      PM – Tina Kaidanow, Acting Assistant Secretary

SUBJECT:   (U) Concluding the Department's Settlement with Defense Distributed

**BLUF:**   (SBU) The below actions are required to comply with the Defense Distributed settlement agreement.

**Recommendations**
(U) That in order for the Department of State to comply with its obligations in its settlement agreement with Defense Distributed you:

(1) Approve a temporary modification pursuant to International Traffic in Arms Regulations §126.2 to exclude specified Defense Distributed litigation-related technical data from U.S. Munitions List (USML) Category I.  (Approve/Disapprove by 07/26/2018)

(2) Approve the posting of the attached DDTC website notice to announce the above-referenced temporary modification to USML Category I.  (Approve/Disapprove by 07/26/2018)

(3) Direct Acting Deputy Assistant Secretary for Defense Trade Controls, Michael Miller, to sign the attached letter informing Defense Distributed that, pursuant to ITAR § 125.4(b)(13), the Department is a cognizant U.S. government agency with authority to approve technical data for public release and that it hereby grants approval for the enumerated technical data in the letter to be released into the public domain.  (Approve/Disapprove by 07/26/2018)

(4) Direct that actions (2) and (3) take place on July 27, 2018, unless the Department is enjoined from doing so or Defense Distributed agrees to postpone the deadline.  (Approve/Disapprove by 07/26/2018)

**Background**
(SBU) Defense Distributed (DD) is a Texas-based nonprofit corporation that makes available via the Internet computer-aided design (CAD) files for the three-dimensional printing of firearms

SENSITIVE BUT UNCLASSIFIED

CWASHAR0000014

and firearm components.  In May 2013, PM's Directorate of Defense Trade Controls (DDTC) sent a letter to DD stating that certain files it had posted on the Internet appeared to be defense articles controlled pursuant to the International Traffic in Arms Regulations (ITAR) and requested that DD remove the files from the Internet and submit a commodity jurisdiction (CJ) request to DDTC.  DD complied with the letter and DDTC concluded in the CJ that some, but not all, of the files were subject to the ITAR because they conveyed information required to produce defense articles described in Category I of the ITAR's USML.

(SBU) Beginning in September 2014, DD submitted several requests to the DoD's Defense Office of Prepublication and Security Review (DOPSR) to request a review and approval for public release of the ITAR-controlled files pursuant to ITAR § 125.4(b)(13).  DOPSR stated that review of the CAD files was beyond its purview and referred DD to DDTC regarding the request for approval for public release.  DD did so in January 2015.  Before DDTC responded, DD sued the Department.  DD's primary claim was that the Department had subjected its free speech rights to an unconstitutional prior restraint by preventing it from posting files on the Internet.  DD failed to obtain a preliminary injunction.  When the case was remanded for proceedings on the merits,

(U) On June 29, 2018 the parties reached a settlement agreement that placed three substantive obligations on the Department:
1. To pursue publication in the Federal Register of a final rule revising USML Category I that excludes specified technical data at issue in the DD litigation;
2. To issue via a DDTC website announcement a temporary modification to USML Category I that excludes enumerated technical data at issue in the litigation pursuant to ITAR § 126.2; and
3. To issue a letter to DD that, consistent with ITAR § 125.4(b)(13), advises that the Department is a cognizant U.S. government agency with authority to approve technical data for public release and grants approval for the technical data enumerated in the letter to be released into the public domain.



SENSITIVE BUT UNCLASSIFIED
-3-

Three organizations that pursue gun control filed court documents yesterday seeking a temporary restraining order prohibiting the Department's compliance with the settlement.  A hearing is being held today. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

Attachments:
        Tab 1 – DDTC Website Announcement
        Tab 2 – Letter to Defense Distributed
        Tab 3 – Settlement Agreement

SENSITIVE BUT UNCLASSIFIED

CWASHAR0000016

SENSITIVE BUT UNCLASSIFIED
-4-



SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

CWASHAR0000017