100 university students sought shelter. Two were killed. Father Eric Verada was there during the 15-hour siege. Tell us, if you can, what happened that day. The worst day of your life. He showed us where the bullets pierced the church's icons. Jesus is with you, no matter how bad it gets. Even as this protest unfolded, supporters of Ortega regime were holding a demonstration of their own, an indication of the deep political divisions of the country, and a sign that turmoil may not be ending any time soon."

Back To Top

## CBS: Florida-Protests Over Stand Your Ground.
The CBS Evening News (7/23, story 9, 2:20, Glor, 5.61M) reported, "A dispute over parking space led to an argument, a fatal shooting, and now a lot more talk about Stand Your Ground laws. Meg Oliver is in Clearwater, Florida." CBS (Oliver) added, Britany Jacobs, Girlfriend: "We did everything together, you know. It's tough." Oliver: "Britany Jacobs is still hurting. The shooting happened last Thursday in this convenience store parking lot. The family of five parked in a handicapped spot. 28-year-old Markeis McGlockton and his five-year-old son went inside. That's when 47-year-old Michael Drejka confronted her." Jacobs: "He was just harassing me about our parking space, you know, about handicapped parking space." Oliver: "McGlockton returned and shoved Drejka to the ground. That's when Drejka drew his gun and fired a single shot into McGlockton's chest. He stumbled back in the store and collapsed in front of his son. A day later the Pinellas County Sheriff declared he could not charge Drejka. Criminal defense attorney Anthony Rickman says the fact that McGlockton backed up after the shove raises concerns." Criminal Defense Attorney Anthony Rickman: "The question is, at that point in time, was there the possibility of imminent serious body injury or death of Drejka that justified the use of deadly force? Watching that video, I don't think so." Oliver: "At least 23 other states also have so-called Stand Your Ground law, allowing them to use deadly force against an attacker. They all say victims have no duty to retreat. Jacobs is left trying to comprehend how her three children lost their father over a trip to buy snacks." Jacobs: "Because all my man was trying to do is protect his girl, like anybody else would, stand by, you know, his family's side." Oliver: "The case is not over. It's now up to Florida's state attorney to determine whether to seek a grand jury indictment."

Back To Top

## CBS: Toronto-Shooting.
The CBS Evening News (7/23, story 10, 0:20, Glor, 5.61M) reported, "Toronto's police chief said today it is too soon to know the motive behind last night's mass shooting. Terrorism has not been ruled out. Cell phone video captured a man firing into restaurants. A ten-year-old girl and an 18-year-old woman were killed. Thirteen others were hurt. The gunman identified as Faisal Hussain was killed in a shoot-out with police."

Back To Top

## CBS: Syria-Israeli Troops Evacuate War Zone Workers.
The CBS Evening News (7/23, story 11, 0:20, Glor, 5.61M) reported, "More than 400 members of Syria's white helmets and their families were evacuated overnight by Israeli forces. Hundreds of others remain trapped inside Syria. The white helmets are first responders credited with rescuing more than 100,000 Syrians wounded in air strikes and bombings. The Assad regime considers them terrorists and condemned Israel's role in evacuating them."

Back To Top

## NBC: Trump-Obama Officials' Clearance.
NBC Nightly News (7/23, lead story, 2:50, Jackson, 7.55M) reported, "The White House is taking aim at several top level national security officials. Officials who have been publicly critical of the President. Threatening to yank their security clearances. The list includes former CIA Director John Brennan, who minced no words in his criticism of President Trump at the Helsinki summit. The White House accusing Brennan and five others of politicizing their high-level access. Stripping them of clearances could be seen as an act of political retaliation by the President against his critics. Our chief white house correspondent Hallie Jackson has details." NBC (Jackson) added, "It's an unprecedented threat aimed at critics of the Commander-in-Chief. The White House considering stripping the security clearances of six former intelligence officials." Sarah Sanders, Press Secretary: "They politicized and in some cases monetized their public service and security clearances." Jackson: "Most of the officials worked for both Democrats and Republicans and have been tough on President Trump publicly. Isn't the President doing exactly what you just said the President doesn't want all these people doing?" Sanders: "No, the President isn't making baseless accusations of improper contact with a foreign government and accusing the President of the United States of treasonous activity." Jackson: "That may be a reference to John Brennan, former CIA Director and Senior National Security and Intelligence Analyst. He called last week's meeting with Vladimir Putin nothing short of treasonous." John Brennan, Former CIA Director : "I equate it to the betrayal of one's nation. Basically aiding and abetting, giving comfort to an enemy." Jackson: "He's on a list that includes former FBI officials James Comey and Andrew McCabe. Neither pf whom currently have security clearances because they were fired. Michael Hayden former CIA Director said the threat won't have any effect on what I say or write. Former Obama National Security Adviser Susan Rice, silent for now." Michael Hayden, Former CIA Director: "I think this is just a very, very petty, petty thing to do." Jackson: "Former intelligence leaders typically keep their clearances so they can talk about sensitive matters with their successors." Unidentified Speaker: "A security clearance is very valuable for former officials in a private sector so to lose one could amount to a financial penalty." Jackson: "The President is not usually personally involved in decisions to revoke

CWASHAR0001205

the clearance. To critics, it's political punishment." **Unidentified Speaker**: "It concerns me greatly if this White House breaks precedent in trying to attack former members of the intelligence community because they simply express their views and first amendment rights." **Jackson**: "John Brennan tonight, by the way, declined to comment. The Press Secretary is not commenting on another story making headlines out of Washington. The trial of former Trump campaign chair Paul Manafort. Jury selection was supposed to start Wednesday, but that's been delayed by about a week to give defense attorneys time to review new evidence."

Back To Top

## NBC: US-Iran Relations.

NBC Nightly News (7/23, story 2, 2:00, Welker, 7.55M) reported, "A dramatic escalation of the war of words between the US and Iran. President Trump taking to Twitter and telling Iran never to threaten the US again after Iran's President warned the US of the quote, mother of all wars. NBC news White House correspondent Kristen Welker has the story." NBC (**Welker**) added, "It's the Twitter take-down heard 'round the world. Mr. Trump tweeting to the Iranian President Rouhani, never ever threaten the United States again or you will suffer consequences. The likes of which few throughout history have ever suffered before. We are no longer a country that will stand for your demented words of violence and death. Be cautious.' Today the President pressed on his aggressive approach. " **Unidentified Speaker**: "Mr. President, any concern about provoking tensions with Iran?" **President Donald Trump**: "None at all." **Welker**: "The hard core warning seemed to be prompted by Iran's President who threatened America should know peace with Iran is the mother of all peace, and war with Iran is the mother of all wars. The President's tough tone highly coordinated with Secretary of State Mike Pompeo launching his own harsh attack." **Mike Pompeo**, Secretary Of State: "Iran is run by something that resembles the mafia more than the government." **Welker**: "The Trump administration is poised to repose harsh sanctions suspended under the Iran Nuclear Deal. Mr. Trump pulled out of the Obama agreement in May. They say the President is using a maximum pressure campaign to get Iran to abandoned nuclear ambitions, similar to the strategy with North Korea." **Trump**: "Fire and fury like the world has never seen." **Welker**: "Experts say war is unlikely, but could there be a change at the top?" **Adm. James Stavridis**, Chief International Security And Deplomacy Analyst: "More likely he is trying to push the Iranians and get the people of Iran to be more concerned about their leadership." **Welker**: "Press Secretary Sarah Sanders sidestepped a question about regime change and said the key focus is stopping Iran from having nuclear weapons no matter what is in charge."

Back To Top

## NBC: Toronto-Shooting.

NBC Nightly News (7/23, story 3, 2:20, Holt, 7.55M) reported, "To the mass shooting mystery in Toronto. Fifteen people shot, two of them killed including a 10-year-old girl when a gunman dressed in black suddenly began shooting on a busy street. Police identified that accused gunman late today. A city in shock, many people are asking why. NBC's Gabe Gutierrez has more on the search for answers." NBC (**Gutierrez**) added, "Tonight, Toronto's Greek town, one of Canada's most popular neighborhoods, is shut down." **Toronto Transit Enforcement Unit**: "Apparently multiple shootings in the area at Danforth." **Gutierrez**: "Police swarming the scene after gunshots ripped through Danforth Avenue." **Unidentified Speaker**: "I heard at least 20 shots, clippings spent, reloading, clippings spent, reloading. That's what I heard, and then I saw the carnage as I ran down the street." **Gutierrez**: "The gunman dressed in all black, seen on this chilling video posted on social media." **Unidentified Speaker**: "One woman run and she fell, and he went over her and shot her twice, point blank." **Gutierrez**: "Carrying a shoulder bag, he stops and pulls out a handgun and opens fire, shooting 15 people." **Unidentified Speaker**: "So he had a calm about him, that I can say and he started shooting right past us." **Gutierrez**: "Did you think you would make it out?" **Jody Steinhower**, Eyewitness: "You know, I don't think we had time to think." **Gutierrez**: "Jody Steinhower was inside one of the restaurants nearby with her family celebrating her birthday." **Steinhower**: "Thank goodness my birthday cake was ten minutes late because if we had finished ten minutes earlier, we would have walked out of the restaurant where the shooter was." **Gutierrez**: "The 29-year-old gunman from Toronto, identified as Faisal Hussain, died after a shootout with police." **Terry Browne**, Toronto Police Detective Sergeant: "Again, I can't speak to what was in this individual's mind." **Gutierrez**: "Traditionally gun violence is rare in Canada, but in Toronto, there is a recent spike with violent shootings more than doubling in the past three years." **John Tory**, Toronto Mayor: "I said for some time the city has a gun problem, and guns are far too readily available to far too many people." **Gutierrez**: "This time among the dead 18-year-old Reese Fallon and a 10-year-old girl. The reason behind the rampage is a mystery. US law enforcement sources tell NBC news the gunman was not on any watch lists. For a motive, investigators are not ruling out terrorism. Late today, the gunman's family said he struggled with psychosis and depression his entire life."

Back To Top

## NBC: Severe Weather.

NBC Nightly News (7/23, story 4, 1:15, Holt, 7.55M) reported, "Now to the dangerous weather hitting from coast-to-coast including flash floods in parts of eastern Pennsylvania, roads looking like rivers and high-water rescues happening and the threat continues for several days and in the west, triple digit heat. Al Roker on the road in Maine now monitoring it for us. Al, what is it looking like?" NBC (**Roker**) added, "Well, Lester, we're talking first about the rain and while we got a little break here, we're basically looking at rain stretching along the I-95 corridor from New England down into the Gulf Coast, heavy rain. Right

now 37 million people at risk for a flash flood with downpours causing sudden floods, heavy rain and saturated soil a real mess. You can see a moderate risk of flooding tomorrow stretching from Pennsylvania down into Virginia. As this system moves out, it's going to take its own sweet time. We're not looking at any rainfall movement from this thing. Two to four inches per hour before it's all over and the heat out west, we've got heat stretching all the way from the pacific northwest into the gulf coast for 67 million people. Records are possible tomorrow from Texas all the way into California. We'll be watching this very closely, Lester. It will be going into the beginning of next week."

Back To Top

## NBC: Missouri-Duck Boat Accident. NBC Nightly News (7/23, story 5, 1:45, Holt, 7.55M) reported, "A somber scene in Missouri today as the sunken duck boat that claimed 17 lives last week was raised from the water. While the victims' families struggle to cope with the loss, troubling questions persist of about whether the boat was fit to be on the water and potentially missed warnings. NBC's Ron Mott has the latest." NBC (**Mott**) added, "The sunken duck boat that was a water logged tomb for 17 who died here was pulled to the surface. Whether it holds clues remains to be seen, but now an inspector hired by Ripley Entertainment, the boat's owner, is speaking out about the red flags he reported last summer." **Steven Paul**, Inspector: "One issue is the canape on the ducks, as well as curtains that come down the sides, when the curtains are down, there is no way for people to escape." **Mott**: "Steven Paul says his inspection report questioned the sea worthiness of the boat's design, especially when the roll up window curtains are down and locked closed, raising concerns about escaping in an emergency." **Paul**: "There is escape from the back. If you can imagine being in a sinking ship with one exit, it would be devastating." **Mott**: "He says people trying to get out can be pushed into the canape by rushing water and trapped. Ripley Entertainment as not responded about the report." **Tia Coleman**, Survivor: "If I was able to get a life jacket, I could have saved my babies." **Mott**: "Today, life jackets could be seen dangling from the roof. The captain told them they weren't needed." **Coleman**: "They could have at least floated up to the top and somebody could have grabbed them, and I wasn't able to do that." **Mott**: "In all, nine members of the Coleman family from Indiana, pictured here just before boarding, died. Seventeen lives lost in what many are saying was a preventable accident."

Back To Top

## NBC: Las Vegas Massacre-MGM Suing Victims. NBC Nightly News (7/23, story 6, 1:55, Holt, 7.55M) reported, "Speaking out today, survivors and victims family members who are outraged of being sued by MGM over the Las Vegas massacre. MGM owns the Mandalay Bay hotel where a gunman opened fire from the 32nd floor on to music festival. The company is suing in a bid to avoid liability. NBC's Joe Fryer has the story." NBC (**Fryer**) added, "They were victims during the Las Vegas shooting last year." **Jason McMillan**, Victim: "I couldn't help anybody." **Fryer**: "Now they feel like they are victims again because they are being sued." **McMillan**: "It brings it all up again, and takes me right back to being helpless." **Fryer**: "Facing hundreds of civil lawsuits, MGM resorts, owner of the Mandalay Bay, has sued the victims back. Today at an emotional news conference, survivors and relatives of those who died expressed outrage." **Joyce Shipp**, Mother Of Victim: "Who does that? You know, it's like being kicked again to the ground." **Fryer**: "MGM is not asking for money from the victims but does want a federal court to hear the cases. The company says under federal law, it's immune from financial reliability because it relied on a security firm certified by the Department of Homeland Security, and the injuries resulted from an act of terrorism, though the federal government never declared it as such. MGM says, 'We grieve with the victims, no one wins from endless litigation, adding it's looking for 'the best and fastest way to resolve these case'. Victims say MGM didn't do enough to prevent the attack. Steven Paddock stockpiled his arsenal over six days, bringing over 20 suitcases to his suite. He killed 58 people, including Hannah Ahlers." **Brian Ahlers**, Husband Of Victim: "I saw my wife laying flat on her back, and I laid down, you know, face down on top of her. And that's where I laid for the entire shooting – the entire attack." **Fryer**: "The impact of that night still felt strongly today."

Back To Top

## NBC: Uber And Lyft-Livestream Passengers-Controversy. NBC Nightly News (7/23, story 7, 1:45, Holt, 7.55M) reported, "Now to the new questions about who is watching you when you hop in a ride share like Uber or Lyft. Both companies fired a St. Louis driver who recorded passengers in his car and live streamed their lives online for anyone to see. The passengers unaware they were being broadcast live on the web. Here is NBC's Stephanie Gosk with more." NBC (**Gosk**) added, "Personal conversations, embarrassing behavior, names and images of passengers' homes were streamed live on the internet by this St. Louis driver." **Jason Gargac**, Fired Driver: "Yeah, we need some content. We haven't really had content. It's been a couple weeks since we had good content." **Gosk**: "Nobody knew the video was going online, according to the St. Louis Post-Dispatch." **Erin Heffernan**, St. Louis Post-Dispatch Reporter: "The riders that I spoke to were shocked they were on camera. They had no idea and a lot of them felt violated." **Gosk**: "Jason Gargac, who worked for both Uber and Lyft, drove hundreds of people since March, reports the paper. Here he is half heartily promising not to show people's houses." **Gargac**: "I'll probably forget half the time, but I like to pretend like I remember." **Gosk**: "Both Lyft and Uber dumped him after the story was published. He did not return NBC's request for comment. He told the paper he sees nothing wrong with what he did, and he may not have broken the law. In 39 states and DC,

conversations can be legally recorded with consent of just one person involved." **Ari Ezra Waldman**, New York Law School Professor: "Some of the laws written in a time when wiretapping was new, which is in the early 20th century." **Gosk**: "Do states need to look at the laws and potentially update them?" **Waldman**: "States do not just need to look at recording laws. They need to look at all privacy laws." **Gosk**: "Especially now when a simple ride home can end up online for the whole world to see."

Back To Top

## NBC: Florida-Protests Over Stand Your Ground. NBC Nightly News (7/23, story 8, 1:55, Holt, 7.55M) reported, "We're back with the uproar over a deadly confrontation in a convenience store parking lot. A father fatally shot in front of his family and the incident caught on camera. The shooter is currently not facing charges under Florida's controversial Stand Your Ground law. NBC's Tammy Leitner is there." NBC ( **Leitner**) added, "In this surveillance video, an argument over a handicap parking spot turned deadly." **Britany Jacobs**, Girlfriend: "He was trying to protect us." **Leitner**: "28-year-old Markeis McGlockton, who is black, went into the store to buy snacks for his kids. That's when Michael Drejka, who's white, confronted the McGlockton's girlfriend Britany Jacobs while she sat in the car. McGlockton came to her defense, and shoved Drejka to the ground. Drejka then pulled a gun and shot the unarmed father of three." **Bob Gualtieri**, Pinellas County Sheriff: "He felt after being slammed to the ground, that the next thing was he was going to be further attacked." **Leitner**: "Drejka, who has a permit to carry a concealed weapon, was not arrested or charged because of Florida's controversial Stand Your Ground law, which gives people in Florida the right to protect themselves using deadly force." **Daniel Goldman**, Legal Analyst: "If this were to happen in a state that did not have Stand Your Ground laws, I believe the shooter would have – would already be arrested and would be going to trial for murder." **Leitner**: "Stand Your Ground become part of the national conversation after George Zimmerman killed an unarmed black teenager Trayvon Martin in 2012. Zimmerman was acquitted of murder. As protesters demand action, friends and family grieve." **Michael McGlockton**, Father: "I clearly don't think it's right that you can literally gun someone down, ten hours later you walking the street. It's not right." **Leitner**: "The video now in the hands of the state's attorney's office to determine if the controversial law in this case will stand."

Back To Top

## NBC: Miami-Demolition Accident. NBC Nightly News (7/23, story 9, 0:15, Holt, 7.55M) reported, "A sudden collapse caught on camera in Miami beach where a 12-story condo building set to be demolished instead came tumbling down. One person was critically injured. The debris raining down onto the street. Investigators trying to figure out what triggered the accident."

Back To Top

## NBC: Ritz Crackers Recalled. NBC Nightly News (7/23, story 10, 0:20, Holt, 7.55M) reported, "A recall tonight involving a snack in a lot of American homes. Sixteen varieties of Ritz crackers being recalled for the potential risk of salmonella in the whey powder. No illnesses have been reported. We put the full list on Facebook."

Back To Top

## NBC: Chick-fil-a-Meal Kits To Go. NBC Nightly News (7/23, story 11, 0:15, Holt, 7.55M) reported, "One fast food chain wants to change the way your family eats dinner. Chick-fil-A is taking on the likes of Blue Apron and Amazon by testing out meal kits to go at dozens of locations with ingredients for dishes not on the usual menu, like chicken Parmesan and enchiladas."

Back To Top

**Official**
**UNCLASSIFIED**

| | |
|---|---|
| **From:** | McKeeby, David I <McKeebyDI@state.gov> |
| **Sent:** | Friday, May 11, 2018 4:56 PM |
| **To:** | Paul, Joshua M <PaulJM@state.gov> |
| **Cc:** | PM-CPA <PM-CPA@state.gov> |
| **Subject:** | PM/CPA WEEKLY CHECK-IN: 5-11 |
| **Attach:** | 0508 CPA Planning Calendar.docx; 0508 WAR Tracker.docx; 0511 PM-CPA TASK FILE.pdf; 0511 PM-CPA TWITTER ROUND-UP.pdf |

Josh:

So, here's where we are on PA stuff this week (updates in blue). CPA planning calendar, WAR Tracker, Task Files, and Twitter Round up attached.

