Both South Korean companies mentioned heavy rains in their descriptions of the disaster. But Ian Baird, a geography professor at the University of Wisconsin, Madison, who specializes in Laos and has studied the hydropower project, said he believed the problem was either faulty construction or a decision to store too much water in the dam's reservoir at a time when heavy rain should have been expected.

"When at the end of July do we not get rain in this part of the world?" he asked.

The companies are "trying to play this out as a natural disaster that wasn't their fault," he said. "I don't believe that for a second."

Xe-Pian Xe-Namnoy Power Company could not be reached by telephone on Thursday.

The United Nations has said that eight villages were affected by the flooding. Experts and displaced villagers said in interviews this week that the number could be 11 or more. Some were probably in an area that is extremely isolated in the rainy season, even without a major flood event, Professor Baird said.

"I'm sure there are still lots of people who nobody has reached yet," Professor Baird said. Some people might have scrambled to higher ground, but it would depend on when they were notified of the threat.

A day after the accident, the United Nations reported that 14 bridges had been damaged in Laos and at least 1,494 people there had been evacuated to emergency shelters. It said helicopters and boats were the only means of transportation in the affected areas of Attapeu Province, where rates of child malnutrition are among the highest in the country.

On Thursday, a reporter who traveled into the affected area — a three-hour drive on bumpy roads from Attapeu Town — saw military personnel and volunteers from several countries steering boats through the floodwaters in a grim search for bodies. Some people there were beginning to return to villages that had been underwater earlier in the week, only to find that all their possessions had been destroyed.

Octavian Bivol, the Unicef representative in Laos, said on Thursday that while the agency was providing the Laotian authorities with soap, jerrycans and other supplies to assist the equivalent of 1,500 households, the primary challenge was that so many of the flood victims were so isolated.

At least some of the affected villages had no warning of the lethal threat racing toward them.

Silam, a 25-year-old woman from southern Laos with two children, said in an interview that she had escaped the floods on Monday night after receiving a phone call not from the government, but from one of her relatives who was in a nearby rice paddy.

The relative told her to leave the house and move to higher ground "because the water was coming," she recalled, speaking in a shelter in the southern town of Paksong on Wednesday evening. "I was so scared."

Bruce Shoemaker, an independent expert on hydropower in Laos, said that the dam was already "a slow-moving humanitarian and ecological disaster" even before the accident on Monday, in part because all the water diversion was a severe threat to downstream fisheries, the main source of protein for local people.

"The big thing is there's a very poor regulatory environment in Laos," said Mr. Shoemaker, a co-editor of the book "Dead in the Water: Global Lessons from the World Bank's Model Hydropower Project in Laos."

"Private companies get these concessions and there's very little oversight of how they're implementing it," he added, "and that is pervasive throughout the hydropower sector."

Reporting was contributed by Ben C. Solomon from Attapeu Province; Julia Wallace from Phnom Penh, Cambodia; Richard C. Paddock from Bangkok; Choe Sang-Hun from Seoul, South Korea; and Muktita Suhartono from Jakarta, Indonesia.

Back To Top

## New Zealand Grants Domestic Violence Victims Paid Leave (Graham-McLay, NYT)
Friday, July 27, 2018
New York Times
By Charlotte Graham-McLay

WELLINGTON, New Zealand — New Zealand will grant victims of domestic violence paid leave from work, in a move that activists say will give people the time to move out and seek shelter for themselves and their children without losing their jobs.

Members of Parliament approved a bill allowing the change by a vote of 63 to 57 on Wednesday night, giving domestic abuse survivors, as well as those caring for young victims, 10 days off from work in addition to their regular paid vacations.

The measure, known as the domestic violence victims' protection bill, will take effect next April, making New Zealand the second country in the world to pass such legislation, after the Philippines.

Jan Logie, a lawmaker for the left-leaning Green Party who proposed the bill in 2016, said gender-based violence had become "entrenched" in New Zealand and "reaches into

WASHAR0003372

workplaces," with victims often turning up late or missing work altogether.

Ms. Logie said that existing leave allowances were not enough for victims to "deal with the courts, find a new house, go to counseling or support their children dealing with trauma."

"It doesn't make sense to tell victims we want them to leave and then force them into poverty when they do," she said.

New Zealand gave all women the right to vote in 1893, the first self-governing country in the world to do so, and its prime minister, Jacinda Ardern — currently on parental leave — is the third woman to hold the job. But its domestic and sexual violence rates are among the highest in the world.

A 2011 United Nations report said that 30 percent of women in New Zealand had suffered domestic abuse in the previous decade, with 14 percent experiencing sexual violence. A 2017 report in The New Zealand Herald said that the country had "the worst rate of family and intimate-partner violence in the world," estimating that 525,000 New Zealanders were harmed every year.

"In this beautiful, gutsy, vibrant country of ours, police are called out to a family violence incident every four minutes," Ms. Logie told Parliament in a speech before the bill was passed.

She said that research from Women's Refuge, the advocacy organization where she worked before becoming a lawmaker, had found that 60 percent of women in abusive partnerships had full-time jobs when the relationship began, but less than half managed to stay in work.

"Those who stayed faced numerous hardships affecting their future employment prospects, and those who left found it difficult to re-enter the work force," Ms. Logie said, adding that victims had told her they had been forced to quit jobs, or had been stalked or harassed at work because their former partners knew where to find them.

The law also allows victims of domestic violence to request flexible working arrangements and gives them protection from discrimination.

Lawmakers from New Zealand's center-right opposition parties voted against the bill, with some who had supported it changing their minds. The opponents argued that extra leave would be too expensive for employers, and suggested that the government should foot the bill instead.

"We believe it will have perverse outcomes for women in the workplace," said Mark Mitchell, a National Party lawmaker.

Ms. Logie rejected that view, telling the Parliament: "We are working off rigorous economic and social research from New Zealand and Australia grounded in the experiences of workplaces already offering these types of protections."

The cost of putting the policy in place would be "rapidly offset" by the returns from "lower turnover and increased productivity," Ms. Logie added.

While some businesses already offer paid leave for victims of family violence, the vote by New Zealand's government enshrined the practice in law. In Australia, victims of domestic abuse are allowed five days' unpaid leave.

New Zealand's anti-violence groups welcomed the change in law. Holly Carrington, a spokeswoman for the advocacy organization Shine, said domestic violence was already costing businesses — "not just financially, but, more importantly, the human toll."

"Without support from their employer, work is not a safe place for victims of domestic violence," she said, "and these staff get judged and blamed for resulting performance issues and often end up leaving their job."

In May, Ms. Ardern announced a $52 million increase for family violence services throughout the country over four years. It was the first funding boost for the sector in a decade.

She took office in October on a platform that promised change for ordinary New Zealanders, particularly on women's and children's issues.

Back To Top

## Japan Executes 6 Members Of Cult Behind Sarin Attack (Chan, NYT)
**Friday, July 27, 2018**
<u>New York Times</u>
By Angie Chan

HONG KONG — Japan on Thursday executed all six former members of the Aum Shinrikyo doomsday cult who remained on death row after the execution of the group's founder and six other members earlier this month, Japan's Justice Ministry said.

The six — Satoru Hashimoto, Toru Toyoda, Kenichi Hirose, Yasuo Hayashi, Masato Yokoyama and Kazuaki Okazaki — were convicted of involvement in one or more of three crimes: the 1995 sarin nerve gas attack on the Tokyo subway system, another sarin attack in Nagano Prefecture, in 1994, and the murders of a lawyer, his wife and their baby son in 1989.

"After 20 years of investigation, the execution is adequate — although some people say we should hear more from them" in terms of contrition, said Masaharu Yamada, a former police officer who investigated the attacks by the group. "Taking into

WASHAR0003373

account the agony and sorrow of victims and their families, it may be too late."

The executions came nearly three weeks after officials carried out death sentences against Shoko Asahara, the group's mastermind, and six of his former followers.

The three attacks, which the courts said were committed to further Mr. Asahara's bid to "control Japan in the name of salvation," caused the deaths of 29 people. The most notorious case, the sarin nerve gas attack on the Tokyo subway system, killed 13 people and injured thousands, making it the largest attack in Japan since World War II.

Japan remains one of the few developed countries to maintain the use of capital punishment for murders by hanging. Inmates and family members are only notified of the execution on the day it is carried out. Despite international condemnation, public support for the death penalty remains high in Japan.

Hisako Ueno and Makiko Inoue contributed reporting from Tokyo.

Back To Top

## Indonesia Graft Buster Returns To Work After Acid Attack (Karmini, AP)
**Friday, July 27, 2018**
<u>Associated Press</u>
By Niniek Karmini

JAKARTA, Indonesia (AP) — An anti-corruption investigator almost blinded by an acid attack urged Indonesia's President Joko "Jokowi" Widodo to set up a fact-finding team to solve his case as he returned to work Friday 16 months after the assault.

Activists and anti-graft officials, showing solidarity by wearing white shirts and red arm bands, cheered and clapped Novel Baswedan as he arrived at the headquarters of the Corruption Eradication Commission in Jakarta.

A banner with a picture of Baswedan was emblazoned with the words: "Mr. President, where is your promise?" and "16 months the case of Novel in the darkness."

Baswedan was leading investigations into an epic graft scandal that implicated prominent politicians when he was attacked last year as he left dawn prayers. No one has been arrested and Baswedan has criticized police handling of the investigation.

"I hope Mr. President wants to know the real facts," he told reporters.

After the attack, Baswedan underwent months of medical treatment in Singapore to treat his damaged eyes.

He said vision in his left eye is not fully restored but it has recovered much better than he'd thought possible.

"I thought I could not see as you all can see, but now, I can see," he said. "I will use my vision for good and useful things as God's blessings given to me," Baswedan said. "This blessing should be followed by action, by working. I love my job and now I'm back."

Baswedan was leading investigations into in a case in which 80 people, mostly officials and legislators, and several companies allegedly used the introduction of a $440 million electronic identity card system in 2011 and 2012 to steal more than a third of the funds.

Senior Golkar party politician and former speaker of parliament Setya Novanto was sentenced in April to 15 years in prison for his role in coordinating the $170 million theft of public money.

Baswedan has also been involved in investigations of alleged corruption involving senior police.

Corruption is endemic in Indonesia and the anti-graft commission, one of the few effective institutions in the country of more than 260 million people, is frequently under legislative attack by lawmakers who want to reduce its powers.

Agus Rahardjo, chief of the anti-graft commission, said Baswedan's return to work will bring new spirit and inspiration for the commission in its fight against corruption.

"He is our role model to make the best contribution to the nation," Rahardjo said.

Copyright 2018 Associated Press. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

Back To Top

# SOUTH & CENTRAL ASIA

## Cricket Legend Imran Khan Claims Election Victory In Pakistan As Opponents Cry Foul (Bengali, LAT)
**Thursday, July 26, 2018**
<u>Los Angeles Times</u>
By Shashank Bengali

Imran Khan, a cricket legend turned anti-corruption agitator, claimed a resounding victory Thursday and was poised to become Pakistan's next prime minister after an election that was tarnished by allegations that the army had rigged the campaign in his favor.

WASHAR0003374

With 228 of 270 National Assembly races decided, Khan's party had won 108 seats, nearly twice as many as his closest rival, according to unofficial results published by the newspaper Dawn. Final results were delayed until Friday because of technical problems, Pakistan's election commission said. But the only drama left was whether Khan would gain an outright majority or need to form a coalition government.

Khan, 65, became the latest celebrity to parlay star power into political power by railing against corrupt elites and championing populist ideas tinged with religious conservatism. His rise opens new questions for two of Pakistan's most troubled relationships: with nuclear-armed rival India, where the media dub him "Taliban Khan" for his coziness with Islamist groups, and with the United States, which he has blasted as an occupying force in neighboring Afghanistan.

Khan is likely to defer authority over those areas to Pakistan's powerful military establishment — perhaps the biggest winner in Wednesday's vote. The last elected prime minister, Nawaz Sharif, who attempted to assert his own foreign policy, was dismissed on corruption charges in an ouster apparently orchestrated by the army, which appears to have also coerced some of his allies to support Khan in the election.

"Khan's victory means that the military is now 100% in the driver's seat on policy issues with regard to the U.S., with regard to Afghanistan, India, militancy, security issues," said Shamila N. Chaudhary, former Pakistan director on the National Security Council during the Obama administration.

"It essentially gives the military all the space it has ever wanted to pursue its national security policies the way it wants to," she said.

In the short term, that could mean more tension with the United States. President Trump in January suspended hundreds of millions of dollars in security assistance after accusing Pakistan of failing to curb militants, including the Taliban, whose battlefield gains have drawn the U.S. military back into a fighting role in Afghanistan.

But since then, U.S. officials say they have seen little change in Pakistan's pursuit of anti-American extremists.

Allies of the militant leader Hafiz Saeed, who is wanted by the U.S. for his alleged role in 2008 terrorist attacks in Mumbai, India, were allowed to run as candidates in the election. And last month an international monitoring group placed Pakistan on a watch list for taking inadequate steps to combat terrorism financing.

Pakistan has long denied allegations that it supports Taliban leaders based on its soil. As the U.S. explores direct negotiations with the Taliban for the first time in an effort to end the 17-year Afghanistan war, it is likely to renew pressure on Pakistan to help bring militant leaders to the table.

"The problem is that no civilian leader has been able to scale back the problem of the military's dominance in foreign policy and national security — and I don't think Imran Khan is going to raise any questions," said Alyssa Ayres, a South Asia expert at the Council on Foreign Relations.

"There are just no signs that an Imran Khan-led government is one that will want to take on a positive leadership role in the relationship with the U.S.," she said.

In a televised victory speech, Khan spoke in conciliatory terms about the United States and India. He also praised Western countries as he pledged to improve accountability for corruption, saying that "if the West has been successful, it's because the law is the same for everybody."

The product of an elite prep school in Lahore, Khan studied at Oxford University before joining the national cricket team and, with his rugged good looks, later became a fixture on the London nightclub circuit. After his playing days Khan found religion — in February he wed his former spiritual advisor, his third marriage — and formed his Pakistan Tehreek-e-Insaf, or Movement for Justice, party in 1996.

"After 22 years of struggle, my prayers have been answered," Khan said. "I have gotten the chance to fulfill my dream and serve the nation."

In a country reeling from a fiscal crisis and weakening currency, Khan echoed the populist messages he sounded on the campaign trail. He pledged to alleviate poverty, reduce government expenses and use the prime minister's house as an educational institution — saying he would be "embarrassed" to live in the palatial residence.

His campaign appealed to a broad spectrum of Pakistanis fed up with corruption, and he touted police and education reforms in the northern province of Khyber Pakhtunkhwa, led by his party.

Khan pledged Thursday to build a "new" Pakistan with values like those of Medina, a holy city in Saudi Arabia that thrived in the 7th century and established a welfare state in accordance with Islamic laws.

"Today our state is in shambles," he said. "All our policies aim to help the less fortunate prosper."

But he dismayed some of his followers when he chose to field candidates who were formerly allied with Sharif's party in order to win seats in populous Punjab province — prompting criticism that he was cozying up to the corrupt elites he opposed.

WASHAR0003375

He also faces a looming challenge over Pakistan's lack of foreign currency reserves, which could require the country to seek a bailout from the International Monetary Fund. Khan had dismissed such a move in the past but has recently indicated he was open to foreign assistance.

"He's been very domestically focused, but now, given Pakistan's economic crisis, foreign relations are crucial," said Moeed Yusuf, associate vice president of the Asia Center at the United States Institute of Peace. "He's an unknown quantity for the most part internationally."

Allegations of fraud and manipulation marred a milestone election — the second consecutive nonviolent transfer of power between elected governments in a country that has been under military rule for much of its 71-year history.

The incumbent party formerly led by Sharif — who served as prime minister three times and is now jailed on corruption charges — was in second place. It said that unexplained delays in releasing electronic vote totals amounted to a "humiliation of the public mandate."

Sharif's younger brother Shahbaz, leading the party in his absence, suggested he would challenge the results, hinting at a bitter legal battle but one he was unlikely to win, given that the army and judiciary have typically worked hand in glove.

Last year, after documents leaked from a Panamanian law firm suggested Sharif's family had stashed undeclared wealth overseas, the judiciary targeted him with corruption charges that forced him from office and brought a 10-year prison sentence. He is appealing his conviction.

Khan rejected allegations of favoritism and said the election was "the fairest in Pakistan's history."

Back To Top

## Pakistan's New Leader Vows To Reset Relations With U.S. (Shah, Spindle, WSJ)

**After sweeping to power in a disputed election, Imran Khan calls for a 'mutually beneficial' relationship, lays out an ambitious domestic agenda**
Thursday, July 26, 2018
Wall Street Journal
By Saeed Shah And Bill Spindle

Full-text stories from the Wall Street Journal are available to Journal subscribers by clicking the link.

Back To Top

## Khan Claims Win In Pakistan With Vows On Poverty, US Ties (Gannon, Ahmed, AP)
Friday, July 27, 2018
Associated Press

By Kathy Gannon And Munir Ahmed

ISLAMABAD (AP) — Former cricket star Imran Khan declared victory Thursday in Pakistan's parliamentary election and vowed to run the country "as it has never before been run" by fighting corruption, seeking regional cooperation and forging a new relationship with the U.S. that was not "one-sided."

TV stations reported Khan and his Tehreek-e-Insaf party, or PTI, maintained a commanding lead from Wednesday's balloting. But his leading rival, Shahbaz Sharif, rejected the outcome, citing allegations of vote-rigging.

Pakistan's election commission struggled with technical problems and had to revert to a manual count, delaying the announcement of final results until Friday. That left unclear whether the PTI will have a simple majority in the National Assembly or have to form a coalition government.

But that didn't stop the 65-year-old Khan from proclaiming his triumph in an address to the nation, in which he pledged to create an Islamic welfare state to provide education and employment for the poor to fulfill a campaign promise to create 10 million jobs.

"Today in front of you, in front of the people of Pakistan, I pledge I will run Pakistan in such a way as it has never before been run," Khan said, vowing to wipe out corruption, strengthen institutions he called dysfunctional and regain national pride by developing international relationships based on respect and equality.

While Khan appeared casual and conciliatory in his speech, his words were laced with passion. He said the United States treats Pakistan like a mercenary, giving it billions of dollars to fight the war on terrorism in a region beset with militant extremists.

"Unfortunately, so far our relations were one-sided. America thinks that it gives Pakistan money to fight for them. Because of this Pakistan suffered a lot," said Khan, who has been critical of the U.S.-led conflict in neighboring Afghanistan.

He offered nothing to suggest an improvement in Pakistan's already testy relationship with Washington since President Donald Trump's tweets in January that accused Islamabad of taking U.S. aid and returning only lies and deceit.

Seeking good relations with his neighbors, Khan addressed Pakistan's rival, India. The two nuclear powers have had a long-running conflict over the disputed region of Kashmir.

"Take one step toward us and we will take two steps toward you," he said in a peace offering while still decrying widespread human rights abuses in Kashmir.

WASHAR0003376

Khan also advocated an open border policy with Afghanistan, even suggesting the two countries embrace a "European Union" type relationship. The plan seems unlikely, with Pakistan's military already building hundreds of border outposts and an accompanying fence along its western frontier with Afghanistan despite often-violent opposition from Kabul.

Khan focused on what he wanted to do for the poor in Pakistan and his vision of a country that bowed to no one, where everyone was equal under the law and taxes were paid by the rich to fund services for the less fortunate.

His campaign message of a new Pakistan seemed to resonate with young voters in a country where 64 percent of its 200 million people are under 30.

Khan said the elections were the most transparent and promised to investigate every complaint of irregularity that his opponents presented.

"It is thanks to God (that) we won and we were successful," he said.

More than a dozen TV channels projected the PTI would win as many as 119 seats of the 270 National Assembly seats that were contested, although the broadcasters did not disclose their methodology. The rest of the 342-seat parliament includes seats reserved for women and minorities. Voting for two seats was postponed after one candidate died during the campaign and another was disqualified.

Although rights groups and minorities expressed worries ahead of the voting about radical religious groups taking part, moderate voices seemed to have prevailed: None of the 265 candidates fielded by the outlawed Lashkar-e-Taiba won. That includes the son of co-founder and U.S.-designated terrorist Hafiz Saeed, who has a $10 million U.S. bounty on his head.

The candidates campaigned under the little known Allah-o-Akbar Tehreek party because Lashkar-e-Taiba is banned.

Even if Khan's party wins a simple majority, he would need to wait until the president convenes the parliament to swear in the new lawmakers — traditionally within a week.

He also faces opposition over the result from Sharif. He heads the Pakistan Muslim League, the party of his older brother, former Prime Minister Nawaz Sharif, who is in prison on corruption charges. TV projections give his party barely 61 seats.

The younger Sharif tweeted that "our democratic process has been pushed back by decades," adding that "had the public mandate been delivered in a fair manner, we would have accepted it happily."

Complaints also emerged from the independent Human Rights Commission, which issued a statement saying that women were not allowed to vote in some areas.

In other areas, it said, "polling staff appeared to be biased toward a certain party," without elaborating. In the days before the election, leading rights activist I.A. Rehman called the campaign "the dirtiest" in Pakistan's bumpy journey toward sustained democracy.

Analysts have expressed concern that disgruntled losers could create instability for the incoming government, which must deal with a crumbling economy, crippling debt and a raging militancy.

The voting was marred by a suicide bombing in the southwestern city of Quetta, the Baluchistan provincial capital, that killed 31 people as they waited to vote. A bombing in the same province earlier this month killed 149 people, including a candidate for office. Baluchistan has been roiled by relentless attacks, both by the province's secessionists and Sunni militants who have killed hundreds of Shiites there.

The election marked only the second time in Pakistan's 71-year history that one civilian government has handed power to another.

There were widespread concerns during the campaign about manipulation by the military, which has directly or indirectly ruled Pakistan for most of its existence. The military had deployed 350,000 troops at the 85,000 polling stations.

In a tweet, Pakistan's military spokesman Gen. Asif Ghafoor called allegations of interference "malicious propaganda."

———

Associated Press Writer Zarar Khan in Islamabad contributed to this report.

Copyright 2018 Associated Press. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

Back To Top

## Imran Khan Declares Victory, But His Win Could Thrust Pakistan Into Turmoil (Constable, WP)

**Thursday, July 26, 2018**
<u>Washington Post</u>
By Pamela Constable

ISLAMABAD, Pakistan — Imran Khan, a onetime international cricket star and tabloid playboy who reinvented himself as a crusading anti-establishment politician, declared victory Thursday for his party in parliamentary elections, even

WASHAR0003377

as his rivals charged that the polls had been rigged and the official results remained unclear.

In a statesmanlike address, Khan set out a grand vision for a new government that would end corruption in high places, protect the weak and ensure equal rights for all. But the taint of a questionable victory, and the contentious aftermath of an election that toppled the ruling party, seemed more likely to usher in a period of political turmoil than a smooth transition.

Pakistan, a nuclear-armed state and a longtime security ally of the United States, has a history of elected leaders being overthrown by the military or pushed out by other institutions such as the courts. Until 2008, no elected head of state had finished a full term. Wednesday's election has been seen as a critical test of the democratic institutions in a country with a strong, influential military.

Although security officials vowed to remain neutral, the military was accused of interfering in the election on Khan's behalf, including reports that some promising candidates from the ruling Pakistan Muslim League-N were covertly induced to leave the party. On election day, opponents from several major parties alleged fraud at the polls.

Khan has often publicly praised the military but has denied any collusion. Some critics, especially the family of former prime minister Nawaz Sharif, have called the election a "soft coup." Even if unproven, the association could harm Khan's relations with other parties as he tries to form a coalition government or rule on his own.

In his speech Thursday, Khan tried to placate the election critics, offering to help probe any wrongdoing at the polls.

"I feel this election has been the fairest in Pakistan's history," he said, "and still if any party has any doubt, we will open up the result of those constituencies for investigation."

Pins with images of Imran Khan at an Islamabad market on Thursday. (Athit Perawongmetha/Reuters)

Supporters of gather outside his residence in Islamabad on Thursday. (B.K. Banagsh/AP)

Khan also briefly described his foreign policy plans, saying he wanted to have "mutually beneficial" relations with the United States. In the past, he has strongly condemned the U.S. deployment of drones to kill suspected Taliban extremists in the border areas of Pakistan.

Both Khan's acolytes and his adversaries acknowledged that his sudden ascent as the dominant force in Pakistani politics could potentially bring enormous change to a country where power has long resided in a feudal elite and its military allies.

Yet some analysts pointed out that Khan's ambitious agenda — massive job creation, economic reforms — could easily become sidetracked by such in-trac-table problems as high illiteracy and birthrates, violent religious extremism, a fast-falling currency and dangerous shortages of water and power in the impoverished Muslim-majority nation of nearly 208 million.

"Although this is a dream that has devoured him for two decades, he may well find it a poisoned chalice," columnist Irfan Husain wrote in Dawn newspaper.

Above all, Khan seems to be counting on his personal charisma and passion — qualities that once wowed cricket fans and made him a magnet for women, then drove him to succeed in politics and energized his winning campaign — to carry over into the messy business of governing.

Although still Mick Jagger-lean and craggily handsome in his mid-60s, Khan bears little resemblance to the sports celebrity who burned up the London tabloids in the 1990s with his hard-partying exploits and storybook marriage to Jemima Goldsmith, a beautiful British socialite. (Divorced with two children, the two are still close, and she tweeted him congratulations on his election win.)

From left, Imran Khan sits with then-wife Jemima Khan, Princess Diana and mother-in-law Lady Annabel Goldsmith in 1996 at his cancer hospital in Lahore, Pakistan. (John Giles/Associated Press)

Supporters of Imran Khan shower him with rose petals at Taxila near Islamabad in May 1995. (B. K. Bangash/AP)

Imran Khan takes part in a cricket match between Pakistan and India in October 1978. (Patrick Eagar/Popperfoto/Getty Images)

These days, he has been cultivating his image as a pious Muslim, often wearing a traditional tunic and pajamas, fingering prayer beads and huddling with religious party leaders. In February, as the campaign was getting underway, he married a woman named Bushra Maneka, whom he described as his "spiritual adviser," then published photos of their nuptial ceremony with her face and body fully hidden beneath scarves.

Soon after that, though, Reham Khan, another woman Khan had married briefly in 2015 and divorced, was reported to be writing a tell-all book about his scandalous personal behavior. She told the Times newspaper that the book was not ready to be published but that issues such as "sexual harassment, sexual perversion, sexual favors" are "in the public interest" when they are "connected to someone's ability to govern."

For two decades, Khan has waged a one-man crusade against the Pakistani establishment. He started out giving anti-corruption speeches on sidewalks, then began staging mass rallies that were more like festivals. He ran for

WASHAR0003378

Parliament in 2013, winning 13 percent of the vote and building an enthusiastic young following. He challenged then-Prime Minister Sharif in court, accusing him of hiding wealth abroad, in a case that led Sharif to be barred from political office and sentenced to 10 years in prison.

This year, Khan again challenged the Sharif dynasty at the polls, running for an unprecedented five seats in Parliament from districts across the country. He won them all, even defeating former prime minister Shahid Khaqan Abbasi, a former top aide to Sharif, by a 2-to-1 margin. He has played down his own considerable wealth and often draws attention to a cancer hospital he built in Lahore, Pakistan, through his private charity.

In his victory speech from his sprawling home above the capital, Khan spoke and acted like a self-confident leader, in full command and ready to rule, with a detailed list of plans, policies and promises to raise Pakistan's struggling "masses" and end the corrupt ways of an entrenched elite.

He pledged to create a government and an "Islamic welfare state" that would fulfill the unrealized democratic dream of Pakistan's founder, Mohammad Ali Jinnah, and he vowed to set an example by living "humbly" and eschewing the luxuries of political power. He laid out a range of proposed reforms, including better public education and tax collection.

Yet the election was not over, and the shocks continued Thursday as more results were reported throughout the day, with numerous veteran politicians losing seats they had held for years. People in scattered communities were still mourning more than 225 victims of multiple suicide bombings in the past month, several at campaign rallies and one on election day.

And Khan, whose party needs to win 141 seats to form its own government and guarantee he becomes prime minister, is more likely going to have to navigate the complex waters of compromising and dealmaking with his erstwhile election rivals — possibly even some of those whom the spellbinding orator insulted as "donkeys" in an unguarded moment on the campaign trail.

Back To Top

## The Rise, Fall And Rise Again Of Imran Khan, Pakistan's Next Leader (Gettleman, NYT)
**Thursday, July 26, 2018**
New York Times
By Jeffrey Gettleman

LAHORE, Pakistan — Imran Khan, a charismatic cricket star who has fiercely criticized American counterterrorism policy in a region plagued by extremism, appeared poised on Thursday to become Pakistan's next prime minister.

After preliminary results showed his party decisively ahead in an election that critics say was marred by military intervention to help him, Mr. Khan addressed the nation on television, outlining what he would do as prime minister.

He said he would fight corruption at the highest levels, improve relations with China, seek a "mutually beneficial" relationship with the United States and create a just welfare state along the lines of what the Prophet Muhammad did centuries ago.

"We're going to run Pakistan in a way it's never been run before," he said.

He also said he would never live in the prime minister's mansion. In a country of so many poor people, he said, "I would be embarrassed" to stay in such a house.

For years, Mr. Khan had tried but failed to take the reins of this nuclear-armed Islamic republic, which has struggled with poverty, economic stagnation and instability and which is increasingly torn between its two biggest allies: China and the United States. But this time around, he found a powerful ally in Pakistan's military.

In recent months, army and intelligence officers pressured, threatened and blackmailed politicians from rival parties, human rights groups have said, steadily thinning out Mr. Khan's competition.

Members of rival parties said some ballot counting had been done in secret, guarded by soldiers, but Pakistan's election authorities said the vote, on Wednesday, had been fair.

"The way this stage has been set, it would have been a surprise if he didn't win," said Nighat Dad, the executive director of Digital Rights Foundation, an advocacy group.

Mr. Khan's ascendance injects a volatile element into relations with the United States under President Trump, who has accused Pakistan of lying about the Taliban, Al Qaeda and other militants embedded in Pakistan and Afghanistan.

Mr. Khan has denied that and accused the United States of reckless murder in its use of drone strikes on suspected extremists in his country, signaling he wants them to stop.

Friends and foes describe Mr. Khan, 65, as relentless, charming, swaggering and highly unpredictable.

[Watch Jeffrey Gettleman answer viewer questions about the Pakistan elections.]

As a young man, his good looks, prowess on the cricket pitch and success with women made him something of a fascination in England, where he lived for a time. In 1982, he posed for a London newspaper lounging on a bed, wearing only briefs.

WASHAR0003379

"Imran Khan is worried in case I portray him as a sex symbol," wrote the London newspaper journalist sent to interview him. "This is possibly why Imran is stretched across his hotel bed wearing only a petulant expression and a pair of tiny, black satin shorts."

But a complex, mysterious transformation would begin soon after. In 1992, Mr. Khan captained Pakistan's cricket team to a World Cup victory over England, the country's former colonial ruler. It was a moment of immense Pakistani pride, and Mr. Khan was at the center of it.

But looking back on it, he told interviewers, he felt empty.

He began to stay away from the clubs, the partying, the girlfriends. He began a quest to build a cancer hospital in Pakistan for the poor; his mother had died of cancer, and the two had been close.

He turned to Islam and the Sufi sect, which he said helped lend purpose to his life.

Then he entered politics. Pakistan in the late 1990s was a mess: Its Machiavellian spy services were working with the United States and, at the same time, supporting the Taliban and Osama bin Laden. The country was poor, troubled and divided — which could still be true today.

Mr. Khan seized on a single issue: governance.

"In Pakistan, the main problem is not extremism," he said in a recent interview with The New York Times. "We are a governance failure. And in any third world country, the moment the governance collapses, mafias appear."

He focused on corruption, repeatedly stating that a few political dynasties had shamelessly enriched themselves while governance weakened and the country grew poorer.

But Mr. Khan's shouts for reform were not taken seriously at first. The Justice Movement he founded in 1996 initially won only one seat in Parliament — his — and a Pakistani newspaper ridiculed him as "Im the Dim."

His personal life also careened back and forth, always attracting enormous attention, especially after he married a wealthy British heiress, Jemima Goldsmith. She converted to Islam, they had two children, and tried living in Pakistan together. But it did not last, and they divorced. Mr. Khan married twice more, the last time to his spiritual healer, which again raised eyebrows across Pakistan.

But he seemed adept at not letting the gossip pages distract him, and he kept hammering on about corruption. And two years ago, he received a gift from the Panama Papers.

Those files, an avalanche of millions of leaked confidential documents from a law firm in Panama, included several pieces of information that incriminated Pakistan's prime minister at the time, Nawaz Sharif. Evidence began to build that Mr. Sharif had stolen millions of dollars from public coffers in Pakistan to buy expensive apartments in London, under the names of his children.

Mr. Khan capitalized on this and called for Mr. Sharif to resign. The Supreme Court removed Mr. Sharif from office, and just two weeks ago, right before the election, Mr. Sharif and his daughter were imprisoned.

Few would disagree that corruption is out of control in Pakistan. But many observers here saw something in Mr. Sharif's downfall that was more selective, possibly more sinister.

The widespread suspicion was that Pakistan's powerful military and intelligence services had pressured the judiciary to take out Mr. Sharif, clearing a path for Mr. Khan to take over. Mr. Sharif had clashed with the army chiefs, even some of those he had chosen, many times. He was a thorn in their side.

Mr. Khan, on the other hand, was someone the military bosses seemed to think they could work with. Analysts said he shared their worldview, in which Pakistan would kowtow less to the United States and talk more with the Taliban and other extremist groups.

In the prelude to the election, the military seemed to push even harder for Mr. Khan. Human rights groups, academics and members of other political parties said security officers threatened politicians to defect to Mr. Khan's side. Several did.

That does not mean that Mr. Khan was not genuinely popular. He was, especially among young men who lionized him as a sports hero. As elections loomed, a Khan wave swept Pakistan. His face was everywhere — on banners, lampposts and torn flags flying from the sputtering rickshaws that flit in and out of traffic. His supporters were the most energized and confident. His party's symbol: a cricket bat.

Votes were still being tabulated on Thursday, but Mr. Khan's party was far ahead, though still falling short of an outright majority in Parliament. According to results on state television, Mr. Khan's party had 120 seats, Mr. Sharif's party 61 and a party run by the Bhuttos, one of Pakistan's most storied political families, 40.

Even with some vote rigging allegations unsettled, it is widely expected that Mr. Khan will entice politicians from several smaller parties to join a coalition government, with him as prime minister. Depending on how many smaller parties he woos, his government could be strong or weak.

What will Mr. Khan face?

WASHAR0003380

Domestically, the challenges will be overwhelming. Pakistan's electricity grid is disintegrated, its infant mortality rate is among the most distressing in Asia, its currency is sliding, and its debt — especially to China — is ballooning. So many Pakistanis are unable to find jobs that every year, countless young men set off on a desperate exodus to the Middle East to work as street cleaners, luggage handlers, anything.

Internationally, Pakistan is in a pinch. China has extended it billions to build roads and other infrastructure, which at the current rate will be impossible to repay.

At the same time, President Trump has cut hundreds of millions of dollars in foreign aid. "They have given us nothing but lies & deceit, thinking of our leaders as fools," Mr. Trump said of Pakistan in a tweet in January. "They give safe haven to the terrorists we hunt in Afghanistan, with little help. No more!"

Mr. Khan deeply disagrees.

"To blame Pakistan for that disaster is extremely unfair," he said in the recent Times interview. "The moment the U.S. went into Afghanistan, everyone knew what was going to happen."

"It was the history of Afghanistan," he added, citing the defeat of occupying Soviet troops in the 1980s. Just as with the Soviets, he said, the longer the Americans stayed, the more resistance would grow.

Pakistan, he says, has borne "the brunt of the war on terror," and he lamented what he called a misguided strategy that has killed thousands of people in his country and deprived Pakistan of billions of dollars in lost business. For years, he has been a particularly vocal critic of American drone strikes.

All these positions play well with many Pakistanis. So does Mr. Khan's recent support for the country's strict blasphemy laws. Pakistan is socially conservative, and about 96 percent of citizens are Muslim.

Mr. Khan's positions on religion have tacked like a sailboat over the years. But as the election drew closer, he seemed to set his course for the Islamists. In the past, he expressed support for the application of strict Islamic law, including hand amputations for thieves.

Mr. Khan has successfully rebranded himself as a populist alternative to Pakistan's political elite, whom voters seemed more than ready to jettison.

But his life, in many ways, could not have been more different from that of most Pakistanis.

Born to a rich family in Lahore, Mr. Khan went to the best schools in Pakistan and in England, including Keble College, Oxford. He is independently wealthy, still travels abroad regularly and remains quite close to Ms. Goldsmith, despite their divorce.

Though many acquaintances credit him with being charming, he can also come across as remote and desultory. His attendance record as an elected member of the National Assembly, Pakistan's Parliament, was one of the worst.

Many analysts wonder how long Mr. Khan's friendship with the military will last.

"He is known to have erratic behavior and a very unpredictable personality," said Taha Siddiqui, a journalist, commentator and critic of the military who recently moved to France, saying he feared for his safety.

Salman Masood contributed reporting from Islamabad, Pakistan; and Meher Ahmad and Daniyal Hassan from Lahore.

Back To Top

## Pakistan's Khan Poses U.S., China Challenges (Pollard, Marlow, BLOOM)
**Thursday, July 26, 2018**
<u>Bloomberg News</u>
By Ruth Pollard And Iain Marlow

Want to receive this post in your inbox every morning? Sign up for the Balance of Power newsletter, and follow Bloomberg Politics on Twitter and Facebook for more.

The likelihood that former playboy cricketer Imran Khan, known for courting Islamist fringe groups, will lead the nuclear-armed nation of Pakistan is sure to raise eyebrows in Washington and Beijing.

Khan's elevation – in an election marred by violence and allegations of military interference and vote rigging – would clear the way for Pakistan to open negotiations with the International Monetary Fund over another, much-needed bailout. Investors are already expressing relief at the prospect of an outright win after expectations of a hung parliament.

But he's also earned the moniker "Taliban Khan" from critics for cozying up to Pakistan's Islamists. He's funded a radical madrassa and said in the past that he will shoot down U.S. drones. The candidate maintains it's not Pakistan's support of proxy groups preventing peace in Afghanistan, but America's presence, which puts him in direct conflict with U.S. President Donald Trump.

China might not be pleased either. Beijing is flooding Pakistan with more than $60 billion in infrastructure loans and investments. Khan, who won power as an anti-corruption crusader, has said these projects need more transparency.

WASHAR0003381

For now, he may choose to focus on Pakistan's economy rather than battle the country's powerful generals over foreign policy and national security issues.Global Headlines

Crisis averted – for now | European carmakers surged after Trump and European Commission President Jean-Claude Juncker declared a ceasefire in their trade spat and agreed to negotiate to reduce barriers to transatlantic commerce. The leaders pledged to expand European imports of U.S. liquefied natural gas and soybeans and to lower industrial tariffs. But experts are divided on what the deal means for U.S. tensions with China.

Impeachment articles | Eleven U.S. House conservatives took the dramatic step late yesterday of filing articles of impeachment against Deputy Attorney General Rod Rosenstein, based on what they say has been nearly nine months of stonewalling of congressional demands for documents related to Special Counsel Robert Mueller's Russian meddling investigation. Rosenstein, though, has proved resilient so far to threats from lawmakers, and some are predicting he'll ride out this latest attack.

Backing away from Putin | The White House announced yesterday that Trump will delay until next year a second summit with Russian President Vladimir Putin that they'd considered scheduling for this fall in Washington. The move, coinciding with Secretary of State Michael Pompeo's Senate grilling over Russia policy, follows a wave of bipartisan criticism of the invitation.

Brexit horsetrading | Theresa May could allow the EU to impose its market regulations on Northern Ireland when the rest of the U.K. breaks away, potentially enraging her key allies in Parliament. The premier is prepared to make that concession to break the deadlock in negotiations, with some EU countries pushing for concessions to the City of London.

User disenchantment | Facebook has been working to convince users it has their best interests at heart, but second-quarter revenue and average daily visitors still missed analysts' projections. The company's first financial stumble in three years comes amid public scandals over privacy and content. Look out for the opening of U.S. markets today when its $151 billion rout could rewrite the history books.

And finally... The European Commission is declaring victory after its agreement with the U.S. prevented the global trade war from escalating. But with no sign Trump plans to return to the Paris Climate Accord, it seems the EU has ditched its pledge to make emissions controls part of any future trade pacts.

— With assistance by Caroline Alexander, and Kathleen Hunter

Back To Top

## Pakistan's Imran Khan Declares Election Win For His Party (Gannon, Khan, WT)
**Thursday, July 26, 2018**
<u>Washington Times</u>
By Kathy Gannon And Zarar Khan

Pakistan's cricket star turned politician Imran Khan declared victory Thursday for his party in the country's general elections, promising a "new" Pakistan following a vote that was marred by allegations of fraud and militant violence.

Khan, who aspires to be the country's next prime minister, said in a televised address to the nation that "thanks to God, we won and we were successful."

"If God wills, we will set an example," he added.

Pakistan's election commission has not yet released official, final results but Khan has maintained a commanding lead according to projections by many television stations, though it's unclear if his Tehreek-e-Insaf party, or PTI, would get a simple majority or have to form a coalition govrnment.

Election officials said an official count confirming Pakistan's next government was expected later in the evening.

Khan's message of a "new" Pakistan resonated with young voters in a country where 64 per cent of its 200 million people are below the age of 30, according to a United Nations report.

More than a dozen TV channels in Pakistan, based on official but partial counts, were projecting – using their own, undisclosed methodologies – that Khan's Pakistan Tehreek-e-Insaf party is getting as many as 119 seats of the 270 National Assembly seats that were contested.

The remainder in the 342-seat Lower House of Parliament includes reserved seats for women and minorities. Voting for two seats was postponed after one candidate died during the campaign and another was disqualified.

But before even half the votes were counted, Khan's leading rival Shahbaz Sharif, who heads the Pakistan Muslim League – the party of jailed ex-prime minister Nawaz Sharif – rejected the vote, generating fears that disgruntled losers could delay the formation of the next government. Television projections give his party hardly 61 seats.

In a tweet on his official page, Sharif said "our democratic process has been pushed back by decades," adding that "had the public mandate been delivered in a fair manner, we would have accepted it happily."

Complaints have also emerged from the independent Human Rights Commission, which issued a statement saying that in some places women were not allowed to vote.

WASHAR0003382

In other areas, it said, "polling staff appeared to be biased toward a certain party," without naming the party. In the days before Wednesday's election, leading rights activist I.A. Rehman called the campaign "the dirtiest" in his country's troubled journey toward sustained democracy.

Analysts have expressed concern that disgruntled losers could create instability for the incoming new government, which will face mounting challenges – including a crumbling economy, a crippling debt and a raging militancy.

As voting got underway on Wednesday in the southwestern city of Quetta, the Baluchistan provincial capital, militants sent a suicide bomber to a crowding polling station to carry out a deadly attack that killed 31 people.

The election, in which Pakistanis voted for the National Assembly, the lower house of parliament, and the four provincial assemblies, marked only the second time in Pakistan's 71-year history that one civilian government has handed power to another in the country of 200 million people.

Yet there have been widespread concerns during the election campaign about manipulation by the military, which has directly or indirectly ruled Pakistan for most of its existence. The military had deployed 350,000 troops at the 85,000 polling stations.

In a tweet on his official account, Pakistan's military spokesman Gen. Asif Ghafoor called accusations of interference "malicious propaganda."

Baluchistan also saw the worst violence during campaigning earlier this month, when a suicide bomber struck at a political rally, killing 149 people, including the candidate Siraj Raisani. Another 400 were wounded. The Islamic State group claimed responsibility for that attack. Baluchistan has been roiled by relentless attacks, both by the province's secessionists and Sunni militants who have killed hundreds of Shiites there.

Throughout the night and into Thursday, Khan supporters celebrated outside party offices countrywide. Most of the revelers were young men, who danced to the sound of beating drums draped in Tehreek-e-Insaf party black and green-colored flags.

Back To Top

## Outrage Grows Over Attacks On Muslim Cattle Traders In India (Sharma, AP)
Thursday, July 26, 2018
<u>Associated Press</u>
By Ashok Sharma

NEW DELHI (AP) — When a mob of Hindu villagers thrashed a Muslim cattle trader last week in western India, police rushed to the scene. First, they took his two cows to an animal shed, then kept him for about three hours in the police station.

When they finally took 28-year-old Rakbar Khan to the nearest hospital around 4 a.m. Saturday, doctors said he was dead.

A series of mob attacks on minority groups involved in cattle trade have been on the rise since the Hindu nationalist Bharatiya Janata Party swept elections in 2014. The opposition raised the issue repeatedly in Parliament this week, criticizing the government for its inability to protect traders.

Haroon Khan, a relative of the man who died in Rajasthan state last week, said the reason Rakbar Khan was taking the cows at night was "because we can't venture out in daylight (to transport cows). There is so much fear."

The mob who assaulted him "beat him so badly and mercilessly that they broke the bones of his feet and hands, broke his neck," Haroon Khan said.

As the opposition and human rights group expressed outrage at Khan's killing, a top Rajasthan state police officer, N.R.K. Reddy, said there was an "error of judgment" on the part of the police.

"It was a mistake by the police officer to keep the injured for so long in the police station," said state Home Minister Gulab Singh Kataria.

He told reporters on Tuesday that police should have taken the injured to the hospital in the first place instead of delivering cows to the shelter.

The evidence collected so far points to Khan's death in custody, he added. An investigation is underway.

Police have arrested three suspects in the beating and suspended one officer. Kataria said four to five people had attacked Khan.

Most of the attacks by so-called cow vigilantes from Hindu hard-line groups have targeted Muslims, who make up 14 percent of India's 1.3 billion people.

Cows are considered sacred in Hindu-majority India, and slaughtering them or eating beef is illegal or restricted across much of the country.

The victims have been accused of either smuggling cows for slaughter or carrying beef. Last month, two Muslims were lynched in eastern Jharkhand state on charges of cattle theft.

Dozens of people have been killed in such attacks. The vigilante groups are mostly Hindu hard liners believed to be tied to Prime Minister Narendra Modi's ruling party.

WASHAR0003383

Rights groups and Muslims say government officials, including Modi, have been slow to strongly condemn the attacks and that police action against perpetrators has been inadequate. The government denies the charge.

With vigilante attacks on the rise, India' top court earlier this month ordered the government to introduce a new law to stop deadly mob violence. In addition to attacks targeting cattle traders or presumed beef consumers, mobs have also attacked innocent people who were targeted by social media rumors claiming they belonged to child-kidnapping gangs.

India's Home Minister Rajnath Singh this week set up a committee to formulate appropriate measures to deal with such incidents and ordered state governments to sternly deal with such crimes.

Copyright 2018 Associated Press. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

Back To Top

## Indian Firm Wants Ohio Aluminum Maker. Will Trump Approve? (Goel, NYT)
**Thursday, July 26, 2018**
New York Times
By Vindu Goel

MUMBAI, India — Last year, the Trump administration blocked a Chinese company from buying an Ohio-based aluminum maker, Aleris, citing concerns about national security.

Will President Trump and his advisers feel differently about an Indian company purchasing Aleris instead?

On Thursday, one of India's biggest industrial conglomerates, the Aditya Birla Group, announced that its aluminum and copper subsidiary had struck a deal to buy Aleris for $2.6 billion, including the assumption of existing debt.

The transaction would make the Birla subsidiary, called Hindalco, the second-largest aluminum producer in the world by volume, after China Hongqiao Group.

Under federal rules, the deal must be approved by the Committee on Foreign Investment in the United States, a secretive panel of government officials that advises the president on whether to stop acquisitions of American companies by foreigners.

In recent years, the panel, known as Cfius, has been particularly skeptical of Chinese companies seeking to buy American businesses in important industries like computer chips and financial services.

Last summer, Cfius refused to sign off on a proposed $2.3 billion purchase of Aleris by a company controlled by the Chinese metals magnate Liu Zhongtian. That effectively killed the deal and pushed Aleris's investors — principally Oaktree Capital Management, Apollo Global Management and Bain Capital — to find another buyer.

The Indian transaction could be one of the first reviewed under a new law, expected to be passed by Congress soon, to broaden the powers of Cfius.

Hindalco executives said they did not anticipate running into the same difficulties that the Chinese buyer encountered.

But Kumar Mangalam Birla, who leads the Aditya Birla Group, noted that Mr. Trump is unpredictable.

"We don't know how he thinks," Mr. Birla said at a news conference in Mumbai, where his company has its headquarters.

The Trump administration has been trying to build a stronger relationship with India as a counterweight to China. At the same time, trade tensions have been rising.

Mr. Trump has lashed out at India's high tariffs on products like Harley-Davidson motorcycles. His recent imposition of tariffs on imported steel and aluminum has hurt Indian producers, prompting India to respond with higher tariffs on American almonds, apples, shrimp, and iron and steel products.

Hindalco already has a large American subsidiary, Novelis, that is based in Atlanta and will merge with Aleris.

Novelis dominates the aluminum can business and is a major supplier to the auto industry. Aleris, which is based in suburban Cleveland, would bring strong positions in aluminum for buildings and airplanes and a newly expanded factory in Lewisport, Ky., that serves automakers.

"We're investing in the U.S.," Devinder Ahuja, the chief financial officer of Novelis, said in an interview. "We're creating jobs in the U.S. That's what the U.S. administration wants."

Mr. Ahuja said that Novelis would continue with Aleris's previously announced expansion plans and did not envision layoffs beyond areas of clear duplication like top management and the corporate back office.

Hindalco also intends to bring some of Aleris's advanced technology back to India to improve its domestic operations and better serve the local auto and construction markets.

By owning an American aluminum maker like Aleris, Hindalco would benefit from Mr. Trump's 10 percent tariff on aluminum imports, although Aleris also has operations in Europe and

WASHAR0003384

China that could suffer if current tensions devolve into a full-scale trade war.

Back To Top

## Cricket Star Imran Khan Wins In Pakistan But Needs Coalition (Gannon, Ahmed, AP)

**Friday, July 27, 2018**
<u>Associated Press</u>
By Kathy Gannon And Munir Ahmed

ISLAMABAD (AP) — It's official: Pakistan's Election Commission on Friday declared former cricket star Imran Khan's party the winner of Pakistan's historic third consecutive election of a civilian government, but he didn't win an outright majority and must form a coalition.

After two days of tediously slow vote counting, Khan's Pakistan Tehreek-e-Insaf party won 109 of 269 seats in the National Assembly with his nearest rival, Shahbaz Sharif's Pakistan Muslim League, winning 63 seats. Sharif, who heads the party of jailed ex-prime minister Nawaz Sharif, earlier rejected the results charging widespread fraud and manipulation.

In Pakistan, where a British-modeled parliamentary system is in place, voters on Wednesday elected lawmakers to both its National Assembly and its four provincial Parliaments.

Fawad Chaudhry, spokesman for Khan's party, said efforts were already underway to form a coalition, looking to both independents and allies, but the process is likely to take several days. Still, on Thursday the 65-year-old Khan made his first speech to the nation declaring his party victorious based on projections.

"Today in front of you, in front of the people of Pakistan, I pledge I will run Pakistan in such a way as it has never before been run," Khan said, vowing to wipe out corruption, strengthen institutions he called dysfunctional and regain national pride by developing international relationships based on respect and equality.

But there is a long way to go before Pakistan's national and provincial governments are in place and Khan can set out on his agenda.

His opponents and rights groups charge that widespread fraud and massive manipulation gave Khan's party its victory. They allege involvement of Pakistan's powerful military and its intelligence agency known by the acronym ISI. Khan has dismissed the allegations saying polling was the most transparent in the country's 71-year history, which has been dominated by military interference, either directly or indirectly.

Third place in the National Assembly went to the left-of-center Pakistan People's party with 39 seats. Results from 20 seats were still being counted Friday but they will not change the outcome. Pakistan's National Assembly has 342 seats but only 272 are directly elected by voters. In Wednesday's election three seats were uncontested because one candidate died, another was disqualified and a third was declared. The remainder of the parliament goes to seats reserved for women and minorities.

A mix of smaller parties and independent candidates whom Khan will have to woo to form a coalition won the remainder of seats in Pakistan's National Assembly. The Election Commission said vote counting was also still underway in 20 remote areas of the country, offering the long-time politician a possibility of more seats but not an outright majority.

Adding confusion to chaos, Sharif, who has rejected the election results won the majority of seats in Pakistan's most powerful Punjab province. His party won 127 of the 297-seat provincial parliament, while Khan's PTI took 117 seats, giving neither an outright majority and forcing both to try to form a coalition government. The Punjab parliament is significant because Punjab is Pakistan's largest province, with 60 percent of the country's 200 million people. If Khan wants to implement his sweeping reform agenda his party needs to control the Punjab Parliament.

Khan's party won a sweeping majority in the conservative Khyber Pukhtunkhwa province, while the Pakistan People's Party, led by Bilawal Bhutto, the son of slain ex-prime minister Benazir Bhutto, won the most seats in southern Sindh's provincial legislature. Pakistan's largest city of Karachi and the country's financial hub is the provincial capital of Sindh.

The restive Baluchistan province beset by militant violence was won by a mix of small parties who will have to form a coalition to rule.

There will likely be days of negotiation before the makeup of Pakistan's National Assembly and four provincial parliaments are clear and the maneuvering will be watched closely by Pakistan's neighbors as well as regional powers such as China, Russia and the U.S.

Khan in his speech on Thursday revealed a clarity of vision for Pakistan's future international relationships.

While he appeared casual and conciliatory, his words were laced with passion. He said the United States treats Pakistan like a mercenary, giving it billions of dollars to fight the war on terrorism in a region beset with militant extremists.

"Unfortunately, so far our relations were one-sided. America thinks that it gives Pakistan money to fight for them. Because of this Pakistan suffered a lot," said Khan, who has been critical of the U.S.-led conflict in neighboring Afghanistan.

WASHAR0003385

He offered nothing to suggest improvement in Pakistan's already testy relationship with Washington since President Donald Trump's tweets in January accusing Islamabad of taking U.S. aid and returning only lies and deceit.

Seeking good relations with his neighbors, Khan addressed Pakistan's rival, neighboring India. The two nuclear powers have had a long-running conflict over the disputed region of Kashmir.

"Take one step toward us and we will take two steps toward you," he said in a peace offering while still decrying widespread human rights abuses in Kashmir.

Khan also advocated an open border policy with Afghanistan, even suggesting the two countries embrace a "European Union" type relationship. The plan seems unlikely, with Pakistan's military already building hundreds of border outposts and an accompanying fence along its western frontier with Afghanistan despite often-violent opposition from Kabul.

Although rights groups and minorities expressed worries ahead of the voting about radical religious groups taking part, moderate voices seemed to have prevailed: None of the 265 candidates fielded by the outlawed Lashkar-e-Taiba won a seat. That includes the son of co-founder and U.S.-designated terrorist Hafiz Saeed, who has a $10 million U.S. bounty on his head.

The candidates campaigned under the little known Allah-o-Akbar Tehreek party because Lashkar-e-Taiba is banned.

Copyright 2018 Associated Press. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

Back To Top

# WESTERN HEMISPHERE

## Bishops Bloodied, Churches Besieged In Nicaragua Crackdown (Sherman, AP)
Friday, July 27, 2018
Associated Press
By Christopher Sherman

DIRIAMBA, Nicaragua (AP) — A pro-government mob shoved, punched and scratched at Cardinal Leopoldo Brenes and other Catholic leaders as they tried to enter the Basilica San Sebastian. "Murderers!" people shouted. An auxiliary bishop was slashed on the arm with some sort of sharp object.

The ugly scene in the normally sleepy town of Diriamba, an hour's drive south of Nicaragua's capital, was a dramatic example of how rapidly a wave of unrest has soured relations between the Roman Catholic Church and beleaguered President Daniel Ortega.

The church has tried to play a mediating role between Ortega's Sandinista government and protesters who have increasingly demanded his ouster amid demonstrations and clashes in which about 450 people — most of them protesters — have been slain.

Instead it finds itself increasingly targeted by Ortega and his backers, reviving a hostility between the Sandinista base and the church establishment that burned hot during the 1980s but seemed to have been overcome in recent years, when the former guerrilla commander had formed a sort of alliance with once-critical bishops.

In this July 19, 2018 file photo, Nicaraguan President Daniel Ortega arrives to a rally marking the 39th anniversary of the Sandinista victory ousting the Somoza dictatorship, in Managua, Nicaragua. In his speech, Ortega accused bishops of being in league with coup-mongers calling for his ouster, and allowing weapons to be stockpiled in churches. (AP Photo/Alfredo Zuniga, File)

Brenes, the archbishop of Managua, went to Diriamba on July 9, a day after speaking to priests there by phone and hearing gunshots and ambulances. He found doctors and nurses who had tended to wounded protesters and now were sheltering inside the basilica, surrounded by pro-government forces.

"There was a fear that they would enter the church to snatch the people who were sheltering here," said the parish priest, the Rev. Cesar Alberto Castillo Rodriguez.

Despite the scuffle at the door, Brenes' delegation, which included the Vatican's top diplomat in Nicaragua, was eventually able to evacuate people from the church.

Two weeks later, despite a massive police presence, the church is covered with pro-government graffiti.

n this Monday, July 23, 2018 photo, a moto-taxi drives past the San Sebastian Basilica, that has been defaced with a message that reads in Spanish: "My commander stays," an allusion to President Daniel Ortega, in Diriamba, Nicaragua. (AP Photo/Arnulfo Franco)

"My commander stays," reads one scrawl, an allusion to Ortega, and others contain vulgar insults. They're signed "JS" for the Spanish-language initials of the Sandinista Youth, a pro-government organization that has acted as shock troops against protesters.

The basilica eventually resumed services, but like many parishes in Nicaragua, it has stopped holding Mass in the evenings when police and armed pro-Ortega mobs rule the streets.

WASHAR0003386

"We realized that the people weren't coming," Brenes said.

The church, essentially the last independent institution trusted by a large portion of Nicaraguans, is witnessing the whiplash-inducing shifts of Ortega, who appears to have regained his footing amid the most serious challenge to his power in the decade-plus since he regained office.

In April the president asked the church to mediate peace talks. But the dialogue quickly broke down when it became clear he would not move up elections scheduled for 2021.

In this July 16, 2018 file photo, friends and family carry the coffin containing the remains of Gerald Vasquez, an engineering student who was killed while manning a barricade near the Jesus of Divine Mercy church, in Managua, Nicaragua. (AP Photo/Alfredo Zuniga)

Last week Ortega accused bishops of being in league with coup-plotters and allowing weapons to be stockpiled in churches — without offering any evidence — and said they were "disqualified" as mediators.

Days later he reversed course again, saying he hoped the church would continue mediating and insisting that the government was not persecuting it.

"Ortega's strategy with the church has always been to either charm or to intimidate," said Henri Gooren, an anthropologist at Oakland University in Michigan and editor of the Encyclopedia of Latin American Religions. "I think he found out that charming isn't working ... so all that he can do now is try to intimidate them, try to take away their credibility."

Through his verbal attacks, Ortega is "telling his followers, especially the (pro-government) gangs, 'You can go ahead and beat up priests and bishops and vandalize church buildings without any punishment,'" Gooren said.

This week Brenes and his bishops met and agreed to continue pursuing dialogue, the only option he sees for stopping the violence. While discussion of "democratizing" Nicaragua has gone nowhere over Ortega's refusal to leave office, he said negotiators have been able to secure help for arrested protesters, peaceful removal of some barricades and access by international monitors such as the OAS.

In this Monday, July 23, 2018 photo, Rev. Cesar Alberto Castillo officiates a Catholic Mass in Diriamba, Nicaragua, at the San Sebastian Basilica where a groups of priest, bishops and Cardinal Leopoldo Brenes were recently attacked by pro-government mobs. (AP Photo/Arnulfo Franco)

The way he sees it, without the dialogue even more would have been killed.

The 69-year-old cardinal can also take a long view, because he's been through this before.

Interviewed on the patio of his modest home in Managua, Brenes recalled how decades ago as a young priest, he harbored youths who supported Ortega's Sandinista Front when they were pursued by national guard troops from the Somoza dictatorship.

And in 1979, after transferring to a parish in Jinotepe, armed Sandinista fighters took over his church. Once a sniper trapped him in the rectory with a woman and a young girl he had pulled inside. They hid under a washbasin for three days surviving on cookies and a bag of pinol, a cornstarch and chocolate powder mixed with water or milk.

In 1991, Brenes helped mediate between the Sandinista army and U.S.-backed Contra rebels, traveling into the mountains of Matagalpa and running back and forth between representatives of two sides that refused to even approach each other.

n this Tuesday, July 24, 2018 photo, Cardinal Leopoldo Brenes pauses during an interview where he speaks on Nicaragua's unrest, in his home in Managua, Nicaragua. (AP Photo/Arnulfo Franco)

After Ortega's speech calling the bishops coup plotters, Brenes said that he looked up the Spanish word, "golpista," in the dictionary, and what he found was the antithesis of what he's trying to do.

"I read there: 'Someone who acts to take power,'" Brenes said. "Well, that's not me. That's not us."

Ortega clashed repeatedly with the church's conservative authorities when his socialist-oriented Sandinistas governed in the 1980s — a time when many young leftist priests openly backed the former guerrillas, infuriating Pope John Paul II.

But Ortega worked to mend relations with the church after he lost elections in the 1990s, and by the time he regained power in 2006, he was making frequent public displays of piety and had forged a friendship with the Nicaraguan church's leader, the late Archbishop Miguel Obando y Bravo.

When the new wave of protests broke out in April — initially over cuts to the social security system — government forces and Sandinista Youth struck back hard.

In this May 23, 2018 file photo, leaders of the Roman Catholic Church look down as Cardinal Leopoldo Brenes reads a statement suspending talks between the opposition and the government, in Managua, Nicaragua. (AP Photo/Alfredo Zuniga, File)

On April 20, hundreds of student protesters sought refuge at Managua's cathedral, where the church was collecting donations to support demonstrators. When police and Sandinista Youth descended, the students retreated inside, leaving only after clergy negotiated their safe passage.

WASHAR0003387

Brenes and several bishops made public statements against violence and in favor of dialogue. The Episcopal Conference later issued a more forceful condemnation of the crackdown and urged authorities "to hear the cry of the young Nicaraguans."

The Vatican has been mostly quiet about the conflict, deferring as it usually does to behind-the-scenes diplomacy while the local church manages the situation on the ground.

Last week Pope Francis' ambassador to Nicaragua did put out a statement expressing the pontiff's "deep concern for the grave situation."

The same day as the attack in Diriamba, Ortega supporters sacked the Santiago Apostol parish in Jinotepe, tossing pews down the front steps while shouting that the church was harboring terrorists.

The most harrowing incident occurred at the Jesus of Divine Mercy church in Managua.

This Tuesday, July 24, 2018 photo, shows a painting of Jesus Christ pierced with bullet holes as seen through an entrance point of a bullet hole in a window of the Jesus of Divine Mercy church, in Managua, Nicaragua. (AP Photo/Arnulfo Franco)

For nearly 15 hours overnight on July 13-14, armed government backers fired on the church while 155 student protesters who had been dislodged from a nearby university lay under the pews. A student who was shot in the head at a barricade outside died on the rectory floor.

Brenes made sure they arrived safely at the city's cathedral.

The Divine Mercy's facade is still pocked from hundreds of bullet impacts. A small chapel behind the main sanctuary sustained the heaviest fire; rounds pierced a painting of Jesus Christ and ricocheted off the gold-plated box holding the sacrament.

On a recent Sunday, parishioner Nelly Harding, 56, wiped away tears as she stepped outside the chapel: "If they don't respect the house of God, don't respect the lives of defenseless people, what can we hope for?"

Parish priest Erick Alvarado Cole said police have not come to investigate and the building's scars will be left just as they are.

"These holes in the walls, the Christ, the side chapel, the windows, are going to stay this way as proof of the pain of the Nicaraguan people," Alvarado said. "If it's repaired, it's like nothing happened."

———

Associated Press writer Nicole Winfield contributed to this report from Rome.

Copyright 2018 Associated Press. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

Back To Top

## Masked Paramilitary Gunmen Enforce Tense Calm In Nicaragua (Johnson, MH)

Thursday, July 26, 2018
<u>Miami Herald</u>
By Tim Johnson

They ride in the back of Toyota double-cabin pickup trucks, assault rifles slung over their shoulders. No one knows their identities. They always wear black ski masks or hoods.

The gunmen — between 1,000 and 1,500 of them, according to some estimates — are part of a recently formed paramilitary force protecting the continued rule of President Daniel Ortega against a three-month-old civilian uprising. Their main tactic is terror. They conduct roundups, fire at protesters, carry out dark-of-night raids and menace the population.

The Pro-Human Rights Association of Nicaragua said Thursday that paramilitary forces have conducted 595 "kidnappings" and disappearances of citizens since the uprising began April 18. The group said it has tallied 97 killings since July 11.

"Today in Nicaragua, there exists an undeclared state of siege," Alvaro Leiva, executive director of the rights group, said at a news conference. SIGN UP

Police statements make no mention of hooded gunmen when describing deaths, such as that of Brazilian medical student Raynéia Lima, who was shot and killed Monday night in Managua. Police said a private security guard shot the 31-year-old. But they have made no arrests, and her vehicle has vanished. Brazil lodged a diplomatic protest.

In some ways, the paramilitary forces have achieved their objective. Almost none of the scores of massive roadblocks that paralyzed the country from the uprising's onset in April remain. In public statements, Ortega sounds upbeat, claiming that the country is returning to normal.

"It's been a week now that turmoil has stopped," Ortega told Fox News on Monday.

While Ortega may feel he's gaining the upper hand, his opponents say he's taken Nicaragua on a dark path. Tourist arrivals have plunged, and 800 of the nation's 2,500 restaurants are dark. Jittery Nicaraguans have yanked some $715 million from banks since the beginning of April.

WASHAR0003388

"People go home at 5 or 6 and they don't leave at night out of fear," said Lucy Valenti, president of the Nicaraguan National Chamber of Tourism, a trade group.

Ortega denies that he had anything to do with creating the informal militias that continue to patrol city and country roads, though less visibly than week or two ago. But the fiction is blatant. Television broadcasts from July 14 show the 72-year-old revolutionary-turned-autocrat embracing hooded gunmen after they dislodged protesters in Masaya, where opponents of Ortega had turned the city into a citadel against his rule.

"They can detain people on the highway. They can search vehicles, ask for papers, search cellphones," said Sergio Ramirez, an acclaimed writer who served as Ortega's vice president from 1985 to 1990 but is now a bitter critic. "You can turn up tortured on the side of the road or jailed in El Chipote," a notorious prison.

Uniformed police often accompany the paramilitary forces but it is the militias who are better armed. They carry high-caliber rifles, including ones with telescopic sights. One was photographed with a rocket-propelled grenade.

"They don't answer to anyone," Ramirez said. "It is as if in the United States the Ku Klux Klan would appear carrying weapons and doing roundups, and the police were protecting the actions of the Ku Klux Klan."

Leaders of an opposition alliance seeking Ortega's removal before his term ends in 2021 have pledged to use nonviolent means, but the fierce crackdown may imperil that objective.

"The more time that passes, the more desire people have to defend themselves," said Fidel Moreira Flores, leader of the Center for Governance and Democracy Studies, a non-governmental organization with offices in Nicaragua. He said young people are restive. "They are shouting: Look for weapons so we can defend ourselves."

Like many civil society leaders, Moreira fears that his own arrest may be imminent.

"Some friends called me yesterday and told me I am on a list and should leave the country," Moreira said, adding that his contacts are connected to the government.

Lesther Alemán, a 20-year-old university student who took part in early rounds of Catholic Church-mediated negotiations between Ortega and the opposition, said paramilitary forces are pursuing anyone deemed supportive of the opposition.

"People who offer provisions are being hunted. People who go to the marches are being hunted. Those who have lent their homes as safe houses are being hunted. They are on a constant witch hunt," Alemán said in taped responses sent to a reporter from a secret location.

Alemán said he wasn't personally afraid but "I am very worried about my family."

Those who look down the road say they fear the paramilitary units eventually will turn to open criminality, making Nicaragua look more like its violence-wracked neighbors to the north: Honduras, El Salvador and Guatemala.

"You create them but you don't control them. They have their own social dynamic. They are starting to rob on the streets," said Óscar René Vargas, a sociologist.

Armed groups aren't Ortega's only tool to combat his opponents. The Sandinista Front-controlled National Assembly on July 16 approved a sweeping antiterror law that allows the state to prosecute anyone who causes death or injuries or destroys public or private property.

The loose wording lets the government interpret the law to go after "people who are simply exercising their right to protest," Rupert Colville, spokesman for the United Nations High Commissioner for Human Rights, told a U.N. news service.

But Nicaraguans are not prone to bottling up their feelings, and even as ordinary citizens hunker down in fear they have made life difficult for officials who venture into public.

"You see now that the principal Sandinista officials can't go to the supermarket. They board airplanes and people start shouting at them, 'murderers,'" said José Adán Aguerri, president of Nicaragua's largest business and agricultural group, the Superior Council of Private Enterprise.

Back To Top

## Rights Group Updates Death Toll In Nicaragua Unrest To 448 (AP)
Thursday, July 26, 2018
Associated Press

MANAGUA, Nicaragua (AP) — A rights group on Thursday raised by nearly 100 to 448 the number of dead from more than three months of political upheaval and protests demanding President Daniel Ortega leave office.

Alvaro Leiva, director of the Nicaraguan Pro-Human Rights Association, said 399 of the dead had been identified and there were photographs, news reports and other evidence to document the other cases.

The unrest began in April as protests against proposed social security cuts, which were later scrapped. Following a violent crackdown by security forces and allied armed civilian groups, the demonstrations grew and broadened in scope to accuse the president of being an authoritarian and include a demand for early elections.

WASHAR0003389

Ortega has denied any responsibility for the killings and accuses those seeking his exit of being coup plotters. He also rejected the idea of moving up the presidential vote scheduled for 2021, something that domestic critics, the Organization of American States, the United States and other nations have called for.

Leiva said the most deaths, 189, took place in Managua. That was followed by 55 in Masaya, southeast of the capital.

Attacks attributed to Nicaraguan security forces and armed supporters of Ortega's Sandinista movement have also recently begun squarely targeting the Roman Catholic Church, including church buildings, priests and even the cardinal.

At an event on religious freedom held Thursday at the U.S. State Department, Vice President Mike Pence accused Ortega of "virtually waging war on the Catholic Church."

"For months Nicaragua's bishops have sought to broker a national dialogue following pro-democracy protests that swept through the country earlier this year," Pence said. "But government-backed mobs armed with machetes, and even heavy weapons, have attacked parishes and church properties, and bishops and priests have been physically assaulted by the police."

Copyright 2018 Associated Press. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

Back To Top

## Nicaragua Rights Group Urges Ortega To Disband Paramilitaries (AFP)
Thursday, July 26, 2018
AFP

Managua (AFP) – A rights group in Nicaragua on Thursday called on President Daniel Ortega to disband paramilitary groups accused of killing, torturing and kidnapping anti-government protesters.

The head of the Nicaraguan Association for Human Rights, Alvaro Leiva, told a news conference that if Ortega wanted to prove his assertion that the paramilitaries were not under government control, "he should step up to guarantee citizens' right to security."

In interviews this week with US and Venezuelan television networks, Ortega denied persistent allegations that the armed and masked paramilitary gunmen seen operating in coordination with police were under his government's command.

Each time he was asked about the armed groups, Ortega switched attention to anti-government militias he accused the opposition of running with US funding, accusing them of killing dozens of police officers.

Three months of unrest in Nicaragua have claimed more than 300 lives, according to rights groups.

Protesters demanding Ortega step down have been countered with repression by police and paramilitaries firing live ammunition.

Ortega said on Monday that he believed that the "turmoil has stopped" and "matters are becoming more normal" in the country, one of Latin America's poorest.

But since then, at least four more people have been killed, including a Brazilian medical student, and Leiva said "citizens are in a deep state of fear" over actions by the paramilitaries.

The Nicaraguan Association for Human Rights alleged anti-riot units and government shock troops were among the members of the paramilitary squads, which went around masked and armed.

Back To Top

## New To Haiti: Foster Care For The Nation's Parentless Kids (Crary, AP)
Thursday, July 26, 2018
Associated Press
By David Crary

PORT-AU-PRINCE, Haiti (AP) — Like roughly a quarter of Haiti's children, 11-year-old Franchina has spent much of her short life without parents.

Her mother dead, her father in prison, Franchina was placed in a state-run orphanage as a toddler, remaining illiterate year after year and seemingly destined for a hard life in the Western Hemisphere's poorest nation.

But this year, Franchina's fortunes took a hopeful turn.

She has benefited from the newfound resolution of Haiti's government to improve the deplorable status of the country's children, and more specifically from a partnership between the state child welfare agency and several international child-service organizations.

In a country and region with no tradition of formal foster-care systems, they are recruiting and training Haitians who buy into the idea that being a foster parent is a noble mission.

"There's a certain satisfaction to it," said Jeannes Pierre, 61, a Baptist pastor in Port-au-Prince who is now Franchina's foster father. "It's doing something extraordinary."

In her orphanage, Franchina shared a bunkroom with many other children. Now she has a bedroom to herself, small and simple but enlivened by a colorful stack of books. To her

WASHAR0003390

delight, her foster parents taught her how to read within weeks of her arrival.

"It's like removing the darkness from the eyes of a child," Pierre said.

The Pierres do not know how long Franchina will be with them. "We want to keep her as long as possible," Pierre said. And Franchina, it seems, would agree.

Asked what she likes best about her new life, at first she was too shy to respond.

Then she confided: "I like everything."

Franchina 11, plays with a cat at her foster home in Port-au-Prince, Haiti. (AP Photo/Dieu Nalio Chery)

———

Many of Haiti's youths live on the streets; hundreds of thousands are domestic workers in other families' homes. Franchina was among the 30,000 or so consigned to orphanage-like institutions ranging in quality from adequate to abominable.

By itself, foster care won't come close to resolving the plight of Haiti's children. Long-term solutions are needed that for now are beyond the government's financial reach — notably, better educational opportunities and social supports so poor families don't feel compelled to place their children in orphanages or domestic servitude in the first place.

But the new program is cited by Haitian and foreign experts as evidence of the government's determination to modernize and strengthen an array of child-oriented policies and practices — and lessen reliance on foreign-based charities and mission groups.

"There's no magic bullet, no one solution," said Marc Vincent, who heads UNICEF's operations in Haiti. "But it's important to recognize the steps the government is taking — it is passionate about making things better."

Some of the changes derive from the island's devastating 2010 earthquake, which fueled a surge of international adoptions, primarily to the United States. Some Haitian children were airlifted to the U.S. even though they were not approved for adoption; an Idaho church group leader was convicted of arranging illegal travel after trying to take other children out of Haiti without government approval.

Such incidents prompted Haitian authorities to sign an international convention setting ethical standards for international adoptions. Regulations were tightened and the number of international adoptions from Haiti fell sharply, from more than 1,300 a year to around 300 or 400.

The child welfare agency — known by its French initials, IBESR — also is trying to beef up oversight of Haiti's roughly 750 orphanages. Most are privately run and financed, operating with little or no government regulation to rein in abuse and neglect.

Thus far, just a few of the orphanages have been shut down, but IBESR officials say about 400 are targeted for closure unless they meet a deadline for swift improvements. Large-scale closures will increase pressure on the government to reunify affected children with their biological parents, and to find foster homes when reunification proves impossible.

"We can't go on placing kids in institutions," said Vanel Benjamin, IBESR's foster-care coordinator. "The answer is family."

UNICEF estimates that 80 to 90 percent of the children in orphanages have one or two living parents. Lumos, the nonprofit founded by Harry Potter author J.K. Rowling, is among several groups seeking to reunite some of those children with their biological families, but the work is slow and the orphanage operators — often recipients of donations from well-meaning foreigners — are not always cooperative.

Orphan children sit in their beds at the Nest of Hope orphanage in Port-au-Prince, Haiti. (AP Photo/Dieu Nalio Chery)

"They don't want to change," said Eugene Guillaume, the Haiti program manager for Lumos. "Orphanages are their business."

———

Even at competently run orphanages accredited by IBESR, heartbreak is the norm, as Dallye Telemaque Bernard, director of the Nest of Hope home in Port-au-Prince, makes all too clear.

She oversees the care of about 50 children, ranging in ages from 5 months to 13 years. Some are brought in by government social workers, or by police who find them in the streets. But most are dropped off by their impoverished parents.

"Some children come here very sick, from families in very bad economic situations," said Bernard. "Ideally, there should be a program to help the children stay with their own families, but there isn't."

Sections of her orphanage are cheerful, including a courtyard where children take art classes around brightly colored plastic tables. But the upstairs bedrooms, with sets of four or five bunk beds lining the walls, are spartan — including one bedroom set aside for infants.

WASHAR0003391

Bernard said the babies generally arrive from Port-au-Prince's largest shantytown, Cite Soleil, dropped off by heartbroken mothers.

"It's difficult for them," she said. "But they don't have a choice."

Over the years, the goal for most children at the orphanage has been to arrange their adoption by families in Europe or North America. On a bulletin board in the entryway, there are photos of children posing with their adoptive families in France, Canada and elsewhere.

With Haiti now cutting back on such adoptions, Bernard wishes there were ways to reunify more children with their biological families — and she's also intrigued by the new foster-care program.

One recent visitor was a 23-year-old woman from Cite Soleil who had placed her son in the orphanage six years ago, when he was 2. He was adopted by a family in France last year, and the mother, Kenia Tunis, came by to see some photographs of her son sent to Haiti by his new family.

Tunis began to cry as she told her story, glancing at the photographs. Someday, she said, she hoped she might see her son again in person.

Kenia Tunis, 23, cries during a visit to the Nest of Hope orphanage in Port-au-Prince, Haiti. (AP Photo/Dieu Nalio Chery)

Would she have preferred him to be adopted by a Haitian family? She chose not to reply.

———

The foster-care program began three years ago in Port-au-Prince and the southern city of Les Cayes. This month, at a modest resort hotel, about 100 government officials and social-service providers gathered to extend the program into the northern region around the city of Cap Haitien.

"Today is a day of victory," declared Antonio Jean Louis of Children of the Promise, a Christian-oriented mission. "There's now an option besides international adoption."

Among the attendees was IBESR's Vanel Benjamin, who said the program will keep expanding to other regions of Haiti, with a goal of having 200 foster families accredited by the end of this year.

International adoption "should be the last resort," he said. "Foster care is a better alternative."

In the United States, there's a constant struggle to recruit foster parents even though they're generally paid many hundreds of dollars a month. In Haiti, the plan is to build a foster care system exclusively with parents willing to take on the task at their own expense.

One of the groups recruiting and training foster parents is Bethany Christian Services, which for decades has been a leading adoption agency in the United States. Recently, it has helped countries such as Ethiopia and Haiti develop their own foster-care systems.

Bethany's recruiting in Haiti focuses on a network of Protestant churches where pastors extol foster-parenting as a Christian act of love.

"People in the churches have responded positively even if they don't have a lot of financial resources," said Vijonet Demero, head of Bethany's Haiti operations. "For them, it's a calling, not a job."

Jeannes Pierre and his wife Nelia have an adult daughter who recently became a physician. Over the years, they have provided a temporary home to other children on an informal basis. Never had they received the type of formal training that was required to become foster parents.

As the foster-care program took shape, some advocates for children expressed concerns related to Haiti's huge population of child domestic workers. UNICEF estimates that roughly 400,000 children — called "restaveks" by many Haitians — live away from their parents in households where they're expected to perform work on a regular basis in return for lodging and food.

Some of these children are treated well and included in the family life of the home; others suffer various forms of abuse, prompting some advocacy groups to depict such arrangements as "child slavery."

Pastor Jeannes Pierre 61, walks with his foster daughter, Franchina 11, in Port-au-Prince, Haiti. (AP Photo/Dieu Nalio Chery)

Aspiring foster parents are screened to ensure they're psychologically and economically capable of caring for foster children without exploiting them. Demero said the foster families recruited by Bethany are visited at least every three months — and in some cases every week — by social workers from Bethany or IBESR.

Terre des Hommes, a Swiss-based nonprofit also working on the foster-care program, said the lack of payment to the foster parents complicates recruitment efforts but serves as a deterrent to families who otherwise might sign up for financial gain.

Even in the absence of regular payments, foster families can be provided with emergency funds to meet medical needs or cover the costs of school uniforms and supplies.

WASHAR0003392

Among the earliest batch of new foster parents were Ezekial Isme, 32, and his wife, Guerna, who heard about the program at their Port-au-Prince church, where Vijonet Demero is pastor.

"Our hearts were opened," said Ezekial Isme, who teaches at a church-run school.

Two and a half years ago, when the Ismes took in a girl from a troubled orphanage being closed by the government, they had no children of their own. They now have two sons, 1 and 2 years old, along with Michelene, who's now 10.

According to Isme, Michelene was 3 when her parents gave her to the orphanage. She was the youngest of her family's nine children.

When Michelene arrived in her new foster home, she was very withdrawn and had a bothersome skin disease. With attentive care, she's healthy now, and doing well at school, although still not up to the normal grade level for her age.

The Ismes would be willing to adopt Michelene, but don't know if or when the government would allow that sometimes difficult process to begin.

"She's our girl — she feels at home with us," Isme said. "Our hearts have already adopted her."

Copyright 2018 Associated Press. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

Back To Top

## Colombia's VP Assures The UN New President Backs Peace Deal (Lederer, AP)

Friday, July 27, 2018
Associated Press
By Edith M. Lederer

UNITED NATIONS (AP) — Colombia's outgoing vice president paid tribute to the U.N. Security Council Thursday for its support in building peace in a country ravaged by conflict for five decades and assured the world that the incoming president will work to consolidate peace.

Oscar Naranjo said the November 2016 peace agreement between President Juan Manuel Santos' government and leftist FARC rebels has not only seen FARC fighters lay down their weapons in "record time" of nine months but the transformation of FARC into a political party that now has seats in Congress.

"There are still challenges ahead," Naranjo said in an emotional farewell speech from the Santos government to the U.N.'s most powerful body.

But he said: "You can be sure that the incoming government, when the President-elect Ivan Duque comes in — he has said he will continue with this agreement and guarantee that Colombia will continue down a path toward sustainable peace."

In January 2016, Santos' government and FARC jointly asked the Security Council to help monitor and verify rebel disarmament should the two sides reach a deal to end their war, which left an estimated 260,000 people dead and displaced millions. It was a rare request for help to the council, which deals with global crises and is often the target of criticism for failing to end conflicts like Syria.

Naranjo said "if there was one unifying factor around peace in Colombia" it is the Security Council which established a political mission in response to the request.

"And we should like to say to our compatriots and to the world as a whole we have no words to thank the unanimous way in which this council has supported the building of peace in our country," he said.

Among the challenges ahead, Naranjo said, reintegration of FARC rebels into society "is critical," and Santos is handing a roadmap for the integration process to the next government.

He said the new government also has to extend its authority and transform areas which were the scene of military conflict so they become an integral part of the state which can then protect the communities there.

Without the conflict with FARC, Naranjo said, the new government also has a "unique opportunity" to combat illegal drug trafficking and strengthen action against organized crime. He said many families have expressed a desire to abandon illicit cultivation and substitute legal crops.

Naranjo pointed with "great satisfaction" to the first hearings by the special peace tribunal established to deal with former combatants.

"These hearings are now allowing for a transitional justice system to happen, which will be bringing to justice and punishing those who were involved in any way in this internal armed conflict and who violated laws and neglected human rights," he said.

U.N. envoy Jean Arnault, who heads the political mission in Colombia, told the council that "time will tell, but the positive response from victims and the recent decision of senior army officers to accept voluntarily the jurisdiction" of the special tribunal "is an indication that the Colombian peace process may well be close to striking the right balance between the demands of peace and justice."

WASHAR0003393

He urged the international community to maintain support for the tribunal, for the Truth Commission in Colombia and the unit searching for missing persons.

Arnault stressed that the reintegration of FARC members into civilian life "is very much unfinished business."

"To complete the work started by the current government will no doubt require dedication and resources," he said. "But fulfilling the guarantees given to those who have laid down their weapons and undergo now the difficult transition to civilian life is essential for Colombia, and also for Colombia to be a source of motivation for parties to conflicts elsewhere in the world."

Copyright 2018 Associated Press. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

Back To Top

## Cabinet Minister, 3 Others Die In Paraguay Plane Crash (AP)
**Thursday, July 26, 2018**
Associated Press

ASUNCION, Paraguay (AP) — Paraguay's agriculture minister and three other people have died in the crash of a small plane.

Civil Aeronautics official Ruben Aguilar says the twin-engine Beechcraft Baron went down in a marshy area shortly after taking off Wednesday night from the airport in Ayolas, some 235 miles (380 kilometers) south of the capital, Asuncion.

The dead included Agriculture Minister Luis Gneiting, Vice Minister Vicente Ramirez and the pilot and co-pilot.

Aguilar says investigators will begin trying to determine the cause of the crash and the reason by an emergency beacon failed to activate — a factor that apparently slowed rescue efforts.

Copyright 2018 Associated Press. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

Back To Top

## Paraguayan Minister, Deputy Die In Plane Crash: Rescuers (AFP)
**Thursday, July 26, 2018**
AFP

Asuncion (AFP) – Paraguay's agriculture minister and a deputy minister were among four people killed in an airplane crash near the Argentine border, rescuers said Thursday.

The twin-engine light aircraft had taken off from the southern fishing town of Ayolas on Wednesday afternoon but crashed soon afterward, just eight kilometers (4 miles) from the airport.

"There are no survivors," Roque Gonzalez, a member of a search and rescue unit, told AFP.

The dead were identified as agriculture minister Luis Gneiting, deputy livestock minister Vicente Ramirez, civil servant Luis Charotti and pilot Gerardo Lopez.

Gneiting was returning to the capital Asuncion, 300 kilometers away, after visiting his terminally ill mother, who died on Thursday just hours after her son.

The cause of the crash was not immediately clear.

Back To Top

## Mexico's AMLO Asks For UN Help To Fight Corruption, Rights Abuses (AFP)
**Thursday, July 26, 2018**
AFP

Mexico City (AFP) – Mexico's president-elect Andres Manuel Lopez Obrador on Thursday said he is asking the United Nations for help combatting corruption and human rights abuses.

Lopez Obrador successfully campaigned on a zero tolerance policy towards endemic corruption in Mexico, promising to save millions of dollars in public funds.

"The UN is going to help us, we're going to lean on them because they have" an anti-corruption office, said Lopez Obrador at a press conference.

The president-elect also asked for the UN's assistance in preventing "human rights violations... like the disappearance of the Ayotzinapa youth."

On the night of September 26, 2014, a group of 43 students from a rural teaching school in Ayotzinapa, southern Mexico, disappeared after they were arrested by police in the nearby city of Iguala.

They had been heading to the capital Mexico City to take part in commemorations for a 1968 massacre of students and civilians that left hundreds dead.

Prosecutors said the police handed over the students to drug traffickers who subsequently killed them, burned their bodies and spread their ashes in a river.

But that version of events was questioned by independent expert investigators from the Inter-American Commission on Human Rights, amid speculation that various other government forces were involved.

WASHAR0003394

Lopez Obrador presented former health minister Juan Ramon de la Fuente as his choice for Mexico's ambassador to the UN, an appointment that still needs to be ratified by the Senate.

Lopez Obrador, known by his initials AMLO, is due to take over the reins from President Enrique Pena Nieto on December 1. He was elected president on July 1 with a resounding victory, securing more than 50 percent in the first round.

Back To Top

## Economists Say Currency Reform Is Urgently Needed In Cuba. But It's Expected To Generate Inflation And Layoffs, Which Are Not Politically Feasible During A Period When Voters Will Be Asked To Consider A New Constitution. | Miami Herald (Whitefield, MH)

Thursday, July 26, 2018
Miami Herald
By Mimi Whitefield

Cuba's looming constitutional referendum and nagging structural economic problems mean it's unlikely the island's leaders will take on the much-need unification of Cuba's two currencies this year, economists said in Miami.

For years Cuba has been talking about uniting its two competing currencies, the Cuban peso (CUP), which is generally used by the Cuban population, and the convertible peso (CUC), which is used by tourists, foreign companies and some state enterprises and private entrepreneurs.

The CUC is on par with the dollar, while 24 CUPs equal $1 U.S., but because there is such a huge difference in exchange rates there are expected to be winners and losers when the currency is unified.

While "it will be impossible to achieve significant and sustainable improvement [in the economy] without currency reform," it won't happen this year, said Omar Everleny Pérez, a Cuban economist.

Speaking at the 28th annual meeting of the Association for the Study of the Cuban Economy at the Hilton Miami Downtown Hotel, Pérez said when the government unifies the two currencies and divergent exchange rates, it's expected to lead to higher inflation and hurt inefficient state enterprises that have essentially been subsidized by overly favorable exchange rates, even causing them to fail.

Amid discussion and voting on a new constitution, the government doesn't want skyrocketing prices and widespread layoffs impacting voters, he said. A three-month comment period on a draft of the new constitution begins Aug. 13 and

the referendum is expected to be held late this year or early next year.

In December, Cuban leader Raúl Castro, who has since retired from the presidency, said unification couldn't be delayed much longer.

But it isn't politically feasible to attempt currency unification in the current environment, said Dagoberto Valdés, of the Coexistence Studies Center, an independent think tank in Pinar del Río, Cuba. "We think it [currency unification] could have a devastating economic impact, the strongest in 60 years of the revolution."

Economists at the ASCE meeting, which concludes Saturday, said that depends on how Cuba implements currency unification and whether it just comes up with a single currency without undertaking needed structural economic reforms.

Luis Luis, a consultant and principal at International Research & Strategy Associates, said it also would be difficult for Cuba to push through currency unification this year because it has very low international reserves. "They don't have the reserves to have a currency that would be stable," he said.

Luis said that 2010, when Cuba still had a huge subsidy from Venezuela and the economy was growing, "would have been a great year to unify the currencies. But they missed their chance."

"You can't talk about Cuba without talking about Venezuela," said Rafael Romeu, president and chief executive of DevTech Systems and a former senior economist at the International Monetary Fund. "The source of foreign transfers, Venezuela, is on the ropes."

Analysts say future subsidies for Cuba may not be sustainable.

"The fiscal balance of Cuba is deteriorating. There is a need to continue financing these yawning deficits, which also doesn't augur well for currency reform," said Romeu. "We see no unification in this environment."

While there would be long-term benefits for Cuba with currency reform, including a more stable climate for foreign investment, "the government fears that short-term costs would be too high to bear politically," said Armando Linde, a retired IMF economist.

Back To Top

## SUB-SAHARAN AFRICA

## As A Dam Rises In Ethiopia, Its Manager Is Found Dead (Walsh, Sengupta, Ahmed, NYT)

WASHAR0003395

Friday, July 27, 2018
<u>New York Times</u>
By Declan Walsh, Somini Sengupta And Hadra Ahmed

CAIRO — The manager of a $4 billion dam under construction on the Blue Nile River in Ethiopia was found shot dead on Thursday, drawing an anguished reaction from Ethiopia's leaders and setting on edge one of Africa's most contentious development projects.

The project manager, Semegnew Bekele, who was overseeing the construction of the Grand Ethiopian Renaissance Dam, was found slumped behind the wheel of his Toyota Land Cruiser in Meskel Square in the capital, Addis Ababa, at 8:30 a.m. He had a gunshot wound to his head, the federal police commissioner, Zeinu Jamal, told reporters.

The police also found a pistol inside the car and were trying to identify its owner, Mr. Jamal said. The police commissioner did not say whether he suspected foul play, fueling speculation that the death was linked to Mr. Semegnew's work.

When completed, the giant Renaissance dam is expected to generate 6,400 megawatts of hydroelectricity that will more than double Ethiopia's current production and potentially allow the country to earn hundreds of millions of dollars in energy export revenues. But the project has met with stiff resistance from Egypt, where many fear it will cut into the country's already strained supply of Nile water.

Mr. Semegnew, 57, a short, loquacious man with a salt-and-pepper beard, was the project's engineer and unofficial ambassador. He explained the dam's benefits to the Ethiopian taxpayers who funded it, and sought to assure nervous Egyptians that it would cause them no harm.

"This is our baby," he told The New York Times in May during a tour of the dam in the Ethiopian highlands, five miles from the border with Sudan. "This is what we are saying. Not just me — all Ethiopians."

His sudden death sent ripples of sorrow across Ethiopia on Thursday. Grief-stricken citizens scuffled with the police as they attempted to lay flowers near the bloodstained vehicle where Mr. Semegnew was found. Prime Minister Abiy Ahmed was "saddened & utterly shocked," his chief of staff, Fitsum Arega, said in a Twitter post.

The Renaissance dam, Africa's largest hydropower project, is a symbol of Ethiopia's economic ambitions. It will cost at least $4.2 billion to build, officials say, with China separately funding electricity infrastructure projects costing about $1 billion. But the project has stumbled this year.

Mr. Semegnew was in Addis Ababa on Thursday to give a news conference at a time of growing public unease over delays in the project and concerns about corruption and mismanagement, officials said. He died hours before he was scheduled to speak.

Standing atop the dam in May, Mr. Semegnew offered his usual optimistic assessment of the project, which he said was about two-thirds completed, and he played down the fears of downstream countries, notably Egypt.

The dam had turned Ethiopia into "the power hub of the region, of the continent," he said, and it would be used only to generate electricity, and not for irrigation.

He declined to say why the project's completion date had been repeatedly delayed over the past year. "I cannot comment to you on this," he said.

Those delays, and the dam's generally opaque finances, have become matters of considerable speculation in Ethiopia in recent weeks. Some people who posted messages on social media sites suggested that Mr. Semegnew was killed because he was planning to name corrupt officials who were making money from the project or that Egypt had somehow played a role in his death.

None of the commentators offered evidence to support those conspiracy theories, but they did appear to reflect growing public disquiet about a project that is behind schedule, has consumed huge amounts of taxpayers' money and has increased tensions with Egypt.

An upbeat visit to Cairo by Prime Minister Abiy last month improved that often-tense relationship. The visit was part of Mr. Abiy's dizzying series of reforms, including peace overtures to rival Eritrea, since he came to power in April.

But since then, technical talks on the dam between Egypt, Ethiopia and Sudan have stalled again.

The discovery of Mr. Semegnew's body was the second violent drama of the past month in Meskel Square, perhaps the most famous plaza in Addis Ababa.

At least one person was killed during a rally in the square in June, when an assailant hurled a grenade just minutes after Mr. Abiy delivered his first public speech in the capital.

The grenade fell short of Mr. Abiy and exploded among his supporters, not far from where the Mr. Semegnew's body was found on Thursday. Security officials have not said publicly who was responsible for throwing the grenade, but at least 30 people were arrested.

Declan Walsh reported from Cairo, Somini Sengupta from New York, and Hadra Ahmed from Addis Ababa, Ethiopia.

<u>Back To Top</u>

WASHAR0003396

## Ethiopia's Premier To Woo Diaspora Investors As He Visits U.S. (Gebre, BLOOM)

Thursday, July 26, 2018
Bloomberg News
By Samuel Gebre

Ethiopia's prime minister arrived in the U.S. for meetings with members of its quarter-million-strong diaspora community in a bid to woo investment for Africa's fastest-growing economy.

Abiy Ahmed's first U.S. trip since taking office in April comes as he shakes up orthodoxies at home, promising a multi-party democracy and to privatize state monopolies, while making peace with long-time foe and neighbor Eritrea. He will hold meetings in Washington D.C. with the Ethiopian business community, religious leaders, think tanks and the public until Saturday, before heading to Los Angeles and Minneapolis, according to Ethiopia's embassy.

The embassy said tens of thousands of people are expected to attend public meetings in the three cities. More than a quarter of a million people of Ethiopian descent live in the U.S, according to the Migration Policy Institute, a Washington-based think tank.

Abiy may be hoping to tap into a rich source of foreign exchange for Africa's second-most populous country. Ethiopians abroad sent back some $4.6 billion last year – about a quarter of the nation's annual foreign-exchange earnings – and this month the government opened accounts for a so-called Diaspora Trust Fund in which overseas communities were invited to donate for development.

Abiy faces the task of bringing an end to several years of sporadic regional protests over alleged land grabs and political neglect that threatened to detail the boom in the state-planned economy. Earlier in July, he said Ethiopia needs $7.5 billion to finish current infrastructure projects and is also battling foreign-exchange shortages.

Zemedeneh Negatu, a U.S.-based investor, said last week that the diaspora now has ways to partake in opportunities in Ethiopia, following pledges to partly privatize companies such as Ethiopian Airlines Enterprise and Ethio Telecom Corp.

"Ethiopia is the fastest-growing economy in Africa," he said at an investment forum in Washington D.C. "If that is the kind of trajectory we are looking at then we need to be prepared as the diaspora to take advantage of that."

Back To Top

## Construction Manager Of Ethiopia's Nile River Dam Found Dead (Meseret, AP)

Thursday, July 26, 2018
Associated Press

By Elias Meseret

ADDIS ABABA, Ethiopia (AP) — The construction manager of a controversial dam being built on the Nile River in Ethiopia has been shot dead, police said Thursday, while the country's prime minister said he was "utterly shocked."

Semegnew Bekele was discovered inside his car at Meskel Square in the capital, Addis Ababa, state broadcaster ETV reported.

"Engineer Semegnew died due to gunshot wounds at the back of the neck," the chief of the federal police, Zeynu Jemal, told journalists. "A pistol has also been discovered inside the car and we are trying to determine to whom it belongs."

Semegnew had downplayed Egypt's fear that the massive Grand Ethiopian Renaissance Dam will reduce that country's share of Nile River water. Ethiopia maintains the dam is needed for development, pointing out that 60 million citizens don't have access to electricity.

The dam is now more than 63 percent complete. Once finished, it will generate about 6,400 megawatts, more than doubling Ethiopia's current production of 4,000 megawatts.

Ethiopia's new Prime Minister Abiy Ahmed was "saddened & utterly shocked" to hear of Semegnew's death, chief of staff Fitsum Arega said on Twitter.

Demonstrators rallied at Meskel Square, calling for the arrest of the perpetrators, while many Ethiopians described Semegnew as a martyr.

Copyright 2018 Associated Press. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

Back To Top

## Long Separated By War, Ethiopians And Eritreans Reunite (Stein, AFP)

Friday, July 27, 2018
AFP
By Chris Stein

Asmara (Eritrea) (AFP) – When Jerusalem Aregay fled Eritrea in 2001, she was sure she would never again see her friends, her uncles and the aunt who had raised her like a daughter.

Yet escape was her only option.

Eritrea was locked in a tense standoff with Ethiopia. And after two years of fighting on their border, the people of the capital Asmara had grown hostile to Ethiopians like her.

So she fled south to a country that was technically her own but that she had never called home.

WASHAR0003397

She believed she was saying goodbye forever to everything and everyone in Eritrea that she had loved.

Seventeen years later, she stepped off an Ethiopian Airlines flight in Asmara and into the arms of her aunt.

"We are so happy. Thank God!" Jerusalem told AFP shortly after she was reunited with her relative Tinseu Nigusse.

The extraordinary reunion was made possible by the stunning thaw in relations between the two countries who have called off their decades-long conflict.

The resumption of flights between Asmara and the Ethiopian capital Addis Ababa has brought families separated by the war back together in emotional scenes.

Day after day at Asmara's airport, a crowd has gathered, waiting for relatives that have not been seen in years. Similar scenes have played out at Addis Ababa's airport.

At the sight of their loved ones, men and women dressed in their finest suits and dresses have rushed forward, sobbing and embracing family members separated by war.

For some, the reunions came just in time.

"I'm so happy to see her. It's been 20 years," Girmay Solomon said after he was reunited with his 87-year-old mother Lemlem Kahsai.

– 'We didn't have any space to live' –

Girmay, an Ethiopian, had only met his frail mother in Khartoum once since they were separated – but the rapprochement has brought them together again, perhaps for the final time.

"I'll take him to Mareba," said Lemlem of her village in the country's south.

Eritreans remained closely linked to Ethiopia even after they voted in 1993 to become an independent country following a decades-long liberation struggle.

But after a border dispute erupted into two years of devastating war in 1998, the countries were driven apart.

The estrangement worsened after Ethiopia rejected a 2002 United Nations ruling meant to demarcate the frontier with Eritrea.

During pauses in the brutal trench warfare, both countries deported thousands of each others' citizens.

Eritrea's years as a province of Ethiopia meant many families had members of both nationalities and the deportations tore households apart.

Born in Eritrea, Jerusalem was an Ethiopian citizen through her parents, but after their death her aunt Tinseu, an Eritrean, raised her.

By 2001, Asmara was a hostile place for people like her.

A peace treaty had ended the border fighting a year earlier, but Ethiopians and Eritreans had stopped socialising at school, she said.

Every six months, the Eritrean government would force Ethiopians who had not been deported to pay a steep fee to renew their residency permits.

"We didn't have any space to live," she said.

– 'It was so difficult' –

The decision to leave was not easy, but eventually, it became the only choice.

With the help of the UN, Jerusalem crossed the border with her little sister Lewan Aregay and reached a refugee camp in northern Ethiopia.

Two weeks later, she was in Addis Ababa, where she could not even speak the national language Amharic.

"It was so difficult for us. We didn't know the environment, we didn't know the society," said Jerusalem, who eventually found work as a technician at a television station.

For years, little changed along the tense frontier between Ethiopia and Eritrea. Troops remained in their trenches and separated families remained apart.

Jerusalem stayed in touch with her aunt using social media.

Some relatives met up in Dubai or the Sudanese capital Khartoum, countries that had flights to both Eritrea and Ethiopia.

And then, on April 2, 2018, everything changed. Abiy Ahmed took office as Ethiopia's prime minister after the surprise resignation of Hailemariam Desalegn.

Two months after coming to power, Abiy announced his government would respect the UN's border demarcation.

Within weeks, he travelled to Asmara and welcomed Eritrean President Isaias Afwerki to Addis Ababa, paving the way for the end of the conflict. The resumption of direct flights followed, and with it the opportunity for Jerusalem to reunite with the people she loved.

"I didn't think I'd see my aunt, my uncles and my friends again," Jerusalem said, smiling beside her aunt in a modest Asmara villa where they sat together, making up for lost time.

Back To Top

WASHAR0003398

## $40,000 A Car For Lawmakers Fuels Ire In War-Hit South Sudan (Francis, BLOOM)

Thursday, July 26, 2018
Bloomberg News
By Okech Francis

A civil society group urged South Sudan's parliament to explain about $18 million in bonuses paid to lawmakers that the government of the war-torn, poverty-stricken country described as loans to buy cars.

Under the plan, 452 members of both houses of parliament are receiving $40,000 each for vehicles, a step presidential spokesman Ateny Wek Ateny said was regular and covered by the 2017-18 budget. South Sudan is mired in an almost five-year civil war that's caused an economic crisis and forced parts of the country to the verge of famine.

The government's decision "is a disturbing development at the stage where civil servants and members of law enforcement agencies are going two months without salaries," said Edmund Yakani, executive director of the Community Empowerment for Progress Organization, based in the capital, Juba.

News of the payment comes as warring parties try to end a conflict that began in December 2013 and has claimed tens of thousands of lives. Under a new peace deal, President Salva Kiir and the main rebel leader would reunite in an expanded government and parliament. While the talks were under way, lawmakers voted for Kiir's term to be extended three years.

Ateny said that lawmakers "should not be seen struggling and risking their lives" moving around, pointing to similar loans he said were given in 2005, before the country's independence from Sudan. Lawmakers had been coming to work by motorcycle taxi, "so the government thought it wise to give the loan," he said Thursday by phone. He declined to comment on unpaid salaries.

Yakani said the average South Sudanese worker would take years to earn the kind of sums given. "We are demanding the leadership of the parliament to inform the citizens of what is the real purpose of this cash allocation," he said by email.

Santino Riak, a teacher in Juba, said lawmakers don't deserve to be paid such an amount when the government is struggling to deliver services and pay salaries.

"They should first serve us before serving themselves," he said.

Back To Top

## Zimbabwe Opposition Goes Where Followers Once Feared Death (Cohen, Latham, BLOOM)

Wednesday, July 25, 2018
Bloomberg News
By Michael Cohen And Brian Latham

Zimbabwe's main opposition party has been able to campaign in what were once no-go rural areas for the first time in almost two decades, bolstering its prospects of winning next week's election.

The change, following the end of Robert Mugabe's 37-year rule, has let the traditionally urban-based Movement for Democratic Change draw big crowds to rallies in rural districts, where more than half the southern African nation's estimated 13 million people live. It's a spin-off from new President Emmerson Mnangagwa's pledge to hold a free election – a key part of a drive to attract investment and rebuild the shattered economy.

"People are interested to see these guys because they've never seen them before," small-scale farmer Jeremiah Mahacha, 56, said by phone from Gokwe in central Zimbabwe. "Wearing their red T-shirts would mean a beating or death in the old days, but now we see them and want to hear what they're saying with our own ears."

The MDC was started by labor and civil-rights leaders in 1999 as opposition grew to Mugabe's increasingly authoritarian leadership and mismanagement of the economy. The party won its first political battle in a 2000 referendum, when it defeated constitutional changes that could have entrenched Mugabe's rule. Government-backed militants then seized thousands of white-owned farms and about 3 million people, mainly farm workers of Malawian, Zambian and Mozambican descent, were evicted, according to the United Nations.Fears Unfounded

The security forces and youths from the ruling Zimbabwe African National Union-Patriotic Front confined opposition campaigns to the main towns in the past three disputed elections, frequently beating and arresting MDC activists and banning and disrupting their rallies and meetings. Violence peaked in 2008, when the opposition says about 200 of its supporters were murdered and the homes of thousands more were attacked.

Farai Mondizvo, 67, a subsistence farmer from Gutu, south of the capital, Harare, said residents' fears that they would be attacked if they attended a MDC rally had proved unfounded – although not everyone is convinced they should vote for them.

"No one was beaten, nothing," he said by phone. "Even the police just stood and watched. Of course, what they are promising is exactly the same as Zanu-PF is promising, which is what we've been told for more than 30 years without

WASHAR0003399

anything happening, so politics seems to the same either way."Soft Coup

Mugabe's rule ended in November, when he unsuccessfully tried to anoint his wife, Grace, as his successor and the ruling party forced him to quit after the military briefly seized control of the country. Political violence has largely ceased since Mnangagwa, a former deputy president, justice minister and spy chief took office.

About 5.6 million people have registered to vote for a new president, lawmakers and local government representatives on July 30. The front-runners of the 23 candidates in the presidential contest are Mnangagwa, 75, and the MDC's Nelson Chamisa, a 40-year-old lawyer and church pastor. If no candidate gets more than half the vote, there will be run-off election on Sept. 8.

Read more about the two leading presidential contenders.

Despite the MDC being able to campaign more freely, only 30 percent of rural respondents to a survey by research company Afrobarometer said they would vote for it, while 48 percent supported the ruling party. In the urban areas, the MDC had 63 percent backing and Zanu-PF 37 percent, the survey found. The fact that the rural population is considerably bigger than the urban one gives the ruling party "a built-in electoral advantage," Afrobarometer said.

Still, the absence of violence, the opposition's visible campaign and the novelty of potentially relegating Zanu-PF to the opposition benches for the first time since white-minority rule ended in 1980 could sway some undecided voters.New, Refreshing

In Chipinge, on Zimbabwe's eastern border with Mozambique, the MDC's campaign had gone down well with residents, according to Ambitious Tererai, 44, who grows coffee in the area.

"Seeing them and holding rallies, that's new. Before they could not reach here," he said. "It's refreshing."

Zimbabwe's economic travails – rampant unemployment, chronic cash shortages and crumbling infrastructure – could also spark an anti-government backlash in rural areas, where poverty is worse and state services more deficient than in the towns.

"Times are harsh," said Mahacha, the farmer from Gokwe. "There's no money in the rural areas and most of us farmers are just subsisting. We are only just surviving."

Back To Top

## Zimbabwe Election Seen As Critical Test For Nation Post-Mugabe (Foarde, WT)
**Thursday, July 26, 2018**

Washington Times
By Connor Foarde

When voters in Zimbabwe head to the polls for Monday's general election, they will get a ballot that for the first time in two decades won't have the name of ousted President Robert Mugabe on it. But many of the problems that built up in Mr. Mugabe's nearly four decades in power will still have to be faced.

There will also be a level of suspense about the outcome that was never the case under the old regime.

Almost eight months after a soft coup unseated the authoritarian 94-year-old Mr. Mugabe, his former aide and successor, incumbent President Emmerson Mnangagwa finds himself in a tight race against Nelson Chamisa of the opposition Movement for Democratic Change (MDC).

Mr. Mnangagwa, known as "the Crocodile," is the former protege of Mr. Mugabe and served with as vice president in 2014 until he lost out in a power struggle shortly before Mr. Mugabe was forced from power last year.

Having long been implicated in the human rights abuses and economic decline that occurred under Mr. Mugabe's reign, Mr. Mnangagwa now promises to respect civil liberties while revitalizing the devastated economy by attracting foreign investors.

Sunday's vote is seen as a critical test of the new administration in Zimbabwe, and the ruling ZANU-PF party. A free and fair vote will be critical to attracting new investment and ending Mugabe-era sanctions

"That verdict would be the gateway to a successful recovery from Zimbabwe's syndrome of crises. It is absolutely critical," Zimbabwean political analyst Eldred Masunungure told the Reuters news agency.

Mr. Chamisa, nearly four decades younger than the 75-year-old president, has also had an extensive career in Zimbabwean politics. The charismatic pastor became a member of Parliament 15 years ago at the age of 25, and would be the youngest leader in Zimbabwe's history if he wins.

He has expressed skepticism about the legitimacy of the upcoming election. Mr. Chamisa told the news website Independent Online this week that the vote is "on path to be determined as a fraud election," adding that the Zimbabwe Election Commission was "biased and has lost the confidence of the people of Zimbabwe."

The race could be close: An Afrobarometer poll released last Friday showed 40 percent of voters supporting Mr. Mnangagwa and 37 percent for Mr. Chamisa.

WASHAR0003400

With international observers permitted in the country for the first time since 2002, the election will be a test of post-Mugabe Zimbabwe's capability of holding credible elections.

"These elections will be key for the future of Zimbabwe. The future president, parliament and local government councils will have the responsibility of steering the transition process in the country," Federica Mogherini, the European Union's point woman on foreign affairs, said in a statement.

Economic reform will be a top priority for Zimbabwe's next leader. The country has suffered since the botched policy by the Mugabe government in 2000 to encourage the seizure of productive white-owned farms by poor black Zimbabweans. Meant to address inequalities dating back to the colonial era, the policy instead resulted in stark production and productivity declines.

Since taking office last year, Mr. Mnangagwa has rolled back industry regulations in hopes of attracting foreign investors to the country and acknowledged that the Mugabe-era land reform policy did more harm than good.

"The critical thing is that during land reform, productivity collapsed totally, we moved from self-sufficiency to an insecure nation," Mr. Mnangagwa told The Daily News last week.

Mr. Chamisa has told voters that any changes to the land reform policy would not displace black farmers who acquired land, but would also take into account the plight of the dispossessed white farmers.

"We are in agreement that skilled white farmers must be put back to work — but they must be allocated available land without reversing the land reform," Mr. Chamisa tweeted last month.

Despite a wave of optimism after Mr. Mugabe was driven from power, Mr. Mnangagwa has received mixed reviews. Last month, the president narrowly escaped injury after a grenade exploded on stage at a campaign rally in Bulawayo. Two were killed in the attack, which Mr. Mnangagwa called a "cowardly act" perpetrated by opposition sympathizers.

Back To Top

## Uganda Court Clears Way For Museveni To Run For Sixth Term (AFP)
Thursday, July 26, 2018
AFP

Mbale (Uganda) (AFP) – A court in Uganda cleared the way for President Yoweri Museveni, 73, to run for a sixth term when it upheld on Thursday a constitutional change that scrapped presidential age limits.

Previously the law required presidential contenders to be under the age of 75 and would have blocked Museveni, president since 1986, from seeking re-election in polls due in 2021.

But a bill removing the limit was introduced in parliament in September and signed into law in December, sparking demonstrations and outcry from the opposition which accuses Museveni of a power grab.

A group of opposition figures brought the judicial review heard by judges in a marathon session.

A majority of the constitutional court judges, sitting in the remote city of Mbale some 225 kilometres (140 miles) east of the capital Kampala, ruled in favour of lifting the age cap for presidential contenders.

But they struck down lawmakers' efforts to extend their terms of office from five to seven years which would have pushed elections back to 2023, with one judge describing their effort as "selfish".

The judges also decided that an attempt to reintroduce presidential term limits – scrapped with the reintroduction of multi-party politics in 2005 when the constitution was last amended – breached parliamentary procedure. They ruled the bid invalid, paving the way for a Museveni life presidency.

Museveni, who seized power at the head of a rebel army in 1986, once said leaders who "overstayed" were the root of Africa's problems.

However while running for a fifth term in 2016, he said it was not the right time for him to leave as he still had work to do.

Back To Top

## US Pressures Kabila To Step Aside In DR Congo Vote (AFP)
Thursday, July 26, 2018
AFP

United Nations (United States) (AFP) – With only five months to go before elections in the Democratic Republic of Congo, the United States on Thursday urged President Joseph Kabila to quickly declare that he will not seek re-election.

The vote is to take place two years later than originally scheduled, and after dozens have died in protests against Kabila who has been in power since 2001.

Addressing the UN Security Council, US Deputy Ambassador Jonathan Cohen said "the time for posturing is over" and that Kabila must now make clear his intentions for the December 23 vote.

WASHAR0003401

"We expect President Kabila to abide by the DRC constitution and the December 2016 agreement. He is not eligible under Congolese law to seek a third term," Cohen said.

France and Britain have previously also called for him to clearly state that he will step aside and not run in the election.

Kabila had been expected to announce whether he planned to run in an address to parliament last week, but he kept the world guessing about his intentions.

On that same day, the Security Council issued a joint statement with the African Union's Peace and Security Council to call for a "peaceful and democratic transfer of power" following the December vote.

The DRC has never known a peaceful transition of power since independence from Belgium in 1960.

Candidates for the presidency must declare their bids by August 8.

The United States renewed criticism of the DR Congo's plan to use electronic voting in the polls, saying the voting machines could undermine the credibility of the elections.

The election commission "must take steps to ensure voters can cast their votes via a mechanism that is tested, trusted, and guarantees secrecy of the vote -– namely paper ballots," said Cohen.

The elections have come under intense scrutiny at the Security Council, which is planning to pay a visit to the DR Congo later this year, possibly in October.

UN Secretary-General Antonio Guterres had planned to travel to Kinshasa along with African Union Commission chairman Moussa Faki this month but that visit was postponed, at Kabila's request.

Congolese Ambassador Ignace Gata Mavita urged world powers to support elections in his country "through positive actions" and complained of "interference from all sides".

There are fears that the vast mineral-rich country could slide into all-out violence as it heads towards the elections.

Back To Top

# Mali Holds Key Polls Overshadowed By Jihadist Violence (Siuberski, AFP)
**Friday, July 27, 2018**
AFP
**By Serge Daniel Et Philippe Siuberski**

Bamako (AFP) – Mali holds crucial polls on Sunday with President Ibrahim Boubacar Keita seeking re-election in a country reeling from jihadist violence and ethnic attacks.

The international community hopes the poll will strengthen a 2015 accord that Mali, a linchpin state in the troubled Sahel region, sees as its cornerstone for peace.

But violence has peppered the election, with the final days of campaigning marred by an attack on a candidate's convoy and renewed killings of civilians.

Despite the peace deal, which gathers the government, government-allied groups and former Tuareg rebels, a state of emergency remains in force and heads into its fourth year in November.

Jihadist violence, meanwhile, has spread from northern Mali to the centre and south and spilled into neighbouring Burkina Faso and Niger, often exacerbating communal conflicts.

– 'No more war-mongering' –

Twenty-four candidates are in the race for the presidency, and over eight million people are eligible to vote.

Keita, elected in 2013, is accused by his opponents, including several former ministers, of poor governance and security failures. Nearly 300 civilians have died in ethnic clashes this year alone.

On Wednesday, at least three Fulani civilians were killed in central Mali in an attack by suspected traditional hunters, according to civil society and security sources.

The Fulani community regularly denounces abuses against them by Bambara and Dogon farmers in the fight against jihadists, accusing authorities of ignoring or even taking part in them.

Speaking to journalists on Tuesday, Keita, 73, defended his record and branded the attacks as "pockets of violence and remnants of terrorism".

"There's no more war-mongering in Mali today," Keita said.

He acknowledged that the violence had "metastasised to central Mali", but said the state was making a "colossal financial effort" to combat it.

– Rivals –

Keita's challengers are headed by Soumaila Cisse, a former finance and economy minister, who lost by a large margin in the second round of the 2013 election.

Others are Modibo Kone, a rural development expert at the West African Development Bank, and Hamadoun Toure, who runs the "Smart Africa" initiative to drive development on the continent via technology.

Another candidate, businessman Aliou Boubacar Diallo, said IBK had "failed miserably". Diallo's convoy was attacked by armed assailants while he was campaigning.

WASHAR0003402

"Everywhere we have been, it is this insecurity which tops Malians' concerns," Diallo said.

Other contenders include astrophysicist and former prime minister Cheick Modibo Diarra. There is only one female candidate – Djeneba Ndiaye, a 55-year-old businesswoman.

– Fraud claims –

Amid concerns that the vote could not be held in some restive parts of the country, over 30,000 security personnel have been commandeered to ensure security.

In the north, where the state is largely absent, armed groups who signed the peace agreement have also been roped in.

The campaign unfolded amid tight security and marked by a controversy over the electoral roll – with the opposition warning of possible fraud.

Cisse's team claimed there were two electoral lists and hundreds of fake polling stations listed.

The European Union is expected to deploy around 100 observers on Sunday. Its chief observer, Italian Euro-MP Cecile Kyenge, called on Wednesday for "more transparency" and access for all observers, including 3,000 Malians.

Turnout is traditionally low in Mali during the first round of voting, hovering around 50 percent.

If Keita – widely known as IBK – or any of his contenders fail to secure more than half of the ballots, a second round will take place on August 12.

The first results are expected within 48 hours of the vote, with official results following on August 3 at the latest.

Back To Top

## Mali: Jihadist Hotbed In Sahel (AFP)
Friday, July 27, 2018
AFP

Bamako (AFP) – The largely desert Western African nation of Mali is one of the world's poorest countries, plagued by jihadist attacks.

Ahead of presidential elections on July 29, here is some background.

– Sahel, Sahara –

Hot, dry and flat, Mali is in the semi-arid Sahel belt, its north jutting well into the Sahara Desert.

It is large and landlocked with most of its sparse population of nearly 18 million (World Bank 2016) in the south where the Niger River flows.

The Muslim-majority, French-speaking nation – independent from France since 1960 – is home to around 20 ethnic groups.

After coups and coup attempts, Alpha Oumar Konare in 1992 became Mali's first democratically elected president, stepping down in 2002.

The current president, Ibrahim Boubacar Keita, was elected in 2013.

– Rebellions, jihadists –

The nomadic Tuareg people of the Sahara have revolted for decades against the domination of black populations in the south.

Their 1990-1994 rebellion left more than 1,000 dead before a peace treaty to end their struggle for self-rule.

But in 2006 several hundred former rebels, many of whom had been integrated into the army, returned to the bush to lead a campaign of attacks and hostage-takings, until a ceasefire in 2009.

A new Tuareg rebellion sprung up in 2011 and president Amadou Toumani Toure was ousted in 2012 by soldiers angry at his government's "inability" to put down the insurrection.

The conflict was hijacked by Al-Qaeda-linked groups, who overran much of northern Mali.

– France at the forefront –

France launched ongoing military operations in January 2013 that partially ousted the extremists. Months later they were joined by a UN peacekeeping force, MINUSMA, which numbers around 15,000.

A new peace accord was reached with the Tuareg-led rebel alliance in 2015 but entire areas remain outside the control of Malian and foreign forces.

The violence has since spread into central Mali, fuelling pre-existing communal conflicts. It has also spilled into neighbouring Burkina Faso and Niger.

This prompted the launch in 2017 by the G5 Sahel regional grouping (Burkina Faso, Chad, Mali, Mauritania and Niger) of a joint anti-jihadist force, designed to operate primarily alongside France's 4,000 troops and the UN in the troubled "tri-border" area where Mali, Niger and Burkina Faso meet.

The G5 force aims to have a total of 5,000 troops but has faced funding problems and lack of equipment and has had little impact in the fight against jihadists so far.

– Poverty, cotton producer –

WASHAR0003403

Population increases and drought have led to food shortages, poverty and instability, the World Bank says, even though Mali has recorded growth of more than five percent for several years.

Unemployment is high and nearly 50 percent of the population live on less than $1.90 or less a day, according to the United Nations.

The country was 13 from last on the 2016 UN Human Development Index that compares life expectancy, education and standard of living in 188 countries.

Life expectancy is 58 (World Bank) while only less than a third of over 15s can read and write, according to national statistics.

With a little-diversified economy, the country returned in 2017-2018 as Africa's main cotton producer with 700,000 tonnes. Another notable production is cashew nuts.

– Fabled Timbuktu –

The northern desert city of Timbuktu is an ancient Islamic centre of learning celebrated for its tens of thousands of manuscripts some from the 12th century.

In 2012 Al-Qaeda-linked militants destroyed 14 of its mausoleums that dated back to its golden age in the 15th and 16th centuries. They were restored with the help of UNESCO, which lists the city as a site of world heritage.

Many African music legends come from Mali, such as Salif Keita, Rokia Traore and the duo Amadou and Mariam, as do world-renowned photographers like Seydou Keita and Malick Sidibe.

Back To Top

# NETWORK TV NEWS COVERAGE

## ABC: Wildfires.  ABC World News Tonight (7/26, lead story, 2:30, Muir, 7.86M) reported, "The tornadoes touching down in the northeast now confirmed. And the fire exploding in size outside Los Angeles tonight. It was a brush fire that was intentionally set, now a massive wildfire tonight in the mountains east of LA, several homes already destroyed. Thousands are now under mandatory evacuation orders tonight. And there are fast-moving developments in the arson investigation. ABC's Will Carr leading us off, he's on the scene of the Cranston Fire in Mountain Center, California." ABC (**Carr**) added, "Tonight, with nearly 70 large, out of control wildfires burning across the western United States." **Unidentified Speaker**: "It's just a massive plume of smoke." **Carr**: "California's governor declaring that state of emergency for two California counties. The Cranston Fire exploding in the last 24 hours, forcing thousands to evacuate. This fire has raced down the hillside behind me. It's being fueled by this bone dry brush. And these scorching temperatures. You can hear a tree going up behind me. It is 110 degrees out right now, it's not showing any signs of letting up. The fire roaring through this lumberyard, leaving a hellish snapshot straight out of Armageddon. This is one of the most intense feelings of heat that I've ever felt. It's easily burning over 1,000 degrees right here. And at least five homes destroyed so far. 4,700 acres now charred. The fire five percent contained." **Unidentified Speaker**: "We were so afraid this was going to happen." **Carr**: "Authorities say the fire was deliberately set, arresting 32-year-old Brandon McGlover overnight. He's now charged with five counts of arson." **Captain Scott Visyak**, CAL Fire: "And I'm glad they caught him when he did, because he had intentions to keep going." **Carr**: "Residents like Hayliee Brooks questioning why someone would want to create this trail of destruction." **Hayliee Brooks**, Resident: "Why would you do that? Why would you put so many people at risk? There are so many homes burned down." **Carr**: "The Cranston Fire now one of six burning in California. The Carr Fire near Redding now 20,000 acres. And near Yosemite, the Ferguson Fire charring more than 43,000 acres. Parts of that park still closed. Firefighters across the region battling fierce flames and scorching heat." **Muir**: "Will Carr back on the scene for us live tonight from mountain center. The charred scene right there behind you, will. And you reported there that this was deliberately set. You've learned the almost unbelievable way they caught their suspect?" **Carr**: "That's right, David. Witnesses tell us they saw this suspect driving across this area, tossing flares out of his window. They called the police and that led to the arrest. And with these conditions, mother nature really doesn't need any help creating devastation like this."

Back To Top

## ABC: Severe Weather.  ABC World News Tonight (7/26, story 2, 1:05, Muir, 7.86M) reported, "We're also learning more tonight about tornadoes touching down here in the northeast, and with force. Two EF-1 tornadoes in western Massachusetts bringing one 100-mile-an-hour winds, leaving a path of destruction in Upton, Massachusetts. Powerful flood waters buckling and destroying the asphalt in central Pennsylvania. The Susquehanna River still under flood warnings after a foot of rain. Rob Marciano in Easton, Pennsylvania, with the Lehigh River raging behind you." ABC (**Marciano**) added, "It is rushing violently into the Delaware River, which is still rising tonight. Thankfully, today was a dry day. But tomorrow, more rain in the forecast and again next week. Let's time it out. Storms are going to fire around 3:00, 4:00 in the flood zone and pushing to the I-95 corridor, Baltimore, Philly, DC and New York around 8:00, 9:00. Some of these could be rough again like they were last night. We

WASHAR0003404

have to look out for that. And we have a severe watch out for the high plains and likely there again tomorrow for severe storms. And the heat today peaking in the west, but it only cools by a few degrees tomorrow. Advisories and warnings remain up where those wildfires burn hot tonight. David?"

Back To Top

## ABC: Facebook-Stock Drops.

ABC World News Tonight (7/26, story 3, 2:00, Muir, 7.86M) reported, "The other major headline tonight involves Facebook. A disastrous day for the social media giant. The biggest single-day drop for a US company ever, losing nearly $100 billion in just one day. And look at the graph tonight. The stock holding study for four days there and just look at the drop today, plunging 19 percent. ABC's Kayna Whitworth on what this means." ABC (Whitworth) added, "Tonight, investors fleeing Facebook. The world's largest social media platform, losing close to $100 billion in stock value just today alone." Daniel Ives, GBH Insights: "You're seeing users spending less time on the platform, that means less advertising revenues, and ultimately, that's not something investors want to see." Whitworth: "The losses stemming from a weaker than expected earnings report. And follows a tumultuous period for the company that included the discovery of huge numbers of fake Facebook pages linked to Russians during the 2016 election. Fake ads like this one of a popular cartoon saying, 'Dora The Explorer knows how easy it is to cross the border. We need to stop this madness. We need Trump.' And then word that Cambridge Analytica, a firm hired by the 2016 Trump campaign, may have improperly obtained information from up to 87 million users. All this prompting Zuckerberg to go to Capitol Hill and apologize." Mark Zuckerberg, CEO Facebook: "It was my mistake, and I'm sorry." Muir: "Kayna Whitworth with us live tonight. We watched that earlier this year, the data used to target users during the campaign. Zuckerberg lost billions himself today, Kayna?" Whitworth: "David, he lost more than $15 billion, but he also says that Facebook's lower than expected earnings are due in part to the company reinvesting much of their money in security for the site. This, as their number of users is dropping significantly. David?"

Back To Top

## ABC: Trump-Tariffs-Farmer Bailout.

ABC World News Tonight (7/26, story 4, 3:35, Moran, 7.86M) reported, "We're going to turn now to the President tonight, asking American farmers to be patient, and just today, saying to them, you're not going to be too angry with Trump. The President was in Iowa today, we have heard from farmers in that state. We'll hear from farmers in Wisconsin tonight, who say they are feeling the effects of this trade war, ignited by the President. They say their bills are already mounting. But

the President is hoping for patience from many farmers who he counted on to win. ABC's Terry Moran again tonight." ABC (Moran) added, "In Dubuque County, Iowa, President Trump came bearing gifts for some of his loyal supporters, now getting anxious about his trade agenda." President Donald Trump: "I have to say, because we have a lot of farmers in this place, we had this hat made up, the John Deere colors, make our farmers great again." Moran: "And it wasn't just the hats. The President also offering about acknowledgement that his trade war with China is clobbering farmers here." Trump: "China wants to attack the farm belt because they know those – the farmers love me, they voted for me, we won every one of the states. They're not going to win, just so you understand, we have all the cards, we're going to win." Moran: "The upper Midwest, a crucial part of the President's base, but now, he's faltering. Look at neighboring Wisconsin. Just 31 percent say he should be re-elected. And 63 percent say he shouldn't. In other mid-western states, similar numbers. Most farmers in this region supportive still, but worried. Like Mark Recker, who grows corn and soybeans." Mark Recker, Farmer: "Farmers have been willing to give the President latitude as far as how he handles trade, but now it's hitting close to home. The reality is here. Lower prices. We're going into the fall with a larger crop, it looks like, and we're going to have questions about, how are we – what are our opportunities for profitability coming from now?" Moran: "The President tweeted famously back in March, 'Trade wars are good and easy to win.' But they're not. So to shore up the farmers, the Trump administration has announced a $12 billion bailout, but don't call it a bailout. Steve Mnuchin hates that word." Steve Mnuchin, Treasury Secretary: "We're not bailing out any farmers. That's a ridiculous comment. That's not a bailout." Moran: "Whatever you call it, farmers aren't happy." Recker: "As farmers, I can tell you, we would rather get our income from the market. It's a handout that we really don't want." Moran: "Today, the President claimed he'd found a fix. Trade with Europe, part of the agreement he announced in the rose garden yesterday." Trump: "Basically, we opened up Europe, and that's going to be a great thing for Europe and really going to be a great thing for us and it's going to be a really great thing for our farmers." Moran: "But already today, Europeans are backing away from the idea of imports American agricultural products, especially if they're genetically modified, cost more because of the shipping distances or use chemicals banned in Europe. And in Wisconsin, where Michael Slattery farms soybeans, there's fear the trade war will do lasting damage." Michael Slattery, Farmer: "For me, this is a great loss. Not just because the price has dropped, but our future markets will be taken away from us." Moran: "He says farmers are the dupes in this whole process." Muir: "American farmers are going to be watching this very closely. They're feeling the effects first.

WASHAR0003405

Terry Moran joins us live from the White House again tonight. And Terry, President Trump says the US will win this trade war, but some of the farmers say the pain could be permanent?" **Moran:** "That's right, David. The concern is that it's taken years, sometimes decades for American farmers and producers to build the business relationships, earn the market share and now that they're out of that market, competitors from other countries are rushing in to steal all that. The longer this trade war goes on, the risk of longer-term damage is greater."

Back To Top

## ABC: CFO Of Trump Organization Subpoenaed.

**ABC World News Tonight** (7/26, story 5, 2:05, Muir, 7.86M) reported, "And there was another major development involving the President today and his company. Tonight, the CFO of the Trump organization, who has handled the family's finances for decades, has now been subpoenaed in the Michael Cohen case. Here's ABC's chief justice correspondent Pierre Thomas tonight." ABC (**Thomas**) added, "He is perhaps the most powerful person in the Trump organization not named Trump. The company's chief financial officer, Allen Weisselberg. And tonight, word he has been subpoenaed by federal prosecutors. Weisselberg at Trump's side for decades, even doing a cameo on 'The Apprentice.'" **President Donald Trump**: "Replacing George this week is my chief financial officer Allen Weisselberg. And you think George is tough? Wait until you see Allen." **Thomas:** "He currently runs the family's company, along with the President's sons Eric and Don Jr. And he's now caught up in the wide-ranging financial investigation of former Trump fixer and personal attorney, Michael Cohen. Prosecutors in New York also examining whether Cohen broke laws trying to quiet women who claimed to have had affairs with Trump. Weisselberg front and center in a newly released secret recording where you can hear Trump and Cohen apparently discussing a plan to buy the rights to the story of a playboy playmate who says she had a relationship with Trump. On the recording, Cohen proposes creating a shell company to do the deal." **Michael Cohen**, Former Trump Attorney: "And I've spoken to Allen Weisselberg about how to set the whole thing up with funding." **Trump:** "So, what do we have to pay for this one, 150?" **Cohen:** "Yes." **Thomas:** "Prosecutors now using a federal grand jury to question Weisselberg, the President's loyal long-time deputy who knows all there is to know about the Trump family business." **Muir:** "All right, so, let's get to Pierre Thomas, live again tonight from Washington. And Pierre, we know that prosecutors are listening carefully to that recorded conversation with the President, in which Michael Cohen actually mentions that CFO, Allen Weisselberg, in connection with the hush money payment?" **Thomas:** "That's right, David. That tape is of high interest and they just got access to it this week. Weisselberg is a key witness and a gateway to knowing more about the President's finances. Trump wrote in one of his books, 'Allen has been with me for three years and he knows how to get things done.'"

Back To Top

## ABC: Immigration-Reuniting Families.

**ABC World News Tonight** (7/26, story 6, 1:40, Muir, 7.86M) reported, "Our team here has been reporting on the children who were separated from their parents at the border. By midnight tonight, the government was told it has to reunite thousands of children with their parents. So, will they make the deadline, and how many children and parents are still waiting? ABC's chief national affairs correspondent Tom Llamas on this again tonight." ABC (**Llamas**) added, "Right now, reunions like this playing out across the country. But still, hundreds of migrant children remain in limbo, despite a court-ordered deadline. The government ordered to reunite more than 2,500 children separated from their parents. Tonight, more than 1,800 children back with their families. For months, we've reported on the children taken from their parents at the border. Ramped up under the Trump administration's zero tolerance immigration policy. And we saw up close the trauma families face. This mother, crossing illegally into the US, she told me she's been traveling for a month. She broke down. She tells me gangs threatened to kill her child. They already killed his father. And we were there as this little boy was reunited with his parents after living with a foster family in Michigan for eight months. Back in Guatemala, he looked shell-shocked. We've just received new numbers tonight. The federal government saying more than 700 children are ineligible for reunification because of an issue with their parents, including hundreds of cases where the parents are no longer even in this country. The government will now have to work and try to figure out how and if they'll be able to get those families back together. David?" **Muir:** "Just to be clear, some of the parents were actually sent home already." **Llamas:** "That's right. They either deported or left on their own, but the government can't find them in some cases."

Back To Top

## ABC: House Republicans-Articles Of Impeachment-Rod Rosenstein.

**ABC World News Tonight** (7/26, story 7, 0:30, Muir, 7.86M) reported, "To other news tonight, and to a short-lived effort to try to impeach Rod Rosenstein, overseeing the Mueller investigation. Eleven conservative congressmen have now put off a drive to impeach Rosenstein, at least for now. Just hours before Congress left for a five-week break, they introduced articles of impeachment, accusing rosenstein of mishandling the

WASHAR0003406

Russia investigation. Democrats tonight call it a political move on behalf of the President. Republican speaker Paul Ryan says he doesn't support impeachment. The measure would likely fail in a vote."

Back To Top

## ABC: Florida-Family Speaks Out Against Stand Your Ground.

ABC World News Tonight (7/26, story 8, 1:30, Muir, 7.86M) reported, "Next tonight, the family speaking out against Florida's Stand Your Ground law. The same law in 27 other states. The black father shot and killed after a white customer appeared to start a fight over where they had parked. But no charges tonight. Here's ABC's Linsey Davis." ABC (**Davis**) added, "The family of Markeis McGlockton is now demanding a change to the law Florida police cited when announcing they would not file charges against the man who killed him." **Britany Jacobs**, Girlfriend: "I'm still in shock how this white man, this stranger, came up to my car and harassed me and my babies." **Davis**: "McGlockton was inside a Clearwater convenience store with his 5-year-old, buying snacks. He then rushed out after Michael Drejka, seen here, confronted his girlfriend Britany Jacobs inside her car with their other two young children because she was in a handicap spot. McGlockton forcefully shoved Drejka, who pulled out a gun and opened fire." **Ben Crump**, Family Attorney: "Make no mistake about it. This was a cold-blooded murder." **Davis**: "Drejka claimed self-defense under Florida's Stand Your Ground law, which allows people to use deadly force in order to protect themselves and police agreed. Tonight, his family is urging the state attorney to reverse course and charge him, saying the video shows McGlockton turning his body away from Drejka after that shove, proving he was not a threat. Now, at least 27 states have similar Stand Your Ground laws, and tonight, the family attorney is demanding that that law be changed so that someone who starts a confrontation can then not claim immunity."

Back To Top

## ABC: Law Enforcement Officers Killed.

ABC World News Tonight (7/26, story 9, 0:10, Muir, 7.86M) reported, "To the index. The young state trooper killed near Phoenix. In training, shot on interstate 10. Officers were struggling with an erratic driver who grabbed another trooper's gun."

Back To Top

## ABC: Texas-Continuing Search For Cardiologist's Killer.

ABC World News Tonight (7/26, story 10, 0:10, Muir, 7.86M) reported, "To Houston. Police now say it is highly probable that Dr. Mark Hausknecht, who once treated former President George HW Bush, was, in fact,

targeted by his killer. Surveillance video showing the suspect shooting the victim. He has not been caught."

Back To Top

## ABC: New Drug For Alzheimer's Patients.

ABC World News Tonight (7/26, story 11, 0:15, Muir, 7.86M) reported, "A new drug showing promise in the fight against Alzheimer's. They say it reduced plaque in the brain that causes the disease, slowing progression. And in some cases, patients getting some memory back. It is still in clinical trials, but hopeful."

Back To Top

## ABC: Thailand-Soccer Team From Cave-Divers Speak Out.

ABC World News Tonight (7/26, story 12, 1:30, Muir, 7.86M) reported, "Finally tonight here, we said we would stay on it, and tonight, inside that miracle cave rescue. What we never knew from the divers themselves. ABC's Matt Gutman tonight." ABC (**Gutman**) added, "Their daring mission captivated the world. Tonight, we're learning that the international rescue squad had feared that nearly half of that Thai soccer team would not survive the grueling journey out of that cave." **Unidentified Speaker**: "How many of you?" **Gutman**: "What did you think the chances were for success?" **Jason Mallinson**, British Cave Rescue Council: "We knew we could get them out. It was if we could get them out alive or not." **Gutman**: "One of the big concerns, the boys panicking." **Mallinson**: "There was potential for them to kill themselves, there was potential for them to kill us." **Gutman**: "So, rescuers administered a powerful sedative to knock the boys out cold. They used specialized equipment, full face masks so the boys could breathe, tightly strapped to prevent any leaks. A single leak could have been fatal. He volunteered for the first rescue. At one point, the 13-year-old boy starting to wake up. He had to re-administer that sedative. Had you ever administered a shot to anybody?" **Mallinson**: "Never." **Gutman**: "One by one, rescue divers saving every one of them. It does have to feel pretty good." **Mallinson**: "We never envisioned it would be completely successful and we're so glad it was." **Gutman**: "Most of those boys entering the monkhood. They hope to reunite with their hero divers some day, maybe without the masks."

Back To Top

## CBS: Wildfires.

The CBS Evening News (7/26, lead story, 1:55, Glor, 5.69M) reported, "And we're going to begin here tonight with a wildfire that is a rapidly growing crime scene. A man suspected of starting that fire in California is in custody facing multiple counts of arson. The fire has now burned nearly 5,000 acres. 16,000 people have been forced from their homes in the town of Idyllwild, in the mountains east of Los Angeles. It is one of dozens of fires in the west

WASHAR0003407

being fueled by drought and extreme heat. Jamie Yuccas is there." CBS (**Yuccas**) added, "Firefighters spent a second day battling this, a burning behemoth of thick smoke and erratic flames, threatening to devour mountain resort communities 90 miles east of Los Angeles. Crews launched an all-out assault in the air and on the ground as the fire tripled in size overnight. Several homes never stood a chance." **Unidentified Speaker**: "It's our homes. What can we do?" **Yuccas**: "What are your biggest concerns at this point?" **Unidentified Speaker**: "Right now our biggest concerns are these temperatures. The temperature is going up, the humidity is dropping-- that is just a recipe for disaster." **Yuccas**: "Authorities believe the blaze was deliberately set by 32-year-old Brandon McGlover. He was arrested and charged with five counts of arson. The governor has declared a state of emergency here, and in northern California, where an out-of-control wildfire near the city of Redding has quickly grown to 20,000 acres. Meantime, a fast-moving brush fire near San Francisco caught the town of Clayton off guard." **Unidentified Speaker**: "There were firefighters all the way around it and they had to get out of way. It was just too much, too fast." **Yuccas**: "And more than 3,600 firefighters have bolstered containment lines around a wildfire near Yosemite National Park. Of course, this is the worst-case scenario Jeff-- a family loses their home in this fire. Four other properties have also been destroyed, and now firefighters are working around the clock to protect whatever homes they can."

Back To Top

## CBS: Severe Weather.

The CBS Evening News (7/26, story 2, 0:20, Glor, 5.69M) reported, "Northeast now, the historic flooding in Pennsylvania turned deadly. An 18-year-old man drowned in a creek south of Pittsburgh. Parts of the state have got more then a foot of rain since the weekend. The storms did clear out today, but there's a huge mess there to clean up and more than 35 million Americans face the threat of severe storms again tomorrow."

Back To Top

## CBS: Facebook-Stock Drops.

The CBS Evening News (7/26, story 3, 2:20, Glor, 5.69M) reported, "Facebook has taken a lot of hits recently. This may be the worst. Today, Facebook had the largest one-day drop in Wall Street history, losing more than $120 billion in market value. After closing at a record high yesterday, Facebook plunged nearly 19 percent today to finish at $176 a share. 'Wired' magazine's Nicholas Thompson explains why Facebook's focus on privacy may hurt profits." CBS (**Thompson**) added, "The social media giant stock plunged $120.9 billion by market close, more than the value of Starbucks, UPS, and Goldman Sachs. The last one-day drop was in 2000 when Intel lot $91 billion. The sell-off began during Wednesday's earnings call when

Facebook's Chief Financial Officer revealed profits would continue to sink. CEO Mark Zuckerberg explained why." **Mark Zuckerberg**, CEO Facebook: "We're investing so much in security, that it will significantly impact our profitability." **Unidentified Speaker**: "From now on, Facebook will do more to keep you safe and protect your privacy." **Thompson**: "Facebook rolled out this ad in April, promising to address data misuse after admitting that political consulting firm Cambridge Analytica collected information from up to 87 million Facebook users." **Sen. Catherine Cortez Masto**, Nevada: "Stop apologizing and let's make the change." **Zuckerberg**: "We should have handled a lot of things here differently." **Thompson**: "Facebook is also struggling with its promise to combat fake news." **Alex Jones**, InfoWars Host: "Meuller covered up for Epstein, kidnapping kids." **Thompson**: "The company is under pressure to explain why Info Wars and other sites that promote conspiracy theories are allowed to use the platform. And recently zuckerberg had to clarify controversial comments he made that appeared to defend holocaust deniers, originally saying it's not right to 'take someone off the platform if they gets things wrong.' Zuckerberg's personal wealth also took a hit. He lost about $16 billion. If that loss holds, he will slip from six to third in the BLB index." **Glor**: "What else is triggering this Facebook sell-off?" **Thompson**: "A couple of factors. One, it's harder to add new users. Two, the new products, particularly stories, aren't making as much money as the old products. And most importantly, the problems they have to fix-- fake news and privacy-- are expensive to fix."

Back To Top

## CBS: Immigration-Reuniting Families.

The CBS Evening News (7/26, story 4, 2:00, Glor, 5.69M) reported, "The Trump administration has struggled to meet a court-imposed deadline tonight for reuniting immigrant children and their parents. More than 2,600 children five and older were forced apart at the border. About 1,800 are back with their parents. Just over 700 are still separated. Mireya Villarreal reports tonight from Albuquerque, New Mexico." CBS (**Villarreal**) added, "After crossing the border near El Paso back in May, Romela Victoria Isaula and her 13-year-old son, Geronimo, were finally reunited after being separated for two months. He says, 'I'm so happy because I have her close.' Now they're heading to Massachusetts where they will wait for a judge who will decide whether they will be granted asylum or sent back to Honduras. Geronimo is one of more than 1,800 children recently reunited with a parent or other family member, but there are still more than 700 separated. Four hundred and sixty-three of them have parents who may have already been deported." **John Sandweg**, Former Acting Director Of Immigration Customs Enforcement: "It's not entirely clear how the government is defining eligible and

WASHAR0003408

ineligible." **Villarreal**: "John Sandweg is the former acting director of Immigration Customs Enforcement." **Sandweg**: "I'm worried we have 460 parents now deported to Central America. There is a very high likelihood those parents will not see their children again." **Villarreal**: "Immigration attorneys say the government is making unilateral decisions that include a parent's health condition and criminal history with no oversight." **Sandweg**: "There's a lot of concern that that standard is being inconsistently applied. Parents are being arbitrary denied access to their children." **Villarreal**: "So for the hundreds of ineligible children, these shelters will continue to be their home while the government figures out its next move. The ACLU is asking that federal judge to set a new deadline, August first, for more information on the reunification, which would hold the government's feet to the fire. Late this afternoon, the Department of Justice confirmed, Jeff, that they will have reunified all eligible families by the end of the day. Again, eligible being the key word here."

Back To Top

# CBS: Iowa-FBI Joins Search For Missing Student. The CBS Evening News (7/26, story 5, 2:00, Glor, 5.69M) reported, "More than a dozen FBI agents have now joined the search for a missing University of Iowa student. Molly Tibbetts disappeared last week after she went for a jog in Brooklyn, Iowa, about 70 miles east of Des Moines. As Adriana Diaz reports, police hope the fitness tracker she was wearing can provide a break in the case." CBS (**Diaz**) added, "In Brooklyn, Iowa, Molly Tibbitts' face is everywhere, but the 20-year-old is nowhere to be seen." **Jake Tibbetts**, Brother: "You never think you're going to see your-- see your sister on a poster with a 'missing' sign right across her." **Diaz**: "Her brother Jake was of the last to see Tibbetts more than a week ago when he dropped her off here at the house her boyfriend, Dalton Jack, lives in." **Dalton Jack**, Boyfriend: "Just putting trust and faith in law enforcement." **Diaz**: "Jack was out of town at the time of her disappearance and is not a suspect. Last Wednesday, Tibbetts went out on her usual evening run. Now, up to 15 FBI agents have joined the investigation as well and are looking into the fitbit she was wearing and her social media footprint for clues to build a timeline." **Mitch Mortvedt**, Iowa Division Of Criminal Investigation: "That takes it to a whole new level because we're hoping to be able to precisely examine and know where she was, when she was there." **Diaz**: "Tibbetts' fitbit could potentially give investigators a trove of data from the day she disappeared. Thomas Yohannan is an expert on data recovery." **Thomas Yohannan**, Data Recovery Expert: "You could actually overlay the location data with the real world to find out what exactly happened. You're essentially trying to find a witness to the events that happened leading up to her missing person." **Diaz**: "Late today, investigators told us they have completed a timeline of Molly's run using her fitbit data where her cell phone pinged towers and where witnesses saw her running. Jeff, their timeline ends where they think she went missing. They don't think she left by choice or made it back to the house that night."

Back To Top

# CBS: Law Enforcement Officers Killed. The CBS Evening News (7/26, story 6, 0:20, Glor, 5.69M) reported, "Two more law enforcement officers were killed on the job last night. A rookie Arizona trooper was fate ail shot near phoenix by a man who grabbed another trooper's gun as they tried to arrest him. And a 17-year veteran Milwaukee police officer was killed, also while making an arrest. So far this year, 36 US law enforcement officers have been gunned down in the line of duty. That is up more than 30 percent from last year."

Back To Top

# CBS: US-North Korea Relations-Missing Remains Returned. The CBS Evening News (7/26, story 7, 2:40, Glor, 5.69M) reported, "Tomorrow, North Korea is expected to turn over remains of soldiers killed in the Korean War. The repatriation was one of the agreements reached at the Trump-Kim summit. When the remains reach the US, they will undergo DNA analysis for identification. More than 7,000 Americans are still listed as missing in the war. Among them, Hal Downes. David Martin has his store." CBS (**Martin**) added, "Rick Downes was three years old when his father, Hal, went off to the Korean War. He's been missing ever since." **Rick Downes**, Son Of Missing Korean War Vet: "I call it the wound that never heals. After a while you get used to having it, and it finds a place within you and you go on and live life." **Martin**: "He was too young to remember his father, so all he has is a home movie of a 26-year-old man with everything to live for." **Downes**: "You just can't help but look at him and see that he had it together. He had what he wanted. He with the woman he wanted. He had the family he wanted." **Martin**: "Hal Downes was a radar operator in the back of an Air Force bomber which went down on a mission over North Korea. The pilot and navigator were able to bail out. What did they tell you about what they thought had happened to your father?" **Downes**: "They had no idea." **Martin**: "Was either of them able to witness the crash?" **Downes**: "The navigator said the plane went down over-- finally crashed over a hill, and he heard the ammunition going off. And that's all. That's all we know." **Martin**: "Two years ago, Rick flew to Pyongyang to press for the return of not just his father's remains, but those of the 5,300 American service men still missing in action in North Korea. Are you out to give yourself father a proper burial, do a son's duty?" **Downes**: "I got the son's duty already when I

WASHAR0003409

got to go to North Korea. We flew in over where we think my dad's plane went down." **Martin**: "This is him with a snapshot of his father as he flew over the site." **Downes**: "That was all there, the hills that the navigator said the plane went down. There they were. That's the closest I have been to him, proximity-wise, since I was three. And just never will forget that." **Martin**: "Now he is coming close again, this time with a promise by Kim Jong-Un to President Trump to return remains from the war." **Downes**: "You have to really watch your heart here, because this all could just fizzle. This could be nothing. It could be everything." **Martin**: "Whether Hal Downes ever receives a proper burial is in the hands of the North Koreans, but when you visit the National Mall, you will find his image etched to the stone of the Korean War Memorial, the face of the missing. David Martin, CBS News, Portsmouth, New Hampshire."

Back To Top

## CBS: Turkey-American Christian Pastor Detained.
The CBS Evening News (7/26, story 8, 0:30, Glor, 5.69M) reported, "President Trump tweeted today the US will impose large sanctions on Turkey for detaining an American Christian pastor. That would be unprecedented action against a NATO ally. Andrew Brunson is under house arrest now. The government says he was involved in a failed coup attempt in 2016. He denies it. In his tweet, the President demanded Brunson be released immediately. Turkey's Foreign Minister tweeted back, 'No One dictates Turkey.'"

Back To Top

## CBS: 3D Printed Guns.
The CBS Evening News (7/26, story 9, 2:25, Glor, 5.69M) reported, "Beginning August first, Americans will be able to download instructions for making guns on a 3D printer. The firearms will be all plastic and untraceable. This follows a long legal battle between a Texas gun designer and the US State Department. Here's Nikki Battiste." CBS (**Battiste**) added, "This is the liberator, a 3D printed gun. It's the design of 30-year-old Cody Wilson, founder of Defense Distributed, a pro-gun group." **Cody Wilson**, Founder Of Defense Distributed: "Anywhere there's a computer, there's a weapon." **Battiste**: "The plastic weapon is made with a 3Dprinter, internet connection, and this free online guide. This one only fires once." **Wilson**: "It only needs to be lethal once. I mean, that's the idea, right?" **Battiste**: "Wilson's 3D blueprints include AR-15s. The State Department demanded Wilson take down his blueprints five years ago. He complied but fired back with a lawsuit citing free speech rights." **Wilson**: "We said, no, we're Americans. Americans have the right to access this data unquestionably." **Battiste**: "After a legal battle, a settlement was recently reached. Starting next Wednesday, the State Department will allow Wilson to start posting his 3D gun blueprints on his

web. David Chipman is a retired ATF special agent who said 3D printed guns present a real and present danger because they are unregulated and untraceable." **David Chipman**, Retired ATF Special Agent: "We're basically, you know, handing the keys to the store to terrorists and armed criminals." **Battiste**: "Gun hobbyist Mike Crumling says the threat of 3D firearms is overblown. He designed his own 3D guns." **Mike Crumling**, Gun Enthusiast: "The printing process is not dangerous. The testing process would be the most dangerous part about it." **Battiste**: "Crumling says it could take up to 40 hours to print one 3D firearm." **Crumling**: "The people who think that you can download and just print a firearm, it-- it's possible, but it's not quite that simple." **Battiste**: "But Chipman believes this technology will fall into the wrong hands." **Chipman**: "I guarantee you five, 10 years from now, this is going to be a real threat to public safety." **Battiste**: "Several gun-control organizations are tonight seeking an emergency injunction to halt the publication of the blue prints. 3D guns can already be made legally. But, Jeff, they cannot be sold." **Glor**: "No matter how you feel about this issue I think it will get a lot more attention in the years ahead. Nikki, thank you."

Back To Top

## CBS: Greece-Wildfire Linked To Arson.
The CBS Evening News (7/26, story 10, 0:15, Glor, 5.69M) reported, "Officials in Greece said today there is evidence the wildfire that swept through a vacation area near Athens this week was arson. New drone footage shows the scale of the devastation there. More than 80 people were killed. Dozens are still missing."

Back To Top

## CBS: France-Career Criminal Still On Run.
The CBS Evening News (7/26, story 11, 0:25, Glor, 5.69M) reported, "French police say they just missed capturing their most-wanted fugitive. Redoine Faid, a career criminal, broke out of prison in spectacular fashion July 1st, flying out with accomplices in a hijacked helicopter. Police believe they spotted him Tuesday near Paris, but he sped away in a car that was later found in a parking garage. The car contained six containers of plastic explosives. Faid was nowhere to be found."

Back To Top

## CBS: Colombia-Drug Gang Puts Bounty On Police Dog.
The CBS Evening News (7/26, story 12, 0:20, Glor, 5.69M) reported, "This may be a first. A Colombian drug gang has put a $70,000 bounty on a police dog. Sombra, or Shadow, has sniffed out about 10 tons of drugs in more than 300 operations. The German Sheppard's work has led to

WASHAR0003410

more than 245 arrests. Police have now transferred Sombra to a safer post and given him extra security."

Back To Top

## NBC: Facebook-Stock Drops.

NBC Nightly News (7/26, lead story, 1:45, Holt, 7.35M) reported, "Facebook could use friends and likes tonight after a stunning and historic upset on Wall Street. The social media giant losing tens of billions of dollars in value sliding nearly 20 percent for the biggest loss sustained by a company in stock market history, but it's a story behind Facebook's problems being closely watched in the Silicon Valley, slowing growth and fewer daily users as the company grapples with lingering privacy and security scandals. Our Tom Costello has details." NBC (**Costello**) added, "The sell off was staggering and unprecedented. Facebook losing $119 billion in market value today alone. The worst single day ever for a US company after this profit warning from CEO Mark Zuckerberg." **Mark Zuckerberg**, CEO Facebook: "We're investing so much in security that it will impact our profitability." **Costello**: "Zuckerberg lost $15 billion in the sell off, coming after two years of scandals and investigations." **Rep. Mike Doyle**, Pennsylvania: "It seems you turned a blind eye to this, correct." **Zuckerberg**: "Congressman, I disagree with that assessment." **Costello**: "From Russian election meddling and disinformation to 87 million users whose private information was compromised by Cambridge Analytica, now Facebook users are tightening their privacy settings and the number of daily users is dropping." **Scott Galloway**, NYU Stern School Of Business: "So you can argue there is a lot of rage against Facebook, but where do people go to express their rage? They go to Facebook and Instagram." **Costello**: "Facebook insists it is making changes to privacy and security. It still dominates social media worldwide. From London to Berlin, the Vegas strip to Tokyo, also owning Instagram, Messenger, and What's App. Despite the stock sell off today, it's back to where it was in May."

Back To Top

## NBC: Facebook-Fake Profile Issues.

NBC Nightly News (7/26, story 2, 2:00, Holt, 7.35M) reported, "This is Jo Ling Kent, the world's largest social network is struggling in the battle against fake profiles. The problem is so big that Facebook says it's disabled 1.3 billion fake profiles over the past year. Police officer Justin Terney was killed in the line of duty at 22 years old. A year later, as the community mourned, a fake profile with his photo appeared on Facebook." **J.R. Kidney**, Tecumseh Police Chief: "I couldn't believe somebody would stoop that low. They created a Facebook profile page stating he was married, from Iowa and that he was currently working at the Kansas City Kansas police department." **Kent**: "Chief of Police J.R. Kidney says he

contacted Facebook to remove the fake profile." **Kidney**: "Our response from Facebook is zero." **Kent**: "NBC news found dozens of cases of cyber thieves using stolen identities to create fake Facebook pages. This month, former Atlanta city councilman Alex Nguyen found his photo plastered across multiple fake profiles used to try to attract women. Brandy Beckham called authorities when a woman stole photos of her twins off Facebook." **Brandy Beckham**, Facebook User: "She changed their names and birthdays and said we adopted them and we died." **Kent**: "Facebook wants to use artificial intelligence to spot impersonators." **Kara Swisher**, Executive Editor At Recode: "The problem is they built a platform that is just well beyond their ability to monitor it." **Kent**: "After a month and a half, Facebook removed the fake profile with Officer Terney's photo." **Kidney**: "As much data and information as they have, they could be law enforcement's best friend, but in this situation, sometimes I feel like they are our worst enemy." **Kent**: "Facebook declined the request for an interview. The company apologized and called the Oklahoma police department case a mistake, saying community standards do not allow people to misrepresent themselves or impersonate others. This comes as Facebook grapples with fake profiles, bogus advertisers and foreign influence ahead of the 2018 midterm elections."

Back To Top

## NBC: Wildfires.

NBC Nightly News (7/26, story 3, 2:10, Holt, 7.35M) reported, "An American treasure is under threat tonight along with homes and buildings in California. A spreading wildfire emptied Yosemite National Park and triggered mass evacuations. Tonight wildfires fueled by record heat are sweeping up and down the region, with California declaring a state of emergency. Our Miguel Almaguer is in the fire zone." NBC (**Almaguer**) added, "Tonight on both ends of the state, firefighters in California are losing the battle to save homes. These explosive conditions, fueled in part by record-breaking heat." **Unidentified Speaker**: "I'm just upset and scared." **Almaguer**: "The most dangerous fire in the state, threatening 5,300 structures and an American jewel, the Ferguson Fire is just a few miles from Yosemite National Park. The rugged terrain so dangerous, a firefighter has been killed here. How dangerous is this fire?" **Mark Brunton**, CAL Fire: "Extremely dangerous. So explosive and unpredictable that it puts us in a really hazardous situation." **Almaguer**: "With Yosemite shut down and tourists evacuated, the park's iconic beauty is shrouded in choking smoke. Camp grounds, Yosemite Falls and the valley floor eerily quiet. The first time fire has closed the park in 28 years." **Scott Gediman**, Yosemite National Park: "We have changing fire conditions. It's just not safe." **Almaguer**: "From the fire lines to the frying pan, today 30 million across the west are cooking in the heat. Sacramento,

WASHAR0003411

Tucson, Vegas, all hitting record highs this week. But in California, it's firefighters feeling the heat." **Unidentified Speaker**: "We are just petrified about our home." **Almaguer**: "Tonight in Yosemite, the race is on to protect a majestic park in the valley known for incredible beauty, this is a sight no one wants to see. It's hard to believe just three miles from this majestic fight, firefighters with us on the front lines as they are in a different world trying to protect this world. As you can see here, the valley is still socked in smoke and haze, this iconic view difficult to make out from anywhere in the park."

Back To Top

## NBC: Trump-Effects Of Tariffs.

NBC Nightly News (7/26, story 4, 2:00, Holt, 7.35M) reported, "To President Trump hitting the road for controversial trade policies after announcing a truce with the European Union, but the on-going trade war with China is having a negative impact with US companies, including big-name brands, and you may pay the price. NBC news chief White House correspondent Hallie Jackson has the story." NBC (**Jackson**) added, "President Trump on a tour, defending his controversial tariffs." **President Donald Trump**: "The US steel is back." **Jackson**: "That's easy to do in front of this group, steel workers helped by his steel and aluminum tariffs, but many more industries use metal than make it, and they are feeling the pinch from retaliatory measures other countries are slapping on the US, including Coca-Cola, which says it's raising soda prices." **James Quincey**, Coca-Cola CEO: "It flows through the supply chain in all sorts of different ways, and ultimately thanks will have to pass through." **Jackson**: "It's not just manufacturers hurting, despite the promise to make farmers great again, many are waiting." **Dave Kestol**, Farmer: "They took beans down $2 a bushel. That's a 20 percent pay cut. That's huge." **Jackson**: "Dave Kestol blames retaliatory tariffs, not the President, but needs something to happen soon, so does Nicole Esare, who says a $12 billion aid package the administration announced isn't enough for her farm." **Nicole Esare**, Farmer: "It's a temporary fix. It's a band aid. It's not going to help us in the long run." **Jackson**: "That's not the only short-term solution. The President hopes to deescalate trade tensions with the EU, announcing in an agreement to hold talks, and while they do, hold off on new tariffs. Are you satisfied, is that enough, done deal?" **Sen. Doug Jones**, Alabama: "No, look, that's a fine first step, and I applaud for a first step, but it's only one small sliver of a much bigger pie." **Jackson**: "Senator Doug Jones' state Alabama would be among the places hardest hit by the tariffs, and so would Michigan and Wisconsin, two other places the President won but where his approval rating according to the poll has now slipped below 40 percent. Hallie Jackson, NBC news, the White House."

Back To Top

## NBC: Beijing-Explosive At US Embassy.

NBC Nightly News (7/26, story 5, 0:15, Holt, 7.35M) reported, "Terrifying moment at the US embassy in Beijing today when authorities say a man detonated an explosive device on the street outside. The suspect was injured. Nobody else was hurt. There was no damage reported to the embassy. The motive unclear."

Back To Top

## NBC: Texas-Continuing Search For Cardiologist's Killer.

NBC Nightly News (7/26, story 6, 1:30, Holt, 7.35M) reported, "New developments in a high profile murder mystery in Texas. A cardiologist who has treated George HW Bush, gunned down, the gunman also on a bike and authorities say it was a targeted attack, but who did it and why? We get the latest from Tammy Leitner." NBC (**Leitner**) added, "Tonight, police reveal a renowned Houston cardiologist was likely targeted by his killer, leaving more questions than answers." **Unidentified Speaker**: "This is a truly a who done it from top to bottom, a perplexing case." **Leitner**: "New video shows Dr. Mark Hausknecht in his final moments before being gunned down. The images captured from a city bus cam show the doctor in blue scrubs riding his bike to work, just like he did every day. Not far behind him, another man on a bike trailing the doctor, seen here carrying a bulging backpack. Minutes later, the gunman rode in front of the doctor and fired three shots while facing him. The medical examiner said he died of gunshots to the head, torso and upper left extremity and investigators, releasing this sketch of the suspect. Friends and neighbors retracing the killer's path, searching for clues." **Unidentified Speaker**: "Did you see anything unusual?" **Leitner**: "And asking residents to check home surveillance cameras." **Unidentified Speaker**: "We want to solve this murder, a senseless murder." **Leitner**: "Tonight, police continue to investigate why someone would murder a man who dedicated his life to saving others."

Back To Top

## NBC: US-Worst Maternal Maternity Rate In The Developed World.

NBC Nightly News (7/26, story 7, 1:50, Holt, 7.35M) reported, "We turn now to a critical health warning for America's mothers, it might shock you to learn the US is the most dangerous place to give birth among developed nations. Hundreds of moms dying every year in this country and most of the time the deaths are preventable, but why is the mortality rate here so high? Is NBC's Kristen Dahlgren." NBC (**Dahlgren**) added, "Tara Hanson was 29, active and on top of the world about her first child Brandon." **Tara Hanson**, Mother: "Hi, Brandon bear." **Dahlgren**: "But within hours of giving birth, she didn't feel well. She told her husband Ryan and medical staff. Did she tell doctors?" **Ryan Hanson**, Widow: "She did. We were never able to push the

WASHAR0003412

needle to the point where somebody said we need to do more." **Dahlgren**: "Six days later, Tara died of an infection." **R. Hanson**: "It's hard to understand." **Dahlgren**: "It's an alarming trend. The US has the worst maternal mortality rate in the developed world, 700 women die every year from pregnancy or childbirth and some 65,000 nearly die. Serena Williams says she was almost a statistic. After giving birth, she was diagnosed with blood clots, but only after she repeatedly insisted doctors do a CT scan. African Americans are particularly at risk." **Dr. Mary D'Alton**, New York-Presbyterian And Columbia University Irving Medical Center: "We're significantly behind other advanced nations, and we're really not sure of the reason why." **Dahlgren**: "Possible factors, women having babies later, lack of access to care, or doctors not paying enough attention to the mother's health. A stunning 60 percent of childbirth related deaths in the US are preventable. New York Presbyterian Colombia opened a first of its kind mother center practicing for emergencies and pushing for statewide reporting to better understand maternal deaths. Ryan Hanson now runs a foundation to increase awareness while raising 7-year-old Brandon, never forgetting the mom they lost."

Back To Top

# NBC: US-Worst Maternal Maternity Rate In The Developed World-Expert Comments. NBC Nightly News (7/26, story 8, 0:45, Holt, 7.35M) reported, "These are alarming statistics. I want to bring in Dr. John Torres. What should patients, women be aware of when they go to the hospital?" NBC (**Torres**) added, "There is steps new moms can take. Three of the biggest concerns during and a few weeks after delivery to watch are blood loss, high blood pressure and fevers. Then keep mom and baby together unless there is medical reason to separate them. The skin to skin contact can help reduce mom's chances of excessive bleeding, and finally, if you notice small symptoms, report it to your medical team and ask for an exam, and always have someone with you as an advocate that will ask the questions and press doctors for more than just she's fine as an answer." **Holt**: "If it doesn't feel right, say something." **Torres**: "Let them know."

Back To Top

# NBC: Iowa-FBI Joins Search For Missing Student. NBC Nightly News (7/26, story 9, 1:35, Holt, 7.35M) reported, "We're back with a deepening mystery over a missing university of Iowa student. She went for a jog in her hometown last week and hasn't been seen since. The FBI is hoping the fitbit she's been known to wear could help lead them to her. Her family members are speaking out to Ron Mott." NBC (**Mott**) added, "In the heart of Iowa, a desperate search for missing college student Molly Tibbetts who

disappeared a week ago. Molly's missing posters, showing the sophomore, are plastered over her hometown. Her mom, grateful but worried." **Laura Calderwood**, Mother: "Of course, I'm hopeful she'll be found because she's tough and smart." **Mott**: "She says the 20-year-old was dog sitting for her boyfriend's brother. She went out for a run and sent a Snapchat to her boyfriend at 10:00 pm last Wednesday. He was the last to hear from her. and they are treating the case as criminal." **Mitch Mortvedt**, Iowa Division Of Criminal Investigation: "We're combing through digital evidence that Molly had and utilized. She's 20 years old. She's a college student. She's well-connected." **Mott**: "Tibbetts is an avid runner that always wore a fitbit, the FBI hopes to secure her location. A Facebook page set up to find her has almost 30,000 followers. Investigators scouring social media and cell phones for clues. They say the smallest bit of information might break the case." **Morgan Collum**, Cousin: "It's exhausting thinking about the possibilities of what could have happened to her, but the thing that I personally feel in my gut is that she's alive."

Back To Top

# NBC: American Airlines-Carry On Bags. NBC Nightly News (7/26, story 10, 0:20, Holt, 7.35M) reported, "One of the nation's biggest airlines is backing away from a ban on board. American Airlines says it will soon allow passengers traveling in basic economy to bring aboard a carry on bag. Since 2017, basic economy passengers haves been required to check carry on's and pay the fees that go with it. The new carry on rules go into effect September fifth."

Back To Top

# NBC: Immigration-Reuniting Families. NBC Nightly News (7/26, story 11, 0:30, Holt, 7.35M) reported, "Tonight the government is facing a deadline to reunite more than 2,500 children ages five to 17 taken from their parents at the border, and new numbers just in show 1,442 of those children have been reunited. The government expects to reunite children to what they call eligible parents by the deadline, which is midnight pacific tonight. The government says the parents of 711 children are considered ineligible because of such factors as criminal records or verification issues."

Back To Top

WASHAR0003413

| From: | Marquis, Matthew R <MarquisMR@state.gov> |
|---|---|
| Sent: | Friday, July 27, 2018 4:06 PM |
| To: | PM-Staffers Mailbox <PM-StaffersMailbox@state.gov> |
| Cc: | PM-All-Users <PM-All-Users@state.gov>; PM-Post-Officers-DL <PM_Post_Officers_DL@state.gov>; PM-POLAD-DL <PM-POLAD-DL@state.gov>; ISN-SCO-DL <ISN-SPC-DL@state.gov>; PM-CPA <PM-CPA@state.gov>; AVC-Press-DL <AVC-Press-DL@state.gov>; Fong, Isaac JY <FongIJY@state.gov>; Tucker, Maureen E <TuckerME@state.gov>; Ricci, Anthony <RicciA@state.gov>; Fabry, Steven F <FabrySF@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; Cooper, John M <CooperJM3@state.gov>; Sullivan, Jerry <SullivanJ@state.gov>; Saghieh, Luana <SaghiehL@state.gov>; Wyatt, James A <WyattJA@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Tian, Steven Y <TianSY@state.gov>; Lao-Talens, Daniel N <LaoTalensDN@state.gov>; Paolella, James H <PaolellaJH@state.gov>; Basley, Natasha M <BasleyNM@state.gov>; McVerry, James <James.Mcverry.ctr@dla.mil>; Carroll, Christienne <CarrollC@state.gov> |
| Subject: | PM NEWS CLIPS FOR JULY 23-27, 2018 |

## PM NEWS CLIPS FOR July 23-27, 2018

**Summary**: This week saw extensive media coverage on the decision by the State Department and Department of Justice Department to reach a settlement in a lawsuit against Defense Distributed over the publishing of files for a 3D printed firearm. News of the settlement has drawn attention from multiple gun control organizations as well as a number of members of Congress. In response to the announcement a coalition of guns control organizations have jointly filed an emergency motion seeking a temporary restraining order to prevent the publishing of the designs, with the settlement going into effect August 1st. The issue was also brought up in a Senate Foreign Relations Committee hearing with Secretary of State Pompeo, and multiple members of House foreign Affairs and Judiciary Committees are seeking to have hearings on the matter in the near future.

Also of note this week is the expected passage of the 2019 National Defense Authorization Act, which includes a broad (though not simple or universal) waiver to CAATSA sanctions. The NDAA also specifically singled out Turkey, and would require a halt in the delivery of F-35 jets pending a report on defense trade and related issues. U.S-Turkish relations have been strained of late, with Turkey stating that they would not abide by U.S. sanctions on Iran and a recent announcement by President Trump that Turkey would be subject to sanctions if they did not release an American Pastor held in Turkish custody. Other developments of note are the U.S.-Australian ministerial meeting, the resumption of bombing against Houthi forces by the Saudi-led coalition, the repatriation of the remains of U.S. service members killed in the Korean War, an alleged meeting between senior U.S. officials and Taliban leaders to discuss peace negotiations, and the announcement that the U.S. would resume providing Egypt with Security Assistance funding that had been held since 2017 over human rights concerns.

(**Editor's note:** *The PM News Clips* is a digest of reports supplementing existing press clippings services that provides a representative sample of significant developments in the broader PM community of interest. **Links to these news items do not reflect official endorsement**.)

### Front Office and Bureau Mentions
- Virginia-Pilot, "Press Release: Janus Global Operations clears ISIS-placed explosive devices from essential Iraqi food processing facility"
- Washington Times, "Turkey to continue importing Iranian oil, despite U.S. sanctions"
- Hankyoreh, "US pushes to increase South Korea's share of defense costs"
-------

### Special Coverage: Defense Distributed
- Vice News, "Gun control groups are racing against the clock to stop 3D gun blueprints from going online"
- The Guardian, "DIY 3D-printed guns get go-ahead after Trump administration strikes court deal"
- New York Post, "Chuck Schumer warns of 3-D printed 'ghost guns'"
- My Statesman, "Editorial: Homemade 3-D printer guns should be regulated like any gun"
- The Sun, "WORLD WAR 3D How the rise of 'ghost guns' – which anyone can print in their own home – could flood Europe with lethal, undetectable weapons"
- Brady Campaign, "What You Need to Know About the 3D Printing of Guns on Demand"
- Giffords, "LEADING GUN SAFETY GROUPS TELL FEDERAL COURT THAT SETTLEMENT IN DOWNLOADABLE GUNS LAWSUIT IS DANGEROUS AND ILLEGAL."
- Senate Foreign Relations Committee, "MENENDEZ CALLS ON SECRETARY POMPEO TO STOP ONLINE POSTING OF DO-IT-YOURSELF, 3-D PRINTABLE GUN BLUEPRINTS"
- Prindlepost, "Debating the Permissibility of Printable Guns"
- Breitbart, "Government Admits AR-15s Are Not Weapons of War"
- USA Today, "Make an AR-15 at home: 3D printed 'downloadable guns' available Aug. 1"
- Everytown for Gun Safety, "The US Just Made It Legal For Anyone to Download And Print Their Own Gun. Yes, Really"
- 3D Print, "We Have to Take a Stand on 3D Printed Guns"
- KUT, "This Austinite Plans To Publish Designs Online For 3D-Printable Guns Next Week"
- CBS Philly, "New Jersey Attorney General Sends 'Cease And Desist' Letter To Halt Company's Publication Of 3D-Printed Gun Instructions"
- Truth About Guns, "The Defense Distributed Settlement Isn't a Done Deal…Here's What's Next"
- The Hill, "Anti-gun violence groups file to halt online posting of 3D-printed gun plans"
- Economist, "Soon anyone will be able to learn how to print 3D guns"
- Snopes, "Did the U.S. State Department legalize the publication of instructions for 3D-printed guns?"
- Washington Post, "I'm a sheriff. Don't flood the country with 3D-printed guns."
- Economist, "Why it is difficult to regulate 3D-printed guns"
- ABC News, "State Department defends allowing publication of blueprints to 3D print guns"
- CNN, "Pompeo commits to reviewing 3D-printed gun policy"

WASHAR0003414

- Giffords, "THE DANGERS OF 3D-PRINTED GUNS"

**Congressional & Public Affairs (PM/CPA)**

USG/OTHER RELEASES
- DOS, "2018 Australia-U.S. Ministerial Consultations"
- DOS, "U.S. Condemns Deadly Attacks in Syria's Sweida Province"
- DOS, "Pastor Brunson Moved to House Arrest"
- DOS, "Crimea Declaration"
- DOS, "An Update on American Diplomacy To Advance our National Security Strategy"
- DOS, "Secretary Pompeo's Call With Turkey's Foreign Minister Mevlut Cavusoglu"
- DOD, "Readout of Secretary of Defense James N. Mattis' Meeting with Omani Foreign Minister Yusuf bin Alawi"

HILL NEWS
- Stars & Stripes, "Lawmakers prod Pentagon to consider more Europe-based troops"
- Firstpost, "US Congress asks Donald Trump administration to come up with strategy for 'measurable progress' on defence ties with India"
- Defense News, "Hardware, end-strength, Russia and China sanctions. Here's the deal lawmakers reached on the huge defense policy bill."
- Defense News, "Jim Mattis warns Congress not to block Turkey from F-35 program"
- Straits Times, "Final US defence spending Bill expands pushback against China"
- Washington Times, "Joni Ernst: U.S. must remain in Iraq to counter Iran, Russia"
- Financial Express, "Indo-US relations: Bill to enhance strategic relationship with New Delhi introduced by American lawmakers"

REPORTS/JOURNALS/MULTIMEDIA/COMMENTARY
- Japan Times, "It's too early to write off the Indo-Pacific strategy"
- The Wire, "The Case for a Free and Open Indo-Pacific"
- RealClear Defense, "An Indo-Pacific Joint Multinational Training Command and Readiness Center?"
- War on the Rocks, "Black Sea's Back, Alright? A New Special Series"
- National Interest, "Yemen Is Bad but It Would Be Worse Without U.S. Involvement"
- National Interest, "RIP Taiwan?"
- Defense One, "Use maritime-law trends to offset Beijing's gains in the South China Sea"
- Nikkei, "China's Belt and Road stirs up local anxieties"
- BESA Center, "Towards an Arab NATO?"
-------

**Regional Security, Arms Transfers, and Security Assistance (PM/RSAT & PM/SA)**

ARMS SALE POLICY
- Newsclick, "Weapons Made in America"
- Sputnik, "Pentagon Eyeing Lowering Transport Fees For Countries That Buy US Weapons"
- Financial Times, "Strong defence exports will boost US manufacturing base"
- The Intercept, "How a One-Word Loophole Will Make It Easier for the US to Sell Weapons to Governments That Kill Civilians"
- Reuters, "U.S. opens way for India to escape sanctions over Russia arms imports"

SECURITY SECTOR ASSISTANCE POLICY
- New York Times, "Despite Egypt's Dismal Human Rights Record, U.S. Restores Military Aid"
- Defense News, "US acts to release $195M in suspended military aid to Egypt"
- The Hill, "Final defense bill would limit US support to Saudi campaign in Yemen"
- Dialogo Americas, "The Best Learn from the Best"
- Daily Maverick, "African Security: Band-Aids and Shotgun Wounds"

AF
- Deutsche Welle, "Double debt risk for African countries that turn to China"
- Long War Journal, "Shabaab releases photos from inside joint US-Somali-Kenyan base"
- All Africa, "What peace will mean for Eritrea - Africa's 'North Korea'"
- National Interest, "America ignores Africa to its peril"
- Defence Web, "Suspected Boko Haram militants kill 18 in Chadian village"
- Taipei Times, "Xi arrives for visit in Africa as US interest wanes"
- Stars & Stripes, "Armed US drones up and running in Niger"
- Washington Post, "Extremists attack Somali military base in country's south"
- Bloomberg, "Anglophone Revolt Seen Raising Risk of Civil War in Cameroon"
- Washington Post, "Nigeria farmer-herder conflict now deadlier than Boko Haram"
- All Africa, "AU military chiefs raise red flag on foreign military bases"
- All Africa, "Troops carry massive security operation in Mogadishu"
- The Intercept, "Cameroon Is a Close US Ally — and Its Soldiers Carried Out a Shocking Execution of Women and Children"
- The Intercept, "US Secret Wars in Africa Rage On, Despite Talk of Downsizing"
- News24, "Africa's ability to deliver peace and security rests on fixing key relationships"
- Washington Post, "This little-known conflict in Nigeria is now deadlier than Boko Haram"
- Africa Prime News, "US Enhancing Military Partnerships In Africa, General Tod Says"

WASHAR0003415

EAP

- Business Insider, "Authorities respond to an explosion near the US Embassy in Beijing"
- South China Morning Post, "Chinese and US armed forces to team up for Asia-Pacific health meeting despite trade and security turmoil"
- Asia Times, "Philippines teeters between war and peace"
- Marine Corps Times, "Marine Corps presence in Australia to rise to 2,500 as soon as possible"
- Yahoo News, "Seoul considers reducing troops along N. Korea border zone"
- Business Insider, "North Korea is dismantling a key missile testing site — and it's a big win for Trump"
- Business Insider, "A World War II battleground is now another flash point in China's influence campaign in the Pacific"
- Seattle Times, "CIA: China is waging a 'quiet kind of cold war' against US"
- Military Times, "US presses China and Russia to enforce sanctions on North Korea"
- RealClear Defense, "It's time to stop China's seaward expansion"
- Washington Post, "Philippine rebel chief: 30,000 rebels to be disarmed in deal"
- Defense News, "US Air Force is giving away retired turboprop light attack aircraft to Philippines"
- Washington Post, "The U.S. makes a new push to bolster Taiwan's military defenses. China won't like it."
- The Diplomat, "US-Philippines Alliance: Security Cooperation in the Headlines with Terror Aid Boost"
- Military Times, "Remains of fallen American troops headed back from North Korea"
- National Interest, "The return of the Asia-Pacific Quad"
- Channel News Asia, "South Korea scrambles jets to intercept Chinese warplane"

EUR

- Business Insider, "Great-power competition is growing in the Arctic, but lawmakers want to cut funding for the US's next icebreaker"
- US News, "U.S. General says future UK fighter jet must be compatible with F-35"
- Al Jazeera, "Turkey parliament approves new anti-terror law"
- Washington Examiner, "Turkey vows to keep buying Iranian oil: 'We will not obey'"
- Stars & Stripes, "Lawmakers prod Pentagon to consider more Europe-based troops"
- Reuters, "Bulgaria issues request for proposals for fighter jets"
- War on the Rocks, "The real roots of Germany's defense spending problem"
- Bloomberg, "F-35 transfers to Turkey held back under U.S. defense measure"
- Financial Times, "Georgia pledges to forge ahead with Nato ambitions"
- Russia Today, "Mattis slams 'authoritarian' Turkey but still wants it to buy F-35 jets – report"
- Washington Times, "Pentagon to send $200 million military aid package to Ukraine"
- The Times UK, "Moscow 'funds violence in Balkans' to thwart Nato expansion"
- Anadolu Agency, "Erdogan rejects reports on US prohibiting F-35 jet sale"
- International Policy Digest, "Baltic Peace Through NATO Strength"
- Act Media, "The minister of defence from Portugal confirmed that he would sell another five fighters F-16 to Romania"
- Reuters, "U.S., European allies map out larger role for F-35 fighter"
- Rustavi 2, "The US government will provide Georgia's coastal defense patrol boats for "Island" class"
- Sputnik, "Pentagon Awards $300Mln to Deliver Javelin Missiles to Ukraine, 5 Other States"
- Al-Monitor, "Washington ratchets up sanctions threats against Turkey"
- Newsweek, "Russia has sent thousands of troops and weapons to its western border, near US military and NATO allies"
- Defense News, "Poland switches gears to speed up Lockheed-made rocket launcher buy"
- The Hill, "Trump threatens Turkey with 'large sanctions' over detained pastor"
- Ahval, "Turkey secures $3.6 billion loan package from China"

NEA

- Reuters, "Islamic State kills 215 in southwest Syria attacks: local official"
- Reuters, "Wary of U.S. ally, Syrian Kurds look to Damascus for talks"
- The Hill, "Mattis: No changes on Syria from Trump"
- Al-Monitor, "UAE talks up diplomacy as Congress curtails US involvement in Yemen war"
- Al Bawaba, "Continuing protests in Iraq leaves 14 dead, 700 injured"
- Washington Post, "Qatar to upgrade air base used by U.S. to fight terrorism"
- Business Insider, "Israel fires missiles, 'intercepts' Syrian warplane after intense fighting"
- National Interest, "The real threat to America: Iran may close the Strait of Hormuz"
- Asia Times, "Saudi canal plans signal Qatar crisis still raging"
- Business Insider, "Trump pivots to confronting Iran with the 'fire and fury' approach — and it could crush the Islamic republic"
- Small Wars Journal, "A brewing proto-insurgency: Is Bahrain the next target of Iran's regional ambitions?"
- Reuters, "Islamic State makes comeback in Iraq with switch to guerrilla tactics"
- Reuters, "Russia and Qatar discuss S-400 missile systems deal TASS"
- Army Times, "US and Turkish troops coordinate patrols in tense Manbij region of Syria"
- Military Times, "Top Iranian general says his troops 'ready to confront' US"
- Washington Post, "U.S. allies have killed thousands of Yemeni civilians from the air. After 22 died at a wedding, one village asks, 'Why us?'"
- Reuters, "Yemen's Houthis say they attacked Abu Dhabi airport using drone"
- Reuters, "UAE ready to take on greater security burden in Middle East: minister"
- Reuters, "Saudi Arabia halts oil exports in Red Sea lane after Houthi attacks"
- Arabian Aerospace, "Saudi Arabia grows its Black Hawk fleet with $194m contract"
- Reuters, "Saudi-led coalition renews strikes on Yemen's main port city"
- Defense World, "Israel Eyes Fighters, Helicopters Purchase From Boeing Using US Military Aid"

WASHAR0003416

SCA
- The Atlantic, "'A sudden burst of movement' on the Afghan peace process"
- Indian Express, "India, US set to sign pact for secure military communications"
- HIS Janes, "India finalising negotiations for 48 additional Mi-17-V5 helicopters from Russia"
- Long War Journal, "Taliban overruns 2 districts in eastern Afghanistan"
- BBC, "Pakistan election: Dozens killed as voters go to polls"
- Business Insider, "The US government is okay with India's purchase of Russian weapons for now, but not for much longer"
- ABC News, "'Cautious optimism' Afghanistan strategy working: US general"
- Stars & Stripes, "US munition drops on Afghanistan on pace to set record this year"
- Financial Express, "Pakistan's Parliament needs to define status of armed forces"
- Eurasian Times, "Indian Army to be equipped with high mobility, light weight US, Korean artillery"
- Future Directions, "The United States in South Asia: The Pakistan Factor"
- Business Insider, "The US government is okay with India's purchase of Russian weapons for now, but not for much longer"
- Foreign Policy, "India Is the Weakest Link in the Quad"
- Reuters, "Islamic State claims suicide bombing targeting Afghan vice president- Amaq"
- The Hill, "State Dept. official met with Taliban to kick-start Afghanistan peace talks: report"
- Defence Aviation Post, "US, India working 'hand in glove' to strengthen diplomatic, military relations ahead of '2+2' dialogue, says Washington"
- Devdiscourse, "Boeing complete inaugural flights of Apache, Chinook choppers for India"

WHA
- Mintpress News, "US accuses China of seeking to build a "military base" in El Salvador commercial port"
- Boing Boing, "Could Brazil become a military dictatorship once again?"
- Sputnik, "Argentina ready to host several US military bases – reports"
- World Bulletin, "Argentina to lift ban on army role in internal security"
- EFE, "Argentina's Macri announces "modernization" of armed forces"
- National Interest, "The Canadian Army is short on machine guns"
- CGTN News, "Brazil's peacekeeping model"
- National Interest, "Russia's Next Big Military Sale: To Mexico?"
- National Defense Magazine, "United States, Canada studying options to replace Arctic early warning radars"
- CBS News, "Brazilian student gunned down in latest wave of violence in Nicaragua"

EXERCISES
- Newsclick, "Japan-India military exercises a harbinger of deeper ties"
- Taiwan News, "Taiwan invited to join US National Guard exercise for third time"
- Ghana Web, "800 US soldiers in Ghana for jungle warfare training at Achiase"

-------

**Directorate of Defense Trade Controls (PM/DDTC)**
- Arab Weekly, "Chinese commercial drones bring new uncertainties to old conflicts"
- Washington Examiner, "Treasury: Massachusetts smugglers helped Assad's chemical weapons program"
- WTOP, "How China, Russia, Iran target US with economic espionage"

-------

**Global Programs and Initiatives (PM/GPI)**

PEACEKEEPING
- Front Page Africa, "U.S., International Community Applauded for UNMIL's Success in Liberia"
- UN News, "INTERVIEW: 'Peacekeeping has a price,' says UN Peacekeeping chief, as risks grow and resources shrink"

WOMEN, PEACE, & SECURITY
- News Deeply, "Using Data to Link the Status of Women to Peace and Security"

MARITIME SECURITY
- Defence Web, "All crew kidnappings to date this year in the Gulf of Guinea – IMB"
- Xinhua, "IMB urges vigilance amid spike in piracy in Gulf of Guinea"

-------

**Weapons Removal & Abatement (PM/WRA)**
- Digital Trends, "Meet the gigantic machine that eats land mines for breakfast"
- Khmer Times, "CMAC needs $100 million for demining"
- Khmer Times, "Mines unearthed during flooding"
- EFE, "FARC dissidents burn mine clearance NGO's vehicle in Colombia"

-------

**Security Negotiations & Agreements (PM/SNA)**
- Marine Corps Times, "Here's why the Okinawa government is building shelters to protect schoolchildren from Marines"
- Yonhap News, "S. Korea, U.S. apart over 'operational military support' cost"

- DOD, "U.S., South Korea Conclude 14th Integrated Defense Dialogue"

-------

**State-Defense Integration**
- *No updates*

*********************************************************************************************************************

**Upcoming Think Tank Events**

**Reports**
- Carnegie Endowment, "The Military's Immunity in Egypt"
- CFR, "Cameroon's Failure of Politics"
- Critical Threats/AEI, "America Ignores Africa to Its Peril"
- CSIS, "NATO and the Claim the U.S. Bears 70% of the Burden: A False and Dysfunctional Approach to Burdensharing"
- CSIS, "Essential Imperatives for U.S. Arms Transfer Policy"
- POMED, Andrew Miller testimony before the U.S. House of Representatives Committee on Foreign Affairs Middle East and North Africa Subcommittee
- ISW, "Navigating the U.S.-Turkey Relationship Beyond the Quagmire"

**Events**

**7/30**
- No events of note.

**7/31**
- Hudson Institute, "Reforming the Committee on Foreign Investment in the United States" a panel to discuss the drivers, prospects, and implications of CFIUS reform.

**8/1-8/3**
- No events of note.

**Matthew Marquis**
Office of Congressional & Public Affairs
Bureau of Political-Military Affairs (PM/CPA)
U.S. Department of State

Phone:     202.647.6968
e-mail:     *MarquisMR@state.gov* | Web: *www.state.gov/t/pm* / |Twitter: *@StateDeptPM*

Stay connected with *State.gov*:



**Official**
**UNCLASSIFIED**

**Official**
**UNCLASSIFIED**

| **From:** | Hart, Robert L <HartRL@state.gov> |
|---|---|
| **Sent:** | Thursday, July 26, 2018 3:02 PM |
| **To:** | Rogers, Shana A <RogersSA2@state.gov>; Fabry, Steven F <FabrySF@state.gov> |
| **Cc:** | Freeman, Jeremy B <FreemanJB@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov> |
| **Subject:** | RE: FLASH CLEARANCE: Action Memo to T regarding Defense Distributed Settlement Items |

I'm not sure they're going to call it two pages but we can try it. Does L/PM clear?

Rob Hart
202.736.9221 | hartrl@state.gov

**Official - SBU**
**UNCLASSIFIED**

**From:** Rogers, Shana A
**Sent:** Thursday, July 26, 2018 3:00 PM
**To:** Hart, Robert L <HartRL@state.gov>; Fabry, Steven F <FabrySF@state.gov>
**Cc:** Freeman, Jeremy B <FreemanJB@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: FLASH CLEARANCE: Action Memo to T regarding Defense Distributed Settlement Items

Rob,
Does this work?

Thanks,
Shana

**Official - SBU**
**UNCLASSIFIED**

**From:** Hart, Robert L
**Sent:** Thursday, July 26, 2018 2:23 PM
**To:** Fabry, Steven F; Rogers, Shana A
**Cc:** Freeman, Jeremy B; Heidema, Sarah J
**Subject:** RE: FLASH CLEARANCE: Action Memo to T regarding Defense Distributed Settlement Items

Steve, probably best if L/PM cuts as the outstanding clearance point. We aren't in a good position to assess what's most important to you in the background.

Thanks,

Rob Hart
202.736.9221 | hartrl@state.gov

**Official - SBU**
**UNCLASSIFIED**

**From:** Fabry, Steven F
**Sent:** Thursday, July 26, 2018 2:21 PM
**To:** Hart, Robert L <HartRL@state.gov>; Rogers, Shana A <RogersSA2@state.gov>

WASHAR0003419

**Cc:** Freeman, Jeremy B <FreemanJB@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: FLASH CLEARANCE: Action Memo to T regarding Defense Distributed Settlement Items

Rob – you can send us an edited version that keeps it to two pages for us to review or we can do it; which do you prefer?

-- Steve


**Official - SBU**
**UNCLASSIFIED**

---

**From:** Hart, Robert L
**Sent:** Thursday, July 26, 2018 2:17 PM
**To:** Rogers, Shana A
**Cc:** Freeman, Jeremy B; Heidema, Sarah J; Fabry, Steven F
**Subject:** RE: FLASH CLEARANCE: Action Memo to T regarding Defense Distributed Settlement Items

We do need to keep it to 2 pages. Let me know when you're ready for me to send and if L/PM clears.

Rob Hart
202.736.9221 | hartrl@state.gov

**Official - SBU**
**UNCLASSIFIED**

---

**From:** Rogers, Shana A
**Sent:** Thursday, July 26, 2018 2:16 PM
**To:** Hart, Robert L <HartRL@state.gov>
**Cc:** Freeman, Jeremy B <FreemanJB@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Fabry, Steven F <FabrySF@state.gov>
**Subject:** RE: FLASH CLEARANCE: Action Memo to T regarding Defense Distributed Settlement Items

Rob,
As discussed, here is the additional paragraph on the TRO.  If you need to keep this to 2 pages let us know and we can cut.

Shana

**Official - SBU**
**UNCLASSIFIED**

---

**From:** Hart, Robert L
**Sent:** Thursday, July 26, 2018 10:47 AM
**To:** Miller, Michael F; Shin, Jae E; Hamilton, Catherine E; Paul, Joshua M; Shufflebarger, Jamie; Ravi, Sunil K; Urena, Michael A; Darrach, Tamara A; Tucker, Maureen E; Abisellan, Eduardo; Rogers, Shana A; Freeman, Jeremy B
**Cc:** Heidema, Sarah J
**Subject:** FLASH CLEARANCE: Action Memo to T regarding Defense Distributed Settlement Items
**Importance:** High

All,

Attached for your urgent review and clearance is an action memo for T regarding actions required to conclude the *Defense Distributed* settlement agreement.

As further action is required to meet our legal commitments, we request clearance by **12:30 pm today**. Apologies for the short turnaround requirement. Please contact me if you have any questions.

Thanks,

Rob Hart
Chief (Acting), Regulatory and Multilateral Affairs Division
Department of State | Directorate of Defense Trade Controls
202.736.9221 | hartrl@state.gov


**Official - SBU**
**UNCLASSIFIED**

# DEPARTMENT OF STATE CONGRESSIONAL CORRESPONDENCE TASKER



IPS CONTROL# **H2018** $O726 = OOO$    ACTION BUREAU: _H_

DATE: _JUL 2 6 2018_

## IPS:

___X_____SUBSTANTIVE

___X_____IMAGE ENTIRE DOCUMENT

## BUREAU:

BUREAU ACTION REQUESTED: RESPOND TO CCU WITHIN **2** DAYS

_____✓_____REPLY FOR SIGNATURE BY **Mary K. Waters, Assistant Secretary, Bureau of Legislative Affairs**

_____ADDRESS ENVELOPE TO DISTRICT OFFICE

_____DIRECT REPLY TO CONSTITUENT BY OFFICE DIRECTOR WITH COPY TO CONGRESSIONAL OFFICE. PHONE 7-1608 WHEN COMPLETED

_____FYI ONLY/NO RESPONSE NECESSARY

_____REPLY FOR SIGNATURE DIRECTLY BY BUREAU

_____OTHER ACTION: _____

FOR GUIDANCE/INFORMATION ON FORMATTING CONGRESSIONALS SEE:
_http://diplopedia.state.gov/index.php?title=Bureau of Legislative Affairs Reference Documents#Yellow Border_

*****BUREAUS MUST MAKE TRANSFERS OF ACTION DIRECTLY WITH RECEIVING BUREAU'S FRONT OFFICE. PLEASE NOTIFY CCU VIA UNCLASS EMAIL OF ALL TRANSFERS OF ACTION*****

**Due Date** _7/31_

ADDITIONAL INSTRUCTIONS:

___Multi-signer Letter: _____

___Special Instructions:_____

___EVEREST TASKER#_____

___Please clear with NSC prior to submission to H

WASHAR0003422

**FROM: Mary K. Waters (H)**

## Congressional Correspondence
## Recommendation

JUL 2 6 2018

_____ **For Signature by Secretary Pompeo**

**For draft by _____ Bureau**

*X* **Tasked to the** _PM_ **Bureau for Signature by Mary K. Waters, Assistant Secretary, Legislative Affairs**

_____ **Tasked to _____ Bureau for signature by Post or Bureau**

_____ FYI Only—No Reply Necessary

For _____ Bureau

Special Actions:

_____ Multi-signer letter:

_____ Special Clearances:

_____ For S Staff Review (H Only)

_____ Everest Tasker# _____

_____ Special Instructions: _____

WASHAR0003423

BOB CORKER, TENNESSEE, CHAIRMAN

JAMES E. RISCH, IDAHO            ROBERT MENENDEZ, NEW JERSEY
MARCO RUBIO, FLORIDA            BENJAMIN L. CARDIN, MARYLAND
RON JOHNSON, WISCONSIN         JEANNE SHAHEEN, NEW HAMPSHIRE
JEFF FLAKE, ARIZONA              CHRISTOPHER A. COONS, DELAWARE
CORY GARDNER, COLORADO          TOM UDALL, NEW MEXICO
TODD YOUNG, INDIANA             CHRISTOPHER MURPHY, CONNECTICUT
JOHN BARRASSO, WYOMING          TIM KAINE, VIRGINIA
JOHNNY ISAKSON, GEORGIA         EDWARD J. MARKEY, MASSACHUSETTS
RON PORTMAN, OHIO               JEFF MERKLEY, OREGON
RAND PAUL, KENTUCKY             CORY A. BOOKER, NEW JERSEY

**United States Senate**

COMMITTEE ON FOREIGN RELATIONS

WASHINGTON, DC 20510-6225

July 25, 2018

The Honorable Michael Pompeo
Secretary of State
U.S. Department of State
2201 C Street NW
Washington, DC 20520

Dear Secretary Pompeo:

The Department of State is about to permit the public, worldwide release of dangerous information on the 3D printing of functional firearms that are undetectable by standard security measures. Such a release would allow any foreign or domestic person, including arms traffickers, terrorists, transnational criminals, and domestic abusers to effectively "download" a gun, making it much easier to evade security measures and obtain a weapon. This decision is not only alarming and irresponsible, but one that appears to evade statutory requirements and skirts an ongoing regulatory review process.

Recently, the Department settled a lawsuit by a U.S. firm seeking to post blueprints and other information on the Internet that would allow anyone with a 3D printer to create plastic firearms. Based on reports of the terms of the settlement, the Department has now agreed that the information can be exempt from the export licensing requirements of the International Trafficking in Arms Regulations (ITAR). Even more troubling, the Department also agreed to temporarily suspend the relevant ITAR restrictions to allow this otherwise prohibited dissemination.

Yet this "temporary" suspension will effectively allow a permanent and continuing export. Once posted on the Internet, these files will be shared, downloaded, and used to create firearms. As such, this action is tantamount to a permanent removal of an item from the United States Munitions List, but without the 30-day notice to the Senate Foreign Relations Committee and House Foreign Affairs Committee as required by the Arms Export Control Act.

It is hard to see how making it easier for criminal and terrorist organizations to obtain untraceable weapons is in the foreign policy and national security interests of the United States. This action by the State Department makes the work of U.S. and international law enforcement and counter-terrorism agencies—and the U.S. Transportation Security Agency—all the more difficult and heightens the risk to innocent Americans and others from terrorist and extremist attacks. Moreover, the domestic risk cannot be understated, especially with the high rates of gun violence in our schools, churches, clubs and public gathering places. The release of these blueprints permits anyone, even those banned from gun ownership due to a criminal

LMO/TD

conviction, to build their own gun. These "ghost guns" also pose a problem for law enforcement as such firearms lack a serial number and are thus untraceable.

Given the far-reaching and dangerous consequences of this decision, I urge you to immediately review and reconsider the Department's position, and to ensure that this and any other decision regarding arms export control complies fully with the letter and spirit of the Arms Export Control Act. Further, any release should not occur until the Department, Congress, and the public have ample time to review the consequences of this action.

Sincerely,

Robert Menendez
Ranking Member

July 23, 2018

The Honorable Jeff Sessions
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Dear Attorney General Sessions:

We write with great alarm over the decision last month by the Department of Justice (DOJ) to settle the lawsuit brought against the State Department by the gun rights advocacy groups Defense Distributed and the Second Amendment Foundation.

In 2015, Defense Distributed and the Second Amendment Foundation sued the State Department, challenging the State Department's decision that Defense Distributed violated federal export controls and its demand that Defense Distributed remove from the internet its blueprints for three-dimensional ("3-D") printable firearms. Throughout the course of the lawsuit, the government maintained that its position was well-supported under the Arms Export Control Act and the International Traffic in Arms Regulations. Indeed, as recently as April 2018, the government filed a motion to dismiss in which it argued that "[w]hatever informational value there may be in the process by which 3-D printing occurs," Defense Distributed's Computer Aided Design files "are indispensable to a [3-D] printing process used to create firearms and their components," and "are also functional, directly facilitate the manufacture of weapons, and may properly be regulated for export."[i]

In a stunning reversal of course last month, DOJ settled the suit and agreed to allow for the public release of Defense Distributed's 3-D firearm printing tutorials in any form. The government also made the puzzling decision to pay nearly $40,000 in legal fees to the plaintiffs using taxpayer dollars.

This settlement is inconsistent with DOJ's previous position and is as dangerous as it is confounding. The settlement will allow these tutorials to be posted online for unlimited distribution to anyone — including felons and terrorists — both here in the United States and abroad. It also sets a dangerous precedent in defending against other legally sound determinations made by the State Department under the Arms Export Control Act and the International Traffic in Arms Regulations.

We are alarmed by this settlement and request an immediate explanation for DOJ's and the State Department's abrupt and dangerous reversal of course. We ask that, prior to August 1, 2018,

---

[i] *Defense Distributed v. U.S. Dep't of State*, Case 1:15-cv-00372-RP, Defs.' Mot. Dismiss Second Am. Compl., at 1 (W.D. Tex. Apr. 6, 2018).

WASHAR0003426

DOJ provide us with a copy of the fully executed settlement agreement, and a written explanation and briefing on the reasoning behind the decision to settle this litigation in the manner it did. The American people have a right to know why their government agreed to such a dangerous outcome.

Thank you for your prompt attention to this matter. Should you have any questions about this request, please contact Callan Bruzzone of Senator Markey's staff at 202-224-2742.

Sincerely,

Edward J. Markey
United States Senator

Bill Nelson
United States Senator

Richard Blumenthal
United States Senator

Christopher S. Murphy
United States Senator

Dianne Feinstein
United States Senator

2

WASHAR0003427

| From: | Wall, Amanda J <WallAJ@state.gov> |
|---|---|
| Sent: | Friday, July 27, 2018 6:19 PM |
| To: | Fabry, Steven F <FabrySF@state.gov>; Dorosin, Joshua L <DorosinJL@state.gov>; Newstead, Jennifer G <NewsteadJG@state.gov> |
| Cc: | Rogers, Shana A <RogersSA2@state.gov>; Freeman, Jeremy B <FreemanJB@state.gov> |
| Subject: | RE: PM/DDTC spam campaign |
| Attach: | Phil in 06040_ please stop the release of downloadable guns.msg; Patti in 98003_ please stop the release of downloadable guns.msg |

+ Jennifer for awareness.

**From:** Fabry, Steven F
**Sent:** Friday, July 27, 2018 6:18 PM
**To:** Dorosin, Joshua L; Wall, Amanda J
**Cc:** Rogers, Shana A; Freeman, Jeremy B
**Subject:** FW: PM/DDTC spam campaign

FYI, re the Dept's CIO decision (bottom email) not to unblock the domain sending DDTC emails on 3D printing of guns.

Official - SBU
UNCLASSIFIED

**From:** Wrege, Karen M
**Sent:** Friday, July 27, 2018 5:58 PM
**To:** Mummaw, Karen E; Rogers, Shana A; Fabry, Steven F
**Cc:** Todd, William E (Ambassador); Bowden, Al J; Giuliano, Lysa C; Blackstone, Kevin; Miller, Glenn W
**Subject:** RE: PM/DDTC spam campaign

I think that the Everytown website is how these emails are being generated.  Attached are sample emails.

Best,
Karen

**From:** Mummaw, Karen E
**Sent:** Friday, July 27, 2018 5:49 PM
**To:** Rogers, Shana A <RogersSA2@state.gov>; Fabry, Steven F <FabrySF@state.gov>
**Cc:** Todd, William E (Ambassador) <ToddW@state.gov>; Bowden, Al J <BowdenAJ@state.gov>; Giuliano, Lysa C <GiulianoLC@state.gov>; Blackstone, Kevin <BlackstoneCK@state.gov>; Wrege, Karen M <WregeKM@state.gov>; Miller, Glenn W <MillerGW@state.gov>
**Subject:** PM/DDTC spam campaign

Shana,
Per our conversation, on the recommendation of our Chief Information Security Officer, Al Bowden, I am not comfortable unblocking the everytown.org site at this time.   Our firewall team continues to see rolling activity from this site.  These are not individuals attempting to contact the Secretary, but this appears to be a BOT conducting a targeted spam campaign that could result in a denial of service for those targeted inboxes.  We have currently received over 52,000 emails from this site.  We will continue to monitor.

Al, please jump in if I have missed anything.  Thank you, Karen

Official
UNCLASSIFIED

Dear Secretary Pompeo,

Please stop the release of downloadable files that will allow people, including convicted felons and terrorists, to make untraceable guns on their 3D printers.

Do-it-yourself, downloadable guns are incredibly dangerous. The State Department is planning a special exemption letting the company Defense Distributed release schematics for these guns — information that would enable terrorists, convicted felons and domestic abusers to simply download files online and print their own illegal and untraceable guns. It's unconscionable to allow criminals to print untraceable guns on demand — and Defense Distributed says it will post its plans on August 1.

The State Department can act to prevent this deadly and dangerous outcome. It should not grant this special exemption to endanger the public — and instead should continue to block this deadly information from being published online.

Thank you,

Mrs Phil Sawyer in 06040

<http://track.sp.actionkit.com/q/cQJXxAZUJkM-cbEh2ochZQ~~/AAAAAQA~/RgRdOaFaPlcEd2F3ZEIKAAJaHFdbLXkxt1IaZGR0Y3Jlc3BvbNldGVhbUBzdGF0ZS5nb3YYBAAAAFg~>

Dear Secretary Pompeo,

Please stop the release of downloadable files that will allow people, including convicted felons and terrorists, to make untraceable guns on their 3D printers.

Do-it-yourself, downloadable guns are incredibly dangerous. The State Department is planning a special exemption letting the company Defense Distributed release schematics for these guns — information that would enable terrorists, convicted felons and domestic abusers to simply download files online and print their own illegal and untraceable guns. It's unconscionable to allow criminals to print untraceable guns on demand — and Defense Distributed says it will post its plans on August 1.

The State Department can act to prevent this deadly and dangerous outcome. It should not grant this special exemption to endanger the public — and instead should continue to block this deadly information from being published online.

Thank you,

Patti Rader in 98003

<http://track.sp.actionkit.com/q/QFEsuImQ64UELity0jLvVA~~/AAAAAQA~/RgRdOaEiPlcEd2F3ZEIKAAciHFdbjhUY1FIaZGR0Y3Jlc3BvbnNldGVhbUBzdGF0ZS5nb3ZZBAAAAI

Dear Secretary Pompeo,

Please stop the release of downloadable files that will allow people, including convicted felons and terrorists, to make untraceable guns on their 3D printers.

Do-it-yourself, downloadable guns are incredibly dangerous. The State Department is planning a special exemption letting the company Defense Distributed release schematics for these guns — information that would enable terrorists, convicted felons and domestic abusers to simply download files online and print their own illegal and untraceable guns. It's unconscionable to allow criminals to print untraceable guns on demand — and Defense Distributed says it will post its plans on August 1.

The State Department can act to prevent this deadly and dangerous outcome. It should not grant this special exemption to endanger the public — and instead should continue to block this deadly information from being published online.

Thank you,

Mrs Phil Sawyer in 06040

<http://track.sp.actionkit.com/q/cQJXxAZUJkM-cbEh2ochZQ~~/AAAAAQA~/RgRdOaFaPlcEd2F3ZEIKAAJaHFdbLXkxt1IaZGR0Y3Jlc3BvbnNldGVhbUBzdGF0ZS5nb3ZYBAAAAFg~>

| From: | Patti Rader <bounce@list.everytown.org> |
|---|---|
| Sent: | Tuesday, July 24, 2018 8:31 AM |
| To: | DDTC Response Team <DDTCResponseTeam@state.gov> |
| Subject: | Patti in 98003: please stop the release of downloadable guns |

Dear Secretary Pompeo,

Please stop the release of downloadable files that will allow people, including convicted felons and terrorists, to make untraceable guns on their 3D printers.

Do-it-yourself, downloadable guns are incredibly dangerous. The State Department is planning a special exemption letting the company Defense Distributed release schematics for these guns — information that would enable terrorists, convicted felons and domestic abusers to simply download files online and print their own illegal and untraceable guns. It's unconscionable to allow criminals to print untraceable guns on demand — and Defense Distributed says it will post its plans on August 1.

The State Department can act to prevent this deadly and dangerous outcome. It should not grant this special exemption to endanger the public — and instead should continue to block this deadly information from being published online.

Thank you,

Patti Rader in 98003

<http://track.sp.actionkit.com/q/QFEsuImQ64UELity0jLvVA~~/AAAAAQA~/RgRdOaEiPlcEd2F3ZEIKAAciHFdbjhUY1FIaZGR0Y3Jlc3BvbnNldGVhbUBzdGF0ZS5nb3ZZBAAAAI

| | |
|---|---|
| **From:** | Bowden, Al J </O=SBUSTATE/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=E61AF09EA6724DADB0E7F08DFE95630F> on behalf of IRM IACISO </O=SBUSTATE/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=A650F4499F444523B58B2B5C8B785108> |
| **Sent:** | Friday, July 27, 2018 7:12 PM |
| **To:** | Wrege, Karen M <WregeKM@state.gov>; Bowden, Al J <BowdenAJ@state.gov>; CIRT <CIRT@state.gov>; Mummaw, Karen E <MummawKE@state.gov> |
| **Cc:** | Todd, William E (Ambassador) <ToddW@state.gov>; Giuliano, Lysa C <GiulianoLC@state.gov>; Blackstone, Kevin <BlackstoneCK@state.gov>; Miller, Glenn W <MillerGW@state.gov>; IRM IACISO <IRMIACISO@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Fabry, Steven F <FabrySF@state.gov>; Norman, Marcus A <NormanMA@state.gov> |
| **Subject:** | RE: PM/DDTC spam campaign |

Karen,

I will request the applicable IRM and DS teams to *initiate removal of the block immediately*. I will further instruct the teams to contact your office and/or acknowledge via this e-mail thread once the block has been removed.

Please don't hesitate to contact to CIRT (addressed above) if DDTC encounters adverse effects.

Have an enjoyable weekend.

Regards,

**Al J. Bowden**
Chief Information Security Officer | Deputy Chief Information Officer
Information Resource Management - Information Assurance (IRM/IA)
U.S. Department of State
(202) 634-3690 | BowdenAJ@state.gov



**Official**
**UNCLASSIFIED**

**From:** Wrege, Karen M
**Sent:** Friday, July 27, 2018 6:58 PM
**To:** IRM IACISO <IRMIACISO@state.gov>; Mummaw, Karen E <MummawKE@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Fabry, Steven F <FabrySF@state.gov>
**Cc:** Todd, William E (Ambassador) <ToddW@state.gov>; Giuliano, Lysa C <GiulianoLC@state.gov>; Blackstone, Kevin <BlackstoneCK@state.gov>; Miller, Glenn W <MillerGW@state.gov>
**Subject:** RE: PM/DDTC spam campaign

PM/DDTC wishes to proceed with removal of the block.

WASHAR0003433

Best,
Karen

Karen/Karen,

For clarity purposes, please note that the applicable cyber teams identified "questionable" and "legitimate" activities associated with the subject spam campaign. In addition to valid correspondence (mail) destined for the DDTC mailbox, spam campaigns present an opportunity/vector for delivery of malicious payloads.

Given the above, I recommend continued blocking and monitoring of the offending domain throughout the weekend **unless** PM/DDTC deems it mission essential to have the block removed immediately. Please note that there is a likelihood that the initial activities/problems (spam storm) may return when the block is removed.

Please advise if PM/DDTC wishes to proceed with removal of the block.

Regards,

**Al J. Bowden**
Chief Information Security Officer | Deputy Chief Information Officer
Information Resource Management - Information Assurance (IRM/IA)
U.S. Department of State
(202) 634-3690 | BowdenAJ@state.gov



**Official**
**UNCLASSIFIED**

I think that the Everytown website is how these emails are being generated. Attached are sample emails.

Best,
Karen

WASHAR0003434

**From:** Mummaw, Karen E
**Sent:** Friday, July 27, 2018 5:49 PM
**To:** Rogers, Shana A <RogersSA2@state.gov>; Fabry, Steven F <FabrySF@state.gov>
**Cc:** Todd, William E (Ambassador) <ToddW@state.gov>; Bowden, Al J <BowdenAJ@state.gov>; Giuliano, Lysa C <GiulianoLC@state.gov>; Blackstone, Kevin <BlackstoneCK@state.gov>; Wrege, Karen M <WregeKM@state.gov>; Miller, Glenn W <MillerGW@state.gov>
**Subject:** PM/DDTC spam campaign

Shana,
Per our conversation, on the recommendation of our Chief Information Security Officer, Al Bowden, I am not comfortable unblocking the *everytown.org* site at this time. Our firewall team continues to see rolling activity from this site. These are not individuals attempting to contact the Secretary, but this appears to be a BOT conducting a targeted spam campaign that could result in a denial of service for those targeted inboxes. We have currently received over 52,000 emails from this site. We will continue to monitor.

Al, please jump in if I have missed anything. Thank you, Karen

**Official**
**UNCLASSIFIED**

| From: | PM-Staffers Mailbox <PM-StaffersMailbox@state.gov> |
|---|---|
| Sent: | Tuesday, March 27, 2018 4:59 PM |
| To: | Hart, Robert L |
| Cc: | Dearth, Anthony M; Heidema, Sarah J; Koelling, Richard W; Paul, Joshua M; PM-Staffers Mailbox; Steffens, Jessica L |
| Subject: | PM Final: Defense Distributed offer of settlement |
| Attachments: | DDTC DD Counteroffer RLH.DOCX |

Rob,

PDAS Kaidanow approved without changes or comment.

Best,

Bill Hayes
PM/FO SharePoint<http://pm.t.state.sbu/fo/SitePages/Home.aspx>
Staff Assistant
202-647-8089

Official - Transitory
UNCLASSIFIED

From: Kaidanow, Tina S
Sent: Tuesday, March 27, 2018 4:45 PM
To: PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
Cc: Steffens, Jessica L <SteffensJL@state.gov>
Subject: RE: For Review: FW: Defense Distributed offer of settlement

approve

Official - Transitory
UNCLASSIFIED

From: PM-Staffers Mailbox
Sent: Tuesday, March 27, 2018 2:57 PM
To: Kaidanow, Tina S <KaidanowTS@state.gov<mailto:KaidanowTS@state.gov>>
Cc: PM-Staffers Mailbox <PM-StaffersMailbox@state.gov<mailto:PM-StaffersMailbox@state.gov>>; Steffens, Jessica L <SteffensJL@state.gov<mailto:SteffensJL@state.gov>>
Subject: For Review: FW: Defense Distributed offer of settlement

PDAS Kaidanow,

Please see attached for your clearance an offer of settlement of the Defense Distributed case currently before the U.S. District Court for the Western District of Texas.

Best,

Bill Hayes

WASHAR0003436

PM/FO SharePoint<http://pm.t.state.sbu/fo/SitePages/Home.aspx>
Staff Assistant
202-647-8089

Official - Transitory
UNCLASSIFIED

From: Steffens, Jessica L
Sent: Tuesday, March 27, 2018 2:47 PM
To: PM-Staffers Mailbox <PM-StaffersMailbox@state.gov<mailto:PM-StaffersMailbox@state.gov>>
Subject: RE: For Jessica: FW: Defense Distributed offer of settlement

Hi. I haven't made it through all of my emails given all the trip prep meetings, but DTC was going to send up some background on this case.  That additional info should go up along with this approval request.
Thanks.


Official - Transitory
UNCLASSIFIED

From: PM-Staffers Mailbox
Sent: Tuesday, March 27, 2018 9:55 AM
To: Steffens, Jessica L <SteffensJL@state.gov<mailto:SteffensJL@state.gov>>
Cc: PM-Staffers Mailbox <PM-StaffersMailbox@state.gov<mailto:PM-StaffersMailbox@state.gov>>
Subject: For Jessica: FW: Defense Distributed offer of settlement

Jessica - please see attached for PDAS Kaidanow clearance an offer of settlement of the Defense Distributed case currently before the U.S. District Court for the Western District of Texas.  Rob Hart said he is available to answer any questions.

Best,

Bill Hayes
PM/FO SharePoint<http://pm.t.state.sbu/fo/SitePages/Home.aspx>
Staff Assistant
202-647-8089

Official - SBU
UNCLASSIFIED

From: Hart, Robert L
Sent: Tuesday, March 27, 2018 9:50 AM
To: PM-Staffers Mailbox <PM-StaffersMailbox@state.gov<mailto:PM-StaffersMailbox@state.gov>>
Cc: Dearth, Anthony M <DearthAM@state.gov<mailto:DearthAM@state.gov>>; Heidema, Sarah J <HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>; Koelling, Richard W <KoellingRW@state.gov<mailto:KoellingRW@state.gov>>; Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>
Subject: Defense Distributed offer of settlement

Hello,

WASHAR0003437

Attached for PDAS Kaidanow's review and clearance is an offer of settlement of the Defense Distributed case currently before the U.S. District Court for the Western District of Texas. I will follow up with Alicia or Bill to explain in more detail by phone. This document is being reviewed simultaneously by L/PM, but we request clearance on the substantive aspects of the offer as an ITAR matter.

To meet L's timeline we would be grateful for clearance by COB today. Please call me if you have any questions.

Thanks,

Rob Hart
Chief (Acting), Regulatory and Multilateral Affairs Division Department of State | Directorate of Defense Trade Controls
202.736.9221 | hartrl@state.gov<mailto:hartrl@state.gov>

Official - SBU
UNCLASSIFIED

WASHAR0003438

[cid:image001.png@01D29279.128F6050]
Everytown, Schumer beat the drum to ban 3-D gun printing By Chris Eger
24 July 2018

With downloadable gun plans grabbing national headlines, Democrats and gun control groups are pushing for more regulation - which is a sure sign that they don't understand 2018.

On Capitol Hill, Senate Minority Leader Chuck Schumer, D-NY, last weekend blasted a pending move by President Trump's State Department to greenlight a Texas-based pro-gun group's ability to post plans online for "non-automatic firearms up to .50-caliber," such as the popular AR-15 and other semi-autos.

"Why in God's name is this administration allowing this to happen when it never was allowed before?" said Schumer. "We're asking them to immediately rescind such action, and if they don't, we will try to pass legislation preventing that. It makes no sense."

Schumer's rhetoric was prefaced last week by a New York Times editorial by former U.S. Rep. David Israel who held more regulation was needed to prevent the criminal underworld from easily printing "undetectable" plastic guns using an "inexpensive printer purchased online or at the neighborhood office supply store and a downloadable file."

However, Israel concedes in his piece that the current regulations on such guns still stand regardless of any pending move by the State Department. The Undetectable Firearms Act, signed into law by President Ronald Reagan in 1988, requires each gun made or sold in the country to have 3.7-ounces of metal content and is set to run through at least 2023.

The Texas group at the heart of the controversy is Cody Wilson's Defense Distributed, which is set to relaunch their DEFCAD project next month after a settlement negotiated with the State Department in a long-running lawsuit. Essentially, State argued it did not challenge the First Amendment right of Wilson to distribute the 3-D gun files domestically, only that it took an exception to the unfettered international distribution of what they argued was information that could be used by others to produce guns overseas, citing a violation of the International Traffic in Arms Regulations.

That objection is set to fall by the wayside as a result of the proposed settlement and DEFCAD, public and free to use, is ready to host CAD files for AR-15s, AR-10s, Czech Vz.58s, M1911 handguns and even popular guns such as the Ruger 10-22 and Beretta M9.

With the clock counting down to DEFCAD once again going live some five years after the federal government moved to shutter it, Everytown has mounted an online campaign to pressure Secretary of State Michael Pompeo to back out of the settlement, which both sides agreed to in June. The anti-gun group contends that allowing DefDist to move forward

WASHAR0003439

would "enable terrorists, convicted felons, and domestic abusers to simply download files online and print their own illegal and untraceable guns," and that, "It's unconscionable to allow criminals to print untraceable guns on demand."

What Everytown does not acknowledge is the fact that many of the past downloaders for Wilson's single-shot Liberator pistol when it went live for the first time in 2013 were overseas in countries such as Spain, Brazil, Germany and the UK, and were quickly shared and torrented worldwide. More to the point, Wilson's group is not unique as a number of sites since then, such as FossCAD and GrabCAD, have long made 3-D gun files available to millions over the past several years. Code, once created and shared so extensively, is almost impossible to destroy. Going back even further, low-tech open source firearms plans and patent drawings have been circulating freely for centuries.

Still, with the federal government backing away from DefDist, Wilson sees the practice of downloadable gun files as moving into the mainstream. "I currently have no national legal barriers to continue or expand DEFCAD," he wrote in an email to TechCrunch. "This legal victory is the formal beginning to the era of downloadable guns. Guns are as downloadable as music. There will be streaming services for semi-automatics."

Link: https://www.guns.com/2018/07/24/everytown-schumer-beat-the-drum-to-ban-3-d-gun-printing/

_____
Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:      202.647.6968
e-mail:      MarquisMR@state.gov<mailto:MarquisMR@state.gov> |   Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM

Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

Official
UNCLASSIFIED

Official
UNCLASSIFIED

WASHAR0003440

| From: | Hart, Robert L <HartRL@state.gov> |
| --- | --- |
| Sent: | Friday, April 06, 2018 11:17 AM |
| To: | Paul, Joshua M |
| Cc: | Dearth, Anthony M; Heidema, Sarah J; Koelling, Richard W; Steffens, Jessica L |
| Subject: | RE: PM Final: Defense Distributed offer of settlement |

█████████████████████████████████████████████

Rob Hart
202.736.9221 | hartrl@state.gov<mailto:hartrl@state.gov>

Official - Transitory
UNCLASSIFIED

From: Paul, Joshua M
Sent: Friday, April 6, 2018 11:16 AM
To: Hart, Robert L <HartRL@state.gov>
Cc: Dearth, Anthony M <DearthAM@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Koelling, Richard W <KoellingRW@state.gov>; Steffens, Jessica L <SteffensJL@state.gov>
Subject: RE: PM Final: Defense Distributed offer of settlement

███████████████████████████████████

Official - Transitory
UNCLASSIFIED

From: PM-Staffers Mailbox
Sent: Tuesday, March 27, 2018 4:59 PM
To: Hart, Robert L <HartRL@state.gov<mailto:HartRL@state.gov>>
Cc: Dearth, Anthony M <DearthAM@state.gov<mailto:DearthAM@state.gov>>; Heidema, Sarah J <HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>; Koelling, Richard W <KoellingRW@state.gov<mailto:KoellingRW@state.gov>>; Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>; PM-Staffers Mailbox <PM-StaffersMailbox@state.gov<mailto:PM-StaffersMailbox@state.gov>>; Steffens, Jessica L <SteffensJL@state.gov<mailto:SteffensJL@state.gov>>
Subject: PM Final: Defense Distributed offer of settlement

Rob,

PDAS Kaidanow approved without changes or comment.

Best,

Bill Hayes
PM/FO SharePoint<http://pm.t.state.sbu/fo/SitePages/Home.aspx>
Staff Assistant
202-647-8089

Official - Transitory

1

UNCLASSIFIED

From: Kaidanow, Tina S
Sent: Tuesday, March 27, 2018 4:45 PM
To: PM-Staffers Mailbox <PM-StaffersMailbox@state.gov<mailto:PM-StaffersMailbox@state.gov>>
Cc: Steffens, Jessica L <SteffensJL@state.gov<mailto:SteffensJL@state.gov>>
Subject: RE: For Review: FW: Defense Distributed offer of settlement

approve

Official - Transitory
UNCLASSIFIED

From: PM-Staffers Mailbox
Sent: Tuesday, March 27, 2018 2:57 PM
To: Kaidanow, Tina S <KaidanowTS@state.gov<mailto:KaidanowTS@state.gov>>
Cc: PM-Staffers Mailbox <PM-StaffersMailbox@state.gov<mailto:PM-StaffersMailbox@state.gov>>; Steffens, Jessica L
<SteffensJL@state.gov<mailto:SteffensJL@state.gov>>
Subject: For Review: FW: Defense Distributed offer of settlement

PDAS Kaidanow,

Please see attached for your clearance an offer of settlement of the Defense Distributed case currently before the U.S.
District Court for the Western District of Texas.

Best,

Bill Hayes
PM/FO SharePoint<http://pm.t.state.sbu/fo/SitePages/Home.aspx>
Staff Assistant
202-647-8089

Official - Transitory
UNCLASSIFIED

From: Steffens, Jessica L
Sent: Tuesday, March 27, 2018 2:47 PM
To: PM-Staffers Mailbox <PM-StaffersMailbox@state.gov<mailto:PM-StaffersMailbox@state.gov>>
Subject: RE: For Jessica: FW: Defense Distributed offer of settlement

Hi. I haven't made it through all of my emails given all the trip prep meetings, but DTC was going to send up some
background on this case.  That additional info should go up along with this approval request.
Thanks.


Official - Transitory
UNCLASSIFIED

From: PM-Staffers Mailbox
Sent: Tuesday, March 27, 2018 9:55 AM
To: Steffens, Jessica L <SteffensJL@state.gov<mailto:SteffensJL@state.gov>>

WASHAR0003442

Cc: PM-Staffers Mailbox <PM-StaffersMailbox@state.gov<mailto:PM-StaffersMailbox@state.gov>>
Subject: For Jessica: FW: Defense Distributed offer of settlement

Jessica - please see attached for PDAS Kaidanow clearance an offer of settlement of the Defense Distributed case currently before the U.S. District Court for the Western District of Texas. Rob Hart said he is available to answer any questions.

Best,

Bill Hayes
PM/FO SharePoint<http://pm.t.state.sbu/fo/SitePages/Home.aspx>
Staff Assistant
202-647-8089

Official - SBU
UNCLASSIFIED

From: Hart, Robert L
Sent: Tuesday, March 27, 2018 9:50 AM
To: PM-Staffers Mailbox <PM-StaffersMailbox@state.gov<mailto:PM-StaffersMailbox@state.gov>>
Cc: Dearth, Anthony M <DearthAM@state.gov<mailto:DearthAM@state.gov>>; Heidema, Sarah J
<HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>; Koelling, Richard W
<KoellingRW@state.gov<mailto:KoellingRW@state.gov>>; Paul, Joshua M
<PaulJM@state.gov<mailto:PaulJM@state.gov>>
Subject: Defense Distributed offer of settlement

Hello,

Attached for PDAS Kaidanow's review and clearance is an offer of settlement of the Defense Distributed case currently before the U.S. District Court for the Western District of Texas. I will follow up with Alicia or Bill to explain in more detail by phone. This document is being reviewed simultaneously by L/PM, but we request clearance on the substantive aspects of the offer as an ITAR matter.

To meet L's timeline we would be grateful for clearance by COB today. Please call me if you have any questions.

Thanks,

Rob Hart
Chief (Acting), Regulatory and Multilateral Affairs Division Department of State | Directorate of Defense Trade Controls
202.736.9221 | hartrl@state.gov<mailto:hartrl@state.gov>


Official - SBU
UNCLASSIFIED

WASHAR0003443

| From: | Kaidanow, Tina S <KaidanowTS@state.gov> |
| --- | --- |
| Sent: | Thursday, April 12, 2018 5:27 PM |
| To: | PM-Staffers Mailbox |
| Cc: | Steffens, Jessica L |
| Subject: | RE: For Approval: DD offer |

fine

Official
UNCLASSIFIED

From: PM-Staffers Mailbox
Sent: Thursday, April 12, 2018 4:56 PM
To: Kaidanow, Tina S <KaidanowTS@state.gov>
Cc: PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>; Steffens, Jessica L <SteffensJL@state.gov>
Subject: For Approval: DD offer
Importance: High

Ambassador,

Please find attached an updated defense distributed settlement offer from DDTC. DDTC requests your approval by 1000 tomorrow to best ensure L can get this to DOJ on time.

There is little substantive difference from the offer you cleared before, however, it does open the scope of release into the public domain of certain additional tech data for firearms and their parts and components.

Alicia Loucks
X76604


This email is UNCLASSIFIED.


From: Steffens, Jessica L
Sent: Thursday, April 12, 2018 4:53 PM
To: PM-Staffers Mailbox
Cc: Chandler, Karen R
Subject: FW: For Jess/Karen: DD offer
Importance: High

Okay with me.

Official - Transitory
UNCLASSIFIED

From: PM-Staffers Mailbox
Sent: Thursday, April 12, 2018 4:51 PM

WASHAR0003444

To: Steffens, Jessica L <SteffensJL@state.gov<mailto:SteffensJL@state.gov>>; Chandler, Karen R <ChandlerKR@state.gov<mailto:ChandlerKR@state.gov>>
Cc: PM-Staffers Mailbox <PM-StaffersMailbox@state.gov<mailto:PM-StaffersMailbox@state.gov>>
Subject: For Jess/Karen: DD offer
Importance: High

Jess and Karen,

Please find attached an updated defense distributed settlement offer from DDTC.  DDTC requests PDAS Kaidanow's approval by 1000 tomorrow.

There is little substantive difference from the offer PDAS Kaidanow cleared before, however, it does open the scope of release into the public domain of certain additional tech data for firearms and their parts and components.

Alicia Loucks
X76604


This email is UNCLASSIFIED.


From: Heidema, Sarah J
Sent: Thursday, April 12, 2018 4:44 PM
To: PM-Staffers Mailbox
Cc: Cavnar, Anna; Freeman, Jeremy B; Fabry, Steven F; Monjay, Robert; Hart, Robert L; Miller, Michael F; Dearth, Anthony M; Koelling, Richard W
Subject: For immediate review: DD offer

Staffers:

Attached is the draft of the Defense Distributed settlement offer that we clear.  There is little substantive difference from the offer Tina cleared before, however, it does open the scope of release into the public domain of certain additional tech data for firearms and their parts and components.  Any additional tech data added to this is tech data that we are already proposing to move to DOC in the I-III rule.  Please send any questions to the folks copied here.  L needs to send back the document to DOJ tomorrow morning, so please clear it back to all on this distro NLT 10am tomorrow.

I am out tomorrow, however, I can be reached at 2023024422 and L folks (Steve, Jeremy and Anna- copied here) should be able to address any questions.

Sarah

Official
UNCLASSIFIED

WASHAR0003445

| From: | Steffens, Jessica L <SteffensJL@state.gov> |
|---|---|
| Sent: | Thursday, April 12, 2018 4:53 PM |
| To: | PM-Staffers Mailbox |
| Cc: | Chandler, Karen R |
| Subject: | FW: For Jess/Karen:  DD offer |
| Attachments: | DDTC DD Counteroffer v7 (clean).docx |
| | |
| Importance: | High |

Okay with me.

Official - Transitory
UNCLASSIFIED

From: PM-Staffers Mailbox
Sent: Thursday, April 12, 2018 4:51 PM
To: Steffens, Jessica L <SteffensJL@state.gov>; Chandler, Karen R <ChandlerKR@state.gov>
Cc: PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
Subject: For Jess/Karen: DD offer
Importance: High

Jess and Karen,

Please find attached an updated defense distributed settlement offer from DDTC.  DDTC requests PDAS Kaidanow's approval by 1000 tomorrow.

There is little substantive difference from the offer PDAS Kaidanow cleared before, however, it does open the scope of release into the public domain of certain additional tech data for firearms and their parts and components.

Alicia Loucks
X76604


This email is UNCLASSIFIED.


From: Heidema, Sarah J
Sent: Thursday, April 12, 2018 4:44 PM
To: PM-Staffers Mailbox
Cc: Cavnar, Anna; Freeman, Jeremy B; Fabry, Steven F; Monjay, Robert; Hart, Robert L; Miller, Michael F; Dearth, Anthony M; Koelling, Richard W
Subject: For immediate review: DD offer

Staffers:

Attached is the draft of the Defense Distributed settlement offer that we clear.  There is little substantive difference from the offer Tina cleared before, however, it does open the scope of release into the public domain of certain additional tech data for firearms and their parts and components.  Any additional tech data added to this is tech data

1

WASHAR0003446

that we are already proposing to move to DOC in the I-III rule.  Please send any questions to the folks copied here.  L needs to send back the document to DOJ tomorrow morning, so please clear it back to all on this distro NLT 10am tomorrow.

I am out tomorrow, however, I can be reached at 2023024422 and L folks (Steve, Jeremy and Anna- copied here) should be able to address any questions.

Sarah

Official
UNCLASSIFIED

WASHAR0003447

| | |
|---|---|
| **From:** | PM-Staffers Mailbox <PM-StaffersMailbox@state.gov> |
| **Sent:** | Tuesday, March 27, 2018 2:57 PM |
| **To:** | Kaidanow, Tina S |
| **Cc:** | PM-Staffers Mailbox; Steffens, Jessica L |
| **Subject:** | For Review: FW: Defense Distributed offer of settlement |
| **Attachments:** | DDTC DD Counteroffer RLH.DOCX |

PDAS Kaidanow,

Please see attached for your clearance an offer of settlement of the Defense Distributed case currently before the U.S. District Court for the Western District of Texas.

Best,

Bill Hayes
PM/FO SharePoint<http://pm.t.state.sbu/fo/SitePages/Home.aspx>
Staff Assistant
202-647-8089

Official - Transitory
UNCLASSIFIED

From: Steffens, Jessica L
Sent: Tuesday, March 27, 2018 2:47 PM
To: PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
Subject: RE: For Jessica: FW: Defense Distributed offer of settlement

Hi. I haven't made it through all of my emails given all the trip prep meetings, but DTC was going to send up some background on this case.  That additional info should go up along with this approval request.
Thanks.


Official - Transitory
UNCLASSIFIED

From: PM-Staffers Mailbox
Sent: Tuesday, March 27, 2018 9:55 AM
To: Steffens, Jessica L <SteffensJL@state.gov<mailto:SteffensJL@state.gov>>
Cc: PM-Staffers Mailbox <PM-StaffersMailbox@state.gov<mailto:PM-StaffersMailbox@state.gov>>
Subject: For Jessica: FW: Defense Distributed offer of settlement

Jessica - please see attached for PDAS Kaidanow clearance an offer of settlement of the Defense Distributed case currently before the U.S. District Court for the Western District of Texas.  Rob Hart said he is available to answer any questions.

Best,

WASHAR0003448

Bill Hayes
PM/FO SharePoint<http://pm.t.state.sbu/fo/SitePages/Home.aspx>
Staff Assistant
202-647-8089

Official - SBU
UNCLASSIFIED

From: Hart, Robert L
Sent: Tuesday, March 27, 2018 9:50 AM
To: PM-Staffers Mailbox <PM-StaffersMailbox@state.gov<mailto:PM-StaffersMailbox@state.gov>>
Cc: Dearth, Anthony M <DearthAM@state.gov<mailto:DearthAM@state.gov>>; Heidema, Sarah J
<HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>; Koelling, Richard W
<KoellingRW@state.gov<mailto:KoellingRW@state.gov>>; Paul, Joshua M
<PaulJM@state.gov<mailto:PaulJM@state.gov>>
Subject: Defense Distributed offer of settlement

Hello,

Attached for PDAS Kaidanow's review and clearance is an offer of settlement of the Defense Distributed case currently
before the U.S. District Court for the Western District of Texas. I will follow up with Alicia or Bill to explain in more detail
by phone. This document is being reviewed simultaneously by L/PM, but we request clearance on the substantive
aspects of the offer as an ITAR matter.

To meet L's timeline we would be grateful for clearance by COB today. Please call me if you have any questions.

Thanks,

Rob Hart
Chief (Acting), Regulatory and Multilateral Affairs Division Department of State | Directorate of Defense Trade Controls
202.736.9221 | hartrl@state.gov<mailto:hartrl@state.gov>

Official - SBU
UNCLASSIFIED

WASHAR0003449

| From: | Chandler, Karen R <ChandlerKR@state.gov> |
|---|---|
| Sent: | Thursday, April 12, 2018 4:54 PM |
| To: | PM-Staffers Mailbox; Steffens, Jessica L |
| Subject: | RE: For Jess/Karen: DD offer |



Official
UNCLASSIFIED

From: PM-Staffers Mailbox
Sent: Thursday, April 12, 2018 4:51 PM
To: Steffens, Jessica L <SteffensJL@state.gov>; Chandler, Karen R <ChandlerKR@state.gov>
Cc: PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
Subject: For Jess/Karen: DD offer
Importance: High

Jess and Karen,

Please find attached an updated defense distributed settlement offer from DDTC. DDTC requests PDAS Kaidanow's approval by 1000 tomorrow.

There is little substantive difference from the offer PDAS Kaidanow cleared before, however, it does open the scope of release into the public domain of certain additional tech data for firearms and their parts and components.

Alicia Loucks
X76604


This email is UNCLASSIFIED.


From: Heidema, Sarah J
Sent: Thursday, April 12, 2018 4:44 PM
To: PM-Staffers Mailbox
Cc: Cavnar, Anna; Freeman, Jeremy B; Fabry, Steven F; Monjay, Robert; Hart, Robert L; Miller, Michael F; Dearth, Anthony M; Koelling, Richard W
Subject: For immediate review: DD offer

Staffers:

Attached is the draft of the Defense Distributed settlement offer that we clear. There is little substantive difference from the offer Tina cleared before, however, it does open the scope of release into the public domain of certain additional tech data for firearms and their parts and components. Any additional tech data added to this is tech data that we are already proposing to move to DOC in the I-III rule. Please send any questions to the folks copied here. L needs to send back the document to DOJ tomorrow morning, so please clear it back to all on this distro NLT 10am tomorrow.

WASHAR0003450

I am out tomorrow, however, I can be reached at 2023024422 and L folks (Steve, Jeremy and Anna- copied here) should be able to address any questions.

Sarah

Official
UNCLASSIFIED

WASHAR0003451

| From: | Marquis, Matthew R <MarquisMR@state.gov> |
| Sent: | Tuesday, July 24, 2018 9:00 AM |
| To: | PM-CPA |
| Subject: | PM/CPA DAILY BULLETIN – July 24, 2018 |
| Attachments: | Pan-Arab-07-23.docx; Clips20180724.doc; Briefing20180724.doc; Final-Guidance-July-23-2018.docx; WHA Early Alert 07-23-2018.docx; RRU 07-23 SR Russia.docx; RRU 07-23 SR Iran.docx; PM-CPA-DAILYBULLETIN24JULY2018.docx |

Good morning from Foggy Bottom. Here is your PM/CPA Daily Bulletin for July 24, 2018 brought to you by the Office of Congressional and Public Affairs, Bureau of Political-Military Affairs, U.S. Department of State.


* Final Press Guidance Package>> attached
* Daily Bulletin in .DOCX format >> attached
* BONUS: Department of State News Briefing >> attached
* BONUS: Department of State News Clips >> attached
* BONUS: Pan-Arab Media Highlights >> attached
* BONUS: WHA Early Alert: Argentina, Mexico, Colombia, Cuba >> attached
* BONUS: RRU Special Report Russia >> attached
* BONUS: RRU Special Report Iran >> attached

PM-Related News

AF:

America ignores Africa to its peril<https://nationalinterest.org/blog/buzz/america-ignores-africa-its-peril-26596>

Suspected Boko Haram militants kill 18<http://www.defenceweb.co.za/index.php?option=com_content&view=article&id=52505:suspected-boko-haram-militants-kill-18-in-chadian-village&catid=3:Civil%20Security&Itemid=113> in Chadian village


EAP:

Seoul considers reducing troops<https://www.yahoo.com/news/seoul-considers-reducing-troops-along-n-korea-border-070630939.html> along N. Korea border zone (AFP)

North Korea is dismantling a key missile testing site<https://www.businessinsider.com/north-korea-dismantles-sohae-missile-site-satellite-launch-vehicle-win-for-trump-2018-7> — and it's a big win for Trump

A World War II battleground is now another flash point in China's influence campaign in the Pacific<https://www.businessinsider.com/growing-chinese-influence-in-guadalcanal-worrying-the-us-and-australia-2018-7>


EUR:

The real roots of Germany's defense spending problem<https://warontherocks.com/2018/07/the-real-roots-of-germanys-defense-spending-problem/>

WASHAR0003452

F-35 transfers to Turkey<https://www.bloomberg.com/news/articles/2018-07-23/f-35-transfers-to-turkey-held-back-under-u-s-defense-measure> held back under U.S. defense measure

Georgia pledges to forge ahead with Nato ambitions<https://www.ft.com/content/e1a48320-8e53-11e8-b639-7680cedcc421>


NEA:

Qatar to upgrade air base<https://www.washingtonpost.com/world/national-security/qatar-to-upgrade-air-base-used-by-us-to-fight-terrorism/2018/07/23/19e04c84-8eb7-11e8-b769-e3fff17f0689_story.html?utm_term=.38138a4c197c> used by U.S. to fight terrorism

Israel fires missiles, 'intercepts' Syrian warplane<https://www.businessinsider.com/israel-fires-missiles-intercepts-syrian-sukhoi-warplane-2018-7> after intense fighting

The real threat to America: Iran may close the Strait of Hormuz<https://nationalinterest.org/blog/buzz/real-threat-america-iran-may-close-strait-hormuz-26606>


SCA:

The US government is okay with India's purchase of Russian weapons for now<https://www.businessinsider.in/The-US-government-is-okay-with-Indias-purchase-of-Russian-weapons-for-now-but-not-for-much-longer/articleshow/65118720.cms>, but not for much longer

India, Russia in advanced talks for 48 additional M-17-V5 helicopters<https://thediplomat.com/2018/07/india-russia-in-advanced-talks-for-48-additional-m-17-v5-helicopters/>

'Cautious optimism' Afghanistan strategy<https://abcnews.go.com/International/us-general-cautious-optimism-afghanistan-strategy-working/story?id=56764701> working: US general


WHA:

Argentina's Macri announces "modernization" of armed forces<https://www.efe.com/efe/english/world/argentina-s-macri-announces-modernization-of-armed-forces/50000262-3699746>

The Canadian Army is short on machine guns<https://nationalinterest.org/blog/buzz/canadian-army-short-machine-guns-26361>


Commentary & Analysis: Sharing a border with the Syria, Israel appears to be becoming more involved in the conflict as forces loyal to the Syrian government are coming closer to Israeli territory<https://www.haaretz.com/middle-east-news/syria/syria-s-assad-to-recover-golan-border-with-israel-as-rebels-surrender-1.6292003>. Highlighting this is the recent violation of Israeli air space by a Syrian jet<https://www.businessinsider.com/israel-fires-missiles-intercepts-syrian-sukhoi-warplane-2018-7>, which was promptly shot down by Israeli air defenses. The Syrian government has protested other Israeli actions related to the conflict, most recently Israel's evacuation of Syrian "white helmet" aid workers<https://www.sbs.com.au/news/syria-slams-criminal-evacuation-of-white-helmets-by-israel> and their families ahead of an assault by Syrian government forces. Seeking to prevent the conflict from spreading or increasing in scale, Russia and Israel are negotiating a buffer zone<https://www.haaretz.com/israel-news/netanyahu-to-meet-visiting-

2

russian-fm-discuss-syria-and-iran-1.6310869> between Israeli territory and Iranian linked forces that Israel claims is an attempt by Iran to create a military presence near Israel.


And Finally… The Coast Guard recently conducted a rescue operation in Hawaii<https://www.military.com/undertheradar/2018/07/23/your-unicorn-call-coast-guard-asap.html>, using a helicopter and response boat in the operation. The only problem being that the rescue was for an inflatable unicorn float. Despite the seemingly disproportional response the operation was perfectly reasonable as a safety precaution to ensure that a hapless bather hadn't been cast adrift, and luckily the unicorn was unoccupied. Concerned about someone missing out on some floating unicorn fun, the Coast Guard put out a press release for people to contact them with any information regarding the float.

_____

Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:    202.647.6968
e-mail:    MarquisMR@state.gov<mailto:MarquisMR@state.gov> |   Web:  www.state.gov/t/pm /<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM


Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>


Official
UNCLASSIFIED


Official
UNCLASSIFIED

WASHAR0003454

| From: | Steffens, Jessica L <SteffensJL@state.gov> |
| Sent: | Friday, July 27, 2018 5:08 AM |
| To: | Nelson, Rebekah A |
| Subject: | FW: State Department News Briefing for Friday, July 27, 2018 (5:00am version) |
| Attachments: | StateBriefing180727b.doc; StateClips180727b.doc |

From: Bulletin Intelligence
Sent: Friday, July 27, 2018 4:56:10 AM
To: State@BulletinIntelligence.com
Subject: State Department News Briefing for Friday, July 27, 2018 (5:00am version)

State Department News Briefing

FRIDAY, JULY 27, 2018 5:00 AM EDT

TODAY'S TABLE OF CONTENTS
+ Trump Touts Deal With EU.
+ Remains Of US War Dead Flown Out Of North Korea.
+ Trump Threatens To Impose Sanctions On Turkey Over Detained Pastor.
+ Iranian General: Trump Would Regret War That Would "Destroy All That He Owns."
+ US Announces Aid To Iraqi Religious Minorities Affected By ISIS.
+ Lighthizer, Mnuchin Signal NAFTA Negotiations Could Conclude Soon.
+ Report: China, Russia, Iran Conducting Economic Cyberespionage Against US.
+ Thousands Of Civilians Killed By US Allies' Airstrikes In Yemen Civil War.
+ Khan Declared Victor In Pakistani Election.
+ US, China Trade Barbs At WTO.
+ US Pressures DR Congo's Kabila To Step Aside.
+ Ethiopian Prime Minister In US Seeking Investment.
+ Deluge Of Death Notices For Syrian Political Detainees.
+ UN Leader Warns Of Cash Shortage.

TRUMP TOUTS DEAL WITH EU. A day after the President and the European Commission's Jean-Claude Juncker announced a deal to reduce trade tensions, Administration officials touted the agreement as a sign Trump's tough approach is paying off. The President himself traveled to the Iowa and Illinois, where he promoted the deal and tariffs his Administration has imposed on imports of foreign steel and aluminum, and hailed the outcome of his talks with Juncker. The New York Times<https://www.nytimes.com/2018/07/26/us/politics/trump-trade-european-union.html> (7/26, Swanson, Ewing, 19.33M) reports that "the general outlines" of the deal "echoed of earlier negotiations...started under President Barack Obama and shelved by Mr. Trump last year," and the Washington Post<https://www.washingtonpost.com/business/economy/in-tentative-deal-with-eu-trump-touts-parts-of-global-trade-deals-he-once-rejected/2018/07/26/92b066e8-910b-11e8-8322-b5482bf5e0f5_story.html> (7/26, Whalen, Paletta, 15.68M) that he "embraced components of global trade deals he has rejected in the past."

The AP<https://apnews.com/75ff5a0daf37497184312e8799007f13/Trump-Europe-trade-rift:-What-was-settled,-and-what-wasn't?> (7/26, Wiseman) reports that the deal "produced few details and no commitments," and "didn't begin to address other Trump-led trade conflicts, notably with China, that have already hurt many US companies." The New York Times<https://www.nytimes.com/2018/07/26/business/energy-environment/trump-europe-natural-gas-lng.html>

WASHAR0003455

(7/26, Reed, 19.33M) points out that "Trump said on Wednesday that the...European Union would be 'a massive buyer of L.N.G.,'" even though "any such shift won't happen overnight."

National Economic Council Director Kudlow, meanwhile, said on Fox Business' Varney & Co.<https://partner.criticalmention.com/app/#/clip/slim/7df7e516-5d29-4115-8ffb-7db6b4ec58fc> (7/26, 264K), "Huge credit to President Trump for leading this. He was willing to be flexible. He's tough but he's a good negotiator. And full credit to the EU. ... The EU came with a positive attitude. Our side had a positive attitude. We are going to get to work get immediately on these issues and then we will deal with the larger picture of tariffs and standards, for example, and non-tariff barriers and subsidies. This changes everything. ... Both of these presidents, by the way, needed a win, and I think both got a large one yesterday. This changes the game." The Washington Times<https://www.washingtontimes.com/news/2018/jul/26/larry-kudlow-eu-now-backs-trumps-trade-fight-china/> (7/26, Miller, 460K) notes Kudlow also said "Juncker pledged to back the US trade fight against China." Said Kudlow, "The United States and the EU will be allies in the fight against China, which has broken the world trading system. ... Juncker made it very clear yesterday that he intended to help us [and] President Trump on the China problem."

Reuters<https://www.reuters.com/article/us-usa-trade-mnuchin/u-s-touts-eu-trade-deal-says-others-can-also-make-progress-idUSKBN1KG1RS> (7/26, Heavey) reports Treasury Secretary Mnuchin said the US will "press ahead with European trade talks and also aim to strike a deal with Mexico and Canada in stalled negotiations over the North American Free Trade Agreement."

USA Today<https://www.usatoday.com/story/news/politics/2018/07/26/donald-trump-defends-tariff-plans-key-political-area-farm-country/841212002/> (7/26, Jackson, 11.4M) reports that during his trip to "two farm states," the President "urged backers to stick with him on trade." At an Iowa community college, Trump – wearing "a campaign-style red hat" that said "Make Our Farmers Great Again" – said, "The farmers love me; they voted for me." He also "touted new trade talks with Europe and said his tariffs are designed to force countries like China to change what he called unfair trade practices."

ABC World News Tonight<https://partner.criticalmention.com/app/#clip/view/34880816?token=553dcb31-2daf-41b8-b611-e138d6bc0d9b> (7/26, story 4, 3:35, Moran, 7.86M) reported that in Iowa, Trump's supporters are "now getting anxious about his trade agenda," and the President offered an "acknowledgment that his trade war with China is clobbering farmers." Trump was shown saying, "China wants to attack the farm belt because they know those – the farmers love me, they voted for me, we won every one of the states. They're not going to win, just so you understand, we have all the cards, we're going to win." ABC added that "the concern is that it's taken years, sometimes decades for American farmers and producers to build the business relationships, earn the market share, and now that they're out of that market, competitors from other countries are rushing in to steal all that. The longer this trade war goes on, the risk of longer-term damage is greater." NBC Nightly News<https://partner.criticalmention.com/app/#clip/view/34880841?token=553dcb31-2daf-41b8-b611-e138d6bc0d9b> (7/26, story 4, 2:00, Holt, 7.35M), meanwhile, said that Trump hit "the road for controversial trade policies after announcing a truce with the European Union, but the on-going trade war with China is having a negative impact with US companies, including big-name brands, and you may pay the price."

Ross Says Trump Wants Auto Trade Probe To Continue, Credits Tariffs For EU Deal.
Reuters<https://www.reuters.com/article/us-usa-trade-autos/trump-wants-auto-trade-probe-to-continue-action-to-be-deferred-ross-idUSKBN1KG2DM> (7/26, Rampton) reports Commerce Secretary Ross said that Trump "wants the Commerce Department to continue its probe into whether tariffs on auto imports are warranted despite ongoing trade talks with the European Union, but he asked that no action be taken at this time." Ross told reporters, "We've been directed by the president to continue the investigation, get our material together, but not actually implement anything pending the outcome of the negotiation." He added that the Department would complete its work next month. The Washington Times<https://www.washingtontimes.com/news/2018/jul/26/wilbur-ross-says-us-investigation-auto-tariffs-eur/> (7/26, Boyer, 460K) notes "Ross credited steel and aluminum tariffs for the agreement," saying, "If we hadn't had steel and aluminum tariffs, we never would have gotten to the point we are now. ... This is a real vindication of the president's trade policy."

WASHAR0003456

European Officials Hail Trump-Juncker Deal. The Wall Street Journal<https://www.wsj.com/articles/europe-welcomes-trade-steps-with-u-s-but-many-questions-remain-1532610190> (7/26, Pop, Peker, Subscription Publication, 6.13M) reports EU officials also hailed Wednesday's deal with the US. Welcoming what he called a "positive outcome" on Twitter, Dutch Prime Minister Mark Rutte said, "It is very important that the EU and the US work together in the field of trade and don't fight each other." German Economics Minister Peter Altmaier tweeted after the announcement, "Good news from the USA. Breakthrough achieved that can avoid trade war & save millions of jobs!" The AP<https://apnews.com/c59dc98409e54340b6bdb3d321375189/US-EU-trade-agreement-wins-cautious-welcome-in-Germany> (7/26) also reports "political and business leaders in Germany, Europe's biggest economy, on Thursday welcomed" the deal, though "relief was tempered with caution that details must still be firmed up."

The Washington Post<https://www.washingtonpost.com/world/europe/europeans-are-skeptical-of-trade-truce-with-trump/2018/07/26/316d68de-9054-11e8-ae59-01880eac5f1d_story.html> (7/26, Ariès, McAuley, 15.68M), meanwhile, reports that some European officials are "struggling to make sense of what seems a temporary trade war truce" between the US and EU. While "a number of national officials...herald[ed] the meeting as having prevented a trade war...others were wary, wondering whether it's realistic to expect Europe to buy more soybeans from the United States, as Juncker signaled, or to become 'a massive buyer' of liquefied natural gas from the US, as Trump declared." The New York Times<https://www.nytimes.com/2018/07/26/world/europe/donald-trump-us-eu-trade.html> (7/26, Erlanger, 19.33M) says that while "Europe's political and business leaders are cautiously optimistic that an economic crisis has been averted, they are also wary, given their history with Mr. Trump in the 18 months since he has taken office."

REMAINS OF US WAR DEAD FLOWN OUT OF NORTH KOREA. President Trump tweeted<https://twitter.com/realDonaldTrump/status/1022690767305928704> last night, "The Remains of American Servicemen will soon be leaving North Korea and heading to the United States," calling it "a great moment for so many families. Thank you to Kim Jong Un." Coverage of the White House announcement that the remains of American war dead flew out of North Korea was positive, with outlets calling it a result of the President's meeting with Kim.

The New York Times<https://www.nytimes.com/2018/07/26/world/asia/us-korea-war-remains.html> (7/27, Choe, 19.33M) indicates that "an American Air Force C-17 Globemaster cargo plane carrying the remains landed later at Osan Air Base south of Seoul, the South Korean capital," as "hundreds of American service members as well as a military honor guard lined up on the tarmac to mark the return of the fallen troops." The Times adds "each of the boxes was wrapped with the United Nations flag, the flag that American troops fought under in the Korean War." The Times also reports that "from Osan Air Base, the remains will be transferred to the Hawaii-based Defense POW/MIA Accounting Agency, where painstaking forensic work will be carried out to identify them."

The Washington Post<https://www.washingtonpost.com/world/asia_pacific/north-korea-expected-to-hand-over-us-remains-on-friday-s-korean-media-reports/2018/07/26/d06bf52a-90c9-11e8-9b0d-749fb254bc3d_story.html> (7/26, Taylor, Lamothe, 15.68M) reports White House Press Secretary Sarah Huckabee Sanders said in a statement, "Today's actions represent a significant first step to recommence the repatriation of remains from North Korea and to resume field operations in North Korea to search for the estimated 5,300 Americans who have not yet returned home." The CBS Evening News<https://partner.criticalmention.com/app/#clip/view/34880831?token=553dcb31-2daf-41b8-b611-e138d6bc0d9b> (7/26, story 7, 2:40, Glor, 5.69M) noted "more than 7,000 Americans are still listed as missing in the war."

The AP<https://www.politico.com/story/2018/07/26/american-war-remains-north-korea-745125> (7/26) reports, "The transfer of remains represents one of the first tangible results of Trump's June 12 summit meeting with North Korean leader Kim Jong Un."

TRUMP THREATENS TO IMPOSE SANCTIONS ON TURKEY OVER DETAINED PASTOR. The CBS Evening News<https://partner.criticalmention.com/app/#clip/view/34880832?token=553dcb31-2daf-41b8-b611-e138d6bc0d9b> (7/26, story 8, 0:30, Glor, 5.69M) reported, "President Trump tweeted<https://twitter.com/realDonaldTrump/status/1022502465147682817> today the US will impose large

WASHAR0003457

sanctions on Turkey for detaining" American pastor Andrew Brunson. The move "would be unprecedented action against a NATO ally." In response to President Trump's tweet demanding Brunson's immediate release, "Turkey's Foreign Minister tweeted back, 'No One dictates Turkey.'" The AP<https://apnews.com/d45ad3b11a91469cb9438cfe564f76a3/Trump:-US-to-impose-sanctions-on-Turkey-over-detained-pastor> (7/26, George, Superville) reports Trump's threat came shortly "after the possibility of sanctions was first announced by Vice President Mike Pence," whose "initial announcement of possible sanctions came at the close of a three-day conference" at the State Department on religious freedom.

The New York Times<https://www.nytimes.com/2018/07/26/world/europe/turkey-sanctions-trump.html> (7/26, Davis, 19.33M) casts Trump's announcement as abrupt and "more of a muscular threat than an official statement of policy," with no announcements of specific punitive measures from the Administration. Trump also "ratcheted up the pressure for Mr. Brunson's immediate release" with a phone call to Turkish President Recep Tayyip Erdogan in which Trump said "that the pastor's continued imprisonment was unacceptable, according to a White House official." The Times adds that the "widening" US-Turkey "conflict highlighted how the Trump administration has been torn over Turkey," with Trump and Secretary of State Pompeo seeking "a closer rapport with Mr. Erdogan" and the Pentagon wanting to continue fighting the Islamic State by preserving "a close alliance with a Kurdish militia in northern Syria" that the Turkish government considers terrorists. To Reuters<https://www.reuters.com/article/us-turkey-security-usa/u-s-threatens-sanctions-unless-turkey-releases-american-pastor-idUSKBN1KG24M> (7/26, Wroughton, Holland), the Administration "escalated its pressure campaign."

The Washington Post<https://www.washingtonpost.com/politics/trump-says-us-will-impose-large-sanctions-on-turkey-for-detaining-american-pastor-for-nearly-two-years/2018/07/26/75dcde32-90e5-11e8-bcd5-9d911c784c38_story.html> (7/26, Wagner, Morello, 15.68M) reports Trump thought that after his NATO meeting with Erdogan, they had an agreement to free Brunson, but "the Turks, according to a Trump adviser, had cheated by 'upping the ante' for Brunson." Bloomberg News<https://www.bloomberg.com/news/articles/2018-07-26/pence-warns-turkey-u-s-to-impose-sanctions-if-pastor-not-freed> (7/26, Epstein, 4.46M) reports that Washington-Ankara relations are at "a new low" in the "series of crises between the longtime allies."

IRANIAN GENERAL: TRUMP WOULD REGRET WAR THAT WOULD "DESTROY ALL THAT HE OWNS." The Washington Post<https://www.washingtonpost.com/world/middle_east/powerful-iranian-general-warns-trump-that-war-would-destroy-all-that-he-owns/2018/07/26/c1499ec2-90b9-11e8-bcd5-9d911c784c38_story.html> (7/26, Cunningham, Fahim, 15.68M) reports Gen. Qasem Soleimani, the commander of the Iranian Revolutionary Guard's Quds force, warned the US "to halt threats of military action against Tehran, raising the stakes in an already fiery exchange between US and Iranian leaders this week." Soleimani's "combative message" also "suggested that Iran's leadership is willing to stoke tensions with the Trump administration as part of Tehran's efforts to project wider regional influence." In a speech reported by Iran's Tasnim News Agency, Soleimani said President Trump "would regret waging a war that would 'destroy all that he owns.'"

Reuters<https://www.reuters.com/article/us-iran-usa-soleimani/irans-special-forces-chief-warns-trump-if-you-begin-the-war-we-will-end-it-tasnim-idUSKBN1KG106> (7/26, Hafezi) reports Soleimani "mocked" Trump "as using the language of 'night clubs and gambling halls'." Tasnim news agency quoted Soleimani as saying, "If you begin the war, we will end the war." His "message was in essence a warning to the United states to stop threatening Iran with war or risk exposing itself to an Iranian response."

Bolton Calls Meeting Of Top Officials On Iran Strategy. The Wall Street Journal<https://www.wsj.com/articles/after-trumps-threat-to-iran-white-house-convenes-a-policy-meeting-1532597520> (7/26, Gordon, Youssef, Nicholas, Subscription Publication, 6.13M) reports that, with parts of the Administration's Iran policy unclear, including what it is willing to offer in return for a new agreement with the country and whether it is willing to use military force, National Security Adviser Bolton held a meeting of top officials – including Defense Secretary Mattis and Secretary of State Pompeo – to address the issue. Officials said the meeting also was intended to discuss an overall strategy for curbing Iranian influence in the Middle East instead of working on a country-by-country basis.

WASHAR0003458

GOP Senators Warn European Countries Against Undermining US Iran Sanctions. The AP<https://apnews.com/ab304d78d59a4dbfb5666d6cf54e11c8/Senators-warn-Europe-against-flouting-US-Iran-sanctions> (7/26, Lee) reports 10 GOP senators sent a letter to the ambassadors of Britain, France, and Germany saying they "would find it particularly troubling if you sought to evade or undermine" reimposed US sanctions on Iran and that any such efforts could see a congressional response.

US ANNOUNCES AID TO IRAQI RELIGIOUS MINORITIES AFFECTED BY ISIS. The Washington Post<https://www.washingtonpost.com/world/national-security/help-is-on-the-way-at-last-for-religious-minorities-in-iraq/2018/07/26/e6d58265-76f5-4d26-abcc-a76ce7e1aeca_story.html> (7/26, Morello, 15.68M) reports United States Agency for International Development Administrator Mark Green said that soon the US will begin "its first directly funded rebuilding projects for Iraqi Christian and Yazidi communities" attacked by Islamic State militants. The projects' focus will be "small infrastructure jobs to help restore water and electrical service." This aid "was one of the centerpieces of a three-day conference held at the State Department this week to promote religious freedom." Secretary Pompeo, who "announced an additional $17 million for cleaning land mines" in areas he said have "large populations of religious minorities who were subject to ISIS genocide," also said the conference will be held again next year.

LIGHTHIZER, MNUCHIN SIGNAL NAFTA NEGOTIATIONS COULD CONCLUDE SOON. Bloomberg News<https://www.bloomberg.com/news/articles/2018-07-26/lighthizer-signals-nafta-negotiations-could-wrap-up-next-month> (7/26, Leonard, 4.46M) reports USTR Lighthizer today "said it's possible Nafta partners will reach a tentative agreement next month." In congressional testimony, Lighthizer "said the timetable would meet the Mexican objective of having President Enrique Pena Nieto sign a new North American Free Trade Agreement before he leaves office in December." However, Lighthizer told the Senate Appropriations Committee that Canada could be the sticking point in reaching a new deal, saying, "I don't believe that they've compromised in the same way the United States has or Mexico has." The Washington Times<https://www.washingtontimes.com/news/2018/jul/26/robert-lighthizer-trade-rep-us-closing-nafta-agree/> (7/26, Sherfinski, 460K) notes "Sen. Jack Reed, Rhode Island Democrat, asked Mr. Lighthizer if Canada is a national security threat to the US." Lighthizer responded by calling Canada a "great ally," and saying, "Nobody is declaring war on Canada or saying they're an unfriendly neighbor," but "if you decide that you need to protect an industry, you can't a position where the protection is of no value."

Treasury Secretary Mnuchin said on CNBC's Squawk Box<https://partner.criticalmention.com/app/#/clip/slim/036dbef4-ca9a-4424-99f8-f16c99a7cd88> (7/26, 90K), "I would say on NAFTA, we hope to have an agreement in principle clearly very soon."

Mexican Economy Secretary: US Agreed To Seek August NAFTA Deal. Reuters<https://www.reuters.com/article/us-trade-nafta/mexico-u-s-agree-to-speed-nafta-talks-toward-august-deal-idUSKBN1KH02V> (7/27, Lawder) reports Mexican Economy Secretary Ildefonso Guajardo "said he had 'constructive' and 'very positive' talks with Lighthizer and President Donald Trump's son-in-law and senior adviser, Jared Kushner." He also "told reporters...that he and Lighthizer agreed they would need to get to work in order to hammer out a deal by August."

REPORT: CHINA, RUSSIA, IRAN CONDUCTING ECONOMIC CYBERESPIONAGE AGAINST US. The AP<https://apnews.com/94edccaf1e184ec6805f2f5471d43760/Report:-China,-Russia-and-Iran-ramp-up-economic-spying-on-US> (7/26, Riechmann) reports a National Counterintelligence and Security Center report found that "spy services from China, Russia and Iran, along with their proxy hackers, also are hard at work trying to steal trade secrets and proprietary information from the United States." According to the report, "China, Russia and Iran stand out as three of the most capable and active cyber actors tied to economic espionage and the potential theft of U.S. trade secrets and proprietary information." It said that cyberespionage is "relatively low-cost, high-yield." One technique is "infiltrating computer networks of suppliers that serve large companies and then using that connection to worm their way up the chain into large corporate computer systems," but "more vulnerabilities will emerge with the increase in cloud computing, artificial intelligence and the proliferation of vehicles, home appliances, medical devices and other items connected to the internet."

WASHAR0003459

THOUSANDS OF CIVILIANS KILLED BY US ALLIES' AIRSTRIKES IN YEMEN CIVIL WAR. The Washington Post<https://www.washingtonpost.com/world/middle_east/us-allies-have-killed-thousands-of-yemenis-from-the-air-after-22-died-at-a-wedding-one-village-asks-why-us/2018/07/25/3c3e4801-164e-42ae-ac08-bec09044e52a_story.html> (7/25, Raghavan, 15.68M) reports that more than 16,000 civilians have been killed and injured, mostly by airstrikes, in the Yemen civil war. A US-backed coalition, led by Saudi Arabia and the United Arab Emirates, are the ones with warplanes, and their "airstrikes have struck hospitals, schools, markets, motels, migrant boats, gas stations, even funeral gatherings, raising questions about the coalition's ability to abide by humanitarian laws that call for civilians to be safeguarded." Meanwhile, "the United States is playing an essential role in the war, supporting the coalition with intelligence, refueling, technical assistance and billions of dollars in bombs and other weaponry." The growing number of casualties has sparked "widespread denouncement of the U.S. role and calls in Congress to halt or regulate U.S. weapons sales to Saudi Arabia." The Post focuses on a April 23 airstrike on a wedding that killed 22 civilians, including eight children, and injured dozens.

KHAN DECLARED VICTOR IN PAKISTANI ELECTION. The AP<https://apnews.com/881139dffe2f48818ef9725b433d37a7/Cricket-star-Imran-Khan-wins-in-Pakistan-but-needs-coalition> (7/27, Gannon, Ahmed) reports, "Pakistan's Election Commission on Friday declared former cricket star Imran Khan's party the winner of Pakistan's" elections, and with 109 of 269 seats in the National Assembly it failed to "win an outright majority and must form a coalition." Coming in second, Shahbaz Sharif's Pakistan Muslim League won 63 seats, and in third place the left-of-center Pakistan People's party took 39 seats. Meanwhile, Khan's "opponents and rights groups charge that widespread fraud and massive manipulation gave Khan's party its victory," alleging "Pakistan's powerful military and its intelligence agency" were involved in the elections. Reuters<https://www.reuters.com/article/us-pakistan-election/pakistans-imran-khan-declares-victory-as-rivals-cry-foul-idUSKBN1KF32O> (7/25, Ali, Sayeed) says Khan's success "is a stunning rise for an anti-corruption crusader who has spent much of his political career on the fringes of Pakistan politics, but now stands on the brink of becoming the country's prime minister."

The Washington Post<https://www.washingtonpost.com/world/asia_pacific/pakistan-cricket-star-imran-khan-declares-victory-in-tense-election/2018/07/26/2ec12bb2-904e-11e8-ae59-01880eac5f1d_story.html> (7/26, Constable, 15.68M) predicts that "the taint of a questionable victory, and the contentious aftermath of an election that toppled the ruling party, seemed more likely to usher in a period of political turmoil than a smooth transition." Additionally, "the military was accused of interfering in the election on Khan's behalf," and even without proof the allegations "could harm Khan's relations with other parties as he tries to form a coalition government or rule on his own." While Khan "could potentially bring enormous change to a country where power has long resided in a feudal elite and its military allies," analysts note that he faces "intractable problems as high illiteracy and birthrates, violent religious extremism, a fast-falling currency and dangerous shortages of water and power." The Post suggests that "Khan seems to be counting on his personal charisma and passion...to carry over into the messy business of governing." The New York Times<https://www.nytimes.com/2018/07/26/world/asia/imran-khan-pakistan-election.html> (7/26, Gettleman, 19.33M) reports Khan "found a powerful ally in Pakistan's military," which "pressured, threatened and blackmailed politicians from rival parties, human rights groups have said, steadily thinning out Mr. Khan's competition." Members of rival parties alleged that ballot counting was "been done in secret, guarded by soldiers."

In a front-page article, the Wall Street Journal<http://online.wsj.com/article/SB12619217266056794095704584369612326362896.html> (7/26, Shah, Spindle, Subscription Publication, 6.13M) reports Khan's win required political compromises that critics say threaten his agenda. To gain additional votes, his party embraced traditional politicians who use patronage to cultivate support but also oppose the dramatic reforms Khan advocates. Meanwhile, Khan also called for a new, "mutually beneficial," relationship with the US. He said, "Unfortunately up to now, our relationship has been one-way. America pays Pakistan for fighting its war, which has really damaged Pakistan." Khan also demanded that US soldiers leave Afghanistan. With this position, Khan may be an asset to the US in efforts to make peace with the Taliban or an obstacle should the US continue military operations.

WASHAR0003460

US, CHINA TRADE BARBS AT WTO. The AP<https://apnews.com/7634da186cc64658a4c395a5097ff117/Amid-trade-war,-US-and-China-exchange-invectives-at-WTO> (7/26, Keaten) reports US Ambassador Dennis Shea and Chinese Ambassador Zhang Xiangchen "exchanged barbs at the World Trade Organization." The AP adds, "Shea lashed out at Beijing's claim that it supports open, transparent, inclusive and non-discriminatory trade," saying, "China's size magnifies the harm caused by its state-led, mercantilist approach to trade and investment, and this harm is growing every day and can no longer be tolerated." Shea also "rejected Chinese government claims that it remains a developing country given that it is the world's largest automotive market, oil importer, steel manufacturer and meat consumer." Zhang replied that Shea "reminded us that we are now in an unprecedented crisis of the multilateral trading system."

US PRESSURES DR CONGO'S KABILA TO STEP ASIDE. Reuters<https://www.reuters.com/article/us-usa-congo-un/u-s-warns-congos-kabila-that-time-for-posturing-is-over-idUSKBN1KG2EB> (7/26, Nichols) reports US Deputy UN Ambassador Jonathan Cohen told the United Nations Security Council, "The United States regrets that" term-limited Democratic Republic of Congo President Joseph Kabila "did not use his July 19th address to parliament to" announce he would not run for re-election. Cohen warned, "The time for posturing is over." AFP<https://www.yahoo.com/news/us-pressures-kabila-step-aside-dr-congo-vote-182138889.html> (7/26) reports December's "vote is to take place two years later than originally scheduled, and after dozens have died in protests against Kabila who has been in power since 2001."

ETHIOPIAN PRIME MINISTER IN US SEEKING INVESTMENT. Bloomberg News<https://www.bloomberg.com/news/articles/2018-07-26/ethiopia-s-premier-to-woo-diaspora-investors-as-he-visits-u-s> (7/26, Gebre, 4.46M) reports Ethiopian Prime Minister Abiy Ahmed "arrived in the U.S. for meetings with members of its quarter-million-strong diaspora community in a bid to woo investment for Africa's fastest-growing economy." He will meet "with the Ethiopian business community, religious leaders, think tanks and the public" in Washington, DC, until Saturday, when he will head to Los Angeles and Minneapolis, according to Ethiopia's embassy.

DELUGE OF DEATH NOTICES FOR SYRIAN POLITICAL DETAINEES. The Washington Post<https://www.washingtonpost.com/world/death-notices-for-syrian-prisoners-are-suddenly-piling-up-its-a-sign-assads-won-the-war/2018/07/25/43ee2154-8930-11e8-8b20-60521f27434e_story.html> (7/25, Loveluck, Zakaria, 15.68M) reports groups that monitor Syrian prisons says the country's "government has begun issuing death notices for political detainees at an unprecedented rate," with most indicating "that prisoners have been dead since the early years of the conflict." This "could offer a rare window into the mind-set of Syrian leaders, who are notoriously hard to read, at a pivotal point in the war." Human rights experts and other observers believe the move indicated President Bashar al-Assad's government's increasing confidence "as his forces overrun final pockets of rebel-held territory," and authorities' lack of fear that "the multitude of deaths in regime custody" will cause increased resistance.

Similarly, the New York Times<https://www.nytimes.com/2018/07/26/world/middleeast/syria-detainees-dead.html> (7/27, Hubbard, Shoumali, 19.33M) reports experts believe the documents, which "appear to be the first public acknowledgment by the government that hundreds if not thousands of prisoners died in state custody," indicate that "Assad is confident enough of winning the war and remaining in power that he can make that admission without fear of repercussion."

UN LEADER WARNS OF CASH SHORTAGE. The New York Times<https://www.nytimes.com/2018/07/26/world/americas/united-nations-leader-warns-of-a-cash-shortage.html> (7/26, Gladstone, 19.33M) reports UN Secretary General António Guterres said in an internal memorandum to employees shared with The New York Times that delayed contributions by many member states left the organization's cash flow n severely depleted and called on employees to cut expenses. Guterres wrote, "Our cash flow has never been this low so early in the calendar year, and the broader trend is also concerning." While the Times says "it is not unusual that so many members have yet to pay their assessments" at this point in the year, Guterres wrote, "this new cash shortfall is unlike those we have experienced previously." The memo comes "against a backdrop of pressure on the United Nations to control its expenses," led by US Ambassador Nikki Haley. When word of the memorandum spread, "Guterres's aides sought to dispel any notion that the United Nations was in a dire fiscal emergency."

WASHAR0003461

Copyright 2018 by Bulletin Intelligence LLC. Reproduction without permission prohibited. Editorial content is drawn from thousands of newspapers, national magazines, national and local television programs, and radio broadcasts. Services including embedded Tweets are also subject to Twitter for Website's information and privacy policies<https://support.twitter.com/articles/20175256>. The State Department News Briefing is published twice daily, at 2:00 AM and 5:00 AM Washington, DC time, seven days a week, for the Bureau of Public Affairs by Bulletin Intelligence. We can be found on the Web at BulletinIntelligence.com, or called at (703) 483-6100.

WASHAR0003462

**From:** Marquis, Matthew R <MarquisMR@state.gov>
**Sent:** Monday, July 23, 2018 8:16 AM
**To:** Heidema, Sarah J; McKeeby, David I; Hart, Robert L; Freeman, Jeremy B; Rogers, Shana A; Miller, Michael F; Cavnar, Anna; Fabry, Steven F; Carter, Rachel; Steffens, Jessica L; Koelling, Richard W; Litzenberger, Earle D (Lee); Kaidanow, Tina S
**Cc:** PM-CPA
**Subject:** CPA Media Monitoring: New York Post: Chuck Schumer warns of 3-D printed 'ghost guns'

[cid:image001.png@01D29279.128F6050]
Chuck Schumer warns of 3-D printed 'ghost guns'
By Shari Logan
22 July 2018

Sen. Chuck Schumer is warning the public to watch out for 3-D printed guns — that people will be able to legally download starting on August 1.

Gun rights activists reached a settlement with the US State Department and Department of Justice last week that allows them to post detailed instructions, including plans, files and 3-D drawings of the weapons.

"This online site shows you, how at your home, with a simple 3D printer, you can make a plastic AR-15, an AR-10, a very dangerous semi-automatic assault-style weapons out of plastic in your own basement," Schumer said at a Sunday press conference.

The June 29 settlement stems from 2013 when the US government shut down Texas-based Defense Distributed when the website began sharing printable 3-D gun plans online — saying they were violating laws that regulate the export of guns since anyone, anywhere could download their plans.

The site's owner, Cody Wilson, sued and the US government reached a settlement with him allowing Defense Distributed to post the plans and agreeing to pay almost $40,000 of his legal fees.

Schumer warned that the results could be disastrous — and could potentially arm people who cannot legally purchase a gun under existing laws.

"The danger that could happen can be enormous," he said. "To have crazy people have easy access, to have terrorists have easy access to this kind of website and allow them to make plastic AR 15s undetected — so-called ghost guns — justifies the imagination."

The 3-D printed guns are inferior to firearms manufacturers traditionally make but still work. Printers run anywhere from $200 to hundreds of thousands.

Schumer demanded the federal government reverse its decision. He'll be making a bill with a solution to the ghost gun blueprints by the end of the week, his spokesperson said.

Link: https://nypost.com/2018/07/22/chuck-schumer-warns-of-3-d-printed-ghost-guns/

_____

Matthew Marquis

WASHAR0003463

Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:      202.647.6968
e-mail:      MarquisMR@state.gov<mailto:MarquisMR@state.gov> |   Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM


Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>


Official
UNCLASSIFIED


Official
UNCLASSIFIED

WASHAR0003464

| From: | McKeeby, David I <McKeebyDI@state.gov> |
| Sent: | Thursday, July 26, 2018 10:08 AM |
| To: | Kaidanow, Tina S |
| Cc: | Carter, Rachel; Paul, Joshua M |
| Subject: | Defense Distributed Settlement |
| Attachments: | 0711 CONTINGENCY POINTS--DDTC--DEFENSE DISTRIBUTED.docx |

As requested, here are the public lines approved by DOJ for discussing the Defense Distributed Settlement. DOJ is sending all media inquiries to PM/CPA.

Toplines

*    The United States strictly regulates the export of defense articles, including related manufacturing technologies and information, as an integral part of safeguarding U.S. national security and furthering U.S. foreign policy objectives in accordance with the Arms Export Control Act (AECA) and the International Traffic in Arms Regulations (ITAR).

*    This was a voluntary settlement entered into following negotiations between the Department of State and the plaintiffs. The court did not rule in favor of the plaintiffs in this case.  In other contexts, courts have upheld ITAR controls on technical data.

Additional Points

*    The settlement in this case comes as the U.S. Government is reviewing comments on new proposed regulations to transfer oversight from the U.S. Department of State to the U.S. Department of Commerce of exports of firearms and related items that do not provide the United States with a critical military or intelligence advantage or, in the case of weapons, are not inherently for military end use, including many items that are widely available in retail outlets in the United States and abroad.

*    These proposed regulations are part of an ongoing effort to create a simpler, more robust export control system that eases industry compliance, enhances enforceability, and better protects truly sensitive technologies.

*    In addition to reducing regulatory burden on U.S. industry, these proposed regulations would eliminate the ITAR requirements at issue in this case, including the ITAR requirement to obtain U.S. Government authorization to post to the Internet technical data related to certain firearms and related items that are commercially available, such as those at issue in this case.

*    In the course of formulating these proposed regulations, the U.S. Government conducted a national security analysis in the context of the rulemaking effort. Based on this analysis, it was determined that certain firearms and

1

related items that are widely available for commercial sale, and technical data related to those items, is of a type that does not offer a critical military or intelligence advantage to the United States, per section 120.3 of the ITAR, and therefore warrants export licensing requirements under the U.S. Department of Commerce's jurisdiction.

_____
David I. McKeeby
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

* Phone:      202.647.8757 | *   BlackBerry:  202.550.3482 |
* e-mail:      mckeebydi@state.gov<mailto:mckeebydi@state.gov> | *  Web:  www.state.gov/t/pm /<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM

Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

WASHAR0003466

| From: | Marquis, Matthew R <MarquisMR@state.gov> |
| --- | --- |
| Sent: | Wednesday, July 25, 2018 4:49 PM |
| To: | Steffens, Jessica L; PM-Strategy; Legal-PM-DL |
| Cc: | PM-CPA; Brown, Stanley L; O'Keefe, Kevin P; Miller, Michael F; Mak, Daniella; Martin, Davette T; Dudding, Maria; Litzenberger, Earle D (Lee); Nute, Kathryn M; McVerry, James |
| Subject: | Defense Distributed Settlement Alerts for 25 July 2018 |

[cid:image001.png@01D29279.128F6050]
Defense Distributed Settlement Alerts for 25 July 2018

"Security Expert on 3D Guns: 'More of a Novelty than Form of Mass Killing'"<https://sputniknews.com/analysis/201807251066659134-3d-guns-novelty-leading-security-explained/>, Gun rights activists in the United States will soon be able to post 3D printable gun plans online. In 2013, Cody Wilson, who describes himself as a post-left anarchist, posted plans for a 3D printed handgun called "The Liberator." The gun, which was made from plastic, had a metal firing pin and another piece of metal included to comply with the Undetectable Firearms Act.

"Editorial: Homemade 3-D printer guns should be regulated like any gun"<https://www.mystatesman.com/news/opinion/editorial-homemade-printer-guns-should-regulated-like-any-gun/j1wX4RxD8SOVfLz0SHXTVM/?utm_source=SND&utm_medium=Twitter&utm_campaign=mys>, Federal law allows hobbyists to build their own guns for personal use. But the landscape has changed with 3-D printers, precise digital plans, and devices like the Ghost Gunner that allow anyone with a computer and a credit card to become a gun manufacturer.

"WORLD WAR 3D How the rise of 'ghost guns' - which anyone can print in their own home - could flood Europe with lethal, undetectable weapons"<https://www.thesun.co.uk/news/6850692/ghost-guns-3d-print/>, Normally, Americans would need to pass a background check before they can buy a gun, but freely-available blueprints for 3D-printed weapons could offer a way to bypass this law.

"What You Need to Know About the 3D Printing of Guns on Demand"<http://www.bradycampaign.org/blog/what-you-need-to-know-about-the-3d-printing-of-guns-on-demand>, While Brady's legal team has filed Freedom of Information Act (FOIA) requests to find out how and why this decision was made, the self-proclaimed "crypto-anarchist" will move forward to publish the blueprints for anyone and everyone to use. The Brady Center, along with Everytown and Giffords, is urging a Texas federal court to consider just how dangerous this could be and will be filing legal action.

"LEADING GUN SAFETY GROUPS TELL FEDERAL COURT THAT SETTLEMENT IN DOWNLOADABLE GUNS LAWSUIT IS DANGEROUS AND ILLEGAL"<https://giffords.org/2018/07/3d-guns-law-center-group-letter/>, Attorneys representing the Giffords Law Center to Prevent Gun Violence, Brady Center to Prevent Gun Violence and Everytown for Gun Safety have informed a Texas federal court that they anticipate filing legal action within days related to a settlement that would allow new designs for downloadable, untraceable guns to become public and available world-wide as early as August 1.

"MENENDEZ CALLS ON SECRETARY POMPEO TO STOP ONLINE POSTING OF DO-IT-YOURSELF, 3-D PRINTABLE GUN BLUEPRINTS"<https://www.foreign.senate.gov/press/ranking/release/menendez-calls-on-secretary-pompeo-to-stop-online-posting-of-do-it-yourself-3-d-printable-gun-blueprints>, U.S. Senator Bob Menendez, Ranking Member of the Senate Foreign Relations Committee, today called on U.S. Secretary of State Mike Pompeo to immediately intervene and review the surprising and sudden decision by his department to allow online public posting of 3-D printable gun blueprints in the next few days.

WASHAR0003467

"Debating the Permissibility of Printable Guns"<https://www.prindlepost.org/2018/07/debating-the-permissibility-of-printable-guns/>, Those opposed to the settlement argue that it is deeply problematic that there are no background checks required for printing a gun.  Convicted violent felons could print guns. People with a history of violent mental disorders could print guns. The government has a responsibility to look after the safety of its citizenry.  Deadly weapons shouldn't fall into the wrong hands.

"We Have to Take a Stand on 3D Printed Guns"<https://3dprint.com/220327/we-have-to-take-a-stand-on-3d-printed-guns/>, You can already make guns in the US, you just need a license to distribute guns. The essential part of the "homebrew" gun was already perfectly possible. If they really wanted to 3D print guns they could have already done this. Instead, they wanted to 3D print attention and everyone fell for it. They went looking for a law suit to prolong the window of attention on them.

"Government Admits AR-15s Are Not Weapons of War"<https://www.breitbart.com/big-government/2018/07/23/government-admits-ar-15s-not-weapons-war/>, Wilson and SAF fought the suit on First Amendment grounds and secured a settlement with the State Department and the Department of Justice, the latter of which finalizes the settlement. The amended regulations proposed in the settlement show the government will no longer look at semi-automatic firearms below .50 caliber as "military equipment" or weapons of war.

"Make an AR-15 at home: 3D printed 'downloadable guns' available Aug. 1"<https://www.usatoday.com/story/tech/nation-now/2018/07/23/3-d-printing-guns-downloadable-gun-legal-august-1/820032002/>, A settlement earlier this year between the State Department and Texas-based Defense Distributed will let the nonprofit release blueprints for guns online starting Aug. 1, a development hailed by the group as the death of gun control in the United States.

"THE DANGERS OF 3D-PRINTED GUNS"<https://giffords.org/2018/07/the-dangers-of-3d-printed-guns/>, The Trump Administration's ruling will recklessly allow anyone to post their gun blueprints online for anyone to download. That means people who are unable to pass a background check-like terrorists, convicted felons, and domestic abusers-will be able to 3D-print a gun out of the same type of plastic used to make LEGOs-without any attached serial numbers. This could have severe repercussions a decade from now if we allow weapons of this kind to multiply.

"Email NOW: Stop the Threat of Downloadable Guns"<https://act.everytown.org/sign/stop-downloadable-guns/?source=twno_allsocial&refcode=twno_allsocial&utm_source=twno_allsocial&utm_medium=o&utm_campaign=allsocial>, Do-it-yourself, downloadable guns are incredibly dangerous. And a State Department special exemption would allow a company run by a self-proclaimed anarchist to post its gun blueprints online in the form of files that can be sent directly to a 3D printer to print guns on demand.

"The US Just Made It Legal For Anyone to Download And Print Their Own Gun. Yes, Really"<https://www.sciencealert.com/the-us-just-made-it-legal-for-anyone-to-download-and-print-their-own-gun-yes-really>, The lawsuit turns on whether or not the first and second amendment, allowing freedom of speech and the right to bear arms, protects someone like Wilson, who wishes to provide downloadable gun blueprints to make deadly, untraceable weapons.

_____

Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:     202.647.6968
e-mail:     MarquisMR@state.gov<mailto:MarquisMR@state.gov> |  Web: www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM

WASHAR0003468

Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

Official
UNCLASSIFIED

Official
UNCLASSIFIED

WASHAR0003469

| | |
|---|---|
| **From:** | Marquis, Matthew R <MarquisMR@state.gov> |
| **Sent:** | Wednesday, July 18, 2018 4:44 PM |
| **To:** | Steffens, Jessica L; PM-Strategy |
| **Cc:** | PM-CPA; Brown, Stanley L; O'Keefe, Kevin P; Miller, Michael F; Mak, Daniella; Martin, Davette T; Dudding, Maria; Litzenberger, Earle D (Lee); Nute, Kathryn M; McVerry, James |
| **Subject:** | CPA Media Monitoring: 18 July 2018 |

[cid:image001.png@01D29279.128F6050]
Alerts for 18 July 2018

"United Accord 2018 kicks-off in Ghana"<http://www.usaraf.army.mil/media-room/article/28821/united-accord-2018-kicks-off-in-ghana>, The purpose of UA18 is to promote interoperability between US and partner forces and organizations, advance troop contributing countries capacity to support MINUSMA and similar operations, and increase exercise participants' abilities to execute MINUSMA sector headquarter tasks, while enhancing positive multilateral relationships.

"Will US Provoke China By Selling F-35 Fighter Jets To Taiwan?"<https://eurasiantimes.com/will-the-us-choke-china-further-by-selling-f-35-fighters-to-taiwan/>, Some members of the US Congress are backing Taiwan to procure the F-35 b fighter jets from the US. The members of the US Congress as reported by The National Interest, are also arguing that if not the F-35 fighter jets then Washington must sell the F-16V to Taiwan.

"Turkey Protests US Effort to Block Sale of F-35 Fighters"<https://www.voanews.com/a/turkey-protesting-us-effort-to-block-sale-of-f-35-fighters/4487967.html>, Turkey's ambassador to Washington, Serdar Kilic, told VOA that if Congress eventually approves legislation now under consideration blocking the sale of more than 100 of the warplanes to Turkey, it could further impair contentious relations between the two NATO allies.

"Congress Can Help Stave Off New Humanitarian Disaster In Yemen"<https://lobelog.com/congress-can-help-stave-off-new-humanitarian-disaster-in-yemen/>, A sign of hope on this front is the recent move by Sen. Robert Menendez (R-NJ), the ranking Democrat on the Senate Foreign Relations Committee, to put a hold on a pending proposal to sell more bombs to Saudi Arabia and the UAE based on concerns over the human rights and humanitarian impacts of their Yemen intervention. Congress should be ready to block this new deal if it comes up for a vote to send a signal to its Gulf allies that the United States will no longer support their military efforts, and that it is time to negotiate in good faith.

"Trump's 'America First' Policy Could Leave U.S. Defense Industry Behind"<https://foreignpolicy.com/2018/07/18/trumps-america-first-policy-could-leave-u-s-defense-industry-behind/>, Meanwhile, traditional U.S. allies are increasingly wary of American military components. Several non-U.S. suppliers interviewed at Farnborough and at the Royal International Air Tattoo in Fairford noted that customers are increasingly ruling out components controlled by U.S. International Traffic in Arms Regulations (ITAR), which covers virtually all U.S. military subsystems. The problem is that a product with any ITAR-controlled components-for instance a missile's GPS system-can be sold only to countries approved by the U.S. government.

"The Quadrilateral Conundrum: Can ASEAN Be Persuaded? - Analysis"<https://www.eurasiareview.com/18072018-the-quadrilateral-conundrum-can-asean-be-persuaded-analysis/>, The revival of the 'Indo-Pacific' as a geostrategic region for the United States was perhaps less surprising than the revival of the Quadrilateral Security Dialogue, better known as the 'Quad', with Australia, India, Japan, and the US negotiating to restart the forum on the sidelines of the 2017 ASEAN Summit. The first Quad collapsed when China expressed opposition, and despite protestations that it was not a Chinese containment strategy, Australia dropped out.

WASHAR0003470

"ReCAAP Report Highlights Decrease in Piracy"<https://www.porttechnology.org/news/recaap_report_highlights_decrease_in_piracy>, According to a half-yearly report from ReCAAP's Information Sharing Centre (ISC), 40 incidents of piracy-related activity occurred between January and June of 2018. This total marks a 15% decrease in incidents from the same six-month period of 2017, and also represents the lowest January-June total in a decade.

"Iran-backed Houthis claim attack on Saudi oil refinery in Riyadh using drone"<https://www.haaretz.com/middle-east-news/iran-backed-houthis-claim-drone-attack-on-saudi-oil-refinery-in-riyadh-1.6290725?utm_source=dlvr.it&utm_medium=twitter>, The Iran-aligned Houthi movement in Yemen said on Wednesday that one of its drones had attacked the Saudi state oil company ARAMCO's refinery in Riyadh, according to Houthi-run al-Masira TV, based in Yemen.

"Selling U.S. aerospace overseas amid trade tensions * U.S. Air Force excited about U.K. space"<https://spacenews.com/sn-military-space-selling-u-s-aerospace-overseas-amid-trade-tensions-%E2%80%A2-u-s-air-force-excited-about-u-k-space-%E2%80%A2-quantum-computing-as-space-weapon/>, U.S. government officials at Farnborough are there to "reassure our companies that we have their back ... but also to reassure our partners that there is a strong purpose in acquiring these systems. It's to make us more interoperable, to give us a strong set of relationships that we can continue to nurture over time." Kaidanow insisted: "It's a long-term process. This is not a month-long set of issues. This is something we want to engage in for the long term."

"United States Trying to Entice Allies to Buy V-22 Osprey"<http://www.nationaldefensemagazine.org/articles/2018/7/18/us-trying-to-entice-allies-to-buy-v-22-osprey>, The United States has been in close communication with the United Kingdom about potentially acquiring the Osprey, he said. The U.K. is already buying the F-35 joint strike fighter, and the V-22 is the only platform that can fly the fighter's F-135 engine out to a ship, Kelly noted.

"Exclusive: U.S. offers India armed version of Guardian drone - sources"<https://www.reuters.com/article/us-thailand-accident-cave/it-was-magical-thai-boys-relive-moment-of-discovery-by-divers-during-cave-ordeal-idUSKBN1K808Y>, Among the changes will be a more lenient application by the U.S. government of an arms export principle known as "presumption of denial." This has impeded many drone deals by automatically denying approval unless a compelling security reason is given together with strict buyer agreements to use the weapons in accordance with international law.

"Philippines could breach US sanctions if Russian arms deal goes through: report"<http://thehill.com/policy/international/397626-philippines-could-breach-us-sanctions-if-russian-arms-deal-goes-through>, The Philippines could find itself running afoul of U.S. sanctions if it goes through with an arms purchase from sanctioned Russian firm. Reuters reported on Wednesday that the Philippines had agreed in October to buy 750 RPG-7B rocket propelled grenade launchers from Rosoboronexport, Russia's state-run arms exporter.

"Nicaraguan forces violently retake symbolic city"<https://www.washingtonpost.com/world/the_americas/nicaraguan-forces-violently-retake-symbolic-city/2018/07/17/4fc4cf98-8a37-11e8-9d59-dccc2c0cabcf_story.html?utm_term=.20b8dc09d9ac>, Nicaraguan police and armed pro-government civilians on Tuesday laid siege to and then retook a symbolically important neighborhood that had recently become a center of resistance to President Daniel Ortega's government.

"US pastor denied release in latest trial hearing in Turkey"<https://www.apnews.com/b7f88e7cfb8446df9cfa7c86f768b230/US-pastor-denied-release-in-latest-trial-hearing-in-Turkey>, A Turkish court on Wednesday again denied a request for the release from custody of an American pastor based in Turkey who is on trial on charges of aiding terror groups and engaging espionage.

"Rights Groups Concerned Egypt's Military Using Counterterrorism to Target Dissidents"<https://www.voanews.com/a/Egypt-counterterrorism/4487444.html>, Global rights group International

WASHAR0003471

Service for Human Right also leveled accusations at the Egyptian government for relying on torture, arbitrary detention, and enforced disappearances as a tool to silence and incarcerate its critics.

"Noises in US may drown relief hopes on S-400 deal"<https://economictimes.indiatimes.com/news/defence/noises-in-us-may-drown-relief-hopes-on-s-400-deal/articleshow/65033657.cms>, For its own security considerations, India cannot permit any third country to determine the nature of its cooperation with Russia. Any US sanctions on this count would only reinforce perceptions in India about lack of proven ability of US as a reliable partner.

"Meet the man who might have brought on the age of 'downloadable guns'"<https://www.washingtonpost.com/news/post-nation/wp/2018/07/18/meet-the-man-who-wants-to-bring-on-the-age-of-downloadable-guns-and-may-have-already-succeeded/?utm_term=.f57ef3f88e04>, A State Department spokesman, however, told The Washington Post that this was a voluntary settlement agreed upon by both parties. The June 29 settlement, a copy of which was given to The Post, comes during a transfer of oversight from the State Department to the Department of Commerce.

"Intl. support plays important role in development, strengthening of Ukraine's National Guard"<https://en.interfax.com.ua/news/general/519022.html>, Commander of the NGU, Colonel-General Yuriy Alerov noted that international assistance, including advisory assistance, plays an important role. NGU has been working closely with the National Guard of California for more than 25 years. Today, representatives of both law enforcement agencies are actively participating in the work of the National Guard subcommittee in the multinational joint coordinating committee, the platform where issues of assistance to Ukraine are resolved.

"Blueprints for 3D printed guns to again appear online"<https://www.cnet.com/news/blueprints-for-3d-printed-guns-to-again-appear-online/>, The State Department oversees the exports of defense products in accordance with the ITAR, which was why the department had the run-in with Defense Distributed, according to a State Department spokesperson. Since the Department of Commerce will take over the responsibility of regulating commercial arms trade and manufacturing, the State Department settled with Defense Distributed and SAF because the issues raised in the lawsuit won't be relevant to it in the near future.

"Belgium offered sweetener to pick up Eurofighter"<https://www.euractiv.com/section/defence-and-security/news/belgium-offered-sweetener-to-pick-up-eurofighter/>, Belgium is being offered a possible role in future European combat jet developments if it picks the Eurofighter Typhoon over the US-built F-35, in a fierce contest to rearm the country's air force, a senior official with Britain's BAE Systems said.

"Interesting Army purchase of Sig Sauer weapons has some mystery: Where's it going?"<https://www.armytimes.com/news/your-army/2018/07/16/interesting-army-purchase-of-sig-sauer-weapons-has-some-mystery-wheres-it-going/>, When reached for comment, officials with Program Executive Office Soldier responded that the sale was part of the service's Foreign Military Sales program and that they could not disclose further details about the destination of the firearms suite.

"What Buhari has done on killings, by Presidency"<http://thenationonlineng.net/what-buhari-has-done-on-killings-by-presidency/>, "As killings occur on a daily basis, Buhari made a move in April to procure more weapons to fight insecurity but the senate turned down the request. "National Assembly made so much fuss about Buhari's request for $1 billion from the Consolidated Revenue Fund, threatening to impeach him for approving its release without its consent."

"Romania Inches Forward On Major Attack Helo Deal"<https://breakingdefense.com/2018/07/romania-inches-to-major-attack-helo-deal/?_ga=2.80160855.1784771759.1531911303-1619794010.1531911303>, Romania continues its push to significantly improve its military by buying advanced U.S.-made equipment with plans to buy 21 Bell UH-1Y Venom and 24 AH-1Z Viper helicopters, The central European country has issued a letter of request for the helos.

---

Matthew Marquis

WASHAR0003472

Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:      202.647.6968
e-mail:      MarquisMR@state.gov<mailto:MarquisMR@state.gov> |  Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM

Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

Official
UNCLASSIFIED

Official
UNCLASSIFIED

WASHAR0003473

Final update (hopefully) for the evening, now that the S Hearing is over - here's Bill Nelson on the floor of the US Senate, pledging to fight "tooth and nail."

https://twitter.com/SenBillNelson/status/1022239621621706753

Official - SBU
UNCLASSIFIED

From: Paul, Joshua M
Sent: Wednesday, July 25, 2018 5:18 PM
To: Kaidanow, Tina S <KaidanowTS@state.gov>
Cc: Miller, Michael F <Millermf@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; PM-CPA <PM-CPA@state.gov>; Carter, Rachel <CarterR@state.gov>; Steffens, Jessica L <SteffensJL@state.gov>; Hart, Robert L <HartRL@state.gov>; Litzenberger, Earle D (Lee) <LitzenbergerED@state.gov>
Subject: RE: DD Settlement: Cong/Pub State of Play

By way of a late breaking update, Dave just received the following from a media source - Los Angeles and the Manhattan DA are stepping into the issue, though it does not seem they are taking any legal actions.

[cid:image001.png@01D4243B.68E5AD60]

For Immediate Release                                    July 25, 2018

PAGV CO-CHAIRS TO STATE DEPARTMENT: BLOCK RELEASE OF DOWNLOADABLE BLUEPRINTS FOR DO-IT-YOURSELF, 3D-PRINTED GUNS

Los Angeles, CA and  New York, NY : Los Angeles City Attorney Mike Feuer and Manhattan District Attorney Cyrus Vance, Jr.,, co-chairs of Prosecutors Against Gun Violence, today released the following joint statement urging the U.S. State Department to block the online release of blueprints for do-it-yourself, 3D-printed guns:

"In a matter of days, the State Department is preparing to allow unlimited online access to schematic designs that enable 3D printing of untraceable guns. In a complete reversal of longstanding regulatory oversight, the State Department has decided to provide a special exemption to a private company, Defense Distributed, to post its gun blueprints online.

"No one is safer if criminals can print untraceable guns on demand. Allowing this exemption from federal rules would be an unconscionable mistake, making it all-too-easy for anyone with a dangerous history - including terrorists and domestic abusers who cannot pass a background check - to download files and print a functional gun with 3D printers available to any consumer. This decision undermines the critical public safety laws that prosecutors enforce day in and day out.

WASHAR0003474

"Invisible to metal detectors, these plastic guns could easily be smuggled onto airplanes, and into concerts, festivals, and government buildings. Untraceable, they would undermine the work of law enforcement by crippling criminal investigations before they even began. The State Department must not allow this company to have a special exemption to these rules. These blueprints should not be published under any circumstances."

-30-


Official - SBU
UNCLASSIFIED

From: Paul, Joshua M
Sent: Wednesday, July 25, 2018 5:01 PM
To: Kaidanow, Tina S <KaidanowTS@state.gov<mailto:KaidanowTS@state.gov>>
Cc: Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Heidema, Sarah J <HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>; PM-CPA <PM-CPA@state.gov<mailto:PM-CPA@state.gov>>; Carter, Rachel <CarterR@state.gov<mailto:CarterR@state.gov>>; Steffens, Jessica L <SteffensJL@state.gov<mailto:SteffensJL@state.gov>>; Hart, Robert L <HartRL@state.gov<mailto:HartRL@state.gov>>; Litzenberger, Earle D (Lee) <LitzenbergerED@state.gov<mailto:LitzenbergerED@state.gov>>
Subject: DD Settlement: Cong/Pub State of Play

Dear AMB Kaidanow,

This email provides a summary of today's Congressional and public interest in the pending Defense Distributed settlement.


Congressional

*       SEN Menendez raised the settlement in his opening statement at S's Hearing, and SEN Markey posed a question on it to S during that hearing.

o  CPA, DDTC and L/PM had fortunately cobbled together immediately before the Hearing a contingency bullet for S to use (attached).  In the event, he told SEN Markey he'd "take a look at it".  The Hearing remains ongoing at this hour.

*       We have prepared a response to REP Engel's letter to S, which is on its way through you for clearance.  We hope to provide the response in advance of tomorrow's signing of the Settlement letter.

*       In addition, SEN Menendez issued a statement<https://www.foreign.senate.gov/press/ranking/release/menendez-calls-on-secretary-pompeo-to-stop-online-posting-of-do-it-yourself-3-d-printable-gun-blueprints> calling on S to "intervene and review" the settlement (he followed this up with a letter at 4.50pm), while Senators Nelson, Markey, Murphy, Blumenthal and Feinstein co-signed a letter<https://twitter.com/SenBillNelson/status/1022130836664188928> on the topic to the Attorney General.

*       We also continue to receive clarifying questions from SFRC and HFAC staff subsequent to yesterday's briefing.

Public

*       Media continues to pick up on this story; highlights today include an entire 45-minute segment of NPR's On Point dedicated<http://www.wbur.org/onpoint/2018/07/25/3d-printing-gun-control> to the topic, as well as expanding international media coverage.

WASHAR0003475

\* We understand that DDTC has received a large volume of calls and emails from the public in addition to the more formal media inquiries that CPA has been dealing with, and in addition to the automated outreach DDTC has encountered.

\* Gun Control NGOs including the Brady Campaign, Giffords, Everytown, and Moms Demand Action have been highlighting the issue on social media in advance of the injunction they intend to submit tomorrow, and a petition on Change.org<https://www.change.org/p/stop-defense-distributed-from-releasing-downloadable-guns?recruiter=468357426&utm_source=share_petition&utm_medium=twitter&utm_campaign=psf_combo_share_initial...x7ixMjQ4TdqaDwV2_2_9Aw.3.rdHZAbL2TQyyB23KwLDCiQ.1&utm_term=385679> has garnered almost 30,000 signatures, most of them today.

\* A summary of today's press reporting on the topic is attached, and the Google Tends chart for worldwide searches on 3D guns is as follows:

[cid:image009.png@01D4243B.2D4AE360]

Thanks,

Josh

_____
Josh Paul
Director, Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

\* Phone:      202.647.7878 | \*  BlackBerry:  202.679.6724 | 7  Fax: 202.647.4055
\* e-mail:      PaulJM@State.Gov<mailto:PaulJM@State.Gov> | \*  Web:  www.state.gov/t/pm /<http://www.state.gov/t/pm%20/>

[https://g.twimg.com/twitter-bird-16x16.png]  http://twitter.com/StateDeptPM

Stay connected with State.gov:

[Twitter]<http://twitter.com/StateDept>[Tumblr]<http://statedept.tumblr.com/>[RSS Feed]<http://www.state.gov/misc/echannels/66791.htm>[Facebook]<http://www.facebook.com/usdos>[Flickr]<http://www.flickr.com/photos/statephotos>[YouTube]<http://www.youtube.com/user/statevideo>[Google Plus]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

This message is UNCLASSIFIED, per E.O. 12958


Official - SBU
UNCLASSIFIED

WASHAR0003476

| From: | Paul, Joshua M <PaulJM@state.gov> |
|---|---|
| Sent: | Wednesday, July 25, 2018 5:18 PM |
| To: | Kaidanow, Tina S |
| Cc: | Miller, Michael F; Heidema, Sarah J; PM-CPA; Carter, Rachel; Steffens, Jessica L; Hart, Robert L; Litzenberger, Earle D (Lee) |
| Subject: | RE: DD Settlement: Cong/Pub State of Play |

By way of a late breaking update, Dave just received the following from a media source - Los Angeles and the Manhattan DA are stepping into the issue, though it does not seem they are taking any legal actions.

[cid:image001.png@01D4243B.68E5AD60]

For Immediate Release                    July 25, 2018

PAGV CO-CHAIRS TO STATE DEPARTMENT: BLOCK RELEASE OF DOWNLOADABLE BLUEPRINTS FOR DO-IT-YOURSELF, 3D-PRINTED GUNS

Los Angeles, CA and  New York, NY : Los Angeles City Attorney Mike Feuer and Manhattan District Attorney Cyrus Vance, Jr.,, co-chairs of Prosecutors Against Gun Violence, today released the following joint statement urging the U.S. State Department to block the online release of blueprints for do-it-yourself, 3D-printed guns:

"In a matter of days, the State Department is preparing to allow unlimited online access to schematic designs that enable 3D printing of untraceable guns. In a complete reversal of longstanding regulatory oversight, the State Department has decided to provide a special exemption to a private company, Defense Distributed, to post its gun blueprints online.

"No one is safer if criminals can print untraceable guns on demand. Allowing this exemption from federal rules would be an unconscionable mistake, making it all-too-easy for anyone with a dangerous history - including terrorists and domestic abusers who cannot pass a background check - to download files and print a functional gun with 3D printers available to any consumer. This decision undermines the critical public safety laws that prosecutors enforce day in and day out.

"Invisible to metal detectors, these plastic guns could easily be smuggled onto airplanes, and into concerts, festivals, and government buildings. Untraceable, they would undermine the work of law enforcement by crippling criminal investigations before they even began. The State Department must not allow this company to have a special exemption to these rules. These blueprints should not be published under any circumstances."

-30-


Official - SBU
UNCLASSIFIED

From: Paul, Joshua M
Sent: Wednesday, July 25, 2018 5:01 PM
To: Kaidanow, Tina S <KaidanowTS@state.gov>

WASHAR0003477

Cc: Miller, Michael F <Millermf@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; PM-CPA <PM-CPA@state.gov>; Carter, Rachel <CarterR@state.gov>; Steffens, Jessica L <SteffensJL@state.gov>; Hart, Robert L <HartRL@state.gov>; Litzenberger, Earle D (Lee) <LitzenbergerED@state.gov>
Subject: DD Settlement: Cong/Pub State of Play

Dear AMB Kaidanow,

This email provides a summary of today's Congressional and public interest in the pending Defense Distributed settlement.


Congressional

*      SEN Menendez raised the settlement in his opening statement at S's Hearing, and SEN Markey posed a question on it to S during that hearing.

o  CPA, DDTC and L/PM had fortunately cobbled together immediately before the Hearing a contingency bullet for S to use (attached).  In the event, he told SEN Markey he'd "take a look at it".  The Hearing remains ongoing at this hour.

*      We have prepared a response to REP Engel's letter to S, which is on its way through you for clearance.  We hope to provide the response in advance of tomorrow's signing of the Settlement letter.

*      In addition, SEN Menendez issued a statement<https://www.foreign.senate.gov/press/ranking/release/menendez-calls-on-secretary-pompeo-to-stop-online-posting-of-do-it-yourself-3-d-printable-gun-blueprints> calling on S to "intervene and review" the settlement (he followed this up with a letter at 4.50pm), while Senators Nelson, Markey, Murphy, Blumenthal and Feinstein co-signed a letter<https://twitter.com/SenBillNelson/status/1022130836664188928> on the topic to the Attorney General.

*      We also continue to receive clarifying questions from SFRC and HFAC staff subsequent to yesterday's briefing.

Public

*      Media continues to pick up on this story; highlights today include an entire 45-minute segment of NPR's On Point dedicated<http://www.wbur.org/onpoint/2018/07/25/3d-printing-gun-control> to the topic, as well as expanding international media coverage.

*      We understand that DDTC has received a large volume of calls and emails from the public in addition to the more formal media inquiries that CPA has been dealing with, and in addition to the automated outreach DDTC has encountered.

*      Gun Control NGOs including the Brady Campaign, Giffords, Everytown, and Moms Demand Action have been highlighting the issue on social media in advance of the injunction they intend to submit tomorrow, and a petition on Change.org<https://www.change.org/p/stop-defense-distributed-from-releasing-downloadable-guns?recruiter=468357426&utm_source=share_petition&utm_medium=twitter&utm_campaign=psf_combo_share_initi al...x7ixMjQ4TdqaDwV2_2_9Aw.3.rdHZAbL2TQyyB23KwLDCiQ.1&utm_term=385679> has garnered almost 30,000 signatures, most of them today.

*      A summary of today's press reporting on the topic is attached, and the Google Tends chart for worldwide searches on 3D guns is as follows:

[cid:image009.png@01D4243B.2D4AE360]

WASHAR0003478

Thanks,

Josh

_____

Josh Paul
Director, Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

* Phone:       202.647.7878 | *   BlackBerry: 202.679.6724 | 7   Fax: 202.647.4055
* e-mail:        PaulJM@State.Gov<mailto:PaulJM@State.Gov> | *  Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/>

[https://g.twimg.com/twitter-bird-16x16.png]  http://twitter.com/StateDeptPM

Stay connected with State.gov:

[Twitter]<http://twitter.com/StateDept>[Tumblr]<http://statedept.tumblr.com/>[RSS
Feed]<http://www.state.gov/misc/echannels/66791.htm>[Facebook]<http://www.facebook.com/usdos>[Flickr]<http://
www.flickr.com/photos/statephotos>[YouTube]<http://www.youtube.com/user/statevideo>[Google
Plus]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

This message is UNCLASSIFIED, per E.O. 12958


Official - SBU
UNCLASSIFIED

WASHAR0003479

| From: | Marquis, Matthew R <MarquisMR@state.gov> |
| Sent: | Wednesday, July 25, 2018 4:45 PM |
| To: | Steffens, Jessica L; PM-Strategy |
| Cc: | PM-CPA; Brown, Stanley L; O'Keefe, Kevin P; Miller, Michael F; Mak, Daniella; Martin, Davette T; Dudding, Maria; Litzenberger, Earle D (Lee); Nute, Kathryn M; McVerry, James |
| Subject: | CPA Media Monitoring: 25 July 2018 |

[cid:image001.png@01D29279.128F6050]
Alerts for 25 July 2018

"State Dept. official met with Taliban to kick-start Afghanistan peace talks: report"<http://thehill.com/policy/national-security/398861-state-dept-official-met-with-taliban-to-discuss-afghanistan-peace>, Alice Wells, the deputy assistant secretary of State for South and Central Asia, led a U.S. delegation to Doha, Qatar, where they met with members of the Taliban's political commission, the Journal reported.

"Security Expert on 3D Guns: 'More of a Novelty than Form of Mass Killing'"<https://sputniknews.com/analysis/201807251066659134-3d-guns-novelty-leading-security-explained/>, Gun rights activists in the United States will soon be able to post 3D printable gun plans online. In 2013, Cody Wilson, who describes himself as a post-left anarchist, posted plans for a 3D printed handgun called "The Liberator." The gun, which was made from plastic, had a metal firing pin and another piece of metal included to comply with the Undetectable Firearms Act.

"The Case for a Free and Open Indo-Pacific"<https://thewire.in/diplomacy/free-and-open-indo-pacific-donald-trump-foreign-policy>, It is hard, however, to see that FOIP will destabilise Asia, as Michael D. Swaine argues. The the region is, after all, already unstable, thanks to Beijing's over-confident assertiveness, more than a decade of mixed messaging and half-hearted action from Washington, and 18 months of Trump's fickle and foolish personal diplomacy. It is not obvious that FOIP will make matters markedly worse, if it does indeed have an impact on the US's approach to the region, and there is reason to think it might make them better.

"Editorial: Homemade 3-D printer guns should be regulated like any gun"<https://www.mystatesman.com/news/opinion/editorial-homemade-printer-guns-should-regulated-like-any-gun/j1wX4RxD8SOVfLz0SHXTVM/?utm_source=SND&utm_medium=Twitter&utm_campaign=mys>, Federal law allows hobbyists to build their own guns for personal use. But the landscape has changed with 3-D printers, precise digital plans, and devices like the Ghost Gunner that allow anyone with a computer and a credit card to become a gun manufacturer.

"Pentagon Awards $300Mln to Deliver Javelin Missiles to Ukraine, 5 Other States"<https://sputniknews.com/military/201807251066660034-pentagon-sells-javelin-missiles-ukraine/>, The US Army has awarded a $307 million Foreign Military Sales contract to Raytheon to supply more Javelin anti-tank missiles to Ukraine, Estonia and Lithuania as well as to Australia, Turkey and Taiwan, the Department of Defense said in a press release.

"WORLD WAR 3D How the rise of 'ghost guns' - which anyone can print in their own home - could flood Europe with lethal, undetectable weapons"<https://www.thesun.co.uk/news/6850692/ghost-guns-3d-print/>, Normally, Americans would need to pass a background check before they can buy a gun, but freely-available blueprints for 3D-printed weapons could offer a way to bypass this law.

WASHAR0003480

"What You Need to Know About the 3D Printing of Guns on Demand"<http://www.bradycampaign.org/blog/what-you-need-to-know-about-the-3d-printing-of-guns-on-demand>, While Brady's legal team has filed Freedom of Information Act (FOIA) requests to find out how and why this decision was made, the self-proclaimed "crypto-anarchist" will move forward to publish the blueprints for anyone and everyone to use. The Brady Center, along with Everytown and Giffords, is urging a Texas federal court to consider just how dangerous this could be and will be filing legal action.

"LEADING GUN SAFETY GROUPS TELL FEDERAL COURT THAT SETTLEMENT IN DOWNLOADABLE GUNS LAWSUIT IS DANGEROUS AND ILLEGAL"<https://giffords.org/2018/07/3d-guns-law-center-group-letter/>, Attorneys representing the Giffords Law Center to Prevent Gun Violence, Brady Center to Prevent Gun Violence and Everytown for Gun Safety have informed a Texas federal court that they anticipate filing legal action within days related to a settlement that would allow new designs for downloadable, untraceable guns to become public and available world-wide as early as August 1.

"MENENDEZ CALLS ON SECRETARY POMPEO TO STOP ONLINE POSTING OF DO-IT-YOURSELF, 3-D PRINTABLE GUN BLUEPRINTS"<https://www.foreign.senate.gov/press/ranking/release/menendez-calls-on-secretary-pompeo-to-stop-online-posting-of-do-it-yourself-3-d-printable-gun-blueprints>, U.S. Senator Bob Menendez, Ranking Member of the Senate Foreign Relations Committee, today called on U.S. Secretary of State Mike Pompeo to immediately intervene and review the surprising and sudden decision by his department to allow online public posting of 3-D printable gun blueprints in the next few days.

"Debating the Permissibility of Printable Guns"<https://www.prindlepost.org/2018/07/debating-the-permissibility-of-printable-guns/>, Those opposed to the settlement argue that it is deeply problematic that there are no background checks required for printing a gun. Convicted violent felons could print guns. People with a history of violent mental disorders could print guns. The government has a responsibility to look after the safety of its citizenry. Deadly weapons shouldn't fall into the wrong hands.

"We Have to Take a Stand on 3D Printed Guns"<https://3dprint.com/220327/we-have-to-take-a-stand-on-3d-printed-guns/>, You can already make guns in the US, you just need a license to distribute guns. The essential part of the "homebrew" gun was already perfectly possible. If they really wanted to 3D print guns they could have already done this. Instead, they wanted to 3D print attention and everyone fell for it. They went looking for a law suit to prolong the window of attention on them.

"Houthi rebels attack Saudi tanker in Red Sea: Coalition"<https://www.khaleejtimes.com/region/saudi-arabia/houthi-rebels-attack-saudi-tanker-in-red-sea-coalition>, Houthi rebels have attacked a Saudi oil tanker in the Red Sea, causing "minor damage" to the vessel, the Saudi-led Coalition said on Wednesday.

"Final US defence spending Bill expands pushback against China"<https://www.straitstimes.com/asia/east-asia/final-us-defence-spending-bill-expands-pushback-against-china>, Specifically, it calls for the Pentagon to adopt a more proactive role in assessing and strengthening Taiwan's ability to resist an invasion from China, which sees the democratically run island as a province.

"Government Admits AR-15s Are Not Weapons of War"<https://www.breitbart.com/big-government/2018/07/23/government-admits-ar-15s-not-weapons-war/>, Wilson and SAF fought the suit on First Amendment grounds and secured a settlement with the State Department and the Department of Justice, the latter of which finalizes the settlement. The amended regulations proposed in the settlement show the government will no longer look at semi-automatic firearms below .50 caliber as "military equipment" or weapons of war.

"Make an AR-15 at home: 3D printed 'downloadable guns' available Aug. 1"<https://www.usatoday.com/story/tech/nation-now/2018/07/23/3-d-printing-guns-downloadable-gun-legal-august-1/820032002/>, A settlement earlier this year between the State Department and Texas-based Defense Distributed will let the nonprofit release blueprints for guns online starting Aug. 1, a development hailed by the group as the death of gun control in the United States.

WASHAR0003481

"THE DANGERS OF 3D-PRINTED GUNS"<https://giffords.org/2018/07/the-dangers-of-3d-printed-guns/>, The Trump Administration's ruling will recklessly allow anyone to post their gun blueprints online for anyone to download. That means people who are unable to pass a background check-like terrorists, convicted felons, and domestic abusers-will be able to 3D-print a gun out of the same type of plastic used to make LEGOs-without any attached serial numbers. This could have severe repercussions a decade from now if we allow weapons of this kind to multiply.

"Anglophone Revolt Seen Raising Risk of Civil War in Cameroon"<https://www.bloomberg.com/news/articles/2018-07-24/anglophone-rebellion-seen-raising-risk-of-civil-war-in-cameroon>, Advocacy groups including Human Rights Watch have said the government's heavy-handed response contributed to an escalation of the conflict. Last week, the New York-based organization released satellite imagery showing security forces had torched dozens of villages, and accused them of committing torture and summary executions.

"800 US soldiers in Ghana for jungle warfare training at Achiase"<https://www.ghanaweb.com/GhanaHomePage/NewsArchive/800-US-soldiers-in-Ghana-for-jungle-warfare-training-at-Achiase-671636>, Mr Jackson said although the partnership was in full force there was no indication of an American military base as was feared and became the subject of heated discussions in the country when the US, Ghana Defense Cooperation Agreement came to light earlier this year as it was presented to Parliament for ratification.

"US to release $195 mln of suspended military aid to Cairo shortly: Sources"<http://english.ahram.org.eg/NewsContent/1/64/308495/Egypt/Politics-/US-to-release--mln-of-suspended-military-aid-to-Ca.aspx>, The United States will shortly release some military aid to Cairo it had suspended last year following talks with an Egyptian military delegation currently visiting Washington, sources close to the delegation told Ahram Online on Wednesday.

"UAE talks up diplomacy as Congress curtails US involvement in Yemen war"<http://www.al-monitor.com/pulse/originals/2018/07/uae-diplomacy-congress-curtail-involvement-yemen-war.html#ixzz5MGy9YPs3>, The conference report specifically demands that the Pentagon tell Congress whether US or Arab coalition forces violated federal law or Pentagon policy, while another provision restricts US refueling for the Yemen campaign unless the UAE and Saudi Arabia demonstrate efforts to support UN-backed peace talks, resolve the growing humanitarian crisis and cut down on civilian deaths.

"An Indo-Pacific Joint Multinational Training Command and Readiness Center?"<https://www.realcleardefense.com/articles/2018/07/25/an_indo-pacific_joint_multinational_training_command_and_readiness_center_113648.html>, Given the absence of a 'permanent' institution to plan Joint, Interagency, and Multinational (JIM) exercises, train personnel (professional military education (PME), conduct mission rehearsal exercises, as well as serving as a venue for developing joint/combined doctrine, standard operating procedures (SOPs) and tactics, techniques, and procedures (TTP) etc.: 1) could one be created, modelled conceptually on the North Atlantic Treaty Organization's (NATO) JMRC, and 2) would it disrupt/delay/reverse the improvements in interoperability already taking place?

"Bulgaria issues request for proposals for fighter jets"<https://www.reuters.com/article/us-bulgaria-defence-jets/bulgaria-issues-request-for-proposals-for-fighter-jets-idUSKBN1KF10W?utm_source=Sailthru&utm_medium=email&utm_campaign=EBB%207.25.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>, The ministry has called for bids for new or used jets from the United States (F-16 and F/A-18 Super Hornet), France (Dassault Rafale) and Sweden (Gripen C/D) as well as new jets from Germany (Eurofighter 3 Tranche) and used planes from Portugal (F-16), Israel (F-16) and Italy (Eurofighter Tranche 1).

"U.S. pastor on trial in Turkey moved to house arrest - CNN Turk"<http://news.trust.org/item/20180725115326-quxh0/>, An American pastor on trial in Turkey on terrorism charges has been moved to house arrest, broadcaster CNN Turk said on Wednesday, a week after a court decided to keep him in jail in a case which has caused a rift with the United States.

WASHAR0003482

"Email NOW: Stop the Threat of Downloadable Guns"<https://act.everytown.org/sign/stop-downloadable-guns/?source=twno_allsocial&refcode=twno_allsocial&utm_source=twno_allsocial&utm_medium=o&utm_campaign=allsocial>, Do-it-yourself, downloadable guns are incredibly dangerous. And a State Department special exemption would allow a company run by a self-proclaimed anarchist to post its gun blueprints online in the form of files that can be sent directly to a 3D printer to print guns on demand.

"The US Just Made It Legal For Anyone to Download And Print Their Own Gun. Yes, Really"<https://www.sciencealert.com/the-us-just-made-it-legal-for-anyone-to-download-and-print-their-own-gun-yes-really>, The lawsuit turns on whether or not the first and second amendment, allowing freedom of speech and the right to bear arms, protects someone like Wilson, who wishes to provide downloadable gun blueprints to make deadly, untraceable weapons.

"India finalising negotiations for 48 additional Mi-17-V5 helicopters from Russia"<http://www.janes.com/article/81928/india-finalising-negotiations-for-48-additional-mi-17-v5-helicopters-from-russia?utm_campaign=CL_%20Jane%27s%20360-July-25-2018_PC5308_e-production_E-13321_KP_0725_0615&utm_medium=email&utm_source=Eloqua>, Official Indian sources told Jane's on 23 July that the deal for the twin-engine helicopters - 38 of which are earmarked for the IAF - is likely to be signed during Russian President Vladimir Putin's visit to India in early October for the annual bilateral summit between the leaders of the two countries.

_____

Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:     202.647.6968
e-mail:      MarquisMR@state.gov<mailto:MarquisMR@state.gov> |   Web:  www.state.gov/t/pm /<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM

Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

Official
UNCLASSIFIED

Official
UNCLASSIFIED

WASHAR0003483