The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.,* <br><br> Defendants. | NO. 2:18-cv-01115-RSL <br><br> **NOTICE OF WITHDRAWAL OF ATTORNEY** |

TO: THE CLERK OF THE COURT

AND TO: ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that the State of Colorado, through the Office of the Colorado Attorney General, notifies this court and all parties of the withdrawal of Matthew D. Grove as counsel of record for the State of Colorado. Withdrawal is made in accordance with L.C.R. 83.2(b)(3). Mr. Grove is no longer employed at the Office of the Colorado Attorney General, and his duties are being assumed by other members of the office. The State of Colorado will continue to be represented by the Office of the Colorado Attorney General in this matter through Grant T. Sullivan.

Respectfully submitted this 19th day of April, 2019.

PHILIP J. WEISER
Attorney General

*/s/ Grant T. Sullivan*
GRANT T. SULLIVAN*
Assistant Solicitor General

Public Officials Unit
State Services Section
1300 Broadway, 10th Floor
Denver, Colorado 80203
(720) 508-6349
Grant.Sullivan@coag.gov
*Counsel of Record*

*/s/ Matthew D. Grove*
MATTHEW D. GROVE

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2019, I caused to be electronically filed the foregoing Notice of Withdrawal of Attorney with the Clerk of the Court using the CM/ECF system which causes parties who are registered ECF participants to be served by electronic means.

Dated this 18th day of April, 2019, at Denver, Colorado.

*/s/ Grant T. Sullivan*