The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, et al., <br><br> Defendants. | No. 2:18-cv-1115-RSL <br><br> **FEDERAL DEFENDANTS' UNOPPOSED MOTION TO SEAL SUPPLEMENT TO ADMINISTRATIVE RECORD** <br><br> **NOTED FOR: April 26, 2019** |

### [PROPOSED] ORDER

This matter comes before the Court on the Federal Defendants' Unopposed Motion to Seal the Supplement to the Administrative Record. Upon consideration of the Federal Defendants' motion and of all materials submitted in relation thereto, it is hereby

ORDERED that the Federal Defendants' motion is GRANTED. It is further

ORDERED that the clerk of court SEAL the supplement to the administrative record, Dkt. No. 179. It is further

ORDERED that all parties in possession of the information identified in the Federal Defendants' clawback letter of April 24, 2019, sequester those documents until any privilege disputes are resolved; it is further

ORDERED that the Federal Defendants shall refile a corrected supplement to the administrative record on or before May 6, 2019.

IT IS SO ORDERED.

Date:_____        _____
                                                                                   ROBERT S. LASNIK
                                                                                   United States District Judge

1