The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, et al., <br><br> Federal Defendants. | No. 2:18-cv-1115-RSL <br><br> **FEDERAL DEFENDANTS' NOTICE OF FILING REVISED SUPPLEMENT TO ADMINISTRATIVE RECORD** |

## NOTICE OF FILING

On April 16, 2019, pursuant to this Court's March 19, 2019 Order (Dkt. No. 175), the Federal Defendants (comprising the Department of State, Secretary of State, Acting Deputy Assistant Secretary of Defense Trade Controls, and Director of Policy, Office of Defense Trade Controls Policy) supplemented the administrative record in this matter. *See* ECF No. 179. On April 23, 2019, it came to the Federal Defendants' attention that the supplement contained a limited amount of privileged information that the Federal Defendants had intended to exclude and log, including information protected by the attorney client privilege and the attorney work product doctrine. *See* Dkt. No. 181. The Federal Defendants promptly notified, *inter alia*, counsel for the other parties and amici in this action, and requested that they identify and destroy any copies of the privileged material obtained from the supplement. *See id.* On April 26, 2019, the Federal Defendants informed the Court, filing an Unopposed Motion to Seal the Supplement. *See id.*

Federal Def's. Notice of Filing Revised Supp. Admin. Record
(No. 2:18-cv-1115-RSL) – 1

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Washington, DC 20530
202-353-0533

The Federal Defendants have now completed a re-review of the material in the supplement, and hereby provide notice of the filing of the revised supplement to the administrative record.  As explained in the attached declaration, the revised supplement withholds materials that were inadvertently produced in the original supplement and includes several documents previously withheld in error (in full or in part).  *See* Ex. 1 at ¶¶ 5-10 (Declaration of Shana A. Rogers).  The revised supplement also contains an updated privilege log, reflecting these changes, providing additional descriptive information in the privilege log for certain entries, and also correcting an inadvertent errors in the privilege log in which certain documents appeared in the privilege log out of sequence and/or without an accompanying statement of the basis for withholding.  *See id.* at ¶¶ 11-12.

Dated:  May 6, 2019                                         Respectfully submitted,

                                                                            JOSEPH H. HUNT
                                                                            Assistant Attorney General

                                                                            JOHN R. GRIFFITHS
                                                                            Director, Federal Programs Branch

                                                                            ANTHONY J. COPPOLINO
                                                                            Deputy Director, Federal Programs Branch

                                                                            */s/ Eric J. Soskin*
                                                                            STEVEN A. MYERS
                                                                            ERIC J. SOSKIN
                                                                            STUART J. ROBINSON
                                                                            Attorneys
                                                                            U.S. Department of Justice
                                                                            Civil Division, Federal Programs Branch
                                                                            1100 L St. NW
                                                                            Washington, D.C. 20005
                                                                            (202) 353-0533 (telephone)
                                                                            (202) 616-8460 (facsimile)
                                                                            eric.soskin@usdoj.gov

                                                                            *Attorneys for Federal Defendants*

Federal Def's. Notice of Filing Revised Supp. Admin. Record
(No. 2:18-cv-1115-RSL) – 2

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Washington, DC 20530
202-353-0533

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2019, I electronically filed the foregoing notice using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

Dated: May 6, 2019                                         */s/ Eric J. Soskin*
                                                            Eric J. Soskin

Federal Def's. Notice of Filing Revised Supp. Admin. Record
(No. 2:18-cv-1115-RSL) – 3

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Washington, DC 20530
202-353-0533