1

2

3

4

5

6

The Honorable Robert S. Lasnik

7

8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

9

10

11

12

13

14

15

16

17

STATE OF WASHINGTON; STATE OF
CONNECTICUT; STATE OF MARYLAND;
STATE OF NEW JERSEY; STATE OF NEW
YORK; STATE OF OREGON;
COMMONWEALTH OF
MASSACHUSETTS; COMMONWEALTH
OF PENNSYLVANIA; DISTRICT OF
COLUMBIA; STATE OF CALIFORNIA;
STATE OF COLORADO; STATE OF
DELAWARE; STATE OF HAWAII; STATE
OF ILLINOIS; STATE OF IOWA; STATE
OF MINNESOTA; STATE OF NORTH
CAROLINA; STATE OF RHODE ISLAND;
STATE OF VERMONT; and
COMMONWEALTH OF VIRGINIA,

NO. 2:18-cv-01115-RSL

NOTICE OF WITHDRAWAL
OF COUNSEL

18

19

Plaintiffs,

v.

20

21

UNITED STATES DEPARTMENT OF
STATE, et al.,

22

Defendants.

23

24

25

PLEASE TAKE NOTICE that Brett Legner hereby withdraws as counsel for Plaintiff

State of Illinois, effective immediately.  Plaintiff State of Illinois will continue to be

represented by Elizabeth Roberson-Young.

26

NOTICE OF WITHDRAWAL
OF COUNSEL

2:18-cv-01115-RSL

1

ATTORNEY GENERAL OF ILLINOIS
PUBLIC INTEREST DIVISION
100 W. RANDOLPH ST., 11TH FLOOR
CHICAGO, IL 60601
312-814-3000

1

DATED this 14th day of May, 2019.

2

3

KWAME RAOUL
Attorney General of Illinois

4

5

/s/ Elizabeth Roberson-Young
ELIZABETH ROBERSON-YOUNG, *admitted*
*pro hac vice*

6

Public Interest Counsel
Office of the Attorney General

7

100 W. Randolph, 11th Floor
Chicago, IL 60601

8

erobersonyoung@atg.state.il.us

9

*Attorney for Plaintiff State of Illinois*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF WITHDRAWAL
OF COUNSEL

2

2:18-cv-01115-RSL

1  **DECLARATION OF SERVICE**

2    I hereby certify that on May 14, 2019, I caused the foregoing document to be

3  electronically filed with the Clerk of the Court using the CM/ECF system, which will serve a

4  copy of this document upon all counsel of record.

5    DATED this 14th day of May, 2019, at Seattle, Washington.

6

7                    */s/ Elizabeth Roberson-Young*
                     ELIZABETH ROBERSON-YOUNG
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF WITHDRAWAL
OF COUNSEL

3

ATTORNEY GENERAL OF ILLINOIS
PUBLIC INTEREST DIVISION
100 W. RANDOLPH ST., 11TH FLOOR
CHICAGO, IL 60601
312-814-3000

2:18-cv-01115-RSL