The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>Defendants. | NO. 2:18-cv-01115-RSL<br><br>SECOND DECLARATION OF KRISTIN BENESKI IN SUPPORT OF PLAINTIFF STATES' MOTION FOR SUMMARY JUDGEMENT |

I, Kristin Beneski, declare as follows:

1. I am over the age of 18 and have personal knowledge of all the facts stated herein.

2. I am an Assistant Attorney General with the Washington State Attorney General's Office, which represents the State of Washington in this matter.

3. Attached hereto as Exhibit O is a true and correct copy of a letter I sent to counsel for the Federal Defendants on April 25, 2019.

4. Attached hereto as Exhibits P–Y are true and correct copies of excerpts of the Supplemental Filing of Materials (Dkt. # 158) ("Supplemental Record") and the Revised Supplement to Administrative Record (Dkt. # 184) ("Revised Second Supplement"), in which

SECOND DECLARATION OF KRISTIN BENESKI
2:18-cv-01115-RSL

1

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

the portions cited in the Plaintiff States' Combined Reply in Support of Motion for Summary Judgment and Opposition to Defendants' Cross-Motions for Summary Judgment have been highlighted.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 24th day of May, 2019 at Seattle, Washington.

*/s/ Kristin Beneski*
KRISTIN BENESKI

SECOND DECLARATION OF KRISTIN BENESKI
2:18-cv-01115-RSL

2

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(206) 464-7744