1

The Honorable Robert S. Lasnik

2

3

4

5

6              **UNITED STATES DISTRICT COURT**
               **WESTERN DISTRICT OF WASHINGTON**
7                          **AT SEATTLE**

8    STATE OF WASHINGTON; STATE OF          NO. 2:18-cv-01115-RSL
     CONNECTICUT; STATE OF MARYLAND;
9    STATE OF NEW JERSEY; STATE OF NEW      SECOND DECLARATION OF
     YORK; STATE OF OREGON;                 JENNIFER D. WILLIAMS IN SUPPORT
10   COMMONWEALTH OF                        OF PLAINTIFF STATES' MOTION FOR
     MASSACHUSETTS; COMMONWEALTH            SUMMARY JUDGMENT
11   OF PENNSYLVANIA; DISTRICT OF
     COLUMBIA; STATE OF CALIFORNIA;
12   STATE OF COLORADO; STATE OF
     DELAWARE; STATE OF HAWAII; STATE
13   OF ILLINOIS; STATE OF IOWA; STATE
     OF MINNESOTA; STATE OF NORTH
14   CAROLINA; STATE OF RHODE ISLAND;
     STATE OF VERMONT; and
15   COMMONWEALTH OF VIRGINIA.

16                    Plaintiffs,

            v.
17

18   UNITED STATES DEPARTMENT OF
     STATE; MICHAEL R. POMPEO, in his
19   official capacity as Secretary of State;
     DIRECTORATE OF DEFENSE TRADE
20   CONTROLS; MIKE MILLER, in his official
     capacity as Acting Deputy Assistant Secretary
21   of Defense Trade Controls; SARAH
     HEIDEMA, in her official capacity as Director
22   of Policy, Office of Defense Trade Controls
     Policy; DEFENSE DISTRIBUTED; SECOND
23   AMENDMENT FOUNDATION, INC.; AND
     CONN WILLIAMSON,

24                    Defendants.

DECLARATION OF                           i          ATTORNEY GENERAL OF WASHINGTON
JENNIFER D. WILLIAMS                                       800 Fifth Avenue. Suite 2000
2:18-cv-01115-RSL                                          Seattle, WA  98104-3188
                                                               (206) 464-7744

I, Jennifer D. Williams, declare as follows:

1.      I am over the age of 18 and have personal knowledge of all the facts stated herein.

2.      I am a Paralegal with the Washington State Attorney General's Office, which represents the State of Washington in this matter.

3.      I was responsible for coordinating a comprehensive review by attorneys in our office of the Revised Second Supplement to Administrative Record filed by the Federal Defendants in this matter (Dkt. # 184). I also reviewed parts of the record. We used document review software and a tagging system to analyze the record.

4.      Based on the results of our review, the Revised Second Supplement to the Administrative Record comprises the following documents, which are labeled with Bates numbers CWASHAR0000001–2905 and WASHAR0000001–37074:

      1.      Approximately 469 emails to the State Department regarding the planned deregulation of 3D-printable gun files, of which 466 were opposed, three were neutral, and none supported the move ([CWASHAR0002348-49 (rev. suppAR); WASHAR0000915; WASHAR0002369-70; 0003040-41; WASHAR0036607-37074);[1]

      2.      2 letters to the State Department regarding the planned deregulation of 3D-printable gun files, both in opposition (WASHAR0001810-44; WASHAR0002386-2410).

      3.      Two letters—one from Representative Engel and one from Senator Menendez—to State Department personnel opposing the Department's planned deregulation of 3D-printable guns (produced multiple times) (CWASHAR0000361-362; CWASHAR0002362-63);

      4.      A letter from senators to Attorney General Jeff Sessions opposing the *Defense Distributed* settlement agreement to deregulate 3D-printable gun files (CWASHAR0002364-65);

      5.      Approximately 155 communications related to the *Defense Distributed* settlement, consisting primarily of internal communications related to

---

[1] The Revised Second Supplement includes four sample emails received from visitors to Everytown.org. WASHAR0037071–74. It also includes a "Summary of Duplicative Materials," indicating that the Federal Defendants received a total of 105,555 of these emails. WASHAR0037069. The States agreed that the 105,555 emails referenced in this Summary could be incorporated into the administrative record by reference.

