The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON, et al.,                     )     No. 2:18-cv-1115-RSL
                                                 )
        Plaintiffs,                              )     **FEDERAL DEFENDANTS'**
                    v.                            )     **UNOPPOSED MOTION TO**
                                                 )     **SEAL SUPPLEMENT TO**
UNITED STATES DEPARTMENT OF                      )     **ADMINISTRATIVE RECORD**
STATE, et al.,                                   )
                                                 )
        Defendants.                              )
                                                 )

## ORDER

This matter comes before the Court on the Federal Defendants' Unopposed Motion to Seal the Supplement to the Administrative Record. Dkt. # 181. Upon consideration of the Federal Defendants' motion and of all materials submitted in relation thereto, it is hereby

ORDERED that the Federal Defendants' motion is GRANTED.  It is further

ORDERED that the clerk of court SEAL the supplement to the administrative record, Dkt. No. 179.  It is further

ORDERED that all parties in possession of the information identified in the Federal Defendants' clawback letter of April 24, 2019, sequester those documents until any privilege disputes are resolved.


DATED this 13th day of June, 2019.


*Robert S. Lasnik*

Robert S. Lasnik
United States District Judge