The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON; STATE OF CONNECTICUT; STATE OF MARYLAND; STATE OF NEW JERSEY; STATE OF NEW YORK; STATE OF OREGON; COMMONWEALTH OF MASSACHUSETTS; COMMONWEALTH OF PENNSYLVANIA; DISTRICT OF COLUMBIA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF IOWA; STATE OF MINNESOTA; STATE OF NORTH CAROLINA; STATE OF RHODE ISLAND; STATE OF VERMONT and STATE OF VIRGINIA, | NO. 2:18-cv-01115-RSL  NOTICE OF WITHDRAWAL OF COUNSEL |
| Plaintiffs, | |
| v. | |
| UNITED STATES DEPARTMENT OF STATE; MICHAEL R. POMPEO, in his official capacity as Secretary of State; DIRECTORATE OF DEFENSE TRADE CONTROLS; MIKE MILLER, in his official capacity as Acting Deputy Assistant Secretary of Defense Trade Controls; SARAH HEIDEMA, in her official capacity as Director of Policy, Office of Defense Trade Controls Policy; DEFENSE DISTRIBUTED; SECOND AMENDMENT FOUNDATION, INC.; AND CONN WILLIAMSON, | |
| Defendants. | |

Please take notice that Senior Assistant Attorney General Scott J. Kaplan withdraws as counsel for Plaintiff State of Oregon.

The address for the receipt of all correspondence and pleadings remains the same.

DATED December  30 , 2018.

           STATE OF OREGON
           ATTORNEY GENERAL ELLEN F. ROSENBLUM
           OREGON DEPARTMENT OF JUSTICE

           By     *s/ Scott Kaplan*
                 Scott Kaplan (WSBA # 49377)
                 Senior Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on December  30 , 2019, I electronically filed the foregoing documents using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

>STATE OF OREGON
>ATTORNEY GENERAL ELLEN F. ROSENBLUM
>OREGON DEPARTMENT OF JUSTICE
>
>By       *s/ Scott Kaplan*
>    Scott Kaplan (WSBA # 49377)
>    Senior Assistant Attorney General

Page 1 -   CERTIFICATE OF SERVICE
         JSS/cia/10021977-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000