|   |   |
|---|---|
| | The Honorable Robert S. Lasnik |

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON; STATE OF CONNECTICUT; STATE OF MARYLAND; STATE OF NEW JERSEY; STATE OF NEW YORK; STATE OF OREGON; COMMONWEALTH OF MASSACHUSETTS; COMMONWEALTH OF PENNSYLVANIA; DISTRICT OF COLUMBIA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF IOWA; STATE OF MINNESOTA; STATE OF NORTH CAROLINA; STATE OF RHODE ISLAND; STATE OF VERMONT and STATE OF VIRGINIA, | NO. 2:18-cv-01115-RSL<br><br>NOTICE OF SUBSTITUTION OF COUNSEL |
| Plaintiffs, | |
| v. | |
| UNITED STATES DEPARTMENT OF STATE; MICHAEL R. POMPEO, in his official capacity as Secretary of State; DIRECTORATE OF DEFENSE TRADE CONTROLS; MIKE MILLER, in his official capacity as Acting Deputy Assistant Secretary of Defense Trade Controls; SARAH HEIDEMA, in her official capacity as Director of Policy, Office of Defense Trade Controls Policy; DEFENSE DISTRIBUTED; SECOND AMENDMENT FOUNDATION, INC.; AND CONN WILLIAMSON, | |
| Defendants. | |

NOTICE OF SUBSTITUTION OF COUNSEL
1

Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Tel: (971) 673-1880 / Fax: (971) 673-5000

1  Please take notice that Assistant Attorney General James S. Smith is hereby substituted
2  as counsel for Senior Assistant Attorney General Scott J. Kaplan for Plaintiff State of Oregon.
3  The address for the receipt of all correspondence and pleadings remains the same.
4  DATED December  30 , 2018.

5
6           STATE OF OREGON
            ATTORNEY GENERAL ELLEN F. ROSENBLUM
7           OREGON DEPARTMENT OF JUSTICE

8           By       *s/ James Smith*
                     James Smith (WSBA # 14761)
9                    Assistant Attorney General

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## CERTIFICATE OF SERVICE

I hereby certify that on December  30 , 2019, I electronically filed the foregoing documents using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

> STATE OF OREGON
> ATTORNEY GENERAL ELLEN F. ROSENBLUM
> OREGON DEPARTMENT OF JUSTICE
>
> By       *s/ James Smith*
> James Smith (WSBA # 14761)
> Assistant Attorney General

Page 1 -   CERTIFICATE OF SERVICE
         JSS/cia/10021977-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000