The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON; STATE OF CONNECTICUT; STATE OF MARYLAND; STATE OF NEW JERSEY; STATE OF NEW YORK; STATE OF OREGON; COMMONWEALTH OF MASSACHUSETTS; COMMONWEALTH OF PENNSYLVANIA; DISTRICT OF COLUMBIA; STATE OF CALIFORNIA; STATE OF COLORADO; STAT EOF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF IOWA; STATE OF MINNESOTA; STATE OF NORTH CAROLINA; STATE OF RHODE ISLAND; STATE OF VERMONT and STATE OF VIRGINIA,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>UNITED STATES DEPARTMENT OF STATE; MICHAEL R. POMPEO, in his official capacity as Secretary of State; DIRECTORATE OF DEFENSE TRADE CONTROLS; MIKE MILLER, in his official capacity as Acting Deputy Assistant Secretary of Defense Trade Controls; SARAH HEIDEMA, in her official capacity as Director of Policy, Office of Defense Trade Controls Policy; DEFENSE DISTRIBUTED; SECOND AMENDMENT FOUNDATION, INC.; AND CONN WILLIAMSON,<br><br>　　　　　　Defendants. | NO. 2:18-cv-01115-RSL<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

Please take notice that Assistant Attorney General Jonathan B. Miller hereby withdraws as counsel for Plaintiff Commonwealth of Massachusetts and that Assistant Attorney General Phoebe Fischer-Groban is hereby substituted as counsel for Plaintiff Commonwealth of Massachusetts. Substituting attorney Phoebe Fischer-Groban's Application for Leave to Appear Pro Hac Vice is forthcoming.

DATED this 31st day of December, 2019.

> MAURA HEALEY
> Attorney General of Commonwealth of Massachusetts
>
> */s/ Jonathan B. Miller*
> JONATHAN B. MILLER, *admitted pro hac vice*
> Assistant Attorney General
> Office of the Massachusetts Attorney General
> One Ashburton Place
> Boston, MA 02108
> (617) 963-2073
> Jonathan.Miller@mass.gov
> *Attorneys for Plaintiff Commonwealth of Massachusetts*

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2019, I electronically filed the foregoing documents using the Court's CM/ECF system, which will serve a copy of this document upon all counsel of record.

/s/ *Jonathan B. Miller*
Jonathan B. Miller
Assistant Attorney General