The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-01115-RSL<br><br>**DEFENSE DISTRIBUTED'S NOTICE OF APPEAL** |

1   **Defense Distributed's Notice of Appeal**

2   Defense Distributed appeals to the United States Court of Appeals for the Ninth Circuit

3   from the "Judgment in a Civil Case" entered as Document 193 on November 15, 2019.

Date: January 14, 2020.

Respectfully submitted,

BECK REDDEN LLP
/s/Charles Flores
Charles Flores
cflores@beckredden.com
Beck Redden LLP
1221 McKinney, Suite 4500
Houston, TX 77010
(713) 951-3700
*Admitted Pro Hac Vice

FARHANG & MEDCOFF
Matthew Goldstein
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711
(202) 550-0040
mgoldstein@farhangmedcoff.com
*Admitted Pro Hac Vice

ARD LAW GROUP PLLC
Joel B. Ard, WSBA # 40104
joel@ard.law
Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
(206) 701-9243

Attorneys for Defendant
Defense Distributed

Defense Distributed's Notice of Appeal
No 2:18-cv-01115-RSL

- 1 -

Beck Redden LLP
1221 McKinney Street, Suite 4500
Houston, Texas 77010
(713) 951-3700

# CERTIFICATE OF SERVICE

     I certify that on January 14, 2020, I used the CM/ECF system to file this document with the Clerk of the Court and serve it upon all counsel of record.

/s/Charles Flores
Charles Flores
cflores@beckredden.com
Beck Redden LLP
1221 McKinney, Suite 4500
Houston, TX 77010
(713) 951-3700
*Admitted Pro Hac Vice

Attorney for Defendant
Defense Distributed

Defense Distributed's Notice of Appeal
No 2:18-cv-01115-RSL

- 2 -

Beck Redden LLP
1221 McKinney Street, Suite 4500
Houston, Texas 77010
(713) 951-3700

The Honorable Robert S. Lasnik

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al.<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-01115-RSL<br><br>**DEFENSE DISTRIBUTED'S REPRESENTATION STATEMENT** |

1            **Defense Distributed's Representation Statement**

2        This action entails the following parties and counsel:

| Party | Counsel |
|---|---|
| State of Washington | Jeffrey George Rupert<br>ATTORNEY GENERAL'S OFFICE (40110-OLY)<br>PO BOX 40110<br>OLYMPIA, WA 98504<br>360-586-0092<br>JeffreyR2@atg.wa.gov<br><br>Jeffrey Todd Sprung<br>ATTORNEY GENERAL'S OFFICE (SEA- FIFTH AVE)<br>800 5TH AVE<br>STE 2000<br>SEATTLE, WA 98104-3188<br>206-464-7744<br>jeffs2@atg.wa.gov<br><br>Kristin Beneski<br>ATTORNEY GENERAL'S OFFICE (SEA- FIFTH AVE)<br>800 5TH AVE<br>STE 2000<br>SEATTLE, WA 98104-3188<br>206-464-7744<br>kristinb1@atg.wa.gov<br><br>Todd Richard Bowers<br>ATTORNEY GENERAL'S OFFICE (SEA- FIFTH AVE)<br>800 5TH AVE<br>STE 2000<br>SEATTLE, WA 98104-3188<br>206-464-7744<br>ToddB@atg.wa.gov<br><br>Zachary P Jones<br>ATTORNEY GENERAL'S OFFICE (SEA- FIFTH AVE)<br>800 5TH AVE<br>STE 2000<br>SEATTLE, WA 98104-3188<br>206-464-7744<br>ZachJ@atg.wa.gov |
| State of Connecticut | Jeffrey George Rupert |

