The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON; STATE OF CONNECTICUT; STATE OF MARYLAND; STATE OF NEW JERSEY; STATE OF NEW YORK; STATE OF OREGON; COMMONWEALTH OF MASSACHUSETTS; COMMONWEALTH OF PENNSYLVANIA; DISTRICT OF COLUMBIA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF IOWA; STATE OF MINNESOTA; STATE OF NORTH CAROLINA; STATE OF RHODE ISLAND; STATE OF VERMONT and STATE OF VIRGINIA, | NO. 2:18-cv-01115-RSL<br><br>NOTICE OF SUBSTITUION OF COUNSEL |
| Plaintiffs, | |
| v. | |
| UNITED STATES DEPARTMENT OF STATE; MICHAEL R. POMPEO, in his official capacity as Secretary of State; DIRECTORATE OF DEFENSE TRADE CONTROLS; MIKE MILLER, in his official capacity as Acting Deputy Assistant Secretary of Defense Trade Controls; SARAH HEIDEMA, in her official capacity as Director of Policy, Office of Defense Trade Controls Policy; DEFENSE DISTRIBUTED; SECOND AMENDMENT FOUNDATION, INC.; AND CONN WILLIAMSON, | |
| Defendants. | |

NOTICE OF SUBSTITUION OF COUNSEL     1

Oregon Department of Justice
100 SW Market St
Portland, OR 97201
Tel: (971) 673-1880 / Fax: (971) 673-5000

# NOTICE OF SUBSTITUTION OF COUNSEL

Plaintiff State of Oregon hereby gives notice that Carla A. Scott, Assistant Attorney General, is now counsel of record in this proceeding in place of James S. Smith, Senior Assistant Attorney General.

The address for the receipt of all correspondence and pleadings remains the same.

DATED January __24__, 2020.

                                        Respectfully submitted,

                                        ELLEN F. ROSENBLUM
                                        Attorney General

                                        *s/ Carla A. Scott*
                                        CARLA A. SCOTT WSB# 39947
                                        Senior Assistant Attorney General
                                        Trial Attorney
                                        Tel (971) 673-1880
                                        Fax (971) 673-5000
                                        Carla.A.Scott@doj.state.or.us
                                        Of Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January  24 , 2020, I electronically filed the foregoing documents using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

        STATE OF OREGON
        ATTORNEY GENERAL ELLEN F. ROSENBLUM
        OREGON DEPARTMENT OF JUSTICE

By     *s/ Carla A. Scott*
        Carla A. Scott (WSBA # 39947)
        Senior Assistant Attorney General

Page 1 -   CERTIFICATE OF SERVICE
JSS/cia/10021977-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000