

United States District Court
Western District of Washington

| | |
|---|---|
| State of Washington, et al., | Case Number: 2:18-cv-01115-RSL |
| Plaintiff(s) | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| V. | |
| United States Department of State, et al., | |
| Defendant(s) | |

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington, __Christian Douglas Wright__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

State of Delaware

The particular need for my appearance and participation is:

As an authorized attorney for the State of Delaware, on behalf of the Delaware Department of Justice, which by statute has primary responsibility for rendering legal services for the State (Title 29, Section 2504 of the Delaware Code).

I, __Christian Douglas Wright__ understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 4/15/2020                     Signature of Applicant: s/ Christian Douglas Wright

**Pro Hac Vice Attorney**

Applicant's Name: Christian Douglas Wright
Law Firm Name: Delaware Department of Justice
Street Address 1: 820 N. French Street, 5th Floor
Address Line 2:
City: Wilmington  State: DE  Zip: 19801
Phone Number w/ Area Code: 302-577-8944  Bar #: 3554  State: DE
Primary E-mail Address: christian.wright@delaware.gov
*(Primary E-Mail address must be for the Pro Hac attorney and not any subordinate or staff member)*
Secondary E-mail Address: courtney.patas@delaware.gov

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant Christian Douglas Wright is unable to be present upon any date assigned by the court.

Date: 4/15/2020  Signature of Local Counsel: s/ Kristin Beneski

Local Counsel's Name: Kristin Beneski
Law Firm Name: Office of the Attorney General
Street Address 1: 800 Fifth Avenue, Suite 2000
Address Line 2:
City: Seattle  State: WA  Zip: 98104
Phone Number w/ Area Code: 206-464-7459  Bar #: 45478



# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The PACER password combined with your login, serves as your signature under Federal Rule of Civil Procedure 11 and 5(d)(3)(C). Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court.  Court staff will assess the risk and advise accordingly.

4. By signing this Registration Form, **you consent to receive notice electronically and waive your right to receive notice by personal service or first-class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons.** This provision does include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. After January 27,2020, a PACER login and password, will be required to electronically file. You can register for PACER access at their web site: www.pacer.gov.

6. By completion of this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

Date Signed 4/15/2020    Signature  s/ Christian Douglas Wright

*(Pro Hac Vice applicant name)*