| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | JUL 21 2020 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

STATE OF WASHINGTON; et al.,

        Plaintiffs-Appellees,

 v.

DEFENSE DISTRIBUTED,

        Defendant-Appellant.

 and

US DEPARTMENT OF STATE; et al.,

        Defendants,

SECOND AMENDMENT FOUNDATION, INC.; CONN WILLIAMSON,

        Defendants,

No. 20-35030

D.C. No. 2:18-cv-01115-RSL
Western District of Washington,
Seattle

ORDER

STATE OF WASHINGTON; et al.,

        Plaintiffs-Appellees,

 v.

US DEPARTMENT OF STATE; et al.,

        Defendants,

 and

No. 20-35064

D.C. No. 2:18-cv-01115-RSL

LCC/MOATT

SECOND AMENDMENT FOUNDATION;
CONN WILLIAMSON,

        Defendants-Appellants.

Before: THOMAS, Chief Judge, SCHROEDER and CALLAHAN, Circuit Judges.

Appellees have moved to dismiss these consolidated appeals as moot (Docket Entry No. 20 in No. 20-35030). On June 19, 2020, this court issued an order to show cause as to whether appellants possess the requisite standing to bring and/or prosecute these appeals.

Upon a review of the record, the briefing on the motion to dismiss, and the responses to the court's June 19, 2020 order, we conclude that these appeals are moot because no present controversy exists as to which any effective relief may be granted to appellants. *See Nome Eskimo Cmty. v. Babbitt*, 67 F.3d 813, 815-16 (9th Cir. 1995) (affirming dismissal of action to enjoin government's sale of disputed lands as moot where government voluntarily canceled sale and "there was no immediate prospect of another, similar lease sale").

Accordingly, the motion to dismiss is granted. These appeals are dismissed for lack of jurisdiction.

        **DISMISSED.**