UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 5 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF WASHINGTON; et al., | No. 20-35030 |
| Plaintiffs-Appellees, | D.C. No. 2:18-cv-01115-RSL |
| v. | Western District of Washington, Seattle |
| DEFENSE DISTRIBUTED, | ORDER |
| Defendant-Appellant. | |
| and | |
| US DEPARTMENT OF STATE; et al., | |
| Defendants, | |
| SECOND AMENDMENT FOUNDATION, INC.; CONN WILLIAMSON, | |
| Defendants, | |

| | |
|---|---|
| STATE OF WASHINGTON; et al., | No. 20-35064 |
| Plaintiffs-Appellees, | D.C. No. 2:18-cv-01115-RSL |
| v. | |
| US DEPARTMENT OF STATE; et al., | |
| Defendants, | |
| and | |

LCC/MOATT

SECOND AMENDMENT FOUNDATION;
CONN WILLIAMSON,

Defendants-Appellants.

Before:  THOMAS, Chief Judge, SCHROEDER and CALLAHAN, Circuit Judges.

Appellants' motion for reconsideration en banc (Docket Entry No. 31 in 20-35030) is denied on behalf of the court.  *See* 9th Cir. R. 27-10; 9th Cir. Gen. Ord. 6.11.

No further filings will be entertained in this closed case.