UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 13 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF WASHINGTON; et al.,<br><br>　　　　Plaintiffs - Appellees,<br><br>　v.<br><br>DEFENSE DISTRIBUTED,<br><br>　　　　Defendant - Appellant.<br><br>　and<br><br>US DEPARTMENT OF STATE; et al.,<br><br>　　　　Defendants,<br><br>SECOND AMENDMENT FOUNDATION, INC.; CONN WILLIAMSON,<br><br>　　　　Defendants, | No. 20-35030<br><br>D.C. No. 2:18-cv-01115-RSL<br>U.S. District Court for Western Washington, Seattle<br><br>**MANDATE** |
| STATE OF WASHINGTON; et al.,<br><br>　　　　Plaintiffs - Appellees,<br><br>　v.<br><br>US DEPARTMENT OF STATE; et al.,<br><br>　　　　Defendants, | No. 20-35064<br><br>D.C. No. 2:18-cv-01115-RSL<br>U.S. District Court for Western Washington, Seattle |

and

SECOND AMENDMENT FOUNDATION and CONN WILLIAMSON,

   Defendants - Appellants.

The judgment of this Court, entered July 21, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

         FOR THE COURT:

         MOLLY C. DWYER
         CLERK OF COURT

         By: Rhonda Roberts
         Deputy Clerk
         Ninth Circuit Rule 27-7