**Releases:**

COMPLETED

- **State Magazine Article: WRA: Vietnam: PDAS Visit:** POSTED
- **Dipnote: WRA: Iraq: Al Dawassa Water Treatment Plant:** POSTED (Hample)
- **Fact Sheet: SA-RSAT: Iraq (Update):** POSTED (Strike)
- **Fact Sheet: SA-RSAT: Lebanon:** POSTED (Strike)
- **Fact Sheet: SA-RSAT:  Qatar (Update):** POSTED (Strike)

PENDING

- **Fact Sheet: DDTC: Cats I-III Myths & Facts:** COMPLETED-POSTING PENDING, with companion press guidance

- **Fact Sheet: SA-RSAT:  Japan:** COMPLETED-POSTING HELD for EAP (Strike)
- **Fact Sheet: SA-RSAT:  ROK:** COMPLETED-POSTING HELD for EAP (Strike)
- **Dipnote: GPI: Police Training: COESPU:** COMPLETED-POSTING PENDING-MAY 14 (Strike)
- **Dipnote: GPI: El Salvador:** COMPLETED-POSTING PENDING May 21 (Hample)

CPA has **15** releases/content items in the pipeline:

- **Media Note: PDAS Travel: Germany-India-Japan-Singapore:** Draft in progress
- **Fact Sheet: SA-RSAT:  India:** ON HOLD pending 2+2 rescheduling (Strike)
- **Fact Sheet: SA-RSAT: Colombia:** ON HOLD (Strike)
- **Fact Sheet: WRA: Colombia:** ON HOLD (Hampl-Strike)
- **Dipnote: SDI (Ayalde): WPS in WHA Region:** Draft under consideration  (Hample)
- **Dipnote: GPI: UNPCAP III US-India-AF Training:** Draft in clearance (Strike)
- **Dipnote: GPI: Uruguay: NIO Course:** Draft under consideration. Course runs May 7-16
- **Dipnote: GPI: Rwanda APRRP:** ON HOLD (Palmer-Strike)
- **Dipnote: SA: WHA Region IMET:** Draft in clearance (Marquis)
- **Dipnote: WRA: Iraq: Ramadi Cancer Hospital:** Draft under consideration
- **Dipnote: WRA: Bosnia:** WRA Draft in progress (Pico)
- **Dipnote: WRA: Zimbabwe: Happy Readers:** ON HOLD for NGO draft (Davis)
- **Dipnote: WRA: Vietnam: PDAS Visit:** Recycle *State Magazine* article- Hold for post magazine publication
- **Other: PM by the Numbers:** Revising draft. (Hample)
- **Other: PM Mega-Talkers Update:** Incorporating final edits (Strike)

**COMPLETED Media Inquiries**

**CPA completed 15 media inquiries this week, giving us 421 completed media inquiries to date for 2018**
(Last week: **18** (**-16.6%**) |This week in 2017: **23** (**-34.7%**) |Completed Year-to-Date this week in 2017: **299**  (**+40.3%**) | Total 2017 completed media inquiries: **1,100**)

CWASHAR0002328

- AMERICAN SHIPPER (BRADLEY): ISN: ROSBORONEXPORT: INKSNSA
- ABC NEWS (FERRAN): SCA: PAKISTAN: DIPLOMAT RESTRICTIONS
- BLOOMBERG (CAPPACCIO): SCA: AFGHANISTAN: EMB KABUL CONTRACT
- FP (WEINBERGER): RSAT-DDTC: UAS EXPORT POLICY
- THE INTERCEPT (EMMONS): DDTC: SAUDI ARABIA: PGMs
- REUTERS (SHALAL): DOD PROCUREMENT-PESCO
- ABC NEWS (MOMTAZ): WRA: SYRIA: UXO-IED CLEARANCE
- VICE (JESKO): WRA: SYRIA: UXO-IED CLEARANCE (STRIKE)
- AVIATION WEEK (DIMASCIO): RSAT: TURKEY: FMS SALES (STRIKE)
- AL MONITOR (DETSCH): SA: EGYPT: SEN LEAHY HOLD (STRIKE)
- AL-MONITOR (HARRIS): RSAT: ISRAEL: PGMs (STRIKE)
- DAILY MAIL (BOSWELL): DDTC-RSAT: SAUDIA ARABIA: PATRIOT SHIPMENTS (STRIKE)
- MIAMI HERALD (BLASKEY): HONDURAS: PMOP (STRIKE)
- UNITED DAILY NEWS (CHANG) CHINESE MILITARY EXERCISE AROUND TAIWAN (STRIKE)
- WASHINGTON TIMES (TAYLOR): DDTC: CATS I-III (PAUL)

**PENDING Media Engagements:**

- DEFENSE & AEROSPACE REPORT (MURADIAN): PM UPDATE: ON HOLD for scheduling
- GUARDIAN (BEAUMONT): WRA: A-DAS BROWN INTERVIEW: ON TRACK for May 16

**Press Guidance & Clearances:**

COMPLETED

- DDTC: F/O LETTER: SINGAPORE TECH SUMMIT
- RSAT: BALTIC SECURITY DIALOGUE
- SDI: S APPOINTMENT MEMO
- AF: VOA EDITORIAL: SIERRA LEONE
- AF: PRESS GUIANCE: S. SUDAN
- EAP: TESTIMONY: DAS WONG: INDOPAC STRATEGY
- EUR: PRESS GUIDANCE: SA-RSAT: UKRAINE: JAVELINS UPDATE (STRIKE)
- NEA: SPOX STATEMENT: YEMEN-UAE: SOCOTRA ISLAND (PAUL)
- NEA-SECI: SPE MCGURK REMARKS: D-ISIS UPDATE
- CA: H-QFRs (SEN COREY BOOKER (D-NJ): GOLDMAN ACT
- VOA EDITORIAL: WRA: IRAQ: SCHOOL IED CLEARANCE (SPIKED)

**Twitter**

**@StateDeptPM:** CPA published <u>27</u> Tweets this week (20 last week). CPA re-Tweeted <u>69</u> others this week (67 last week).
*@StateDeptPM* currently has **<u>8,970</u>** followers, up **87 (+0.98%)** from **<u>8,883</u>** last week.

# # #

**@UnderSecT:** CPA published <u>5</u> Tweets this week (First week). CPA re-Tweeted <u>38</u> others this week (First week).
*@UnderSecT* currently has **<u>679</u>** followers, up **13 (+1.95%)** from **<u>666</u>** starting Monday.

**Roll-Outs/ Campaigns/Media Pitches**

COMPLETED

- **Media Pitch: DDTC: Suppressors:** CLOSED pending final rules on Cats I-III

PENDING

- **Roll-Out: DDTC: Cats I-III:** ON TRACK for week of May 14 – *Washington Times* Backgrounder COMPLETED. Follow-

on call planning IN PROGRESS.  Reuters placed. Heritage ON TRACK; outreach call in planning
- **PA Support: GPOI: International Day of UN Peacekeepers:** Planning in progress May 29  (Weiner-Chen-Strike)
- **Campaign: RSAT: Defense Industry Outreach:** ACTIVE-Monitoring upcoming events for CPA support
- **Campaign: SA-RSAT-DDTC: Security Cooperation Success Stories:** Planning in progress
- **Campaign: WRA: Iraq-Syria UXO:** ACTIVE.
- **Media Pitch: WRA: EOD Training Center:** ON HOLD for WRA-DoD decision to engage (Strike)


### F/O Taskers

COMPLETED

- **F/O Tasker: BCL: SA Litzenberger-PA Meeting:** COMPLETED

PENDING

- **T Tasker: AIA Remarks:** Draft in clearance (Chen)
- **F/O Tasker: PDAS Event: Lexington:** Draft in clearance (Chen)
- **F/O Tasker: BCL: SA Litzenberger Hill Staff Luncheon:** Draft in progress (Paul)
- **F/O Tasker: PDAS Travel: Germany-India-Japan-Singapore:** PG Compilation-Media Clips (Marquis)|Media Engagements (Strike), Media Note (McLeeby), Think Tank event (Chen)-May 18
- **F/O Tasker: SA Litzenberger: FSI DCM Course:** Scenario and Building Blocks in clearance-Event May 22 (Strike)

### Admin/Event/PA Event/Other

COMPLETED

- **PA Support: USNATO: PESCO:** COMPLETED
- **Other: H: Staff Briefing: DDTC: FLIR Settlement:** COMPLETED

PENDING

- **Admin: CPA Planning Calendar:** Latest version attached
- **Event: PM: Foreign Policy Classroom Series:** WRA-SDI-GPOI-GSCF COMPLETED- (Chen-Strike)
- **PA Support: T Staff: U/S Twitter:** ONGOING
- **PA Support: DDTC: Defense Distributed:** Monitoring possible settlement for CPA media support
- **PA Support: DDTC: PGMs:** Monitoring for CPA support
- **PA Support: GPOI: India-AF UNPACP Training:** Hub call ON TRACK for May 16. Blog post in clearance. Exercise runs May 7-21 (Weiner-Chen-Strike)
- **PA Support: RSAT: Shangri-La Dialogue Outreach**: Planning in progress (Chen)
- **PA Support: WRA: Wilton Park Event:** ON HOLD for Post pitching-programming
- **Other: USAF Band Reception:** ON HOLD for decision to engage (Strike)
- **Other: Media Training:** DDTC COMPLETED-additional sessions ON HOLD for scheduling
- **Other: SRC Functional Bureau Strategy:** Reviewing revised draft
- **Other: PM Media Plan:** PM Plan in progress
- **Other: State-DoD Security Cooperation Comms Group:** Next meeting ON TRACK for May 22 (TBC)
- **Other: PM-OSD Press Roundtable:** ON TRACK for May 23 (TBC) (Strike)
- **Other: VSFS Intern Proposal:** Application submitted (Strike)
- **Other: SA-SPOX Courtesy Call:** ON TRACK for May 14 with D-SPOX

### Tracking/Back-Burner

- **PA Support: DDTC: 655 Report:** Monitoring for CPA support
- **PA Support: DDTC: Blue Lantern Report:** Monitoring for CPA support
- **PA Support: RSAT: NAVAIR Industry Event:** June 11-12. Monitoring for CPA support
- **PA Support: U.S. Diplomacy Center:** Standing request to identify exhibit items; PM officers for exhibit video interviews
- **Other: OSD Press: Meet & Greet:** ON HOLD for scheduling (Strike)
- **Other: PA-R Family PM 101 Outreach:** ONGOING-briefings in progress

-

**CPA Look Ahead:**

| | |
|---|---|
| 7-21 | GPI: US-India-AF PKO Training III |
| 10 | Think Tank: CIVIC-Stimson: CIVCAS |
| 11 (TBC) | Think Tank: CSIS CIVCAS Event |
| 12 | Iraq parliamentary Elections |
| 13-15 | A-DAS Miller: Baltic Security Conference |
| 14-18 | Roll-Out: DDTC: Cats I-III Proposed Rule Publication |
| 14-1 | Round 3 Korea Special Measures Agreements Negotiations |
| 14 | Opening USEMB Jerusalem |
| 14-15 (TBC) | UAE FM al Nayan Visit |
| 15 | Beginning of Ramadan |
| 15-18 | UK FCO Conference on a Mine Free World |
| 16-18 (T) | A/DAS Miller – UK Defense Trade Talks |
| 16-17 (TBC) | NATO SecGen Stoltenberg Visit |
| 16 (TBC) | Uzbekistan President Mirziyoyev visit |
| 16 | Think Tank: PDAS Event: Lexington Institute: CAT Policy (Navarro) |
| 16 | SA Litzenberger: DDTC Seminar |
| 16 | GPI: AF Hub Call: UNPCAP III |
| 17 | SA Litzenberger: Luncheon with SFRC-HFAC Staff |
| 17 | Think Tank Briefing: EUR Defense Modernization |
| 18 | Think Tank Briefing: Stimson: CAT Policy |
| 20-June 8 | PDAS TDY: EUCOM Chiefs of Mission Conference-Shangri-La Dialogue (Germany-Japan-India-Singapore) |
| 21-23 (TBC) | Georgia PM Kvirkashvili Visit| US-Georgia Strategic Partnership Commission |
| 22-23 | Joint Worldwide Planning Conference |
| 22 | ROK President Moon Visit |
| 22 | A-DAS Miller: Forum on the Arms Trade Event |
| 24 | T Event: AIA |
| 24 | Litzenberger/Kaidanow Remarks at FSI DCM/PO Seminar 'Working with the Military' |
| 27 | Colombia Presidential Elections |
| 29-Jun 1 (TBC) | Turkish FM Cavasoglu visit |
| 29 | International Day of UN Peacekeepers |
| 30-June 8 | PDAS Travel: Japan-Singapore (Shangri-La Dialogue)-India |
| 30-June 1 | A-DAS Brown TDY: OAS Donor's Conference |
| 30 | DDTC Outreach Event |

# # #

_____

**David I. McKeeby**
Office of Congressional & Public Affairs
Bureau of Political-Military Affairs (PM/CPA)
U.S. Department of State

☎  Phone:        202.647.8757 | 🖩   BlackBerry:  202.550.3482 |
✉   e-mail:       *mckeebydi@state.gov* | 🖰 Web: *www.state.gov/t/pm /* |Twitter: *@StateDeptPM*

Stay connected with *State.gov*:



**CPA PRESS/OUTREACH TRACKER**
**Updated: May 11, 2018**

CONTENT STREAM

| Completed | Status |
|---|---|
| Fact Sheet: DDTC: Cats I-III Myths & Facts | COMPLETED-POSTING PENDING, with companion press guidance |
| Fact Sheet: SA-RSAT: Japan, Korea | COMPLETED-POSTING PENDING Per Josh, post prior to the June 12 POTUS –Kim summit (Strike) |
| Fact Sheet: SA-RSAT: Annual Fact Sheet Updates | COMPLETED-POSTING PENDING May 11 (Strike) |
| Dipnote: WRA: Janus Al Dawassa Water Treatment Facility | COMPLETED-POSTING PENDING May 11 (Hample) |
| Dipnote: GPI: COESPU: Police training | COMPLETED-POSTING PENDING. May 14-pegged to National Police Week (Weiner-Strike) |
| Dipnote: GPI: GPOI: El Salvador Deployment to Mali | COMPLETED-POSTING PENDING. May 21-pegged ahead of UN Day of International Peacekeeping (Hample) |
| In the Pipeline | |
| Media Note: PDAS Travel: Germany-India-Japan-Singapore | Draft in progress |
| Fact Sheet: SA-RSAT: India | ON HOLD (pending re-scheduling of 2+2) (Strike) |
| Fact Sheet: SA-RSAT: Colombia Security Assistance | ON HOLD, per Post (Strike) |
| Fact Sheet: WRA: Colombia | ON HOLD, per Post (Hample) |
| Dipnote: SDI (Ayalde): WPS | Blog post under consideration |
| Dipnote: GPI: US-India: UNPCAP III | Draft in clearance (Strike) |
| Dipnote: GPI: GPOI National Investigation Officer Course --Uruguay | Draft under consideration. Course runs May 7-16. (Houk-Strike) |
| Dipnote: GPI: Rwanda APRRP | ON HOLD pending delivery of a mobile hospital (Palmer-Strike) |
| Dipnote: SA: WHA Region IMET | Draft in clearance (Marquis) |
| Dipnote: WRA: Bosnia | WRA draft in progress (Pico) |
| Dipnote: WRA: Janus Ramadi Cancer Hospital | Draft under consideration. (Strike) |
| Dipnote: WRA: Happy Readers | ON HOLD for NGO draft (Davis) |
| Dipnote: WRA: Vietnam: PDAS Travel | Recycle State Magazine piece |
| Other: PM Mega-Talkers | Incorporating final edits-reclear with Lee.  (Strike) |
| Other: PM By the Numbers | Revising draft |

CWASHAR0002332

**CPA PRESS/OUTREACH TRACKER**
**Updated: May 11, 2018**

| | |
|---|---|
| | |

## ROLL-OUTS/PR CAMPAIGNS/ PITCHES

| Product | Status |
|---|---|
| **Roll-Out: DDTC: USML Cats I-III** | ON TRACK for on or after the week of May 14- ACTIVE- Press backgrounder with Washington Times ON TRACK. Planning for follow-on call with firearms press in progress. Reuters placement COMPLETED, with follow-on outreach McClatchy (Hall), FT (Manson); AP (Lederman, Lee), The Hill (Wheeler), Washington Post (Mehta), Washington Post (Rogin), CNS (Miels). Outreach call in planning. CPA continues off-record outreach. |
| **Campaign: GPI:  Int'l Day of UN Peacekeepers** | Planning in progess-May 29.  Possible teleconference, SM Toolkit, infographic Dipnote.  (Weiner-Chen/Strike) |
| **Campaign: WRA: Iraq-Syria UXO** | ACTIVE- Backgrounders COMPLETED: Vice (Jesko)- ABC News (Momtaz), NY Times (Ismay-Chivers) Axios (Vavra) Washington Post (Horton). Airwars (Oakford), Grasswire (Kelly) LA Times (Zevis), Cipher Brief (Weigner), NY Times (Gibbons-Neff, Chivers, Ismay) NY Times (Cooper), AP (Baldor), Kurdistan 24 (Mylroie), Al-Monitor (Detsch) and Morgenavisen (Plesner), FP (Gramer) FP (McLeary) News Hour (Biggs), Frontline (Boghani). Janus material for social media-Fact sheets under consideration |
| **Campaign: Defense Industry Outreach Coordination** | Next meeting ON HOLD for scheduling (Chen) |
| **Campaign: Positive Profiles on Security Cooperation** | Planning in progress. Initial discussions with DRL, reaching out to SA and RSAT for updated PM "good news" stories |
| **Pitch: DDTC: Suppressors** | CLOSED pending final rule |
| **Pitch: WRA: Mine Training Center Visit** | ON HOLD for decision to engage (Strike) |

## MEDIA INQUIRIES

| Guardian (Beaumont): WRA: A-DAS Interview | ON TRACK for May 16 |
|---|---|
| **Defense & Aerospace Report (Muradian): PM Update** | ON HOLD for scheduling |

## EVENTS/PA SUPPORT/OTHER

CWASHAR0002333

**CPA PRESS/OUTREACH TRACKER**
**Updated: May 11, 2018**

| | |
|---|---|
| **Event: Foreign Policy Classroom – PM Series** | WRA, POLADs/MILADs COMPLETED With PA/OPE exploring a series of additional FPCs focused on PM offices ON HOLD for scheduling (Chen) |
| **PA Support: T Staff: Twitter** | ONGOING |
| **PA Support: DDTC: Defense Distributed: Amicus Brief** | Monitoring for CPA support-media engagement |
| **PA Support: DDTC: 655 Report** | The Section 655 Report is due to Congress February 1. Monitor for CPA support and confirm posting to the DDTC website (was not done on time in 2016). |
| **PA Support: GPI: GPOI: India-AF UNPCAP** | ACTIVE.  Possible AF Hub call with GPI & DoD. Topline messaging and photos to be disseminated to New Delhi and AF posts in lieu of an SM Toolkit (no Twitter in AF) Exercise runs May 7-25.  Also possible infographics, Dipnote, and VOA editorial (Weiner-Chen/Strike) |
| **PA Support: RSAT: NAVAIR Security Cooperation Event** | Planning in progress (Taggart). Monitoring for CPA support. June 11-12 |
| **PA Support: WRA: Wilton Park FCO Conference** | ON HOLD for Post programming of media engagements while in UK |
| **Other: USAF Band Event** | Possible A-DAS event. Planning in progress (Strike) |
| **Other: Media Training** | DDTC COMPLETED. Additional sessions ON HOLD for scheduling |
| **Other: SRC: Functional Bureau Strategy** | ONGOING-Reviewing Revised draft |
| **Other: PA-R PM Internal Outreach** | In Progress. NEA, EAP, SCA, WHA COMPLETED. R/PPR Extended PDODS COMPLETED. A rolling series of engagements with internal State and DoD audiences and the interagency (PA, R, PDODs, PD desk officers, FSI students, OSD PA) to better explain the roles and missions of the PM Bureau and provide basic info on how arms sales and security assistance works (Chen). |
| **Other: State-DoD Communications Working Group** | Next meeting ON TRACK for May 22 (TBC) |
| **Other: Meet & Greet with OSD Press** | ON TRACK for May 23 (Strike) |
| **Other:  VSFS Intern Proposal** | Application submitted (Strike) |