DECLARATION OF
JENNIFER D. WILLIAMS
2:18-cv-01115-RSL

1

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

implementing the settlement agreement (CWASHAR0000014-19; 0000021-22; 0000028; 0000031; 0000041-53; 0001722-46; 0001749-71; 0002366; 0002368; 0002369-73; 0002376-79; 0002385-91; 0002407-09; and WASHAR0000018-31; 0000033-48; 0000207-10; 0000237; 0000297-319; 0000335-49; 0000351-63; 0000388; 0000569; 0000668-70; 0000685-89; 0001085-87; 0001147-49; 0001659; 0001749-52; 0002020-23; 0002039-48; 0002079-80; 0002091-93; 0002123-27; 0002299; 0002304; 0002468-71; 0002482-84; 0002525; 0002536-40; 0002556-66; 0002574; 0002577; 0002659; 0002768-71; 0002775-76; 0002778; 0002786; 0002789; 0002824-27; 0002832-34; 0002835-36; 0002842-43; 0002912-14; 0002933-55; 0002958-59; 0002971-72; 0002981-82; 0003009-10; 0003025; 0003240-44; 0003419-21; 0003436-38; 0003441-51; 0003465-66; 0003474-76; 0035583; 0035586-90; 0035596; 0035603; 0035613; 0035645-49; 0035659-61; 0035667-72; 0035685-87; 0035690-92; 0035715; 0035734; 0035777-78; 0035798-800; 0035868-71; 0035897; 0035904-06; 0035969; 0036040; 0036052-54; 0036079-87; 0036148-50; 0036154-62; 0036186-87; 0036216; 0036237-41; 0036370-73; 0036558-71; 0036584-90);

6.   Approximately 44 pleadings from the *Defense Distributed* lawsuit (WASHAR0000001-7; 0000059-128; 0000320-34; 0000372-77; 0000390-557; 0000570-72; 0000596-650; 0000690-704; 0001660-74; 0001753-67; 0002155-224; 0002305-06; 0002541-55; 0003152-206; 0003208-21);

7.   Approximately 298 press clippings, newsletters, media alerts, and the like (CWASHAR0000054-369; 0000363-411; 0000415-590; 0000615-1208; 0001214-1721; 0001747-48; 0001772-2121; 0002147-2327; 0002343-47; 0002350-54; 0002357-61 and  WASHAR0000055-58; 0000147-51; 0000232-36; 0000364; 0000367-70; 0000666-67; 0001112; 0001171-72; 0001688-1703 (rev. suppAR 0001691-703); 0001790-95; 0001804-09; 0002136-54; 0002243-92; 0002294-98; 0002315-20; 0002358-59; 0002371-74; 0002473-78; 0002570-71 (rev. suppAR); 0002583-2658; 0002660-65; 0002767; 0002772-74; 0002790-94; 0002803; 0002817-21; 0002897-911; 0003012-21; 0003028-31; 0003068-75; 0003119-51; 0003247-418; 0003439-40; 0003452-64; 0003467-83; 0035610; 0035626-28; 0035632-40; 0035654-58; 0035673-74; 0035680-84; 00035688-89; 0035696-99; 0035712-14; 0035717-19; 0035740-55; 0035759-61; 0035773-76; 0035779-97; 0035801-67; 0035872-74; 0035898-903; 0035907-68; 0035970-36031; 0036044-51; 0036055-78; 0036088-89; 0036095-36147; 0036163-71; 0036178-85; 0036188-90; 0036195-36211; 0036214-15; 0036228; 0036247-68; 0036271-77; 0036280-302; 0036305-23; 0036327-69; 0036374-91; 0036397-449; 0036451-55; 0036463-503; 0036506-27; 0036532-56; 0036572-83; 0036600-03); and

8.   Approximately 267 miscellaneous documents.

5.   The Federal Defendants' record certifications and privilege logs indicate that they

DECLARATION OF
JENNIFER D. WILLIAMS
2:18-cv-01115-RSL

2

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1   withheld approximately 3,246 documents. These include multiple copies of drafts of the

2   proposed State Department and Commerce Department rules that were published as NPRMs in

3   March 2018 and internal State Department communications.

4        6.     According to the Declaration of Michael F. Miller filed by the Federal

5   Defendants, the State Department received 3,250 comments on their NPRM. Dkt. # 179-2 at ¶ 3.

6   To date, they have only produced approximately 3,191 of those comments in this litigation.

7        I declare under penalty of perjury that the foregoing is true and correct.

8        DATED this 24th day of May, 2019.

9

10                       JENNIFER D. WILLIAMS

DECLARATION OF                   3            ATTORNEY GENERAL OF WASHINGTON
JENNIFER D. WILLIAMS                       800 Fifth Avenue. Suite 2000
2:18-cv-01115-RSL                           Seattle, WA  98104-3188
                                         (206) 464-7744