Defense Distributed's Representation Statement
No 2:18-cv-01115-RSL
- 1 -
Beck Redden LLP
1221 McKinney Street, Suite 4500
Houston, Texas 77010
(713) 951-3700

|  | ATTORNEY GENERAL'S OFFICE (40110-OLY)<br>PO BOX 40110<br>OLYMPIA, WA 98504<br>360-586-0092<br>JeffreyR2@atg.wa.gov<br><br>Maura Murphy Osborne<br>OFFICE OF THE ATTORNEY GENERAL<br>55 ELM STREET<br>PO BOX 120<br>HARTFORD, CT 06106<br>860-808-5020<br>maura.murphyosborne@ct.gov |
|---|---|
| State of Maryland | Jeffrey Paul Dunlap<br>OFFICE OF THE ATTORNEY GENERAL OF MARYLAND<br>200 SAINT PAUL STREET<br>BALTIMORE, MD 21202<br>410-576-7906<br>jdunlap@oag.state.md.us<br><br>Jeffrey George Rupert<br>ATTORNEY GENERAL'S OFFICE (40110-OLY)<br>PO BOX 40110<br>OLYMPIA, WA 98504<br>360-586-0092<br>JeffreyR2@atg.wa.gov<br><br>Julia Doyle Bernhardt<br>OFFICE OF THE ATTORNEY GENERAL OF MARYLAND<br>200 SAINT PAUL PLACE, 20TH FLOOR<br>BALTIMORE, MD 21202<br>410-576-7291<br>jbernhardt@oag.state.md.us |
| State of New Jersey | Jeffrey George Rupert<br>ATTORNEY GENERAL'S OFFICE (40110-OLY)<br>PO BOX 40110<br>OLYMPIA, WA 98504<br>360-586-0092<br>JeffreyR2@atg.wa.gov<br><br>Jeremy M Feigenbaum<br>NEW JERSEY ATTORNEY GENERAL'S OFFICE |

Defense Distributed's Representation Statement
No 2:18-cv-01115-RSL
- 2 -
Beck Redden LLP
1221 McKinney Street, Suite 4500
Houston, Texas 77010
(713) 951-3700

|  | RICHARD J. HUGHES JUSTICE COMPLEX<br>25 MARKET STREET<br>TRENTON, NJ 08625<br>609-292-4925<br>Jeremy.Feigenbaum@njoag.gov |
|---|---|
| State of New York | Jeffrey George Rupert<br>ATTORNEY GENERAL'S OFFICE (40110-OLY)<br>PO BOX 40110<br>OLYMPIA, WA 98504<br>360-586-0092<br>JeffreyR2@atg.wa.gov<br><br>Steven C Wu<br>NEW YORK OFFICE OF THE ATTORNEY GENERAL<br>28 LIBERTY STREET, 23RD FLOOR<br>NEW YORK, NY 10005<br>212-416-6312<br>steven.wu@ag.ny.gov |
| State of Oregon | Jeffrey George Rupert<br>ATTORNEY GENERAL'S OFFICE (40110-OLY)<br>PO BOX 40110<br>OLYMPIA, WA 98504<br>360-586-0092<br>JeffreyR2@atg.wa.gov<br><br>James S Smith<br>Oregon Department of Justice<br>Trial Division<br>1162 Court Street NE<br>Salem, OR 97301-4096<br>1-971-673-1880<br>james.s.smith@doj.state.or.us |
| Commonwealth of Massachusetts | Jeffrey George Rupert<br>ATTORNEY GENERAL'S OFFICE (40110-OLY)<br>PO BOX 40110<br>OLYMPIA, WA 98504<br>360-586-0092<br>JeffreyR2@atg.wa.gov |
| Commonwealth of Pennsylvania | Jeffrey George Rupert<br>ATTORNEY GENERAL'S OFFICE (40110-OLY)<br>PO BOX 40110<br>OLYMPIA, WA 98504 |