**CPA PRESS/OUTREACH TRACKER**
**Updated: May 11, 2018**

| | |
|---|---|
| **Other: 2018 PD/ PM Media Plan** | Draft in progress. |
| **Other: SA-SPOX Courtesy Call** | ON TRACK with D-SPOX for May 14 |

**TASKERS**

| | |
|---|---|
| **F/O Tasker: T Event: AIA** | BCL and Remarks. ETA May 10 (Chen) |
| **F/O Tasker: F/O Hill Staff Luncheon** | BCL ETA May 15  (Paul) |
| **F/O Tasker: PDAS TDY: Germany-Japan-India-Singapore** | PG Compilation, Media Clips (Marquis), Media Engagements (Strike), Media Note (McKeeby), Think Tank Remarks (Chen) ETA May 18 |
| **F/O Tasker: SA Litzenberger: FSI DCM/PO Seminar** | Scenario, BBs, list of participants, and other speakers for May 24 iteration of the Seminar. Drafted and ready for clearance, with Lee's prior edits incorporated. ETA May 22. (Strike) |

**THINK TANK/NGO/OTHER OUTREACH**

| | |
|---|---|
| **Heritage: Cats I-III** | ON HOLD for decision to engage (Chen) |
| **CSIS: Dalton Report** | ON HOLD for scheduling (Chen) |
| **CSIS: CIVCAS** | (TBC) May 11 (Chen) |
| **IISS: Shangri-La Dialogue** | Planning in progress (Chen) |
| **Lexington Institute: PDAS Panel** | May 16 (Chen) |
| **Various: EUR Defense Modernization** | May 17 (Chen) |
| **Stimson: CAT Policy** | May18 (Chen) |
| **Forum on the Arms Trade: A-DAS Miller** | May 22 (Chen) |
| **AIA: T Remarks** | May 24 (Chen) |
| **Hill Outreach** | Licensing 101 scheduling in progress (Chen) |

CWASHAR0002335

**PM/CPA TASK FILE**
**May 11, 2018**

PART I

CWASHAR0002336

**PM/CPA TASK FILE**
**May 11, 2018**

PART II

| | | |
|---|---|---|
| ▲ Date Completed: May 11, 2018: 2 item(s) | | |
| | | Fri, 5/11/2018 |
| | | Fri, 5/11/2018 |
| ▲ Date Completed: May 10, 2018: 1 item(s) | | |
| | | Thu, 5/10/2018 |
| ▲ Date Completed: May 10, 2018: 1 item(s) | | |
| | | Wed, 5/9/2018 |
| ▲ Date Completed: May 10, 2018: 1 item(s) | | |
| | | Thu, 5/10/2018 |
| ▲ Date Completed: May 09, 2018: 3 item(s) | | |
| | | Wed, 5/9/2018 |
| | | Wed, 5/9/2018 |
| | | Tue, 5/8/2018 |
| ▲ Date Completed: May 08, 2018: 1 item(s) | | |
| | | Tue, 5/8/2018 |
| ▲ Date Completed: May 08, 2018: 2 item(s) | | |
| | | Wed, 5/9/2018 |
| | | Tue, 5/8/2018 |
| ▲ Date Completed: May 01, 2018: 1 item(s) | | |
| | | Tue, 5/8/2018 |
| ▲ Date Completed: May 01, 2018: 1 item(s) | | |
| | | Thu, 5/3/2018 |
| ▲ Date Completed: May 01, 2018: 1 item(s) | | |
| | | Mon, 5/7/2018 |
| ▲ Date Completed: May 01, 2018: 1 item(s) | | |
| | | Thu, 5/3/2018 |
| ▲ Date Completed: May 01, 2018: 2 item(s) | | |

CWASHAR0002337

| From: | McKeeby, David I <McKeebyDI@state.gov> |
|---|---|
| Sent: | Friday, May 18, 2018 6:54 PM |
| To: | Paul, Joshua M <PaulJM@state.gov> |
| Cc: | PM-CPA <PM-CPA@state.gov> |
| Subject: | PM/CPA WEEKLY CHECK-IN: 5-18 |
| Attach: | 0516 CPA Planning Calendar.docx; 0516 WAR Tracker.docx; 0518 PM-CPA TASK FILE.PDF; 0518 PM-CPA TWITTER ROUND-UP.pdf |

Josh:

So, here's where we are on PA stuff this week (updates in blue). CPA planning calendar, WAR Tracker, Task Files, and Twitter Round up attached.

**Releases:**

COMPLETED

- **Media Note: PDAS Travel: Germany-India-Japan-Singapore:** COMPLETED-POSTED
- **Dipnote: GPI: UNPCAP III US-India-AF Training:** COMPLETED-POSTED (Strike)
- **Dipnote: GPI: Police Training: COESPU:** COMPLETED-POSTED (Strike)

PENDING

- **Fact Sheet: DDTC: Cats I-III Myths & Facts:** COMPLETED-POSTING PENDING (Commerce), with companion press guidance
- **Fact Sheet: SA-RSAT:  Japan:** COMPLETED-POSTING May 21 (Strike)
- **Fact Sheet: SA-RSAT:  ROK:** COMPLETED-POSTING May 21 (Strike)
- **Dipnote: GPI: El Salvador:** COMPLETED-POSTING PENDING May 28 (Hample)

CPA has **15** releases/content items in the pipeline:

- **Fact Sheet: SA-RSAT:  India:** ON HOLD pending 2+2 rescheduling (Strike)
- **Fact Sheet: SA-RSAT: Colombia:** ON HOLD (Strike)
- **Fact Sheet: WRA: Colombia:** ON HOLD (Hampl-Strike)
- **Dipnote: SDI (Ayalde): WPS in WHA Region:** Draft in review  (Hample)
- **Dipnote: GPI: Uruguay: NIO Course:** Draft in clearance (Strike)
- **Dipnote: GPI: Rwanda APRRP:** ON HOLD (Palmer-Strike)
- **Dipnote: SA: WHA Region IMET:** Draft in clearance (Marquis)
- **Dipnote: WRA: Iraq: Spirit Of Soccer:** Draft under consideration
- **Dipnote: WRA: Syria: Weteni National Hospital:** ON HOLD for material
- **Dipnote: WRA: Iraq: Ramadi Cancer Hospital:** Draft under consideration
- **Dipnote: WRA: Bosnia:** WRA Draft in progress (Pico)
- **Dipnote: WRA: Zimbabwe: Happy Readers:** ON HOLD for NGO draft (Davis)
- **Dipnote: WRA: Vietnam: PDAS Visit:** Recycle *State Magazine* article- Hold for post magazine publication
- **Other: PM by the Numbers:** Revising draft. (Hample)
- **Other: PM Mega-Talkers Update:** Incorporating final edits (Strike)

**COMPLETED Media Inquiries**

**CPA completed 29 media inquiries this week, giving us 450 completed media inquiries to date for 2018**
(Last week: **15** (**+93.3%**) |This week in 2017*: **30** (**-3.3%**) |Completed Year-to-Date this week in **2017: 329**  (**+36.8%**) | Total 2017 completed media inquiries: **1,100**)

- NY TIMES (ISMAY): DDTC: CATS I-III
- REUTERS (STONE): DDTC: CATS I-III
- DEFENSE NEWS (MEHTA): DDTC: CATS I-III

- AMMOLAND (RIEHL): DDTC: CATS I-III
- THE TRACE (YABLON): DDTC: CATS I-III
- THE HILL (WHEELER): DDTC: CATS I-III
- AMERICAN SHIPPER (BRADLEY): DDTC: CATS I-III
- BRIETBART (WONG): PDAS INTERVIEW: JAPAN-INDIA-SINGAPORE
- PRESS TRUST INDIA (JHA): PDAS INTERVIEW: JAPAN-INDIA-SINGAPORE
- AP (BALDOR): PDAS TRAVEL: SHANGRI-LA DIALOGUE
- NY TIMES (GIBBONS-NEFF): PDAS TRAVEL: SHANGRI-LA DIALOGUE
- BBC UZBEK SERVICE (TURGANOV): UZBEKISTAN: US DEFENSE SALES
- STRAITS TIMES (GHOSH): PDAS TRAVEL: SHANGRI-LA DIALOGUE
- REUTERS (SHALAL): PDAS TRAVEL: GERMANY
- ECONOMIC TIMES (SIROHI): PDAS TRAVEL: INDIA
- REUTERS (SZAKACS): SNA: HUNGARY: DCA TALKS
- SKY NEWS ARABIA (NASR): TURKEY: F-35
- NY TIMES (ISMAY): SAUDI ARABIA-YEMEN: SECTION III
- DEFENSE NEWS (GOULD): SA: EAP: DAS WONG TESTIMONY: SECURITY ASSISTANCE
- DEFENSE NEWS (GOULD): NDAA ENGEL AMENDMENT
- REUTERS (WROUGHTON): DDTC: PARAGUAY: FIREARMS
- GUARDIAN (BEAUMONT): WRA: A-DAS BROWN INTERVIEW
- AXIOS (VAVRA): WRA: SYRIA: GUILBERT INTERVIEW (STRIKE)
- DAILY STAR (HABOUSH): SA: LEBANON: SECURITY ASSISTANCE (STRIKE)
- BUZZFEED (ZABLUDOVSKY): HONDURAS: MINOR MILITIA (STRIKE)
- AL-MONITOR (DETSCH): SA: LEBANON: LAF (STRIKE)
- HUFFINGTON POST (KINOSIAN): DDTC: CATS I-III-DEFENSE TRADE 101 (STRIKE)
- EXPORT LAW BLOG (BURNS): DDTC: FIREARMS BROKERING (PAUL-MONJAY)
- VICE (MAKUCH): RSAT: UKRAINE: JAVELINS (PAUL)

*This week in 2017 saw first reports on the arms sales package to be announced on POTUS visit to Saudi Arabia

**PENDING Media Engagements:**

- DEFENSE NEWS (MEHTA): PDAS OP-ED: FARNBOROUGH: Under consideration
- DEFENSE & AEROSPACE REPORT (MURADIAN): PM UPDATE: ON HOLD for scheduling
- WASHINGTON FREE BEACON (CRABTREE): SYRIA: UXO CLEARANCE: Response in progress (STRIKE)
- ECONOMIC TIMES (SIROHI): PM 101: ON HOLD for scheduling

-

**Press Guidance & Clearances:**

COMPLETED

- T: AM-S: DELEGATION OF AUTHORITIES
- RSAT: BCL: T-RAYTHEON MEETING (STRIKE)
- RSAT: BCL: JAPAN: AMCHAM ROUNDTABLE (CHEN)
- SA: IM: INDOPAC SECURITY ASSISTANCE
- SA: F MEMO: NIGERIA: FMF ALLOCATION
- SDI: S-INVITE MEMO
- SDI: SA LITZENBERGER EVENT: ELDP
- SRC: IM: INFO-PAC QUESTIONS
- WRA: SYRIA-TAIWAN: DETERMNATION PACKAGE
- IO: SPOX STATEMENT: UN DAY OF INTL PEACEKEEPING (STRIKE)
- IO: PRESS STRATEGY: UN DAY OF INTERNATIONAL PEACEKEEPING (STRIKE)
- SCA: PRESS GUIDANCE: UZBEKISTAN: US DEFENSE SALES
- VOA EDITORIAL: WRA: IRAQ: AL-DAWASSA UXO CLEARANCE

-

**Twitter**

@StateDeptPM: CPA published **12** Tweets this week (27 last week). CPA re-Tweeted **69** others this week (69 last week).

*@StateDeptPM* currently has **9,078** followers, up **108 (+1.2%)** from **8,970** last week.

# # #

**@UnderSecT:** CPA published **21** Tweets this week (5 last week). @UnderSecT re-Tweeted **29** others this week (38 last week). *@UnderSecT* currently has **770** followers, up **91 (13.4%)** from **679** last week.


**Roll-Outs/ Campaigns/Media Pitches**

COMPLETED

- **Media Pitch: DDTC: Suppressors:** CLOSED pending final rules on Cats I-III

PENDING

- **Roll-Out: DDTC: Cats I-III:** Backgrounder and media call COMPLETED. Heritage event planning in progress
- **PA Support: GPOI: International Day of UN Peacekeepers:** ON TRACK for May 29. Hub call; 3 Dipnote blogs COMPLETED. Coordinating additional content with IO and USUN (Weiner-Chen-Strike)
- **Campaign: RSAT: Defense Industry Outreach:** ACTIVE-Monitoring upcoming events for CPA support
- **Campaign: SA-RSAT-DDTC: Security Cooperation Success Stories:** Planning in progress
- **Campaign: WRA: Iraq-Syria UXO:** ACTIVE.
- **Media Pitch: WRA: EOD Training Center:** ON HOLD for WRA-DoD decision to engage (Strike)


**F/O Taskers**

COMPLETED

- **T Tasker: AIA Remarks:** COMPLETED (Chen)
- **F/O Tasker: PDAS Travel: Germany-India-Japan-Singapore:** PG Compilation-Media Clips COMPLETED (Marquis) |Media Engagements/Media Note COMPLETED, Ground engagements in planning (Chen)
- **F/O TASKER: IM-S: CPA:** Congressional Notification Process (Paul)
- **F/O Tasker: PDAS Event: Lexington:** SPIKED (Chen)
- **F/O Tasker: SA Litzenberger: FSI DCM Course:** COMPLETED (Strike)

PENDING

- **F/O Tasker: BCL: SA Litzenberger Hill Staff Luncheon:** ON HOLD for rescheduling (Paul)
- **F/O Tasker: AMB Kaidanow: FSI Ambassadorial Seminar:** Scenario, Building Blocks-June 13 (Strike)
- **F/O Tasker: A-DAS Miller: Forum on the Arms Trade Panel:** Scenario, remarks, Fire proofers in clearance (Chen)


**Admin/Event/PA Event/Other**

COMPLETED

- **PA Support: GPOI: India-AF UNPACP Training** (Strike)
- **PA Support: WRA: Wilton Park Event**
- **Other: SA-SPOX Courtesy Call**
- **Other: Intern Request (Hample): Recommendation Letter**
- **Other: VSFS Intern Proposal** (Strike)
- **Other: USAF Band Reception:** (Strike)

PENDING

- **Admin: CPA Planning Calendar:** Latest version attached
- **Event: PM: Foreign Policy Classroom Series:** WRA-SDI-GPOI-GSCF COMPLETED- (Chen-Strike)
- **PA Support: T Staff: U/S Twitter:** ONGOING
- **PA Support: DDTC Outreach Event:** Monitoring for CPA support. May 30
- **PA Support: DDTC: Defense Distributed:** Monitoring possible settlement for CPA media support

CWASHAR0002340

- **PA Support: DDTC: PGMs:** Monitoring for CPA support
- **PA Support: RSAT: Shangri-La Dialogue Outreach**: ACTIVE. Press call COMPLETED; coordinating in-country events (Chen)
- **Other: RFI: Dataminr:** Draft in progress (Marquis)
- **Other: Media Training:** DDTC COMPLETED-additional sessions ON HOLD for scheduling
- **Other: SRC Functional Bureau Strategy:** Submitted revisions to draft
- **Other: PM Media Plan:** PM Plan in progress
- **Other: State-DoD Security Cooperation Comms Group:** Next meeting ON TRACK for May 24
- **Other: PM-OSD Press Roundtable:** ON TRACK for June 5 (TBC) (Strike)

**Tracking/Back-Burner**

- **PA Support: DDTC: 655 Report:** Monitoring for CPA support
- **PA Support: DDTC: Blue Lantern Report:** Monitoring for CPA support
- **PA Support: RSAT: NAVAIR Industry Event:** Moved to August 28-29. Monitoring for CPA support
- **PA Support: U.S. Diplomacy Center:** Standing request to identify exhibit items; PM officers for exhibit video interviews
- **Other: PA-R Family PM 101 Outreach:** ONGOING-briefings in progress

**Hill**

- H: STAFF INQUIRY: SACFO (CARNES): SA: PRIOR YEAR BALANCES
- H: SA: GAO SUBMISSION: NORTHERN TRIANGLE
- H: STAFF INQUIRY (GASPAR): SEN DIANNE FEINSTEIN (D-CA): WRA: CROATIA: CWD
- H: STAFF BRIEFING: HACFO (BORTNIK): WRA: REPORTING REQUIRMENT
- H: FY18 - IMET Memo #8 Consultation (Azerbaijan, Colombia, Lebanon, Pakistan, and CRIF)
- H: STAFF INQUIRY: WRA: UKRAINE: UXO CASUALTIES
- H: STAFF INQUIRY: HFAC: DRC (STRIKE)

**CPA Look Ahead:**

| 18 | Think Tank Briefing: Stimson: CAT Policy |
| 20-June 8 | PDAS TDY: EUCOM Chiefs of Mission Conference-Shangri-La Dialogue (Germany-Japan-India-Singapore) |
| 21-23 | Georgia PM Kvirkashvili Visit| US-Georgia Strategic Partnership Commission |
| 22-23 | Joint Worldwide Planning Conference |
| 22 | ROK President Moon Visit |
| 22 | A-DAS Miller: Forum on the Arms Trade Event |
| 23-24 | Hill: S Budget Hearing: SFRC-HFAC |
| 24 | T Event: AIA |
| 24 | Litzenberger Remarks at FSI DCM/PO Seminar 'Working with the Military' |
| 24 | State-DoD Comms & Leg Affairs Working Group |
| 27 | Colombia Presidential Elections |
| 29-Jun 1 (TBC) | Turkish FM Cavasoglu visit |
| 29 | International Day of UN Peacekeepers |
| 30-June 1 | A-DAS Brown TDY: OAS Donor's Conference |
| 30 | DDTC Outreach Event |

June

| 1-4 | PDAS TDY: IISS Shangri-La Dialogue |
| 5 (TBD) | OSD Press Meet & Greet |
| 8-9 | G7 Summit |
| 11-15 | Eurosatory (Tony Dearth) |

# # #

_____

David I. McKeeby
Office of Congressional & Public Affairs
Bureau of Political-Military Affairs (PM/CPA)
U.S. Department of State

CWASHAR0002341

☎ Phone:      202.647.8757 | 🖥 BlackBerry: 202.550.3482 |

✉ e-mail:     **_mckeebydi@state.gov_** | 🖰 Web: **_www.state.gov/t/pm /_** | Twitter: **_@StateDeptPM_**

Stay connected with *State.gov*:



CWASHAR0002342

| From: | Marquis, Matthew R <MarquisMR@state.gov> |
|---|---|
| Sent: | Friday, May 11, 2018 4:12 PM |
| To: | PM-Staffers Mailbox <PM-StaffersMailbox@state.gov> |
| Cc: | PM-All-Users <PM-All-Users@state.gov>; PM-Post-Officers-DL <PM_Post_Officers_DL@state.gov>; PM-POLAD-DL <PM-POLAD-DL@state.gov>; ISN-SCO-DL <ISN-SPC-DL@state.gov>; PM-CPA <PM-CPA@state.gov>; AVC-Press-DL <AVC-Press-DL@state.gov>; Fong, Isaac JY <FongIJY@state.gov>; Tucker, Maureen E <TuckerME@state.gov>; Ricci, Anthony <RicciA@state.gov>; Fabry, Steven F <FabrySF@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; Cooper, John M <CooperJM3@state.gov>; Sullivan, Jerry <SullivanJ@state.gov>; Saghieh, Luana <SaghiehL@state.gov>; Wyatt, James A <WyattJA@state.gov>; Leventhal, Todd A <LeventhalTA@state.gov> |
| Subject: | PM NEWS CLIPS FOR MAY 7-11, 2018 |

## PM NEWS CLIPS FOR MAY 7-11, 2018

**Summary**: This week saw dramatic announcements in U.S. foreign policy, with President Trump announcing that the U.S. is withdrawing from the Joint Comprehensive Plan of Action and would re-enact strict sanctions against Iran, and that the highly anticipated summit between President Trump and Kim Jong Un will take place June 12th in Singapore. Shortly after the JCPOA announcement, Iranian forces in Syria allegedly launched a salvo of missiles at Israeli positions in the Golan Heights, with Israel claiming that all the missiles were either off target or intercepted by Israel's Iron Dome missile defense system. Israel responded with a large scale air attack targeting Iranian forces in Syria, reportedly destroying dozens of Iranian weapons and positions. There has so far been no further escalation, and world leaders have called on both sides to exercise restraint and avoid a larger conflict.