Defense Distributed's Representation Statement
No 2:18-cv-01115-RSL

- 3 -

Beck Redden LLP
1221 McKinney Street, Suite 4500
Houston, Texas 77010
(713) 951-3700

|  | 360-586-0092<br>JeffreyR2@atg.wa.gov<br><br>Jonathan Scott Goldman<br>EXECUTIVE DEPUTY ATTORNEY GENERAL, CIVIL DIVISION<br>OFFICE OF ATTORNEY GENERAL<br>STRAWBERRY SQUARE, 15TH FLOOR<br>HARRISBURG, PA 17120<br>717-783-1471<br>jgoldman@attorneygeneral.gov<br><br>Michael J Fischer<br>PENNSYVANIA OFFICE OF THE ATTORNEY GENERAL<br>1600 ARCH STREET, STE 300<br>PHILADELPHIA, PA 19103<br>215-560-2171<br>mfischer@attorneygeneral.gov |
|---|---|
| District of Columbia | Andrew J Saindon<br>OFFICE OF THE ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA<br>441 4TH STREET NW<br>SUITE 630 SOUTH<br>WASHINGTON, DC 20001<br>202-724-6643<br>andy.saindon@dc.gov<br><br>Jeffrey George Rupert<br>ATTORNEY GENERAL'S OFFICE (40110-OLY)<br>PO BOX 40110<br>OLYMPIA, WA 98504<br>360-586-0092<br>JeffreyR2@atg.wa.gov<br><br>Jimmy R Rock<br>OFFICE OF THE ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA<br>441 4TH STREET NW<br>STE 630 SOUTH<br>WASHINGTON, DC 20001<br>202-741-0770<br>Jimmy.Rock@dc.gov<br><br>Robyn R Bender |

Defense Distributed's Representation Statement
No 2:18-cv-01115-RSL
- 4 -
Beck Redden LLP
1221 McKinney Street, Suite 4500
Houston, Texas 77010
(713) 951-3700

|  | OFFICE OF THE ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA<br>441 4TH STREET NW<br>STE 630 SOUTH<br>WASHINGTON, DC 20001<br>202-724-6610<br>Robyn.Bender@dc.gov |
|---|---|
| State of California | Jeffrey George Rupert<br>ATTORNEY GENERAL'S OFFICE (40110-OLY)<br>PO BOX 40110<br>OLYMPIA, WA 98504<br>360-586-0092<br>JeffreyR2@atg.wa.gov<br><br>Nelson R Richards<br>CALIFORNIA DEPARTMENT OF JUSTICE<br>OFFICE OF ATTORNEY GENERAL<br>2550 MARIPOSA MALL<br>ROOM 5090<br>FRESNO, CA 93721<br>559-705-2324<br>nelson.richards@doj.ca.gov |
| State of Colorado | Grant T Sullivan<br>COLORADO DEPARTMENT OF LAW<br>1300 BROADWAY<br>10TH FLOOR<br>DENVER, CO 80203<br>720-508-6349<br>grant.sullivan@coag.gov<br><br>Jeffrey George Rupert<br>ATTORNEY GENERAL'S OFFICE (40110-OLY)<br>PO BOX 40110<br>OLYMPIA, WA 98504<br>360-586-0092<br>JeffreyR2@atg.wa.gov |
| State of Delaware | Ilona M Kirshon<br>DELAWARE DEPT OF JUSTICE<br>820 NORTH FRENCH STREET<br>WILMINGTON, DE 19801<br>302-577-8400<br>ilona.kirshon@state.de.us |

Defense Distributed's Representation Statement
No 2:18-cv-01115-RSL
- 5 -
Beck Redden LLP
1221 McKinney Street, Suite 4500
Houston, Texas 77010
(713) 951-3700