Also of note are new developments in China's military expansionism in the South China Sea, with China reportedly emplacing anti-ship and anti-air missiles on man-made islands created to press their territorial claims. China claims almost the entirety of the strategic waters, and territorial disputes have been raising tensions in the region. Despite protests from countries with competing interests, experts believe that it is unlikely that China will scale back its military presence. Other developments this week include HASC markup of the 2019 NDAA that includes provisions to halt arms sales to Turkey, the Pentagon release of its report on last year's failed operation in Niger, Saudi Arabia's use of its air defenses to counter a missile attack form Yemen, RAND's issuance of a new report on the security implications of 3D printing, and the commencement of the UNPCAP exercise in New Delhi where Indian and U.S. personnel will train African forces in peacekeeping operations.

(**Editor's note:** *The PM News Clips* is a digest of reports supplementing existing press clippings services that provides a representative sample of significant developments in the broader PM community of interest. **Links to these news items do not reflect official endorsement**.)

## Front Office and Bureau Mentions
- State Magazine, "A Path to Partnership: Unexploded Ordnance Disposal Strengthens Ties Between Nations"
- Dipnote, "U.S.-Funded Explosive Hazard Clearance Restores Access to Clean Water in Iraq"
- Dialogo Americas, "El Salvador Ramps Up MINUSMA Air Deployment"

-------

## Congressional & Public Affairs (PM/CPA)

USG/OTHER RELEASES
- DOS, "On President Trump's Decision to Withdraw From the JCPOA"
- DOS, "Election of Nikol Pashinyan as Prime Minister of Armenia"
- DOD, "Secretary Mattis Hosts Finnish, Swedish, Ministers for Trilateral Meeting"
- DOS, "Background Briefing On Secretary Pompeo's Travel To Meet With Representatives From the Democratic People's Republic of North Korea"
- DOD, "Department of Defense Press Briefing on U.S. Africa Command Investigation of Oct. 4, 2017 Ambush in Niger"
- DOD, "Statement by Pentagon Chief Spokesperson Ms. Dana W. White on Niger Investigation Report"
- DOS, "Situation on the Yemeni Island of Socotra"

HILL NEWS
- The Hill, "Lawmakers warn against Turkey's potential purchase of Russian weapons"
- Taiwan News, "US defense bill calls for strengthening Taiwan's defenses against China"
- Sputnik, "Congress Proposes to Extend Limits on US-Russian Military Cooperation"
- Kyiv Post, "U.S. House committee proposes $250 million defense aid to Ukraine in 2019"
- Al-Monitor, "Congress nudges Trump toward Gulf missile defense"
- Hindustan Times, "Bill to strengthen Indo-US defence ties gains traction"
- Al-Monitor, "Congress prioritizes smart bombs for Israel despite US shortages"
- Times of India, "US Congressional committee seeks conditions on $350 million aid to Pakistan"

REPORTS/JOURNALS/MULTIMEDIA/COMMENTARY
- National Interest, "America cannot afford to lose Pakistan to China"
- Just Security, "US – Pakistan Relations: A Marriage of Inconvenience"
- National Interest, "Pakistan's secret war machine"
- Politico, "Donald Trump's Shadow War"
- Scientific American, "Colombia after the violence"
- Future Directions, "The India-US relationship: The change beneath the surface"
- London School of Economics, "Turkey vs Greece: Is war a real possibility?"

CWASHAR0002343

- Daily Beast, "The Phantom Borders With Russia That NATO Won't Defend"
- Japan Times, "Beijing winning the great South China Sea game"

-------

**Regional Security, Arms Transfers, and Security Assistance (PM/RSAT & PM/SA)**

ARMS SALE POLICY
- BBC, "Which country dominates the global arms trade?"
- GAO, "FOREIGN MILITARY SALES: Controls Should Be Strengthened to Address Substantial Growth in Overhead Account Balances",
- Law.com, "Send Lawyers, Guns and Money: The New Conventional Arms Transfer Policy"
- Foreign Policy, "China Has Already Won the Drone Wars"
- World Politics Review, "Separating Fact From Hype in Trump's New Policy on Drone Exports"
- Defense News, "U.S. drone sales could heat up in the Middle East"

SECURITY SECTOR ASSISTANCE POLICY
- Homeland Prep News, "House bill would reform U.S. military assistance, security assistance to foreign powers"
- Defense One, "Reducing the Human Costs of 'By, With, and Through'"
- Foreign Affairs, "Friends With Benefits"
- Foreign Policy, "Don't Scrap Washington's Lebanon Policy. It's Working."
- War on the Rocks, "The Accompany They Keep: What Niger Tells Us about Accompany Missions, Combat, and Operations Other than War"

AF
- All Africa, "Somalia: Govt reiterates appeal to lift arms embargo"
- All Africa, "Nigeria: Air Force kills scores of Boko Haram terrorists in Borno State"
- Defense News, "Did military hide the real mission of the Niger ambush from Congress?"
- Defence Web, "Chad officially receives Cessna 208 ISR aircraft"
- Deutsche Welle, "Nigeria military rescues 1,000 Boko Haram hostages"
- Military Times, "China denies using lasers on US aircraft in Djibouti"
- Deutsche Welle, "West Africa: Fulani conflict getting worse"
- Arab Weekly, "ISIS is expanding in North and West Africa"
- Military Times, "US, Somali raid on al-Shabab seizes 3 commanders, officials say"
- Washington Post, "US military notes reports of civilians killed in Somali raid"
- Foreign Policy, "An Arms Deal Won't Heal What Ails Muhammadu Buhari"

EAP
- Japan Times, "China seen succeeding in quest to boost Asia influence as positions shift on Korean Peninsula"
- Quartz, "China now has cruise missiles on what started as a "fishermen's shelter" in the South China Sea"
- Business Insider, "Vietnam asks Beijing to withdraw its missiles from the South China Sea"
- Asia Times, "Asia's arms race to pick up pace"
- Sydney Morning Herald, "US general warns Australia that China 'no longer fears us'"
- Asia Times, "Short of war, China now controls South China Sea"
- Straits Times, "China sends military plane to third South China Sea airstrip"
- Straits Times, "China again flies bombers around Taiwan"
- Washington Examiner, "Trump-Kim Jong Un summit to be held in Singapore: Report"
- Military Times, "Pompeo arrives in North Korea to finalize Trump-Kim summit"
- Defense News, "Is South Korea's future fighter jet partnership with Indonesia falling apart?"
- South China Morning Post, "Four years after military coup, Thai protesters demand the junta hold an election in November"
- Shephard Media, "ITEC 2018: RAAF receives first F-35 trainers"
- The Diplomat, "What Does a Bigger 2018 Balikatan Military Exercise Say About US-Philippines Alliance under Duterte?"
- Mainichi, "Taiwan, US hold 1st defense forum amid regional tensions"

EUR
- Defense News, "Turkey threatens US over bill seeking to halt weapons sales"
- Ahval, "Turkey's dangerous game of 'hostage diplomacy' in Brunson trial"
- Daily Sabah, "First F-35 jet to be delivered to Turkey on June 21"
- Japan Times, "EU defense structure after Brexit starting to take shape"
- Deutsche Welle, "German military set to be rebuilt around national security: report"
- The Hill, "Merkel: Europe can no longer rely on US protection"
- Reuters, "Merkel: German spending on defense is insufficient"
- Defense News, "German revenue boom raises chance of defense budget hike"
- Business Insider, "Germany has a 'massive problem' that has reportedly knocked almost all of its Eurofighter Typhoon fighter jets out of commission"
- Military Times, "Russia uses Syrian war to boost Mediterranean presence, US Navy admiral says"
- Baltic Times, "Estonian defmin: Russia trying to pressure NATO to leave Baltic Sea"
- Sputnik, "Moldova's President rules out NATO bases in his country during own Presidency"
- Defense News, "The US Navy's new command puts Russia in the crosshairs"
- IHS Janes, "Hellenic Army finalises OH-58D Kiowa Warrior helicopter deal"
- Koz Times, "Poltorak told what kind of military aid from the United States are awaiting for the APU after delivery of the Javelin"
- Air Force Technology, "Germany requests $1.40bn sale of C-130J-30 and KC-130J jets from US"

- Ekathimerini, "US army officials in Athens amid talk on regional role"
- CBS News, "U.S. trains troops for front line in "hybrid war" with Russia"
- USNI News, "U.K. carrier HMS Queen Elizabeth set for U.S. visit, F-35B trials"
- Ekathimerini, "Stoltenberg: FYROM will be invited to join NATO if name issue is solved"

NEA

- Deutsche Welle, "Israel responds to Golan Heights attack, hitting 'nearly all' Iranian targets in Syria"
- Reuters, "Trump pulls U.S. from Iran nuclear deal, to revive sanctions"
- Business Insider, "An Israeli airstrike in Syria killed 15, including Iranians, according to a war monitor"
- Al Jazeera, "Iraqi air force attacks ISIL targets in Syria"
- Haaretz, "Israel will 'eliminate' Assad if he continues to let Iran operate from Syria, minister warns"
- Reuters, "U.S. set up base in Syria's Manbij after Turkish threats: local official"
- Defence Web, "Arab troops to Syria possible"
- Reuters, "Turkey's Erdogan says will carry out new military operations after Syria offensives"
- Voice of America, "US-backed forces in Syria hunt for top IS leaders trapped in last enclaves"
- Middle East Monitor, "US calls for dialogue and de-escalation of situation in Yemen's Socotra"
- Reuters, "Saudi Arabia Says It Intercepts Missile Above Riyadh: Al Arabiya TV"
- Al Jazeera, "Yemen: Saudi-led attack hits Houthi-held presidential palace"
- The National UAE, "Yemeni forces prepare to recapture Hodeidah"
- Washington Post, "Yemeni officials say Saudi-led coalition airstrike kills 6"
- Defense News, "3 ways US and Mideast special ops could better counter regional threats"
- Defense News, "What's driving the Middle East's armored vehicles market?"
- Small Wars Journal, "Security Sector Reform and Popular Mobilization Forces in Iraq"
- Reuters, "Pentagon to keep backing Lebanon military, despite Hezbollah gains"

SCA

- Reuters, "Attackers launch coordinated strikes in Afghan capital with bombs, bullets"
- Cipher Brief, "Threat report 2018: The Afghan Taliban's increasingly lethal insurgency"
- Long War Journal, "Afghan forces recapture northern district from Taliban"
- Radio Free Europe, "UN Criticizes Afghan Strikes On Religious Ceremony"
- The Diplomat, "Afghan Air Force Takes Delivery of 2 A-29 Light Attack Aircraft"
- Reuters, "U.N. says scores killed during Afghanistan voter registration drive"
- Breaking Defense, "Mattis, Dunford defend strategy: Afghan force smaller but better"
- Daily Pioneer, "India has been very open for stronger military ties: Mattis"
- Defence Aviation Post, "India, China should resume military-level talks for border peace: Indian envoy"
- Yahoo, "Pakistan interior minister shot, wounded in suspected assassination bid"
- India Today, "Budget squeeze threatens Indian Army's preparedness for possible two-front war"
- Bloomberg, "The Big Bang in Indian Defense Is Delayed"
- Economic Times, "US sanctions rain on India-Russia defence parade"
- Asia Times, "China's regional ambitions reshaping India's foreign policy"
- Voice of America, "Pakistan's 'name game' gives terror groups a pass"

WHA

- Yahoo, "US asks Organization of American States to suspend Venezuela"
- New York Times, "Out of good options for Venezuela"
- Reuters, "Brazil military airlifts Venezuelan migrants as border crisis grows"
- Bloomberg, "Venezuelan Soldiers Desert in Droves With Presidential Election Ahead"
- Daily Sabah, "Colombia, ELN guerrillas to restart talks in Cuba"
- Defense.gov, "U.S. Soldiers receive medals from Guatemala's government"
- Reuters, "U.S. imposes fresh sanctions on Venezuela, Pence calls for more action"
- The Guardian, "Colombian army killed thousands more civilians than reported, study claims"
- We are the Mighty, "Why the unrest in Nicaragua is more important than you'd think"
- Washington Post, "In Mexico, frustration with Trump grows as relations reach a 'defining moment'"
- Human Rights Watch, "Brazil: New evidence of Army role in Rio ambush"

EXERCISES

- Military Times, "US, Philippines launch largest military drills under Duterte"
- National Interest, "A Large Military Exercise Just Started in the Baltics. Here Is Why It Matters."
- NATO, "Romania hosts NATO Allies for major Black Sea exercise"

-------

**Directorate of Defense Trade Controls (PM/DDTC)**
- JD Supra, "FLIR Systems ITAR Settlement Outlines Important Export Compliance Factors (Part II of II)"
- RAND, "Four Ways 3D Printing May Threaten Security"
- Military Times, "US-backed Syrian fighters spotted in MRAPs prior to ISIS assault"
- Lexology, "Second Circuit Affirms Constitutionality of Arms Export Control Act"
- The Young Turks, "Trump Fundraiser Elliott Broidy's Security Firm Operated Illegally In U.S."

-------

## Global Programs and Initiatives (PM/GPI)

PEACEKEEPING
- Business-Standard, "India, US train UN peacekeepers from Africa"
- Jagran Josh, "Third edition of UNPCAP inaugurated in New Delhi"
- Financial Express, "UNPCAP 3rd edition underway in Delhi; why it's important"

WOMEN, PEACE, & SECURITY
- ReliefWeb, "ECOWAS seeks to increase women's participation in peace processes in the region"

MARITIME SECURITY
- Platts, "Piracy incidents in Malacca Straits rise on year in Jan-Apr: ReCAAP"
- East Asia Forum, "The Quad's anti-piracy potential"
-------

## Weapons Removal & Abatement (PM/WRA)
- All Africa, "Rwanda: Security organs trained in ammo stockpile management"
- War on the Rocks, "Cluster Munitions and Rearming for Great Power Competition"
- Asharq Al-Awsat, "Militias Lay Landmines in Hodeida Coastal Areas"
-------

## Security Negotiations & Agreements (PM/SNA)
- Military.com, "Troop withdrawal won't be discussed in upcoming Korea talks: Mattis"
- Defense News, "Finland, Sweden and US sign trilateral agreement, with eye on increased exercises"
- Reuters, "China's Li tells South Korea's Moon to appropriately handle THAAD issue"
- The Diplomat, "Japan's US Air Base Safety Probe in Deadlock"
-------

## State-Defense Integration
- Just Security, "Time to Dust Off the War Crimes Act?–for an American ex-soldier now in command of UAE forces"

************************************************************************************************************************

## Upcoming Think Tank Events

### Reports
- Atlantic Council, "Waiting for Europe's Budgetary Chickens to Roost—or Roast—At NATO"
- Hudson, "Post-Conflict Stabilization in Syria and the Potential Impact of U.S. Military Withdrawal"
- Carnegie, "New Indo-Pacific Axis"
- Carnegie, "Is a War Between Israel and Iran Over Syria Inevitable?"
- CIVIC, "Mosul: Civilian Protection Challenges Post-ISIS"
- German Marshall Fund, "Playing into Putin's Hands: The White Helmets, Douma, And How U.S. Failures Become Russian Opportunities"
- IISS, "Russian weapons in the Syrian conflict"
- Center for a New American Security, "Could North Korea Help Bring the United States and China Closer Together?"

### Events
5/14
- CATO, "Psychology of a Superpower: Security and Dominance in U.S. Foreign Policy" In his new book, Psychology of a Superpower: Security and Dominance in U.S. Foreign Policy, Christopher Fettweis draws on insights from psychology and concludes that, to a considerable degree, American arrogance, self-infatuation, insensitivity to others, threat exaggeration, and illusions about its capacities, indispensability, and benevolence derive from the fact that it is (or thinks it is) number one.

- CSIS, "U.S. & India: From Estranged Democracies to Natural Allies" India's May 1998 nuclear tests served as a wake-up call to the U.S. strategic community—India was rising. Progress in the relationship, both in terms of economic and security ties, can sometimes feel slow. But over these last twenty years, the U.S. has risen to become India's most important economic and strategic partner—and India is becoming increasingly important to American interests, too.

5/15
- Atlantic Council, "Europe and the US after the JCPOA" The Atlantic Council's Future of Iran Initiative invites you to a discussion with Delphine O, a member of the French Parliament, and Omid Nouripour of the German Parliament, to discuss the ramifications of the US decision to withdraw from the Joint Comprehensive Plan of Action (JCPOA).

5/16
- Wilson Center, "Decision Point: Iran, the Nuclear Deal, and Regional Stability" President Trump's decision to withdraw from the Iran nuclear agreement will have far reaching implications for U.S. policy; the trans-Atlantic alliance; non-proliferation efforts; and even on regional stability -- particularly in the Israeli-Lebanese-Iranian-Syrian arena. Indeed, those implications may go far in defining the U.S. posture in the region for years to come.

- IISS, "Assessing the Trump administration's 'free and open Indo-Pacific' strategy" The Trump administration has articulated a 'free and open Indo-Pacific' strategy as the new modus operandi for the United States' policy on Asia, but is it a useful organising concept? Our panellists

will analyse how this new strategy might be operationalised and discuss its potential effects on US relationships in the region.

5/17
- Middle East Institute, "The risk of interstate war(s) in the Middle East" How high is the risk of interstate war in the Middle East? What are the dynamics of these various tension axes? How could the United States and other regional and international powers help avert such potential outbreaks?