|  | Jeffrey George Rupert<br>ATTORNEY GENERAL'S OFFICE (40110-OLY)<br>PO BOX 40110<br>OLYMPIA, WA 98504<br>360-586-0092<br>JeffreyR2@atg.wa.gov<br><br>Patricia Davis<br>DELAWARE DEPT OF JUSTICE<br>102 WEST WATER STREET<br>DOVER, DE 19904<br>302-257-3233<br>patriciaa.davis@state.de.us |
|---|---|
| State of Hawaii | Jeffrey George Rupert<br>ATTORNEY GENERAL'S OFFICE (40110-OLY)<br>PO BOX 40110<br>OLYMPIA, WA 98504<br>360-586-0092<br>JeffreyR2@atg.wa.gov<br><br>Robert T Nakatsuji<br>DEPARTMENT OF THE ATTORNEY GENERAL<br>425 QUEEN STREET<br>HONOLULU, HI 96813<br>808-586-1360<br>Robert.T.Nakatsuji@hawaii.gov |
| State of Illinois | Elizabeth Roberson-Young<br>OFFICE OF THE ILLINOIS ATTORNEY GENERAL<br>100 W RANDOLPH ST., 12TH FLOOR<br>CHICAGO, IL 60601<br>312-814-2545<br>erobersonyoung@atg.state.il.us<br><br>Jeffrey George Rupert<br>ATTORNEY GENERAL'S OFFICE (40110-OLY)<br>PO BOX 40110<br>OLYMPIA, WA 98504<br>360-586-0092<br>JeffreyR2@atg.wa.gov |
| State of Iowa | Jeffrey George Rupert<br>ATTORNEY GENERAL'S OFFICE (40110-OLY)<br>PO BOX 40110<br>OLYMPIA, WA 98504 |

Defense Distributed's Representation Statement
No 2:18-cv-01115-RSL
- 6 -
Beck Redden LLP
1221 McKinney Street, Suite 4500
Houston, Texas 77010
(713) 951-3700

| | |
|---|---|
| | 360-586-0092<br>JeffreyR2@atg.wa.gov<br><br>Nathanael Blake<br>OFFICE OF THE IOWA ATTORNEY GENERAL<br>HOOVER STATE OFFICE BLDG 2ND FLOOR<br>1305 EAST WALNUT STREET<br>DES MOINES, IA 50319<br>515-281-4325<br>nathan.blake@ag.iowa.gov |
| State of Minnesota | Jacob Campion<br>ATTORNEY GENERAL OF MINNESOTA<br>445 MINNESOTA STREET<br>SUITE 1100<br>ST PAUL, MN 55101<br>651-757-1459<br>Jacob.Campion@ag.state.mn.us<br><br>Jeffrey George Rupert<br>ATTORNEY GENERAL'S OFFICE (40110-OLY)<br>PO BOX 40110<br>OLYMPIA, WA 98504<br>360-586-0092<br>JeffreyR2@atg.wa.gov |
| State of North Carolina | Jeffrey George Rupert<br>ATTORNEY GENERAL'S OFFICE (40110-OLY)<br>PO BOX 40110<br>OLYMPIA, WA 98504<br>360-586-0092<br>JeffreyR2@atg.wa.gov<br><br>Sripriya Narasimhan<br>NORTH CAROLINA DEPARTMENT OF JUSTICE<br>114 W EDENTON STREET<br>RALEIGH, NC 27603<br>919-716-6400<br>snarasimhan@ncdoj.gov |
| State of Rhode Island | Jeffrey George Rupert<br>ATTORNEY GENERAL'S OFFICE (40110-OLY)<br>PO BOX 40110<br>OLYMPIA, WA 98504<br>360-586-0092<br>JeffreyR2@atg.wa.gov |

Defense Distributed's Representation Statement
No 2:18-cv-01115-RSL

- 7 -

Beck Redden LLP
1221 McKinney Street, Suite 4500
Houston, Texas 77010
(713) 951-3700