5/18
- *No Updates*

---

**Matthew Marquis**
Office of Congressional & Public Affairs
Bureau of Political-Military Affairs (PM/CPA)
U.S. Department of State

Phone:      202.647.6968
e-mail:     *MarquisMR@state.gov* |   Web: *www.state.gov/t/pm /* |Twitter: *@StateDeptPM*

Stay connected with *State.gov*:



CWASHAR0002347

| | |
|---|---|
| **From:** | Mrs Phil Sawyer <bounce@list.everytown.org> |
| **Sent:** | Tuesday, July 24, 2018 8:32 AM |
| **To:** | DDTC Response Team <DDTCResponseTeam@state.gov> |
| **Subject:** | Phil in 06040: please stop the release of downloadable guns |

Dear Secretary Pompeo,

Please stop the release of downloadable files that will allow people, including convicted felons and terrorists, to make untraceable guns on their 3D printers.

Do-it-yourself, downloadable guns are incredibly dangerous. The State Department is planning a special exemption letting the company Defense Distributed release schematics for these guns — information that would enable terrorists, convicted felons and domestic abusers to simply download files online and print their own illegal and untraceable guns. It's unconscionable to allow criminals to print untraceable guns on demand — and Defense Distributed says it will post its plans on August 1.

The State Department can act to prevent this deadly and dangerous outcome. It should not grant this special exemption to endanger the public — and instead should continue to block this deadly information from being published online.

Thank you,

Mrs Phil Sawyer in 06040

<http://track.sp.actionkit.com/q/cQJXxAZUJkM-
cbEh2ochZQ~~/AAAAAQA~/RgRdOaFaPlcEd2F3ZEIKAAJaHFdbLXkxt1IaZGR0Y3Jlc3BvbnNldGVhbUBzdGF0ZS5nb3ZYBAAAAFg~>

| | |
|---|---|
| **From:** | Patti Rader <bounce@list.everytown.org> |
| **Sent:** | Tuesday, July 24, 2018 8:31 AM |
| **To:** | DDTC Response Team <DDTCResponseTeam@state.gov> |
| **Subject:** | Patti in 98003: please stop the release of downloadable guns |

Dear Secretary Pompeo,

Please stop the release of downloadable files that will allow people, including convicted felons and terrorists, to make untraceable guns on their 3D printers.

Do-it-yourself, downloadable guns are incredibly dangerous. The State Department is planning a special exemption letting the company Defense Distributed release schematics for these guns — information that would enable terrorists, convicted felons and domestic abusers to simply download files online and print their own illegal and untraceable guns. It's unconscionable to allow criminals to print untraceable guns on demand — and Defense Distributed says it will post its plans on August 1.

The State Department can act to prevent this deadly and dangerous outcome. It should not grant this special exemption to endanger the public — and instead should continue to block this deadly information from being published online.

Thank you,

Patti Rader in 98003

<http://track.sp.actionkit.com/q/QFEsuImQ64UELity0jLvVA--~/AAAAAQA~/RgRdOaEiPlcEd2F3ZEIKAAciHFdbjhUY1FIaZGR0Y3Jlc3BvbnNldGVhbUBzdGF0ZS5nb3ZZBAAAAI

CWASHAR0002349

**From:** Marquis, Matthew R <MarquisMR@state.gov>
**Sent:** Thursday, July 26, 2018 8:58 AM
**To:** PM-CPA <PM-CPA@state.gov>
**Bcc:** hartrl@state.gov; Specht, Linda <spechtl@state.gov>; kennedymw@state.gov;
hurtadolv@state.gov; pulliamja@state.gov; honigsteinmd@state.gov;
seymourjd@state.gov; BONGIOVANNIK2@STATE.GOV; diazfd@state.gov;
wishikal@state.gov; townsendwr@state.gov; dishnerjp@state.gov; bettsta@state.gov;
stewartjc@state.gov; SteffensJL@state.gov; Kreutzer, Thomas M
<kreutzertm@state.gov>; pagesw@state.gov; bartleydr@state.gov; 'BellRK@state.gov'
velardewa@state.gov; guilloteaugg@state.gov; mactaggartl@state.gov;
gerstenbf@state.gov; basleynm@state.gov; bazarniczd@state.gov; cookms@state.gov;
roykm@state.gov; Rinks, Ethan A <rinksea@state.gov>; Mittnacht, Thomas
<mittnachtt@state.gov>; patelnb@state.gov; fabrysf@state.gov; rrukad@state.gov;
waymanjl@state.gov; allenam@state.gov; 'LewisAM@state.gov'; schalowk@state.gov;
gustafsondeandradekl@state.gov; davieta@state.gov; andrewrb@state.gov;
davidsonhoods@state.gov; holtzgc@state.gov; ewingjr@state.gov; Wolfe, Rachel E
<wolfere@state.gov>; carterr@state.gov; abisellane@state.gov; berggrenfw@state.gov;
cromerr@state.gov; paolellajh@state.gov; kontossl@state.gov; Plath, Cynthia
<plathc@state.gov>; Cazeau, Shannon N <cazeausn@state.gov>; murraydc@state.gov;
huntingtonwp@state.gov; laotalensdn@state.gov; hamiltonce@state.gov;
mccutcheonrh@state.gov; riccia@state.gov; kaailaurh@state.gov;
capistranonl@state.gov; Newman, Daniel W <newmandw@state.gov>; James McNaught
<mcnaughtja@state.gov>; pauljm@state.gov; 'willbrandrt@state.gov'; Kim, Deanna G
<kimdg@state.gov>; kaidanowts@state.gov; Hall, Craig L <hallcl@state.gov>;
fongijy@state.gov; flowersjh@state.gov; kollswa@state.gov; wyattja@state.gov;
morimotosj@state.gov; laskarisam@state.gov; sisonsm@state.gov; makd@state.gov;
arondh@state.gov; plantsa@state.gov; maherjo@state.gov; thompsonwg@state.gov;
Madison, Eric H(EB/EPPD) <madisoneh@state.gov>; hollidaysa@state.gov;
blakeneydg@state.gov; simpsonsc@state.gov; maloneyjm@state.gov; Chandler, Karen
R <chandlerkr@state.gov>; lundbergek@state.gov; bofillml@state.gov;
miltonvogelbe@state.gov; 'MurphyRB@state.gov'; einspahrac@state.gov;
saghiehl@state.gov; principatojl@state.gov; davidsym@state.gov; gastaldoa@state.gov;
Candy Green <greenc@state.gov>; ayaldel@state.gov; Rejan, Wendy A
<rejanwa@state.gov>; Hayden, Leslie M <haydenlm@state.gov>; wierichsfj@state.gov;
tillla@state.gov; morriscw@state.gov; cohenna@state.gov; mcnamarakw@state.gov;
cloutierm@state.gov; 'trandd@state.gov'; weckerja@state.gov; tiansy@state.gov;
dolanp@state.gov; nelsonrw@state.gov; kellysd1@state.gov; sundlofm@state.gov;
shiratorist@state.gov; douvilleaj@state.gov; duffwe@state.gov; haletr@state.gov;
'litzenbergered@state.gov'; Morgan, Rebeca <morganrs@state.gov>;
espinozajohnl@state.gov; hill-herndonc@state.gov; powellmj@state.gov;
norlandrb@state.gov; Foster, John A <fosterja2@state.gov>; quinnsd@state.gov;
sullivanj@state.gov; jones-radgowskij@state.gov; rogerssa2@state.gov; McVerry, James
A. <mcverryja@state.gov>; youngmj@state.gov; 'AguirreJE@state.gov';
osgoodda@state.gov; zatese@state.gov; sandrolinicj@state.gov; myersme@state.gov;
ManringNJ@state.gov; leek2@state.gov; Hicks, Irvin JR <hicksijr@state.gov>;
jassemdp@state.gov
**Subject:** PM/CPA DAILY BULLETIN – July 26, 2018
**Attach:** PM-CPA-DAILYBULLETIN26JULY2018.docx; Pan-Arab-07-25.docx;
Clips20180726.doc; Briefing20180726.doc; 25_July_2018.docx; RRU 07-26 SecState at
SFRC.docx; WHA Early Alert 07-25-2018.docx; RRU 07-25 SR Australian-US
Ministerial.docx; RRU 07-25 SR Russia.docx

Good morning from Foggy Bottom. Here is your *PM/CPA Daily Bulletin* for July 26, 2018 brought to you by the Office of Congressional and Public Affairs, Bureau of Political-Military Affairs, U.S. Department of State.

- **Final Press Guidance Package>>** *attached*
- **Daily Bulletin in .DOCX format >>** *attached*
- **BONUS: Department of State News Briefing >>** *attached*
- **BONUS: Department of State News Clips >>** *attached*
- **BONUS: Pan-Arab Media Highlights >>** *attached*
- **BONUS: RRU Analysis SecState at SFRC >>** *attached*
- **BONUS: WHA Early Alert >>** *attached*
- **BONUS: RRU Special Report Australia-US Ministerial >>** *attached*
- **BONUS: RRU Special Report Russia >>** *attached*

<u>PM-Related News</u>
**AF:**
Double debt risk for African countries that turn to China
All crew kidnappings to date this year in the Gulf of Guinea – IMB
**EAP:**
Authorities respond to an explosion near the US Embassy in Beijing
Chinese and US armed forces to team up for Asia-Pacific health meeting despite trade and security turmoil
Philippines teeters between war and peace
**EUR:**
Great-power competition is growing in the Arctic, but lawmakers want to cut funding for the US's next icebreaker
U.S. General says future UK fighter jet must be compatible with F-35
Turkey parliament approves new anti-terror law
**NEA:**
Islamic State kills 215 in southwest Syria attacks: local official
Wary of U.S. ally, Syrian Kurds look to Damascus for talks
US acts to release $195M in suspended military aid to Egypt
**SCA:**
Japan-India military exercises a harbinger of deeper ties
'A sudden burst of movement' on the Afghan peace process
India, US set to sign pact for secure military communications
**WHA:**
US accuses China of seeking to build a "military base" in El Salvador commercial port
Could Brazil become a military dictatorship once again?
**Commentary & Analysis:** The announcement of a settlement in a legal case the federal government brought against a 3D firearm design company, Defense Distributed, has seen widespread media coverage. There has been extensive debate on both sides, with gun rights advocates and the tech community hailing the settlement as a victory for both the 1st and 2nd Amendments. On the opposite side gun control advocates and organizations are concerned about the unregulated nature of 3D printed firearms, with several groups announcing they would bring a lawsuit to contest the settlement. The issue has also seen Congressional attention, with several members of Congress writing a letter to the Secretary of State opposing the settlement and bringing the issue up in a recent hearing of the Senate Foreign Relations Committee.
**And Finally...** Wild fires are a perfect example of the awesome and destructive power of nature, and to counter this elemental fury somebody had the totally metal idea of fighting fire with firepower. Sweden is currently battling a series of remote wild fires and recently tested out the theory of bombing the fire into submission, successfully extinguishing several hundred meters of a fire with a 500-lb GBU-12 Laser Guided Bomb. As crazy as it sounds the idea is sound: a fire needs oxygen, heat, and fuel, and the explosion caused by

CWASHAR0002351

the bomb consumes the oxygen and the shockwave disperses the flames in the immediate vicinity.

---

**Matthew Marquis**
Office of Congressional & Public Affairs
Bureau of Political-Military Affairs (PM/CPA)
U.S. Department of State

Phone:  202.647.6968

e-mail: ***MarquisMR@state.gov |*** Web: ***www.state.gov/t/pm /*** |Twitter: ***@StateDeptPM***
Stay connected with *State.gov*:



**Official**
**UNCLASSIFIED**
**Official**
**UNCLASSIFIED**

CWASHAR0002352

Good morning from Foggy Bottom. Here is your *PM/CPA Daily Bulletin* for July 26, 2018 brought to you by the Office of Congressional and Public Affairs, Bureau of Political-Military Affairs, U.S. Department of State.

- **Final Press Guidance Package**>> *attached*
- **Daily Bulletin in .DOCX format** >> *attached*
- **BONUS: Department of State News Briefing** >> *attached*
- **BONUS: Department of State News Clips** >> *attached*
- **BONUS: Pan-Arab Media Highlights** >> *attached*
- **BONUS: RRU Analysis SecState at SFRC** >> *attached*
- **BONUS: WHA Early Alert** >> *attached*
- **BONUS: RRU Special Report Australia-US Ministerial** >> *attached*
- **BONUS: RRU Special Report Russia** >> *attached*

## PM-Related News

**AF:**

Double debt risk for African countries that turn to China

All crew kidnappings to date this year in the Gulf of Guinea – IMB

**EAP:**

Authorities respond to an explosion near the US Embassy in Beijing

Chinese and US armed forces to team up for Asia-Pacific health meeting despite trade and security turmoil

Philippines teeters between war and peace

**EUR:**

Great-power competition is growing in the Arctic, but lawmakers want to cut funding for the US's next icebreaker

U.S. General says future UK fighter jet must be compatible with F-35

Turkey parliament approves new anti-terror law

**NEA:**

Islamic State kills 215 in southwest Syria attacks: local official

Wary of U.S. ally, Syrian Kurds look to Damascus for talks

US acts to release $195M in suspended military aid to Egypt

**SCA:**

Japan-India military exercises a harbinger of deeper ties

'A sudden burst of movement' on the Afghan peace process

India, US set to sign pact for secure military communications

**WHA:**

US accuses China of seeking to build a "military base" in El Salvador commercial port

Could Brazil become a military dictatorship once again?

**Commentary & Analysis:** The announcement of a settlement in a legal case the federal government brought against a 3D firearm design company, Defense Distributed, has seen widespread media coverage. There has been extensive debate on both sides, with gun rights advocates and the tech community hailing the settlement as a victory for both the 1st and 2nd Amendments. On the opposite side gun control advocates and organizations are concerned about the unregulated nature of 3D printed firearms, with several groups announcing they would bring a lawsuit to contest the settlement. The issue has also seen Congressional attention, with several members of Congress writing a letter to the Secretary of State opposing the settlement and bringing the issue up in a recent hearing of the Senate Foreign Relations Committee.

**And Finally…** Wild fires are a perfect example of the awesome and destructive power of nature, and to counter this elemental fury somebody had the totally metal idea of fighting fire with firepower. Sweden is currently battling a series of remote wild fires and recently tested out the theory of bombing the fire into submission, successfully extinguishing several hundred meters of a fire with a 500-lb GBU-12 Laser Guided Bomb. As crazy as it sounds the idea is sound: a fire needs oxygen, heat, and fuel, and the explosion caused by the bomb consumes the oxygen and the shockwave disperses the flames in the immediate vicinity.

CWASHAR0002354

| | |
|---|---|
| **From:** | Mrs Phil Sawyer <bounce@list.everytown.org> |
| **Sent:** | Tuesday, July 24, 2018 8:32 AM |
| **To:** | DDTC Response Team <DDTCResponseTeam@state.gov> |
| **Subject:** | Phil in 06040: please stop the release of downloadable guns |

Dear Secretary Pompeo,

Please stop the release of downloadable files that will allow people, including convicted felons and terrorists, to make untraceable guns on their 3D printers.

Do-it-yourself, downloadable guns are incredibly dangerous. The State Department is planning a special exemption letting the company Defense Distributed release schematics for these guns — information that would enable terrorists, convicted felons and domestic abusers to simply download files online and print their own illegal and untraceable guns. It's unconscionable to allow criminals to print untraceable guns on demand — and Defense Distributed says it will post its plans on August 1.

The State Department can act to prevent this deadly and dangerous outcome. It should not grant this special exemption to endanger the public — and instead should continue to block this deadly information from being published online.

Thank you,

Mrs Phil Sawyer in 06040

<http://track.sp.actionkit.com/q/cQJXxAZUJkM-cbEh2ochZQ~~/AAAAAQA~/RgRdOaFaPlcEd2F3ZEIKAAJaHFdbLXkxt1IaZGR0Y3Jlc3BvbnNldGVhbUBzdGF0ZS5nb3ZYBAAAAFg~>

CWASHAR0002355

| From: | Patti Rader <bounce@list.everytown.org> |
|---|---|
| Sent: | Tuesday, July 24, 2018 8:31 AM |
| To: | DDTC Response Team <DDTCResponseTeam@state.gov> |
| Subject: | Patti in 98003: please stop the release of downloadable guns |

Dear Secretary Pompeo,

Please stop the release of downloadable files that will allow people, including convicted felons and terrorists, to make untraceable guns on their 3D printers.

Do-it-yourself, downloadable guns are incredibly dangerous. The State Department is planning a special exemption letting the company Defense Distributed release schematics for these guns — information that would enable terrorists, convicted felons and domestic abusers to simply download files online and print their own illegal and untraceable guns. It's unconscionable to allow criminals to print untraceable guns on demand — and Defense Distributed says it will post its plans on August 1.

The State Department can act to prevent this deadly and dangerous outcome. It should not grant this special exemption to endanger the public — and instead should continue to block this deadly information from being published online.

Thank you,

Patti Rader in 98003

<http://track.sp.actionkit.com/q/QFEsuImQ64UELity0jLvVA--/AAAAAQA~/RgRdOaEiPlcEd2F3ZEIKAAciHFdbjhUY1FIaZGR0Y3Jlc3BvbnNldGVhbUBzdGF0ZS5nb3ZYBAAAAI

**From:**      RAND Policy Currents <rand@broadcaster.rand.org>
**Sent:**      Thursday, May 10, 2018 1:28 PM
**To:**        Urena, Michael A <UrenaMA@state.gov>
**Subject:**   Four Ways 3D Printing May Threaten Security

---

The latest RAND updates | View in Browser

 Policy Currents

 RA
ND
Cor
pora

**RAND RESEARCH AND COMMENTARY ON THE ISSUES THAT MATTER MOST**      MAY 10, 2018

CWASHAR0002357

 Graphic showing many items that can be made with 3D printing

3D models by Wyatt C./3D Warehouse (drone); Dialplus/3D Warehouse (turbine); Harry A/3D Warehouse (3D printer); X CALIBER/3D Warehouse (gun). Design by Chrissy Sovak/RAND Corporation

# Four Ways 3D Printing May Threaten Security

3D printing has the potential to improve lives in completely new ways. But according to the third installment of RAND's Security 2040 series, this emerging technology could also enable weapons proliferation and upend international trade. These threats provide reason to be cautious about 3D printing. But RAND experts warn there is danger in overreacting and overregulating what could be a new era of innovation. **Read more »**

CWASHAR0002358

 President Trump holds a proclamation of his intention to withdraw from the Iran nuclear deal, May 8, 2018



## Undoing the Iran Deal: What Next?

President Trump's decision to abandon the Iran nuclear deal could have many negative outcomes, says RAND's James Dobbins. It isolates America, increases the risk of a trade war with U.S. allies and a hot war with Iran, and diminishes the prospects of a viable agreement to eliminate the North Korean nuclear threat. Read more »

President Trump holds a proclamation of his intention to withdraw from the Iran nuclear deal, May 8, 2018. Photo by Jonathan Ernst/Reuters

 Strains of marijuana and their THC potency ratings are shown for sale in Oakland, California, June 30, 2010



## Cannabis Potency in Canada

Canada is considering legislation that would legalize recreational marijuana. If this proposal becomes law, should the country "start low and go slow" when considering the potency of products allowed for sale? RAND's Beau Kilmer addressed this important policy question earlier this week before a Senate of Canada committee. Read more »

Strains of marijuana and their THC potency ratings are shown for sale in Oakland, California, June 30, 2010. Photo by Robert Galbraith/Reuters

 U.S. soldiers watch an Afghan soldier sign for the transfer of mine-resistant, ambush-protected vehicles to Afghan security forces on Bagram Airfield, February 14, 2015

## A Path Forward in Afghanistan

What's the best way to advance U.S. security interests in Afghanistan? According to recent congressional testimony by RAND's Laurel Miller, the answer is a robust diplomatic effort to reach a negotiated settlement. However, this would demand clear political backing and diplomatic muscle. "As yet, those requirements do not appear to be met," she says. Read more »

U.S. soldiers watch an Afghan soldier sign for the transfer of mine-resistant, ambush-protected vehicles to Afghan security forces on Bagram Airfield, February 14, 2015. Photo by U.S. Department of Defense

CWASHAR0002359


A young mother and her daughter walk through a park

## How Can Parks Boost Physical Activity?

Less than half of Americans meet federal guidelines for physical activity. Can neighborhood parks help? RAND researchers have conducted multiple studies on how parks are currently being used and examined their role in promoting exercise. Read more »

Photo by Mladen/Adobe Stock


Containers at the Yangshan Deep Water Port in Shanghai, China, April 24, 2018

## The Greater Danger of U.S.-China Tensions

Many observers worry that tensions between America and China could escalate into a full-blown trade war. According to RAND's Ali Wyne, the long-term danger is that if those tensions fester, they could undercut the interdependence that has helped keep strategic competition between the two giants in check. Read more »

Containers at the Yangshan Deep Water Port in Shanghai, China, April 24, 2018. Photo by Aly Song/Reuters

# Events

Taiwan's Southward Pivot
May 14, 2018 — Santa Monica, CA

Security 2040: The Promise and Perils of AI and Speed
May 17, 2018 — San Francisco, CA

# Trending Reports

Speed and Security: Promises, Perils, and Paradoxes of Accelerating Everything

Monitoring Californians' Mental Health: Population Surveillance Reveals Gender, Racial/Ethnic, Age, and Regional Disparities

# RAND in the News

Verifying the End of a Nuclear North Korea 'Could Make Iran Look Easy'
New York Times

Calorie Counts at Chain Restaurants Now Required, with Support from FDA
American Journal of Managed Care Online

Care at VA Hospitals as Good or Better Than Elsewhere in U.S.
HealthDay

CWASHAR0002360

The RAND Corporation is a nonprofit institution that helps improve policy and decisionmaking through research and analysis.