|  | Justin J Sullivan<br>RHODE ISLAND DEPARTMENT OF ATTORNEY GENERAL<br>150 SOUTH MAIN<br>PROVIDENCE, RI 02903<br>401-274-4400<br>jjsullivan@riag.ri.gov |
|---|---|
| State of Vermont | Benjamin D Battles<br>OFFICE OF THE VERMONT ATTORNEY GENERAL<br>109 STATE STREET<br>MONTPELIER, VT 05609<br>802-828-5500<br>benjamin.battles@vermont.gov<br><br>Jeffrey George Rupert<br>ATTORNEY GENERAL'S OFFICE (40110-OLY)<br>PO BOX 40110<br>OLYMPIA, WA 98504<br>360-586-0092<br>JeffreyR2@atg.wa.gov |
| State of Virginia | Jeffrey George Rupert<br>ATTORNEY GENERAL'S OFFICE (40110-OLY)<br>PO BOX 40110<br>OLYMPIA, WA 98504<br>360-586-0092<br>JeffreyR2@atg.wa.gov<br><br>Samuel T Towell<br>OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA<br>BARBARA JOHNS BUILDING<br>202 N NINTH ST.<br>RICHMOND, VA 23219<br>804-786-6731<br>stowell@oag.state.va.us |
| United States Department of State | Eric Soskin<br>US DEPT. OF JUSTICE, CIVIL DIVISION<br>FEDERAL PROGRAMS BRANCH<br>20 MASSACHUSETTS AVE NW<br>WASHINGTON, DC 20002<br>202-353-0533<br>Eric.Soskin@usdoj.gov |

Defense Distributed's Representation Statement
No 2:18-cv-01115-RSL
- 8 -
Beck Redden LLP
1221 McKinney Street, Suite 4500
Houston, Texas 77010
(713) 951-3700

| | |
|---|---|
| | Steven A Myers<br>US DEPT OF JUSTICE<br>CIVIL DEVISION, FEDERAL PROGRAMS BRANCH<br>1100 L STREET NW<br>WASHINGTON, DC 20005<br>202-305-8648<br>steven.a.myers@usdoj.gov<br><br>Stuart Justin Robinson<br>US DEPARTMENT OF JUSTICE (CIVIL - SF)<br>CIVIL DIVISION<br>P O BOX 36028<br>450 GOLDEN GATE AVE<br>SAN FRANCISCO, CA 94102-3463<br>415-436-6635<br>stuart.j.robinson@usdoj.gov |
| Michael R. Pompeo in his official capacity as Secretary of State | Eric Soskin<br>US DEPT. OF JUSTICE, CIVIL DIVISION<br>FEDERAL PROGRAMS BRANCH<br>20 MASSACHUSETTS AVE NW<br>WASHINGTON, DC 20002<br>202-353-0533<br>Eric.Soskin@usdoj.gov<br><br>Steven A Myers<br>US DEPT OF JUSTICE<br>CIVIL DEVISION, FEDERAL PROGRAMS BRANCH<br>1100 L STREET NW<br>WASHINGTON, DC 20005<br>202-305-8648<br>steven.a.myers@usdoj.gov<br><br>Stuart Justin Robinson<br>US DEPARTMENT OF JUSTICE (CIVIL - SF)<br>CIVIL DIVISION<br>P O BOX 36028<br>450 GOLDEN GATE AVE<br>SAN FRANCISCO, CA 94102-3463<br>415-436-6635<br>stuart.j.robinson@usdoj.gov |
| Directorate of Defense Trade Controls | Eric Soskin<br>US DEPT. OF JUSTICE, CIVIL DIVISION<br>FEDERAL PROGRAMS BRANCH<br>20 MASSACHUSETTS AVE NW |

Defense Distributed's Representation Statement
No 2:18-cv-01115-RSL

- 9 -

Beck Redden LLP
1221 McKinney Street, Suite 4500
Houston, Texas 77010
(713) 951-3700