FOLLOW
RAND

Privacy statement | Unsubscribe | Manage your subscriptions

**RAND Corporation**. 1776 Main Street, Santa Monica, CA 90401-3208.
RAND® is a registered trademark.

CWASHAR0002361

BOB CORKER, TENNESSEE, CHAIRMAN

JAMES E. RISCH, IDAHO
MARCO RUBIO, FLORIDA
RON JOHNSON, WISCONSIN
JEFF FLAKE, ARIZONA
CORY GARDNER, COLORADO
TODD YOUNG, INDIANA
JOHN BARRASSO, WYOMING
JOHNNY ISAKSON, GEORGIA
ROB PORTMAN, OHIO
RAND PAUL, KENTUCKY

ROBERT MENENDEZ, NEW JERSEY
BENJAMIN L. CARDIN, MARYLAND
JEANNE SHAHEEN, NEW HAMPSHIRE
CHRISTOPHER A. COONS, DELAWARE
TOM UDALL, NEW MEXICO
CHRISTOPHER MURPHY, CONNECTICUT
TIM KAINE, VIRGINIA
EDWARD J. MARKEY, MASSACHUSETTS
JEFF MERKLEY, OREGON
CORY A. BOOKER, NEW JERSEY

# United States Senate

COMMITTEE ON FOREIGN RELATIONS

WASHINGTON, DC 20510-6225

July 25, 2018

LEGISLATIVE AFFAIRS
2018 JUL 26  A 7 46
RECEIVED

The Honorable Michael Pompeo
Secretary of State
U.S. Department of State
2201 C Street NW
Washington, DC 20520

Dear Secretary Pompeo:

The Department of State is about to permit the public, worldwide release of dangerous information on the 3D printing of functional firearms that are undetectable by standard security measures. Such a release would allow any foreign or domestic person, including arms traffickers, terrorists, transnational criminals, and domestic abusers to effectively "download" a gun, making it much easier to evade security measures and obtain a weapon. This decision is not only alarming and irresponsible, but one that appears to evade statutory requirements and skirts an ongoing regulatory review process.

Recently, the Department settled a lawsuit by a U.S. firm seeking to post blueprints and other information on the Internet that would allow anyone with a 3D printer to create plastic firearms. Based on reports of the terms of the settlement, the Department has now agreed that the information can be exempt from the export licensing requirements of the International Trafficking in Arms Regulations (ITAR). Even more troubling, the Department also agreed to temporarily suspend the relevant ITAR restrictions to allow this otherwise prohibited dissemination.

Yet this "temporary" suspension will effectively allow a permanent and continuing export. Once posted on the Internet, these files will be shared, downloaded, and used to create firearms. As such, this action is tantamount to a permanent removal of an item from the United States Munitions List, but without the 30-day notice to the Senate Foreign Relations Committee and House Foreign Affairs Committee as required by the Arms Export Control Act.

It is hard to see how making it easier for criminal and terrorist organizations to obtain untraceable weapons is in the foreign policy and national security interests of the United States. This action by the State Department makes the work of U.S. and international law enforcement and counter-terrorism agencies—and the U.S. Transportation Security Agency—all the more difficult and heightens the risk to innocent Americans and others from terrorist and extremist attacks. Moreover, the domestic risk cannot be understated, especially with the high rates of gun violence in our schools, churches, clubs and public gathering places. The release of these blueprints permits anyone, even those banned from gun ownership due to a criminal

LMD/TD

CWASHAR0002362

conviction, to build their own gun. These "ghost guns" also pose a problem for law enforcement as such firearms lack a serial number and are thus untraceable.

Given the far-reaching and dangerous consequences of this decision, I urge you to immediately review and reconsider the Department's position, and to ensure that this and any other decision regarding arms export control complies fully with the letter and spirit of the Arms Export Control Act. Further, any release should not occur until the Department, Congress, and the public have ample time to review the consequences of this action.

Sincerely,

Robert Menendez
Ranking Member

CWASHAR0002363

# 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔖𝔢𝔫𝔞𝔱𝔢

WASHINGTON, DC 20510

July 23, 2018

The Honorable Jeff Sessions
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Dear Attorney General Sessions:

We write with great alarm over the decision last month by the Department of Justice (DOJ) to settle the lawsuit brought against the State Department by the gun rights advocacy groups Defense Distributed and the Second Amendment Foundation.

In 2015, Defense Distributed and the Second Amendment Foundation sued the State Department, challenging the State Department's decision that Defense Distributed violated federal export controls and its demand that Defense Distributed remove from the internet its blueprints for three-dimensional ("3-D") printable firearms. Throughout the course of the lawsuit, the government maintained that its position was well-supported under the Arms Export Control Act and the International Traffic in Arms Regulations. Indeed, as recently as April 2018, the government filed a motion to dismiss in which it argued that "[w]hatever informational value there may be in the process by which 3-D printing occurs," Defense Distributed's Computer Aided Design files "are indispensable to a [3-D] printing process used to create firearms and their components," and "are also functional, directly facilitate the manufacture of weapons, and may properly be regulated for export."[1]

In a stunning reversal of course last month, DOJ settled the suit and agreed to allow for the public release of Defense Distributed's 3-D firearm printing tutorials in any form. The government also made the puzzling decision to pay nearly $40,000 in legal fees to the plaintiffs using taxpayer dollars.

This settlement is inconsistent with DOJ's previous position and is as dangerous as it is confounding. The settlement will allow these tutorials to be posted online for unlimited distribution to anyone — including felons and terrorists — both here in the United States and abroad. It also sets a dangerous precedent in defending against other legally sound determinations made by the State Department under the Arms Export Control Act and the International Traffic in Arms Regulations.

We are alarmed by this settlement and request an immediate explanation for DOJ's and the State Department's abrupt and dangerous reversal of course. We ask that, prior to August 1, 2018,

---

[1] *Defense Distributed v. U.S. Dep't of State*, Case 1:15-cv-00372-RP, Defs.' Mot. Dismiss Second Am. Compl., at 1 (W.D. Tex. Apr. 6, 2018).

1

CWASHAR0002364

DOJ provide us with a copy of the fully executed settlement agreement, and a written explanation and briefing on the reasoning behind the decision to settle this litigation in the manner it did. The American people have a right to know why their government agreed to such a dangerous outcome.

Thank you for your prompt attention to this matter. Should you have any questions about this request, please contact Callan Bruzzone of Senator Markey's staff at 202-224-2742.

Sincerely,

Edward J. Markey
United States Senator

Bill Nelson
United States Senator

Richard Blumenthal
United States Senator

Christopher S. Murphy
United States Senator

Dianne Feinstein
United States Senator

2

| | |
|---|---|
| **From:** | EverestMail <EverestMail@state.sgov.gov> |
| **Sent:** | Thursday, July 26, 2018 6:44 PM |
| **To:** | Everest_C <Everest_C@state.sgov.gov>; Everest_D <Everest_D@state.sgov.gov>; Everest_E <Everest_E@state.sgov.gov>; Everest_H <Everest_H@state.sgov.gov>; Everest_INR <Everest_INR@state.sgov.gov>; Everest_J <Everest_J@state.sgov.gov>; Everest_L <Everest_L@state.sgov.gov>; Everest_M <Everest_M@state.sgov.gov>; Everest_P <Everest_P@state.sgov.gov>; Everest_PA <Everest_PA@state.sgov.gov>; Everest_PM <Everest_PM@state.sgov.gov>; Everest_R <Everest_R@state.sgov.gov>; Everest_S <Everest_S@state.sgov.gov>; SES_FrontOfficeOnly <SES-FrontOfficeOnly@state.sgov.gov>; SES-Line_Only <SES-Line_Only@state.sgov.gov>; Everest_SP <Everest_SP@state.sgov.gov>; Everest_T <Everest_T@state.sgov.gov>; SES_FrontOfficeOnly <SES-FrontOfficeOnly@state.sgov.gov>; PF-EverestE-Mail@state.sgov.gov |
| **Subject:** | Final: PM/AM/T - Concluding the Department's Settlement with Defense Distributed 201821192 UNCLASSIFIED |

FINAL ACTION has been taken on Package 201821192 Concluding the Department's Settlement with Defense Distributed

**FOR:** T
**ORGANIZATION:** PM
**CO-DRAFTER BUREAU:**
**PACKAGE SUBJECT:** Concluding the Department's Settlement with Defense Distributed
**DOCTYPE:** Action Memo

**LINK:** 201821192 FINAL DOCUMENT (READ-ONLY)

| From: | Weigold Schultz, Eva A <WeigoldEA@state.sgov.gov> |
|---|---|
| Sent: | Friday, July 27, 2018 4:19 PM |
| To: | Kenna, Lisa D <KennaLD@state.sgov.gov>; McKinley, P. Michael <McKinleyPM@state.sgov.gov>; Buangan, Richard L <BuanganRL@state.sgov.gov>; S_SpecialAssistants <S_SpecialAssistants@state.sgov.gov> |
| Subject: | FLAGGING - 3D Gun Printing Issue |

(SBU)  FYI:  The Dept must notify Defense Distributed today (barring a last minute restraining order from a court in Texas) that the company can put information back up on their website about 3D gun printing, and must publish a modification of information releasable under the US Munitions List .  This case has been ongoing for several years.  PM's defense trade controls informed the company they were violating international arms trafficking regulations for not following proper procedures to request permission to post the information, the company sued for first amendment violations, and DOJ recently settled.   S was asked about this during his SFRC hearing; PM sending up info memo tonight laying out more context.

**Official - SBU**
**UNCLASSIFIED**

| **From:** | Dial, Cynthia L <DialCL@state.sgov.gov> |
| **Sent:** | Thursday, July 26, 2018 4:02 PM |
| **To:** | Robinson, Maggie E <RobinsonE@state.sgov.gov> |
| **Subject:** | FW: Package 201821192 Concluding the Department's Settlement with Defense Distributed has been forwarded on to T |

☺ Last one

**From:** EverestMail
**Sent:** Thursday, July 26, 2018 3:52 PM
**To:** Everest_PM
**Cc:** Everest_C; Everest_H; Everest_INR; Everest_L; Everest_P; Everest_PA; Everest_PM; SES_FrontOfficeOnly; SES-Line_Only; Everest_SP; PF-EverestE-Mail@state.sgov.gov
**Subject:** Package 201821192 Concluding the Department's Settlement with Defense Distributed has been forwarded on to T

Package 201821192 Concluding the Department's Settlement with Defense Distributed has been forwarded on to T on 26-Jul-2018 03:52:24 PM.

**FOR:** T
**ORGANIZATION:** PM
**CO-DRAFTER BUREAU:**
**PACKAGE SUBJECT:** Concluding the Department's Settlement with Defense Distributed
**DOCTYPE:** Action Memo

**LINK:** <u>201821192 Package</u>

*Please note that the package link will expire 2 weeks after the e-mail is sent, for security reasons.  If this link is expired, please use the **Advanced Search** to find the package by typing in the S/ES ID number.*

**Official**
**UNCLASSIFIED**



**United States Department of State**

*Washington, D.C.  20520*

<u>SENSITIVE BUT UNCLASSIFIED</u>                    July 27, 2018

☐ Read by _____

**INFORMATION MEMO FOR THE SECRETARY**

FROM:        PM – Tina Kaidanow

SUBJECT:     (SBU) Executing Settlement Terms for *Defense Distributed* Litigation

**BLUF:**        (SBU) On June 29, 2018 the Department entered into a settlement agreement, concluded today, in the matter of *Defense Distributed, et al. v. Dep't of State* that allows the posting on the Internet certain files that facilitate the 3D-printing of specific firearms and related components.

(SBU) Defense Distributed (DD) is a Texas-based nonprofit corporation that makes available via the internet computer-aided design (CAD) files for the three-dimensional printing of firearms and related components.  In May 2013, PM's Directorate of Defense Trade Controls (DDTC) sent a letter to DD stating that certain files it had posted on the internet appeared to be defense articles controlled pursuant to the International Traffic in Arms Regulations (ITAR) and requesting that DD remove the files from the Internet and submit a commodity jurisdiction (CJ) request to DDTC.  DD complied with the letter, and DDTC concluded in the CJ that some, but not all, of the files were subject to the ITAR because they conveyed information required to produce defense articles described in Category I of the ITAR's U.S. Munitions List (USML).

(SBU) In September 2014, DD submitted requests to the DoD's Defense Office of Prepublication and Security Review (DOPSR) to request approval for public release of the ITAR-controlled files pursuant to ITAR § 125.4(b)(13).  DOPSR stated that review of the CAD files was beyond its purview, and DD approached DDTC regarding public release.  However, before DDTC responded, DD sued the Department, claiming that the Department had subjected DD's free speech rights to an unconstitutional prior restraint by preventing it from posting files on the internet.  DD failed to obtain a preliminary injunction.  When the case was remanded for proceedings on the merits,

CWASHAR0002369

███████████████████████████████████████████████████████

(U) Given these factors, on June 29, 2018 the parties reached a settlement agreement that placed three substantive obligations on the Department:

1. To pursue publication in the Federal Register of a final rule revising USML Category I that excludes specified technical data at issue in the DD litigation;
2. To issue via a DDTC website announcement a temporary modification to USML Category I that excludes enumerated technical data at issue in the litigation pursuant to ITAR § 126.2; and
3. To issue a letter to DD that, consistent with ITAR § 125.4(b)(13), advises that the State Department is a cognizant U.S. government agency with authority to approve technical data for public release and grants approval for the technical data enumerated in the letter to be released into the public domain.

(SBU) The settlement agreement requires the Department to take the second and third actions by Friday, July 27. Three organizations that pursue gun control filed court documents on July 25, 2018, seeking a temporary restraining order (TRO) prohibiting the Department's compliance with the settlement. During a hearing on July 26, DOJ represented that the Department will not take the second or third actions before the court rules on the TRO. The court denied the TRO late Friday afternoon, ████████████████████████████████████████████
████████

(U) This settlement is controversial in certain Congressional and public spheres, due in large part to its intersection with the debate over domestic access to firearms, even though the ITAR does not control domestic access by U.S. persons to firearms or technical data. Some House and Senate Minority Members expressed concerns that the Department exceeded its authorities though this settlement, claiming the settlement utilized a temporary mechanism to achieve a permanent solution, and that Congress was not notified of the removal of the files in question from the USML. ████████████████████████████████████████████ We understand that congressional staff are exploring legislative solutions to prevent the authorized public release of DD's information. Majority Members have not expressed this degree of concern and have indicated support for the proposed removal from the USML of many firearms and related items.

(U) At your recent hearing, Senators Menendez and Markey raised this matter, and the Department received letters from Senators Menendez and Engel that are critical of the settlement, while Judiciary Committee Senators Nelson, Markey, Murphy, Blumenthal and Feinstein co-signed a letter on the topic to the Attorney General. Opposition to the Department's decision to settle has spread beyond Washington, as evidenced by statements from the Manhattan and Los Angeles District Attorneys, a Washington Post op-ed by the Maricopa County, AZ, sheriff, and advocacy efforts by a number of nongovernmental organizations (including an online petition that has achieved 40,000 signatures this week). This attention has driven over 50,000 emails and 5,000 phone calls to the Directorate of Defense Controls over the previous week.

Attachment:

CWASHAR0002370

SENSITIVE BUT UNCLASSIFIED
-3-

Tab 1 - *Defense Distributed* Settlement Agreement
Tab 2 – Letters from Sens. Markey and Menendez

SENSITIVE BUT UNCLASSIFIED

CWASHAR0002371

SENSITIVE BUT UNCLASSIFIED
-4-



CWASHAR0002372

| | |
|---|---|
| **From:** | EverestMail <EverestMail@state.sgov.gov> |
| **Sent:** | Friday, July 27, 2018 5:13 PM |
| **To:** | SES-Line_Only <SES-Line_Only@state.sgov.gov> |
| **Cc:** | Everest_PM <Everest_PM@state.sgov.gov> |
| **Subject:** | New S/ES 201821260 Voluntary Package for S delivered on 27-Jul-2018 05:00:00 PM |

A new PM Package has been submitted.

**CLASSIFICATION:** U – Unclassified
**FOR:** S
**ORGANIZATION:** PM
**CO-DRAFTER BUREAU:**
**SUBJECT:** Executing Settlement Terms for Defense Distributed Litigation
**DOCTYPE:** Information Memo
**DELIVERY DATE:** 27-Jul-2018 05:00:00 PM
**EVENT DATE:**
**NOTES:** Please PAR.
**DESCRIPTION:** (SBU) On June 29, 2018 the Department entered into a settlement agreement, concluded today, in the matter of Defense Distributed, et al. v. Dep't of State that allows the posting on the Internet certain files that facilitate the 3D-printing of specific firearms and related components.

**CREATED BY:** PM

**LINK:** 201821260 Package

*Please note that this link will expire 2 weeks after the e-mail is sent, for security reasons. If this link is expired, please use the **Advanced Search** to find the package by typing in the S/ES ID number.*

CWASHAR0002373

| | |
|---|---|
| **From:** | Mandelbaum, Adrienne R <MandelbaumAR@state.sgov.gov> |
| **Sent:** | Friday, July 13, 2018 9:40 AM |
| **To:** | Fong, Isaac JY <FongIJY@state.sgov.gov> |
| **Subject:** | PA meeting notes |
| **Attach:** | July 12 PA notes.docx |

Hi Isaac,
Attached are my notes from the PA meeting yesterday. I'm not positive on a couple of things, so let me know if you have any edits.