| | WASHINGTON, DC 20002<br>202-353-0533<br>Eric.Soskin@usdoj.gov<br><br>Steven A Myers<br>US DEPT OF JUSTICE<br>CIVIL DEVISION, FEDERAL PROGRAMS BRANCH<br>1100 L STREET NW<br>WASHINGTON, DC 20005<br>202-305-8648<br>steven.a.myers@usdoj.gov<br><br>Stuart Justin Robinson<br>US DEPARTMENT OF JUSTICE (CIVIL - SF)<br>CIVIL DIVISION<br>P O BOX 36028<br>450 GOLDEN GATE AVE<br>SAN FRANCISCO, CA 94102-3463<br>415-436-6635<br>stuart.j.robinson@usdoj.gov |
|---|---|
| Mike Miller<br>in his official capacity as Acting Deputy Assistant Secretary of Defense Trade Controls | Eric Soskin<br>US DEPT. OF JUSTICE, CIVIL DIVISION<br>FEDERAL PROGRAMS BRANCH<br>20 MASSACHUSETTS AVE NW<br>WASHINGTON, DC 20002<br>202-353-0533<br>Eric.Soskin@usdoj.gov<br><br>Steven A Myers<br>US DEPT OF JUSTICE<br>CIVIL DEVISION, FEDERAL PROGRAMS BRANCH<br>1100 L STREET NW<br>WASHINGTON, DC 20005<br>202-305-8648<br>steven.a.myers@usdoj.gov<br><br>Stuart Justin Robinson<br>US DEPARTMENT OF JUSTICE (CIVIL - SF)<br>CIVIL DIVISION<br>P O BOX 36028<br>450 GOLDEN GATE AVE<br>SAN FRANCISCO, CA 94102-3463<br>415-436-6635<br>stuart.j.robinson@usdoj.gov |

Defense Distributed's Representation Statement
No 2:18-cv-01115-RSL
- 10 -
Beck Redden LLP
1221 McKinney Street, Suite 4500
Houston, Texas 77010
(713) 951-3700

| | |
|---|---|
| Sarah Heidema<br>in her official capacity as Director of Policy, Office of Defense Trade Controls Policy | Eric Soskin<br>US DEPT. OF JUSTICE, CIVIL DIVISION<br>FEDERAL PROGRAMS BRANCH<br>20 MASSACHUSETTS AVE NW<br>WASHINGTON, DC 20002<br>202-353-0533<br>Eric.Soskin@usdoj.gov<br><br>Steven A Myers<br>US DEPT OF JUSTICE<br>CIVIL DEVISION, FEDERAL PROGRAMS BRANCH<br>1100 L STREET NW<br>WASHINGTON, DC 20005<br>202-305-8648<br>steven.a.myers@usdoj.gov<br><br>Stuart Justin Robinson<br>US DEPARTMENT OF JUSTICE (CIVIL - SF)<br>CIVIL DIVISION<br>P O BOX 36028<br>450 GOLDEN GATE AVE<br>SAN FRANCISCO, CA 94102-3463<br>415-436-6635<br>stuart.j.robinson@usdoj.gov |
| Defense Distributed | Charles R. Flores<br>BECK REDDEN LLP<br>1221 MCKINNEY ST<br>STE 4500<br>HOUSTON, TX 77010<br>713-951-6268<br>cflores@beckredden.com<br><br>Joel B Ard<br>ARD LAW GROUP PLLC<br>PO BOX 11633<br>BAINBRIDGE ISLAND, WA 98110<br>206-701-9243<br>Joel@ard.law<br><br>Matthew Goldstein<br>FARHANG & MEDCOFF<br>4801 EAST BROADWAY BLVD<br>STE 311<br>TUCSON, AZ 85711<br>202-550-0040 |

Defense Distributed's Representation Statement
No 2:18-cv-01115-RSL

- 11 -

Beck Redden LLP
1221 McKinney Street, Suite 4500
Houston, Texas 77010
(713) 951-3700