-Adrienne


**Official**
This message is **UNCLASSIFIED** when separated from **SECRET** attachment(s)
Classified By: Adrienne Mandelbaum - Intern, Office:T, Agency:U.S. Department of State
Declassify On: 7/13/2043
Reasons: Derived Per DSCG.

| | |
|---|---|
| **From:** | EverestMail <EverestMail@state.sgov.gov> |
| **Sent:** | Thursday, July 26, 2018 3:52 PM |
| **To:** | Everest_PM <Everest_PM@state.sgov.gov> |
| **Cc:** | Everest_C <Everest_C@state.sgov.gov>; Everest_H <Everest_H@state.sgov.gov>; Everest_INR <Everest_INR@state.sgov.gov>; Everest_L <Everest_L@state.sgov.gov>; Everest_P <Everest_P@state.sgov.gov>; Everest_PA <Everest_PA@state.sgov.gov>; Everest_PM <Everest_PM@state.sgov.gov>; SES_FrontOfficeOnly <SES-FrontOfficeOnly@state.sgov.gov>; SES-Line_Only <SES-Line_Only@state.sgov.gov>; Everest_SP <Everest_SP@state.sgov.gov>; PF-EverestE-Mail@state.sgov.gov |
| **Subject:** | Package 201821192 Concluding the Department's Settlement with Defense Distributed has been forwarded on to T |

Package 201821192 Concluding the Department's Settlement with Defense Distributed has been forwarded on to T on 26-Jul-2018 03:52:24 PM.

**FOR:** T
**ORGANIZATION:** PM
**CO-DRAFTER BUREAU:**
**PACKAGE SUBJECT:** Concluding the Department's Settlement with Defense Distributed
**DOCTYPE:** Action Memo

**LINK:** 201821192 Package

*Please note that the package link will expire 2 weeks after the e-mail is sent, for security reasons.  If this link is expired, please use the **Advanced Search** to find the package by typing in the S/ES ID number.*

CWASHAR0002376

| | |
|---|---|
| **From:** | EverestMail <EverestMail@state.sgov.gov> |
| **Sent:** | Friday, July 27, 2018 5:20 PM |
| **To:** | Hartle, Keleigh M <HartleKM@state.sgov.gov> |
| **Cc:** | Finney, Clarence N <FinneyCN@state.sgov.gov>; Keene, Debra S <KeeneD@state.sgov.gov> |
| **Subject:** | Package 201821260 has been assigned to Hartle, Keleigh M on 27-Jul-2018 05:19:38 PM to PROCESS ELECTRONIC LOGGER'S WINDOW |

---

**FOR:** S
**ORGANIZATION:** PM
**CO-DRAFTER BUREAU:**
**COPY TO:**
**REQUESTED ACTION:** Information Memo
**DELIVERY DATE:** 27-Jul-2018 05:00:00 PM
**EVENT DATE:**
**SUBJECT:** Executing Settlement Terms for Defense Distributed Litigation
**DESCRIPTION:** (SBU) On June 29, 2018 the Department entered into a settlement agreement, concluded today, in the matter of Defense Distributed, et al. v. Dep't of State that allows the posting on the Internet certain files that facilitate the 3D-printing of specific firearms and related components.
**NOTES:** Please PAR.
**CLEARANCES:**
**CREATED BY:** PM

**LINK:** 201821260 Package

*Please note that this link will expire 2 weeks after the e-mail is sent, for security reasons. If this link is expired, please use the **Advanced Search** to find the package by typing in the S/ES ID number.*

CWASHAR0002377

| From: | Abisellan, Eduardo <AbisellanE@state.sgov.gov> |
|---|---|
| Sent: | Friday, July 27, 2018 5:53 PM |
| To: | Miller, Michael F <MillerMF@state.sgov.gov> |
| Cc: | Thompson, Andrea L <ThompsonAL@state.sgov.gov>; Kaidanow, Tina S <KaidanowTS@state.sgov.gov>; Litzenberger, Earle D <LitzenbergerED@state.sgov.gov>; Tucker, Maureen E <TuckerME@state.sgov.gov>; Chandler, Karen R <ChandlerKR@state.sgov.gov>; Fabry, Steven F <FabrySF@state.sgov.gov> |
| Subject: | PM/AM/T - Concluding the Department's Settlement with Defense Distributed 201821192 UNCLASSIFIED |

Mike,

███████████████████████████████████████████████████████████

- A temporary modification to USML Category I that excludes enumerated technical data at issue in the litigation pursuant to ITAR § 126.2; and
- To issue a letter to DD that, consistent with ITAR § 125.4(b)(13), advises that the State Department is a cognizant U.S. government agency with authority to approve technical data for public release and grants approval for the technical data enumerated in the letter to be released into the public domain.

████████████████████████████████████████████████████████T
recommends taking the mandated second and third actions identified above.

Best regards, Ed


**Official**
**UNCLASSIFIED**

**From:** Miller, Michael F
**Sent:** Friday, July 27, 2018 3:44 PM
**To:** Weigold Schultz, Eva A
**Cc:** Carter, Rachel; Abisellan, Eduardo; Heidema, Sarah J
**Subject:** Final: PM/AM/T - Concluding the Department's Settlement with Defense Distributed 201821192 UNCLASSIFIED
**Importance:** High

SBU

Eva,

███████████████████████████████████████████████████████████

CWASHAR0002378

MM

---

**From:** PM-Staffers Mailbox
**Sent:** Thursday, July 26, 2018 6:59 PM
**To:** PM-DDTC-Staff-Assistants-DL; Heidema, Sarah J; Hart, Robert L; Miller, Michael F; Davis, Terry L; Shin, Jae E; Koelling, Richard W
**Cc:** PM-Staffers Mailbox; PM-CPA-DL
**Subject:** FW: Final: PM/AM/T - Concluding the Department's Settlement with Defense Distributed 201821192 UNCLASSIFIED
**Importance:** High

FYSA on final. T approved.

Samantha Sison
PM/FO SharePoint
X70561

**From:** EverestMail
**Sent:** Thursday, July 26, 2018 6:44 PM
**To:** Everest_C; Everest_D; Everest_E; Everest_H; Everest_INR; Everest_J; Everest_L; Everest_M; Everest_P; Everest_PA; Everest_PM; Everest_R; Everest_S; SES_FrontOfficeOnly; SES-Line_Only; Everest_SP; Everest_T; SES_FrontOfficeOnly; PF-EverestE-Mail@state.sgov.gov
**Subject:** Final: PM/AM/T - Concluding the Department's Settlement with Defense Distributed 201821192 UNCLASSIFIED

FINAL ACTION has been taken on Package 201821192 Concluding the Department's Settlement with Defense Distributed

**FOR:** T
**ORGANIZATION:** PM
**CO-DRAFTER BUREAU:**
**PACKAGE SUBJECT:** Concluding the Department's Settlement with Defense Distributed
**DOCTYPE:** Action Memo

**LINK:** 201821192 FINAL DOCUMENT (READ-ONLY)

**Official - SBU**
**UNCLASSIFIED**

| From: | PM-Staffers Mailbox <PM-StaffersMailbox@state.sgov.gov> |
|---|---|
| Sent: | Thursday, July 19, 2018 4:29 PM |
| To: | PM-TWAR-DL <PM-TWAR-DL@state.sgov.gov> |
| Cc: | PM-Staffers Mailbox <PM-StaffersMailbox@state.sgov.gov> |
| Subject: | PM TWAR July 16 - 20, 2018 |
| Attach: | 07 19 18 PM TWAR.docx |

Dear all:

Please find this week's PM TWAR attached.

Best,

**Madeline Walsh**
Political Military Affairs
Front Office Summer Intern
(202) 647-5104


**Official - SBU**
This message is **UNCLASSIFIED** when separated from **SECRET** attachment(s)
Classified By: Tina Kaidanow - PDAS, Office:PM, Agency:U.S. Department of State
Declassify On: 7/12/2043
Reasons: (Derived) Classification derived from previous message(s)

| | |
|---|---|
| **From:** | PM-Staffers Mailbox <PM-StaffersMailbox@state.sgov.gov> |
| **Sent:** | Thursday, July 12, 2018 7:04 PM |
| **To:** | PM-Staffers Mailbox <PM-StaffersMailbox@state.sgov.gov>; PM-TWAR-DL <PM-TWAR-DL@state.sgov.gov> |
| **Subject:** | PM TWAR July 9 - 13, 2018 |
| **Attach:** | 07 11 2018 PM TWAR.docx |

Dear all:

Please find this week's PM TWAR attached.

Best,

Alicia Loucks, Staff Assistant
<u>PM/FO SharePoint</u>
X76604

**Official - SBU**
This message is **UNCLASSIFIED** when separated from **SECRET** attachment(s)
Classified By: Tina Kaidanow - PDAS, Office:PM, Agency:U.S. Department of State
Declassify On: 7/12/2043
Reasons: Derived Per DSCG.

| | |
|---|---|
| **From:** | Miller, Michael F <MillerMF@state.sgov.gov> |
| **Sent:** | Friday, July 27, 2018 3:59 PM |
| **To:** | Abisellan, Eduardo <AbisellanE@state.sgov.gov> |
| **Subject:** | RE: Final: PM/AM/T - Concluding the Department's Settlement with Defense Distributed 201821192 UNCLASSIFIED |

Thanks Ed!

**From:** Abisellan, Eduardo
**Sent:** Friday, July 27, 2018 3:48 PM
**To:** Miller, Michael F
**Subject:** RE: Final: PM/AM/T - Concluding the Department's Settlement with Defense Distributed UNCLASSIFIED



Vr/Ed


**Official**
**UNCLASSIFIED**

**From:** Miller, Michael F
**Sent:** Friday, July 27, 2018 3:44 PM
**To:** Weigold Schultz, Eva A
**Cc:** Carter, Rachel; Abisellan, Eduardo; Heidema, Sarah J
**Subject:** Final: PM/AM/T - Concluding the Department's Settlement with Defense Distributed 201821192 UNCLASSIFIED
**Importance:** High

SBU

Eva,

MM

**From:** PM-Staffers Mailbox
**Sent:** Thursday, July 26, 2018 6:59 PM
**To:** PM-DDTC-Staff-Assistants-DL; Heidema, Sarah J; Hart, Robert L; Miller, Michael F; Davis, Terry L; Shin, Jae E; Koelling, Richard W
**Cc:** PM-Staffers Mailbox; PM-CPA-DL
**Subject:** FW: Final: PM/AM/T - Concluding the Department's Settlement with Defense Distributed 201821192 UNCLASSIFIED
**Importance:** High

FYSA on final. T approved.

Samantha Sison
PM/FO SharePoint
X70561

**From:** EverestMail
**Sent:** Thursday, July 26, 2018 6:44 PM
**To:** Everest_C; Everest_D; Everest_E; Everest_H; Everest_INR; Everest_J; Everest_L; Everest_M; Everest_P; Everest_PA; Everest_PM; Everest_R; Everest_S; SES_FrontOfficeOnly; SES-Line_Only; Everest_SP; Everest_T; SES_FrontOfficeOnly; PF-EverestE-Mail@state.sgov.gov
**Subject:** Final: PM/AM/T - Concluding the Department's Settlement with Defense Distributed 201821192 UNCLASSIFIED

FINAL ACTION has been taken on Package 201821192 Concluding the Department's Settlement with Defense Distributed

**FOR:** T
**ORGANIZATION:** PM
**CO-DRAFTER BUREAU:**
**PACKAGE SUBJECT:** Concluding the Department's Settlement with Defense Distributed
**DOCTYPE:** Action Memo

**LINK:** 201821192 FINAL DOCUMENT (READ-ONLY)

**Official - SBU**
**UNCLASSIFIED**

| | |
|---|---|
| **From:** | Weigold Schultz, Eva A <WeigoldEA@state.sgov.gov> |
| **Sent:** | Friday, July 27, 2018 4:21 PM |
| **To:** | Miller, Michael F <MillerMF@state.sgov.gov> |
| **Cc:** | Carter, Rachel <CarterR@state.sgov.gov>; Abisellan, Eduardo <AbisellanE@state.sgov.gov>; Heidema, Sarah J <HeidemaSJ@state.sgov.gov> |
| **Subject:** | RE: Final: PM/AM/T - Concluding the Department's Settlement with Defense Distributed 201821192 UNCLASSIFIED |

**Official - SBU**
**UNCLASSIFIED**

**From:** Miller, Michael F
**Sent:** Friday, July 27, 2018 3:44 PM
**To:** Weigold Schultz, Eva A
**Cc:** Carter, Rachel; Abisellan, Eduardo; Heidema, Sarah J
**Subject:** Final: PM/AM/T - Concluding the Department's Settlement with Defense Distributed 201821192 UNCLASSIFIED
**Importance:** High

SBU

Eva,

MM

**From:** PM-Staffers Mailbox
**Sent:** Thursday, July 26, 2018 6:59 PM
**To:** PM-DDTC-Staff-Assistants-DL; Heidema, Sarah J; Hart, Robert L; Miller, Michael F; Davis, Terry L; Shin, Jae E; Koelling, Richard W
**Cc:** PM-Staffers Mailbox; PM-CPA-DL
**Subject:** FW: Final: PM/AM/T - Concluding the Department's Settlement with Defense Distributed 201821192 UNCLASSIFIED
**Importance:** High

FYSA on final. T approved.

Samantha Sison
PM/FO SharePoint
X70561

**From:** EverestMail
**Sent:** Thursday, July 26, 2018 6:44 PM

**To:** Everest_C; Everest_D; Everest_E; Everest_H; Everest_INR; Everest_J; Everest_L; Everest_M; Everest_P; Everest_PA; Everest_PM; Everest_R; Everest_S; SES_FrontOfficeOnly; SES-Line_Only; Everest_SP; Everest_T; SES_FrontOfficeOnly; PF-EverestE-Mail@state.sgov.gov
**Subject:** Final: PM/AM/T - Concluding the Department's Settlement with Defense Distributed 201821192 UNCLASSIFIED

FINAL ACTION has been taken on Package 201821192 Concluding the Department's Settlement with Defense Distributed

**FOR:** T
**ORGANIZATION:** PM
**CO-DRAFTER BUREAU:**
**PACKAGE SUBJECT:** Concluding the Department's Settlement with Defense Distributed
**DOCTYPE:** Action Memo

**LINK:** <u>201821192 FINAL DOCUMENT (READ-ONLY)</u>

**Official - SBU**
**UNCLASSIFIED**

CWASHAR0002388

| | |
|---|---|
| **From:** | Miller, Michael F <MillerMF@state.sgov.gov> |
| **Sent:** | Friday, July 27, 2018 5:58 PM |
| **To:** | Abisellan, Eduardo <AbisellanE@state.sgov.gov> |
| **Cc:** | Thompson, Andrea L <ThompsonAL@state.sgov.gov>; Kaidanow, Tina S <KaidanowTS@state.sgov.gov>; Litzenberger, Earle D <LitzenbergerED@state.sgov.gov>; Tucker, Maureen E <TuckerME@state.sgov.gov>; Chandler, Karen R <ChandlerKR@state.sgov.gov>; Fabry, Steven F <FabrySF@state.sgov.gov>; Rogers, Shana A <RogersSA2@state.sgov.gov>; Carter, Rachel <CarterR@state.sgov.gov>; Weigold Schultz, Eva A <WeigoldEA@state.sgov.gov>; Heidema, Sarah J <HeidemaSJ@state.sgov.gov> |
| **Subject:** | RE: PM/AM/T - Concluding the Department's Settlement with Defense Distributed 201821192 UNCLASSIFIED |

Ed,

███████████████████████

Cheers,
Mike

++++++++++++++++++++
**Mike Miller**
Acting Deputy Assistant Secretary
Bureau of Political-Military Affairs
U.S. Department of State
202-663-2861

**From:** Abisellan, Eduardo
**Sent:** Friday, July 27, 2018 5:53 PM
**To:** Miller, Michael F
**Cc:** Thompson, Andrea L; Kaidanow, Tina S; Litzenberger, Earle D; Tucker, Maureen E; Chandler, Karen R; Fabry, Steven F
**Subject:** PM/AM/T - Concluding the Department's Settlement with Defense Distributed 201821192 UNCLASSIFIED

Mike,

█████████████████████████████████████

- A temporary modification to USML Category I that excludes enumerated technical data at issue in the litigation pursuant to ITAR § 126.2; and
- To issue a letter to DD that, consistent with ITAR § 125.4(b)(13), advises that the State Department is a cognizant U.S. government agency with authority to approve technical data for public release and grants approval for the technical data enumerated in the letter to be released into the public domain.

████████████████████████████████████████T
recommends taking the mandated second and third actions identified above.

Best regards, Ed

CWASHAR0002389

**Official**
**UNCLASSIFIED**

---

**From:** Miller, Michael F
**Sent:** Friday, July 27, 2018 3:44 PM
**To:** Weigold Schultz, Eva A
**Cc:** Carter, Rachel; Abisellan, Eduardo; Heidema, Sarah J
**Subject:** Final: PM/AM/T - Concluding the Department's Settlement with Defense Distributed 201821192 UNCLASSIFIED
**Importance:** High

SBU

Eva,



MM

---

**From:** PM-Staffers Mailbox
**Sent:** Thursday, July 26, 2018 6:59 PM
**To:** PM-DDTC-Staff-Assistants-DL; Heidema, Sarah J; Hart, Robert L; Miller, Michael F; Davis, Terry L; Shin, Jae E; Koelling, Richard W
**Cc:** PM-Staffers Mailbox; PM-CPA-DL
**Subject:** FW: Final: PM/AM/T - Concluding the Department's Settlement with Defense Distributed 201821192 UNCLASSIFIED
**Importance:** High

FYSA on final. T approved.

Samantha Sison
PM/FO SharePoint
X70561

**From:** EverestMail
**Sent:** Thursday, July 26, 2018 6:44 PM
**To:** Everest_C; Everest_D; Everest_E; Everest_H; Everest_INR; Everest_J; Everest_L; Everest_M; Everest_P; Everest_PA; Everest_PM; Everest_R; Everest_S; SES_FrontOfficeOnly; SES-Line_Only; Everest_SP; Everest_T; SES_FrontOfficeOnly; PF-EverestE-Mail@state.sgov.gov
**Subject:** Final: PM/AM/T - Concluding the Department's Settlement with Defense Distributed 201821192 UNCLASSIFIED

FINAL ACTION has been taken on Package 201821192 Concluding the Department's Settlement with Defense Distributed

**FOR:** T
**ORGANIZATION:** PM
**CO-DRAFTER BUREAU:**
**PACKAGE SUBJECT:**  Concluding the Department's Settlement with Defense Distributed

CWASHAR0002390

**DOCTYPE:** Action Memo

**LINK:** <u>201821192 FINAL DOCUMENT (READ-ONLY)</u>

**Official - SBU**
**UNCLASSIFIED**

## SETTLEMENT AGREEMENT

Defense Distributed ("DD"), Second Amendment Foundation, Inc. ("SAF"), and Conn Williamson (collectively, "Plaintiffs,") and the United States Department of State ("State"), the Secretary of State, the Directorate of Defense Trade Controls ("DDTC"), the Deputy Assistant Secretary, Defense Trade Controls, and the Director, Office of Defense Trade Controls Policy (collectively, "Defendants"), out of a mutual desire to resolve all of the claims in the case captioned *Defense Distributed, et al. v. Dep't of State, et al.*, Case No. 15-cv-372-RP (W.D. Tex.) (the "Action") without the need for further litigation and without any admission of liability, hereby stipulate and agree as follows:

Plaintiffs and Defendants do hereby settle all claims, issues, complaints, or actions described in the case captioned, and any and all other claims, complaints, or issues that have been or could have been asserted by Plaintiffs against Defendants in accordance with the following terms and conditions:

1.     *Consideration*: In consideration of Plaintiffs' agreement to dismiss the claims in the Action with prejudice as described in paragraph 2, below, Defendants agree to the following, in accordance with the definitions set forth in paragraph 12, below:

    (a)     Defendants' commitment to draft and to fully pursue, to the extent authorized by law (including the Administrative Procedure Act), the publication in the <u>Federal Register</u> of a notice of proposed rulemaking and final rule, revising USML Category I to exclude the technical data that is the subject of the Action.