| | |
|---|---|
| | mgoldstein@fmlaw.law |
| Second Amendment Foundation, Inc. | Joel B Ard<br>ARD LAW GROUP PLLC<br>PO BOX 11633<br>BAINBRIDGE ISLAND, WA 98110<br>206-701-9243<br>Joel@ard.law<br><br>Matthew Goldstein<br>FARHANG & MEDCOFF<br>4801 EAST BROADWAY BLVD<br>STE 311<br>TUCSON, AZ 85711<br>202-550-0040<br>mgoldstein@fmlaw.law |
| Conn Williamson | Joel B Ard<br>ARD LAW GROUP PLLC<br>PO BOX 11633<br>BAINBRIDGE ISLAND, WA 98110<br>206-701-9243<br>Joel@ard.law<br><br>Matthew Goldstein<br>FARHANG & MEDCOFF<br>4801 EAST BROADWAY BLVD<br>STE 311<br>TUCSON, AZ 85711<br>202-550-0040<br>mgoldstein@fmlaw.law |
| Everytown for Gun Safety | Deepak Gupta<br>GUPTA WESSLER PLLC<br>1900 L STREET, NW<br>STE 312<br>WASHINGTON, DC 20036<br>202-888-1741<br>deepak@guptawessler.com<br><br>Beth E Terrell<br>TERRELL MARSHALL LAW GROUP PLLC<br>936 NORTH 34TH STREET<br>STE 300<br>SEATTLE, WA 98103-8869<br>206-816-6603 |

Defense Distributed's Representation Statement
No 2:18-cv-01115-RSL

- 12 -

Beck Redden LLP
1221 McKinney Street, Suite 4500
Houston, Texas 77010
(713) 951-3700

| | |
|---|---|
| | bterrell@terrellmarshall.com |
| The Brady Center to Prevent Gun Violence | John D Kimball<br>BLANK ROME (NY)<br>405 LEXINGTON AVE<br>NEW YORK, NY 10174<br>212-885-5000<br>jkimball@blankrome.com |
| Electronic Frontier Foundation | Kit Walsh<br>ELECTRONIC FRONTIER FOUNDATION<br>815 EDDY STREET<br>SAN FRANCISCO, CA 94109<br>415-436-9333<br>kit@eff.org<br><br>Venkat Balasubramani<br>FOCAL PLLC<br>900 FIRST AVENUE S., SUITE 201<br>SEATTLE, WA 98134<br>206-529-4827<br>venkat@focallaw.com |
| Benjamin Barber | Benjamin Barber<br>#17-07936<br>WASHINGTON COUNTY JAIL<br>215 SW ADAMS MS35<br>HILLSBORO, OR 97123-3874 |

Defense Distributed's Representation Statement
No 2:18-cv-01115-RSL
- 13 -
Beck Redden LLP
1221 McKinney Street, Suite 4500
Houston, Texas 77010
(713) 951-3700

Date: January 14, 2020.                    Respectfully submitted,

BECK REDDEN LLP
/s/Charles Flores
Charles Flores
cflores@beckredden.com
Beck Redden LLP
1221 McKinney, Suite 4500
Houston, TX 77010
(713) 951-3700
*Admitted Pro Hac Vice

FARHANG & MEDCOFF
Matthew Goldstein
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711
(202) 550-0040
mgoldstein@farhangmedcoff.com
*Admitted Pro Hac Vice

ARD LAW GROUP PLLC
Joel B. Ard, WSBA # 40104
joel@ard.law
Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
(206) 701-9243

Attorneys for Defendant
Defense Distributed

Defense Distributed's Representation Statement
No 2:18-cv-01115-RSL
- 14 -
Beck Redden LLP
1221 McKinney Street, Suite 4500
Houston, Texas 77010
(713) 951-3700

**CERTIFICATE OF SERVICE**

      I certify that on January 14, 2020, I used the CM/ECF system to file this document with the Clerk of the Court and serve it upon all counsel of record.

/s/Charles Flores
Charles Flores
cflores@beckredden.com
Beck Redden LLP
1221 McKinney, Suite 4500
Houston, TX 77010
(713) 951-3700
*Admitted Pro Hac Vice

Attorney for Defendant
Defense Distributed

Defense Distributed's Representation Statement
No 2:18-cv-01115-RSL

- 15 -

Beck Redden LLP
1221 McKinney Street, Suite 4500
Houston, Texas 77010
(713) 951-3700