    (b)     Defendants' announcement, while the above-referenced final rule is in development, of a temporary modification, consistent with the International

CWASHAR0002393

Traffic in Arms Regulations (ITAR), 22 C.F.R. § 126.2, of USML Category I to exclude the technical data that is the subject of the Action. The announcement will appear on the DDTC website, www.pmddtc.state.gov, on or before July 27, 2018.

(c)     Defendants' issuance of a letter to Plaintiffs on or before July 27, 2018, signed by the Deputy Assistant Secretary for Defense Trade Controls, advising that the Published Files, Ghost Gunner Files, and CAD Files are approved for public release (i.e., unlimited distribution) in any form and are exempt from the export licensing requirements of the ITAR because they satisfy the criteria of 22 C.F.R. § 125.4(b)(13). For the purposes of 22 C.F.R. § 125.4(b)(13) the Department of State is the cognizant U.S. Government department or agency, and the Directorate of Defense Trade Controls has delegated authority to issue this approval.

(d)     Defendants' acknowledgment and agreement that the temporary modification of USML Category I permits any United States person, to include DD's customers and SAF's members, to access, discuss, use, reproduce, or otherwise benefit from the technical data that is the subject of the Action, and that the letter to Plaintiffs permits any such person to access, discuss, use, reproduce or otherwise benefit from the Published Files, Ghost Gunner Files, and CAD Files.

(e)     Payment in the amount of $39,581.00. This figure is inclusive of any interest and is the only payment that will be made to Plaintiffs or their counsel by Defendants under this Settlement Agreement. Plaintiffs' counsel will provide Defendants'

2

CWASHAR0002394

counsel with all information necessary to effectuate this payment.

The items set forth in subparagraphs (a) through (e) above constitute all relief to be provided in settlement of the Action, including all damages or other monetary relief, equitable relief, declaratory relief, or relief of any form, including but not limited to, attorneys' fees, costs, and/or relief recoverable pursuant to 2 U.S.C. § 1302, 2 U.S.C. § 1311, 2 U.S.C. § 1317, 22 U.S.C. § 6432b(g), 28 U.S.C. § 1920, Fed. R. Civ. P. 54(d), and the Local Rules.

2.  *Dismissal with Prejudice:* At the time of the execution of this Settlement Agreement, Plaintiffs agree to have their counsel execute and provide to Defendants' counsel an original Stipulation for Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(a)(1)(B).  Counsel for Defendants agree to execute the stipulation and file it with the Court in the Action, no sooner than 5 business days after the publication of the announcement described in Paragraph 1(b) of this Settlement Agreement and issuance of the letter described in Paragraph 1(c) of this Settlement Agreement. A copy of the Stipulation for Dismissal with Prejudice is attached hereto.

3.  *Release:* Plaintiffs, for themselves and their administrators, heirs, representatives, successors, or assigns, hereby waive, release and forever discharge Defendants, and all of their components, offices or establishments, and any officers, employees, agents, or successors of any such components, offices or establishments, either in their official or

3

CWASHAR0002395

individual capacities, from any and all claims, demands and causes of action of every kind, nature or description, whether currently known or unknown, which Plaintiffs may have had, may now have, or may hereafter discover that were or could have been raised in the Action.

4.     *No Admission of Liability:* This Settlement Agreement is not and shall not be construed as an admission by Defendants of the truth of any allegation or the validity of any claim asserted in the Action, or of Defendants' liability therein. Nor is it a concession or an admission of any fault or omission in any act or failure to act. Nor is it a concession or admission as to whether the monetary or equitable relief, attorneys' fees, costs, and expenses sought by Plaintiffs in the Action, are reasonable or appropriate. None of the terms of the Settlement Agreement may be offered or received in evidence or in any way referred to in any civil, criminal, or administrative action other than proceedings permitted by law, if any, that may be necessary to consummate or enforce this Settlement Agreement. The terms of this Settlement Agreement shall not be construed as an admission by Defendants that the consideration to be given hereunder represents the relief that could be recovered after trial. Defendants deny that they engaged in *ultra vires* actions, deny that they violated the First Amendment, Second Amendment, or Fifth Amendment of the United States Constitution, and maintain that all of the actions taken by Defendants with respect to Plaintiffs comply fully with the law, including the United States Constitution.

4

CWASHAR0002396

5.    *Merger Clause:* The terms of this Settlement Agreement constitute the entire agreement
of Plaintiffs and Defendants entered into in good faith, and no statement, remark,
agreement or understanding, oral or written, which is not contained therein, shall be
recognized or enforced. Plaintiffs acknowledge and agree that no promise or
representation not contained in this Settlement Agreement has been made to them and
they acknowledge and represent that this Settlement Agreement contains the entire
understanding between Plaintiffs and Defendants and contains all terms and conditions
pertaining to the compromise and settlement of the disputes referenced herein. Nor does
the Parties' agreement to this Settlement Agreement reflect any agreed-upon purpose
other than the desire of the Parties to reach a full and final conclusion of the Action, and
to resolve the Action without the time and expense of further litigation.

6.    *Amendments:* This Settlement Agreement cannot be modified or amended except by an
instrument in writing, agreed to and signed by the Parties, nor shall any provision hereof
be waived other than by a written waiver, signed by the Parties.

7.    *Binding Successors:* This Settlement Agreement shall be binding upon and inure to the
benefit of Plaintiffs and Defendants, and their respective heirs, executors, successors,
assigns and personal representatives, including any persons, entities, departments or
agencies succeeding to the interests or obligations of the Parties.

5

CWASHAR0002397

8.     *Consultation with Counsel:* Plaintiffs acknowledges that they have discussed this
       Settlement Agreement with their counsel, who has explained these documents to them
       and that they understand all of the terms and conditions of this Settlement Agreement.
       Plaintiffs further acknowledge that they have read this Settlement Agreement, understand
       the contents thereof, and execute this Settlement Agreement of their own free act and
       deed. The undersigned represent that they are fully authorized to enter into this
       Settlement Agreement.

9.     *Execution:* This Settlement Agreement may be executed in one or more counterparts,
       each of which shall be deemed an original, and all of which together constitute one and
       the same instrument, and photographic copies of such signed counterparts may be used in
       lieu of the original.

10.    *Jointly Drafted Agreement:* This Settlement Agreement shall be considered a jointly
       drafted agreement and shall not be construed against any party as the drafter.

11.    *Tax and Other Consequences:* Compliance with all applicable federal, state, and local tax
       requirements shall be the sole responsibility of Plaintiffs and their counsel. Plaintiffs and
       Defendants agree that nothing in this Settlement Agreement waives or modifies federal,
       state, or local law pertaining to taxes, offsets, levies, and liens that may apply to this

CWASHAR0002398

Settlement Agreement or the settlement proceeds, and that Plaintiffs are executing this Settlement Agreement without reliance on any representation by Defendants as to the application of any such law.

12.   *Definitions*: As used in this Settlement Agreement, certain terms are defined as follows:

- The phrase *"Published Files"* means the files described in paragraph 25 of Plaintiffs' Second Amended Complaint.
- The phrase *"Ghost Gunner Files"* means the files described in paragraph 36 of Plaintiffs' Second Amended Complaint.
- The phrase *"CAD Files"* means the files described in paragraph 40 of Plaintiffs' Second Amended Complaint.
- The phrase *"Other Files"* means the files described in paragraphs 44-45 of Plaintiffs' Second Amended Complaint.
- The phrase *"Military Equipment"* means (1) Drum and other magazines for firearms to .50 caliber (12.7 mm) inclusive with a capacity greater than 50 rounds, regardless of jurisdiction of the firearm, and specially designed parts and components therefor; (2) Parts and components specially designed for conversion of a semi-automatic firearm to a fully automatic firearm; (3) Accessories or attachments specially designed to automatically stabilize aim (other than gun rests) or for automatic targeting, and specially designed parts and components therefor.
- The phrase *"technical data that is the subject of the Action"* means: (1) the Published Files; (2) the Ghost Gunner Files; (3) the CAD Files; and (4) the Other Files insofar as those files regard items exclusively: (a) in Category I(a) of the United States Munitions List (USML), as well as barrels and receivers covered by Category I(g) of the USML that are components of such items; or (b) items

7

CWASHAR0002399

covered by Category I(h) of the USML solely by reference to Category I(a), excluding Military Equipment.

Dated: _____, 2018

Dated: __June 29__, 2018

_____
Matthew A. Goldstein
Snell & Wilmer LLP
One South Church Ave. Ste. 1500
Tucson, Arizona 85701
*Counsel for Plaintiffs*

Dated: _____, 2018

_____
Eric J. Soskin
Stuart J. Robinson
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20001
Tel. (202) 353-0533

*Counsel for Defendants*

8

CWASHAR0002400

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

DEFENSE DISTRIBUTED, et al.,
　　　Plaintiffs,

v.

U.S. DEPARTMENT OF STATE, et al.,
　　　Defendants.

§
§
§
§
§
§
§

No. 1:15-cv-372-RP

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(1)(B), and a

settlement agreement among Plaintiffs (Defense Distributed, Second Amendment Foundation,

Inc., and Conn Williamson) and Defendants (the United States Department of State, the

Secretary of State, the Directorate of Defense Trade Controls, the Deputy Assistant Secretary,

Defense Trade Controls, and the Director, Office of Defense Trade Controls Policy), the

Plaintiffs and the Defendants hereby stipulate to the dismissal with prejudice of this action.

Dated: June 29, 2018

Matthew Goldstein
D.C. Bar No. 975000*
Snell & Wilmer LLP
One South Church Ave., Ste. 1500
Tucson, Arizona 85701
520.882.1248 / Fax 520.884.1294
mgoldstein@swlaw.com

Alan Gura
Virginia Bar No. 68842*
Gura PLLC
916 Prince Street, Suite 107
Alexandria, Virginia 22314

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

ANTHONY J. COPPOLINO
Deputy Branch Director
Federal Programs Branch

ERIC J. SOSKIN
Pennsylvania Bar No. 200663
Senior Trial Counsel

1

CWASHAR0002401

703.835.9085/Fax 703.997.7665

alan@guraplllc.com
William T. "Tommy" Jacks
Texas State Bar No. 10452000
David S. Morris
Texas State Bar No. 24032877
FISH & RICHARDSON P.C.
111 Congress Avenue, Suite 810
Austin, Texas 78701
512.472.5070 / Fax 512.320.8935
jacks@fr.com
dmorris@fr.com

Josh Blackman
Virginia Bar No. 78292
1303 San Jacinto Street
Houston, Texas 77002
202.294.9003/Fax: 713.646.1766
joshblackman@gmail.com

*Attorneys for Plaintiffs*

*Admitted pro hac vice

STUART J. ROBINSON
California Bar No. 267183
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 7116
Washington, DC 20530
Phone: (202) 514-1500
Fax: (202) 616-8470
Email: Eric.Soskin@usdoj.gov

*Attorneys for Defendants*

2

CWASHAR0002402

BOB CORKER, TENNESSEE, CHAIRMAN

JAMES E. RISCH, IDAHO
MARCO RUBIO, FLORIDA
RON JOHNSON, WISCONSIN
JEFF FLAKE, ARIZONA
CORY GARDNER, COLORADO
TODD YOUNG, INDIANA
JOHN BARRASSO, WYOMING
JOHNNY ISAKSON, GEORGIA
ROB PORTMAN, OHIO
RAND PAUL, KENTUCKY

ROBERT MENENDEZ, NEW JERSEY
BENJAMIN L. CARDIN, MARYLAND
JEANNE SHAHEEN, NEW HAMPSHIRE
CHRISTOPHER A. COONS, DELAWARE
TOM UDALL, NEW MEXICO
CHRISTOPHER MURPHY, CONNECTICUT
TIM KAINE, VIRGINIA
EDWARD J. MARKEY, MASSACHUSETTS
JEFF MERKLEY, OREGON
CORY A. BOOKER, NEW JERSEY

## United States Senate

COMMITTEE ON FOREIGN RELATIONS

WASHINGTON, DC 20510–6225

July 25, 2018

RECEIVED  2018 JUL 26  A 7 46  LEGISLATIVE AFFAIRS

The Honorable Michael Pompeo
Secretary of State
U.S. Department of State
2201 C Street NW
Washington, DC 20520

Dear Secretary Pompeo:

The Department of State is about to permit the public, worldwide release of dangerous information on the 3D printing of functional firearms that are undetectable by standard security measures. Such a release would allow any foreign or domestic person, including arms traffickers, terrorists, transnational criminals, and domestic abusers to effectively "download" a gun, making it much easier to evade security measures and obtain a weapon. This decision is not only alarming and irresponsible, but one that appears to evade statutory requirements and skirts an ongoing regulatory review process.

Recently, the Department settled a lawsuit by a U.S. firm seeking to post blueprints and other information on the Internet that would allow anyone with a 3D printer to create plastic firearms. Based on reports of the terms of the settlement, the Department has now agreed that the information can be exempt from the export licensing requirements of the International Trafficking in Arms Regulations (ITAR). Even more troubling, the Department also agreed to temporarily suspend the relevant ITAR restrictions to allow this otherwise prohibited dissemination.

Yet this "temporary" suspension will effectively allow a permanent and continuing export. Once posted on the Internet, these files will be shared, downloaded, and used to create firearms. As such, this action is tantamount to a permanent removal of an item from the United States Munitions List, but without the 30-day notice to the Senate Foreign Relations Committee and House Foreign Affairs Committee as required by the Arms Export Control Act.

It is hard to see how making it easier for criminal and terrorist organizations to obtain untraceable weapons is in the foreign policy and national security interests of the United States. This action by the State Department makes the work of U.S. and international law enforcement and counter-terrorism agencies—and the U.S. Transportation Security Agency—all the more difficult and heightens the risk to innocent Americans and others from terrorist and extremist attacks. Moreover, the domestic risk cannot be understated, especially with the high rates of gun violence in our schools, churches, clubs and public gathering places. The release of these blueprints permits anyone, even those banned from gun ownership due to a criminal

LMO/TD

conviction, to build their own gun. These "ghost guns" also pose a problem for law enforcement as such firearms lack a serial number and are thus untraceable.

Given the far-reaching and dangerous consequences of this decision, I urge you to immediately review and reconsider the Department's position, and to ensure that this and any other decision regarding arms export control complies fully with the letter and spirit of the Arms Export Control Act. Further, any release should not occur until the Department, Congress, and the public have ample time to review the consequences of this action.

Sincerely,

Robert Menendez
Ranking Member

# United States Senate

WASHINGTON, DC 20510

July 23, 2018

The Honorable Jeff Sessions
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Dear Attorney General Sessions:

We write with great alarm over the decision last month by the Department of Justice (DOJ) to
settle the lawsuit brought against the State Department by the gun rights advocacy groups
Defense Distributed and the Second Amendment Foundation.

In 2015, Defense Distributed and the Second Amendment Foundation sued the State Department,
challenging the State Department's decision that Defense Distributed violated federal export
controls and its demand that Defense Distributed remove from the internet its blueprints for
three-dimensional ("3-D") printable firearms. Throughout the course of the lawsuit, the
government maintained that its position was well-supported under the Arms Export Control Act
and the International Traffic in Arms Regulations. Indeed, as recently as April 2018, the
government filed a motion to dismiss in which it argued that "[w]hatever informational value
there may be in the process by which 3-D printing occurs," Defense Distributed's Computer
Aided Design files "are indispensable to a [3-D] printing process used to create firearms and
their components," and "are also functional, directly facilitate the manufacture of weapons, and
may properly be regulated for export."[i]

In a stunning reversal of course last month, DOJ settled the suit and agreed to allow for the
public release of Defense Distributed's 3-D firearm printing tutorials in any form. The
government also made the puzzling decision to pay nearly $40,000 in legal fees to the plaintiffs
using taxpayer dollars.

This settlement is inconsistent with DOJ's previous position and is as dangerous as it is
confounding. The settlement will allow these tutorials to be posted online for unlimited
distribution to anyone — including felons and terrorists — both here in the United States and
abroad. It also sets a dangerous precedent in defending against other legally sound
determinations made by the State Department under the Arms Export Control Act and the
International Traffic in Arms Regulations.

We are alarmed by this settlement and request an immediate explanation for DOJ's and the State
Department's abrupt and dangerous reversal of course. We ask that, prior to August 1, 2018,

---

[i] *Defense Distributed v. U.S. Dep't of State*, Case 1:15-cv-00372-RP, Defs.' Mot. Dismiss
Second Am. Compl., at 1 (W.D. Tex. Apr. 6, 2018).

1

DOJ provide us with a copy of the fully executed settlement agreement, and a written explanation and briefing on the reasoning behind the decision to settle this litigation in the manner it did. The American people have a right to know why their government agreed to such a dangerous outcome.

Thank you for your prompt attention to this matter. Should you have any questions about this request, please contact Callan Bruzzone of Senator Markey's staff at 202-224-2742.

Sincerely,

Edward J. Markey
United States Senator

Bill Nelson
United States Senator

Richard Blumenthal
United States Senator

Christopher S. Murphy
United States Senator

Dianne Feinstein
United States Senator

2



**United States Department of State**
*Bureau of Political-Military Affairs*
*Directorate of Defense Trade Controls*
*Washington, D.C. 20522-0112*

Cody R. Wilson, Defense Distributed, and Second Amendment Foundation, Inc.
c/o Matthew A. Goldstein
Matthew A. Goldstein, PLLC
1875 Connecticut Ave NW, 10th Floor
Washington, DC 20009

RE:   Directorate of Defense Trade Controls Approval of Certain Files for Public Release

Dear Mr. Wilson, Defense Distributed, and Second Amendment Foundation, Inc.:

   This letter is provided in accordance with section 1(c) of the Settlement Agreement in the matter of *Defense Distributed, et al., v. U.S. Department of State, et al.,* No. 15-cv-372-RP (W.D. Tx.) (hereinafter referred to as "*Defense Distributed*"). As used in this letter,

   - The phrase "Published Files" means the files described in paragraph 25 of Plaintiffs' Second Amended Complaint in *Defense Distributed.*
   - The phrase "Ghost Gunner Files" means the files described in paragraph 36 of Plaintiffs' Second Amended Complaint in *Defense Distributed.*
   - The phrase "CAD Files" means the files described in paragraph 40 of Plaintiffs' Second Amended Complaint in *Defense Distributed.*

   The Department understands that Defense Distributed submitted the Published Files, Ghost Gunner Files, and CAD Files to the Department of Defense's Defense Office of Prepublication and Security Review (DOPSR) in 2014 to request review for approval for public release pursuant to International Traffic in Arms Regulations (ITAR) § 125.4(b)(13). It is our further understanding that DOPSR did not make a determination on the eligibility of these files for release, but instead referred you to the Directorate of Defense Trade Controls (DDTC) regarding public release of these files.

I advise you that for the purposes of International Traffic in Arms Regulations (ITAR) § 125.4(b)(13), the Department of State is a cognizant U.S. government department or agency, and DDTC has authority to issue the requisite approval for public release. To that end, I approve the Published Files, Ghost Gunner Files, and CAD Files for public release (i.e., unlimited distribution). As set forth in ITAR §125.4(b)(13), technical data approved for public release by the cognizant U.S. government department or agency is not subject to the licensing requirements of the ITAR.

Sincerely,

Acting Deputy Assistant Secretary for the
Directorate of Defense Trade Controls

CWASHAR0002408

Approved:

Drafted:

Cleared:

CWASHAR0002409